The Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| J. A., through his guardian, TARA ALLEN, et al., individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>MICROSOFT CORPORATION,<br><br>Defendant. | No. 20-cv-00640-RSM-MAT<br><br>DECLARATION OF ANDREAS HOLBROOK IN SUPPORT OF MICROSOFT'S MOTION TO COMPEL ARBITRATION AND STAY CLAIMS |

I, Andreas K. Holbrook, declare as follows:

1. ***Qualifications of Declarant.*** I am a Principal Program Manager, Xbox Safety, at Microsoft Corporation. I have worked at Microsoft since 1998. My current employment responsibilities include managing aspects of the Xbox Safety Team. As a result of my work, I am familiar with the system through which Xbox Live subscribers sign into and accept the Microsoft Services Agreement (as well as the process through which Xbox Live subscribers accepted the Xbox Live Terms of Use before August 2015), and I understand how to run queries through that system. I make this declaration based on my personal knowledge and experience, discussions with appropriate personnel, and Microsoft's records kept in the ordinary course of business, which I have reviewed. Except where otherwise stated, I have personal knowledge of the following facts, all of which I believe to be true and correct. I am in all ways competent to give this declaration.



Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

2. ***Xbox Live.*** Xbox Live is an online gaming service provided by Microsoft for use with Microsoft Xbox consoles and accessories. Subscribers to Xbox Live can connect their Xbox consoles to the Internet to play interactive video games with other Xbox Live subscribers, among other things. Subscribers connect Xbox consoles to televisions or other devices with a viewing screen to play games. To subscribe to Xbox Live and use Xbox Live services, a user must first create a Microsoft account, and then create an Xbox Live profile within that account, which together are sometimes referred to as an "Xbox Live account."

3. ***Xbox Live Terms of Use.*** Before August 1, 2015, Xbox Live users were required to manifest assent to the Xbox Live Terms of Use ("TOU") before they could access and use Xbox Live services.

a. ***Xbox Live TOU Acceptance Via the Console.*** If a subscriber decided to accept the Xbox Live TOU while using an Xbox console, the subscriber was required to click "Accept" on a screen that displayed the Xbox Live TOU. In this way, the subscriber had the opportunity to review the full Xbox Live TOU before deciding whether to click "Accept." If the subscriber clicked "Decline," or failed to click either "Accept" or "Decline," Microsoft would not process the registration and the subscriber could not access Xbox Live.

b. ***Xbox Live TOU Acceptance Via a Personal Computer.*** If the subscriber decided to accept the terms of the Xbox Live TOU while using a personal computer, on the other hand, the subscriber was required to check a box next to the text "I accept the Xbox Live Terms of Use agreement" *and* click "I Accept" on a screen displaying the Xbox Live TOU. Once again, the subscriber had the opportunity to review the full Xbox Live TOU before deciding whether to check the box and click "I Accept." If the subscriber using a personal computer clicked "Cancel," or failed to click the box next to "I accept the Xbox Live Terms of Use agreement," and/or failed to click "I Accept" or instead clicked "Cancel," Microsoft would not process the subscription and the subscriber could not access Xbox Live.

c. ***Subsequent TOU Updates.*** When Microsoft released new versions of the TOU, existing users automatically were required to accept the new TOU when they next logged



Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

into Xbox Live; if they failed to accept the TOU, they could not access or use the Xbox Live service. The acceptance process was the same as described above for new subscriptions: in each instance of a revised TOU, the subscriber had the opportunity to review the revised TOU on the same page as the acceptance button before clicking "I Accept."

4. ***Xbox Live TOU Arbitration Provisions.*** Ever since the version of the TOU introduced in December 2011, the Xbox Live TOU has included an arbitration agreement providing for individual arbitration of disputes with Microsoft. I am attaching as **Exhibit A** a true and correct copy of the December 2011 TOU, which includes the arbitration agreement in Section 18.1. Every version of the Xbox Live TOU after December 2011 contained a materially identical arbitration agreement and class action waiver.

5. ***Microsoft Services Agreement.*** Effective August 1, 2015, the Microsoft Services Agreement ("MSA") replaced the Xbox Live TOU as the agreement governing the use of Xbox Live and Xbox Live accounts. I am attaching as **Exhibit B** a true and correct copy of the August 1, 2015, MSA. Like the TOU before it, the August 1, 2015, MSA contained an arbitration agreement and class action waiver, as well as a conspicuous notice in capitalized letters on the first page alerting customers to the arbitration agreement and identifying where customers may find the arbitration terms (Section 15 of the MSA). Xbox Live subscribers could not access or use the Xbox Live service after August 1, 2015, unless and until they first logged into their accounts and affirmatively accepted the MSA. Xbox Live subscribers could agree to the MSA either through their Xbox consoles or their personal computers through the same processes described in Paragraph 3, above. In either scenario, the subscriber had the opportunity to review the full MSA, including the agreement to arbitrate, before deciding whether to click "I Accept" and proceed. As with the Xbox Live TOU in earlier years, a subscriber could not access or use an Xbox Live account or access Xbox Live services without first accepting the MSA.

6. ***MSA Updates.*** I am attaching as **Exhibit C** a true and correct copy of the version of the MSA effective September 15, 2016; as **Exhibit D** a true and correct copy of the version of the MSA effective May 1, 2018; as **Exhibit E** a true and correct copy of the version of MSA



Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

effective August 30, 2019; and as **Exhibit F** a true and correct copy of the version of the MSA effective October 1, 2020. These are the only four updates to the MSA since it replaced the Xbox Live TOU in August 2015. When Microsoft updates the MSA, it provides notice of the update to users who have already accepted the MSA through emails and pop-up notices (known as "interrupt" notices) that appear when the user logs in to a Microsoft service while an interrupt notice is active. As an example, I am attaching as **Exhibit G** a true and correct copy of the interrupt notice posted from August 17, 2020, to August 31, 2020, in connection with the October 1, 2020, update to the MSA. A user logging on to Microsoft services through a browser while this interrupt was active would have encountered this screen and would not have been able to access the Microsoft services without clicking "Next" to acknowledge the update notice. I am attaching as **Exhibit H** a true and correct example of the email notification Microsoft sent to inform users of the update to the MSA.

7. ***MSA Acceptance and Update Records.*** After the MSA replaced the TOU as the agreement governing Xbox Live accounts, new Xbox Live users were required to manifest assent to the MSA before they could access and use Xbox Live services. New Xbox Live subscribers must affirmatively accept the MSA by clicking a button adjacent to a hyperlink to the MSA terms. Early versions of the acceptance page required the user to click "I accept" next to the hyperlink; since 2019, the MSA acceptance page requires the user to click "Next" immediately below or adjacent to text explaining "Choosing **Next** means that you agree to the <u>Microsoft Services Agreement</u>," with the underscored language linking to the MSA terms. I am attaching as **Exhibits I** and **J** examples of these acceptance screens from 2017; I am attaching as **Exhibit K** and **L** examples of the acceptance screens as they exist today. Once the user has accepted the MSA, information reflecting the date and time of acceptance is automatically entered into a table in Microsoft's Xbox Live User and Offering database. Similarly, when a user acknowledges an MSA update by clicking on an interrupt notice, that same table is automatically updated with the date and time the subscriber acknowledged the updated MSA. Microsoft maintains and relies on the Xbox Live User and Offering database as part of its regularly conducted business.



Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

8. ***Plaintiffs' Acceptance of Xbox Live TOU and MSA.*** I have briefly reviewed the Amended Complaint in this action and understand that eight Plaintiffs assert claims against Microsoft based on alleged "drift" in Xbox standard and Elite controllers, which Plaintiffs claim affect their Xbox game play. Counsel for Plaintiffs has provided Microsoft with the "gamertags" these eight Plaintiffs use to play Xbox. A gamertag is a unique name Xbox Live subscribers select and use, and Microsoft maintains records of Xbox Live TOU and MSA acceptance linked to gamertags.

a. ***Plaintiff J.A.*** I understand Plaintiff J.A. has used three gamertag accounts on Xbox, as follows: V*************4; t*********s; P************3. I am informed that J.A. currently uses the gamertag t*********s, so this declaration provides information related to that account. According to Microsoft's records, however, users of each account associated with J.A. have agreed to the applicable account agreements, including the TOU and MSA, and Microsoft has records of those agreements as well. Microsoft's records show the gamertag t*********s is associated with Tara Allen, J.A.'s guardian. Ms. Allen or J.A. registered the account and gamertag in January 2020, and the account remains in active use. J.A. (or Ms. Allen) was sent email notification of Microsoft's MSA for the October 1, 2020, update. On August 24, 2020, at 4:28:17 PM UTC, the t*********s user clicked an interrupt notice to acknowledge the MSA update effective October 1, 2020. Microsoft's records further show active use of this account and gamertag into October 2020.

b. ***Plaintiff C.C.*** I understand Plaintiff C.C. uses an Xbox Live account with the gamertag R****g. Microsoft's Xbox Live records show this gamertag account was registered in December 2014, and it remains active on Xbox Live today. The account associated with gamertag R****g necessarily accepted the Xbox Live TOU through one of the processes described above, which afforded the opportunity for review of the full Xbox Live TOU before the user decided whether to accept. Microsoft's records show that on August 30, 2015, at 13:24:59 UTC, the MSA that had gone into effect as of August 1, 2015 was accepted. Microsoft sent email notification of the October 1, 2020, MSA update to the



Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

email address associated with R****g (C**********5@outlook.com). On August 22, 2020, at 9:41:32 PM UTC, C.C. clicked an interrupt notice to acknowledge the MSA update effective October 1, 2020. Microsoft's records further show the gamertag R****g has remained active on Xbox Live into October 2020.

c. ***Plaintiff A.D.*** I understand Plaintiff A.D. has an Xbox Live account using the gamertag S***********1, formerly L***********1. Microsoft's Xbox Live records show that A.D. registered his account and gamertag in August 2019 and remains an active Xbox Live user today. Because A.D. did not have an account before August 1, 2015, the MSA has always been the operative user agreement for A.D.'s account. As an active Xbox Live user, A.D. necessarily accepted the MSA through one of the processes described above, which afforded him the opportunity to review the full MSA before deciding whether to accept. Microsoft's records show that A.D. most recently affirmatively accepted the MSA on August 8, 2019, at 5:33:10 AM UTC, by clicking an interrupt notice to acknowledge the MSA update effective August 30, 2019. Microsoft also sent A.D. email notification of Microsoft's MSA for the October 1, 2020, update. Microsoft's records show A.D. has continued actively to use Xbox Live through August 2020.

d. ***Plaintiff A.H.*** I understand Plaintiff A.H. has an Xbox Live account using the gamertag S******z. Microsoft's Xbox Live records show that A.H. registered his account and gamertag in April 2020 and remains an active Xbox Live user today. Because A.H. did not have an account before August 1, 2015, the MSA has always been the operative user agreement for A.H.'s account. As an active Xbox Live user, A.H. necessarily accepted the MSA through one of the processes described above, which afforded him the opportunity to review the full MSA before deciding whether to accept. On August 29, 2020, at 5:53:39 PM UTC, A.H. clicked an interrupt notice to acknowledge the MSA update effective October 1, 2020. (I am informed that A.H., unlike all other Plaintiffs, was not sent email notification of the October 1, 2020, MSA update because the Microsoft email address he provided when opening his account has never been provisioned, i.e., he has never logged in at that email



Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

address.) Microsoft's records show A.H. has continued to actively use Xbox Live into October 2020.

e. ***Plaintiff J.H.*** I understand Plaintiff J.H. has an Xbox Live account using the gamertag s************8. Microsoft's Xbox Live records show J.H. registered his account and this gamertag in June 2014, and he remains an active Xbox Live user today. As an active Xbox Live user, J.H. necessarily accepted the Xbox Live TOU through one of the processes described above, which afforded him the opportunity to review the full Xbox Live TOU before deciding whether to accept. Most recently, on May 26, 2018, at 9:34:28 AM UTC, J.H. clicked an interrupt notice to acknowledge the MSA update effective May 1, 2018. Further, Microsoft sent J.H. email notification of Microsoft's MSA for the October 1, 2020, update. Microsoft's records show J.H. has continued to actively use Xbox Live into October 2020.

f. ***Plaintiff Donald McFadden.*** According to Microsoft's Xbox Live subscriber records, Mr. McFadden has an Xbox Live account using the gamertag S***********t. Microsoft's Xbox Live records show Mr. McFadden registered his account and this gamertag in December 2006, and he remains an active Xbox Live user today. As an active Xbox Live user, Mr. McFadden necessarily accepted the Xbox Live TOU through one of the processes described above, which afforded him the opportunity to review the full Xbox Live TOU before deciding whether to accept. Microsoft's records show that on August 25, 2015, at 17:01:03 GMT, Mr. McFadden accepted the MSA that had gone into effect as of August 1, 2015. On June 5, 2018, at 08:37:53 UTC, Mr. McFadden clicked an interrupt notice to acknowledge the MSA update effective May 1, 2018. Microsoft's records further show Mr. McFadden has continued to actively use Xbox Live after receiving and clicking on the interrupt notice. Microsoft sent Mr. McFadden email notification of Microsoft's MSA for the October 1, 2020, update. Microsoft's records show Mr. McFadden has continued to actively use Xbox Live into November 2020.



Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

g. ***Plaintiff Brandon Petti.*** I understand Mr. Petti has an Xbox Live account using the gamertag G*************7. Microsoft's Xbox Live records show Mr. Petti registered his account and this gamertag in September 2009, and he remains an active Xbox Live user today. As an active Xbox Live user, Mr. Petti necessarily accepted the Xbox Live TOU through one of the processes described above, which afforded him the opportunity to review the full Xbox Live TOU before deciding whether to accept. Microsoft's records show that on January 29, 2016, at 2:53:09 GMT, Mr. Petti accepted the MSA that had gone into effect as of August 1, 2015. On August 21, 2019, at 6:56:10 PM UTC, Mr. Petti clicked to acknowledge notice of the MSA update effective August 30, 2019. Microsoft sent Mr. Petti email notification of Microsoft's MSA for the October 1, 2020, update. Microsoft's records show Mr. Petti continued to actively use Xbox Live as recently as September 2020.

h. ***Plaintiff Samuel Whisnant.*** I understand Mr. Whisnant has an Xbox Live account using the gamertag B********X. Microsoft's Xbox Live records show Mr. Whisnant registered his account and this gamertag in February 2015, and he remains an active Xbox Live user today. As an active Xbox Live user, Mr. Whisnant necessarily accepted the Xbox Live TOU through one of the processes described above, which afforded him the opportunity to review the full Xbox Live TOU before deciding whether to accept. Microsoft's records show that on December 5, 2015, at 23:23:02 UTC, Mr. Whisnant accepted the MSA that had gone into effect as of August 1, 2015. On August 24, 2019, at 6:06:23 PM UTC, Mr. Whisnant clicked an interrupt notice to acknowledge the MSA update effective August 30, 2019. Microsoft sent Mr. Whisnant email notification of Microsoft's MSA for the October 1, 2020, update. Microsoft's records further show Mr. Whisnant has continued to actively use Xbox Live into October 2020.



Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

I declare under penalty of perjury under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on November __24__, 2020.

DocuSigned by:
Andreas Holbrook
DA14C522B4F843B...

Andreas Holbrook

** Due to COVID-19 pandemic, original signature unattainable.*



Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

# Exhibit A

# Xbox LIVE Terms of Use

Updated November 2011
Effective December 2011



Thank you for choosing Microsoft!

**Please note we do not provide warranties for the Service. This contract also limits our liability. These terms are in Sections 15 and 16. We ask that you read them carefully.**

**IF YOU LIVE IN THE UNITED STATES, SECTION 18.1 AND ITS SUBSECTIONS, CONTAIN A BINDING ARBITRATION CLAUSE AND CLASS ACTION WAIVER. THEY AFFECT YOUR RIGHTS CONCERNING THE RESOLUTION OF ANY "DISPUTE" (AS DEFINED IN SECTION 18.1.1 ) BETWEEN YOU AND MICROSOFT. PLEASE READ IT.**

Please read this contract carefully. This contract governs your use of Xbox LIVE, Games for Windows Live, Zune, and Windows Phone Marketplace services or software that display or link to this contract (including marketplace services provided under the brand of a Windows Phone device manufacturer), including services or software that allow you to stream, download, view or use certain digital content, such as music, video, games, mobile applications and other content that Microsoft makes available from time to time (the "Service"). The Service may be accessed from the Xbox 360 console, a personal computer, Windows Phone 7.x mobile phone, portable media player, other devices authorized by Microsoft (each an "Authorized Device"), or the World Wide Web. Microsoft may update this contract by posting new terms and conditions. If you do not agree to the changes, you must stop using the Service. Your continued use of the Service is your acceptance of the changed contract, except that Section 18.1.11 permits you to reject changes to Section 18.1 (arbitration agreement) within 30 days of the change. If you use or receive software from us as part of the Service, its use is governed by one of two sets of license terms: If you're presented with a license for the software, the terms of that license apply; if no license is presented to you, the terms of this contract apply. You can view the most current version of this contract by clicking the "Terms of Use" link at the bottom of the web page. Your use of certain parts of the Service may be subject to additional guidelines, posted notices or codes of conduct. These are incorporated by reference into this contract.

**1. What the Contract Covers.**

This is a contract between you and the Microsoft company listed in Section 19 ("Microsoft," "we," "us," or "our") for use of the Service. Sections 1-5 and 8-20 apply across the Service. Sections 6 and 7 only apply if the Service involves payments to or from Microsoft. Sections 21-23 only apply if you use the Services identified in those Sections. Some of these Services may not be fully available in your country or region or on your device.

By creating an account or otherwise accepting this contract, you represent that you are at least 18 years old or have reached the age of "majority" where you live. Your parent or legal guardian must set up an account on your behalf and accept this contract if you are under 18 or have not reached the age of "majority". You can use your Windows Live ID to register for the Service. A Windows Live ID will be automatically created for you if you do not have one. However, an automatically created Windows Live ID will only function with the Service. If you wish to use it for other Microsoft services, you must also agree to the applicable terms of use or terms of service for a general-purpose Windows Live ID.

**2. Additional Terms.**

Certain games, content offerings, features, services or events (for example, sweepstakes and tournaments) that are available via the Service ("Third-Party Features") may contain additional terms, codes of conduct, or guidelines that govern your use of those Third-Party Features ( collectively "Additional Terms"). Any dealings between you and such a third party are solely

between you and the third party. Except as otherwise provided herein, the Additional Terms govern your use of the Third-Party Features. We do not endorse and are not responsible or liable for any aspect of any such dealings. Moreover, the Additional Terms do not apply to the Service or to your legal relationship with Microsoft. The terms in this contract limiting our liability also apply to your use of Third-Party Features to the extent that such terms are not covered in the Additional Terms. Nothing in any Additional Terms increases our liability or changes your relationship with us. Certain Third-Party Features may not be available for use by people under a certain age. Please review the privacy controls provided by Third-Party Features and be aware that those controls affect how you share your personal information when using that Third-Party Feature.

**3. Using the Service.**

You must comply with this contract, all applicable laws, and the Microsoft Anti-spam Policy ( http://go.microsoft.com/fwlink/?LinkId=117951) when using the Service. You must also obey any policies, codes of conduct and notices we provide, including the Code of Conduct ( http://www.xbox.com/legal/codeofconduct and its successors) ("Code of Conduct"). You agree that the Service is only for your personal use, and you will not use the Service, any content available on the Service, or your account, for any commercial purpose. You may be unable to use the Service outside the country associated with your account ("Territory").

You must not use the Service to harm others or the Service. For example, you must not:

- use the Service to harm, threaten, or harass another person, organization, or Microsoft;
- damage, disable, overburden, or impair the Service (or any network or Authorized Device connected to the Service);
- resell or redistribute any part of the Service or access to the Service;
- use or attempt to use any unauthorized means to modify, reroute, or gain access to the Service;
- use any automated process or service (such as a bot, a spider, periodic caching of information stored by Microsoft, or metasearching) to access or use the Service, or to copy or scrape data from the Service;
- obtain (or try to obtain) any data from the Service or related hardware, except the data that we intend to make available to you; or
- use the Service or related hardware to design, develop, or update unauthorized software.

**4. Your Service Account, Associated Accounts and Accounts from Third Parties.**

Except as provided in this Section, only you may use your Service account. You must keep your accounts and passwords confidential and not authorize any third party to access or use the Service on your behalf unless we provide an approved mechanism for that. You must contact Customer Support immediately if you suspect misuse of your accounts or any security breach in the Service. For some parts of the Service, you may be able to set up additional accounts that are dependent on your account ("associated accounts"). You are responsible for all activity that takes place with your Service account and any associated accounts. We may limit who may use your Service account or any associated accounts or the number of devices from which you may access the Service.

If you allow or enable a minor to use your Service account or an associated account, then:

- You represent that you are the parent or legal guardian of such minor;
- You acknowledge that some features of the Service, and some content available through the Service, may contain or expose users to material that is unsuitable for minors. You agree to supervise usage by minors whom you permit or enable to use the Service. The Service is not intended for use by children under 13 without adult supervision;
- You acknowledge that we offer "Parental Controls" to help you restrict purchases and limit access to material that may be unsuitable for minors. For example, we offer "Family Settings" on the Xbox 360 console and on the Service. You may view or revise your Parental Controls by logging into your account on http://www.xbox.com. Additional information about Parental Controls is available at http://www.xbox.com/support; and
- You are responsible for any material that a user of your Service account accesses or is denied access to (including as a result of your use or non-use of Parental Controls). You acknowledge that use of Parental Controls is not a substitute for your personal supervision of minors that use your Service account.

If you use an associated account, you acknowledge that the holder of the Service account has full control over your associated account. This control includes the right to: (i) end the Service; (ii) close or alter your associated account at any time; (iii) access and modify Parental Controls for your associated account; and (iv) receive notices from us. In some cases, this control also includes the control of purchasing options from your associated account and the ability to request and receive device and Service usage information related to your associated account. We collect profile, usage and activity data related to your associated account and deliver it to the

Service account holder. If you are an associated account user, this contract applies to your use of the Service, except for the following Sections: 4 (excluding this paragraph); 6 (If You Pay Microsoft); and Section 18.6 (Notices to Parties).

**5. Internet Access May Be Required.**

To access the Service by means of a cellular data connection on a portable device (such as a Windows Phone), you will need a data access plan from your wireless carrier. In order to access the Service via WiFi or Internet connection, you will need a compatible device, software, browser and Internet access. You may incur charges related to Internet access and data transfer for such uses. Microsoft may change the requirements for accessing the Service from time to time and you are responsible for adhering to the requirements. If you do not agree with the changes, you must cancel and stop using the Service.

**6. Payment.**

**6.1 Charges.**

If there is a charge associated with a Service, you agree to pay that charge. Prices for the Service exclude all applicable taxes and currency exchange settlements, unless stated otherwise. You may still incur charges incidental to using the Service even if the service itself is free. For example, charges for Internet access, text messaging, or other data transmission. You are solely responsible for the payment of such taxes or other charges related to your use of the Service.

**6.2. Your Billing Account.**

You must provide a payment method at the time you sign up for a Service. You can access and modify your billing account information (including changing your payment method) on the Billing and Account Management website (https://billing.microsoft.com). You agree to keep your billing account information current at all times. We may cancel your Service if we do not receive payment from you. Changes made to your billing account will not affect charges we submit to your billing account before we reasonably could act on your request.

**6.3. Billing.**

By providing Microsoft with a payment method, you: (i) represent that you are authorized to use the payment method that you provided; (ii) authorize Microsoft to charge you for the Service using your payment method; and (iii) authorize Microsoft to charge you for any paid feature of the Service that you choose to sign up for or use while this contract is in force. We may bill you: (a) in advance; (b) at the time of purchase; (c) shortly after purchase; or (d) on a recurring basis for subscription Services. We may charge you up to the amount you've approved. We will notify you in advance of any prices changes for recurring subscription Services. We may bill you for more than one of your prior billing periods at the same time.

**6.4 Automatic Renewal.**

We may automatically renew your Service (provided that automatic renewals are allowed in your country) at the then current price for the Service. We will inform you by e-mail prior to the renewal and remind you that your designated payment method will be billed. We will also provide you with instructions on how to cancel the Service. You must cancel the Service (see Section 6.10 below) prior to the renewal date to avoid being billed for the renewal.

**6.5. Online Statement and Errors.**

We will provide you with an online billing statement on the Billing and Account Management website (https://billing.microsoft.com), where you can view and print your statement. If we make an error on your bill, you must tell us within 120 days after the error first appears on your bill. We will then promptly investigate the charge. Subject to applicable laws, if you do not tell us within that time, you release us from all liability and claims of loss resulting from the error and we will not be required to fix the error or provide a refund. If we identify a billing error, we will either fix that error within 60 days or notify you that the correction will take longer.

**6.6. Cooling Off Period.**

We may begin to provide the Service immediately when you request a Service from us. There is no cancellation or "cooling off" period, except if required by law. You may cancel the Service as provided in Section 6.10.

**6.7. Trial Period Offers.**

If you are participating in any trial period offer, you must cancel the Service by the end of the trial period to avoid incurring new charges unless we notify you otherwise. If you do not cancel your Service and we have told you the service will convert to a paid subscription at the end of the trial period, you authorize us to charge you for the Service.

**6.8. Price Changes.**

We reserve the right to change our prices at any time. We will notify you at least 30 days in advance if we change the price of the Service. Any price change will be effective at the next renewal or billing period for your Service. If you do not agree to the price change, you must cancel and stop using the Service before the price change takes effect. If you cancel, your Service ends at the end of your current service period or, if we bill your account on a periodic basis, at the end of the period in which you canceled.

**6.9. Refund Policies.**

All sales are final and nonrefundable unless otherwise provided by law or by a particular Service offer.

**6.10. Canceling the Service.**

You may cancel the Service at any time, with or without cause. Go to the Billing and Account Management website (https://billing.microsoft.com) for information and direction on how to cancel your Service. You should also review the offer describing the Service as: (i) you may not receive a refund at the time of cancellation; (ii) you may be required to pay cancellation fees; and (iii) you may be required to pay all charges made to your account for the Service prior to the date of cancellation.

**6.11. Late Payments.**

To the extent permitted by law, you must pay for all reasonable costs we incur to collect any past due amounts, including reasonable attorneys' fees and other legal fees and costs. **We reserve the right to suspend or cancel the Service if we do not receive an on time, full payment from you.**

**6.12. Internet Access Service.**

If the Service doesn't include Internet access, you're responsible for paying the fees charged by your Internet access provider. Those fees are in addition to the fees you pay us for the Service.

The rest of this Section 6.12 applies only if your Service includes Internet access. This Service may not be available in your country or region. If you use a dial-up modem, you may incur toll, roaming, or other access charges, depending on the number you are calling and from where you are calling. You should check with your local telephone company first to determine if the number you plan to use will incur such charges. You may still incur charges, depending on your local provider, calling location, and phone plan even if we suggest a phone number for you to call. We will not reimburse you for such charges.

**7. Payments to You.**

Your right to any payment due under a Service depends on your promptly providing us with all information we require to properly make the payment. Subject to applicable laws, you must provide us with the information we request before your right to receive the payment accrues. You are responsible for the accuracy of the information you provide and for any taxes and charges you may incur. You must also comply with any other conditions we place on your right to any payment. If you receive a payment in error, we may reverse or seek return of the payment. You will cooperate with us in our efforts to do this. We may also reduce your account balance without notice to adjust for the previous overpayment.

**8. Available Content.**

The Service may consist of specific content, features and functions that vary depending on your Territory and the type of device from which you access the Service. For example, the Service may include access to music, video, games, or mobile applications that are available in certain countries or for certain devices only.

Some content available in the Service may be unavailable from time to time or may only be offered for a limited time due to contractual or other limitations. As such, you may not be able to re-download or re-stream certain content that you have purchased. We have no obligation to provide a re-download or replacement of any content previously purchased. To the extent we receive information from the content owners indicating the date their content will be unavailable, we will endeavor to share this information with you.

Your ability to access the Service and obtain certain content is restricted to your Territory. If you change your account to a different Territory, you may not be able to re-download or re-stream content that was available to you in your previous Territory. You may be required to purchase and pay for content in your new Territory even though you have already paid for that content in the previous Territory.

**9. Your Content.**

We do not claim ownership of the content you provide on the Service. Your content remains your content. We do not control, verify, or endorse the content that you and others make available on the Service.

You control who may access your content. If you share content in public areas of the Service or in shared areas available to others you have chosen, then anyone you have shared content with may use that content. When you give others access to your content on the Service, you grant them free, nonexclusive permission to use, reproduce, distribute, display, transmit, and communicate to the public the content solely in connection with the Service and other products and services made available by Microsoft. If the submission is a photograph or other digital image, you also expressly waive any and all rights of privacy and publicity with respect to the image. If you do not want others to have those rights, do not use the Service to share your content.

You understand that Microsoft may need, and you hereby grant to Microsoft and its affiliates, resellers, distributors, service providers, partners, and/or suppliers the right, to use, modify, adapt, reproduce, distribute, publish and display content posted on the Service. These include your name, gamertag, motto, avatar, or other information you supply in connection with the content. These rights apply solely to the extent necessary to provide the Service.

You must respect the rights of artists, authors, inventors and creators. Content may be protected by copyright. People appearing in content may have a right to control the use of their image. If you share content on the Service in a way that infringes others' copyrights, other intellectual property or proprietary rights, or publicity or privacy rights, you are breaching this contract (and violating other rights and possibly the law). You represent and warrant that you have all the rights necessary for you to grant the rights in this Section and that the use of the content does not violate any law. We will not pay you for your content. We may refuse to publish your content for any or no reason. We may remove your content from the Service at any time and for any reason, including if: (i) you breach this contract; (ii) the content exceeds limits on storage or file size; or (iii) we cancel or suspend the Service.

**You are responsible for backing up the data and content that you store on the Service. We may permanently delete your data from our servers if the Service is suspended or canceled. We do not have any obligation to return data to you after the Service is suspended or canceled. If data is stored with an expiration date, we may also delete the data as of that date. Data that is deleted may be irretrievable.**

**10. Online Forums.**

The Xbox LIVE Forums, Games for Windows Live Forums, and the Zune Forums (each an "Online Forum" and collectively the "Online Forums") are sites available at: http://forums.xbox.com, http://forums.xbox.com/gfw/default.aspx and http://answers.microsoft.com/zune, respectively. The Online Forums are where users can get help and support with certain Authorized Devices and related software and services. You can browse the Online Forums without signing in. But you must sign into your Service account to post a message or reply to one. Anything that you post to the Online Forums is public. All posts you make to the Online Forums must comply with the Code of Conduct and the other terms of

this contract. Any post that does not comply may be removed by Microsoft and result in, among other things, termination or suspension of your rights to use the Service. Although we have no obligation to screen, edit, monitor or remove any of the content posted by users in the Online Forums or elsewhere on or through the Service, we reserve the right to do so without notice in our sole discretion. You can report abuse or violations of the Code of Conduct in an Online Forum by clicking on the "report" button and completing the web form. We are not responsible or liable for any statements, representations or content provided by users in the Online Forums or elsewhere in connection with the Service. Your use of Online Forums and the Service is at your own risk.

**11. Privacy.**

We collect certain information about you to operate and provide the Service. We may also automatically upload information about your computer, your use of the Service, and Service performance as part of the Service. We use and protect that information as described in the Microsoft Online Privacy Statement (http://go.microsoft.com/fwlink/?LinkId=81184), the Windows Phone 7 Privacy Statement (http://go.microsoft.com/fwlink/?LinkId=187032), and their successors. In particular, we may access or disclose information about you, including the content of your communications, in order to: (a) comply with the law or respond to lawful requests or legal process; (b) protect the rights or property of Microsoft or our customers, including the enforcement of our agreements or policies governing your use of the Service; and (c) act on a good faith belief that such access or disclosure is necessary to protect the personal safety of Microsoft employees, customers, or the public.

We may use technology or other means to protect the Service, protect our customers, or stop you from breaching this contract. These means may include, for example, filtering to stop spam or increase security. These means may interfere with your use of the Service and hinder or interrupt your use of the Service. We reserve the right to enforce and verify compliance with any part of this contract. This includes Microsoft's right to cooperate with any legal process relating to your use of the Service, and a third party claim that your use of the Service is unlawful or infringes such third party's rights.

Personal information collected by Microsoft may be stored and processed in the United States or any other country or region in which Microsoft or its affiliates, subsidiaries, or service providers maintain facilities. You consent to any such transfer of information outside of your country or region. Microsoft abides by the safe harbor framework as set forth by the U.S. Department of Commerce regarding the collection, use, and retention of data from the European Union, European Economic Area and Switzerland.

We may collect certain information about Service performance, your Authorized Device, and your use of the Service and Authorized Device to provide you the Service and improve the Service and Authorized Devices. We may automatically upload this information from your Authorized Device. Such data may include Xbox console hardware and operating performance data, unique identifiers on game discs, network performance data, and Service quality data. If you use the Xbox console with Kinect, we may also collect data about the way in which you interact with the console and the Service to improve Microsoft products and services. Any software or hardware errors which occur while you are connected to the Service or are offline may be uploaded and reported. All such data may be stored with the Xbox console's unique identifier, and may be associated with other personally identifiable information. You may read about this data collection in more detail in the Microsoft Online Privacy Statement at http://go.microsoft.com/fwlink/?LinkId=81184.

**12. Intellectual Property.**

We may automatically check your version of the software. We may also automatically download upgrades to the software to your Authorized Device to update, enhance, and further develop the Service.

Any software or content (e.g., text, images, video, graphics, music, sound, or games) (for purposes of this Section 12, we refer to all of these, as applicable, as "Software") we provide as part of the Service is licensed and not sold. We reserve all other rights not expressly granted in this contract. The Software license ends when your Service ends unless we notify you otherwise. You must then uninstall the Software, or we may disable it. You must not work around any technical limitations in the Software.

Microsoft Products and Services are subject to United States export laws and regulations. You must comply with all domestic and international export laws and regulations that apply to the

products and services. These laws include restrictions on destinations, end users and end use. For additional information, see http://www.microsoft.com/exporting. If you use the Software to access content that has been protected with Microsoft Digital Rights Management (DRM), the Software may automatically request media usage rights from an online rights server and download and install DRM updates in order to let you play the content. See the DRM information in the Microsoft Silverlight Privacy Statement (http://go.microsoft.com/fwlink/?LinkId=178857) for more information.

**13. Microsoft Points.**

Microsoft Points is a Service under which you can acquire Points and redeem those Points for certain online services and digital products. You can see how many Points you have by checking your Points balance at https://billing.microsoft.com. You can obtain selected Services or digital products that we offer in exchange for Points. You can do this by redeeming your Points as described in the messaging for those offers.

You can acquire Points in a variety of ways. For example, you can purchase Points, or certain Services may give you Points for using the Service or specific features of the Service (also known as "Promotion Points"). You can earn Promotion Points only for actions you actually complete. You are responsible for any taxes that may result from your participation in the Points Service.

When you obtain Points, you have obtained a limited license to a digital product. Points have no monetary value. You may not exchange Points for cash or money, regardless of how you acquired those Points. Points are not your personal property. Your only recourse for using Points is to obtain the specific online Services or digital products that we offer for Points redemption. Points are sold in a few denominations only. Unused Points are not refundable. We may further restrict our Points redemption offers based on your country of residence. We encourage you to redeem your Points. Points redemption offers may be limited in time and scope. The scope, variety, and type of online Services and digital products offered can change at any time. We have no obligation to continue making offers available for Points redemption.

Promotion Points may expire at any time, as set forth in the messages related to that promotion. We may cancel, suspend, or otherwise limit your access to your Points if we suspect fraudulent, abusive, or unlawful activity. Once we delete Points from a balance, we will not reinstate them, except at our discretion. When we cancel, suspend, or otherwise limit access to your Points, your right to use your Points immediately ceases. We will use reasonable efforts to investigate Points that are subject to access limitations and to reach a final decision on the limitations promptly. In addition, we may limit your use of the Points service. This includes applying limits to: (i) the number of Points you may have credited to your Points balance at one time; (ii) the number of Points you may redeem within a given time period (for example, one day); and (iii) the number of Promotion Points you may obtain in a single event.

If we post Points to your balance for activity that is subsequently voided, canceled or that involves a returned item, we will remove those Points from your balance. You must ensure that we properly post your Points to your Points balance. If you believe that you have validly acquired Points that we have not posted to your Points balance, subject to applicable laws, we will not post these Points unless you contact us within 12 months after the date you claim to have acquired those Points. We may require reasonable documentation to support your claim.

**14. Service Operation and Equipment.**

You may only access the Service with an Authorized Device or by logging into your account via the World Wide Web. You agree that: (i) you are using only authorized software and hardware to access the Service; (ii) your software and hardware have not been modified in any unauthorized way (e.g., through unauthorized repairs, unauthorized upgrades, or unauthorized downloads); and (iii) we have the right to send data, applications or other content to any software or hardware that you are using to access the Service for the express purpose of detecting an unauthorized modification. You must not attempt to disassemble, decompile, create derivative works of, reverse engineer, modify, further sublicense, distribute, or use for other purposes the Service, any game, application, or other content available or accessible through the Service, or any hardware associated with the Service or with an Authorized Device. If you do so, we may cancel your account and your ability to access the Service, and pursue other legal remedies. We may take any legal action we deems appropriate against users who violate our systems or network security, this contract or any additional terms incorporated or referenced in this contract. Such users may also incur criminal or civil liability.

We reserve complete and sole discretion with respect to the operation of the Service. We may, among other things: (i) restrict or limit access to the Service; (ii) retrieve information from the Authorized Device and any connected peripheral device used to log onto the Service as necessary to operate and protect the security of the Service, and to enforce this contract; and (iii) upgrade, modify, withdraw, suspend, or discontinue any functionality or feature of the Service, any game or other content available or accessible through the Service, or any hardware or software associated with the Service or with an Authorized Device, from time to time without notice. We may do so by the automatic download of related software directly to your Authorized Device, including software that prevents you from accessing the Service, playing pirated games, or using unauthorized hardware peripheral devices.

**15. WE MAKE NO WARRANTY.**

**We provide the Service "as-is," "with all faults," and "as available." We do not guarantee the suitability, reliability, availability, accuracy or timeliness of information available from the Service, or that the Service will be uninterrupted, secure, error-free or that data loss will not occur. You acknowledge that computer and telecommunications systems are not fault-free and occasional periods of downtime will occur. We give no express warranties, guarantees, or conditions. We disclaim all warranties with regard to the Service, including any implied warranties (e.g., those of merchantability, fitness for a particular purpose, workmanlike effort, title and non-infringement). You may have additional consumer rights under your local laws that this contract cannot change.**

**15A. Australian Consumer Guarantees**

If you live in Australia, there are consumer guarantees which are implied under the Australian Consumer Law which will apply to the goods and services supplied to you as part of the Services. Clause 15 above is modified by the inclusion of those guarantees.

For such of the Service that comprises services (rather than goods) should we breach any of these consumer guarantees your remedy is limited to receiving the supply of the service again, or the payment of the cost of having the services supplied again.

For such of the Service that comprises goods (which includes computer software) the following applies:

Our goods come with guarantees that cannot be excluded under the Australian Consumer Law. You are entitled to a replacement or refund for a major failure and compensation for any other reasonably foreseeable loss or damage. You are also entitled to have the goods repaired or replaced if the goods fail to be of acceptable quality and the failure does not amount to a major failure.

In the case of software, the repair of goods may not be practicable, and a replacement will be provided if this is the case. For any warranty or consumer guarantee issue, please contact the Xbox Call Centre at (02) 8031-8186 (if you are in Sydney) or 1800 555 741.

**16. LIABILITY LIMITATION.**

**You can recover from us for all successful claims only direct damages up to a total amount equal to your Service fee for one month. You cannot recover any other damages, including consequential, special, indirect, incidental, or punitive damages and lost profits.**

This limitation applies to anything related to this contract, for example:

- the Service;
- loss of data;
- your content, third party content (including code), third party programs, or third party conduct;
- viruses or other disabling features that affect your access to or use of the Service;
- incompatibility between the Service and other services, software, or hardware;
- delays or failures you may have in initiating, conducting, or completing any transmissions or transactions in connection with the Service in an accurate or timely manner; and
- claims for breach of contract; breach of warranty, guarantee, or condition; misrepresentation; omission; strict liability; negligence; or other tort.

It also applies even if this remedy does not fully compensate you for any losses, fails of its essential purpose or we knew or should have known about the possibility of the damages.

**Nothing in these terms except the agreement to arbitrate and class action waiver in Section 18.1 will affect the statutory rights of any consumer. Nothing in these terms will exclude or restrict liability for death or personal injury arising from our negligence, fraud, gross negligence or willful intent. Some or all of these limitations or exclusions may not apply to you if your state, province, or country does not allow the exclusion or limitation of incidental, consequential or other damages.**

**17. Changes to the Service; If We Cancel the Service.**

We may change the Service or delete features of the Service at any time for any reason. If you do not agree to these changes, then you must cancel and stop using the Service.

A particular feature may be a pre-release version - a beta, for example - and may not work correctly or in the way a final version might work. We may significantly change the final version or decide not to release a final version.

We may cancel or suspend your use of the Service at any time without notice and for any reason. Upon Service cancellation, your right to use the Service stops right away. Your ability to access and use Third-Party Features also stops right away. Our cancellation of the Service will not change your obligation to pay all charges made to your billing account. If we cancel the Service in its entirety without cause, then we will refund to you on a pro-rata basis the amount of your payment for the portion of your Service remaining at the time of cancellation. Sections 6 (for amounts incurred before termination), Section 11, Sections 15-18 and those Sections of this contract that by their terms apply after termination of this contract will survive any termination of this contract. If you have confidentiality obligations related to the Service, those obligations remain in force (for example, you may have been a beta tester).

**18. General Legal Terms, Including Binding Arbitration.**

**18.1. BINDING ARBITRATION CLAUSE AND CLASS ACTION WAIVER FOR U.S. RESIDENTS. PLEASE READ THIS SECTION CAREFULLY. IT AFFECTS YOUR LEGAL RIGHTS CONCERNING ANY DISPUTES BETWEEN YOU AND MICROSOFT IF YOU LIVE IN THE UNITED STATES FOR PURPOSES OF SECTION 18.1 AND ITS SUBSECTIONS, "MICROSOFT" MEANS MICROSOFT CORPORATION AND ITS SUBSIDIARIES, AFFILIATES, OFFICERS, DIRECTORS, EMPLOYEES, AND AGENTS.**

**18.1.1. DISPUTE.** As used in this contract, "Dispute" means any dispute, claim, demand, action, proceeding, or other controversy between you and Microsoft concerning the Service and your or Microsoft's obligations and performance under this contract or with respect to the Service, whether based in contract, warranty, tort (including, without limitation, fraud, misrepresentation, fraudulent inducement, concealment, omission, negligence, conversion, trespass, strict liability, and product liability), statute (including, without limitation, consumer protection and unfair competition statutes), regulation, ordinance, or any other legal or equitable basis or theory. "Dispute" will be given the broadest possible meaning allowable under law.

**18.1.2. INFORMAL NEGOTIATION OF DISPUTES.** You and Microsoft agree to attempt in good faith to resolve any Dispute before commencing arbitration. Unless you and Microsoft otherwise agree in writing, the time for informal negotiation will be 60 days from the date on which you or Microsoft mails a notice of the Dispute ("Notice of Dispute") as specified in Section 18.1.3. You and Microsoft agree that neither will commence arbitration before the end of the time for informal negotiation.

**18.1.3. NOTICE OF DISPUTE.** If you give a Notice of Dispute to Microsoft, you must send by U.S. Mail to **Microsoft Corporation, ATTN: LCA ARBITRATION, One Microsoft Way, Redmond, WA 98052-6399**, a written statement setting forth (a) your name, address, and contact information, (b) your Windows Live ID or gamertag, if you have one, (c) the facts giving rise to the Dispute, and (d) the relief you seek. **A form is available at** www.xbox.com/notice**.** If Microsoft gives a Notice of Dispute to you, we will send by U.S. Mail to your billing address if we have it, or otherwise to your e-mail address, a written statement setting forth (a) Microsoft's contact information for purposes of efforts to resolve the Dispute, (b) the facts giving rise to the Dispute, and (c) the relief Microsoft seeks.

**18.1.4. BINDING ARBITRATION. IF YOU LIVE IN THE UNITED STATES, YOU AND MICROSOFT AGREE THAT IF YOU AND MICROSOFT DO NOT RESOLVE ANY DISPUTE BY INFORMAL NEGOTIATION UNDER SECTION 18.1.2 ABOVE, ANY EFFORT TO RESOLVE THE DISPUTE WILL BE CONDUCTED EXCLUSIVELY BY BINDING ARBITRATION IN ACCORDANCE WITH THE ARBITRATION PROCEDURES IN SECTION**

**18.1.7 BELOW. YOU UNDERSTAND AND ACKNOWLEDGE THAT BY AGREEING TO BINDING ARBITRATION, YOU ARE GIVING UP THE RIGHT TO LITIGATE (OR PARTICIPATE IN AS A PARTY OR CLASS MEMBER) ALL DISPUTES IN COURT BEFORE A JUDGE OR JURY. INSTEAD, YOU UNDERSTAND AND AGREE THAT ALL DISPUTES WILL BE RESOLVED BEFORE A NEUTRAL ARBITRATOR, WHOSE AWARD (DECISION) WILL BE BINDING AND FINAL, EXCEPT FOR A LIMITED RIGHT OF APPEAL UNDER THE FEDERAL ARBITRATION ACT. ANY COURT WITH JURISDICTION OVER THE PARTIES MAY ENFORCE THE ARBITRATOR'S AWARD.**

**THE ONLY DISPUTES NOT COVERED BY THE AGREEMENT IN SECTION 18.1 TO NEGOTIATE INFORMALLY AND ARBITRATE ARE DISPUTES ENFORCING, PROTECTING, OR CONCERNING THE VALIDITY OF ANY OF YOUR OR MICROSOFT'S (OR ANY OF YOUR OR MICROSOFT'S LICENSORS') INTELLECTUAL PROPERTY RIGHTS.**

**18.1.5. AVAILABILITY OF SMALL CLAIMS COURT. Notwithstanding Section 18.1.4 , you have the right to litigate any Dispute in small claims court, if all requirements of the small claims court, including any limitations on jurisdiction and the amount at issue in the Dispute, are satisfied. Notwithstanding Section 19, you agree to bring a Dispute in small claims court only in your county of residence or King County, Washington .**

**18.1.6. CLASS ACTION WAIVER. YOU AND MICROSOFT AGREE THAT ANY PROCEED-INGS TO RESOLVE OR LITIGATE ANY DISPUTE, WHETHER IN ARBITRATION, IN COURT, OR OTHERWISE, WILL BE CONDUCTED SOLELY ON AN INDIVIDUAL BASIS, AND THAT NEITHER YOU NOR MICROSOFT WILL SEEK TO HAVE ANY DISPUTE HEARD AS A CLASS ACTION, A REPRESENTATIVE ACTION, A COLLECTIVE ACTION, A PRIVATE ATTORNEY-GENERAL ACTION, OR IN ANY PROCEEDING IN WHICH YOU OR MICROSOFT ACTS OR PROPOSES TO ACT IN A REPRESENTATIVE CAPACITY. YOU AND MICROSOFT FURTHER AGREE THAT NO ARBITRATION OR PROCEEDING WILL BE JOINED, CONSOLIDATED, OR COMBINED WITH ANOTHER ARBITRATION OR PROCEEDING WITHOUT THE PRIOR WRITTEN CONSENT OF YOU, MICROSOFT, AND ALL PARTIES TO ANY SUCH ARBITRATION OR PROECCEDING.**

**18.1.7. ARBITRATION PROCEDURE. The arbitration of any Dispute will be conducted by, and according to the rules and procedures of, the American Arbitration Association (the "AAA"). Information about the AAA, and how to commence arbitration before it, is available at www.adr.org or by calling 1-800-778-7879. A form is available at** www.xbox.com/arbitration**. The Commercial Arbitration Rules of the AAA will govern the arbitration. If you are an individual consumer and use the Service for personal or household use, or if the value of the Dispute is $75,000 or less, the Supplementary Procedures for Consumer-Related Disputes of the AAA will also apply. If the AAA rules or procedures conflict with the provisions of this contract, the provisions of this contract will govern. You may request a telephonic or in-person hearing by following the AAA rules and procedures. Where the value of a Dispute is $10,000 or less, any hearing will be telephonic unless the arbitrator finds good cause to hold an in-person hearing instead. The arbitrator has the power to make any award of damages to the individual party asserting a claim that would be available to a court of law. The arbitrator may award declaratory or injunctive relief only in favor of the individual party asserting a claim, and only to the extent required to provide relief on that party's individual claim.**

**18.1.8. ARBITRATION LOCATION.** You agree to commence arbitration only in your county of residence or in King County, Washington. Microsoft agrees to commence arbitration only in your county of residence.

**18.1.9. COSTS AND ATTORNEY'S FEES.** In a dispute involving $75,000 or less, Microsoft will promptly reimburse your filing fees, and pay the AAA administrative fees and the arbitrator's fees and expenses, incurred in any arbitration you commence against Microsoft unless the arbitrator finds it frivolous or brought for an improper purpose. Microsoft will pay all filing and AAA administrative fees, and the arbitrator's fees and expenses, incurred in any arbitration Microsoft commences against you. If a Dispute involving $75,000 or less proceeds to an award at the arbitration after you reject the last written settlement offer Microsoft made before the arbitrator was appointed ("Microsoft's Last Written Offer"), and the arbitrator makes an award in your favor greater than Microsoft's Last Written Offer, Microsoft will pay you the greater of the award or $1,000, plus twice your reasonable attorney's fees, if any, and reimburse any expenses (including expert witness fees and costs) that your attorney reasonably accrues for investigating, preparing, and pursuing your claim in arbitration, as determined by the arbitrator or agreed to by you and Microsoft. In any arbitration you commence, Microsoft will seek its AAA administrative

fees or arbitrator's fees and expenses, or your filing fees it reimbursed, only if the arbitrator finds the arbitration frivolous or brought for an improper purpose. Microsoft will not seek its attorney's fees or expenses from you. In a Dispute involving more than $75,000, the AAA rules will govern payment of filing and AAA administrative fees and arbitrator's fees and expenses. Fees and expenses are not counted in determining how much a Dispute involves.

**18.1.10. IF CLASS ACTION WAIVER ILLEGAL OR UNENFORCEABLE.** If the class action waiver (which includes a waiver of private attorney-general actions) in Section 18.1.6 is found to be illegal or unenforceable as to all or some parts of a Dispute, whether by judicial, legislative, or other action, then Section 18.1 and its subsections will not apply to those parts. Instead, those parts of the Dispute will be severed and proceed in a court of law, with the remaining parts proceeding in arbitration. The definition of "Dispute" in Section 18.1.1 will still apply to this contract. You and Microsoft irrevocably consent to the exclusive jurisdiction and venue of the state or federal courts in King County, Washington, USA, for all proceedings in court under this Section 18.1.10.

**18.1.11. YOUR RIGHT TO REJECT CHANGES TO ARBITRATION AGREEMENT.** Notwithstanding anything to the contrary in this contract, Microsoft agrees that if it makes any change to Section 18.1 (other than a change to the notice address in Section 18.1.3) while you are authorized to use the Service, you may reject the change by sending us written notice within 30 days of the change by U.S. Mail to the address in Section 18.1.3. By rejecting the change, you agree that you will informally negotiate and arbitrate any Dispute between us in accordance with the most recent version of Section 18.1 before the change you rejected.

**18.1.12. SEVERABILITY.** If any provision of Section 18.1 and its subsections, other than Section 18.1.6 (class action waiver), is found to be illegal or unenforceable, that provision will be severed from Section 18.1, but the remainder of Section 18.1 will remain in full force and effect. Section 18.1.10 says what happens if Section 18.1.6 (class action waiver) is found to be illegal or unenforceable.

**18.1.13. SURVIVAL OF PROVISIONS.** The provisions of Section 18.1 will survive termination of the contract or the provision of the Service to you.

**18.2. Interpreting the Contract.** All parts of this contract apply to the maximum extent permitted by law. A court may hold that we cannot enforce a part of this contract as written. If this happens, we will replace that part with terms that most closely match the intent of the part that we cannot enforce. The rest of this contract won't change. Sections 18.1.10 and 18.1.12 say what happens if parts of Section 18.1 (arbitration and class action waiver) are found to be illegal or unenforceable. Sections 18.1.10 and 18.1.12 prevail over this Section 18.2 if inconsistent with this Section 18.2. This is the entire contract between you and us regarding your use of the Service. It supersedes any prior contract or oral or written statements regarding your use of the Service. The Section titles in this contract do not limit the other terms of this contract. If you are accessing the Service within Germany, the agreement located at http://www.xbox.com/de-DE/legal/LiveTOU applies instead of this contract.

**18.3. Assignment and Transfer.** Microsoft may assign, transfer, sell, rent or lend or otherwise dispose our rights and obligations under this contract, in whole or part, at any time without notice to you. You may not assign this contract or any part of it, or any rights to use the Service or any part of the Service, either temporarily or permanently, to any other party. Any attempt to do so is void.

**18.4. No Third Party Beneficiaries; Microsoft Affiliates.** This contract is solely for your and our benefit, except for certain Sections of this contract which are for the benefit of Microsoft's affiliates and owners of content available through the Service. As a result, Microsoft's affiliates and owners of content available through the Service are entitled to enforce this contract. Except as stated above, this contract does not create any enforceable rights by anyone other than you and Microsoft and permitted successors.

**18.5. No Waiver.** We enforce this contract, the Code of Conduct and other user content and conduct rules set forth in this contract, and exercise our rights and remedies at our sole discretion. If we fail to enforce such rules, rights, or remedies in some instances it is not a waiver of our right to do so in other instances. These rules do not create any private right of action for you or any third party or any reasonable expectation that the Service will not contain any content that is prohibited by such rules.

**18.6. Claims and Disputes Must Be Filed Within One Year in Arbitration or Court.** To the extent permitted by law, any claim or Dispute (see Section 18.1.1 for definition of Dispute)

arising out of or relating to this contract or the Service must be filed within one year (i) in an arbitration proceeding under Section 18.1, (ii) in small claims court, or (iii) in court if Section 18.1 permits the Dispute to be filed in court instead of arbitration. The one-year period begins on the date when the claim or Dispute first could be filed. Any claim or Dispute that is not filed in an arbitration proceeding or court within that time is permanently barred. This Section applies to you and your successors and assigns. It also applies to us and our successors and assigns.

**18.7. Notices to Parties.** You may notify us as stated in customer support for the Service. We do not accept e-mail notices. This contract is in electronic form. We may send you information about the Service, additional information, and information the law requires us to provide in electronic form. We may provide required information to you: (i) by e-mail at the address you specified when you signed up for the Service; (ii) by access to a Microsoft web site we identify; or (iii) by access to a pre-designated Microsoft web site. Notices e-mailed to you will be deemed given and received when the e-mail is sent. As long as you can access and use the Service, you will be able to receive such notices. If you do not consent to receive any notices electronically, you must stop using the Service.

**18.8. Other Notices.**

**Copyright and Trademark Notices.** All contents of the Service except user-generated and third party content are Copyright © 2011 Microsoft and/or its suppliers, One Microsoft Way, Redmond, Washington 98052-6399 U.S.A. All rights reserved. We or our suppliers own the title, copyright and other intellectual property rights in the Service, software, and content. Microsoft, Windows, Windows Live, Windows logo, MSN, MSN logo (butterfly), Bing, Xbox, Xbox 360, Xbox LIVE, Kinect, the Xbox logos and other Microsoft products and services may also be either trademarks or registered trademarks of Microsoft in the United States and other countries. The names of actual companies and products mentioned in this contract may be the trademarks of their respective owners. Any rights not expressly granted in this contract are reserved. Certain software used in certain Microsoft web site servers is based in part on the work of the Independent JPEG Group. Copyright © 1991-1996 Thomas G. Lane. All rights reserved. "gnuplot" software which may be used in certain Microsoft web site servers is copyright © 1986-1993 Thomas Williams, Colin Kelley. All rights reserved.

**Notices and Procedure for Making Claims of Copyright Infringement.** Notifications of claimed copyright infringement should be sent to Microsoft's Designated Agent pursuant to Title 17, United States Code, Section 512(c)(2). **WE WILL NOT RESPOND TO INQUIRIES THAT ARE NOT RELEVANT TO THE FOLLOWING PROCEDURE. For details and contact information see Notice and Procedure for Making Claims of Copyright Infringement at** http://www.microsoft.com/info/cpyrtInfrg.htm .

**Financial Notice.** Microsoft is not a broker/dealer or registered investment advisor under U.S. federal securities law or securities laws of other jurisdictions. Microsoft does not advise individuals as to the advisability of investing in, purchasing, or selling securities or other financial products or services. Nothing contained in the Service constitutes an offer or solicitation to buy or sell any security. Neither Microsoft nor its licensors of stock quotes or index data endorse or recommend any particular financial products or services. Nothing contained in the Service is intended to constitute professional advice, including but not limited to, investment or tax advice.

**Notice about the H.264/AVC Visual Standard and the VC-1 Video Standard.** Software provided with the Service may include H.264/MPEG-4 AVC and/or VC-1 decoding technology. MPEG LA, L.L.C. requires this notice:

THIS PRODUCT IS LICENSED UNDER THE AVC AND THE VC-1 PATENT PORTFOLIO LICENSES FOR THE PERSONAL AND NON-COMMERCIAL USE OF A CONSUMER TO (A) ENCODE VIDEO IN COMPLIANCE WITH THE ABOVE STANDARDS ("VIDEO STANDARDS") AND/OR (B) DECODE AVC AND VC-1 VIDEO THAT WAS ENCODED BY A CONSUMER ENGAGED IN A PERSONAL AND NON-COMMERCIAL ACTIVITY AND/OR WAS OBTAINED FROM A VIDEO PROVIDER LICENSED TO PROVIDE SUCH VIDEO. NONE OF THE LICENSES EXTEND TO ANY OTHER PRODUCT REGARDLESS OF WHETHER SUCH PRODUCT IS INCLUDED WITH THIS SOFTWARE IN A SINGLE ARTICLE. NO LICENSE IS GRANTED OR SHALL BE IMPLIED FOR ANY OTHER USE. ADDITIONAL INFORMATION MAY BE OBTAINED FROM MPEG LA, L.L.C. SEE http://www.mpegla.com

For clarification purposes only, this notice does not limit or inhibit the use of the software provided under this contract for normal business uses that are personal to that business which do not include: (i) redistribution of the software to third parties; or (ii) creation of content with the VIDEO STANDARDS compliant technologies for distribution to third parties.

**19. Choice of Law and Location for Resolving Disputes.**

If you live in **the United States**, you are contracting with Microsoft Corp., One Microsoft Way, Redmond, WA 98052, USA. The laws of the state where you live govern the interpretation of this contract, claims for breach of it, and all other claims (including consumer protection, unfair competition, and tort claims), regardless of conflict of law principles. You and we irrevocably consent to the exclusive jurisdiction and venue of the state or federal courts in King County, Washington, for all Disputes arising out of or relating to this contract or the Service that are heard in court (not arbitration and not small claims court).

If you live in **Canada**, you are contracting with Microsoft Corp., One Microsoft Way, Redmond, WA 98052, USA. The laws of the province where you live govern the interpretation of this contract, claims for breach of it, and all other claims (including consumer protection, unfair competition, and tort claims), regardless of choice of law principles. You and we irrevocably consent to the exclusive jurisdiction and venue of the courts in Ontario for all Disputes arising out of or relating to this contract or the Service.

If you live in **North or South America Outside the United States and Canada**, you are contracting with Microsoft Corp., One Microsoft Way, Redmond, WA 98052, USA. Washington State law governs the interpretation of this contract and applies to claims for breach of it, regardless of choice of law principles. All other claims, including claims regarding consumer protection laws, unfair competition laws, and in tort, will be subject to the laws of the country to which we direct your service.

If you live in **Europe**, you are contracting with Microsoft Luxembourg S.à.r.l., 20 Rue Eugene Ruppert, Immeuble Laccolith, 1st Floor, L-2543 Luxembourg. All claims, including claims regarding consumer protection laws, unfair competition laws, and in tort, will be subject to the laws of Luxembourg or of the country in which you reside. With respect to jurisdiction, you may choose the responsible court in Luxembourg or in the country in which you reside for all Disputes arising out of or relating to this contract or the Service.

If you live in the **Middle East or Africa**, you are contracting with Microsoft Luxembourg S.à.r.l., 20 Rue Eugene Ruppert, Immeuble Laccolith, 1st Floor, L-2543 Luxembourg. The laws of Luxembourg govern the interpretation of this contract and apply to claims for breach of it, regardless of conflict of laws principles. All other claims, including claims regarding consumer protection laws, unfair competition laws, and in tort, will be subject to the laws of the country to which we direct your Service. You and we irrevocably agree to the exclusive jurisdiction and venue of the Luxembourg courts for all Disputes arising out of or relating to this contract or the Service.

If you live in **Asia** or the **South Pacific (other than the countries called out below)**, you are contracting with Microsoft Regional Sales Corp. ("MRS"). MRS is a corporation organized under the laws of the State of Nevada, USA. MRS has a branch in Singapore located at 438B Alexandra Road, #04-09/12, Block B, Alexandra Technopark, Singapore, 119968. The laws of Washington govern this contract. Any Dispute arising out of or related to this contract or the Service will be referred to and finally resolved by arbitration in Singapore according to the Arbitration Rules of the Singapore International Arbitration Center (SIAC. These rules are incorporated by reference into this clause. The tribunal will consist of one arbitrator appointed by the Chairman of SIAC. The language of arbitration will be English. The decision of the arbitrator will be final, binding, and incontestable. The decision may be used as a basis for judgment in any country or region.

If you live in **China**, you are contracting with Microsoft Corp., One Microsoft Way, Redmond, WA 98052, USA. Washington State law governs this contract, regardless of conflict of laws principles. The jurisdiction of the state or federal courts in King County, Washington, USA, is nonexclusive.

If you live in **Japan**, you are contracting with Microsoft Japan Co., Ltd (MSKK), Shinagawa Grand Central Tower, 2-16-3 Konan Minato-ku, Tokyo 108-0075. The laws of Japan govern this contract and any matters arising out of or relating to it. You and we irrevocably agree to the exclusive original jurisdiction and venue of the Tokyo District Court for all Disputes arising out of or relating to this contract or the Service.

If you live in **Korea**, you are contracting with Microsoft Korea, Inc., 6th Floor, POSCO Center, 892 Daechi-Dong, Kangnam-Gu, Seoul, 135-777, Korea. The laws of the Republic of Korea govern this contract. You and we irrevocably agree to exclusive original jurisdiction and venue of the Seoul District Court for all Disputes arising out of or relating to this contract or the Service.

If you live in **Taiwan**, you are contracting with Microsoft Taiwan Corp., 8F, No 7 Sungren Road, Shinyi Chiu, Taipei, Taiwan 110. The laws of Taiwan govern this contract. You and we irrevocably designate the Taipei District Court as the court of first instance having jurisdiction over all Disputes arising out of or in connection with this contract or the Service.

**20. Support.**

We do not offer customer support for the Service unless provided otherwise in this contract or the materials we publish in connection with a particular component of the Service. For more information on customer support, please go to http://www.xbox.com/support.

**21. Xbox LIVE and Games for Windows LIVE.**

The following additional terms apply to Xbox LIVE and Games for Windows Live:

**21.1. Additional Privacy Terms for Xbox LIVE and Games for Windows Live.** We require certain permissions in order for you to evaluate and for us to enable the features and functions of the Xbox LIVE/Games for Windows Live Service. These features and functions include leaderboards, live-hosted gameplay, achievements, tournaments, and gamer profile sharing. If you evaluate or we enable these features and functions, you grant Microsoft and its affiliates, resellers, distributors, service providers, partners, and/or suppliers (each, a "Microsoft party") the following permissions: Microsoft parties may use, track, store, copy, distribute, broadcast, transmit, publicly display and perform, and reproduce: (i) your game scores; (ii) your game play sessions; (iii) your presence on the Xbox LIVE/Games for Windows Live Service; (iv) the time that you spend on or within particular portions of the Xbox LIVE/Games for Windows Live Service; (v) portions of the Xbox LIVE/Games for Windows Live Service that are displayed on your monitor or screen and the duration of that display; (vi) rankings, statistics, gamer profiles, avatars, and content that you may submit; and (vii) other usage information. These permissions apply with or without attribution to you, your gamertag or avatar. We may use these permissions without notice or compensation to you of any kind. To avoid any confusion, we have the right to make information pertaining to your use of, and gameplay on, Xbox LIVE available through Games for Windows Live, and vice versa.

You should not expect any level of privacy concerning your use of the live communication features (for example, voice chat, video and communications in live-hosted gameplay sessions) offered through the Xbox LIVE/Games for Windows Live Service. We may monitor these communications to the extent permitted by law. However, we cannot monitor the entire Service and make no attempt to do so. You understand that others can record and use these communications. Communications in live-hosted gameplay sessions may also be broadcast to others. Some games may use game managers and hosts. Game managers and hosts are not authorized Microsoft spokespersons. Their views do not necessarily reflect those of Microsoft.

When you use Voice Search, all voice commands are sent to Microsoft and stored to provide the Voice Search Service and improve Microsoft products. If you use Voice Search, you consent to Microsoft recording and collecting your voice input to provide the Voice Search Service and improve Microsoft products. We will treat any voice input according to the Microsoft Online Privacy Statement (http://go.microsoft.com/fwlink/?LinkId=81184).

**22. Zune.**

The following additional terms apply to Zune:

**22.1 Zune Pass Subscription.** You can choose to sign up for a Zune Pass subscription if available in your Territory. The Zune Pass allows you to stream or download as many songs as you want from the Zune Service on a subscription basis for a flat monthly fee. If you do not pay your subscription fee or your Zune Pass subscription terminates for any other reason, you will no longer have access to any content you downloaded under your Zune Pass subscription.

**22.2 Non-Commercial Use.** Music and video content may only be used for personal, non-commercial use and may not be used as a musical "ringer" or ringtone for a mobile phone without the prior written consent of the copyright owner.

**22.3 Content Usage Rules for Music and Music Video.** All music and music video content you purchase, rent or acquire on a subscription basis from the Zune Service in your Territory is subject to this contract and any other applicable terms and conditions. These include: (i) limitations imposed by copyright owners; (ii) use of digital rights management (DRM) technology; and (iii) the usage rules, located at http://www.xbox.com/usagerules.

**22.4. Storage.** Any burning or exporting capabilities (if applicable) are solely an accommodation to you. They do not constitute a grant or waiver (or other limitation or implication) of any rights of the copyright owners of any audio or video content, sound recording, underlying musical composition or artwork embodied in any purchased content.

**22.5. Video Content (Film or Television).** We may offer video content in your Territory ("Video Content") for download, streaming or both, on: (i) a limited time-based video-on-demand basis ("VOD Content"); or (ii) a retained license basis ("Retained Rights Content"). You may only stream Video Content to the extent this feature is authorized under the Service. Resolution of Video Content purchased in high definition may vary depending on the content you chose, the device or hardware that you use, and the bandwidth of your Internet connection.

**22.5.1. VOD Content.** Notwithstanding anything to the contrary in this contract, we grant you a personal, non-exclusive, non-transferable, limited right and license to view and privately display the VOD Content in your Territory for personal, non-commercial purposes only via an Authorized Device. This limited right and license is subject to the terms of this contract and the usage rules, located at http://www.xbox.com/usagerules and is effective on payment of the required fees.

**22.5.2. Retained Rights Content.** Notwithstanding anything to the contrary in this contract, we grant you, a personal, non-exclusive, non-transferable, limited right and license to view and privately display any Retained Rights Content you obtain via the Service in your Territory. This limited right and license is: (i) subject to the terms of this contract; (ii) for personal, non-commercial purposes only, for and during your authorized use of the Zune Service; and (iii) effective on payment of the required fees. Once you obtain a license to an item of Retained Rights Content, you may download or stream a copy of it to one or more Authorized Devices, as set forth in the usage rules, located at http://www.xbox.com/usagerules.

**23. Windows Phone 7.x.**

The Service available in your Territory may enable you to browse, search, download and purchase applications for your Windows® Phone running a version 7.x of the Windows Phone operating system ("Windows Phone Applications").

We will identify the provider of each Windows Phone Application. It may be Microsoft ("Microsoft applications") or a third party ("Third Party applications"). Your use of Windows Phone Applications is governed by the Standard Application License Terms at the end of these Terms of Use. If a Third Party application provides you with separate terms those apply instead.

We are not a party to the license between you and a Third Party application provider. Except in the country(s) listed in Section 22.3 below, we act as an agent of the application provider in providing any Third Party application to you. Regardless of whether Microsoft acts as an agent or reseller, we do not license any Microsoft intellectual property to you as part of any Third Party application made available through the Service, and we are not responsible, unless otherwise required by law, for:

- the Third Party application;
- your use of the Third Party application;
- the content of the Third Party application;
- customer support for the Third Party application; or
- any warranties or claims relating to the Third Party application.

**23.1. Removing or Disabling Windows Phone Applications** . We may disable the Windows Phone applications contained in your service account for any reason. We may also remove any Windows Phone application or disable copies of any Windows Phone application on your Marketplace enabled device in order to protect the Service, application providers, wireless carriers over whose network you access the Service or any other affected or potentially affected parties.

**23.2. Privacy Policy for Windows Phone Applications** . The privacy policies that apply to Third Party applications will be provided to you with such Third Party applications, and Microsoft's Terms of Use and privacy policies will not apply to your use of a Third Party application.

**Standard Windows Phone Application License Terms**

STANDARD APPLICATION LICENSE TERMS (UPDATED JUNE 2011)

WINDOWS PHONE APPLICATIONS

These license terms are an agreement between Application Provider and you. Please read them. They apply to the software application you download from the Windows Phone Marketplace ("Application"), unless the Application comes with separate terms ("Third Party License"). In that case, the terms of the Third Party License will apply. This agreement also applies to any updates and supplements for the Application, unless other terms accompany those items. If so, those terms apply.

BY DOWNLOADING OR USING THE APPLICATION, YOU ACCEPT THESE TERMS. IF YOU DO NOT ACCEPT THEM, DO NOT DOWNLOAD OR USE THE APPLICATION.

Except for the foregoing, if the Application enables access to any Internet-based services, your use of those services will be subject to the separately-provided terms of use.

In this agreement "Application Provider" means the entity licensing the Application to you, as identified in the Windows Phone Marketplace. If the Application is provided by Microsoft, then the Application Provider is Microsoft (or based on where you live, one of its affiliates).

If you comply with these license terms, you have the rights below.

INSTALLATION AND USE RIGHTS.

Installation and Use. You may install and use one copy of the Application on up to five (5) mobile devices you personally own or control and which are affiliated with the Windows Live ID associated with your Windows Phone Marketplace account. You may not install or use a copy of the Application on a device you do not own or control.

INTERNET-BASED SERVICES. Application Provider may provide Internet-based services with the Application. In addition to the following, your use of such services is subject to the terms provided to you by the Application Provider and/or your wireless carrier.

Consent for Internet-Based or Wireless Services. The Application may connect to computer systems over an Internet-based wireless network. In some cases, you will not receive a separate notice when they connect. Using the application operates as your consent to the transmission of standard device information (including but not limited to technical information about your device, system and application software, and peripherals) for Internet-based or wireless services.

Misuse of Internet-based Services. You may not use any Internet-based service in any way that could harm it or impair anyone else's use of it or the wireless network. You may not use the service to try to gain unauthorized access to any service, data, account or network by any means.

Scope of License. The Application is licensed, not sold. This agreement only gives you some rights to use the Application. Application Provider reserves all other rights. Unless applicable law gives you more rights despite this limitation, you may use the Application only as expressly permitted in this agreement. In doing so, you must comply with any technical limitations in the Application that only allow you to use it in certain ways. You may not:

- work around any technical limitations in the Application;
- reverse engineer, decompile or disassemble the Application, except and only to the extent that applicable law expressly permits, despite this limitation;
- make more copies of the Application than specified in this agreement or allowed by applicable law, despite this limitation;
- publish or otherwise make the Application available for others to copy;
- rent, lease or lend the Application; or
- transfer the Application or this agreement to any third party.

Documentation. If documentation is provided with the Application, you may copy and use the documentation for your internal, reference purposes.

Export Restrictions. The Application is subject to United States export laws and regulations. You must comply with all domestic and international export laws and regulations that apply to the Application. These laws include restrictions on destinations, end users and end use. For additional information, see www.microsoft.com/exporting.

Support Services. The Application is provided "as is." Contact the Application Provider to determine if any support services are available. Microsoft (unless Microsoft is the Application Provider), your phone manufacturer, and your wireless carrier are not responsible for providing support services for the Application.

Entire Agreement. This agreement, and the terms for supplements and updates are the entire agreement for the Application.

Applicable Law.

United States. If you acquired the Application in the United States, he laws of the state where you live govern the interpretation of this agreement, claims for breach of it, and all other claims (including consumer protection unfair competition, and tort claims), regardless of conflict of law principles.

Outside the United States. If you acquired the Application in any other country, the laws of that country apply.

Legal Effect. This agreement describes certain legal rights. You may have other rights under the laws of your country. This agreement does not change your rights under the laws of your country if the laws of your country do not permit it to do so.

Disclaimer of Warranty. THE APPLICATION IS LICENSED "AS-IS," "WITH ALL FAULTS," AND "AS AVAILABLE." YOU BEAR THE RISK OF USING IT. THE APPLICATION PROVIDER, ON BEHALF OF ITSELF, MICROSOFT, WIRELESS CARRIERS OVER WHOSE NETWORK THE APPLICATION IS PROVIDED, AND EACH OF OUR RESPECTIVE AFFILIATES, AND SUPPLIERS ("COVERED PARTIES"), GIVES NO EXPRESS WARRANTIES, GUARANTEES, OR CONDITIONS UNDER OR IN RELATION TO THE APPLICATION. YOU MAY HAVE ADDITIONAL CONSUMER RIGHTS UNDER YOUR LOCAL LAWS WHICH THIS AGREEMENT CANNOT CHANGE. TO THE EXTENT PERMITTED UNDER YOUR LOCAL LAWS, COVERED PARTIES EXCLUDE ANY IMPLIED WARRANTIES OR CONDITIONS, INCLUDING THOSE OF MERCHANTABILITY, FITNESS FOR A PARTICULAR PURPOSE AND NON-INFRINGEMENT.

Limitation on and Exclusion of Remedies and Damages.

TO THE EXTENT NOT PROHIBITED BY LAW, YOU CAN RECOVER FROM THE APPLICATION PROVIDER ONLY DIRECT DAMAGES UP TO THE AMOUNT YOU PAID FOR THE APPLICATION. YOU AGREE NOT TO SEEK TO RECOVER ANY OTHER DAMAGES, INCLUDING CONSEQUENTIAL, LOST PROFITS, SPECIAL, INDIRECT, INCIDENTAL, OR PUNITIVE DAMAGES FROM ANY COVERED PARTIES.

This limitation applies to

- anything related to the Application, services made available through the Application, or content (including code) on third party Internet sites; and
- claims for breach of contract, breach of warranty, guarantee or condition, strict liability, negligence, or other tort to the extent permitted by applicable law.
- It also applies even if
- repair, replacement or a refund for the Application does not fully compensate you for any losses; or
- Covered Party knew or should have known about the possibility of the damages.

If you live in Australia, the above "*Disclaimer of Warranty*" and "*Limitation on and Exclusion of Remedies and Damages*" clauses are subject to the consumer guarantee provisions of the Australian Consumer Law.

Our goods (the Application) come with guarantees that cannot be excluded under the Australian Consumer Law. You are entitled to a replacement or refund for a major failure and compensation for any other reasonably foreseeable loss or damage. You are also entitled to have the goods repaired or replaced if the goods fail to be of acceptable quality and the failure does not amount to a major failure.

Support Press For Developers Jobs Feedback

**United States** **Mobile version** Privacy Statement Xbox.com Terms of Use Code of Conduct About Our Ads

© 2012 Microsoft



http://www.xbox.com/en-US/legal/livetou

# Exhibit B

Microsoft

# Microsoft Services Agreement

FAQ Microsoft Services Agreement Microsoft Privacy Statement

Published: **June 4, 2015**
Effective: **August 1, 2015**

Print

# Microsoft Services Agreement

IF YOU LIVE IN (OR YOUR PRINCIPAL PLACE OF BUSINESS IS IN) THE UNITED STATES, PLEASE READ THE BINDING ARBITRATION CLAUSE AND CLASS ACTION WAIVER IN SECTION 15. IT AFFECTS HOW DISPUTES ARE RESOLVED.

These terms ("**Terms**") cover the use of those Microsoft's consumer products, websites, and services listed here (the "**Services**"). Many of these products previously had separate terms that were called different names, such as "Xbox Live Terms of Use" or "Skype Terms of Use," and these Terms replace those separate terms. You accept these Terms by creating a Microsoft account or Skype account, through your use of the Services, or by continuing to use the Services after being notified of a change to these Terms.


- Your Privacy
- Your Content
- Code of Conduct
- Using the Services & Support
- Using Third-Party Apps and Services
- Service Availability
- Updates to the Services or Software, and Changes to These Terms
- Software License
- Payment Terms
- Contracting entity, choice of law, jurisdiction


## Your Privacy

1. **Your Privacy.** Your privacy is important to us. Please read the Microsoft Privacy Statement, the Microsoft Health Privacy Statement, and the HealthVault Privacy Statement (collectively "**Privacy Statements**") as they describe the types of data we collect from you and your devices ("**Data**") and how we use your Data. The Privacy Statements also describe how Microsoft uses your content, which is your communications with others; postings or feedback submitted by you to Microsoft via the Services; and the files, photos, documents, audio, digital works, and videos that you upload, store or share through the Services ("**Your Content**"). By using the Services or agreeing to these Terms, you consent to Microsoft's collection, use and disclosure of Your Content and Data as described in the Privacy Statements.

## Your Content

2. **Your Content.** Many of our Services allow you to store or share Your Content or receive material from others. We don't claim ownership of Your Content. Your Content remains Your Content and you are responsible for it.

a. When you share Your Content with other people, you understand that they may be able to, on a worldwide basis, use, save, record, reproduce, transmit, display (and on HealthVault delete) Your Content without compensating you. If you do not want others to have that ability, do not use the Services to share Your Content. You represent and warrant that for the duration of these Terms, you have (and will

Warranties
Limitation of Liability
Service-Specific Terms
Xbox Live and Microsoft Studios Games and Applications
Store
Microsoft Family
Skype
Bing and MSN
Bing Rewards
Cortana
Outlook.com
Office-based Services
HealthVault
Binding Arbitration and Class Action Waiver
Miscellaneous
NOTICES
STANDARD APPLICATION LICENSE TERMS
Covered Services

have) all the rights necessary for Your Content that is uploaded, stored or shared on or through the Services and that the collection, use, and retention of Your Content will not violate any law or rights of others. Microsoft cannot be held responsible for Your Content or the material others upload, store or share using the Services.

b. To the extent necessary to provide the Services to you and others, to protect you and the Services, and to improve Microsoft products and services, you grant to Microsoft a worldwide and royalty-free intellectual property license to use Your Content, for example, to make copies of, retain, transmit, reformat, display, and distribute via communication tools Your Content on the Services. If you publish Your Content in areas of the Service where it is available broadly online without restrictions, Your Content may appear in demonstrations or materials that promote the Service. Controls for how Microsoft personalizes advertising are available on the Security & privacy page of the Microsoft account management website. We do not use what you say in email, chat, video calls or voice mail, or your documents, photos or other personal files to target advertising to you. Our advertising policies are covered in detail in the Privacy Statements.

↑Top of page

# Code of Conduct

3. **Code of Conduct.**

a. By agreeing to these Terms, you're agreeing that, when using the Services, you will follow these rules:

i. Don't do anything illegal.
ii. Don't engage in any activity that exploits, harms, or threatens to harm children.
iii. Don't send spam. Spam is unwanted or unsolicited bulk email, postings, contact requests, SMS (text messages), or instant messages.
iv. Don't publicly display or use the Services to share inappropriate Content or material (involving, for example, nudity, bestiality, pornography, graphic violence, or criminal activity).
v. Don't engage in activity that is false or misleading (e.g., asking for money under false pretenses, impersonating someone else, manipulating the Services to increase play count, or affect rankings, ratings, or comments).
vi. Don't circumvent any restrictions on access to or availability of the Services.
vii. Don't engage in activity that is harmful to you, the Services, or others (e.g., transmitting viruses, stalking, communicating hate speech, or advocating violence against others).
viii. Don't infringe upon the rights of others (e.g., unauthorized sharing of copyrighted music or other copyrighted material, resale or other distribution of Bing maps, or photographs).
ix. Don't engage in activity that violates the privacy of others.
x. Don't help others break these rules.

b. **Enforcement.** If you violate these Terms, we may stop providing Services to you or we may close your Microsoft account or Skype account. We may also block delivery of a communication (like email or instant message) to or from the Services in an effort to enforce these Terms or we may remove or refuse to publish Your

Content for any reason. When investigating alleged violations of these Terms, Microsoft reserves the right to review Your Content in order to resolve the issue. However, we cannot monitor the entire Services and make no attempt to do so.

↑Top of page

# Using the Services & Support

4. **Using the Services & Support.**

a. **Microsoft account or Skype account.** You'll need a Microsoft account to access many of the Services. Your Microsoft account lets you sign in to products, websites and services provided by Microsoft and some Microsoft partners. To access Skype on certain platforms, you have the option of using a Skype account or a Microsoft account.

i. **Creating an Account.** You can create a Microsoft account or a Skype account by signing up online. You agree not to use any false, inaccurate or misleading information when signing up for your Microsoft account or Skype account. In some cases, a third party, like your Internet service provider, may have assigned a Microsoft account to you. If you received your Microsoft account from a third party, the third party may have additional rights over your account, like the ability to access or delete your Microsoft account. Please review any additional terms the third party provided you, as Microsoft has no responsibility regarding these additional terms. If you create a Microsoft account on behalf of an entity, such as your business or employer, you represent that you have the legal authority to bind that entity to these Terms. You cannot transfer your Microsoft account or Skype account to another user or entity. To protect your account, keep your account details and password confidential. You are responsible for all activity that occurs under your Microsoft account or Skype account.

ii. **Account Use.** You must use your Microsoft account to keep it active. This means you must sign in at least once in a five-year period to keep your Microsoft account, and associated Services, active, unless provided otherwise in an offer for a paid portion of the Services. If you don't sign in during this time, we will assume your Microsoft account is inactive and will close it for you. Please see section 4(a)(iv)(2) for the consequences of a closed Microsoft account. You must sign into your Outlook.com inbox and your OneDrive (separately) at least once in a one-year period, otherwise we will close your Outlook.com inbox and your OneDrive for you. If we reasonably suspect that your Microsoft account or Skype account is being used by a third party fraudulently (for example, as a result of an account compromise), Microsoft may suspend your account until you can reclaim ownership. If you are having trouble accessing your Microsoft account, please visit this website: http://go.microsoft.com/fwlink/?LinkId=238656. To manage your Skype account, you must "Sign In" at www.skype.com.

iii. **Kids and Accounts.** By using the Services, you represent that you have either reached the age of "majority" where you live or have valid parent or legal guardian consent to be bound by these Terms. If you do not know whether you have reached the age of majority where you live, or do not understand this section, please ask your parent or legal guardian for help before you create a Microsoft account or Skype account. If you are the parent or legal

guardian of a minor that creates a Microsoft account or Skype account, you accept these Terms on the minor's behalf and are responsible for all use of the Microsoft account, Skype account, or Services, including purchases, whether the minor's account is now open or created later.

iv. **Closing Your Account.**

1. You can cancel specific Services or close your Microsoft account or Skype account at any time and for any reason. To close your Microsoft account, please visit http://go.microsoft.com/fwlink/p/?linkid=618278. When you ask us to close your Microsoft account, we will put it in a suspended state for 60 days just in case you change your mind. After that 60 day period, your Microsoft account will be closed. See section 4(a)(iv)(2) below for a detailed explanation as to what happens when your Microsoft account is closed. Logging back in during that 60 day period will reactivate your Microsoft account. To cancel your Skype account please submit a support request to http://go.microsoft.com/fwlink/p/?linkid=618280.

2. If your Services are canceled or your Microsoft account or Skype account is closed (whether by you or us), a few things happen. First, your right to use the Services stops immediately and your license to use the software related to the Services ends. Second, we'll delete Data or Your Content associated with your Microsoft account or Skype account or will otherwise disassociate it from you and your Microsoft account or Skype account (unless we are required by law to keep it). You should have a regular backup plan as Microsoft won't be able to retrieve Your Content or Data once your account is closed. Third, you may lose access to material or products you've acquired.

b. **Additional Equipment/Data Plans.** To use many of the Services, you'll need an internet connection and/or data/cellular plan. You might also need additional equipment, like a headset, camera or microphone. You are responsible for providing all connections, plans, and/or equipment needed to use the Services and for paying the fees charged by the provider(s) of your connections, plans, and equipment. Those fees are in addition to any fees you pay us for the Services and we will not reimburse you for such fees. Check with your provider(s) to determine if there are any such fees that may apply to you.

c. **Service Notifications.** When there's something important to tell you about a Service you use, we'll send you Service notifications to the email associated with your Microsoft account or, for Skype notifications, your Skype account. If you authorized use of your phone number for your Microsoft account or Skype account, then we may send Service notifications to you via SMS (text message). **Data or messaging rates may apply when receiving notifications via SMS.**

d. **Support.** Customer support for the Services is available at http://support.microsoft.com.

↑Top of page

## Using Third-Party Apps and Services

5. **Using Third-Party Apps and Services.** Our Services may allow you to access or acquire

products, services, websites, links, content, material, games or applications from third parties (companies or people who aren't Microsoft) ("Third-Party Apps and Services"). Many of our Services also help you find Third-Party Apps and Services, and you understand that you are directing our Services to provide Third-Party Apps and Services to you. The Third-Party Apps and Services may also allow you to store Your Content or Data with the publisher, provider, or operator of the Third-Party Apps and Services. The Third-Party Apps and Services may present you with a privacy policy or require you to accept additional terms of use before you can install or use the Third-Party App or Service. See section 14(b) for additional terms for applications acquired through the Office Store, the Xbox Store or the Windows Store. You should review any additional terms and privacy policies before acquiring or using any Third-Party Apps and Services. Any additional terms do not modify any of these Terms. You are responsible for your dealings with third parties. Microsoft does not license any intellectual property to you as part of any Third-Party Apps and Services and is not responsible for information provided by third parties.

↑Top of page

## Service Availability

6. **Service Availability.**

a. The Services, Third-Party Apps and Services, or material or products offered through the Services may be unavailable from time to time, may be offered for a limited time, or may vary depending on your region or device. If you change the location associated with your Microsoft account, you may need to re-acquire the material or applications that were available to you and paid for in your previous region.

b. We strive to keep the Services up and running; however, all online services suffer occasional disruptions and outages, and Microsoft is not liable for any disruption or loss you may suffer as a result. In the event of an outage, you may not be able to retrieve Your Content or Data that you've stored. We recommend that you regularly backup Your Content that you store on the Services or store using Third-Party Apps and Services.

↑Top of page

## Updates to the Services or Software, and Changes to These Terms

7. **Updates to the Services or Software, and Changes to These Terms.**

a. We may change these Terms at any time, and we'll tell you when we do. Using the Services after the changes become effective means you agree to the new terms. If you don't agree to the new terms, you must stop using the Services, close your Microsoft account and/or Skype account and, if you are a parent or guardian, help your minor child close his or her Microsoft account or Skype account.

b. Sometimes you'll need software updates to keep using the Services. We may automatically check your version of the software and download software updates

or configuration changes, including those that prevent you from accessing the Services, playing counterfeit games, or using unauthorized hardware peripheral devices. You may also be required to update the software to continue using the Services. Such updates are subject to these Terms unless other terms accompany the updates, in which case, those other terms apply. Microsoft isn't obligated to make any updates available and we don't guarantee that we will support the version of the system for which you licensed the software.

c. Additionally, there may be times when we need to remove or change features or functionality of the Service or stop providing a Service or access to Third-Party Apps and Services altogether. Except to the extent required by applicable law, we have no obligation to provide a re-download or replacement of any material, Digital Goods (defined in section 14(b)(v)), or applications previously purchased. We may release the Services or their features in a beta version, which may not work correctly or in the same way the final version may work.

d. So that you can use material protected with digital rights management (DRM), like some music, games, movies and more, DRM software may automatically contact an online rights server and download and install DRM updates.

↑Top of page

# Software License

8. **Software License.** Unless accompanied by a separate Microsoft license agreement (for example, if you are using a Microsoft application that is included with and a part of Windows, then the Windows Software License Terms govern such software), and except as provided in section 14(b)(i) below for applications available through the Office Store, the Windows Store or the Xbox Store, any software provided by us to you as part of the Services is subject to these Terms.

a. If you comply with these Terms, we grant you the right to install and use one copy of the software per device on a worldwide basis for use by only one person at a time as part of your use of the Services. The software or website that is part of the Services may include third-party code. Any third-party scripts or code, linked to or referenced from the software or website, are licensed to you by the third parties that own such code, not by Microsoft. Notices, if any, for the third-party code are included for your information only.

b. The software is licensed, not sold, and Microsoft reserves all rights to the software not expressly granted by Microsoft, whether by implication, estoppel, or otherwise. This license does not give you any right to, and you may not:

i. circumvent or bypass any technological protection measures in or relating to the software or Services;
ii. disassemble, decompile, decrypt, hack, emulate, exploit, or reverse engineer any software or other aspect of the Services that is included in or accessible through the Services, except and only to the extent that the applicable copyright law expressly permits doing so;
iii. separate components of the software or Services for use on different devices;
iv. publish, copy, rent, lease, sell, export, import, distribute, or lend the software or the Services, unless Microsoft expressly authorizes you to do so;
v. transfer the software, any software licenses, or any rights to access or use

the Services;

vi. use the Services in any unauthorized way that could interfere with anyone else's use of them or gain access to any service, data, account, or network;

vii. enable access to the Services or modify any Microsoft-authorized device (e.g., Xbox One, Xbox 360, Microsoft Surface, etc.) by unauthorized third-party applications.

↑Top of page

## Payment Terms

9. **Payment Terms.** If you purchase a Service, then these payment terms apply to your purchase and you agree to them.

a. **Charges.** If there is a charge associated with a portion of the Services, you agree to pay that charge. The price stated for the Services excludes all applicable taxes and currency exchange settlements, unless stated otherwise. The price for Skype paid products includes a charge for the product and a charge for taxes. You are solely responsible for paying such taxes or other charges. Taxes are calculated based on your location at the time your Microsoft or Skype account was registered. We may suspend or cancel the Services if we do not receive an on time, full payment from you. Suspension or cancellation of the Services for non-payment could result in a loss of access to and use of your account and its content. Connecting to the Internet via a corporate or other private network which masks your location may cause charges to be different from those displayed for your actual location.

b. **Your Billing Account.** To pay the charges for a Service, you will be asked to provide a payment method at the time you sign up for that Service. You can access and change your billing information and payment method on the Microsoft account management website and for your Skype billing account by signing into your account at www.skype.com. Additionally, you agree to permit Microsoft to use any updated account information regarding your selected payment method provided by your issuing bank or the applicable payment network. You agree to keep your billing account and contact information current at all times. Changes made to your billing account will not affect charges we submit to your billing account before we could reasonably act on your changes to your billing account.

c. **Billing.** By providing Microsoft with a payment method, you (i) represent that you are authorized to use the payment method that you provided and that any payment information you provide is true and accurate; (ii) authorize Microsoft to charge you for the Services or available content using your payment method; and (iii) authorize Microsoft to charge you for any paid feature of the Services that you choose to sign up for or use while these Terms are in force. We may bill you (a) in advance; (b) at the time of purchase; (c) shortly after purchase; or (d) on a recurring basis for subscription Services. Also, we may charge you up to the amount you have approved, and we will notify you in advance of any change in the amount to be charged for recurring subscription Services. We may bill you at the same time for more than one of your prior billing periods for amounts that haven't previously been processed.

d. **Recurring Payments.** When you purchase the Services on a subscription basis (e.g., monthly, every 3 months or annually (as applicable)), you acknowledge and

agree that you are authorizing recurring payment, and payments shall be made to Microsoft by the method you have chosen at the recurring intervals chosen by you, until the subscription for that Service is terminated by you or by Microsoft. By authorizing recurring payments, you are authorizing Microsoft to process such payments as either electronic debits or fund transfers, or as electronic drafts from your designated account (in the case of Automated Clearing House or similar payments), or as charges to your designated account (in the case of credit card or similar payments) (collectively, "Electronic Payments"). Subscription fees are generally billed or charged in advance of the applicable subscription period. If any payment is returned unpaid or if any credit card or similar transaction is rejected or denied, Microsoft or its service providers reserve the right to collect any applicable return item, rejection or insufficient funds fee and to process any such payment as an Electronic Payment.

e. **Automatic Renewal.** Provided that automatic renewals are allowed in your state, we will inform you by email before automatically renewing your Services, unless purchased on a subscription basis. Once we have informed you that the Services will be automatically renewed, we may automatically renew your Services and charge you the then current price for the renewal term. We will also remind you that we will bill your chosen payment method for the Services renewal, whether it was on file on the renewal date or provided later. We will also provide you with instructions on how you may cancel the Services. You must cancel the Services before the renewal date to avoid being billed for the renewal.

f. **Online Statement and Errors.** Microsoft will provide you with an online billing statement on the Microsoft account management website, where you can view and print your statement. For Skype accounts you can access your online statement by signing into your account at www.skype.com. This is the only billing statement that we provide. If we make an error on your bill, you must tell us within 90 days after the error first appears on your bill. We will then promptly investigate the charge. If you do not tell us within that time, you release us from all liability and claims of loss resulting from the error and we won't be required to correct the error or provide a refund. If Microsoft has identified a billing error, we will correct that error within 90 days.

g. **Refund Policy.** Unless otherwise provided by law or by a particular Service offer, all purchases are final and non-refundable. If you believe that Microsoft has charged you in error, you must contact us within 90 days of such charge. No refunds will be given for any charges more than 90 days old. We reserve the right to issue refunds or credits at our sole discretion. If we issue a refund or credit, we are under no obligation to issue the same or similar refund in the future. This refund policy does not affect any statutory rights that may apply. For more refund information, please visit our help topic.

h. **Canceling the Services.** You may cancel a Service at any time, with or without cause. To cancel a Service and request a refund, if you are entitled to one, visit the Microsoft account management website. You can request a refund from Skype using the Cancellation and Refund form. You should refer back to the offer describing the Services as (i) you may not receive a refund at the time of cancellation; (ii) you may be obligated to pay cancellation charges; (iii) you may be obligated to pay all charges made to your billing account for the Services before the date of cancellation; or (iv) you may lose access to and use of your account when you cancel the Services. If you cancel, your access to the Services ends at the end of your current Service period or, if we bill your account on a periodic basis, at the end of the period in which you canceled.

i. **Trial-Period Offers.** If you are taking part in any trial-period offer, you must cancel the trial Service(s) by the end of the trial period to avoid incurring new charges, unless we notify you otherwise. If you do not cancel the trial Service(s) by the end of the trial period, we may charge you for the Service(s).

j. **Promotional Offers.** From time to time, Microsoft may offer Services for a trial period during which Microsoft will not charge you for the Services. Microsoft reserves the right to charge you for such Services (at the normal rate) in the event that Microsoft determines (in its reasonable discretion) that you are breaching the terms and conditions of the offer.

k. **Price Changes.** We may change the price of the Services at any time and if you have a recurring purchase, we will notify you by email at least 15 days before the price change. If you do not agree to the price change, you must cancel and stop using the Services before the price change takes effect. If there is a fixed term and price for your Service offer, that price will remain in force for the fixed term.

l. **Payments to You.** If we owe you a payment, then you agree to timely and accurately provide us with any information we need to get that payment to you. You are responsible for any taxes and charges you may incur as a result of this payment to you. You must also comply with any other conditions we place on your right to any payment. If you receive a payment in error, we may reverse or require return of the payment. You agree to cooperate with us in our efforts to do this. We may also reduce the payment to you without notice to adjust for any previous overpayment.

m. **Gift Cards.** Redemption and use of gift cards (other than Skype gift cards) are governed by the Microsoft Gift Card Terms and Conditions. Information on Skype gift cards is available on Skype's Help page.

↑Top of page

## Contracting entity, choice of law, jurisdiction

10. **Contracting Entity.** For use of free, consumer Skype-branded Services, you're contracting with, and all references to "Microsoft" in these Terms shall mean, Skype Software S.à.r.l, 23 – 29 Rives de Clausen, L-2165 Luxembourg, and for paid, consumer Skype-branded Services, you're contracting with, and all references to "Microsoft" in these Terms shall mean, Skype Communications S.à.r.l, 23 – 29 Rives de Clausen, L-2165 Luxembourg. For all other Services, you're contracting with Microsoft Corporation, One Microsoft Way, Redmond, WA 98052, U.S.A.

11. **Choice of Law and Place to Resolve Disputes.** If you live in (or, if a business, your principal place of business is in) the United States, the laws of the state where you live govern all claims, regardless of conflict of law principles, except that the Federal Arbitration Act governs all provisions relating to arbitration. You and we irrevocably consent to the exclusive jurisdiction and venue of the state or federal courts in King County, Washington, for all disputes arising out of or relating to these Terms or the Services that are heard in court (excluding arbitration and small claims court).

↑Top of page

## Warranties

12. **Warranties. MICROSOFT, AND OUR AFFILIATES, RESELLERS, DISTRIBUTORS, AND VENDORS, MAKE NO WARRANTIES, EXPRESS OR IMPLIED, GUARANTEES OR CONDITIONS WITH RESPECT TO YOUR USE OF THE SERVICES. YOU UNDERSTAND THAT USE OF THE SERVICES IS AT YOUR OWN RISK AND THAT WE PROVIDE THE SERVICES ON AN "AS IS" BASIS "WITH ALL FAULTS" AND "AS AVAILABLE." YOU BEAR THE ENTIRE RISK OF USING THE SERVICES. MICROSOFT DOESN'T GUARANTEE THE ACCURACY OR TIMELINESS OF INFORMATION AVAILABLE FROM THE SERVICES. TO THE EXTENT PERMITTED UNDER YOUR LOCAL LAW, WE EXCLUDE ANY IMPLIED WARRANTIES, INCLUDING FOR MERCHANTABILITY, SATISFACTORY QUALITY, FITNESS FOR A PARTICULAR PURPOSE, WORKMANLIKE EFFORT, AND NON-INFRINGEMENT. YOU MAY HAVE CERTAIN RIGHTS UNDER YOUR LOCAL LAW. NOTHING IN THESE TERMS IS INTENDED TO AFFECT THOSE RIGHTS, IF THEY ARE APPLICABLE. YOU ACKNOWLEDGE THAT COMPUTER AND TELECOMMUNICATIONS SYSTEMS ARE NOT FAULT-FREE AND OCCASIONAL PERIODS OF DOWNTIME OCCUR. WE DO NOT GUARANTEE THE SERVICES WILL BE UNINTERRUPTED, TIMELY, SECURE, OR ERROR-FREE OR THAT CONTENT LOSS WON'T OCCUR, NOR DO WE GUARANTEE ANY CONNECTION TO OR TRANSMISSION FROM THE COMPUTER NETWORKS.**

↑Top of page

## Limitation of Liability

13. **Limitation of Liability. If you have any basis for recovering damages (including breach of these Terms), you agree that your exclusive remedy is to recover, from Microsoft or any affiliates, resellers, distributors, Third-Party Apps and Services providers, and vendors, direct damages up to an amount equal to your Services fee for the month during which the breach occurred (or up to $10.00 if the Services are free). You can't recover any other damages or losses, including, without limitation, direct, consequential, lost profits, special, indirect, incidental, or punitive.** These limitations and exclusions apply even if this remedy doesn't fully compensate you for any losses or fails of its essential purpose or if we knew or should have known about the possibility of the damages. To the maximum extent permitted by law, these limitations and exclusions apply to anything or any claims related to these Terms, the Services, or the software related to the Services.

↑Top of page

## Service-Specific Terms

14. **Service-Specific Terms.** The terms before and after section 14 apply generally to all Services. This section contains service-specific terms that are in addition to the general terms.

↑Top of page

# Xbox Live and Microsoft Studios Games and Applications

a. **Xbox Live and Microsoft Studios Games and Applications.**

i. **Personal Noncommercial Use.** Xbox Live, Games for Windows Live and Microsoft Studios games, applications, services and content provided by Microsoft (collectively, the "**Xbox Services**") are only for your personal and noncommercial use.

ii. **Sharing Limited Account Information.** As part of delivering the Xbox Services, we make information pertaining to your gamertag, gameplay, Your Content that you make public, and activity on and usage of any Xbox Service available for the operation and delivery of (a) other Xbox Services and (b) third-party games that use Xbox Services. If you choose to link your Microsoft Xbox Services account with your account on a non-Microsoft service (for example, a non-Microsoft game publisher of Third-Party Apps and Services), you agree that: (a) Microsoft may share limited account information (including without limitation gamertag, gamerscore, game score, game history, and friends list), with that non-Microsoft party as stated in the Microsoft Privacy Statement, and (b) if allowed by your Xbox privacy settings, the non-Microsoft party may also have access to Your Content from in-game communications when you are signed into your account with that non-Microsoft party. Also, if allowed by your Xbox privacy settings, Microsoft can publish your gamertag and games that you've played in email to people on your Xbox friends list.

iii. **Your Content.** As part of building the Xbox Services community, you grant to Microsoft, its affiliates and sublicensees the right to use, modify, reproduce, distribute, and display Your Content or your name, gamertag, motto, or avatar that you posted for any Xbox Services.

iv. **Game Managers.** Some games may use game managers and hosts. Game managers and hosts are not authorized Microsoft spokespersons. Their views do not necessarily reflect those of Microsoft.

v. **Kids on Xbox.** If you are a minor using Xbox Live, your parent or guardian may have control over many aspects of your account and may receive reports about your use of Xbox Live.

vi. **Game Currency or Virtual Goods.** The Services may include a virtual, game currency (like gold, coins or points) that may be purchased from Microsoft using actual monetary instruments if you have reached the age of "majority" where you live. The Services may also include virtual, digital items or goods that may be purchased from Microsoft using actual monetary instruments or using game currency. Game currency and virtual goods may never be redeemed for actual monetary instruments, goods or other items of monetary value from Microsoft or any other party. Other than a limited, personal, revocable, non-transferable, non-sublicensable license to use the game currency and virtual goods in the Services only, you have no right or title in or to any such game currency or virtual goods appearing or originating in the Services, or any other attributes associated with use of the Services or stored within the Services. Microsoft may at any time regulate, control, modify and/or eliminate the game currency and/or virtual goods as it sees fit in its sole

discretion.

↑Top of page

## Store

b. **Store.** "Store" refers to a Service that allows you to browse, download, purchase, and rate and review applications (the term "application" includes games) and other digital content. These Terms cover use of Office Store, Xbox Store and Windows Store. "Office Store" means a Store for Office products and apps for Office, SharePoint, Exchange, Access and Project (2013 versions or later). "Windows Store" means a Store for Windows devices such as phone, PC and tablet, or any other experience that is branded Windows Store. "Xbox Store" means a Store for Xbox ONE and Xbox 360 consoles, or any other experience that is branded Xbox Store.

i. **License Terms.** We will identify the publisher of each application available in the relevant Store. The Standard Application License Terms (**"SALT"**) at the end of these Terms are an agreement between you and the application publisher setting forth the license terms that apply to your use of an application you download through the Windows Store or the Xbox Store, unless different license terms are provided with the application. Applications downloaded through the Office Store are not governed by the SALT and have separate license terms that apply. Section 5 of these Terms applies to any Third-Party Apps and Services acquired through a Store.

ii. **Updates.** Microsoft will automatically check for and download updates to your applications, even if you're not signed into the relevant Store. You can change your Store or system settings if you prefer not to receive automatic updates to Store apps. However, certain Office Store apps that are entirely or partly hosted online may be updated at any time by the app developer and may not require your permission to update.

iii. **Private Store Experiences.** Some business organizations may provide access to a "private store" experience for their employees, contractors, and agents. These Terms do not cover use of a private store (if any); these Terms only cover your personal, noncommercial use of the Stores.

iv. **Ratings and Reviews.**If you rate or review an application in a Store, you may receive email from Microsoft containing content from the publisher of the application. Any such email comes from Microsoft; we do not share your email address with any publishers of applications you acquire through the Store.

v. **When you obtain music, video or books directly from Microsoft, the following terms apply:** Through the Windows Store and/or the Xbox Store, Microsoft may enable you to obtain, listen to, view, and/or read (as the case may be) music, images, video, text, or other material (**"Digital Goods"**) that you may get in digital form. The Digital Goods are only for your personal, noncommercial entertainment use. You agree not to redistribute, broadcast, publicly perform or publicly display or transfer any copies of the Digital Goods obtained through any of the Stores. Digital Goods may be owned by Microsoft or by third parties. However, in all circumstances, you understand and acknowledge that your rights with respect to Digital Goods are limited by these Terms, copyright law, and the usage rules located at http://www.xbox.com/usagerules. You agree that you will not attempt to

modify any Digital Goods obtained through any of the Stores for any reason whatsoever, including for the purpose of disguising or changing ownership or source of the Digital Goods. Microsoft and/or the owners of the Digital Goods may, from time to time, remove Digital Goods from the Stores without notice.

vi. **Safety Warning.** To avoid possible injury or eye strain, you should take periodic breaks from use of applications available through a Store, especially if you feel any pain or fatigue resulting from usage. A very small percentage of people may experience seizures when exposed to certain visual images like flashing lights or patterns that may appear in applications. Even people with no history of seizures may have an undiagnosed condition that can cause these seizures. Symptoms may include lightheadedness, altered vision, twitching, jerking or shaking of limbs, disorientation, confusion, loss of consciousness, or convulsions. Immediately stop using and consult a doctor if you experience any of these symptoms, or consult a doctor before using the applications if you've ever suffered symptoms linked to seizures. Parents should monitor their children's use of applications for signs of symptoms.

↑Top of page

## Microsoft Family

c. **Microsoft Family.** Parents and kids can use Microsoft Family to build trust based on a shared understanding of what behaviors, websites, apps, games, physical locations, and spending is right in their family. Parents can create a "Family" by going to https://account.microsoft.com/family (or by following the instructions on their Windows device or Xbox console) and inviting kids or other parents to join. There are many features available to Family members, so please carefully review the information provided when you agree to create or join a "Family." By creating or joining a "Family," you represent that you will use the "Family" in accordance with its purpose and won't use it in an unauthorized way to unlawfully gain access to another person's information.

↑Top of page

## Skype

d. **Skype.**

i. **No Access to Emergency Services.** There are important differences between traditional telephone services and Skype. Skype is not required to offer access to Emergency Services under any applicable local and/or national rules, regulations, or law. Skype's software and products are not intended to support or carry emergency calls to any type of hospitals, law enforcement agencies, medical care units or any other kind of services that connect a user to emergency services personnel or public safety answering points (**"Emergency Services"**). You acknowledge and agree that: (i) it is your responsibility to purchase traditional wireless (mobile) or fixed-line telephone services that offer access to Emergency Services, and (ii) Skype is not a replacement for your primary telephone service.

ii. **APIs or Broadcasting.** If you want to use Skype in connection with any broadcast, you must comply with the "Broadcast TOS" at http://www.skype.com/go/legal.broadcast. If you want to use any application program interface ("API") exposed or made available by Skype you must comply with the applicable licensing terms, which are available at www.skype.com/go/legal.

iii. **Fair Use Policies.** Fair usage policies may apply to your use of Skype. Please review these policies which are designed to protect against fraud and abuse and may place limits on the type, duration or volume of calls or messages that you are able to make. These policies are incorporated in these Terms by reference. You can find these policies at: http://www.skype.com/go/terms.fairusage/

iv. **Mapping.** Skype contains features that allow you to submit information to, or plot yourself on a map using, a mapping service. By using those features, you agree to these Terms and the Google Maps terms available at http://www.google.com/intl/en_ALL/help/terms_maps.html.

v. **Government Users.** If you wish to use a business account and/or Skype Manager on behalf of the U.S. Government or an agency of the U.S. Government, these Terms do not apply to that use. For applicable terms and/or further information, please contact usgovusers@skype.net.

vi. **Personal/Noncommercial Use.** The use of Skype is for your personal and noncommercial use. You are permitted to use your personal Skype account at work for your own business communications.

vii. **Skype Number/Skype To Go.** If Skype provides you with a Skype Number or Skype To Go number, you agree that you do not own the number or have a right to retain that number forever.

viii. **Skype Manager.** A "Managed Account" is a Skype account that is created and managed by you, acting as an individual administrator of your Skype Manager and not as a business entity. You may appoint additional administrators to your Skype Manager subject to their acceptance of these Terms. You are responsible for all use of your Managed Accounts. Managed Accounts are for individual use only and may not be shared. If you allocate Skype Numbers to a Managed Account, you are responsible for compliance with any requirements related to the residency or location of your Managed Account users. If you choose to delete a Managed Account, any allocated subscriptions or unclaimed Skype Credit or Skype Numbers may be lost and Your Content or material associated with the deleted Managed Account will no longer be accessible by you. Skype reserves the right to cancel Managed Accounts that have been inactive for more than one year. You agree to process any personal information of your Managed Account users in accordance with all applicable data protection laws.

ix. **Skype Charges.** Skype paid products are sold to you by Skype Communications S.à.r.l, however the seller-of-record accountable for taxes is Skype Communications US Corporation. Taxes means the amount of taxes, regulatory fees, surcharges or other fees that we are required to collect from you and must pay to any United States (federal, state or local) or foreign government, agency, commission or quasi-governmental body as a result of our provision of Skype paid products to you. These taxes are listed at www.skype.com/go/ustax. All prices for Skype paid products are inclusive of a

charge for your product and a charge for taxes, unless otherwise stated. The charges payable for calling phones outside of a subscription consist of a connection fee (charged once per call) and a per-minute rate as set out at www.skype.com/go/allrates. Call charges will be deducted from your Skype Credit balance. Skype may change its calling rates at any time without notice to you by posting such change at www.skype.com/go/allrates. The new rate will apply to your next call after publication of the new rates. Please check the latest rates before you make your call. Fractional call minutes and fractional cent charges will be rounded up to the next whole unit.

x. **Skype Credit.** Skype does not guarantee that you will be able to use your Skype Credit balance to purchase all Skype paid products. If you do not use your Skype Credit for a period of 180 days, Skype will place your Skype Credit on inactive status. You can reactivate the Skype Credit by following the reactivation link at http://www.skype.com/go/store.reactivate.credit. You can enable the Auto Recharge feature when you buy Skype Credit by ticking the appropriate box. If enabled, your Skype Credit balance will be recharged with the same amount and by your chosen payment method every time your Skype account balance goes below the threshold set by Skype from time to time. If you purchased a subscription with a payment method other than credit card, PayPal or Moneybookers (Skrill), and you have enabled Auto-Recharge, your Skype Credit balance will be recharged with the amount necessary to purchase your next recurring subscription. You can disable Auto-Recharge at any time by accessing and changing your settings in your Skype account.

↑Top of page

# Bing and MSN

e. **Bing and MSN.**

i. **Bing and MSN Materials.** The articles, text, photos, maps, videos, video players, and third-party material available on Bing and MSN are for your noncommercial, personal use only. Other uses, including downloading, copying, or redistributing these materials, are permitted only to the extent specifically authorized by Microsoft or rights holders, or allowed by applicable copyright law. Microsoft or other rights holders reserve all rights to the material not expressly granted by Microsoft under the license terms, whether by implication, estoppel, or otherwise.

ii. **Bing Maps.** You may not use Bird's eye imagery of the United States, Canada, Mexico, New Zealand, Australia or Japan for governmental use without our separate written approval.

↑Top of page

# Bing Rewards

iii. **Bing Rewards.** Bing Rewards (the **"Program"**) enables you to earn redeemable credits for your searches as well as through offers from other Microsoft services. A search is the act of an individual user manually entering

text for the good faith purpose of obtaining Bing search results for such user's own research purposes and does not include any query entered by a bot, macro, or other automated or fraudulent means of any kind (**"Search"**). Microsoft in its sole discretion determines what constitutes a Search that qualifies for credits. Your earned credits, whether through Search or other offers, can be redeemed for items, discounts, or donations to nonprofit organizations (**"Rewards"**) in the redemption center. For more information see the Frequently Asked Questions (**"FAQ"**).

1. *Program Requirements.* You need a valid Microsoft account and your devices must meet the minimum system requirements. The Program is open to users who reside in the 50 United States or the District of Columbia and who are at least 13 years of age. Individuals can have no more than one Program account and households are limited to five accounts.

2. *Credits.* Except for donating your credits to a nonprofit organization listed in the redemption center, you cannot transfer credits. Credits are not your personal property, and you may not obtain any cash or money in exchange for them. Microsoft may limit the quantity of credits or Rewards per person, per household, or over a set period (e.g., a day). You may redeem no more than 55,000 credits per calendar year in the Program. Credits earned in the Program are not valid in, and may not be used in combination with, any other program offered by Microsoft or third parties. Unredeemed credits expire if you do not earn any credits for 180 days.

3. *Rewards.* You may redeem your credits by visiting the redemption center or you may contribute credits to a listed nonprofit organization. There may be a limited number of a particular Reward available, and those Rewards will be delivered on a first-come, first-served basis. You may be required to provide additional information, like your mailing address and a telephone number (other than a VOIP or toll-free number), and you may also be asked to enter a fraud-prevention code or sign additional legal documents in order to redeem credits for Rewards. Once you order a Reward, you cannot cancel it or return it for a refund of credits. If you order a Reward that is out of stock or unavailable for other reasons Microsoft determines in its sole discretion, we may substitute a Reward of comparable value or refund your credits. Some Rewards may have age eligibility requirements. You are responsible for all federal, state, and local taxes and any other costs of accepting and using the Reward. Rewards will be emailed to the email address you provide when ordering your Reward, so keep your email address up to date. Rewards that are undeliverable will not be reissued and are therefore forfeited. Rewards are not for resale.

4. *Cancelling Your Participation in the Program.* Microsoft reserves the right to cancel the Program account of a specific user at our discretion. Such cancellation or suspension may be without cause and we are under no obligation to provide a reason. Upon Program cancellation (by you or us) or if the Program is suspended, you will have 90 days to redeem your credits; otherwise, those credits will be forfeited. At the point of cancellation, your right to use the Program and accrue future credits ends.

5. *Other Conditions.* Microsoft reserves the right to disqualify you; disable your access to the Program or your Rewards account; and/or withhold credits, Rewards and charitable contributions, if Microsoft believes you are tampering with or abusing any aspect of the Program or may be engaging

in activities that violate these Terms.

↑Top of page

## Cortana

f. **Cortana.** Cortana is Microsoft's personal assistant Service. Cortana provides information for your planning purposes only and you should exercise your own independent judgment when reviewing and relying on this information. Microsoft does not guarantee the accuracy, completeness, reliability, availability or timeliness of inferences and personalized experiences provided by Cortana. Microsoft is not responsible if a Cortana communication management feature delays or prevents you from reviewing or sending a communication.

↑Top of page

## Outlook.com

g. **Outlook.com.** The Outlook.com (or @msn, @hotmail, or @live) email address that you use to create your Microsoft account will be unique to you for as long as your Outlook.com inbox or Microsoft account is still active. In the event your Outlook.com inbox or Microsoft account is closed either by you or by Microsoft pursuant to these Terms, the email address or username may be recycled into our system and assigned to another user.

↑Top of page

## Office-based Services

h. **Office-based Services.** Office consumer-based services, applications, or products (including Sway and OneNote) are for your personal, noncommercial use, unless you have commercial use rights under a separate agreement with Microsoft.

↑Top of page

## HealthVault

i. **HealthVault.** HealthVault is intended for you to store your personal health-related information and information about other people (such as your family) with their consent. HealthVault accounts are not for use by healthcare providers or for any other commercial or non-personal purpose. The information in your account may not always be accurate or up-to-date and should be viewed by any health care provider as informational only. The HealthVault Service does not hold records for healthcare providers or other medical or case management purposes. For example,

HealthVault records are not designated record sets as defined under U.S. regulations. If a healthcare provider decides to include any data made available from HealthVault in its records, it should store a copy in its own system. If there is a co-custodian of a record in your account (because one of you invited the other), you acknowledge that the co-custodian has full control over that record and may cancel your access to the record, manage other peoples' access to the record, and view the record's data including how and when the record is used. Microsoft does not support non-Microsoft credentials (such as Facebook and OpenID), so HealthVault customer support will not be able to help with sign-in issues for those. If you lose your sign-in credentials, or if the account where you got your credentials closes, you will not be able to recover your stored data. To help maintain continued access, we suggest you use more than one sign-in credential with your HealthVault account. Microsoft does not endorse or control, and is not responsible for, the operation, support, or security of non-Microsoft credentials you may use.

↑Top of page

# Binding Arbitration and Class Action Waiver

15. **Binding Arbitration and Class Action Waiver If You Live In (or If a Business Your Principal Place of Business Is In) the United States.** We hope we never have a dispute, but if we do, you and we agree to try for 60 days to resolve it informally. If we can't, you and we agree to **binding individual arbitration before the American Arbitration Association ("AAA") under the Federal Arbitration Act ("FAA"), and not to sue in court in front of a judge or jury**. Instead, a neutral arbitrator will decide and the arbitrator's decision will be final except for a limited right of appeal under the FAA. **Class action lawsuits, class-wide arbitrations, private attorney-general actions, and any other proceeding where someone acts in a representative capacity aren't allowed. Nor is combining individual proceedings without the consent of all parties.**"We," "our," and "us" includes Microsoft, Skype (see section 10) and Microsoft's affiliates and, if you use Skype Pay by Mobile, your mobile phone carrier.

a. **Disputes Covered—Everything Except IP.** The term "dispute" is as broad is it can be. It includes any claim or controversy between you and us concerning the Services, the software related to the Services, the Services' or software's price, your Microsoft account, your Skype account, or these Terms, under any legal theory including contract, warranty, tort, statute, or regulation, **except disputes relating to the enforcement or validity of your, your licensors', our, or our licensors' intellectual property rights**.

b. **Mail a Notice of Dispute First.** If you have a dispute and our customer service representatives can't resolve it, send a Notice of Dispute by U.S. Mail to **Microsoft Corporation, ATTN: LCA ARBITRATION, One Microsoft Way, Redmond, WA 98052-6399, U.S.A.** (or to your mobile phone carrier at its principal place of business in the United States marked ATTN: Legal Department). Tell us your name, address, how to contact you, what the problem is, and what you want. A form is available at http://go.microsoft.com/fwlink/?LinkId=245499. We'll do the same if we have a dispute with you. After 60 days, you or we may start an arbitration if the dispute is unresolved.

c. **Small Claims Court Option.** Instead of mailing a Notice of Dispute, you may sue

us in small claims court in your county of residence (or if a business your principal place of business) or King County, Washington, U.S.A. if you meet the court's requirements. We hope you'll mail a Notice of Dispute and give us 60 days to try to work it out, but you don't have to before going to small claims court.

d. **Arbitration Procedure.** The AAA will conduct any arbitration under its Commercial Arbitration Rules (or if you are an individual and use the Services for personal or household use, or if the value of the dispute is $75,000 or less whether or not you are an individual or how you use the Services, its Consumer Arbitration Rules). For more information, see www.adr.org or call 1-800-778-7879. To start an arbitration, submit the form available at http://go.microsoft.com/fwlink/?LinkId=245497 to the AAA and mail a copy to us. In a dispute involving $25,000 or less, any hearing will be telephonic unless the arbitrator finds good cause to hold an in-person hearing instead. Any in-person hearing will take place in your county of residence (or if a business your principal place of business) or our principal place of business—King County, Washington if your dispute is with Microsoft. You choose. The arbitrator may award the same damages to you individually as a court could. The arbitrator may award declaratory or injunctive relief only to you individually to satisfy your individual claim.

e. **Arbitration Fees and Payments.**

i. **Disputes Involving $75,000 or Less.** We will promptly reimburse your filing fees and pay the AAA's and arbitrator's fees and expenses. If you reject our last written settlement offer made before the arbitrator was appointed, your dispute goes all the way to an arbitrator's decision (called an "award"), and the arbitrator awards you more than this last written offer, we will: (i) pay the greater of the award or $1,000; (ii) pay your reasonable attorney's fees, if any; and (iii) reimburse any expenses (including expert witness fees and costs) that your attorney reasonably accrues for investigating, preparing, and pursuing your claim in arbitration. The arbitrator will determine the amount of fees, costs, and expenses unless you and we agree on them.

ii. **Disputes Involving More than $75,000.** The AAA rules will govern payment of filing fees and the AAA's and arbitrator's fees and expenses.

iii. **Disputes Involving Any Amount.** If you start an arbitration, we won't seek our AAA or arbitrator's fees and expenses, or your filing fees we reimbursed, unless the arbitrator finds the arbitration frivolous or brought for an improper purpose. If we start an arbitration, we will pay all filing, AAA, and arbitrator's fees and expenses. We won't seek our attorney's fees or expenses from you in any arbitration. Fees and expenses are not counted in determining how much a dispute involves.

f. **Conflict with AAA Rules.** These Terms govern to the extent they conflict with the AAA's Commercial Arbitration Rules or Consumer Arbitration Rules.

g. **Must File Within One Year.** You and we must file in small claims court or arbitration any claim or dispute (except intellectual property disputes—see section 15.a) within one year from when it first could be filed. Otherwise, it's permanently barred.

h. **Rejecting Future Arbitration Changes.** You may reject any change we make to section 15 (except address changes) by sending us notice within 30 days of the change by U.S. Mail to the address in section 15.b. If you do, the most recent version of section 15 before the change you rejected will apply.

i. **Severability.** If the class action waiver is found to be illegal or unenforceable as to all or some parts of a dispute, then those parts won't be arbitrated but will proceed in court, with the rest proceeding in arbitration. If any other provision of section 15 is found to be illegal or unenforceable, that provision will be severed but the rest of section 15 still applies.

j. **Mobile Phone Carrier as Third-Party Beneficiary.** If you use Skype Pay by Mobile, your mobile phone carrier is a third-party beneficiary of your agreement with Microsoft and Skype to resolve disputes through informal negotiation and arbitration. Your mobile phone carrier agrees to do everything Microsoft and Skype agree to do in section 15.

↑Top of page

## Miscellaneous

16. **Miscellaneous.** This section, and sections 1, 9 (for amounts incurred before the end of these Terms), 10, 11, 12, 13, 15, and those that by their terms apply after the Terms end will survive any termination or cancellation of these Terms. We may assign these Terms, in whole or in part, at any time without notice to you. You may not assign your rights or obligations under these Terms or transfer any rights to use the Services. This is the entire agreement between you and Microsoft for your use of the Services. It supersedes any prior agreements between you and Microsoft regarding your use of the Services. All parts of these Terms apply to the maximum extent permitted by relevant law. If a court or arbitrator holds that we can't enforce a part of these Terms as written, we may replace those terms with similar terms to the extent enforceable under the relevant law, but the rest of these Terms won't change. Section 15(i) says what happens if parts of section 15 (arbitration and class action waiver) are found to be illegal or unenforceable. Section 15(i) prevails over this section if inconsistent with it. Except for Section 15 (arbitration and class action waiver) these Terms are solely for your and our benefit; they aren't for the benefit of any other person, except for Microsoft's successors and assigns.

17. **Export Laws.** You must comply with all domestic and international export laws and regulations that apply to the software and/or Services, which include restrictions on destinations, end users, and end use. For further information on geographic and export restrictions, visit http://go.microsoft.com/fwlink/?linkid=141397 and http://www.microsoft.com/exporting.

18. **Unsolicited Ideas.** Microsoft does not consider or accept unsolicited proposals or ideas, including without limitation ideas for new products, technologies, promotions, product names, product feedback and product improvements (**"Unsolicited Feedback"**). If you send any Unsolicited Feedback to Microsoft through the Services or otherwise, you acknowledge and agree that Microsoft shall not be under any obligation of confidentiality with respect to the Unsolicited Feedback.

↑Top of page

## NOTICES

**Notices and procedure for making claims of intellectual property infringement.**

Microsoft respects the intellectual property rights of third parties. If you wish to send a notice of intellectual property infringement, including claims of copyright infringement, please use our procedures for submitting Notices of Infringement. **ALL INQUIRIES NOT RELEVANT TO THIS PROCEDURE WILL NOT RECEIVE A RESPONSE.**

Microsoft uses the processes set out in Title 17, United States Code, Section 512 to respond to notices of copyright infringement. In appropriate circumstances, Microsoft may also disable or terminate accounts of users of Microsoft services who may be repeat infringers.

**Notices and procedures regarding intellectual property concerns in advertising.** Please review our Intellectual Property Guidelines regarding intellectual property concerns on our advertising network.

**Copyright and trademark notices.** The Services are copyright © 2015 Microsoft Corporation and/or its suppliers, One Microsoft Way, Redmond, WA 98052, U.S.A. All rights reserved. Microsoft and the names, logos, and icons of all Microsoft products, software, and services may be either trademarks or registered trademarks of Microsoft in the United States and/or other countries. The names of actual companies and products may be the trademarks of their respective owners. Any rights not expressly granted in these Terms are reserved. Certain software used in certain Microsoft website servers is based in part on the work of the Independent JPEG Group. Copyright © 1991-1996 Thomas G. Lane. All rights reserved. "gnuplot" software used in certain Microsoft website servers is copyright © 1986-1993 Thomas Williams, Colin Kelley. All rights reserved.

**Medical notice.** Microsoft does not provide medical or any other health care advice, diagnosis, or treatment. Always seek the advice of your physician or other qualified health care provider with any questions you may have regarding a medical condition, diet, fitness, or wellness program. Never disregard professional medical advice or delay in seeking it because of information you accessed on or through the Services.

**Stock quotes and index data (including index values).** © 2013 Morningstar, Inc. All Rights Reserved. The information contained herein: (1) is proprietary to Morningstar and/or its content providers; (2) may not be copied or distributed; and (3) is not warranted to be accurate, complete or timely. Neither Morningstar nor its content providers are responsible for any damages or losses arising from any use of this information. Past performance is no guarantee of future results.

You may not use any of the Dow Jones Indexes$^{SM}$, index data, or the Dow Jones marks in connection with the issuance, creation, sponsorship, trading, marketing, or promotion of any financial instruments or investment products (for example, derivatives, structured products, investment funds, exchange-traded funds, investment portfolios, etc., where the price, return and/or performance of the instrument or investment product is based on, related to, or intended to track any of the Indexes or a proxy for any of the Indexes) without a separate written agreement with Dow Jones.

**Financial notice.** Microsoft isn't a broker/dealer or registered investment advisor under United States federal securities law or securities laws of other jurisdictions and doesn't advise individuals as to the advisability of investing in, purchasing, or selling securities or other financial products or services. Nothing contained in the Services is an offer or solicitation to buy or sell any security. Neither Microsoft nor its licensors of stock quotes or index data endorse or recommend any particular financial products or services. Nothing in the Services is intended to be professional advice, including but not limited to, investment or tax advice.

**Notice about the H.264/AVC, MPEG-4 Visual, and VC-1 Video Standards.** The software may include H.264/AVC, MPEG-4 Visual and/or VC-1 codec technology that may be licensed by MPEG LA, L.L.C. This technology is a format for data compression of video

information. MPEG LA, L.L.C. requires this notice:

THIS PRODUCT IS LICENSED UNDER THE H.264/AVC, MPEG-4 VISUAL, AND THE VC-1 PATENT PORTFOLIO LICENSES FOR THE PERSONAL AND NONCOMMERCIAL USE OF A CONSUMER TO (A) ENCODE VIDEO IN COMPLIANCE WITH THE STANDARDS ("VIDEO STANDARDS") AND/OR (B) DECODE H.264/AVC, MPEG-4 VISUAL, AND VC-1 VIDEO THAT WAS ENCODED BY A CONSUMER ENGAGED IN A PERSONAL AND NONCOMMERCIAL ACTIVITY AND/OR WAS OBTAINED FROM A VIDEO PROVIDER LICENSED TO PROVIDE SUCH VIDEO. NONE OF THE LICENSES EXTEND TO ANY OTHER PRODUCT REGARDLESS OF WHETHER SUCH PRODUCT IS INCLUDED WITH THIS SOFTWARE IN A SINGLE ARTICLE. NO LICENSE IS GRANTED OR SHALL BE IMPLIED FOR ANY OTHER USE. ADDITIONAL INFORMATION MAY BE OBTAINED FROM MPEG LA, L.L.C. SEE THE MPEG LA WEBSITE.

For clarification purposes only, this notice does not limit or inhibit the use of the software provided under these Terms for normal business uses that are personal to that business which do not include (i) redistribution of the software to third parties, or (ii) creation of material with the VIDEO STANDARDS compliant technologies for distribution to third parties.

↑Top of page

# STANDARD APPLICATION LICENSE TERMS

**STANDARD APPLICATION LICENSE TERMS**

**WINDOWS STORE AND XBOX STORE**

These license terms are an agreement between you and the application publisher. Please read them. They apply to the software applications you download from the Windows Store or the Xbox Store, including any updates or supplements for the application, unless the application comes with separate terms, in which case those terms apply.

**BY DOWNLOADING OR USING THE APPLICATION, OR ATTEMPTING TO DO ANY OF THESE, YOU ACCEPT THESE TERMS. IF YOU DO NOT ACCEPT THEM, YOU HAVE NO RIGHT TO AND MUST NOT DOWNLOAD OR USE THE APPLICATION.**

**The application publisher means the entity licensing the application to you, as identified in the Windows Store or Xbox Store.**

**If you comply with these license terms, you have the rights below.**

1. **INSTALLATION AND USE RIGHTS; EXPIRATION.** For applications you download from the Windows Store: (a) you may install and use the application on a Windows device or devices that are affiliated with the Microsoft account that you use to access the Windows Store; and (b) the device limit for the application is displayed in the Store or, for some applications downloaded on the Xbox console, the Xbox Live Usage Rules. For applications you download from the Xbox Store, you may install and use the application on Xbox consoles as described in the Xbox Live Usage Rules. Microsoft reserves the right to modify the Xbox Live Usage Rules at any time.

2. **INTERNET-BASED SERVICES.**

   a. **Consent for Internet-based or wireless services.** If the application connects

to computer systems over the Internet, which may include via a wireless network, using the application operates as your consent to the transmission of standard device information (including but not limited to technical information about your device, system, and application software, and peripherals) for Internet-based or wireless services. If other terms are presented in connection with your use of services accessed using the application, those terms also apply.

b. **Misuse of Internet-based services.** You may not use any Internet-based service in any way that could harm it or impair anyone else's use of it or the wireless network. You may not use the service to try to gain unauthorized access to any service, data, account, or network by any means.

3. **SCOPE OF LICENSE.** The application is licensed, not sold. This agreement only gives you some rights to use the application. If Microsoft disables the ability to use the applications on your devices pursuant to your agreement with Microsoft, any associated license rights will terminate. Application publisher reserves all other rights. Unless applicable law gives you more rights despite this limitation, you may use the application only as expressly permitted in this agreement. In doing so, you must comply with any technical limitations in the application that only allow you to use it in certain ways. You may not:

a. Work around any technical limitations in the application.
b. Reverse engineer, decompile, or disassemble the application, except and only to the extent that applicable law expressly permits, despite this limitation.
c. Make more copies of the application than specified in this agreement or allowed by applicable law, despite this limitation.
d. Publish or otherwise make the application available for others to copy.
e. Rent, lease, or lend the application.
f. Transfer the application or this agreement to any third party.

4. **DOCUMENTATION.** If documentation is provided with the application, you may copy and use the documentation for personal reference purposes.

5. **TECHNOLOGY AND EXPORT RESTRICTIONS.** The application may be subject to United States or international technology control or export laws and regulations. You must comply with all domestic and international export laws and regulations that apply to the technology used or supported by the application. These laws include restrictions on destinations, end users, and end use. For information on Microsoft branded products, go to the Microsoft exporting website.

6. **SUPPORT SERVICES.** Contact the application publisher to determine if any support services are available. Microsoft, your hardware manufacturer and your wireless carrier (unless one of them is the application publisher) aren't responsible for providing support services for the application.

7. **ENTIRE AGREEMENT.** This agreement, any applicable privacy policy, and the terms for supplements and updates are the entire license agreement between you and application publisher for the application.

8. **APPLICABLE LAW.**

a. **United States and Canada. If you acquired the application in the United States or Canada, the laws of the state or province where you live (or, if a business, where your principal place of business is located) govern the interpretation of these terms, claims for breach of them, and all other claims (including consumer protection, unfair competition, and tort claims),**

**regardless of conflict of law principles.**

b. **Outside the United States and Canada. If you acquired the application in any other country, the laws of that country apply.**

9. **LEGAL EFFECT**. This agreement describes certain legal rights. You may have other rights under the laws of your state or country. This agreement doesn't change your rights under the laws of your state or country if the laws of your state or country don't permit it to do so.

10. **DISCLAIMER OF WARRANTY. The application is licensed "as is," "with all faults," and "as available." You bear the entire risk as to its quality and performance. Should it prove defective, you assume the entire cost of all necessary servicing or repair. The application publisher, on behalf of itself, Microsoft, wireless carriers over whose network the application is provided, and each of our respective affiliates, vendors, agents, and suppliers ("Covered Parties"), gives no express warranties, guarantees, or conditions in relation to the application. You may have additional consumer rights under your local laws that this agreement can't change. To the extent permitted under your local laws, Covered Parties exclude any implied warranties or conditions, including those of merchantability, fitness for a particular purpose, and non-infringement. If your local laws impose a warranty, guarantee or condition even though these terms do not, its duration is limited to 90 days from when you download the application.**

11. **LIMITATION ON AND EXCLUSION OF REMEDIES AND DAMAGES. To the extent not prohibited by law, if you have any basis for recovering damages, you can recover from the application publisher only direct damages up to the amount you paid for the application or $1.00, whichever is greater. You will not, and waive any right to, seek to recover any other damages, including lost profits and consequential, special, direct, indirect, or incidental damages, from the application publisher.**

**This limitation applies to:**

- **Anything related to the application or services made available through the application; and**
- **Claims for breach of contract, warranty, guarantee or condition; strict liability, negligence, or other tort; violation of a statute or regulation; unjust enrichment; or under any other theory; all to the extent permitted by applicable law.**

**It also applies even if:**

- **This remedy doesn't fully compensate you for any losses; or**
- **The application publisher knew or should have known about the possibility of the damages.**

↑Top of page

## Covered Services

The following products, apps and services are covered by the Microsoft Services Agreement, but may not be available in your market.

Account.microsoft.com
Advertising.microsoft.com
Bing

Bing Apps
Bing Desktop
Bing Dictionary
Bing in the Classroom
Bing Input
Bing Maps
Bing Navigation
Bing Reader
Bing Rewards
Bing Search app
Bing Toolbar
Bing Torque
Bing Translator
Bing Webmaster
Bing Wikipedia Browser
Bing.com
Bingplaces.com
Choice.microsoft.com
Citizen Next
Cortana
Default Homepage and New Tab Page on Microsoft Edge
Device Health App
HealthVault
Groove
Maps App
Microsoft account
Microsoft Family
Microsoft Health
Microsoft Translator
Microsoft Wallpaper
Microsoft XiaoIce
MSN Dial Up
MSN Explorer
MSN Food & Drink
MSN Health & Fitness
MSN Money
MSN News
MSN Premium
MSN Sports
MSN Travel
MSN Weather
MSN.com
Next Lock Screen
Office 365 Consumer
Office 365 Home
Office 365 Personal
Office 365 University
Office Online
Office Store
Office Sway
Office.com
OneDrive
OneDrive.com
OneNote

Onenote.com
Outlook.com
Picturesque Lock Screen
Pix Lock
Skype
Skype in the Classroom
Skype Manager
Skype Qik
Skype WiFi
Skype.com
Smart Search
Snipp3t
Spreadsheet Keyboard
Sway.com
Translator
UrWeather
Windows Live Mail
Windows Live Writer
Windows Movie Maker
Windows Photo Gallery
Xbox and Windows Games published by Microsoft
Xbox Live
Xbox Music
Xbox Music Pass
Xbox Video

↑Top of page

Microsoft
Contact us Privacy & cookies Terms of use Trademarks
About our ads © 2015 Microsoft

# Exhibit C

Published: **July 15, 2016** What's new?
Effective: **September 15, 2016**

Print

# Microsoft Services Agreement

**IF YOU LIVE IN (OR YOUR PRINCIPAL PLACE OF BUSINESS IS IN) THE UNITED STATES, PLEASE READ THE BINDING ARBITRATION CLAUSE AND CLASS ACTION WAIVER IN SECTION 15. IT AFFECTS HOW DISPUTES ARE RESOLVED.**

These terms ("**Terms**") cover the use of those Microsoft's consumer products, websites, and services listed here (the "**Services**"). Many of these products previously had separate terms that were called different names, such as "Xbox Live Terms of Use" or "Skype Terms of Use," and these Terms replace those separate terms. You accept these Terms by creating a Microsoft account or Skype account, through your use of the Services, or by continuing to use the Services after being notified of a change to these Terms.


- Your Privacy
- Your Content
- Code of Conduct
- Using the Services & Support
- Using Third-Party Apps and Services
- Service Availability
- Updates to the Services or Software, and Changes to These Terms
- Software License
- Payment Terms
- Contracting Entity, Choice of Law, Jurisdiction
- Warranties
- Limitation of Liability
- Service-Specific Terms


## Your Privacy

1. **Your Privacy.** Your privacy is important to us. Please read the Microsoft Privacy Statement (the "**Privacy Statement**") as it describes the types of data we collect from you and your devices ("**Data**") and how we use your Data. The Privacy Statement also describes how Microsoft uses your content, which is your communications with others; postings or feedback submitted by you to Microsoft via the Services; and the files, photos, documents, audio, digital works, and videos that you upload, store or share through the Services ("**Your Content**"). By using the Services or agreeing to these Terms, you consent to Microsoft's collection, use and disclosure of Your Content and Data as described in the Privacy Statement.

## Your Content

2. **Your Content.** Many of our Services allow you to store or share Your Content or receive material from others. We don't claim ownership of Your Content. Your Content remains Your Content and you are responsible for it.

a. When you share Your Content with other people, you understand that they may be able to, on a worldwide basis, use, save, record, reproduce, transmit, display (and on HealthVault delete) Your Content without compensating you. If you do not want others to have that ability, do not use the Services to share Your Content. You represent and warrant that for the duration of these Terms, you have (and will have) all the rights necessary for Your Content that is uploaded, stored, or shared on or through the Services and that the collection, use, and retention of Your Content will not violate any law or rights of others. Microsoft cannot be held responsible for Your Content or the material others upload, store or share using the Services.

b. To the extent necessary to provide the Services to you and others, to protect you and the Services, and to improve Microsoft products and services, you grant to Microsoft a worldwide and royalty-free intellectual property license to use Your Content, for example, to make copies of, retain, transmit, reformat, display, and distribute via communication tools Your Content on the Services. If you publish Your Content in areas of the Service where it is available broadly online without restrictions, Your Content may appear in

Xbox Live and Microsoft Studios Games and Applications

Store

Microsoft Family Features

Group Messaging

Skype and GroupMe

Bing and MSN

Cortana

Outlook.com

Office-based Services

Microsoft Health Services

Digital Goods

OneDrive

Binding Arbitration and Class Action Waiver

Miscellaneous

NOTICES

STANDARD APPLICATION LICENSE TERMS

Covered Services

demonstrations or materials that promote the Service. Some of the Services are supported by advertising. Controls for how Microsoft personalizes advertising are available on the Security & privacy page of the Microsoft account management website. We do not use what you say in email, chat, video calls or voice mail, or your documents, photos or other personal files to target advertising to you. Our advertising policies are covered in detail in the Privacy Statement.

↑Top of page

# Code of Conduct

3. **Code of Conduct.**

a. By agreeing to these Terms, you're agreeing that, when using the Services, you will follow these rules:

i. Don't do anything illegal.
ii. Don't engage in any activity that exploits, harms, or threatens to harm children.
iii. Don't send spam. Spam is unwanted or unsolicited bulk email, postings, contact requests, SMS (text messages), or instant messages.
iv. Don't publicly display or use the Services to share inappropriate Content or material (involving, for example, nudity, bestiality, pornography, graphic violence, or criminal activity).
v. Don't engage in activity that is false or misleading (e.g., asking for money under false pretenses, impersonating someone else, manipulating the Services to increase play count, or affect rankings, ratings, or comments).
vi. Don't circumvent any restrictions on access to or availability of the Services.
vii. Don't engage in activity that is harmful to you, the Services, or others (e.g., transmitting viruses, stalking, posting terrorist content, communicating hate speech, or advocating violence against others).
viii. Don't infringe upon the rights of others (e.g., unauthorized sharing of copyrighted music or other copyrighted material, resale or other distribution of Bing maps, or photographs).
ix. Don't engage in activity that violates the privacy of others.
x. Don't help others break these rules.

b. **Enforcement.** If you violate these Terms, we may stop providing Services to you or we may close your Microsoft account or Skype account. We may also block delivery of a communication (like email or instant message) to or from the Services in an effort to enforce these Terms or we may remove or refuse to publish Your Content for any reason. When investigating alleged violations of these Terms, Microsoft reserves the right to review Your Content in order to resolve the issue. However, we cannot monitor the entire Services and make no attempt to do so.

c. **Application to Xbox Services.** Click here for more information about how this Code of Conduct applies to Xbox Live, Games for Windows Live and Microsoft Studios games, applications, services and content provided by Microsoft.

↑Top of page

# Using the Services & Support

4. **Using the Services & Support.**

a. **Microsoft account or Skype account.** You'll need a Microsoft account to access many of the Services. Your Microsoft account lets you sign in to products, websites and services provided by Microsoft and some Microsoft partners. To access Skype on certain platforms, you have the option of using a Skype account or a Microsoft account.

i. **Creating an Account.** You can create a Microsoft account or a Skype account by signing up online. You agree not to use any false, inaccurate or misleading information when signing up for your Microsoft account or Skype account. In some cases, a third party, like your Internet service provider, may have assigned a Microsoft account to you. If you received your Microsoft account from a third party, the third party may have additional rights over your account, like the ability to access or delete your Microsoft account. Please review any additional terms the third party provided you, as Microsoft has no responsibility regarding these additional terms. If you create a Microsoft account on behalf of an entity, such as your business or employer, you represent that you have the legal authority to bind that entity to these Terms. You cannot transfer your Microsoft account or Skype account to another user or entity. To protect your account, keep your account details and password confidential. You are responsible for all activity that occurs under your Microsoft account or Skype account.

ii. **Account Use.** You must use your Microsoft account to keep it active. This means you must sign in at least once in a five-year period to keep your Microsoft account, and associated Services, active, unless provided otherwise in an offer for a paid portion of the Services. If you don't sign in during this time, we will assume your Microsoft account is inactive and will close it for you. Please see section 4(a)(iv)(2) for the consequences of a closed Microsoft account. You must sign into your Outlook.com inbox and your OneDrive (separately) at least once in a one-year period, otherwise we will close your Outlook.com inbox and your OneDrive for you. You must sign into the Xbox Services (defined in section 14(a)(i)) at least once in a five-year period to keep the gamertag associated with your Microsoft account. If we reasonably suspect that your Microsoft account or Skype account is being used by a third party fraudulently (for example, as a result of an account compromise), Microsoft may suspend your account until you can reclaim ownership. Based on the nature of the compromise, we may be required to disable access to some or all of Your Content. If you are having trouble accessing your Microsoft account, please visit this website: http://go.microsoft.com/fwlink/?LinkId=238656. To manage your Skype account, you must "Sign In" at www.skype.com.

iii. **Kids and Accounts.** By using the Services, you represent that you have either reached the age of "majority" where you live or have valid parent or legal guardian consent to be bound by these Terms. If you do not know whether you have reached the age of majority where you live, or do not understand this section, please ask your parent or legal guardian for help before you create a Microsoft account or Skype account. If you are the parent or legal guardian of a minor that creates a Microsoft account or Skype account, you accept these Terms on the minor's behalf and are responsible for all use of the Microsoft account, Skype account, or Services, including purchases, whether the minor's account is now open or created later.

iv. **Closing Your Account.**

1. You can cancel specific Services or close your Microsoft account or Skype account at any time and for any reason. To close your Microsoft account, please visit http://go.microsoft.com/fwlink/p/?linkid=618278. When you ask us to close your Microsoft account, we will put it in a suspended state for 60 days just in case you change your mind. After that 60-day period, your Microsoft account will be closed. Please see section 4(a)(iv)(2) below for a detailed explanation as to what happens when your Microsoft account is closed. Logging back in during that 60-day period will reactivate your Microsoft account. To cancel your Skype

account please submit a support request to http://go.microsoft.com/fwlink/p/?linkid=618280.

2. If your Services are canceled or your Microsoft account or Skype account is closed (whether by you or us), a few things happen. First, your right to use the Services stops immediately and your license to use the software related to the Services ends. Second, we'll delete Data or Your Content associated with your Microsoft account or Skype account or will otherwise disassociate it from you and your Microsoft account or Skype account (unless we are required by law to keep it). You should have a regular backup plan as Microsoft won't be able to retrieve Your Content or Data once your account is closed. Third, you may lose access to material or products you've acquired.

b. **Work or School Accounts.** You can sign into certain Microsoft services with a work or school email address. If you do, you agree that the owner of the domain associated with your email address may control and administer your account, and access and process your data, including the contents of your communications and files. You further agree that your use of the services may be subject to the agreements that Microsoft has with you or your organization and these terms do not apply. If you use a work or school email address to access Services covered under these Terms, you may be prompted to update the email address associated with your Microsoft account in order to continue accessing such Services.

c. **Additional Equipment/Data Plans.** To use many of the Services, you'll need an internet connection and/or data/cellular plan. You might also need additional equipment, like a headset, camera or microphone. You are responsible for providing all connections, plans, and/or equipment needed to use the Services and for paying the fees charged by the provider(s) of your connections, plans, and equipment. Those fees are in addition to any fees you pay us for the Services and we will not reimburse you for such fees. Check with your provider(s) to determine if there are any such fees that may apply to you.

d. **Service Notifications.** When there's something important to tell you about a Service you use, we'll send you Service notifications to the email associated with your Microsoft account or, for Skype notifications, your Skype account. If you gave us your phone number in connection with your Microsoft account or Skype account, then we may send Service notifications to you via SMS (text message), including to verify your identity before registering your mobile phone number. **Data or messaging rates may apply when receiving notifications via SMS.**

e. **Support.** Customer support for the Services is available at http://support.microsoft.com.

↑Top of page

## Using Third-Party Apps and Services

5. **Using Third-Party Apps and Services.** The Services may allow you to access or acquire products, services, websites, links, content, material, games or applications from third parties (companies or people who aren't Microsoft) (**"Third-Party Apps and Services"**). Many of our Services also help you find Third-Party Apps and Services, and you understand that you are directing our Services to provide Third-Party Apps and Services to you. The Third-Party Apps and Services may also allow you to store Your Content or Data with the publisher, provider, or operator of the Third-Party Apps and Services. The Third-Party Apps and Services may present you with a privacy policy or require you to accept additional terms of use before you can install or use the Third-Party App or Service. See section 14(b) for additional terms for applications acquired through the Office Store, the Xbox Store or the Windows Store. You should review any additional terms and privacy policies before acquiring or using any Third-

Party Apps and Services. Any additional terms do not modify any of these Terms. You are responsible for your dealings with third parties. Microsoft does not license any intellectual property to you as part of any Third-Party Apps and Services and is not responsible for information provided by third parties.

↑Top of page

## Service Availability

6. **Service Availability.**

a. The Services, Third-Party Apps and Services, or material or products offered through the Services may be unavailable from time to time, may be offered for a limited time, or may vary depending on your region or device. If you change the location associated with your Microsoft account, you may need to re-acquire the material or applications that were available to you and paid for in your previous region.

b. We strive to keep the Services up and running; however, all online services suffer occasional disruptions and outages, and Microsoft is not liable for any disruption or loss you may suffer as a result. In the event of an outage, you may not be able to retrieve Your Content or Data that you've stored. We recommend that you regularly backup Your Content that you store on the Services or store using Third-Party Apps and Services.

↑Top of page

## Updates to the Services or Software, and Changes to These Terms

7. **Updates to the Services or Software, and Changes to These Terms.**

a. We may change these Terms at any time, and we'll tell you when we do. Using the Services after the changes become effective means you agree to the new terms. If you don't agree to the new terms, you must stop using the Services, close your Microsoft account and/or Skype account and, if you are a parent or guardian, help your minor child close his or her Microsoft account or Skype account.

b. Sometimes you'll need software updates to keep using the Services. We may automatically check your version of the software and download software updates or configuration changes. You may also be required to update the software to continue using the Services. Such updates are subject to these Terms unless other terms accompany the updates, in which case, those other terms apply. Microsoft isn't obligated to make any updates available and we don't guarantee that we will support the version of the system for which you licensed the software.

c. Additionally, there may be times when we need to remove or change features or functionality of the Service or stop providing a Service or access to Third-Party Apps and Services altogether. Except to the extent required by applicable law, we have no obligation to provide a re-download or replacement of any material, Digital Goods (defined in section 14(k)), or applications previously purchased. We may release the Services or their features in a beta version, which may not work correctly or in the same way the final version may work.

d. So that you can use material protected with digital rights management (DRM), like some music, games, movies and more, DRM software may automatically contact an online rights server and download and install DRM updates.

↑Top of page

# Software License

8. **Software License.** Unless accompanied by a separate Microsoft license agreement (for example, if you are using a Microsoft application that is included with and a part of Windows, then the Microsoft Software License Terms for the Windows Operating System govern such software), and except as provided in section 14(b)(i) below for applications available through the Office Store, the Windows Store or the Xbox Store, any software provided by us to you as part of the Services is subject to these Terms.

a. If you comply with these Terms, we grant you the right to install and use one copy of the software per device on a worldwide basis for use by only one person at a time as part of your use of the Services. The software or website that is part of the Services may include third-party code. Any third-party scripts or code, linked to or referenced from the software or website, are licensed to you by the third parties that own such code, not by Microsoft. Notices, if any, for the third-party code are included for your information only.

b. The software is licensed, not sold, and Microsoft reserves all rights to the software not expressly granted by Microsoft, whether by implication, estoppel, or otherwise. This license does not give you any right to, and you may not:

i. circumvent or bypass any technological protection measures in or relating to the software or Services;
ii. disassemble, decompile, decrypt, hack, emulate, exploit, or reverse engineer any software or other aspect of the Services that is included in or accessible through the Services, except and only to the extent that the applicable copyright law expressly permits doing so;
iii. separate components of the software or Services for use on different devices;
iv. publish, copy, rent, lease, sell, export, import, distribute, or lend the software or the Services, unless Microsoft expressly authorizes you to do so;
v. transfer the software, any software licenses, or any rights to access or use the Services;
vi. use the Services in any unauthorized way that could interfere with anyone else's use of them or gain access to any service, data, account, or network;
vii. enable access to the Services or modify any Microsoft-authorized device (e.g., Xbox One, Xbox 360, Microsoft Surface, etc.) by unauthorized third-party applications.

↑Top of page

# Payment Terms

9. **Payment Terms.** If you purchase a Service, then these payment terms apply to your purchase and you agree to them.

a. **Charges.** If there is a charge associated with a portion of the Services, you agree to pay that charge. The price stated for the Services excludes all applicable taxes and currency exchange settlements, unless stated otherwise. The price for Skype paid products includes a charge for the product and a charge for taxes. You are solely responsible for paying such taxes or other charges. Taxes are calculated based on your location at the time your Microsoft or Skype account was registered. We may suspend or cancel the Services if we do not receive an on time, full payment from you. Suspension or cancellation of the Services for non-payment could result in a loss of access to and use of your account and its content. Connecting to the Internet via a corporate or other private

network which masks your location may cause charges to be different from those displayed for your actual location.

b. **Your Billing Account.** To pay the charges for a Service, you will be asked to provide a payment method at the time you sign up for that Service. You can access and change your billing information and payment method on the Microsoft account management website and for your Skype billing account by signing into your account at www.skype.com. Additionally, you agree to permit Microsoft to use any updated account information regarding your selected payment method provided by your issuing bank or the applicable payment network. You agree to promptly update your account and other information, including your email address and payment method details, so we can complete your transactions and contact you as needed in connection with your transactions. Changes made to your billing account will not affect charges we submit to your billing account before we could reasonably act on your changes to your billing account.

c. **Billing.** By providing Microsoft with a payment method, you (i) represent that you are authorized to use the payment method that you provided and that any payment information you provide is true and accurate; (ii) authorize Microsoft to charge you for the Services or available content using your payment method; and (iii) authorize Microsoft to charge you for any paid feature of the Services that you choose to sign up for or use while these Terms are in force. We may bill you (a) in advance; (b) at the time of purchase; (c) shortly after purchase; or (d) on a recurring basis for subscription Services. Also, we may charge you up to the amount you have approved, and we will notify you in advance of any change in the amount to be charged for recurring subscription Services. We may bill you at the same time for more than one of your prior billing periods for amounts that haven't previously been processed.

d. **Recurring Payments.** When you purchase the Services on a subscription basis (e.g., monthly, every 3 months or annually (as applicable)), you acknowledge and agree that you are authorizing recurring payment, and payments shall be made to Microsoft by the method you have chosen at the recurring intervals chosen by you, until the subscription for that Service is terminated by you or by Microsoft. By authorizing recurring payments, you are authorizing Microsoft to process such payments as either electronic debits or fund transfers, or as electronic drafts from your designated account (in the case of Automated Clearing House or similar payments), or as charges to your designated account (in the case of credit card or similar payments) (collectively, **"Electronic Payments"**). Subscription fees are generally billed or charged in advance of the applicable subscription period. If any payment is returned unpaid or if any credit card or similar transaction is rejected or denied, Microsoft or its service providers reserve the right to collect any applicable return item, rejection or insufficient funds fee and to process any such payment as an Electronic Payment.

e. **Automatic Renewal.** Provided that automatic renewals are allowed in your state, you may choose for Services to automatically renew at the end of a fixed service period. We will remind you by email before any Services renew for a new term, and notify you of any price changes in accordance with section 9(k). Once we have reminded you that you elected to automatically renew the Services, we may automatically renew your Services at the end of the current service period and charge you the then current price for the renewal term, unless you have chosen to cancel the Services as described below. We will also remind you that we will bill your chosen payment method for the Services renewal, whether it was on file on the renewal date or provided later. We will also provide you with instructions on how you may cancel the Services. You must cancel the Services before the renewal date to avoid being billed for the renewal.

f. **Online Statement and Errors.** Microsoft will provide you with an online billing statement on the Microsoft account management website, where you can view and print your statement. For Skype accounts you can access your online statement by signing into your account at www.skype.com. This is the only billing statement that we provide. If we

make an error on your bill, you must tell us within 90 days after the error first appears on your bill. We will then promptly investigate the charge. If you do not tell us within that time, you release us from all liability and claims of loss resulting from the error and we won't be required to correct the error or provide a refund. If Microsoft has identified a billing error, we will correct that error within 90 days.

g. **Refund Policy.** Unless otherwise provided by law or by a particular Service offer, all purchases are final and non-refundable. If you believe that Microsoft has charged you in error, you must contact us within 90 days of such charge. No refunds will be given for any charges more than 90 days old. We reserve the right to issue refunds or credits at our sole discretion. If we issue a refund or credit, we are under no obligation to issue the same or similar refund in the future. This refund policy does not affect any statutory rights that may apply. For more refund information, please visit our help topic.

h. **Canceling the Services.** You may cancel a Service at any time, with or without cause. To cancel a Service and request a refund, if you are entitled to one, visit the Microsoft account management website. You can request a refund from Skype using the Cancellation and Refund form. You should refer back to the offer describing the Services as (i) you may not receive a refund at the time of cancellation; (ii) you may be obligated to pay cancellation charges; (iii) you may be obligated to pay all charges made to your billing account for the Services before the date of cancellation; or (iv) you may lose access to and use of your account when you cancel the Services. If you cancel, your access to the Services ends at the end of your current Service period or, if we bill your account on a periodic basis, at the end of the period in which you canceled.

i. **Trial-Period Offers.** If you are taking part in any trial-period offer, you must cancel the trial Service(s) by the end of the trial period to avoid incurring new charges, unless we notify you otherwise. If you do not cancel the trial Service(s) by the end of the trial period, we may charge you for the Service(s).

j. **Promotional Offers.** From time to time, Microsoft may offer Services for a trial period during which Microsoft will not charge you for the Services. Microsoft reserves the right to charge you for such Services (at the normal rate) in the event that Microsoft determines (in its reasonable discretion) that you are breaching the terms and conditions of the offer.

k. **Price Changes.** We may change the price of the Services at any time and if you have a recurring purchase, we will notify you by email at least 15 days before the price change. If you do not agree to the price change, you must cancel and stop using the Services before the price change takes effect. If there is a fixed term and price for your Service offer, that price will remain in force for the fixed term.

l. **Payments to You.** If we owe you a payment, then you agree to timely and accurately provide us with any information we need to get that payment to you. You are responsible for any taxes and charges you may incur as a result of this payment to you. You must also comply with any other conditions we place on your right to any payment. If you receive a payment in error, we may reverse or require return of the payment. You agree to cooperate with us in our efforts to do this. We may also reduce the payment to you without notice to adjust for any previous overpayment.

m. **Gift Cards.** Redemption and use of gift cards (other than Skype gift cards) are governed by the Microsoft Gift Card Terms and Conditions. Information on Skype gift cards is available on Skype's Help page.

↑Top of page

## Contracting Entity, Choice of Law, Jurisdiction

10. **Contracting Entity.** For use of free, consumer Skype-branded Services, you're contracting with, and all references to "Microsoft" in these Terms mean, Skype Software S.à.r.l, 23 – 29 Rives de Clausen, L-2165 Luxembourg, and for paid, consumer Skype-branded Services, you're contracting with, and all references to "Microsoft" in these Terms mean, Skype Communications S.à.r.l, 23 – 29 Rives de Clausen, L-2165 Luxembourg. For all other Services, you're contracting with Microsoft Corporation, One Microsoft Way, Redmond, WA 98052, U.S.A.

11. **Choice of Law and Place to Resolve Disputes.** If you live in (or, if a business, your principal place of business is in) the United States, the laws of the state where you live govern all claims, regardless of conflict of laws principles, except that the Federal Arbitration Act governs all provisions relating to arbitration. You and we irrevocably consent to the exclusive jurisdiction and venue of the state or federal courts in King County, Washington, for all disputes arising out of or relating to these Terms or the Services that are heard in court (excluding arbitration and small claims court).

↑Top of page

## Warranties

12. **Warranties. MICROSOFT, AND OUR AFFILIATES, RESELLERS, DISTRIBUTORS, AND VENDORS, MAKE NO WARRANTIES, EXPRESS OR IMPLIED, GUARANTEES OR CONDITIONS WITH RESPECT TO YOUR USE OF THE SERVICES. YOU UNDERSTAND THAT USE OF THE SERVICES IS AT YOUR OWN RISK AND THAT WE PROVIDE THE SERVICES ON AN "AS IS" BASIS "WITH ALL FAULTS" AND "AS AVAILABLE." YOU BEAR THE ENTIRE RISK OF USING THE SERVICES. MICROSOFT DOESN'T GUARANTEE THE ACCURACY OR TIMELINESS OF INFORMATION AVAILABLE FROM THE SERVICES. TO THE EXTENT PERMITTED UNDER YOUR LOCAL LAW, WE EXCLUDE ANY IMPLIED WARRANTIES, INCLUDING FOR MERCHANTABILITY, SATISFACTORY QUALITY, FITNESS FOR A PARTICULAR PURPOSE, WORKMANLIKE EFFORT, AND NON-INFRINGEMENT. YOU MAY HAVE CERTAIN RIGHTS UNDER YOUR LOCAL LAW. NOTHING IN THESE TERMS IS INTENDED TO AFFECT THOSE RIGHTS, IF THEY ARE APPLICABLE. YOU ACKNOWLEDGE THAT COMPUTER AND TELECOMMUNICATIONS SYSTEMS ARE NOT FAULT-FREE AND OCCASIONAL PERIODS OF DOWNTIME OCCUR. WE DO NOT GUARANTEE THE SERVICES WILL BE UNINTERRUPTED, TIMELY, SECURE, OR ERROR-FREE OR THAT CONTENT LOSS WON'T OCCUR, NOR DO WE GUARANTEE ANY CONNECTION TO OR TRANSMISSION FROM THE COMPUTER NETWORKS.**

↑Top of page

## Limitation of Liability

13. **Limitation of Liability. If you have any basis for recovering damages (including breach of these Terms), you agree that your exclusive remedy is to recover, from Microsoft or any affiliates, resellers, distributors, Third-Party Apps and Services providers, and vendors, direct damages up to an amount equal to your Services fee for the month during which the breach occurred (or up to $10.00 if the Services are free). You can't recover any other damages or losses, including direct, consequential, lost profits, special, indirect, incidental, or punitive.** These limitations and exclusions apply even if this remedy doesn't fully compensate you for

any losses or fails of its essential purpose or if we knew or should have known about the possibility of the damages. To the maximum extent permitted by law, these limitations and exclusions apply to anything or any claims related to these Terms, the Services, or the software related to the Services.

↑Top of page

## Service-Specific Terms

14. **Service-Specific Terms.** The terms before and after section 14 apply generally to all Services. This section contains service-specific terms that are in addition to the general terms.

↑Top of page

## Xbox Live and Microsoft Studios Games and Applications

a. **Xbox Live and Microsoft Studios Games and Applications.**

i. **Personal Noncommercial Use.** Xbox Live, Games for Windows Live and Microsoft Studios games, applications, services and content provided by Microsoft (collectively, the "**Xbox Services**") are only for your personal and noncommercial use.

ii. **Sharing Limited Account Information.** As part of delivering the Xbox Services, we make information pertaining to your gamertag, gameplay, Your Content that you make public, and activity on and usage of any Xbox Service available for the operation and delivery of (a) other Xbox Services and (b) third-party games that use Xbox Services. If you choose to link your Microsoft Xbox Services account with your account on a non-Microsoft service (for example, a non-Microsoft game publisher of Third-Party Apps and Services), you agree that: (a) Microsoft may share limited account information (including without limitation gamertag, gamerscore, game score, game history, and friends list), with that non-Microsoft party as stated in the Microsoft Privacy Statement, and (b) if allowed by your Xbox privacy settings, the non-Microsoft party may also have access to Your Content from in-game communications when you are signed into your account with that non-Microsoft party. Also, if allowed by your Xbox privacy settings, Microsoft can publish your name, gamertag, gamerpic, motto, avatar, and games that you've played in communications to people on your Xbox friends list.

iii. **Your Content.** As part of building the Xbox Services community, you grant to Microsoft, its affiliates and sublicensees a free and worldwide right to use, modify, reproduce, distribute, and display Your Content or your name, gamertag, motto, or avatar that you posted for any Xbox Services.

iv. **Game Managers.** Some games may use game managers and hosts. Game managers and hosts are not authorized Microsoft spokespersons. Their views do not necessarily reflect those of Microsoft.

v. **Kids on Xbox.** If you are a minor using Xbox Live, your parent or guardian may have control over many aspects of your account and may receive reports about your use of Xbox Live.

vi. **Game Currency or Virtual Goods.** The Services may include a virtual, game currency (like gold, coins or points) that may be purchased from Microsoft using actual monetary instruments if you have reached the age of "majority" where you

live. The Services may also include virtual, digital items or goods that may be purchased from Microsoft using actual monetary instruments or using game currency. Game currency and virtual goods may never be redeemed for actual monetary instruments, goods or other items of monetary value from Microsoft or any other party. Other than a limited, personal, revocable, non-transferable, non-sublicensable license to use the game currency and virtual goods in the Services only, you have no right or title in or to any such game currency or virtual goods appearing or originating in the Services, or any other attributes associated with use of the Services or stored within the Services. Microsoft may at any time regulate, control, modify and/or eliminate the game currency and/or virtual goods as it sees fit in its sole discretion.

vii. **Software Updates.** For any device that can connect to Xbox Services, we may automatically check your version of Xbox console software or the Xbox App software and download Xbox console or Xbox App software updates or configuration changes, including those that prevent you from accessing the Xbox Services, using unauthorized Xbox games or Xbox apps, or using unauthorized hardware peripheral devices with an Xbox console.

viii. **Gamertag Expiration.** You must sign into Xbox Services at least once in a five-year period, otherwise you may lose access to the gamertag associated with your account and that gamertag may become available for use by others.

↑Top of page

## Store

b. **Store.** "Store" refers to a Service that allows you to browse, download, purchase, and rate and review applications (the term "application" includes games) and other digital content. These Terms cover use of Office Store, Xbox Store and Windows Store. **"Office Store"** means a Store for Office products and apps for Office, SharePoint, Exchange, Access and Project (2013 versions or later). **"Windows Store"** means a Store for Windows devices such as phone, PC and tablet, or any other experience that is branded Windows Store. **"Xbox Store"** means a Store for Xbox ONE and Xbox 360 consoles, or any other experience that is branded Xbox Store.

i. **License Terms.** We will identify the publisher of each application available in the relevant Store. The Standard Application License Terms (**"SALT"**) at the end of these Terms are an agreement between you and the application publisher setting forth the license terms that apply to your use of an application you download through the Windows Store or the Xbox Store, unless different license terms are provided with the application. Section 5 of these Terms applies to any Third-Party Apps and Services acquired through a Store. Applications downloaded through the Office Store are not governed by the SALT and have separate license terms that apply.

ii. **Updates.** Microsoft will automatically check for and download updates to your applications, even if you're not signed into the relevant Store. You can change your Store or system settings if you prefer not to receive automatic updates to Store applications. However, certain Office Store applications that are entirely or partly hosted online may be updated at any time by the application developer and may not require your permission to update.

iii. **Ratings and Reviews.** If you rate or review an application in the Store, you may receive email from Microsoft containing content from the publisher of the application. Any such email comes from Microsoft; we do not share your email address with publishers of applications you acquire through the Store.

iv. **Safety Warning.** To avoid possible injury, discomfort or eye strain, you should take periodic breaks from use of games or other applications, especially if you feel any pain or fatigue resulting from usage. If you experience discomfort, take a break. Discomfort might include feelings of nausea, motion sickness, dizziness, disorientation, headache, fatigue, eye strain, or dry eyes. Using applications can distract you and obstruct your surroundings. Avoid trip hazards, stairs, low ceilings, fragile or valuable items that could be damaged. A very small percentage of people may experience seizures when exposed to certain visual images like flashing lights or patterns that may appear in applications. Even people with no history of seizures may have an undiagnosed condition that can cause these seizures. Symptoms may include lightheadedness, altered vision, twitching, jerking or shaking of limbs, disorientation, confusion, loss of consciousness, or convulsions. Immediately stop using and consult a doctor if you experience any of these symptoms, or consult a doctor before using the applications if you've ever suffered symptoms linked to seizures. Parents should monitor their children's use of applications for signs of symptoms.

↑Top of page

## Microsoft Family Features

c. **Microsoft Family Features.** Parents and kids can use Microsoft family features to build trust based on a shared understanding of what behaviors, websites, apps, games, physical locations, and spending is right in their family. Parents can create a family by going to https://account.microsoft.com/family (or by following the instructions on their Windows device or Xbox console) and inviting kids or other parents to join. There are many features available to family members, so please carefully review the information provided when you agree to create or join a family. By creating or joining a family, you represent that you will use the family in accordance with its purpose and won't use it in an unauthorized way to unlawfully gain access to another person's information.

↑Top of page

## Group Messaging

d. **Group Messaging.** Various Microsoft services allow you to send messages to others via voice or SMS ("messages"), and/or allow Microsoft and Microsoft-controlled affiliates to send such messages to you and one or more other users on your behalf. WHEN YOU INSTRUCT MICROSOFT AND MICROSOFT-CONTROLLED AFFILIATES TO SEND SUCH MESSAGES TO YOU OR TO OTHERS, YOU REPRESENT AND WARRANT TO US THAT YOU AND EACH PERSON YOU HAVE INSTRUCTED US TO MESSAGE CONSENT TO RECEIVE SUCH MESSAGES AND ANY OTHER RELATED ADMINISTRATIVE TEXT MESSAGES FROM MICROSOFT AND MICROSOFT-CONTROLLED AFFILIATES. "Administrative text messages" are periodic transactional messages from a particular Microsoft service, including but not limited to a "welcome message" or instructions on how to stop receiving messages. You or group members no longer wishing to receive such messages can opt-out of receiving further messages from Microsoft or Microsoft-controlled affiliates at any time by following the instructions provided. If you no longer wish to receive such messages or participate in the group, you agree that you will opt out through the instructions provided by the applicable program or service. If you have reason to believe that a group member no longer wishes to receive such messages or participate in the group, you agree to remove them from the group. You also represent and warrant to us that you

and each person you have instructed us to message understands that each group member is responsible for the costs of any message charges assessed by his or her mobile carrier, including any international message charges that may apply when messages are transmitted from US-based numbers.

↑Top of page

## Skype and GroupMe

e. **Skype and GroupMe.**

i. **No Access to Emergency Services.** There are important differences between traditional telephone services and Skype. Skype is not required to offer access to Emergency Services under any applicable local and/or national rules, regulations, or law. Skype's software and products are not intended to support or carry emergency calls to any type of hospitals, law enforcement agencies, medical care units or any other kind of services that connect a user to emergency services personnel or public safety answering points (**"Emergency Services"**). You acknowledge and agree that: (i) it is your responsibility to purchase traditional wireless (mobile) or fixed-line telephone services that offer access to Emergency Services, and (ii) Skype is not a replacement for your primary telephone service.

ii. **APIs or Broadcasting.** If you want to use Skype in connection with any broadcast, you must comply with the "Broadcast TOS" at http://www.skype.com/legal/broadcast. If you want to use any application program interface (**"API"**) exposed or made available by Skype you must comply with the applicable licensing terms, which are available at www.skype.com/go/legal.

iii. **Fair Use Policies.** Fair usage policies may apply to your use of Skype. Please review these policies which are designed to protect against fraud and abuse and may place limits on the type, duration or volume of calls or messages that you are able to make. These policies are incorporated in these Terms by reference. You can find these policies at: http://www.skype.com/en/legal/fair-usage/

iv. **Mapping.** Skype contains features that allow you to submit information to, or plot yourself on a map using, a mapping service. By using those features, you agree to these Terms and the Google Maps terms available at http://www.google.com/intl/en_ALL/help/terms_maps.html.

v. **Government Users.** If you wish to use a business account and/or Skype Manager on behalf of the U.S. Government or an agency of the U.S. Government, these Terms do not apply to that use. For applicable terms and/or further information, please contact usgovusers@skype.net.

vi. **Personal/Noncommercial Use.** The use of Skype is for your personal and noncommercial use. You are permitted to use your personal Skype account at work for your own business communications.

vii. **Skype Number/Skype To Go.** If Skype provides you with a Skype Number or Skype To Go number, you agree that you do not own the number or have a right to retain that number forever.

viii. **Skype Manager.** A "Skype Manager Admin Account" is a Skype account that is created and managed by you, acting as an individual administrator of a Skype Manager group and not as a business entity. Personal Skype accounts can be linked to a Skype Manager group (**"Linked Account"**). You may appoint additional administrators to your Skype Manager group subject to their acceptance of these Terms. If you allocate Skype Numbers to a Linked Account, you are responsible for

compliance with any requirements related to the residency or location of your Linked Account users. If you choose to unlink a Linked Account from a Skype Manager group, any allocated subscriptions, Skype Credit or Skype Numbers will not be retrievable and Your Content or material associated with the unlinked Skype account will no longer be accessible by you. You agree to process any personal information of your Linked Account users in accordance with all applicable data protection laws.

ix. **Skype Charges.** Skype paid products are sold to you by Skype Communications S.à.r.l, however the seller-of-record accountable for taxes is Skype Communications US Corporation. Taxes means the amount of taxes, regulatory fees, surcharges or other fees that we are required to collect from you and must pay to any United States (federal, state or local) or foreign government, agency, commission or quasi-governmental body as a result of our provision of Skype paid products to you. These taxes are listed at www.skype.com/go/ustax. All prices for Skype paid products are inclusive of a charge for your product and a charge for taxes, unless otherwise stated. The charges payable for calling phones outside of a subscription consist of a connection fee (charged once per call) and a per-minute rate as set out at www.skype.com/go/allrates. Call charges will be deducted from your Skype Credit balance. Skype may change its calling rates at any time without notice to you by posting such change at www.skype.com/go/allrates. The new rate will apply to your next call after publication of the new rates. Please check the latest rates before you make your call. Fractional call minutes and fractional cent charges will be rounded up to the next whole unit.

x. **Skype Credit.** Skype does not guarantee that you will be able to use your Skype Credit balance to purchase all Skype paid products. If you do not use your Skype Credit for a period of 180 days, Skype will place your Skype Credit on inactive status. You can reactivate the Skype Credit by following the reactivation link at http://www.skype.com/go/store.reactivate.credit. You can enable the Auto Recharge feature when you buy Skype Credit by ticking the appropriate box. If enabled, your Skype Credit balance will be recharged with the same amount and by your chosen payment method every time your Skype account balance goes below the threshold set by Skype from time to time. If you purchased a subscription with a payment method other than credit card, PayPal or Moneybookers (Skrill), and you have enabled Auto-Recharge, your Skype Credit balance will be recharged with the amount necessary to purchase your next recurring subscription. You can disable Auto-Recharge at any time by accessing and changing your settings in your Skype account.

xi. **International Message Fees.** GroupMe currently uses US-based numbers for each group created. Every text message sent to or received from a GroupMe number will count as an international text message sent to or received from the United States. Please check with your provider for the associated international rates.

↑Top of page

## Bing and MSN

f. **Bing and MSN.**

i. **Bing and MSN Materials.** The articles, text, photos, maps, videos, video players, and third-party material available on Bing and MSN are for your noncommercial, personal use only. Other uses, including downloading, copying, or redistributing these materials, are permitted only to the extent specifically authorized by Microsoft or rights holders, or allowed by applicable copyright law. Microsoft or other rights

holders reserve all rights to the material not expressly granted by Microsoft under the license terms, whether by implication, estoppel, or otherwise.

ii. **Bing Maps.** You may not use Bird's eye imagery of the United States, Canada, Mexico, New Zealand, Australia or Japan for governmental use without our separate written approval.

iii. **Rewards.** Rewards (the **"Program"**) enables you to earn redeemable points for your qualified searches, acquisitions, and other offers from Microsoft. A search is the act of an individual user manually entering text for the good faith purpose of obtaining Bing search results for such user's own research purposes and does not include any query entered by a bot, macro, or other automated or fraudulent means of any kind (**"Search"**). An acquisition is the process of purchasing goods or downloading and acquiring a license for digital content from Microsoft, whether free or paid (**"Acquisition"**). Microsoft in its sole discretion determines what constitutes a Search or Acquisition that qualifies for points. Your earned points can be redeemed for items (**"Rewards"**) in the redemption center. For more information see the Frequently Asked Questions (**"FAQ"**).

1. *Program Requirements.* You need a valid Microsoft account and your devices must meet the minimum system requirements. The Program is open to users who reside in the markets listed in the FAQ. Individuals can have no more than one Program account, even if an individual has multiple email addresses, and households are limited to six accounts. The Program is solely for your personal and noncommercial use.

2. *Points.* Except for donating your points to a nonprofit organization listed in the redemption center, you cannot transfer points. Points are not your personal property, and you may not obtain any cash or money in exchange for them. Points are awarded to you on a promotional basis. You cannot purchase points. Microsoft may limit the quantity of points or Rewards per person, per household, or over a set period (e.g., a day). You may redeem no more than 550,000 points per calendar year in the Program. Points earned in the Program are not valid in, and may not be used in combination with, any other program offered by Microsoft or third parties. **Unredeemed points expire if you do not earn or redeem any points for 90 days.**

3. *Rewards.* You may redeem your points by visiting the redemption center or you may contribute points to a listed nonprofit organization. There may be a limited number of a particular Reward available, and those Rewards will be delivered on a first-come, first-served basis. You may be required to provide additional information, like your mailing address and a telephone number (other than a VOIP or toll-free number), and you may also be asked to enter a fraud-prevention code or sign additional legal documents to redeem points for Rewards. Once you order a Reward, you cannot cancel it or return it for a refund of points. If you order a Reward that is out of stock or unavailable for other reasons Microsoft determines in its sole discretion, we may substitute a Reward of comparable value or refund your points. Microsoft may update the Rewards offered in the redemption center or discontinue to offer specific Rewards. Some Rewards may have age eligibility requirements. You are responsible for all federal, state, and local taxes and any other costs of accepting and using the Reward. Rewards will be emailed to the email address you provide when ordering your Reward, so keep your email address up to date. Rewards that are undeliverable will not be reissued and are therefore forfeited. Rewards are not for resale.

4. *Cancelling Your Participation in the Program.* Your Program account will be cancelled if you do not log in at least once in a 180-day period. Additionally, Microsoft reserves the right to cancel the Program account of a specific user without cause and without providing a reason. Upon Program cancellation (by

you or us) or if the Program is suspended, you will have 90 days to redeem your points; otherwise, those points will be forfeited. At the point of cancellation, your right to use the Program and accrue future points ends.

5. *Other Conditions.* Microsoft reserves the right to disqualify you; disable your access to the Program or your Rewards account; and/or withhold points, Rewards and charitable contributions, if Microsoft believes you are tampering with or abusing any aspect of the Program or may be engaging in activities that violate these Terms.

iv. **Bing Places.** When you provide your Data or Your Content to Bing Places, you grant Microsoft a worldwide, royalty-free intellectual property license to use, reproduce, save, modify, aggregate, promote, transmit, display or distribute as part of a service, and sub-license those rights to third parties.

↑Top of page

## Cortana

g. **Cortana.** Cortana is Microsoft's personal assistant Service. Cortana provides information for your planning purposes only and you should exercise your own independent judgment when reviewing and relying on this information. Microsoft does not guarantee the accuracy, completeness, reliability, availability or timeliness of inferences and personalized experiences provided by Cortana. Microsoft is not responsible if a Cortana communication management feature delays or prevents you from reviewing or sending a communication.

↑Top of page

## Outlook.com

h. **Outlook.com.** The Outlook.com (or @msn, @hotmail, or @live) email address that you use to create your Microsoft account will be unique to you for as long as your Outlook.com inbox or Microsoft account is still active. In the event your Outlook.com inbox or Microsoft account is closed either by you or by Microsoft pursuant to these Terms, the email address or username may be recycled into our system and assigned to another user.

↑Top of page

## Office-based Services

i. **Office-based Services.** Office consumer-based services, applications, or products (including Sway and OneNote) are for your personal, noncommercial use, unless you have commercial use rights under a separate agreement with Microsoft.

↑Top of page

## Microsoft Health Services

j. **Microsoft Health Services.**

i. **HealthVault.** HealthVault is intended for you to store your personal health-related information and information about other people (such as your family) with their consent. HealthVault accounts are not for use by healthcare providers or for any other commercial or non-personal purpose. The information in your account may not always be accurate or up-to-date and should be viewed by any health care provider as informational only. The HealthVault Service does not hold records for healthcare providers or other medical or case management purposes. For example, HealthVault records are not designated record sets as defined under U.S. regulations. If a healthcare provider decides to include any data made available from HealthVault in its records, it should store a copy in its own system. If there is a co-custodian of a record in your account (because one of you invited the other), you acknowledge that the co-custodian has full control over that record and may cancel your access to the record, manage other peoples' access to the record, and view the record's data including how and when the record is used. Microsoft does not support non-Microsoft credentials (such as Facebook and OpenID), so HealthVault customer support will not be able to help with sign-in issues for those. If you lose your sign-in credentials, or if the account where you got your credentials closes, you will not be able to recover your stored data. To help maintain continued access, we suggest you use more than one sign-in credential with your HealthVault account. Microsoft does not endorse or control, and is not responsible for, the operation, support, or security of non-Microsoft credentials you may use.

ii. **Microsoft Health and Microsoft Band.** Microsoft Health and the Microsoft Band are not medical devices and are intended for fitness and wellness purposes only. They are not designed or intended for use in the diagnosis of disease or other conditions, or in the cure, mitigation, treatment, or prevention of disease. Before starting or modifying any activity or sleep program using Microsoft Health, consult your physician. Microsoft is not responsible for any decision you make based on information you receive from Microsoft.

↑Top of page

## Digital Goods

k. **Digital Goods.** Through Microsoft Groove, Microsoft Movies & TV, Store and any other related and future services, Microsoft may enable you to obtain, listen to, view, play or read (as the case may be) music, images, video, text, books, games or other material (**"Digital Goods"**) that you may get in digital form. The Digital Goods are only for your personal, noncommercial entertainment use. You agree not to redistribute, broadcast, publicly perform or publicly display or transfer any copies of the Digital Goods. Digital Goods may be owned by Microsoft or by third parties. In all circumstances, you understand and acknowledge that your rights with respect to Digital Goods are limited by these Terms, copyright law, and the usage rules located at http://go.microsoft.com/fwlink/p/?LinkId=723143. You agree that you will not attempt to modify any Digital Goods obtained through any of the Services for any reason whatsoever, including for the purpose of disguising or changing ownership or source of the Digital Goods. Microsoft or the owners of the Digital Goods may, from time to time, remove Digital Goods from the Services without notice.

↑Top of page

## OneDrive

l. **OneDrive.**

i. **Storage Allocation.** If you have more content stored in your OneDrive account than is provided to you under the terms of your free or paid subscription service for OneDrive and you do not respond to notice from Microsoft to fix your account by removing excess content or moving to a new subscription plan with more storage, we reserve the right to close your account and delete or disable access to Your Content on OneDrive.

ii. **Service Performance.** Depending on factors such as your equipment, internet connection and Microsoft's efforts to maintain the performance and integrity of its service, you may occasionally experience delays in uploading or syncing content on OneDrive.

↑Top of page

## Binding Arbitration and Class Action Waiver

15. **Binding Arbitration and Class Action Waiver If You Live In (or If a Business Your Principal Place of Business Is In) the United States.** We hope we never have a dispute, but if we do, you and we agree to try for 60 days to resolve it informally. If we can't, you and we agree to **binding individual arbitration before the American Arbitration Association ("AAA") under the Federal Arbitration Act ("FAA"), and not to sue in court in front of a judge or jury**. Instead, a neutral arbitrator will decide and the arbitrator's decision will be final except for a limited right of review under the FAA. **Class action lawsuits, class-wide arbitrations, private attorney-general actions, and any other proceeding where someone acts in a representative capacity aren't allowed. Nor is combining individual proceedings without the consent of all parties.** "We," "our," and "us" includes Microsoft, Skype (see section 10) and Microsoft's affiliates and, if you use Skype Pay by Mobile, your mobile phone carrier.

a. **Disputes Covered—Everything Except IP.** The term "dispute" is as broad as it can be. It includes any claim or controversy between you and us concerning the Services, the software related to the Services, the Services' or software's price, your Microsoft account, your Skype account, or these Terms, under any legal theory including contract, warranty, tort, statute, or regulation, **except disputes relating to the enforcement or validity of your, your licensors', our, or our licensors' intellectual property rights**.

b. **Mail a Notice of Dispute First.** If you have a dispute and our customer service representatives can't resolve it, send a Notice of Dispute by U.S. Mail to **Microsoft Corporation, ATTN: CELA Arbitration, One Microsoft Way, Redmond, WA 98052-6399, U.S.A.** (or to your mobile phone carrier at its principal place of business in the United States marked ATTN: Legal Department). Tell us your name, address, how to contact you, what the problem is, and what you want. A form is available at http://go.microsoft.com/fwlink/?LinkId=245499. We'll do the same if we have a dispute with you. After 60 days, you or we may start an arbitration if the dispute is unresolved.

c. **Small Claims Court Option.** Instead of mailing a Notice of Dispute, you may sue us in small claims court in your county of residence (or if a business your principal place of business) or King County, Washington, U.S.A. if you meet the court's requirements.

d. **Arbitration Procedure.** The AAA will conduct any arbitration under its Commercial Arbitration Rules (or if you are an individual and use the Services for personal or household use, or if the value of the dispute is $75,000 or less whether or not you are an individual or how you use the Services, its Consumer Arbitration Rules). For more information, see www.adr.org or call 1-800-778-7879. To start an arbitration, submit the

form available at http://go.microsoft.com/fwlink/?LinkId=245497 to the AAA and mail a copy to us. In a dispute involving $25,000 or less, any hearing will be telephonic unless the arbitrator finds good cause to hold an in-person hearing instead. Any in-person hearing will take place in your county of residence (or if a business your principal place of business) or our principal place of business—King County, Washington if your dispute is with Microsoft. You choose. The arbitrator may award the same damages to you individually as a court could. The arbitrator may award declaratory or injunctive relief only to you individually to satisfy your individual claim.

e. **Arbitration Fees and Payments.**

i. **Disputes Involving $75,000 or Less.** We will promptly reimburse your filing fees and pay the AAA's and arbitrator's fees and expenses. If you reject our last written settlement offer made before the arbitrator was appointed, your dispute goes all the way to an arbitrator's decision (called an "award"), and the arbitrator awards you more than this last written offer, we will: (i) pay the greater of the award or $1,000; (ii) pay your reasonable attorney's fees, if any; and (iii) reimburse any expenses (including expert witness fees and costs) that your attorney reasonably accrues for investigating, preparing, and pursuing your claim in arbitration.

ii. **Disputes Involving More than $75,000.** The AAA rules will govern payment of filing fees and the AAA's and arbitrator's fees and expenses.

f. **Conflict with AAA Rules.** These Terms govern to the extent they conflict with the AAA's Commercial Arbitration Rules or Consumer Arbitration Rules.

g. **Must File Within One Year.** You and we must file in small claims court or arbitration any claim or dispute (except intellectual property disputes—see section 15(a)) within one year from when it first could be filed. Otherwise, it's permanently barred.

h. **Rejecting Future Arbitration Changes.** You may reject any change we make to section 15 (except address changes) by sending us notice within 30 days of the change by U.S. Mail to the address in section 15(b). If you do, the most recent version of section 15 before the change you rejected will apply.

i. **Severability.** If the class action waiver is found to be illegal or unenforceable as to all or some parts of a dispute, then those parts won't be arbitrated but will proceed in court, with the rest proceeding in arbitration. If any other provision of section 15 is found to be illegal or unenforceable, that provision will be severed but the rest of section 15 still applies.

j. **Mobile Phone Carrier as Third-Party Beneficiary.** If you use Skype Pay by Mobile, your mobile phone carrier is a third-party beneficiary of your agreement with Microsoft and Skype to resolve disputes through informal negotiation and arbitration. Your mobile phone carrier agrees to do everything Microsoft and Skype agree to do in section 15.

↑Top of page

## Miscellaneous

16. **Miscellaneous.** This section, and sections 1, 9 (for amounts incurred before the end of these Terms), 10, 11, 12, 13, 15, and those that by their terms apply after the Terms end will survive any termination or cancellation of these Terms. We may assign these Terms, in whole or in part, at any time without notice to you. You may not assign your rights or obligations under these Terms or transfer any rights to use the Services. This is the entire agreement between you and Microsoft for your use of the Services. It supersedes any prior agreements between you and Microsoft regarding your use of the Services. All parts of these Terms apply to the maximum extent permitted by relevant law. If a court or arbitrator holds that we can't

enforce a part of these Terms as written, we may replace those terms with similar terms to the extent enforceable under the relevant law, but the rest of these Terms won't change. Section 15(i) says what happens if parts of section 15 (arbitration and class action waiver) are found to be illegal or unenforceable. Section 15(i) prevails over this section if inconsistent with it. Except for section 15 (arbitration and class action waiver) these Terms are solely for your and our benefit; they aren't for the benefit of any other person, except for Microsoft's successors and assigns.

17. **Export Laws.** You must comply with all domestic and international export laws and regulations that apply to the software and/or Services, which include restrictions on destinations, end users, and end use. For further information on geographic and export restrictions, visit http://go.microsoft.com/fwlink/?linkid=141397 and http://www.microsoft.com/exporting.

18. **Unsolicited Ideas.** Microsoft does not consider or accept unsolicited proposals or ideas, including without limitation ideas for new products, technologies, promotions, product names, product feedback and product improvements (**"Unsolicited Feedback"**). If you send any Unsolicited Feedback to Microsoft through the Services or otherwise, you acknowledge and agree that Microsoft shall not be under any obligation of confidentiality with respect to the Unsolicited Feedback.

↑Top of page

# NOTICES

**Notices and procedure for making claims of intellectual property infringement.** Microsoft respects the intellectual property rights of third parties. If you wish to send a notice of intellectual property infringement, including claims of copyright infringement, please use our procedures for submitting Notices of Infringement. **ALL INQUIRIES NOT RELEVANT TO THIS PROCEDURE WILL NOT RECEIVE A RESPONSE.**

Microsoft uses the processes set out in Title 17, United States Code, Section 512 to respond to notices of copyright infringement. In appropriate circumstances, Microsoft may also disable or terminate accounts of users of Microsoft services who may be repeat infringers.

**Notices and procedures regarding intellectual property concerns in advertising.** Please review our Intellectual Property Guidelines regarding intellectual property concerns on our advertising network.

**Copyright and trademark notices.** The Services are copyright © 2016 Microsoft Corporation and/or its suppliers, One Microsoft Way, Redmond, WA 98052, U.S.A. All rights reserved. Microsoft and the names, logos, and icons of all Microsoft products, software, and services may be either trademarks or registered trademarks of Microsoft in the United States and/or other countries. The names of actual companies and products may be the trademarks of their respective owners. Any rights not expressly granted in these Terms are reserved. Certain software used in certain Microsoft website servers is based in part on the work of the Independent JPEG Group. Copyright © 1991-1996 Thomas G. Lane. All rights reserved. "gnuplot" software used in certain Microsoft website servers is copyright © 1986-1993 Thomas Williams, Colin Kelley. All rights reserved.

**Medical notice.** Microsoft does not provide medical or any other health care advice, diagnosis, or treatment. Always seek the advice of your physician or other qualified health care provider with any questions you may have regarding a medical condition, diet, fitness, or wellness program. Never disregard professional medical advice or delay in seeking it because of information you accessed on or through the Services.

**Stock quotes and index data (including index values).** © 2013 Morningstar, Inc. All Rights Reserved. The information contained herein: (1) is proprietary to Morningstar and/or its content providers; (2) may not be copied or distributed; and (3) is not warranted to be

accurate, complete or timely. Neither Morningstar nor its content providers are responsible for any damages or losses arising from any use of this information. Past performance is no guarantee of future results.

You may not use any of the Dow Jones Indexes[SM], index data, or the Dow Jones marks in connection with the issuance, creation, sponsorship, trading, marketing, or promotion of any financial instruments or investment products (for example, derivatives, structured products, investment funds, exchange-traded funds, investment portfolios, etc., where the price, return and/or performance of the instrument or investment product is based on, related to, or intended to track any of the Indexes or a proxy for any of the Indexes) without a separate written agreement with Dow Jones.

**Financial notice.** Microsoft isn't a broker/dealer or registered investment advisor under United States federal securities law or securities laws of other jurisdictions and doesn't advise individuals as to the advisability of investing in, purchasing, or selling securities or other financial products or services. Nothing contained in the Services is an offer or solicitation to buy or sell any security. Neither Microsoft nor its licensors of stock quotes or index data endorse or recommend any particular financial products or services. Nothing in the Services is intended to be professional advice, including but not limited to, investment or tax advice.

**Notice about the H.264/AVC, MPEG-4 Visual, and VC-1 Video Standards.** The software may include H.264/AVC, MPEG-4 Visual and/or VC-1 codec technology that may be licensed by MPEG LA, L.L.C. This technology is a format for data compression of video information. MPEG LA, L.L.C. requires this notice:

THIS PRODUCT IS LICENSED UNDER THE H.264/AVC, MPEG-4 VISUAL, AND THE VC-1 PATENT PORTFOLIO LICENSES FOR THE PERSONAL AND NONCOMMERCIAL USE OF A CONSUMER TO (A) ENCODE VIDEO IN COMPLIANCE WITH THE STANDARDS ("VIDEO STANDARDS") AND/OR (B) DECODE H.264/AVC, MPEG-4 VISUAL, AND VC-1 VIDEO THAT WAS ENCODED BY A CONSUMER ENGAGED IN A PERSONAL AND NONCOMMERCIAL ACTIVITY AND/OR WAS OBTAINED FROM A VIDEO PROVIDER LICENSED TO PROVIDE SUCH VIDEO. NONE OF THE LICENSES EXTEND TO ANY OTHER PRODUCT REGARDLESS OF WHETHER SUCH PRODUCT IS INCLUDED WITH THIS SOFTWARE IN A SINGLE ARTICLE. NO LICENSE IS GRANTED OR SHALL BE IMPLIED FOR ANY OTHER USE. ADDITIONAL INFORMATION MAY BE OBTAINED FROM MPEG LA, L.L.C. SEE THE MPEG LA WEBSITE.

For clarification purposes only, this notice does not limit or inhibit the use of the software provided under these Terms for normal business uses that are personal to that business which do not include (i) redistribution of the software to third parties, or (ii) creation of material with the VIDEO STANDARDS compliant technologies for distribution to third parties.

↑Top of page

# STANDARD APPLICATION LICENSE TERMS

**STANDARD APPLICATION LICENSE TERMS**

**WINDOWS STORE AND XBOX STORE**

These license terms are an agreement between you and the application publisher. Please read them. They apply to the software applications you download from the Windows Store or the Xbox Store, including any updates or supplements for the application, unless the application comes with separate terms, in which case those terms apply.

**BY DOWNLOADING OR USING THE APPLICATION, OR ATTEMPTING TO DO ANY OF THESE, YOU ACCEPT THESE TERMS. IF YOU DO NOT ACCEPT THEM, YOU HAVE NO RIGHT TO AND MUST NOT DOWNLOAD OR USE THE APPLICATION.**

**The application publisher means the entity licensing the application to you, as identified in the Windows Store or Xbox Store.**

**If you comply with these license terms, you have the rights below.**

1. **INSTALLATION AND USE RIGHTS; EXPIRATION.** For applications you download from the Windows Store: (a) you may install and use the application on a Windows device or devices that are affiliated with the Microsoft account that you use to access the Windows Store; and (b) the device limit for the application is displayed in the Store or, for some applications downloaded on the Xbox console, in our Usage Rules. For applications you download from the Xbox Store, you may install and use the application on Xbox consoles as described in our Usage Rules. Microsoft reserves the right to modify our Usage Rules at any time.

2. **INTERNET-BASED SERVICES.**

   a. **Consent for Internet-based or wireless services.** If the application connects to computer systems over the Internet, which may include via a wireless network, using the application operates as your consent to the transmission of standard device information (including but not limited to technical information about your device, system, and application software, and peripherals) for Internet-based or wireless services. If other terms are presented in connection with your use of services accessed using the application, those terms also apply.

   b. **Misuse of Internet-based services.** You may not use any Internet-based service in any way that could harm it or impair anyone else's use of it or the wireless network. You may not use the service to try to gain unauthorized access to any service, data, account, or network by any means.

3. **SCOPE OF LICENSE.** The application is licensed, not sold. This agreement only gives you some rights to use the application. If Microsoft disables the ability to use the applications on your devices pursuant to your agreement with Microsoft, any associated license rights will terminate. Application publisher reserves all other rights. Unless applicable law gives you more rights despite this limitation, you may use the application only as expressly permitted in this agreement. In doing so, you must comply with any technical limitations in the application that only allow you to use it in certain ways. You may not:

   a. Work around any technical limitations in the application.
   b. Reverse engineer, decompile, or disassemble the application, except and only to the extent that applicable law expressly permits, despite this limitation.
   c. Make more copies of the application than specified in this agreement or allowed by applicable law, despite this limitation.
   d. Publish or otherwise make the application available for others to copy.
   e. Rent, lease, or lend the application.
   f. Transfer the application or this agreement to any third party.

4. **DOCUMENTATION.** If documentation is provided with the application, you may copy and use the documentation for personal reference purposes.

5. **TECHNOLOGY AND EXPORT RESTRICTIONS.** The application may be subject to United States or international technology control or export laws and regulations. You must comply with all domestic and international export laws and regulations that apply to the technology used or supported by the application. These laws include restrictions on destinations, end users, and end use. For information on Microsoft branded products, go to the Microsoft exporting website.

6. **SUPPORT SERVICES.** Contact the application publisher to determine if any support services are available. Microsoft, your hardware manufacturer and your wireless carrier (unless one of them is the application publisher) aren't responsible for providing support services for the application.

7. **ENTIRE AGREEMENT.** This agreement, any applicable privacy policy, any additional terms that accompany the application, and the terms for supplements and updates are the entire license agreement between you and application publisher for the application.

8. **APPLICABLE LAW.**

a. **United States and Canada. If you acquired the application in the United States or Canada, the laws of the state or province where you live (or, if a business, where your principal place of business is located) govern the interpretation of these terms, claims for breach of them, and all other claims (including consumer protection, unfair competition, and tort claims), regardless of conflict of laws principles.**

b. **Outside the United States and Canada. If you acquired the application in any other country, the laws of that country apply.**

9. **LEGAL EFFECT**. This agreement describes certain legal rights. You may have other rights under the laws of your state or country. This agreement doesn't change your rights under the laws of your state or country if the laws of your state or country don't permit it to do so.

10. **DISCLAIMER OF WARRANTY. The application is licensed "as is," "with all faults," and "as available." You bear the entire risk as to its quality, safety, comfort, and performance. Should it prove defective, you assume the entire cost of all necessary servicing or repair. The application publisher, on behalf of itself, Microsoft, wireless carriers over whose network the application is provided, and each of our respective affiliates, vendors, agents, and suppliers ("Covered Parties"), gives no express warranties, guarantees, or conditions in relation to the application. You may have additional consumer rights under your local laws that this agreement can't change. To the extent permitted under your local laws, Covered Parties exclude any implied warranties or conditions, including those of merchantability, fitness for a particular purpose, safety, comfort, and non-infringement. If your local laws impose a warranty, guarantee or condition even though these terms do not, its duration is limited to 90 days from when you download the application.**

11. **LIMITATION ON AND EXCLUSION OF REMEDIES AND DAMAGES. To the extent not prohibited by law, if you have any basis for recovering damages, you can recover from the application publisher only direct damages up to the amount you paid for the application or $1.00, whichever is greater. You will not, and waive any right to, seek to recover any other damages, including lost profits and consequential, special, direct, indirect, or incidental damages, from the application publisher.**

**This limitation applies to:**

- **Anything related to the application or services made available through the application; and**
- **Claims for breach of contract, warranty, guarantee or condition; strict liability, negligence, or other tort; violation of a statute or regulation; unjust enrichment; or under any other theory; all to the extent permitted by applicable law.**

**It also applies even if:**

- **This remedy doesn't fully compensate you for any losses; or**
- **The application publisher knew or should have known about the possibility of the damages.**

↑Top of page

## Covered Services

The following products, apps and services are covered by the Microsoft Services Agreement, but may not be available in your market.

Account.microsoft.com
Advertising.microsoft.com
Arrow Launcher

Ask Cortana
Bing
Bing Apps
Bing Bots
Bing Desktop
Bing Dictionary
Bing Image Bot
Bing in the Classroom
Bing Input
Bing Maps
Bing Music Bot
Bing Navigation
Bing News Bot
Bing Reader
Bing Rewards
Bing Search app
Bing Toolbar
Bing Torque
Bing Translator
Bing Webmaster
Bing Wikipedia Browser
Bing.com
Bingplaces.com
Choice.microsoft.com
Citizen Next
Conditional Action Programmer
Cortana
Default Homepage and New Tab Page on Microsoft Edge
Dev Center App
Device Health App
Education.minecraft.net
Forzamotorsport.net
Groove
Groove Music Pass
GroupMe
HealthVault
Home
Maps App
Microsoft account
Microsoft Bots
Microsoft Family
Microsoft Health
Microsoft Movies & TV
Microsoft Support and Recovery Assistant for Office 365
Microsoft Translator
Microsoft Wallpaper
Microsoft XiaoIce
MSN Dial Up
MSN Explorer
MSN Food & Drink
MSN Health & Fitness
MSN Money
MSN News
MSN Premium
MSN Sports
MSN Travel
MSN Weather
MSN.com

News Pro App and Website
Next Lock Screen
Office 365 Consumer
Office 365 Home
Office 365 Personal
Office 365 University
Office Online
Office Store
Office Sway
Office.com
OneDrive
OneDrive.com
OneNote
Onenote.com
Outlook.com
Paint 3D
Picturesque Lock Screen
Pix Lock
Remix 3D
Send
Skype
Skype in the Classroom
Skype Manager
Skype Qik
Skype WiFi
Skype.com
Smart Search
Spreadsheet Keyboard
Store
Sway.com
Tossup
Translator
UrWeather
Video Breakdown
Windows Live Mail
Windows Live Writer
Windows Movie Maker
Windows Photo Gallery
Windows Store
Word Flow
Xbox and Windows Games, apps and websites published by Microsoft
Xbox Live
Xbox Live Gold
Xbox Music
Xbox Store
Zo

↑Top of page

English (United States)
Contact us
Privacy and cookies
Terms of use
Trademarks
About our ads

© 2017 Microsoft

# Exhibit D

Published: **March 1, 2018**
Effective: **May 1, 2018**

Print

# Microsoft Services Agreement

**IF YOU LIVE IN (OR YOUR PRINCIPAL PLACE OF BUSINESS IS IN) THE UNITED STATES, PLEASE READ THE BINDING ARBITRATION CLAUSE AND CLASS ACTION WAIVER IN SECTION 15. IT AFFECTS HOW DISPUTES ARE RESOLVED.**

These terms ("**Terms**") cover the use of those Microsoft consumer products, websites, and services listed here (the "**Services**"). You accept these Terms by creating a Microsoft account, through your use of the Services, or by continuing to use the Services after being notified of a change to these Terms.


- Your Privacy
- Your Content
- Code of Conduct
- Using the Services & Support
- Using Third-Party Apps and Services
- Service Availability
- Updates to the Services or Software, and Changes to These Terms
- Software License
- Payment Terms
- Contracting Entity, Choice of Law, Jurisdiction
- Warranties
- Limitation of Liability
- Service-Specific Terms


## Your Privacy

1. **Your Privacy.** Your privacy is important to us. Please read the Microsoft Privacy Statement (the "**Privacy Statement**") as it describes the types of data we collect from you and your devices ("**Data**"), how we use your Data, and the legal bases we have to process your Data. The Privacy Statement also describes how Microsoft uses your content, which is your communications with others; postings submitted by you to Microsoft via the Services; and the files, photos, documents, audio, digital works, livestreams and videos that you upload, store, broadcast or share through the Services ("**Your Content**"). Where processing is based on consent and to the extent permitted by law, by agreeing to these Terms, you consent to Microsoft's collection, use and disclosure of Your Content and Data as described in the Privacy Statement. In some cases, we will provide separate notice and request your consent as referenced in the Privacy Statement.

## Your Content

2. **Your Content.** Many of our Services allow you to store or share Your Content or receive material from others. We don't claim ownership of Your Content. Your Content remains Your Content and you are responsible for it.

a. When you share Your Content with other people, you understand that they may be able to, on a worldwide basis, use, save, record, reproduce, broadcast, transmit, share and display (and on HealthVault delete) Your Content without compensating you. If you do not want others to have that ability, do not use the Services to share Your Content. You represent and warrant that for the duration of these Terms, you have (and will have) all the rights necessary for Your Content that is uploaded, stored, or shared on or through the Services and that the collection, use, and retention of Your Content will not violate any law or rights of others. Microsoft cannot be held responsible for Your Content or the material others upload, store or share using the Services.

b. To the extent necessary to provide the Services to you and others, to protect you and the Services, and to improve Microsoft products and services, you grant to Microsoft a worldwide and royalty-free intellectual property license to use Your Content, for example, to make copies of, retain, transmit, reformat, display, and distribute via communication tools Your Content on the Services. If you publish Your Content in areas of the Service where it is available broadly online without restrictions, Your Content may appear in

Xbox Live and Microsoft Studios Games and Applications
Store
Microsoft Family Features
Group Messaging
Skype and GroupMe
Bing and MSN
Cortana
Outlook.com
Office-based Services
Microsoft Health Services
Digital Goods
OneDrive
Microsoft Rewards
Binding Arbitration and Class Action Waiver
Miscellaneous
NOTICES
STANDARD APPLICATION LICENSE TERMS
Covered Services

demonstrations or materials that promote the Service. Some of the Services are supported by advertising. Controls for how Microsoft personalizes advertising are available on the Security & privacy page of the Microsoft account management website. We do not use what you say in email, chat, video calls or voice mail, or your documents, photos or other personal files, to target advertising to you. Our advertising policies are covered in detail in the Privacy Statement.

↑Top of page

# Code of Conduct

3. **Code of Conduct.**

a. By agreeing to these Terms, you're agreeing that, when using the Services, you will follow these rules:

i. Don't do anything illegal.
ii. Don't engage in any activity that exploits, harms, or threatens to harm children.
iii. Don't send spam. Spam is unwanted or unsolicited bulk email, postings, contact requests, SMS (text messages), or instant messages.
iv. Don't publicly display or use the Services to share inappropriate content or material (involving, for example, nudity, bestiality, pornography, offensive language, graphic violence, or criminal activity).
v. Don't engage in activity that is fraudulent, false or misleading (e.g., asking for money under false pretenses, impersonating someone else, manipulating the Services to increase play count, or affect rankings, ratings, or comments).
vi. Don't circumvent any restrictions on access to or availability of the Services.
vii. Don't engage in activity that is harmful to you, the Services, or others (e.g., transmitting viruses, stalking, posting terrorist content, communicating hate speech, or advocating violence against others).
viii. Don't infringe upon the rights of others (e.g., unauthorized sharing of copyrighted music or other copyrighted material, resale or other distribution of Bing maps, or photographs).
ix. Don't engage in activity that violates the privacy of others.
x. Don't help others break these rules.

b. **Enforcement.** If you violate these Terms, we may stop providing Services to you or we may close your Microsoft account. We may also block delivery of a communication (like email, file sharing or instant message) to or from the Services in an effort to enforce these Terms or we may remove or refuse to publish Your Content for any reason. When investigating alleged violations of these Terms, Microsoft reserves the right to review Your Content in order to resolve the issue. However, we cannot monitor the entire Services and make no attempt to do so.

c. **Application to Xbox Services.** Click here for more information about how this Code of Conduct applies to Xbox Live, Games for Windows Live and Microsoft Studios games, applications, services and content provided by Microsoft. Violation of the Code of Conduct through Xbox Services (defined in section 14(a)(i)) may result in suspensions or bans from participation in Xbox Services, including forfeiture of content licenses, Xbox Gold Membership time, and Microsoft account balances associated with the account.

↑Top of page

# Using the Services & Support

4. **Using the Services & Support.**

a. **Microsoft account.** You'll need a Microsoft account to access many of the Services. Your Microsoft account lets you sign in to products, websites and services provided by Microsoft and some Microsoft partners.

i. **Creating an Account.** You can create a Microsoft account by signing up online. You agree not to use any false, inaccurate or misleading information when signing up for your Microsoft account. In some cases, a third party, like your Internet service provider, may have assigned a Microsoft account to you. If you received your Microsoft account from a third party, the third party may have additional rights over your account, like the ability to access or delete your Microsoft account. Please review any additional terms the third party provided you, as Microsoft has no responsibility regarding these additional terms. If you create a Microsoft account on behalf of an entity, such as your business or employer, you represent that you have the legal authority to bind that entity to these Terms. You cannot transfer your Microsoft account credentials to another user or entity. To protect your account, keep your account details and password confidential. You are responsible for all activity that occurs under your Microsoft account.

ii. **Account Use.** You must use your Microsoft account to keep it active. This means you must sign in at least once in a five-year period to keep your Microsoft account, and associated Services, active, unless provided otherwise in an offer for a paid portion of the Services. If you don't sign in during this time, we will assume your Microsoft account is inactive and will close it for you. Please see section 4(a)(iv)(2) for the consequences of a closed Microsoft account. You must sign into your Outlook.com inbox and your OneDrive (separately) at least once in a one-year period, otherwise we will close your Outlook.com inbox and your OneDrive for you. You must sign into the Xbox Services at least once in a five-year period to keep the gamertag associated with your Microsoft account. If we reasonably suspect that your Microsoft account is being used by a third party fraudulently (for example, as a result of an account compromise), Microsoft may suspend your account until you can reclaim ownership. Based on the nature of the compromise, we may be required to disable access to some or all of Your Content. If you are having trouble accessing your Microsoft account, please visit this website: https://go.microsoft.com/fwlink/?LinkId=238656.

iii. **Kids and Accounts.** By using the Services, you represent that you have either reached the age of "majority" where you live or have valid parent or legal guardian consent to be bound by these Terms. If you do not know whether you have reached the age of majority where you live, or do not understand this section, please ask your parent or legal guardian for help and consent before you create a Microsoft account. If you are the parent or legal guardian of a minor who creates a Microsoft account, you and the minor accept and agree to be bound by these Terms and are responsible for all use of the Microsoft account or Services, including purchases, whether the minor's account is now open or created later.

iv. **Closing Your Account.**

1. You can cancel specific Services or close your Microsoft account at any time and for any reason. To close your Microsoft account, please visit https://account.live.com/closeaccount.aspx. When you ask us to close your Microsoft account, we will put it in a suspended state for 60 days just in case you change your mind. After that 60-day period, your Microsoft account will be closed. Please see section 4(a)(iv)(2) below for an explanation as to what happens when your Microsoft account is closed. Logging back in during that 60-day period will reactivate your Microsoft account.

2. If your Microsoft account is closed (whether by you or us), a few things happen. First, your right to use the Microsoft account to access the Services

stops immediately. Second, we'll delete Data or Your Content associated with your Microsoft account or will otherwise disassociate it from you and your Microsoft account (unless we are required by law to keep it, return it, or transfer it to you or a third party identified by you). You should have a regular backup plan as Microsoft won't be able to retrieve Your Content or Data once your account is closed. Third, you may lose access to products you've acquired.

b. **Work or School Accounts.** You can sign into certain Microsoft services with a work or school email address. If you do, you agree that the owner of the domain associated with your email address may control and administer your account, and access and process your Data, including the contents of your communications and files, and that Microsoft may notify the owner of the domain if the account or Data is compromised. You further agree that your use of the Microsoft services may be subject to the agreements Microsoft has with you or your organization and these Terms may not apply. If you already have a Microsoft account and you use a separate work or school email address to access Services covered under these Terms, you may be prompted to update the email address associated with your Microsoft account in order to continue accessing such Services.

c. **Additional Equipment/Data Plans.** To use many of the Services, you'll need an internet connection and/or data/cellular plan. You might also need additional equipment, like a headset, camera or microphone. You are responsible for providing all connections, plans, and equipment needed to use the Services and for paying the fees charged by the provider(s) of your connections, plans, and equipment. Those fees are in addition to any fees you pay us for the Services and we will not reimburse you for such fees. Check with your provider(s) to determine if there are any such fees that may apply to you.

d. **Service Notifications.** When there's something we need to tell you about a Service you use, we'll send you Service notifications. If you gave us your email address or phone number in connection with your Microsoft account, then we may send Service notifications to you via email or via SMS (text message), including to verify your identity before registering your mobile phone number. We may also send you Service notifications by other means (for example by in-product messages). **Data or messaging rates may apply when receiving notifications via SMS.**

e. **Support.** Customer support for some Services is available at https://support.microsoft.com. Certain Services may offer separate or additional customer support, subject to the terms available at www.microsoft.com/support-service-agreement, unless otherwise specified. Support may not be available for preview or beta versions of features or Services.

f. **Ending your Services.** If your Services are canceled (whether by you or us), first your right to access the Services stops immediately and your license to the software related to the Services ends. Second, we'll delete Data or Your Content associated with your Service or will otherwise disassociate it from you and your Microsoft account (unless we are required by law to keep it, return it, or transfer it to you or a third party identified by you). As a result you may no longer be able to access any of the Services (or Your Content that you've stored on those Services). You should have a regular backup plan. Third, you may lose access to products you've acquired. If you have canceled your Microsoft account and have no other account able to access the Services your Services may be canceled immediately.

↑ Top of page

## Using Third-Party Apps and Services

5. **Using Third-Party Apps and Services.** The Services may allow you to access or acquire products, services, websites, links, content, material, games, skills, integrations, bots or applications from independent third parties (companies or people who aren't Microsoft) ("**Third-Party Apps and Services**"). Many of our Services also help you find, make requests to, or interact with Third-Party Apps and Services or allow you to share Your Content or Data, and you understand that you are directing our Services to provide Third-Party Apps and Services to you. The Third-Party Apps and Services may allow you to store Your Content or Data with the publisher, provider or operator of the Third-Party Apps and Services. The Third-Party Apps and Services may present you with a privacy policy or require you to accept additional terms before you can install or use the Third-Party App or Service. See section 14(b) for additional terms for applications acquired through the Office Store, the Xbox Store or the Windows Store. You should review any additional terms and privacy policies before acquiring, using, requesting, or linking your Microsoft Account to any Third-Party Apps and Services. Any additional terms do not modify any of these Terms. You are responsible for your dealings with third parties. Microsoft does not license any intellectual property to you as part of any Third-Party Apps and Services and is not responsible or liable to you or others for information or services provided by any Third-Party Apps and Services.

↑Top of page

## Service Availability

6. **Service Availability.**

a. The Services, Third-Party Apps and Services, or material or products offered through the Services may be unavailable from time to time, may be offered for a limited time, or may vary depending on your region or device. If you change the location associated with your Microsoft account, you may need to re-acquire the material or applications that were available to you and paid for in your previous region.

b. We strive to keep the Services up and running; however, all online services suffer occasional disruptions and outages, and Microsoft is not liable for any disruption or loss you may suffer as a result. In the event of an outage, you may not be able to retrieve Your Content or Data that you've stored. We recommend that you regularly backup Your Content and Data that you store on the Services or store using Third-Party Apps and Services.

↑Top of page

## Updates to the Services or Software, and Changes to These Terms

7. **Updates to the Services or Software, and Changes to These Terms.**

a. We may change these Terms at any time, and we'll tell you when we do. Using the Services after the changes become effective means you agree to the new terms. If you don't agree to the new terms, you must stop using the Services, close your Microsoft account and, if you are a parent or guardian, help your minor child close his or her Microsoft account.

b. Sometimes you'll need software updates to keep using the Services. We may automatically check your version of the software and download software updates or configuration changes. You may also be required to update the software to continue using the Services. Such updates are subject to these Terms unless other terms

accompany the updates, in which case, those other terms apply. Microsoft isn't obligated to make any updates available and we don't guarantee that we will support the version of the system or device for which you purchased or licensed the software, apps, content or other products.

c. Additionally, there may be times when we need to remove or change features or functionality of the Service or stop providing a Service or access to Third-Party Apps and Services altogether. Except to the extent required by applicable law, we have no obligation to provide a re-download or replacement of any material, Digital Goods (defined in section 14(k)), or applications previously purchased. We may release the Services or their features in a preview or beta version, which may not work correctly or in the same way the final version may work.

d. So that you can use material protected with digital rights management (DRM), like some music, games, movies, books and more, DRM software may automatically contact an online rights server and download and install DRM updates.

↑ Top of page

## Software License

8. **Software License.** Unless accompanied by a separate Microsoft license agreement (for example, if you are using a Microsoft application that is included with and a part of Windows, then the Microsoft Software License Terms for the Windows Operating System govern such software), any software provided by us to you as part of the Services is subject to these Terms. Applications acquired through Office Store, Windows Store and Xbox Store are subject to section 14(b)(i) below.

a. If you comply with these Terms, we grant you the right to install and use one copy of the software per device on a worldwide basis for use by only one person at a time as part of your use of the Services. For certain devices, such software may be pre-installed for your personal, non-commercial use of the Services. The software or website that is part of the Services may include third-party code. Any third-party scripts or code, linked to or referenced from the software or website, are licensed to you by the third parties that own such code, not by Microsoft. Notices, if any, for the third-party code are included for your information only.

b. The software is licensed, not sold, and Microsoft reserves all rights to the software not expressly granted by Microsoft, whether by implication, estoppel, or otherwise. This license does not give you any right to, and you may not:

i. circumvent or bypass any technological protection measures in or relating to the software or Services;
ii. disassemble, decompile, decrypt, hack, emulate, exploit, or reverse engineer any software or other aspect of the Services that is included in or accessible through the Services, except and only to the extent that the applicable copyright law expressly permits doing so;
iii. separate components of the software or Services for use on different devices;
iv. publish, copy, rent, lease, sell, export, import, distribute, or lend the software or the Services, unless Microsoft expressly authorizes you to do so;
v. transfer the software, any software licenses, or any rights to access or use the Services;
vi. use the Services in any unauthorized way that could interfere with anyone else's use of them or gain access to any service, data, account, or network;
vii. enable access to the Services or modify any Microsoft-authorized device (e.g., Xbox One, Xbox 360, Microsoft Surface, etc.) by unauthorized third-party applications.

Top of page

## Payment Terms

9. **Payment Terms.** If you purchase a Service, then these payment terms apply to your purchase and you agree to them.

a. **Charges.** If there is a charge associated with a portion of the Services, you agree to pay that charge. The price stated for the Services excludes all applicable taxes and currency exchange settlements, unless stated otherwise. The price for Skype paid products includes a charge for the product and a charge for taxes. You are solely responsible for paying such taxes or other charges. Taxes are calculated based on your location at the time your Microsoft account was registered. We may suspend or cancel the Services if we do not receive an on time, full payment from you. Suspension or cancellation of the Services for non-payment could result in a loss of access to and use of your account and its content. Connecting to the Internet via a corporate or other private network that masks your location may cause charges to be different from those displayed for your actual location.

b. **Your Billing Account.** To pay the charges for a Service, you will be asked to provide a payment method at the time you sign up for that Service. You can access and change your billing information and payment method on the Microsoft account management website and for Skype by signing into your account portal at https://skype.com/go/myaccount. Additionally, you agree to permit Microsoft to use any updated account information regarding your selected payment method provided by your issuing bank or the applicable payment network. You agree to promptly update your account and other information, including your email address and payment method details, so we can complete your transactions and contact you as needed in connection with your transactions. Changes made to your billing account will not affect charges we submit to your billing account before we could reasonably act on your changes to your billing account.

c. **Billing.** By providing Microsoft with a payment method, you (i) represent that you are authorized to use the payment method you provided and that any payment information you provide is true and accurate; (ii) authorize Microsoft to charge you for the Services or available content using your payment method; and (iii) authorize Microsoft to charge you for any paid feature of the Services you choose to sign up for or use while these Terms are in force. We may bill you (a) in advance; (b) at the time of purchase; (c) shortly after purchase; or (d) on a recurring basis for subscription Services. Also, we may charge you up to the amount you have approved, and we will notify you in advance of any change in the amount to be charged for recurring subscription Services. We may bill you at the same time for more than one of your prior billing periods for amounts that haven't previously been processed.

d. **Recurring Payments.** When you purchase the Services on a subscription basis (e.g., monthly, every 3 months or annually), you agree that you are authorizing recurring payments, and payments will be made to Microsoft by the method and at the recurring intervals you have agreed to, until the subscription for that Service is terminated by you or by Microsoft. By authorizing recurring payments, you are authorizing Microsoft to store your payment instrument and process such payments as either electronic debits or fund transfers, or as electronic drafts from your designated account (for Automated Clearing House or similar payments), or as charges to your designated account (for credit card or similar payments) (collectively, **"Electronic Payments"**). Subscription fees are generally charged in advance of the applicable subscription period. If any payment is returned unpaid or if any credit card or similar transaction is rejected or denied, Microsoft or its service providers reserve the right to collect any applicable return item,

Payment.

e. **Automatic Renewal.** If automatic renewals are allowed in your state, you may choose for Services to automatically renew at the end of a fixed service period. We will remind you by email, or other reasonable manner, before any Services renew for a new term, and notify you of any price changes in accordance with section 9(k). Once we have reminded you that you elected to automatically renew the Services, we may automatically renew your Services at the end of the current service period and charge you the then current price for the renewal term, unless you have chosen to cancel the Services as described below. We will also remind you that we will bill your chosen payment method for the Services renewal, whether it was on file on the renewal date or provided later. We will also provide you with instructions on how you may cancel the Services. You must cancel the Services before the renewal date to avoid being billed for the renewal.

f. **Online Statement and Errors.** Microsoft will provide you with an online billing statement on the Microsoft account management website, where you can view and print your statement. For Skype, you can access your online statement by signing into your account at www.skype.com. This is the only billing statement that we provide. If we make an error on your bill, you must tell us within 90 days after the error first appears on your bill. We will then promptly investigate the charge. If you do not tell us within that time, you release us from all liability and claims of loss resulting from the error and we won't be required to correct the error or provide a refund. If Microsoft has identified a billing error, we will correct that error within 90 days.

g. **Refund Policy.** Unless otherwise provided by law or by a particular Service offer, all purchases are final and non-refundable. If you believe that Microsoft has charged you in error, you must contact us within 90 days of such charge. No refunds will be given for any charges more than 90 days old. We reserve the right to issue refunds or credits at our sole discretion. If we issue a refund or credit, we are under no obligation to issue the same or similar refund in the future. This refund policy does not affect any statutory rights that may apply. For more refund information, please visit our help topic.

h. **Canceling the Services.** You may cancel a Service at any time, with or without cause. To cancel a Service and request a refund, if you are entitled to one, visit the Microsoft account management website. You can request a refund from Skype using the Cancellation and Refund form. You should refer back to the offer describing the Services as (i) you may not receive a refund at the time of cancellation; (ii) you may be obligated to pay cancellation charges; (iii) you may be obligated to pay all charges made to your billing account for the Services before the date of cancellation; and (iv) you may lose access to and use of your account when you cancel the Services. We will process your Data as described above in section 4. If you cancel, your access to the Services ends at the end of your current Service period or, if we bill your account on a periodic basis, at the end of the period in which you canceled.

i. **Trial-Period Offers.** If you are taking part in any trial-period offer, you must cancel the trial Service(s) by the end of the trial period to avoid incurring new charges, unless we notify you otherwise. If you do not cancel the trial Service(s) by the end of the trial period, we may charge you for the Service(s).

j. **Promotional Offers.** From time to time, Microsoft may offer Services for a trial period during which Microsoft will not charge you for the Services. Microsoft reserves the right to charge you for such Services (at the normal rate) if Microsoft determines (in its reasonable discretion) that you are breaching the terms and conditions of the offer.

k. **Price Changes.** We may change the price of the Services at any time and if you have a recurring purchase, we will notify you by email, or other reasonable manner, at least 15 days before the price change. If you do not agree to the price change, you must cancel and stop using the Services before the price change takes effect. If there is a fixed term and price for your Service offer, that price will remain in force for the fixed term.

l. **Payments to You.** If we owe you a payment, then you agree to timely and accurately provide us with any information we need to get that payment to you. You are responsible for any taxes and charges you may incur as a result of this payment to you. You must also comply with any other conditions we place on your right to any payment. If you receive a payment in error, we may reverse or require return of the payment. You agree to cooperate with us in our efforts to do this. We may reduce the payment to you without notice to adjust for any previous overpayment.

m. **Gift Cards.** Redemption and use of gift cards (other than Skype gift cards) are governed by the Microsoft Gift Card Terms and Conditions. Information on Skype gift cards is available on Skype's Help page.

n. **Bank Account Payment Method.** You may register an eligible bank account with your Microsoft account to use it as a payment method. Eligible bank accounts include accounts held at a financial institution capable of receiving direct debit entries (e.g., a United States-based financial institution that supports automated clearing house ("**ACH**") entries, a European financial institution that supports Single Euro Payments Area ("**SEPA**") or "iDEAL" in the Netherlands). Terms you agreed to when adding your bank account as a payment method in your Microsoft account (e.g., the "mandate" in the case of SEPA) also apply. You represent and warrant that your registered bank account is held in your name or you are authorized to register and use this bank account as a payment method. By registering or selecting your bank account as your payment method, you authorize Microsoft (or its agent) to initiate one or more debits for the total amount of your purchase or subscription charge (in accordance with the terms of your subscription service) from your bank account (and, if necessary, initiate one or more credits to your bank account to correct errors, issue a refund or similar purpose), and you authorize the financial institution that holds your bank account to deduct such debits or accept such credits. You understand that this authorization will remain in full force and effect until you remove your bank account information from your Microsoft account. Contact customer support as outlined above in section 4(e) as soon as possible if you believe you have been charged in error. Laws applicable in your country may also limit your liability for any fraudulent, erroneous or unauthorized transactions from your bank account. By registering or selecting a bank account as your payment method, you acknowledge that you have read, understand and agree to these Terms.

↑ Top of page

## Contracting Entity, Choice of Law, Jurisdiction

10. **Contracting Entity.** For use of free and paid consumer Skype-branded Services, you're contracting with, and all references to "Microsoft" in these Terms mean, Skype Communications S.à.r.l, 23 – 29 Rives de Clausen, L-2165 Luxembourg. For all other Services, you're contracting with Microsoft Corporation, One Microsoft Way, Redmond, WA 98052, U.S.A.

11. **Choice of Law and Place to Resolve Disputes.** If you live in (or, if a business, your principal place of business is in) the United States, the laws of the state where you live (or, if a business, where your principal place of business is located) govern all claims, regardless of conflict of laws principles, except that the Federal Arbitration Act governs all provisions relating to arbitration. You and we irrevocably consent to the exclusive jurisdiction and venue of the state or federal courts in King County, Washington, for all disputes arising out of or relating to these Terms or the Services that are heard in court (excluding arbitration and small claims court).

↑ Top of page

# Warranties

12. **Warranties.** MICROSOFT, AND OUR AFFILIATES, RESELLERS, DISTRIBUTORS, AND VENDORS, MAKE NO WARRANTIES, EXPRESS OR IMPLIED, GUARANTEES OR CONDITIONS WITH RESPECT TO YOUR USE OF THE SERVICES. YOU UNDERSTAND THAT USE OF THE SERVICES IS AT YOUR OWN RISK AND THAT WE PROVIDE THE SERVICES ON AN "AS IS" BASIS "WITH ALL FAULTS" AND "AS AVAILABLE." YOU BEAR THE ENTIRE RISK OF USING THE SERVICES. MICROSOFT DOESN'T GUARANTEE THE ACCURACY OR TIMELINESS OF THE SERVICES. TO THE EXTENT PERMITTED UNDER YOUR LOCAL LAW, WE EXCLUDE ANY IMPLIED WARRANTIES, INCLUDING FOR MERCHANTABILITY, SATISFACTORY QUALITY, FITNESS FOR A PARTICULAR PURPOSE, WORKMANLIKE EFFORT, AND NON-INFRINGEMENT. YOU MAY HAVE CERTAIN RIGHTS UNDER YOUR LOCAL LAW. NOTHING IN THESE TERMS IS INTENDED TO AFFECT THOSE RIGHTS, IF THEY ARE APPLICABLE. YOU ACKNOWLEDGE THAT COMPUTER AND TELECOMMUNICATIONS SYSTEMS ARE NOT FAULT-FREE AND OCCASIONAL PERIODS OF DOWNTIME OCCUR. WE DO NOT GUARANTEE THE SERVICES WILL BE UNINTERRUPTED, TIMELY, SECURE, OR ERROR-FREE OR THAT CONTENT LOSS WON'T OCCUR, NOR DO WE GUARANTEE ANY CONNECTION TO OR TRANSMISSION FROM THE COMPUTER NETWORKS.

↑ Top of page

# Limitation of Liability

13. **Limitation of Liability. If you have any basis for recovering damages (including breach of these Terms), you agree that your exclusive remedy is to recover, from Microsoft or any affiliates, resellers, distributors, Third-Party Apps and Services providers, and vendors, direct damages up to an amount equal to your Services fee for the month during which the loss or breach occurred (or up to $10.00 if the Services are free). You can't recover any other damages or losses, including direct, consequential, lost profits, special, indirect, incidental, or punitive.** These limitations and exclusions apply even if this remedy doesn't fully compensate you for any losses or fails of its essential purpose or if we knew or should have known about the possibility of the damages. To the maximum extent permitted by law, these limitations and exclusions apply to anything or any claims related to these Terms, the Services, or the software related to the Services.

↑Top of page

# Service-Specific Terms

14. **Service-Specific Terms.** The terms before and after section 14 apply generally to all Services. This section contains service-specific terms that are in addition to the general terms. These service-specific terms govern if there are any conflicts with the general terms.

↑Top of page

# Xbox Live and Microsoft Studios Games and Applications

a. **Xbox Live and Microsoft Studios Games and Applications.**

Studios games, applications, services and content provided by Microsoft (collectively, the "**Xbox Services**") are only for your personal and noncommercial use.

ii. **Xbox Services.** When you sign up to Xbox Live and/or receive Xbox Services, information about your game play, activities and usage of games and Xbox Services will be tracked and shared with applicable third party game developers in order for Microsoft and the third party game developers to operate their games and to deliver the Xbox Services. If you choose to link your Microsoft Xbox Services account with your account on a non-Microsoft service (for example, a non-Microsoft game publisher of Third-Party Apps and Services), you agree that: (a) Microsoft may share limited account information (including without limitation gamertag, gamerscore, game score, game history, and friends list), with that non-Microsoft party as stated in the Microsoft Privacy Statement, and (b) if allowed by your Xbox privacy settings, the non-Microsoft party may also have access to Your Content from in-game communications when you are signed into your account with that non-Microsoft party. Also, if allowed by your Xbox privacy settings, Microsoft can publish your name, gamertag, gamerpic, motto, avatar, gameclips and games that you've played in communications to people you allow.

iii. **Your Content.** As part of building the Xbox Services community, you grant to Microsoft, its affiliates and sublicensees a free and worldwide right to use, modify, reproduce, distribute, broadcast, share and display Your Content or your name, gamertag, motto, or avatar that you posted for any Xbox Services.

iv. **Game Managers.** Some games may use game managers and hosts. Game managers and hosts are not authorized Microsoft spokespersons. Their views do not necessarily reflect those of Microsoft.

v. **Kids on Xbox.** If you are a minor using Xbox Live, your parent or guardian may have control over many aspects of your account and may receive reports about your use of Xbox Live.

vi. **Game Currency or Virtual Goods.** The Services may include a virtual, game currency (like gold, coins or points) that may be purchased from Microsoft using actual monetary instruments if you have reached the age of "majority" where you live. The Services may also include virtual, digital items or goods that may be purchased from Microsoft using actual monetary instruments or using game currency. Game currency and virtual goods may never be redeemed for actual monetary instruments, goods or other items of monetary value from Microsoft or any other party. Other than a limited, personal, revocable, non-transferable, non-sublicensable license to use the game currency and virtual goods in the Services only, you have no right or title in or to any such game currency or virtual goods appearing or originating in the Services, or any other attributes associated with use of the Services or stored within the Services. Microsoft may at any time regulate, control, modify and/or eliminate the game currency and/or virtual goods as it sees fit in its sole discretion.

vii. **Software Updates.** For any device that can connect to Xbox Services, we may automatically check your version of Xbox console software or the Xbox app software and download Xbox console or Xbox app software updates or configuration changes, including those that prevent you from accessing the Xbox Services, using unauthorized Xbox games or Xbox apps, or using unauthorized hardware peripheral devices with an Xbox console.

viii. **Gamertag Expiration.** You must sign into Xbox Services at least once in a five-year period, otherwise you may lose access to the gamertag associated with your account and that gamertag may become available for use by others.

ix. **Arena.** Arena is an Xbox Service by which Microsoft or a third party may offer you the ability to participate in or create a competitive videogame contest, sometimes for a prize ("**Contest**"). Your use of Arena is subject to these Terms, and may require you to accept additional Contest terms, conditions and rules required by the Contest organizer at the time of signup ("**Contest Terms**"). Eligibility rules may apply, and may vary by jurisdiction. Contests are void where prohibited or restricted by law. Violation of these Terms (including the Code of Conduct) or Contest Terms may result in a penalty or disqualification from the Contest. If you create a Contest, you may not require any Contest Rules that Microsoft (in its sole discretion) deems inconsistent with these Terms. Microsoft reserves the right to cancel any Contest at any time.

x. **Cheating and Tampering Software.** For any device that can connect to Xbox Services, we may automatically check your device for unauthorized hardware or software that enables cheating or tampering in violation of the Code of Conduct or these Terms, and download Xbox app software updates or configuration changes, including those that prevent you from accessing the Xbox Services, or from using unauthorized hardware or software that enables cheating or tampering.

xi. **Mixer.**

1. **Mixer Accounts and Microsoft Accounts.** If you use the Mixer Service with a Mixer account, then your use is covered by the Mixer Terms of Service available at https://mixer.com/about/tos. If you use the Mixer Service with a Microsoft account, then your use is also covered by these Terms. These Terms apply where there is conflict.

2. **Your Content on Mixer. "Your Content on Mixer"** means all content you, or someone on your behalf, creates on the Mixer Service, including but not limited to live and recorded streams (and any content, like audiovisual content, they contain); brand names, trademarks, service marks, trade names, logos, or indicia of origin; your comments, emoticons, and activity in Mixer channels (including bot-generated content); and all related metadata. Anyone, including Microsoft and users, can see, use, host, reproduce, modify, distribute, publish, publicly and digitally perform and display, translate, adapt, and otherwise exploit Your Content on Mixer, in any form, format, media, or channels now known or later developed.

3. **Code of Conduct Applied to Mixer.** Click here for more information about how Microsoft's Code of Conduct applies to Mixer.

4. **Using the Mixer Service.**

   a. *Minimum Age.* By using the Mixer Service, you represent that you are at least 13 years old and, if you are under the age of majority where you live, your use is supervised by a parent or legal guardian.

   b. *Anonymous and Non-Anonymous Use.* You can use Mixer anonymously if you only want to view content. Otherwise, you need to create an account, sign-in, and will be identified to other users by your Mixer name.

   c. *Accounts for Non-Anonymous Use.* You can create a Microsoft account and/or a Mixer account for non-anonymous uses of the Mixer Service. You can create a Mixer account by signing up online. You must use your Mixer account to keep it active. Sign into the Mixer Service at least once in a 5-year period to keep your Mixer alias associated with your Microsoft account.

5. **Service Notifications.** When there's something we need to tell you about the Mixer Service, we'll send you Service notifications to the email associated with your Mixer account and/or Microsoft account.

6. **Support.** Customer support for the Mixer Service is available at mixer.com/contact.

↑Top of page

# Store

b. **Store.** "Store" refers to a Service that allows you to browse, download, purchase, and rate and review applications (the term "application" includes games) and other digital content. These Terms cover use of Office Store, Xbox Store and Windows Store. **"Office Store"** means a Store for Office products and apps for Office, Office 365, SharePoint, Exchange, Access and Project (2013 versions or later), or any other experience that is branded Office Store. **"Windows Store"** means a Store for Windows devices such as phone, PC and tablet, or any other experience that is branded Windows Store. **"Xbox Store"** means a Store for Xbox One and Xbox 360 consoles, or any other experience that is branded Xbox Store.

i. **License Terms.** We will identify the publisher of each application available in the relevant Store. Unless different license terms are provided with the application, the Standard Application License Terms (**"SALT"**) at the end of these Terms are an agreement between you and the application publisher setting forth the license terms that apply to an application you download through the Windows Store or the Xbox Store. For clarity, these Terms cover the use of, and services provided by, Microsoft Services. Section 5 of these Terms also applies to any Third-Party Apps and Services acquired through a Store. Applications downloaded through the Office Store are not governed by the SALT and have separate license terms that apply.

ii. **Updates.** Microsoft will automatically check for and download updates to your applications, even if you're not signed into the relevant Store. You can change your Store or system settings if you prefer not to receive automatic updates to Store applications. However, certain Office Store applications that are entirely or partly hosted online may be updated at any time by the application developer and may not require your permission to update.

iii. **Ratings and Reviews.** If you rate or review an application or other Digital Good in the Store, you may receive email from Microsoft containing content from the publisher of the application or Digital Good. Any such email comes from Microsoft; we do not share your email address with publishers of applications or other Digital Goods you acquire through the Store.

iv. **Safety Warning.** To avoid possible injury, discomfort or eye strain, you should take periodic breaks from use of games or other applications, especially if you feel any pain or fatigue resulting from usage. If you experience discomfort, take a break. Discomfort might include feelings of nausea, motion sickness, dizziness, disorientation, headache, fatigue, eye strain, or dry eyes. Using applications can distract you and obstruct your surroundings. Avoid trip hazards, stairs, low ceilings, fragile or valuable items that could be damaged. A very small percentage of people may experience seizures when exposed to certain visual images like flashing lights or patterns that may appear in applications. Even people with no history of seizures may have an undiagnosed condition that can cause these seizures. Symptoms may include lightheadedness, altered vision, twitching, jerking or shaking of limbs, disorientation, confusion, loss of consciousness, or convulsions. Immediately stop using and consult a doctor if you experience any of these symptoms, or consult a doctor before using the applications if you've ever suffered symptoms linked to seizures. Parents should monitor their children's use of applications for signs of symptoms.

↑Top of page

## Microsoft Family Features

c. **Microsoft Family Features.** Parents and kids can use Microsoft family features to build trust based on a shared understanding of what behaviors, websites, apps, games, physical locations, and spending is right in their family. Parents can create a family by going to https://account.microsoft.com/family (or by following the instructions on their Windows device or Xbox console) and inviting kids or other parents to join. There are many features available to family members, so please carefully review the information provided when you agree to create or join a family and when you purchase Digital Goods for family access. By creating or joining a family, you agree to use the family in accordance with its purpose and won't use it in an unauthorized way to unlawfully gain access to another person's information.

↑Top of page

## Group Messaging

d. **Group Messaging.** Various Microsoft services allow you to send messages to others via voice or SMS ("messages"), and/or allow Microsoft and Microsoft-controlled affiliates to send such messages to you and one or more other users on your behalf. WHEN YOU INSTRUCT MICROSOFT AND MICROSOFT-CONTROLLED AFFILIATES TO SEND SUCH MESSAGES TO YOU OR TO OTHERS, YOU REPRESENT AND WARRANT TO US THAT YOU AND EACH PERSON YOU HAVE INSTRUCTED US TO MESSAGE CONSENT TO RECEIVE SUCH MESSAGES AND ANY OTHER RELATED ADMINISTRATIVE TEXT MESSAGES FROM MICROSOFT AND MICROSOFT-CONTROLLED AFFILIATES. "Administrative text messages" are periodic transactional messages from a particular Microsoft service, including but not limited to a "welcome message" or instructions on how to stop receiving messages. You or group members no longer wishing to receive such messages can opt-out of receiving further messages from Microsoft or Microsoft-controlled affiliates at any time by following the instructions provided. If you no longer wish to receive such messages or participate in the group, you agree that you will opt out through the instructions provided by the applicable program or service. If you have reason to believe that a group member no longer wishes to receive such messages or participate in the group, you agree to remove them from the group. You also represent and warrant to us that you and each person you have instructed us to message understands that each group member is responsible for the costs of any message charges assessed by his or her mobile carrier, including any international message charges that may apply when messages are transmitted from US-based numbers.

↑Top of page

## Skype and GroupMe

e. **Skype and GroupMe.**

i. **No Access to Emergency Services.** There are important differences between traditional telephone services and Skype. Skype is not required to offer access to Emergency Services under any applicable local or national rules, regulations, or law. Skype's software and products are not intended to support or carry emergency calls

to any type of hospitals, law enforcement agencies, medical care units or any other kind of services that connect a user to emergency services personnel or public safety answering points (**"Emergency Services"**). You acknowledge and agree that: (i) it is your responsibility to purchase traditional wireless (mobile) or fixed-line telephone services that offer access to Emergency Services, and (ii) Skype is not a replacement for your primary telephone service.

ii. **APIs or Broadcasting.** If you want to use Skype in connection with any broadcast, you must comply with the "Broadcast TOS" at https://www.skype.com/legal/broadcast. If you want to use any application program interface (**"API"**) exposed or made available by Skype you must comply with the applicable licensing terms, which are available at www.skype.com/go/legal.

iii. **Fair Use Policies.** Fair usage policies may apply to your use of Skype. Please review these policies which are designed to protect against fraud and abuse and may place limits on the type, duration or volume of calls or messages that you are able to make. These policies are incorporated in these Terms by reference. You can find these policies at: https://www.skype.com/en/legal/fair-usage/

iv. **Mapping.** Skype contains features that allow you to submit information to, or plot yourself on a map using, a mapping service. By using those features, you agree to these Terms and the Google Maps terms available at https://www.google.com/intl/en_ALL/help/terms_maps.html.

v. **Government Users.** If you wish to use a business account or Skype Manager on behalf of the U.S. Government or an agency of the U.S. Government, these Terms do not apply to that use. For applicable terms or further information, please contact usgovusers@skype.net.

vi. **Personal/Noncommercial Use.** The use of Skype is for your personal and noncommercial use. You are permitted to use Skype at work for your own business communications.

vii. **Skype Number/Skype To Go.** If Skype provides you with a Skype Number or Skype To Go number, you agree that you do not own the number or have a right to retain that number forever.

viii. **Skype Manager.** A "Skype Manager Admin Account" is created and managed by you, acting as an individual administrator of a Skype Manager group and not as a business entity. You may link your individual Microsoft account to a Skype Manager group (**"Linked Account"**). You may appoint additional administrators to your Skype Manager group subject to their acceptance of these Terms. If you allocate Skype Numbers to a Linked Account, you are responsible for compliance with any requirements related to the residency or location of your Linked Account users. If you choose to unlink a Linked Account from a Skype Manager group, any allocated subscriptions, Skype Credit or Skype Numbers will not be retrievable and Your Content or material associated with the unlinked account will no longer be accessible by you. You agree to process any personal information of your Linked Account users in accordance with all applicable data protection laws.

ix. **Skype Charges.** Skype paid products are sold to you by Skype Communications S.à.r.l, however the seller-of-record accountable for taxes is Skype Communications US Corporation. Taxes means the amount of taxes, regulatory fees, surcharges or other fees that we are required to collect from you and must pay to any United States (federal, state or local) or foreign government, agency, commission or quasi-governmental body as a result of our provision of Skype paid products to you. These taxes are listed at www.skype.com/go/ustax. All prices for Skype paid products are inclusive of a charge for your product and a charge for taxes, unless otherwise stated. The charges payable for calling phones outside of a subscription consist of a connection fee (charged once per call) and a per-minute rate as set out at

www.skype.com/go/allrates. Call charges will be deducted from your Skype Credit balance. Skype may change its calling rates at any time by posting such change at www.skype.com/go/allrates. The new rate will apply to your next call after publication of the new rates. Please check the latest rates before you make your call. Fractional call minutes and fractional cent charges will be rounded up to the next whole unit.

x. **Skype Credit.** Skype does not guarantee that you will be able to use your Skype Credit balance to purchase all Skype paid products. If you do not use your Skype Credit for a period of 180 days, Skype will place your Skype Credit on inactive status. You can reactivate the Skype Credit by following the reactivation link at https://www.skype.com/go/store.reactivate.credit. You can enable the Auto Recharge feature when you buy Skype Credit by ticking the appropriate box. If enabled, your Skype Credit balance will be recharged with the same amount and by your chosen payment method every time your Skype balance goes below the threshold set by Skype from time to time. If you purchased a subscription with a payment method other than credit card, PayPal or Moneybookers (Skrill), and you have enabled Auto-Recharge, your Skype Credit balance will be recharged with the amount necessary to purchase your next recurring subscription. You can disable Auto-Recharge at any time by accessing and changing your settings in your account portal in Skype. If your Microsoft Account is closed, for any reason, any unused Skype credit associated with your Microsoft account will be lost and cannot be retrieved.

xi. **International Message Fees.** GroupMe currently uses US-based numbers for each group created. Every text message sent to or received from a GroupMe number will count as an international text message sent to or received from the United States. Please check with your provider for the associated international rates.

xii. **Send and receive money.** By using the send and receive money feature (if available), you acknowledge that Skype uses third parties to provide payment services and effect transfers. Skype does not provide payment services or effect transfers and is not a money services business. Sending and receiving money on Skype may only be available to users who are 18 years old and over (or otherwise in accordance with the third parties' terms) and who register and are approved for an account with the third party provider. To use the send money feature, you may be required to sign up to the third parties' terms and conditions and to provide permissions to share data with these third parties for the purposes of providing the service. If Skype receives notice that your use of the send money feature violates a third party's terms and conditions, Skype may have to take action against your account, such as cancelling or suspending your account. Skype, or Microsoft, will not be liable for payment services provided by third parties or any actions taken under third parties' terms and conditions. Skype makes no guarantees, representations or warranties that the send and receive money feature will be available or continue to be available.

↑Top of page

# Bing and MSN

f. **Bing and MSN.**

i. **Bing and MSN Materials.** The articles, text, photos, maps, videos, video players, and third-party material available on Bing and MSN, including through Microsoft bots, applications and programs, are for your noncommercial, personal use only. Other uses, including downloading, copying, or redistributing these materials, or using these materials or products to build your own products, are permitted only to the extent specifically authorized by Microsoft or rights holders, or allowed by applicable

copyright law. Microsoft or other rights holders reserve all rights to the material not expressly granted by Microsoft under the license terms, whether by implication, estoppel, or otherwise.

ii. **Bing Maps.** You may not use Bird's eye imagery of the United States, Canada, Mexico, New Zealand, Australia or Japan for governmental use without our separate written approval.

iii. **Bing Places and Bing Manufacturer Center.** When you provide your Data or Your Content to Bing Places or Bing Manufacturer Center, you grant Microsoft a worldwide, royalty-free intellectual property license to use, reproduce, save, modify, aggregate, promote, transmit, display or distribute as part of a service, and sub-license those rights to third parties.

↑Top of page

## Cortana

g. **Cortana.**

i. **Personal Noncommercial Use.** Cortana is Microsoft's personal assistant Service. The features, services, content and Third-Party Apps and Services provided by Cortana (collectively **"Cortana Services"**) are only for your personal and noncommercial use.

ii. **Functionality and Content.** Cortana provides a range of features, some of which are personalized. Cortana Services may allow you to access services, information or functionality provided by other Microsoft Services or Third Party Apps and Services. The service-specific Terms of section 14 also apply to your use of applicable Microsoft Services accessed through Cortana Services. Cortana provides information for your planning purposes only and you should exercise your own independent judgment when reviewing and relying on this information. Microsoft does not guarantee the reliability, availability or timeliness of personalized experiences provided by Cortana. Microsoft is not responsible if a Cortana communication management feature delays or prevents you from receiving, reviewing or sending a communication or notification.

iii. **Third-Party Apps and Services.** As part of delivering the Cortana Services, Cortana may exchange information with Third-Party Apps and Services, such as your zip code and queries and responses returned by the Third-Party App and Services, to fulfill your request. Through account linking, Cortana may enable users to make purchases through Third-Party Apps and Services using the account preferences and settings the user has established directly with those Third-Party Apps and Services. Users can disconnect account linking at any time. Your use of the Third-Party Apps and Services is covered under section 5 of these Terms. Publishers of Third-Party Apps and Services may change or discontinue the functionality or features of their Third-Party Apps and Services or integration with Cortana Services. Microsoft is not responsible or liable for manufacturer provided software or firmware.

iv. **Cortana-Enabled Devices.** Cortana-enabled devices are products or devices that are enabled to access Cortana Services, or products or devices that are compatible with Cortana Services. Cortana-enabled devices include third-party devices or products that Microsoft does not own, manufacture, or develop. Microsoft is not responsible or liable for these third-party devices or products.

v. **Software Updates.** For any device that can connect to Cortana Services, we may automatically check your version of Cortana Services software and download software updates or configuration change or require any manufacturers of Cortana enabled devices to keep the Cortana services software up to date.

↑Top of page

# Outlook.com

h. **Outlook.com.** The Outlook.com (or @msn, @hotmail, or @live) email address that you use to create your Microsoft account will be unique to you for as long as your Outlook.com inbox or Microsoft account is still active. In the event your Outlook.com inbox or Microsoft account is closed either by you or by Microsoft pursuant to these Terms, the email address or username may be recycled into our system and assigned to another user.

↑Top of page

# Office Services

i. **Office Services.** Office 365 Home, Office 365 Personal, Office 365 University, Office Online, Sway, OneNote.com and any other Office 365 subscription or Office-branded Services are for your personal, noncommercial use, unless you have commercial use rights under a separate agreement with Microsoft.

↑Top of page

# Microsoft Health Services

j. **Microsoft Health Services.**

i. **HealthVault.** HealthVault is intended for you to store your personal health-related information and information about other people (such as your family) with their consent. HealthVault accounts are not for use by healthcare providers or for any other commercial or non-personal purpose. The information in your account may not always be accurate or up-to-date and should be viewed by any health care provider as informational only. The HealthVault Service does not hold records for healthcare providers or other medical or case management purposes. For example, HealthVault records are not designated record sets as defined under U.S. regulations. If a healthcare provider decides to include any data made available from HealthVault in its records, it should store a copy in its own system. If there is a co-custodian of a record in your account (because one of you invited the other), you acknowledge that the co-custodian has full control over that record and may cancel your access to the record, manage other peoples' access to the record, and view the record's data including how and when the record is used. Microsoft does not support non-Microsoft credentials (such as Facebook and OpenID), so HealthVault customer support will not be able to help with sign-in issues for those. If you lose your sign-in credentials, or if the account where you got your credentials closes, you will not be able to recover your stored data. To help maintain continued access, we suggest you use more than one sign-in credential with your HealthVault account. Microsoft does not endorse or control, and is not responsible for, the operation, support, or security of non-Microsoft credentials you may use.

ii. **Microsoft Band.** Microsoft Band device and application are not medical devices and are intended for fitness and wellness purposes only. They are not designed or intended for use in the diagnosis of disease or other conditions, or in the cure,

mitigation, treatment, or prevention of disease or other conditions. Microsoft is not responsible for any decision you make based on information you receive from Microsoft Band.

iii. **Health Bots and HealthVault Insights.** Health bots and the HealthVault Insights application, including action plans, insights, reminders and other features, are not medical devices and are only intended for fitness and wellness purposes with a program issued by a care provider. They are not designed or intended as substitutes for professional medical advice or for use in the diagnosis, cure, mitigation, prevention, or treatment of disease or other conditions. You assume full responsibility for your use of health bots and HealthVault Insights, and you acknowledge HealthVault Insights Reminders are intended only as a helpful backup system for medications and task reminders. Microsoft is not responsible for any decision you make based on information you receive from health bots or HealthVault Insights. You should always consult with a doctor before using HealthVault Insights and with any questions you may have regarding a medical condition, diet, fitness, or wellness program. Never disregard professional medical advice or delay in seeking it because of information you accessed on or through the Services. As with any technology, health bots and HealthVault Insights may not work as intended for a variety of reasons including loss of power connectivity.

↑Top of page

## Digital Goods

k. **Digital Goods.** Through Microsoft Groove, Microsoft Movies & TV, Store and any other related and future services, Microsoft may enable you to obtain, listen to, view, play or read (as the case may be) music, images, video, text, books, games or other material (**"Digital Goods"**) that you may get in digital form. The Digital Goods are only for your personal, noncommercial entertainment use. You agree not to redistribute, broadcast, publicly perform or publicly display or transfer any copies of the Digital Goods. Digital Goods may be owned by Microsoft or by third parties. In all circumstances, you understand and acknowledge that your rights with respect to Digital Goods are limited by these Terms, copyright law, and the Usage Rules located at https://go.microsoft.com/fwlink/p/?LinkId=723143. You agree that you will not attempt to modify any Digital Goods obtained through any of the Services for any reason whatsoever, including for the purpose of disguising or changing ownership or source of the Digital Goods. Microsoft or the owners of the Digital Goods may, from time to time, remove Digital Goods from the Services without notice.

↑Top of page

## OneDrive

l. **OneDrive.**

i. **Storage Allocation.** If you have more content stored in your OneDrive account than is provided to you under the terms of your free or paid subscription service for OneDrive and you do not respond to notice from Microsoft to fix your account by removing excess content or moving to a new subscription plan with more storage, we reserve the right to close your account and delete or disable access to Your Content on OneDrive.

ii. **Service Performance.** Depending on factors such as your equipment, internet connection and Microsoft's efforts to maintain the performance and integrity of its service, you may occasionally experience delays in uploading or syncing content on OneDrive.

↑Top of page

## Microsoft Rewards

m. **Microsoft Rewards.**

i. **Program.** Microsoft Rewards (the "**Program**") enables you to earn redeemable points for activities, such as qualified searches, acquisitions, time spent actively browsing with Microsoft Edge, and other offers from Microsoft. Offers may vary by market. A search is the act of an individual user manually entering text for the good faith purpose of obtaining Bing search results for such user's own research purposes and does not include any query entered by a bot, macro, or other automated or fraudulent means of any kind ("**Search**"). An acquisition is the process of purchasing goods or downloading and acquiring a license for digital content from Microsoft, whether free or paid ("**Acquisition**"). Rewards points are not offered for every purchase from Microsoft. Actively browsing with Microsoft Edge means having the browser in view on your device's screen (e.g., open and being used such that the Microsoft Edge icon is highlighted in the task bar, indicating that it is the app currently in use), and engaging with the browser to view websites, watch videos in the browser, check email, or other uses for which browsers are used. To earn points for using Microsoft Edge, Bing must be set as the browser's default search engine and telemetry must be enabled in your Windows settings. Microsoft may offer additional opportunities to earn points from time to time, and each points-earning offer will not be available in perpetuity. Your earned points can be redeemed for items ("**Rewards**") in the redeem page. For more information see the Rewards section at support.microsoft.com ("**FAQ**").

1. *Program Requirements.* You need a valid Microsoft account and your devices must meet the minimum system requirements. The Program is open to users who reside in the markets listed in the FAQ. Individuals can have no more than one Program account, even if an individual has multiple email addresses, and households are limited to six accounts. The Program is solely for your personal and noncommercial use.

2. *Points.* Except for donating your points to a nonprofit organization listed in the redemption center, you cannot transfer points. Points are not your personal property, and you may not obtain any cash or money in exchange for them. Points are awarded to you on a promotional basis. You cannot purchase points. Microsoft may limit the quantity of points or Rewards per person, per household, or over a set period (e.g., a day). You may redeem no more than 550,000 points per calendar year in the Program. Points earned in the Program are not valid in, and may not be used in combination with, any other program offered by Microsoft or third parties. **Unredeemed points expire if you do not earn or redeem any points for 18 months.**

3. *Rewards.* You may redeem your points by visiting the redemption center or you may contribute points to a listed nonprofit organization. There may be a limited number of a particular Reward available, and those Rewards will be delivered on a first-come, first-served basis. You may be required to provide additional information, like your mailing address and a telephone number (other than a VOIP or toll-free number), and you may also be asked to enter a fraud-prevention code or sign additional legal documents to redeem points for

Rewards. Once you order a Reward, you cannot cancel it or return it for a refund of points except in the case of defective products or as required by applicable law. If you order a Reward that is out of stock or unavailable for other reasons Microsoft determines in its sole discretion, we may substitute a Reward of comparable value or refund your points. Microsoft may update the Rewards offered in the redemption center or discontinue to offer specific Rewards. Some Rewards may have age eligibility requirements. Any such requirements will be included in the relevant offer. You are responsible for all federal, state, and local taxes and any other costs of accepting and using the Reward. Rewards will be emailed to the email address you provide when ordering your Reward, so keep your email address up to date. Rewards that are undeliverable will not be reissued and are therefore forfeited. Rewards are not for resale.

4. *Cancelling Your Participation in the Program.* Your Program account will be cancelled if you do not log in at least once in an 18-month period. Additionally, Microsoft reserves the right to cancel the Program account of a specific user for tampering with, abusing or defrauding the Program, or for breaching these Terms. Upon Program cancellation (by you or us) or if the Program is suspended, you will have 90 days to redeem your points; otherwise, those points will be forfeited. At the point of cancellation, your right to use the Program and accrue future points ends.

5. *Other Conditions.* Microsoft reserves the right to disqualify you; disable your access to the Program or your Rewards account; and/or withhold points, Rewards and charitable contributions, if Microsoft believes you are tampering with or abusing any aspect of the Program or may be engaging in activities that violate these Terms.

↑Top of page

## Binding Arbitration and Class Action Waiver

15. **Binding Arbitration and Class Action Waiver If You Live In (or, If a Business, Your Principal Place of Business Is In) the United States.** We hope we never have a dispute, but if we do, you and we agree to try for 60 days to resolve it informally. If we can't, you and we agree to **binding individual arbitration before the American Arbitration Association ("AAA") under the Federal Arbitration Act ("FAA"), and not to sue in court in front of a judge or jury**. Instead, a neutral arbitrator will decide and the arbitrator's decision will be final except for a limited right of review under the FAA. **Class action lawsuits, class-wide arbitrations, private attorney-general actions, and any other proceeding where someone acts in a representative capacity aren't allowed. Nor is combining individual proceedings without the consent of all parties.** "We," "our," and "us" includes Microsoft, Skype (see section 10) and Microsoft's affiliates and, if you use Skype Pay by Mobile, your mobile phone carrier.

a. **Disputes Covered—Everything Except IP.** The term "dispute" is as broad as it can be. It includes any claim or controversy between you and us concerning the Services, the software related to the Services, the Services' or software's price, your Microsoft account, advertising, marketing, communications, your purchase transaction, billing, or these Terms, under any legal theory including contract, warranty, tort, statute, or regulation, **except disputes relating to the enforcement or validity of your, your licensors', our, or our licensors' intellectual property rights**.

b. **Mail a Notice of Dispute First.** If you have a dispute and our customer service representatives can't resolve it, send a Notice of Dispute by U.S. Mail to **Microsoft Corporation, ATTN: CELA Arbitration, One Microsoft Way, Redmond, WA 98052-6399,**

**U.S.A.** (or to your mobile phone carrier at its principal place of business in the United States marked ATTN: Legal Department). Tell us your name, address, how to contact you, what the problem is, and what you want. A form is available at https://go.microsoft.com/fwlink/?LinkId=245499. We'll do the same if we have a dispute with you. After 60 days, you or we may start an arbitration if the dispute is unresolved.

c. **Small Claims Court Option.** Instead of mailing a Notice of Dispute, you may sue us in small claims court in your county of residence (or, if a business, your principal place of business) or King County, Washington, U.S.A. if you meet the court's requirements.

d. **Arbitration Procedure.** The AAA will conduct any arbitration under its Commercial Arbitration Rules (or if you are an individual and use the Services for personal or household use, or if the value of the dispute is $75,000 or less whether or not you are an individual or how you use the Services, its Consumer Arbitration Rules). For more information, see www.adr.org or call 1-800-778-7879. To start an arbitration, submit the form available at https://go.microsoft.com/fwlink/?LinkId=245497 to the AAA and mail a copy to us. In a dispute involving $25,000 or less, any hearing will be telephonic unless the arbitrator finds good cause to hold an in-person hearing instead. Any in-person hearing will take place in your county of residence (or, if a business, your principal place of business) or our principal place of business—King County, Washington if your dispute is with Microsoft. You choose. The arbitrator may award the same damages to you individually as a court could. The arbitrator may award declaratory or injunctive relief only to you individually to satisfy your individual claim. Under AAA Rules, the arbitrator rules on his or her own jurisdiction, including the arbitrability of any claim. But a court has exclusive authority to enforce the prohibition on arbitration on a class-wide basis or in a representative capacity.

e. **Arbitration Fees and Payments.**

i. **Disputes Involving $75,000 or Less.** We will promptly reimburse your filing fees and pay the AAA's and arbitrator's fees and expenses. If you reject our last written settlement offer made before the arbitrator was appointed, your dispute goes all the way to an arbitrator's decision (called an "award"), and the arbitrator awards you more than this last written offer, we will: (i) pay the greater of the award or $1,000; (ii) pay your reasonable attorney's fees, if any; and (iii) reimburse any expenses (including expert witness fees and costs) that your attorney reasonably accrues for investigating, preparing, and pursuing your claim in arbitration.

ii. **Disputes Involving More than $75,000.** The AAA rules will govern payment of filing fees and the AAA's and arbitrator's fees and expenses.

f. **Conflict with AAA Rules.** These Terms govern to the extent they conflict with the AAA's Commercial Arbitration Rules or Consumer Arbitration Rules.

g. **Must File Within One Year.** You and we must file in small claims court or arbitration any claim or dispute (except intellectual property disputes—see section 15(a)) within one year from when it first could be filed. Otherwise, it's permanently barred.

h. **Rejecting Future Arbitration Changes.** You may reject any change we make to section 15 (except address changes) by sending us notice within 30 days of the change by U.S. Mail to the address in section 15(b). If you do, the most recent version of section 15 before the change you rejected will apply.

i. **Severability.** If the class action waiver is found to be illegal or unenforceable as to all or some parts of a dispute, then those parts won't be arbitrated but will proceed in court, with the rest proceeding in arbitration. If any other provision of section 15 is found to be illegal or unenforceable, that provision will be severed but the rest of section 15 still applies.

j. **Mobile Phone Carrier as Third-Party Beneficiary.** If you use Skype Pay by Mobile, your mobile phone carrier is a third-party beneficiary of your agreement with Microsoft and

Skype to resolve disputes through informal negotiation and arbitration. Your mobile phone carrier agrees to do everything Microsoft and Skype agree to do in section 15.

↑Top of page

## Miscellaneous

16. **Miscellaneous.** This section, and sections 1, 9 (for amounts incurred before the end of these Terms), 10, 11, 12, 13, 15, 18 and those that by their terms apply after the Terms end will survive any termination or cancellation of these Terms. We may assign these Terms, in whole or in part, at any time without notice to you. You may not assign your rights or obligations under these Terms or transfer any rights to use the Services. This is the entire agreement between you and Microsoft for your use of the Services. It supersedes any prior agreements between you and Microsoft regarding your use of the Services. All parts of these Terms apply to the maximum extent permitted by relevant law. If a court or arbitrator holds that we can't enforce a part of these Terms as written, we may replace those terms with similar terms to the extent enforceable under the relevant law, but the rest of these Terms won't change. Section 15(i) says what happens if parts of section 15 (arbitration and class action waiver) are found to be illegal or unenforceable. Section 15(i) prevails over this section if inconsistent with it. Except for section 15 (arbitration and class action waiver) these Terms are solely for your and our benefit; they aren't for the benefit of any other person, except for Microsoft's successors and assigns.

17. **Export Laws.** You must comply with all domestic and international export laws and regulations that apply to the software and/or Services, which include restrictions on destinations, end users, and end use. For further information on geographic and export restrictions, visit https://go.microsoft.com/fwlink/?linkid=868968 and https://www.microsoft.com/exporting.

18. **Reservation of Rights and Feedback.** Except as expressly provided under these Terms, Microsoft does not grant you a license or any other rights of any type under any patents, know-how, copyrights, trade secrets, trademarks or other intellectual property owned or controlled by Microsoft or any related entity, including but not limited to any name, trade dress, logo or equivalents. If you give to Microsoft any idea, proposal, suggestion or feedback, including without limitation ideas for new products, technologies, promotions, product names, product feedback and product improvements ("**Feedback**"), you give to Microsoft, without charge, royalties or other obligation to you, the right to make, have made, create derivative works, use, share and commercialize your Feedback in any way and for any purpose. You will not give Feedback that is subject to a license that requires Microsoft to license its software, technologies or documentation to any third party because Microsoft includes your Feedback in them.

↑Top of page

## NOTICES

**Notices and procedure for making claims of intellectual property infringement.** Microsoft respects the intellectual property rights of third parties. If you wish to send a notice of intellectual property infringement, including claims of copyright infringement, please use our procedures for submitting Notices of Infringement. **ONLY INQUIRIES RELEVANT TO THIS PROCEDURE WILL RECEIVE A RESPONSE.**

Microsoft uses the processes set out in Title 17, United States Code, Section 512 to respond to notices of copyright infringement. In appropriate circumstances, Microsoft may also disable or terminate accounts of users of Microsoft services who may be repeat infringers.

**Notices and procedures regarding intellectual property concerns in advertising.** Please review our Intellectual Property Guidelines regarding intellectual property concerns on our advertising network.

**Copyright and trademark notices.** The Services are copyright © 2018 Microsoft Corporation and/or its suppliers, One Microsoft Way, Redmond, WA 98052, U.S.A. All rights reserved. Microsoft and the names, logos, and icons of all Microsoft products, software, and services may be either trademarks or registered trademarks of Microsoft in the United States and/or other countries. The names of actual companies and products may be the trademarks of their respective owners. Any rights not expressly granted in these Terms are reserved. Certain software used in certain Microsoft website servers is based in part on the work of the Independent JPEG Group. Copyright © 1991-1996 Thomas G. Lane. All rights reserved. "gnuplot" software used in certain Microsoft website servers is copyright © 1986-1993 Thomas Williams, Colin Kelley. All rights reserved.

**Medical notice.** Microsoft does not provide medical or any other health care advice, diagnosis, or treatment. Always seek the advice of your physician or other qualified health care provider with any questions you may have regarding a medical condition, diet, fitness, or wellness program. Never disregard professional medical advice or delay in seeking it because of information you accessed on or through the Services.

**Stock quotes and index data (including index values).** © 2013 Morningstar, Inc. All Rights Reserved. The information contained herein: (1) is proprietary to Morningstar and/or its content providers; (2) may not be copied or distributed; and (3) is not warranted to be accurate, complete or timely. Neither Morningstar nor its content providers are responsible for any damages or losses arising from any use of this information. Past performance is no guarantee of future results.

You may not use any of the Dow Jones Indexes[SM], index data, or the Dow Jones marks in connection with the issuance, creation, sponsorship, trading, marketing, or promotion of any financial instruments or investment products (for example, derivatives, structured products, investment funds, exchange-traded funds, investment portfolios, etc., where the price, return and/or performance of the instrument or investment product is based on, related to, or intended to track any of the Indexes or a proxy for any of the Indexes) without a separate written agreement with Dow Jones.

**Financial notice.** Microsoft isn't a broker/dealer or registered investment advisor under United States federal securities law or securities laws of other jurisdictions and doesn't advise individuals as to the advisability of investing in, purchasing, or selling securities or other financial products or services. Nothing contained in the Services is an offer or solicitation to buy or sell any security. Neither Microsoft nor its licensors of stock quotes or index data endorse or recommend any particular financial products or services. Nothing in the Services is intended to be professional advice, including without limitation, investment or tax advice.

**Tax Notices.** Please review our tax notification page (https://aka.ms/taxservice) for U.S. state and local sales/use tax information.

**Notice about the H.264/AVC, MPEG-4 Visual, and VC-1 Video Standards.** The software may include H.264/AVC, MPEG-4 Visual and/or VC-1 codec technology that may be licensed by MPEG LA, L.L.C. This technology is a format for data compression of video information. MPEG LA, L.L.C. requires this notice:

THIS PRODUCT IS LICENSED UNDER THE H.264/AVC, MPEG-4 VISUAL, AND THE VC-1 PATENT PORTFOLIO LICENSES FOR THE PERSONAL AND NONCOMMERCIAL USE OF A CONSUMER TO (A) ENCODE VIDEO IN COMPLIANCE WITH THE STANDARDS ("VIDEO STANDARDS") AND/OR (B) DECODE H.264/AVC, MPEG-4 VISUAL, AND VC-1 VIDEO THAT WAS ENCODED BY A CONSUMER ENGAGED IN A PERSONAL AND NONCOMMERCIAL ACTIVITY AND/OR WAS OBTAINED FROM A VIDEO PROVIDER LICENSED TO PROVIDE SUCH VIDEO. NONE OF THE LICENSES EXTEND TO ANY OTHER PRODUCT REGARDLESS OF WHETHER SUCH PRODUCT IS INCLUDED WITH THIS SOFTWARE IN A SINGLE ARTICLE. NO LICENSE IS GRANTED OR SHALL BE IMPLIED FOR ANY OTHER USE. ADDITIONAL INFORMATION MAY BE OBTAINED FROM MPEG LA, L.L.C. SEE THE MPEG LA WEBSITE.

For clarification purposes only, this notice does not limit or inhibit the use of the software provided under these Terms for normal business uses that are personal to that business which do not include (i) redistribution of the software to third parties, or (ii) creation of material with the VIDEO STANDARDS compliant technologies for distribution to third parties.

↑Top of page

# STANDARD APPLICATION LICENSE TERMS

**STANDARD APPLICATION LICENSE TERMS**
**FOR APPLICATIONS OFFERED IN THE UNITED STATES**

**MICROSOFT STORE, WINDOWS STORE, AND XBOX STORE**

These license terms are an agreement between you and the application publisher. Please read them. They apply to the software applications you download from the Microsoft Store, the Windows Store or the Xbox Store (each of which is referred to in these license terms as the "**Store**"), including any updates or supplements for the application, unless the application comes with separate terms, in which case those terms apply.

**BY DOWNLOADING OR USING THE APPLICATION, OR ATTEMPTING TO DO ANY OF THESE, YOU ACCEPT THESE TERMS. IF YOU DO NOT ACCEPT THEM, YOU HAVE NO RIGHT TO AND MUST NOT DOWNLOAD OR USE THE APPLICATION.**

**The application publisher means the entity licensing the application to you, as identified in the Store.**

**If you comply with these license terms, you have the rights below.**

1. **INSTALLATION AND USE RIGHTS; EXPIRATION.** You may install and use the application on Windows devices or Xbox consoles as described in Microsoft's Usage Rules. Microsoft reserves the right to modify Microsoft's Usage Rules at any time.

2. **INTERNET-BASED SERVICES.**

   a. **Consent for Internet-based or wireless services.** If the application connects to computer systems over the Internet, which may include via a wireless network, using the application operates as your consent to the transmission of standard device information (including but not limited to technical information about your device, system, and application software, and peripherals) for Internet-based or wireless services. If other terms are presented in connection with your use of services accessed using the application, those terms also apply.

   b. **Misuse of Internet-based services.** You may not use any Internet-based service in any way that could harm it or impair anyone else's use of it or the wireless network. You may not use the service to try to gain unauthorized access to any service, data, account, or network by any means.

3. **SCOPE OF LICENSE.** The application is licensed, not sold. This agreement only gives you some rights to use the application. If Microsoft disables the ability to use the applications on your devices pursuant to your agreement with Microsoft, any associated license rights will terminate. The application publisher reserves all other rights. Unless applicable law gives you more rights despite this limitation, you may use the application only as expressly permitted in this agreement. In doing so, you must comply with any technical limitations in the application that only allow you to use it in certain ways. You may not:

   a. Work around any technical limitations in the application.

b. Reverse engineer, decompile, or disassemble the application, except and only to the extent that applicable law expressly permits, despite this limitation.
c. Make more copies of the application than specified in this agreement or allowed by applicable law, despite this limitation.
d. Publish or otherwise make the application available for others to copy.
e. Rent, lease, or lend the application.
f. Transfer the application or this agreement to any third party.

4. **DOCUMENTATION.** If documentation is provided with the application, you may copy and use the documentation for personal reference purposes.

5. **TECHNOLOGY AND EXPORT RESTRICTIONS.** The application may be subject to United States or international technology control or export laws and regulations. You must comply with all domestic and international export laws and regulations that apply to the technology used or supported by the application. These laws include restrictions on destinations, end users, and end use. For information on Microsoft branded products, go to the Microsoft exporting website.

6. **SUPPORT SERVICES.** Contact the application publisher to determine if any support services are available. Microsoft, your hardware manufacturer and your wireless carrier (unless one of them is the application publisher) aren't responsible for providing support services for the application.

7. **ENTIRE AGREEMENT.** This agreement, any applicable privacy policy, any additional terms that accompany the application, and the terms for supplements and updates are the entire license agreement between you and application publisher for the application.

8. **APPLICABLE LAW.**

a. **United States and Canada. If you acquired the application in the United States or Canada, the laws of the state or province where you live (or, if a business, where your principal place of business is located) govern the interpretation of these terms, claims for breach of them, and all other claims (including consumer protection, unfair competition, and tort claims), regardless of conflict of law principles.**

b. **Outside the United States and Canada. If you acquired the application in any other country, the laws of that country apply.**

9. **LEGAL EFFECT**. This agreement describes certain legal rights. You may have other rights under the laws of your state or country. This agreement doesn't change your rights under the laws of your state or country if the laws of your state or country don't permit it to do so.

10. **DISCLAIMER OF WARRANTY. The application is licensed "as is," "with all faults," and "as available." You bear the entire risk as to its quality, safety, comfort, and performance. Should it prove defective, you assume the entire cost of all necessary servicing or repair. The application publisher, on behalf of itself, Microsoft, wireless carriers over whose network the application is provided, and each of our respective affiliates, vendors, agents, and suppliers ("Covered Parties"), gives no express warranties, guarantees, or conditions in relation to the application. You may have additional consumer rights under your local laws that this agreement can't change. To the extent permitted under your local laws, Covered Parties exclude any implied warranties or conditions, including those of merchantability, fitness for a particular purpose, safety, comfort, and non-infringement. If your local laws impose a warranty, guarantee or condition even though these terms do not, its duration is limited to 90 days from when you download the application.**

11. **LIMITATION ON AND EXCLUSION OF REMEDIES AND DAMAGES. To the extent not prohibited by law, if you have any basis for recovering damages, you can recover from the application publisher only direct damages up to the amount you paid for the application or $1.00, whichever is greater. You will not, and waive any right to, seek to**

recover any other damages, including lost profits and consequential, special, direct, indirect, or incidental damages, from the application publisher.

This limitation applies to:

- Anything related to the application or services made available through the application; and
- Claims for breach of contract, warranty, guarantee or condition; strict liability, negligence, or other tort; violation of a statute or regulation; unjust enrichment; or under any other theory; all to the extent permitted by applicable law.

It also applies even if:

- This remedy doesn't fully compensate you for any losses; or
- The application publisher knew or should have known about the possibility of the damages.

↑Top of page

## Covered Services

The following products, apps and services are covered by the Microsoft Services Agreement, but may not be available in your market.

Account.microsoft.com
Advertising.microsoft.com
Ask Cortana
Bing App for Android
Bing Apps
Bing Bots
Bing Business Bot
Bing Desktop
Bing Dictionary
Bing for Business
Bing Image and News (iOS)
Bing in the Classroom
Bing Maps
Bing Music Bot
Bing Search APIs/SDKs
Bing Search app
Bing Sportscaster
Bing Toolbar
Bing Translator
Bing Webmaster
Bing Wikipedia Browser
Bing.com
Bing
Bingplaces.com
Citizen Next
Cortana skills by Microsoft
Cortana
Default Homepage and New Tab Page on Microsoft Edge
Dev Center App
Device Health App
Dictate
Docs.com
Education.minecraft.net
Face Swap

Forms.microsoft.com
Forzamotorsport.net
Groove Music Pass
Groove
GroupMe
HealthVault
LineBack
Manufacturers.bing.com
Maps App
Microsoft Academic
Microsoft account
Microsoft Add-Ins for Skype
Microsoft Bots
Microsoft Educator Community
Microsoft Family
Microsoft Health
Microsoft Movies & TV
Microsoft Pay
Microsoft Research Interactive Science
Microsoft Research Open Data
Microsoft Support and Recovery Assistant for Office 365
Microsoft Translator
Microsoft Wallpaper
Microsoft XiaoIce
Mixer
MSN Dial Up
MSN Explorer
MSN Food & Drink
MSN Health & Fitness
MSN Money
MSN News
MSN Premium
MSN Sports
MSN Travel
MSN Weather
MSN.com
Next Lock Screen
Office 365 Consumer
Office 365 Home
Office 365 Personal
Office 365 University
Office Online
Office Store
Office Sway
Office.com
OneDrive.com
OneDrive
OneNote.com
Outlook.com
Paint 3D
Picturesque Lock Screen
Presentation Translator
Remix 3D
Rinna
rise4fun
Ruuh
Seeing AI
Send

Skype in the Classroom
Skype Interviews
Skype Manager
Skype Qik
Skype.com
Skype
Smart Search
Snip Insights
Spreadsheet Keyboard
Sprinkles
Store
Sway.com
to-do.microsoft.com
Translator for Microsoft Edge
Translator Live
UrWeather
Video Breakdown
Visio Online
Web Translator
Who's In
Windows Live Mail
Windows Live Writer
Windows Movie Maker
Windows Photo Gallery
Windows Store
Word Flow
Xbox and Windows Games, apps and websites published by Microsoft
Xbox Game Pass
Xbox Live Gold
Xbox Live
Xbox Music
Xbox Store
Zo

↑Top of page

# Exhibit E

Free downloads & security
Education
Store locations
Gift cards
View Sitemap
Search Microsoft.com
SearchSearch Microsoft.com
Cancel

Published: **July 1, 2019**
Effective: **August 30, 2019**

Print

# Microsoft Services Agreement

**IF YOU LIVE IN (OR YOUR PRINCIPAL PLACE OF BUSINESS IS IN) THE UNITED STATES, PLEASE READ THE BINDING ARBITRATION CLAUSE AND CLASS ACTION WAIVER IN SECTION 15. IT AFFECTS HOW DISPUTES ARE RESOLVED.**

These terms ("**Terms**") cover the use of those Microsoft consumer products, websites, and services listed here (the "**Services**"). You accept these Terms by creating a Microsoft account, through your use of the Services, or by continuing to use the Services after being notified of a change to these Terms.

Your Privacy
Your Content
Code of Conduct
Using the Services & Support
Using Third-Party Apps and Services
Service Availability
Updates to the Services or Software, and Changes to These Terms
Software License
Payment Terms
Contracting Entity, Choice of Law, Jurisdiction
Warranties
Limitation of Liability
Service-Specific Terms
Xbox Live and Xbox Game Studios Games and Applications
Store
Microsoft Family Features
Group Messaging

## Your Privacy

1. **Your Privacy.** Your privacy is important to us. Please read the Microsoft Privacy Statement (the "**Privacy Statement**") as it describes the types of data we collect from you and your devices ("**Data**"), how we use your Data, and the legal bases we have to process your Data. The Privacy Statement also describes how Microsoft uses your content, which is your communications with others; postings submitted by you to Microsoft via the Services; and the files, photos, documents, audio, digital works, livestreams and videos that you upload, store, broadcast or share through the Services ("**Your Content**"). Where processing is based on consent and to the extent permitted by law, by agreeing to these Terms, you consent to Microsoft's collection, use and disclosure of Your Content and Data as described in the Privacy Statement. In some cases, we will provide separate notice and request your consent as referenced in the Privacy Statement.

## Your Content

2. **Your Content.** Many of our Services allow you to store or share Your Content or receive material from others. We don't claim ownership of Your Content. Your Content remains Your Content and you are responsible for it.

a. When you share Your Content with other people, you understand that they may be able to, on a worldwide basis, use, save, record, reproduce, broadcast, transmit, share and display (and on HealthVault delete) Your Content without compensating you. If you do not want others to have that ability, do not use the Services to share Your Content. You represent and warrant that for the duration of these Terms, you have (and will have) all the rights necessary for Your Content that is uploaded, stored, or shared on or through the Services and that the collection, use, and retention of Your Content will not violate any law or rights of others. Microsoft cannot be held responsible for Your Content or the material others upload, store or share using the Services.

b. To the extent necessary to provide the Services to you and others, to protect you and the Services, and to improve Microsoft products and services, you grant to Microsoft a worldwide and royalty-free intellectual property license to use Your Content, for example, to make copies of, retain, transmit, reformat, display, and distribute via communication tools Your Content on the Services. If you publish Your Content in areas of the Service where it is available broadly online without restrictions, Your Content may appear in demonstrations or materials that promote the Service. Some of the Services are supported by advertising. Controls for how Microsoft personalizes advertising are available on the Security & privacy page of the Microsoft account management website. We do not use what you say in email, chat, video calls or voice mail, or your documents, photos or other personal files, to target advertising to you. Our advertising policies are covered in detail in the Privacy Statement.

↑Top of page

## Code of Conduct

3. **Code of Conduct.**

a. By agreeing to these Terms, you're agreeing that, when using the Services, you will follow these rules:

i. Don't do anything illegal.
ii. Don't engage in any activity that exploits, harms, or threatens to harm children.
iii. Don't send spam. Spam is unwanted or unsolicited bulk email, postings, contact requests, SMS (text messages), or instant messages.
iv. Don't publicly display or use the Services to share inappropriate content or material (involving, for example, nudity, bestiality, pornography, offensive language, graphic violence, or criminal activity).
v. Don't engage in activity that is fraudulent, false or misleading (e.g., asking for money under false pretenses, impersonating someone else, manipulating the Services to increase play count, or affect rankings, ratings, or comments).

Skype and GroupMe

Bing and MSN

Cortana

Outlook.com

Office-based Services

Microsoft Health Services

Digital Goods

OneDrive

Microsoft Rewards

Azure

Binding Arbitration and Class Action Waiver

Miscellaneous

NOTICES

STANDARD APPLICATION LICENSE TERMS

Covered Services

vi. Don't circumvent any restrictions on access to or availability of the Services.
vii. Don't engage in activity that is harmful to you, the Services or others (e.g., transmitting viruses, stalking, posting terrorist or violent extremist content, communicating hate speech, or advocating violence against others).
viii. Don't infringe upon the rights of others (e.g., unauthorized sharing of copyrighted music or other copyrighted material, resale or other distribution of Bing maps, or photographs).
ix. Don't engage in activity that violates the privacy of others.
x. Don't help others break these rules.

b. **Enforcement.** If you violate these Terms, we may stop providing Services to you or we may close your Microsoft account. We may also block delivery of a communication (like email, file sharing or instant message) to or from the Services in an effort to enforce these Terms or we may remove or refuse to publish Your Content for any reason. When investigating alleged violations of these Terms, Microsoft reserves the right to review Your Content in order to resolve the issue. However, we cannot monitor the entire Services and make no attempt to do so.

c. **Application to Xbox Services.** Click here for more information about how this Code of Conduct applies to Xbox Live, Xbox Game Pass, Games for Windows Live and Xbox Game Studios games, applications, services and content provided by Microsoft. Violation of the Code of Conduct through Xbox Services (defined in section 14(a)(i)) may result in suspensions or bans from participation in Xbox Services, including forfeiture of content licenses, Xbox Gold Membership time, and Microsoft account balances associated with the account.

↑Top of page

## Using the Services & Support

4. **Using the Services & Support.**

a. **Microsoft account.** You'll need a Microsoft account to access many of the Services. Your Microsoft account lets you sign in to products, websites and services provided by Microsoft and some Microsoft partners.

i. **Creating an Account.** You can create a Microsoft account by signing up online. You agree not to use any false, inaccurate or misleading information when signing up for your Microsoft account. In some cases, a third party, like your Internet service provider, may have assigned a Microsoft account to you. If you received your Microsoft account from a third party, the third party may have additional rights over your account, like the ability to access or delete your Microsoft account. Please review any additional terms the third party provided you, as Microsoft has no responsibility regarding these additional terms. If you create a Microsoft account on behalf of an entity, such as your business or employer, you represent that you have the legal authority to bind that entity to these Terms. You cannot transfer your Microsoft account credentials to another user or entity. To protect your account, keep your account details and password confidential. You are responsible for all activity that occurs under your Microsoft account.

ii. **Account Use.** You must use your Microsoft account to keep it active. This means you must sign in at least once in a two-year period to keep your Microsoft account, and associated Services, active, unless a longer period is provided in the Microsoft account activity policy at https://go.microsoft.com/fwlink/p/?linkid=2086738 or in an offer for a paid portion of the Services. If you don't sign in during this time, we will assume your Microsoft account is inactive and will close it for you. Please see section 4(a)(iv)(2) for the consequences of a closed Microsoft account. You must sign into your Outlook.com inbox and your OneDrive (separately) at least once in a one-year period, otherwise we will close your Outlook.com inbox and your OneDrive for you. You must sign into the Xbox Services at least once in a five-year period to keep the gamertag associated with your Microsoft account. If we reasonably suspect that your Microsoft account is at risk of being used by a third party fraudulently (for example, as a result of an account compromise), Microsoft may suspend your account until you can reclaim ownership. Based on the nature of the compromise, we may be required to disable access to some or all of Your Content. If you are having trouble accessing your Microsoft account, please visit this website: https://go.microsoft.com/fwlink/?LinkId=238656.

iii. **Kids and Accounts.** By using the Services, you represent that you have either reached the age of "majority" where you live or have valid parent or legal guardian consent to be bound by these Terms. If you do not know whether you have reached the age of majority where you live, or do not understand this section, please ask your parent or legal guardian for help and consent before you create a Microsoft account. If you are the parent or legal guardian of a minor who creates a Microsoft account, you and the minor accept and agree to be bound by these Terms and are responsible for all use of the Microsoft account or Services, including purchases, whether the minor's account is now open or created later.

iv. **Closing Your Account.**

1. You can cancel specific Services or close your Microsoft account at any time and for any reason. To close your Microsoft account, please visit https://account.live.com/closeaccount.aspx. When you ask us to close your Microsoft account, we will put it in a suspended state for 60 days just in case you change your mind. After that 60-day period, your Microsoft account will be closed. Please see section 4(a)(iv)(2) below for an explanation as to what happens when your Microsoft account is closed. Logging back in during that 60-day period will reactivate your Microsoft account.

2. If your Microsoft account is closed (whether by you or us), a few things happen. First, your right to use the Microsoft account to access the Services stops immediately. Second, we'll delete Data or Your Content associated with your Microsoft account or will otherwise disassociate it from you and your Microsoft account (unless we are required by law to keep it, return it, or transfer it to you or a third party identified by you). You should have a regular backup plan as Microsoft won't be able to retrieve Your Content or Data once your account is closed. Third, you may lose access to products you've acquired. Fourth, we may temporarily prevent creation of an account associated with the email address you provided.

b. **Work or School Accounts.** You can sign into certain Microsoft services with a work or school email address. If you do, you agree that the owner of the domain associated with your email address may be notified of the existence of your Microsoft account and its associated subscriptions, control and administer your account, and access and process your Data, including the contents of your communications and files, and that Microsoft may notify the owner of the domain if the account or Data is compromised. You further agree that your use of the Microsoft services may be subject to the agreements Microsoft has with you or your organization and these Terms may not apply. If you already have a Microsoft account and you use a separate work or school email address to access Services

covered under these Terms, you may be prompted to update the email address associated with your Microsoft account in order to continue accessing such Services.

c. **Additional Equipment/Data Plans.** To use many of the Services, you'll need an internet connection and/or data/cellular plan. You might also need additional equipment, like a headset, camera or microphone. You are responsible for providing all connections, plans, and equipment needed to use the Services and for paying the fees charged by the provider(s) of your connections, plans, and equipment. Those fees are in addition to any fees you pay us for the Services and we will not reimburse you for such fees. Check with your provider(s) to determine if there are any such fees that may apply to you.

d. **Service Notifications.** When there's something we need to tell you about a Service you use, we'll send you Service notifications. If you gave us your email address or phone number in connection with your Microsoft account, then we may send Service notifications to you via email or via SMS (text message), including to verify your identity before registering your mobile phone number and verifying your purchases. We may also send you Service notifications by other means (for example by in-product messages). **Data or messaging rates may apply when receiving notifications via SMS.**

e. **Support.** Customer support for some Services is available at https://support.microsoft.com. Certain Services may offer separate or additional customer support, subject to the terms available at www.microsoft.com/support-service-agreement, unless otherwise specified. Support may not be available for preview or beta versions of features or Services.

f. **Ending your Services.** If your Services are canceled (whether by you or us), first your right to access the Services stops immediately and your license to the software related to the Services ends. Second, we'll delete Data or Your Content associated with your Service or will otherwise disassociate it from you and your Microsoft account (unless we are required by law to keep it, return it, or transfer it to you or a third party identified by you). As a result you may no longer be able to access any of the Services (or Your Content that you've stored on those Services). You should have a regular backup plan. Third, you may lose access to products you've acquired. If you have canceled your Microsoft account and have no other account able to access the Services your Services may be canceled immediately.

↑Top of page

## Using Third-Party Apps and Services

5. **Using Third-Party Apps and Services.** The Services may allow you to access or acquire products, services, websites, links, content, material, games, skills, integrations, bots or applications from independent third parties (companies or people who aren't Microsoft) (**"Third-Party Apps and Services"**). Many of our Services also help you find, make requests to, or interact with Third-Party Apps and Services or allow you to share Your Content or Data, and you understand that by using our Services you are directing them to make Third-Party Apps and Services available to you. The Third-Party Apps and Services may allow you to store Your Content or Data with the publisher, provider or operator of the Third-Party Apps and Services. The Third-Party Apps and Services may present you with a privacy policy or require you to accept their terms before you can install or use the Third-Party App or Service. See section 14(b) for additional terms for applications acquired through certain Stores owned or operated by Microsoft or its affiliates (including, but not limited to, the Office Store, the Microsoft Store on Xbox and the Microsoft Store on Windows). You should review the third-party terms and privacy policies before acquiring, using, requesting, or linking your Microsoft Account to any Third-Party Apps and Services. Any third-party terms do not modify any of these Terms. You are responsible for your dealings with third parties. Microsoft does not license any intellectual property to you as part of any Third-Party Apps and Services and is not responsible or liable to you or others for information or services provided by any Third-Party Apps and Services.

↑Top of page

## Service Availability

6. **Service Availability.**

a. The Services, Third-Party Apps and Services, or material or products offered through the Services may be unavailable from time to time, may be offered for a limited time, or may vary depending on your region or device. If you change the location associated with your Microsoft account, you may need to re-acquire the material or applications that were available to you and paid for in your previous region.

b. We strive to keep the Services up and running; however, all online services suffer occasional disruptions and outages, and Microsoft is not liable for any disruption or loss you may suffer as a result. In the event of an outage, you may not be able to retrieve Your Content or Data that you've stored. We recommend that you regularly backup Your Content and Data that you store on the Services or store using Third-Party Apps and Services.

↑Top of page

## Updates to the Services or Software, and Changes to These Terms

7. **Updates to the Services or Software, and Changes to These Terms.**

a. We may change these Terms at any time, and we'll tell you when we do. Using the Services after the changes become effective means you agree to the new terms. If you don't agree to the new terms, you must stop using the Services, close your Microsoft account and, if you are a parent or guardian, help your minor child close his or her Microsoft account.

b. Sometimes you'll need software updates to keep using the Services. We may automatically check your version of the software and download software updates or configuration changes. You may also be required to update the software to continue using the Services. Such updates are subject to these Terms unless other terms accompany the updates, in which case, those other terms apply. Microsoft isn't obligated to make any updates available and we don't guarantee that we will support the version of the system or device for which you purchased or licensed the software, apps, content or other products.

c. Additionally, there may be times when we need to remove or change features or functionality of the Service or stop providing a Service or access to Third-Party Apps and Services altogether. Except to the extent required by applicable law, we have no obligation to provide a re-download or replacement of any material, Digital Goods (defined in section 14(k)), or applications previously purchased. We may release the Services or their features in a preview or beta version, which may not work correctly or in the same way the final version may work.

d. So that you can use material protected with digital rights management (DRM), like some music, games, movies, books and more, DRM software may automatically contact an online rights server and download and install DRM updates.

↑Top of page

## Software License

8. **Software License.** Unless accompanied by a separate Microsoft license agreement (for example, if you are using a Microsoft application that is included with and a part of Windows, then the Microsoft Software License Terms for the Windows Operating System govern such software), any software provided by us to you as part of the Services is subject to these Terms. Applications acquired through certain Stores owned or operated by Microsoft or its affiliates (including, but not limited to the Office Store, Microsoft Store on Windows and Microsoft Store on Xbox) are subject to section 14(b)(i) below.

a. If you comply with these Terms, we grant you the right to install and use one copy of the software per device on a worldwide basis for use by only one person at a time as part of your use of the Services. For certain devices, such software may be pre-installed for your personal, non-commercial use of the Services. The software or website that is part of the Services may include third-party code. Any third-party scripts or code, linked to or referenced from the software or website, are licensed to you by the third parties that own such code, not by Microsoft. Notices, if any, for the third-party code are included for your information only.

b. The software is licensed, not sold, and Microsoft reserves all rights to the software not expressly granted by Microsoft, whether by implication, estoppel, or otherwise. This license does not give you any right to, and you may not:

i. circumvent or bypass any technological protection measures in or relating to the software or Services;
ii. disassemble, decompile, decrypt, hack, emulate, exploit, or reverse engineer any software or other aspect of the Services that is included in or accessible through the Services, except and only to the extent that the applicable copyright law expressly permits doing so;
iii. separate components of the software or Services for use on different devices;
iv. publish, copy, rent, lease, sell, export, import, distribute, or lend the software or the Services, unless Microsoft expressly authorizes you to do so;
v. transfer the software, any software licenses, or any rights to access or use the Services;
vi. use the Services in any unauthorized way that could interfere with anyone else's use of them or gain access to any service, data, account, or network;
vii. enable access to the Services or modify any Microsoft-authorized device (e.g., Xbox One, Xbox 360, Microsoft Surface, etc.) by unauthorized third-party applications.

↑Top of page

## Payment Terms

9. **Payment Terms.** If you purchase a Service, then these payment terms apply to your purchase and you agree to them.

a. **Charges.** If there is a charge associated with a portion of the Services, you agree to pay that charge. The price stated for the Services excludes all applicable taxes and currency exchange settlements, unless stated otherwise. The price for Skype paid products includes a charge for the product and a charge for taxes. You are solely responsible for paying such taxes or other charges. Taxes are calculated based on your location at the time your Microsoft account was registered. We may suspend or cancel the Services if we do not receive an on time, full payment from you. Suspension or cancellation of the Services for non-payment could result in a loss of access to and use of your account and its content. Connecting to the Internet via a corporate or other private network that masks your location may cause charges to be different from those displayed for your actual location.

b. **Your Billing Account.** To pay the charges for a Service, you will be asked to provide a payment method at the time you sign up for that Service. You can access and change your billing information and payment method on the Microsoft account management website and for Skype by signing into your account portal at https://skype.com/go/myaccount. Additionally, you agree to permit Microsoft to use any updated account information regarding your selected payment method provided by your issuing bank or the applicable payment network. You agree to promptly update your account and other information, including your email address and payment method details, so we can complete your transactions and contact you as needed in connection with your transactions. Changes made to your billing account will not affect charges we submit to your billing account before we could reasonably act on your changes to your billing account.

c. **Billing.** By providing Microsoft with a payment method, you (i) represent that you are authorized to use the payment method you provided and that any payment information you provide is true and accurate; (ii) authorize Microsoft to charge you for the Services or available content using your payment method; and (iii) authorize Microsoft to charge you for any paid feature of the Services you choose to sign up for or use while these Terms are in force. We may bill you (a) in advance; (b) at the time of purchase; (c) shortly after purchase; or (d) on a recurring basis for subscription Services. Also, we may charge you up to the amount you have approved, and we will notify you in advance of any change in the amount to be charged for recurring subscription Services. We may bill you at the same time for more than one of your prior billing periods for amounts that haven't previously been processed.

d. **Recurring Payments.** When you purchase the Services on a subscription basis (e.g., monthly, every 3 months or annually), you agree that you are authorizing recurring payments, and payments will be made to Microsoft by the method and at the recurring intervals you have agreed to, until the subscription for that Service is terminated by you or by Microsoft. You must cancel your Services before the next billing date to stop being charged to continue your Services. We will provide you with instructions on how you may cancel the Services. By authorizing recurring payments, you are authorizing Microsoft to store your payment instrument and process such

payments as either electronic debits or fund transfers, or as electronic drafts from your designated account (for Automated Clearing House or similar payments), or as charges to your designated account (for credit card or similar payments) (collectively, **"Electronic Payments"**). Subscription fees are generally charged in advance of the applicable subscription period. If any payment is returned unpaid or if any credit card or similar transaction is rejected or denied, Microsoft or its service providers reserve the right to collect any applicable return item, rejection or insufficient funds fee and process any such payment as an Electronic Payment.

e. **Online Statement and Errors.** Microsoft will provide you with an online billing statement on the Microsoft account management website, where you can view and print your statement. For Skype, you can access your online statement by signing into your account at www.skype.com. This is the only billing statement that we provide. If we make an error on your bill, you must tell us within 90 days after the error first appears on your bill. We will then promptly investigate the charge. If you do not tell us within that time, you release us from all liability and claims of loss resulting from the error and we won't be required to correct the error or provide a refund. If Microsoft has identified a billing error, we will correct that error within 90 days.

f. **Refund Policy.** Unless otherwise provided by law or by a particular Service offer, all purchases are final and non-refundable. If you believe that Microsoft has charged you in error, you must contact us within 90 days of such charge. No refunds will be given for any charges more than 90 days old. We reserve the right to issue refunds or credits at our sole discretion. If we issue a refund or credit, we are under no obligation to issue the same or similar refund in the future. This refund policy does not affect any statutory rights that may apply. For more refund information, please visit our help topic.

g. **Canceling the Services.** You may cancel a Service at any time, with or without cause. Cancelling paid Services stops future charges to continue the Service. To cancel a Service and request a refund, if you are entitled to one, visit the Microsoft account management website. You can request a refund from Skype using the Cancellation and Refund form. You should refer back to the offer describing the Services as (i) you may not receive a refund at the time of cancellation; (ii) you may be obligated to pay cancellation charges; (iii) you may be obligated to pay all charges made to your billing account for the Services before the date of cancellation; and (iv) you may lose access to and use of your account when you cancel the Services. We will process your Data as described above in section 4. If you cancel, your access to the Services ends at the end of your current Service period or, if we bill your account on a periodic basis, at the end of the period in which you canceled.

h. **Trial-Period Offers.** If you are taking part in any trial-period offer, you may be required to cancel the trial Service(s) within the timeframe communicated to you when you accepted the offer in order to avoid being charged to continue the Service(s) at the end of the trial period.

i. **Promotional Offers.** From time to time, Microsoft may offer Services for a trial period during which Microsoft will not charge you for the Services. Microsoft reserves the right to charge you for such Services (at the normal rate) if Microsoft determines (in its reasonable discretion) that you are breaching the terms and conditions of the offer.

j. **Price Changes.** We may change the price of the Services at any time and if you have a recurring purchase, we will notify you by email, or other reasonable manner, at least 15 days before the price change. If you do not agree to the price change, you must cancel and stop using the Services before the price change takes effect. If there is a fixed term and price for your Service offer, that price will remain in force for the fixed term.

k. **Payments to You.** If we owe you a payment, then you agree to timely and accurately provide us with any information we need to get that payment to you. You are responsible for any taxes and charges you may incur as a result of this payment to you. You must also comply with any other conditions we place on your right to any payment. If you receive a payment in error, we may reverse or require return of the payment. You agree to cooperate with us in our efforts to do this. We may reduce the payment to you without notice to adjust for any previous overpayment.

l. **Gift Cards.** Redemption and use of gift cards (other than Skype gift cards) are governed by the Microsoft Gift Card Terms and Conditions. Information on Skype gift cards is available on Skype's Help page.

m. **Bank Account Payment Method.** You may register an eligible bank account with your Microsoft account to use it as a payment method. Eligible bank accounts include accounts held at a financial institution capable of receiving direct debit entries (e.g., a United States-based financial institution that supports automated clearing house ("**ACH**") entries, a European financial institution that supports Single Euro Payments Area ("**SEPA**") or "iDEAL" in the Netherlands). Terms you agreed to when adding your bank account as a payment method in your Microsoft account (e.g., the "mandate" in the case of SEPA) also apply. You represent and warrant that your registered bank account is held in your name or you are authorized to register and use this bank account as a payment method. By registering or selecting your bank account as your payment method, you authorize Microsoft (or its agent) to initiate one or more debits for the total amount of your purchase or subscription charge (in accordance with the terms of your subscription service) from your bank account (and, if necessary, initiate one or more credits to your bank account to correct errors, issue a refund or similar purpose), and you authorize the financial institution that holds your bank account to deduct such debits or accept such credits. You understand that this authorization will remain in full force and effect until you remove your bank account information from your Microsoft account. Contact customer support as outlined above in section 4(e) as soon as possible if you believe you have been charged in error. Laws applicable in your country may also limit your liability for any fraudulent, erroneous or unauthorized transactions from your bank account. By registering or selecting a bank account as your payment method, you acknowledge that you have read, understand and agree to these Terms.

↑Top of page

## Contracting Entity, Choice of Law, Jurisdiction

10. **Contracting Entity.** For use of free and paid consumer Skype-branded Services, you're contracting with, and all references to "Microsoft" in these Terms mean, Skype Communications S.à.r.l, 23 – 29 Rives de Clausen, L-2165 Luxembourg. For all other Services, you're contracting with Microsoft Corporation, One Microsoft Way, Redmond, WA 98052, U.S.A.

11. **Choice of Law and Place to Resolve Disputes.** If you live in (or, if a business, your principal place of business is in) the United States, the laws of the state where you live (or, if a business, where your principal place of business is located) govern all claims, regardless of conflict of laws principles, except that the Federal Arbitration Act governs all provisions relating to arbitration. You and we irrevocably consent to the exclusive jurisdiction and venue of the state or federal courts in King County, Washington, for all disputes arising out of or relating to these Terms or the Services that are heard in court (excluding arbitration and small claims court).

↑Top of page

## Warranties

12. **Warranties.** MICROSOFT, AND OUR AFFILIATES, RESELLERS, DISTRIBUTORS, AND VENDORS, MAKE NO WARRANTIES, EXPRESS OR IMPLIED, GUARANTEES OR CONDITIONS WITH RESPECT TO YOUR USE OF THE SERVICES. YOU UNDERSTAND THAT USE OF THE SERVICES IS AT YOUR OWN RISK AND THAT WE PROVIDE THE SERVICES ON AN "AS IS" BASIS "WITH ALL FAULTS" AND "AS AVAILABLE." YOU BEAR THE ENTIRE RISK OF USING THE SERVICES. MICROSOFT DOESN'T GUARANTEE THE ACCURACY OR TIMELINESS OF THE SERVICES. TO THE EXTENT PERMITTED UNDER YOUR LOCAL LAW, WE EXCLUDE ANY IMPLIED WARRANTIES, INCLUDING FOR MERCHANTABILITY, SATISFACTORY QUALITY, FITNESS FOR A PARTICULAR PURPOSE, WORKMANLIKE EFFORT, AND NON-INFRINGEMENT. YOU MAY HAVE CERTAIN RIGHTS UNDER YOUR LOCAL LAW. NOTHING IN THESE TERMS IS INTENDED TO AFFECT THOSE RIGHTS, IF THEY ARE APPLICABLE. YOU ACKNOWLEDGE THAT COMPUTER AND TELECOMMUNICATIONS SYSTEMS ARE NOT FAULT-FREE AND OCCASIONAL PERIODS OF DOWNTIME OCCUR. WE DO NOT GUARANTEE THE SERVICES WILL BE UNINTERRUPTED, TIMELY, SECURE, OR ERROR-FREE OR THAT CONTENT LOSS WON'T OCCUR, NOR DO WE GUARANTEE ANY CONNECTION TO OR TRANSMISSION FROM THE COMPUTER NETWORKS.

↑Top of page

## Limitation of Liability

13. **Limitation of Liability. If you have any basis for recovering damages (including breach of these Terms), you agree that your exclusive remedy is to recover, from Microsoft or any affiliates, resellers, distributors, Third-Party Apps and Services providers, and vendors, direct damages up to an amount equal to your Services fee for the month during which the loss or breach occurred (or up to $10.00 if the Services are free). You can't recover any other damages or losses, including direct, consequential, lost profits, special, indirect, incidental, or punitive.** These limitations and exclusions apply even if this remedy doesn't fully compensate you for any losses or fails of its essential purpose or if we knew or should have known about the possibility of the damages. To the maximum extent permitted by law, these limitations and exclusions apply to anything or any claims related to these Terms, the Services, or the software related to the Services.

↑Top of page

## Service-Specific Terms

14. **Service-Specific Terms.** The terms before and after section 14 apply generally to all Services. This section contains service-specific terms that are in addition to the general terms. These service-specific terms govern if there are any conflicts with the general terms.

↑Top of page

## Xbox Live and Xbox Game Studios Games and Applications

a. **Xbox Live and Xbox Game Studios Games and Applications.**

i. **Personal Noncommercial Use.** Xbox Live, Games for Windows Live and Xbox Game Studios games, applications, services and content provided by Microsoft (collectively, the "**Xbox Services**") are only for your personal and noncommercial use.

ii. **Xbox Services.** When you sign up to Xbox Live and/or receive Xbox Services, information about your game play, activities and usage of games and Xbox Services will be tracked and shared with applicable third-party game developers in order for Microsoft and the third-party game developers to operate their games and to deliver the Xbox Services. If you choose to link your Microsoft Xbox Services account with your account on a non-Microsoft service (for example, a non-Microsoft game publisher of Third-Party Apps and Services), you agree that: (a) Microsoft may share limited account information (including without limitation gamertag, gamerscore, game score, game history, and friends list), with that non-Microsoft party as stated in the Microsoft Privacy Statement, and (b) if allowed by your Xbox privacy settings, the non-Microsoft party may also have access to Your Content from in-game communications when you are signed into your account with that non-Microsoft party. Also, if allowed by your Xbox privacy settings, Microsoft can publish your name, gamertag, gamerpic, motto, avatar, gameclips and games that you've played in communications to people you allow.

iii. **Your Content.** As part of building the Xbox Services community, you grant to Microsoft, its affiliates and sublicensees a free and worldwide right to use, modify, reproduce, distribute, broadcast, share and display Your Content or your name, gamertag, motto, or avatar that you posted for any Xbox Services.

iv. **Game Managers.** Some games may use game managers and hosts. Game managers and hosts are not authorized Microsoft spokespersons. Their views do not necessarily reflect those of Microsoft.

v. **Kids on Xbox.** If you are a minor using Xbox Live, your parent or guardian may have control over many aspects of your account and may receive reports about your use of Xbox Live.

vi. **Game Currency or Virtual Goods.** The Services may include a virtual, game currency (like gold, coins or points) that may be purchased from Microsoft using actual monetary instruments if you have reached the age of "majority" where you live. The Services may also include virtual, digital items or goods that may be purchased from Microsoft using actual monetary instruments or using game currency. Game currency and virtual goods may never be redeemed for actual monetary instruments, goods or other items of monetary value from Microsoft or any other party. Other than a limited, personal, revocable, non-transferable, non-

sublicensable license to use the game currency and virtual goods in the Services only, you have no right or title in or to any such game currency or virtual goods appearing or originating in the Services, or any other attributes associated with use of the Services or stored within the Services. Microsoft may at any time regulate, control, modify and/or eliminate the game currency and/or virtual goods as it sees fit in its sole discretion.

vii. **Software Updates.** For any device that can connect to Xbox Services, we may automatically check your version of Xbox console software or the Xbox app software and download Xbox console or Xbox app software updates or configuration changes, including those that prevent you from accessing the Xbox Services, using unauthorized Xbox games or Xbox apps, or using unauthorized hardware peripheral devices with an Xbox console.

viii. **Gamertag Expiration.** You must sign into Xbox Services at least once in a five-year period, otherwise you may lose access to the gamertag associated with your account and that gamertag may become available for use by others.

ix. **Arena.** Arena is an Xbox Service by which Microsoft or a third party may offer you the ability to participate in or create a competitive videogame contest, sometimes for a prize ("**Contest**"). Your use of Arena is subject to these Terms, and may require you to accept additional Contest terms, conditions and rules required by the Contest organizer at the time of signup ("**Contest Terms**"). Eligibility rules may apply, and may vary by jurisdiction. Contests are void where prohibited or restricted by law. Violation of these Terms (including the Code of Conduct) or Contest Terms may result in a penalty or disqualification from the Contest. If you create a Contest, you may not require any Contest Rules that Microsoft (in its sole discretion) deems inconsistent with these Terms. Microsoft reserves the right to cancel any Contest at any time.

x. **Cheating and Tampering Software.** For any device that can connect to Xbox Services, we may automatically check your device for unauthorized hardware or software that enables cheating or tampering in violation of the Code of Conduct or these Terms, and download Xbox app software updates or configuration changes, including those that prevent you from accessing the Xbox Services, or from using unauthorized hardware or software that enables cheating or tampering.

xi. **Mixer.**

1. **Mixer Terms.** If you use the Mixer Service then your use is covered by the Mixer Terms of Service available at https://mixer.com/about/tos in addition to these Terms. These Terms apply where there is conflict.

2. **Your Content on Mixer. "Your Content on Mixer"** means all content you, or someone on your behalf, creates on the Mixer Service, including but not limited to live and recorded streams (and any content, like audiovisual content, they contain); brand names, trademarks, service marks, trade names, logos, or indicia of origin; your comments, emoticons, and activity in Mixer channels (including bot-generated content); and all related metadata. Anyone, including Microsoft and users, can see, use, host, reproduce, modify, distribute, publish, publicly and digitally perform and display, translate, adapt, and otherwise exploit Your Content on Mixer, in any form, format, media, or channels now known or later developed.

3. **Code of Conduct Applied to Mixer.** Click here for more information about how Microsoft's Code of Conduct applies to Mixer.

4. **Using the Mixer Service.**

   a. *Minimum Age.* By using the Mixer Service, you represent that you are at least 13 years old and, if you are under the age of majority where you live, your use is supervised by a parent or legal guardian.

   b. *Anonymous and Non-Anonymous Use.* You can use Mixer anonymously if you only want to view content. However, chatting, following channels, streaming, and other interactions require you to sign into an account, in which case the Mixer Service uses your existing Microsoft account. Otherwise, you need to create an account, sign-in, and will be identified to other users by your Mixer name.

   c. *Mixer Accounts and Third-Party Accounts.* Mixer offers the ability to sign in using a Mixer account or a third-party account (Twitter or Discord). If you use any of these accounts to sign in, you must associate the account with your Microsoft account.

   d. *Account Use.* If you use a Mixer account, you must use it to keep it active. Sign into the Mixer Service at least once in a five-year period to keep your Mixer alias associated with your Microsoft account.

5. **Service Notifications.** When there's something we need to tell you about the Mixer Service, we'll send you Service notifications to the email associated with your Mixer account and/or Microsoft account.

6. **Support.** Customer support for the Mixer Service is available at mixer.com/contact.

↑Top of page

## Store

b. **Store.** "Store" refers to a Service that allows you to browse, download, purchase, and rate and review applications (the term "application" includes games) and other digital content. These Terms cover use of certain Stores owned or operated by Microsoft or its affiliates (including, but not limited to, the Office Store, Microsoft Store on Xbox and Microsoft Store on Windows). **"Office Store"** means a Store for Office products and apps for Office, Office 365, SharePoint, Exchange, Access and Project (2013 versions or later), or any other experience that is branded Office Store. **"Microsoft Store on Windows"** means a Store, owned and operated by Microsoft or its affiliates, for Windows devices such as phone, PC and tablet, or any other experience that is branded Microsoft Store and accessible on Windows devices such as phone, PC, or tablet. **"Microsoft Store on Xbox"** means a Store owned and operated by Microsoft or its affiliates and made available on Xbox One or Xbox 360 consoles, or any other experience that is branded Microsoft Store and made available on an Xbox console.

i. **License Terms.** We will identify the publisher of each application available in the relevant Store. Unless different license terms are provided with the application, the Standard Application License Terms (**"SALT"**) at the end of these Terms are an agreement between you and the application publisher setting forth the license terms that apply to an application you download through any Store owned or operated by Microsoft or its affiliates (excluding the Office Store). For clarity, these Terms cover the use of, and

services provided by, Microsoft Services. Section 5 of these Terms also applies to any Third-Party Apps and Services acquired through a Store. Applications downloaded through the Office Store are not governed by the SALT and have separate license terms that apply.

ii. **Updates.** Microsoft will automatically check for and download updates to your applications, even if you're not signed into the relevant Store. You can change your Store or system settings if you prefer not to receive automatic updates to Store applications. However, certain Office Store applications that are entirely or partly hosted online may be updated at any time by the application developer and may not require your permission to update.

iii. **Ratings and Reviews.** If you rate or review an application or other Digital Good in the Store, you may receive email from Microsoft containing content from the publisher of the application or Digital Good. Any such email comes from Microsoft; we do not share your email address with publishers of applications or other Digital Goods you acquire through the Store.

iv. **Safety Warning.** To avoid possible injury, discomfort or eye strain, you should take periodic breaks from use of games or other applications, especially if you feel any pain or fatigue resulting from usage. If you experience discomfort, take a break. Discomfort might include feelings of nausea, motion sickness, dizziness, disorientation, headache, fatigue, eye strain, or dry eyes. Using applications can distract you and obstruct your surroundings. Avoid trip hazards, stairs, low ceilings, fragile or valuable items that could be damaged. A very small percentage of people may experience seizures when exposed to certain visual images like flashing lights or patterns that may appear in applications. Even people with no history of seizures may have an undiagnosed condition that can cause these seizures. Symptoms may include lightheadedness, altered vision, twitching, jerking or shaking of limbs, disorientation, confusion, loss of consciousness, or convulsions. Immediately stop using and consult a doctor if you experience any of these symptoms, or consult a doctor before using the applications if you've ever suffered symptoms linked to seizures. Parents should monitor their children's use of applications for signs of symptoms.

↑Top of page

## Microsoft Family Features

c. **Microsoft Family Features.** Parents and kids can use Microsoft family features to build trust based on a shared understanding of what behaviors, websites, apps, games, physical locations, and spending is right in their family. Parents can create a family by going to https://account.microsoft.com/family (or by following the instructions on their Windows device or Xbox console) and inviting kids or other parents to join. There are many features available to family members, so please carefully review the information provided when you agree to create or join a family and when you purchase Digital Goods for family access. By creating or joining a family, you agree to use the family in accordance with its purpose and won't use it in an unauthorized way to unlawfully gain access to another person's information.

↑Top of page

## Group Messaging

d. **Group Messaging.** Various Microsoft services allow you to send messages to others via voice or SMS ("messages"), and/or allow Microsoft and Microsoft-controlled affiliates to send such messages to you and one or more other users on your behalf. WHEN YOU INSTRUCT MICROSOFT AND MICROSOFT-CONTROLLED AFFILIATES TO SEND SUCH MESSAGES TO YOU OR TO OTHERS, YOU REPRESENT AND WARRANT TO US THAT YOU AND EACH PERSON YOU HAVE INSTRUCTED US TO MESSAGE CONSENT TO RECEIVE SUCH MESSAGES AND ANY OTHER RELATED ADMINISTRATIVE TEXT MESSAGES FROM MICROSOFT AND MICROSOFT-CONTROLLED AFFILIATES. "Administrative text messages" are periodic transactional messages from a particular Microsoft service, including but not limited to a "welcome message" or instructions on how to stop receiving messages. You or group members no longer wishing to receive such messages can opt-out of receiving further messages from Microsoft or Microsoft-controlled affiliates at any time by following the instructions provided. If you no longer wish to receive such messages or participate in the group, you agree that you will opt out through the instructions provided by the applicable program or service. If you have reason to believe that a group member no longer wishes to receive such messages or participate in the group, you agree to remove them from the group. You also represent and warrant to us that you and each person you have instructed us to message understands that each group member is responsible for the costs of any message charges assessed by his or her mobile carrier, including any international message charges that may apply when messages are transmitted from US-based numbers.

↑Top of page

## Skype and GroupMe

e. **Skype and GroupMe.**

i. **No Access to Emergency Services.** There are important differences between traditional telephone services and Skype. Skype is not required to offer access to Emergency Services under any applicable local or national rules, regulations, or law. Skype's software and products are not intended to support or carry emergency calls to any type of hospitals, law enforcement agencies, medical care units or any other kind of services that connect a user to emergency services personnel or public safety answering points (**"Emergency Services"**). You acknowledge and agree that: (i) it is your responsibility to purchase traditional wireless (mobile) or fixed-line telephone services that offer access to Emergency Services, and (ii) Skype is not a replacement for your primary telephone service.

ii. **APIs or Broadcasting.** If you want to use Skype in connection with any broadcast, you must comply with the "Broadcast TOS" at https://www.skype.com/legal/broadcast. If you want to use any application program interface (**"API"**) exposed or made available by Skype you must comply with the applicable licensing terms, which are available at www.skype.com/go/legal.

iii. **Fair Use Policies.** Fair usage policies may apply to your use of Skype. Please review these policies which are designed to protect against fraud and abuse and may place limits on the type, duration or volume of calls or messages that you are able to make. These policies are incorporated in these Terms by reference. You can find these policies at: https://www.skype.com/en/legal/fair-usage/

iv. **Mapping.** Skype contains features that allow you to submit information to, or plot yourself on a map using, a mapping service. By using those features, you agree to these Terms and the Google Maps terms available at https://www.google.com/intl/en_ALL/help/terms_maps.html.

v. **Government Users.** If you wish to use a business account or Skype Manager on behalf of the U.S. Government or an agency of the U.S. Government, these Terms do not apply to that use. For applicable terms or further information, please contact usgovusers@skype.net.

vi. **Personal/Noncommercial Use.** The use of Skype is for your personal and noncommercial use. You are permitted to use Skype at work for your own business communications.

vii. **Skype Number/Skype To Go.** If Skype provides you with a Skype Number or Skype To Go number, you agree that you do not own the number or have a right to retain that number forever.

viii. **Skype Manager.** A "Skype Manager Admin Account" is created and managed by you, acting as an individual administrator of a Skype Manager group and not as a business entity. You may link your individual Microsoft account to a Skype Manager group (**"Linked Account"**). You may appoint additional administrators to your Skype Manager group subject to their acceptance of these Terms. If you allocate Skype Numbers to a Linked Account, you are responsible for compliance with any requirements related to the residency or location of your Linked Account users. If you choose to unlink a Linked Account from a Skype Manager group, any allocated subscriptions, Skype Credit or Skype Numbers will not be retrievable and Your Content or material associated with the unlinked account will no longer be accessible by you. You agree to process any personal information of your Linked Account users in accordance with all applicable data protection laws.

ix. **Skype Charges.** Skype paid products are sold to you by Skype Communications S.à.r.l, however the seller-of-record accountable for taxes is Skype Communications US Corporation. Taxes means the amount of taxes, regulatory fees, surcharges or other fees that we are required to collect from you and must pay to any United States (federal, state or local) or foreign government, agency, commission or quasi-governmental body as a result of our provision of Skype paid products to you. These taxes are listed at www.skype.com/go/ustax. All prices for Skype paid products are inclusive of a charge for your product and a charge for taxes, unless otherwise stated. The charges payable for calling phones outside of a subscription consist of a connection fee (charged once per call) and a per-minute rate as set out at www.skype.com/go/allrates. Call charges will be deducted from your Skype Credit balance. Skype may change its calling rates at any time by posting such change at www.skype.com/go/allrates. The new rate will apply to your next call after publication of the new rates. Please check the latest rates before you make your call. Fractional call minutes and fractional cent charges will be rounded up to the next whole unit.

x. **Skype Credit.** Skype does not guarantee that you will be able to use your Skype Credit balance to purchase all Skype paid products. If you do not use your Skype Credit for a period of 180 days, Skype will place your Skype Credit on inactive status. You can reactivate the Skype Credit by following the reactivation link at https://www.skype.com/go/store.reactivate.credit. You can enable the Auto Recharge feature when you buy Skype Credit by ticking the appropriate box. If enabled, your Skype Credit balance will be recharged with the same amount and by your chosen payment method every time your Skype balance goes below the threshold set by Skype from time to time. If you purchased a subscription with a payment method other than credit card, PayPal or Moneybookers (Skrill), and you have enabled Auto-Recharge, your Skype Credit balance will be recharged with the amount necessary to purchase your next recurring subscription. You can disable Auto-Recharge at any time by accessing and changing your settings in your account portal in Skype. If your Microsoft Account is closed, for any reason, any unused Skype credit associated with your Microsoft account will be lost and cannot be retrieved.

xi. **International Message Fees.** GroupMe currently uses US-based numbers for each group created. Every text message sent to or received from a GroupMe number will count as an international text message sent to or received from the United States. Please check with your provider for the associated international rates.

xii. **Send and receive money.** By using the send and receive money feature (if available), you acknowledge that Skype uses third parties to provide payment services and effect transfers. Skype does not provide payment services or effect transfers and is not a money services business. Sending and receiving money on Skype may only be available to users who are 18 years old and over (or otherwise in accordance with the third parties' terms) and who register and are approved for an account with the third party provider. To use the send money feature, you may be required to sign up to the third parties' terms and conditions and to provide permissions to share data with these third parties for the purposes of providing the service. If Skype receives notice that your use of the send money feature violates a third party's terms and conditions, Skype may have to take action against your account, such as cancelling or suspending your account. Skype, or Microsoft, will not be liable for payment services provided by third parties or any actions taken under third parties' terms and conditions. Skype makes no guarantees, representations or warranties that the send and receive money feature will be available or continue to be available.

↑Top of page

## Bing and MSN

f. **Bing and MSN.**

i. **Bing and MSN Materials.** The articles, text, photos, maps, videos, video players, and third-party material available on Bing and MSN, including through Microsoft bots, applications and programs, are for your noncommercial, personal use only. Other uses, including downloading, copying, or redistributing these materials, or using these materials or products to build your own products, are permitted only to the extent specifically authorized by Microsoft or rights holders, or allowed by applicable copyright law. Microsoft or other rights holders reserve all rights to the material not expressly granted by Microsoft under the license terms, whether by implication, estoppel, or otherwise.

ii. **Bing Maps.** You may not use Bird's eye imagery of the United States, Canada, Mexico, New Zealand, Australia or Japan for governmental use without our separate written approval.

iii. **Bing Places and Bing Manufacturer Center.** When you provide your Data or Your Content to Bing Places or Bing Manufacturer Center, you grant Microsoft a worldwide, royalty-free intellectual property license to use, reproduce, save, modify, aggregate, promote, transmit, display or distribute as part of a service, and sub-license those rights to third parties.

↑Top of page

## Cortana

g. **Cortana.**

i. **Personal Noncommercial Use.** Cortana is Microsoft's personal assistant Service. The features, services and content provided by Cortana (collectively **"Cortana Services"**) are only for your personal and noncommercial use.

ii. **Functionality and Content.** Cortana provides a range of features, some of which are personalized. Cortana Services may allow you to access services, information or functionality provided by other Microsoft Services or Third-Party Apps and Services. The service-specific Terms of section 14 also apply to your use of applicable Microsoft Services accessed through Cortana Services. Cortana provides information for your planning purposes only and you should exercise your own independent judgment when reviewing and relying on this information. Microsoft does not guarantee the reliability, availability or timeliness of personalized experiences provided by Cortana. Microsoft is not responsible if a Cortana feature delays or prevents you from receiving, reviewing or sending a communication or notification, or obtaining a service.

iii. **Third-Party Apps and Services.** As part of delivering the Cortana Services, Cortana may suggest and help you interact with Third-Party Apps and Services (third-party skills or connected services). If you choose, Cortana may exchange information with Third-Party Apps and Services, such as your zip code and queries and responses returned by the Third-Party App and Services, to help you obtain requested services. Cortana may enable you to make purchases through Third-Party Apps and Services using the account preferences and settings you have established directly with those Third-Party Apps and Services. You can disconnect your Cortana Service from Third-Party Apps and Services at any time. Your use of Cortana Services to connect with Third-Party Apps and Services is subject to section 5 of these Terms. Publishers of Third-Party Apps and Services may change or discontinue the functionality or features of their Third-Party Apps and Services or integration with Cortana Services. Microsoft is not responsible or liable for manufacturer provided software or firmware.

iv. **Cortana-Enabled Devices.** Cortana-enabled devices are products or devices that are enabled to access Cortana Services, or products or devices that are compatible with Cortana Services. Cortana-enabled devices include third-party devices or products that Microsoft does not own, manufacture, or develop. Microsoft is not responsible or liable for these third-party devices or products.

v. **Software Updates.** We may automatically check your version of Cortana Services software and download software updates or configuration change or require any manufacturers of Cortana enabled devices to keep the Cortana Services software up to date.

↑Top of page

## Outlook.com

h. **Outlook.com.** The Outlook.com (or @msn, @hotmail, or @live) email address that you use to create your Microsoft account will be unique to you for as long as your Outlook.com inbox or Microsoft account is still active. In the event your Outlook.com inbox or Microsoft account is closed either by you or by Microsoft pursuant to these Terms, the email address or username may be recycled into our system and assigned to another user.

↑Top of page

## Office Services

i. **Office Services.** Office 365 Home, Office 365 Personal, Office 365 University, Office Online, Sway, OneNote.com and any other Office 365 subscription or Office-branded Services are for your personal, noncommercial use, unless you have commercial use rights under a separate agreement with Microsoft.

↑Top of page

## Microsoft Health Services

j. **Microsoft Health Services.**

i. **HealthVault.** HealthVault is intended for you to store your personal health-related information and information about other people (such as your family) with their consent. HealthVault accounts are not for use by healthcare providers or for any other commercial or non-personal purpose. The information in your account may not always be accurate or up-to-date and should be viewed by any health care provider as informational only. The HealthVault Service does not hold records for healthcare providers or other medical or case management purposes. For example, HealthVault records are not designated record sets as defined under U.S. regulations. If a healthcare provider decides to include any data made available from HealthVault in its records, it should store a copy in its own system. If there is a co-custodian of a record in your account (because one of you invited the other), you

acknowledge that the co-custodian has full control over that record and may cancel your access to the record, manage other peoples' access to the record, and view the record's data including how and when the record is used. Microsoft does not support non-Microsoft credentials (such as Facebook and OpenID), so HealthVault customer support will not be able to help with sign-in issues for those. If you lose your sign-in credentials, or if the account where you got your credentials closes, you will not be able to recover your stored data. To help maintain continued access, we suggest you use more than one sign-in credential with your HealthVault account. Microsoft does not endorse or control, and is not responsible for, the operation, support, or security of non-Microsoft credentials you may use.

ii. **Microsoft Band.** Microsoft Band device and application are not medical devices and are intended for fitness and wellness purposes only. They are not designed or intended for use in the diagnosis of disease or other conditions, or in the cure, mitigation, treatment, or prevention of disease or other conditions. Microsoft is not responsible for any decision you make based on information you receive from Microsoft Band.

iii. **Health Bots.** Health bots, which may include action plans, insights, reminders and other features, are not medical devices and are only intended for fitness and wellness purposes with a program issued by a care provider. They are not designed or intended as substitutes for professional medical advice or for use in the diagnosis, cure, mitigation, prevention, or treatment of disease or other conditions. You assume full responsibility for your use of health bots. Microsoft is not responsible for any decision you make based on information you receive from health bots. You should always consult a doctor with any questions you may have regarding a medical condition, diet, fitness, or wellness program before using health bots. Never disregard professional medical advice or delay in seeking it because of information you accessed on or through the Services. As with any technology, health bots may not work as intended for a variety of reasons including loss of power connectivity.

↑Top of page

## Digital Goods

k. **Digital Goods.** Through Microsoft Groove, Microsoft Movies & TV, Store and any other related and future services, Microsoft may enable you to obtain, listen to, view, play or read (as the case may be) music, images, video, text, books, games or other material (**"Digital Goods"**) that you may get in digital form. The Digital Goods are only for your personal, noncommercial entertainment use. You agree not to redistribute, broadcast, publicly perform or publicly display or transfer any copies of the Digital Goods. Digital Goods may be owned by Microsoft or by third parties. In all circumstances, you understand and acknowledge that your rights with respect to Digital Goods are limited by these Terms, copyright law, and the Usage Rules located at https://go.microsoft.com/fwlink/p/?LinkId=723143. You agree that you will not attempt to modify any Digital Goods obtained through any of the Services for any reason whatsoever, including for the purpose of disguising or changing ownership or source of the Digital Goods. Microsoft or the owners of the Digital Goods may, from time to time, remove Digital Goods from the Services without notice.

↑Top of page

## OneDrive

l. **OneDrive.**

i. **Storage Allocation.** If you have more content stored in your OneDrive account than is provided to you under the terms of your free or paid subscription service for OneDrive and you do not respond to notice from Microsoft to fix your account by removing excess content or moving to a new subscription plan with more storage, we reserve the right to close your account and delete or disable access to Your Content on OneDrive.

ii. **Service Performance.** Depending on factors such as your equipment, internet connection and Microsoft's efforts to maintain the performance and integrity of its service, you may occasionally experience delays in uploading or syncing content on OneDrive.

↑Top of page

## Microsoft Rewards

m. **Microsoft Rewards.**

i. Microsoft Rewards (the "**Program**") enables you to earn redeemable points for activities such as qualified searches, acquisitions, and other offers from Microsoft. Offers may vary by market. A search is the act of an individual user manually entering text for the good faith purpose of obtaining Bing search results for such user's own research purposes and does not include any query entered by a bot, macro, or other automated or fraudulent means of any kind ("**Search**"). An acquisition is the process of purchasing goods or downloading and acquiring a license for digital content from Microsoft, whether free or paid ("**Acquisition**"). Rewards points are not offered for every purchase from Microsoft. Microsoft may offer additional opportunities to earn points from time to time, and each points-earning offer will not be available in perpetuity. Your earned points can be redeemed for items ("**Rewards**") in the redeem page. For more information see the Rewards section at support.microsoft.com ("**FAQ**").

1. *Program Requirements.* You need a valid Microsoft account and your devices must meet the minimum system requirements. The Program is open to users who reside in the markets listed in the FAQ. Individuals can have no more than one Program account, even if an individual has multiple email addresses, and households are limited to six accounts. The Program is solely for your personal and noncommercial use.

2. *Points.* Except for sharing points within your Microsoft family (limits may apply) or donating your points to a nonprofit organization listed in the redemption center, you cannot transfer points. Points are not your personal property, and you may not obtain any cash or money in exchange for them. Points are awarded to you on a promotional basis. You cannot purchase points. Microsoft may limit the quantity of points or Rewards per person, per household, or over a set period (e.g., a day)

provided that you are not disadvantaged in breach of good faith. You may redeem no more than 550,000 points per calendar year in the Program. Points earned in the Program are not valid in, and may not be used in combination with, any other program offered by Microsoft or third parties. **Unredeemed points expire if you do not earn or redeem any points for 18 months.**

3. *Rewards.* You may redeem your points by visiting the redeem page or you may contribute points to a listed nonprofit organization. There may be a limited number of a particular Reward available, and those Rewards will be delivered on a first-come, first-served basis. You may be required to provide additional information, like your mailing address and a telephone number (other than a VOIP or toll-free number), and you may also be asked to enter a fraud-prevention code or sign additional legal documents to redeem points for Rewards. Once you order a Reward, you cannot cancel it or return it for a refund of points except in the case of defective products or as required by applicable law. If you order a Reward that is out of stock or unavailable for other reasons, we may substitute a Reward of comparable value or refund your points. Microsoft may update the Rewards offered on the redeem page or discontinue offering specific Rewards. Some Rewards may have age eligibility requirements. Any such requirements will be included in the relevant offer. You are responsible for all federal, state, and local taxes and any other costs of accepting and using the Reward. Rewards will be emailed to the email address associated with your Microsoft account, so keep your email address up to date. Rewards that are undeliverable will not be reissued and are therefore forfeited. Rewards are not for resale.

4. *Cancelling Your Participation in the Program.* Your Program account may be cancelled if you do not log in at least once in an 18-month period. Additionally, Microsoft reserves the right to cancel the Program account of a specific user for tampering with, abusing, or defrauding the Program, or for breach of these terms. Upon Program cancellation (by you or us) or if the Program is suspended, you will have 90 days to redeem your points; otherwise, those points will be forfeited. At the point of cancellation, your right to use the Program and accrue future points ends.

5. *Other Conditions.* Microsoft reserves the right to disqualify you; disable your access to the Program or your Rewards account; and/or withhold points, Rewards and charitable contributions, if Microsoft believes you are tampering with or abusing any aspect of the Program or may be engaging in activities that violate these Terms.

↑Top of page

## Azure

n. **Azure.** Your use of the Azure service is governed by the terms and conditions of the separate agreement under which you obtained the services, as detailed at https://go.microsoft.com/fwLink/?LinkID=522330.

↑Top of page

## Binding Arbitration and Class Action Waiver

15. **Binding Arbitration and Class Action Waiver If You Live In (or, If a Business, Your Principal Place of Business Is In) the United States.** We hope we never have a dispute, but if we do, you and we agree to try for 60 days to resolve it informally. If we can't, you and we agree to **binding individual arbitration before the American Arbitration Association ("AAA") under the Federal Arbitration Act ("FAA"), and not to sue in court in front of a judge or jury**. Instead, a neutral arbitrator will decide and the arbitrator's decision will be final except for a limited right of review under the FAA. **Class action lawsuits, class-wide arbitrations, private attorney-general actions, and any other proceeding where someone acts in a representative capacity aren't allowed. Nor is combining individual proceedings without the consent of all parties.** "We," "our," and "us" includes Microsoft, Skype (see section 10) and Microsoft's affiliates and, if you use Skype Pay by Mobile, your mobile phone carrier.

a. **Disputes Covered—Everything Except IP.** The term "dispute" is as broad as it can be. It includes any claim or controversy between you and us concerning the Services, the software related to the Services, the Services' or software's price, your Microsoft account, advertising, marketing, communications, your purchase transaction, billing, or these Terms, under any legal theory including contract, warranty, tort, statute, or regulation, **except disputes relating to the enforcement or validity of your, your licensors', our, or our licensors' intellectual property rights**.

b. **Mail a Notice of Dispute First.** If you have a dispute and our customer service representatives can't resolve it, send a Notice of Dispute by U.S. Mail to **Microsoft Corporation, ATTN: CELA Arbitration, One Microsoft Way, Redmond, WA 98052-6399, U.S.A.** (or to your mobile phone carrier at its principal place of business in the United States marked ATTN: Legal Department). Tell us your name, address, how to contact you, what the problem is, and what you want. A form is available at https://go.microsoft.com/fwlink/?LinkId=245499. We'll do the same if we have a dispute with you. After 60 days, you or we may start an arbitration if the dispute is unresolved.

c. **Small Claims Court Option.** Instead of mailing a Notice of Dispute, you may sue us in small claims court in your county of residence (or, if a business, your principal place of business) or King County, Washington, U.S.A. if you meet the court's requirements.

d. **Arbitration Procedure.** The AAA will conduct any arbitration under its Commercial Arbitration Rules (or if you are an individual and use the Services for personal or household use, or if the value of the dispute is $75,000 or less whether or not you are an individual or how you use the Services, its Consumer Arbitration Rules). For more information, see www.adr.org or call 1-800-778-7879. To start an arbitration, submit the form available at https://go.microsoft.com/fwlink/?LinkId=245497 to the AAA and mail a copy to us. In a dispute involving $25,000 or less, any hearing will be telephonic unless the arbitrator finds good cause to hold an in-person hearing instead. Any in-person hearing will take place in your county of residence (or, if a business, your principal place of business) or our principal place of business—King County, Washington if your dispute is with Microsoft. You choose. The arbitrator may award the same damages to you individually as a court could. The arbitrator may award declaratory or injunctive relief only to you individually to satisfy your individual claim. Under AAA Rules, the arbitrator rules on his or her own jurisdiction, including the arbitrability of any claim. But a court has exclusive authority to enforce the prohibition on arbitration on a class-wide basis or in a representative capacity.

e. **Arbitration Fees and Payments.**

i. Disputes Involving $75,000 or Less. We will promptly reimburse your filing fees and pay the AAA's and arbitrator's fees and expenses. If you reject our last written settlement offer made before the arbitrator was appointed, your dispute goes all the way to an arbitrator's decision (called an "award"), and the arbitrator awards you more than this last written offer, we will: (i) pay the greater of the award or $1,000; (ii) pay your reasonable attorney's fees, if any; and (iii) reimburse any expenses (including expert witness fees and costs) that your attorney reasonably accrues for investigating, preparing, and pursuing your claim in arbitration.

ii. Disputes Involving More than $75,000. The AAA rules will govern payment of filing fees and the AAA's and arbitrator's fees and expenses.

f. **Conflict with AAA Rules.** These Terms govern to the extent they conflict with the AAA's Commercial Arbitration Rules or Consumer Arbitration Rules.

g. **Must File Within One Year.** You and we must file in small claims court or arbitration any claim or dispute (except intellectual property disputes—see section 15(a)) within one year from when it first could be filed. Otherwise, it's permanently barred.

h. **Rejecting Future Arbitration Changes.** You may reject any change we make to section 15 (except address changes) by sending us notice within 30 days of the change by U.S. Mail to the address in section 15(b). If you do, the most recent version of section 15 before the change you rejected will apply.

i. **Severability.** If any part of section 15 (Binding Arbitration and Class Action Waiver) is found to be illegal or unenforceable, the remainder will remain in effect (with an arbitration award issued before any court proceeding begins), except that if a finding of partial illegality or unenforceability would allow class-wide or representative arbitration, section 15 will be unenforceable in its entirety.

j. **Mobile Phone Carrier as Third-Party Beneficiary.** If you use Skype Pay by Mobile, your mobile phone carrier is a third-party beneficiary of your agreement with Microsoft and Skype to resolve disputes through informal negotiation and arbitration. Your mobile phone carrier agrees to do everything Microsoft and Skype agree to do in section 15.

↑Top of page

## Miscellaneous

16. **Miscellaneous.** This section, and sections 1, 9 (for amounts incurred before the end of these Terms), 10, 11, 12, 13, 15, 18 and those that by their terms apply after the Terms end will survive any termination or cancellation of these Terms. We may assign these Terms, in whole or in part, at any time without notice to you. You may not assign your rights or obligations under these Terms or transfer any rights to use the Services. This is the entire agreement between you and Microsoft for your use of the Services. It supersedes any prior agreements between you and Microsoft regarding your use of the Services. All parts of these Terms apply to the maximum extent permitted by relevant law. If a court or arbitrator holds that we can't enforce a part of these Terms as written, we may replace those terms with similar terms to the extent enforceable under the relevant law, but the rest of these Terms won't change. Section 15(i) says what happens if parts of section 15 (arbitration and class action waiver) are found to be illegal or unenforceable. Section 15(i) prevails over this section if inconsistent with it. Except for section 15 (arbitration and class action waiver) these Terms are solely for your and our benefit; they aren't for the benefit of any other person, except for Microsoft's successors and assigns.

17. **Export Laws.** You must comply with all domestic and international export laws and regulations that apply to the software and/or Services, which include restrictions on destinations, end users, and end use. For further information on geographic and export restrictions, visit https://go.microsoft.com/fwlink/?linkid=868968 and https://www.microsoft.com/exporting.

18. **Reservation of Rights and Feedback.** Except as expressly provided under these Terms, Microsoft does not grant you a license or any other rights of any type under any patents, know-how, copyrights, trade secrets, trademarks or other intellectual property owned or controlled by Microsoft or any related entity, including but not limited to any name, trade dress, logo or equivalents. If you give to Microsoft any idea, proposal, suggestion or feedback, including without limitation ideas for new products, technologies, promotions, product names, product feedback and product improvements ("**Feedback**"), you give to Microsoft, without charge, royalties or other obligation to you, the right to make, have made, create derivative works, use, share and commercialize your Feedback in any way and for any purpose. You will not give Feedback that is subject to a license that requires Microsoft to license its software, technologies or documentation to any third party because Microsoft includes your Feedback in them.

↑Top of page

## NOTICES

**Notices and procedure for making claims of intellectual property infringement.** Microsoft respects the intellectual property rights of third parties. If you wish to send a notice of intellectual property infringement, including claims of copyright infringement, please use our procedures for submitting Notices of Infringement. **ONLY INQUIRIES RELEVANT TO THIS PROCEDURE WILL RECEIVE A RESPONSE.**

Microsoft uses the processes set out in Title 17, United States Code, Section 512 to respond to notices of copyright infringement. In appropriate circumstances, Microsoft may also disable or terminate accounts of users of Microsoft services who may be repeat infringers.

**Notices and procedures regarding intellectual property concerns in advertising.** Please review our Intellectual Property Guidelines regarding intellectual property concerns on our advertising network.

**Copyright and trademark notices.** The Services are copyright © 2018 Microsoft Corporation and/or its suppliers, One Microsoft Way, Redmond, WA 98052, U.S.A. All rights reserved. The Terms incorporate Microsoft Trademark & Brand Guidelines (as amended from time to time). Microsoft and the names, logos, and icons of all Microsoft products, software, and services may be either unregistered or registered trademarks of Microsoft in the United States and/or other countries. The following is a non-exhaustive list of Microsoft's registered trademarks. The names of actual companies and products may be the trademarks of their respective owners. Any rights not expressly granted in these Terms are reserved. Certain software used in certain Microsoft website servers is based in part on the work of the Independent JPEG Group. Copyright © 1991-1996 Thomas G. Lane. All rights reserved. "gnuplot" software used in certain Microsoft website servers is copyright © 1986-1993 Thomas Williams, Colin Kelley. All rights reserved.

**Medical notice.** Microsoft does not provide medical or any other health care advice, diagnosis, or treatment. Always seek the advice of your physician or other qualified health care provider with any questions you may have regarding a medical condition, diet, fitness, or wellness program. Never disregard professional medical advice or delay in seeking it because of information you accessed on or through the Services.

**Stock quotes and index data (including index values).** © 2013 Morningstar, Inc. All Rights Reserved. The information contained herein: (1) is proprietary to Morningstar and/or its content providers; (2) may not be copied or distributed; and (3) is not warranted to be accurate, complete or timely. Neither Morningstar nor its content providers are responsible for any damages or losses arising from any use of this information. Past performance is no guarantee of future results.

You may not use any of the Dow Jones Indexes$^{SM}$, index data, or the Dow Jones marks in connection with the issuance, creation, sponsorship, trading, marketing, or promotion of any financial instruments or investment products (for example, derivatives, structured products, investment funds, exchange-traded funds, investment portfolios, etc., where the price, return and/or performance of the instrument or investment product is based on, related to, or intended to track any of the Indexes or a proxy for any of the Indexes) without a separate written agreement with Dow Jones.

**Financial notice.** Microsoft isn't a broker/dealer or registered investment advisor under United States federal securities law or securities laws of other jurisdictions and doesn't advise individuals as to the advisability of investing in, purchasing, or selling securities or other financial products or services. Nothing contained in the Services is an offer or solicitation to buy or sell any security. Neither Microsoft nor its licensors of stock quotes or index data endorse or recommend any particular financial products or services. Nothing in the Services is intended to be professional advice, including without limitation, investment or tax advice.

**Tax Notices.** Please review our tax notification page (https://aka.ms/taxservice) for U.S. state and local sales/use tax information.

**Notice about the H.264/AVC, MPEG-4 Visual, and VC-1 Video Standards.** The software may include H.264/AVC, MPEG-4 Visual and/or VC-1 codec technology that may be licensed by MPEG LA, L.L.C. This technology is a format for data compression of video information. MPEG LA, L.L.C. requires this notice:

THIS PRODUCT IS LICENSED UNDER THE H.264/AVC, MPEG-4 VISUAL, AND THE VC-1 PATENT PORTFOLIO LICENSES FOR THE PERSONAL AND NONCOMMERCIAL USE OF A CONSUMER TO (A) ENCODE VIDEO IN COMPLIANCE WITH THE STANDARDS ("VIDEO STANDARDS") AND/OR (B) DECODE H.264/AVC, MPEG-4 VISUAL, AND VC-1 VIDEO THAT WAS ENCODED BY A CONSUMER ENGAGED IN A PERSONAL AND NONCOMMERCIAL ACTIVITY AND/OR WAS OBTAINED FROM A VIDEO PROVIDER LICENSED TO PROVIDE SUCH VIDEO. NONE OF THE LICENSES EXTEND TO ANY OTHER PRODUCT REGARDLESS OF WHETHER SUCH PRODUCT IS INCLUDED WITH THIS SOFTWARE IN A SINGLE ARTICLE. NO LICENSE IS GRANTED OR SHALL BE IMPLIED FOR ANY OTHER USE. ADDITIONAL INFORMATION MAY BE OBTAINED FROM MPEG LA, L.L.C. SEE THE MPEG LA WEBSITE.

For clarification purposes only, this notice does not limit or inhibit the use of the software provided under these Terms for normal business uses that are personal to that business which do not include (i) redistribution of the software to third parties, or (ii) creation of material with the VIDEO STANDARDS compliant technologies for distribution to third parties.

↑Top of page

## STANDARD APPLICATION LICENSE TERMS

STANDARD APPLICATION LICENSE TERMS
FOR APPLICATIONS OFFERED IN THE UNITED STATES

MICROSOFT STORE, WINDOWS STORE, AND XBOX STORE

These license terms are an agreement between you and the application publisher. Please read them. They apply to the software applications you download from the Microsoft Store, the Windows Store or the Xbox Store (each of which is referred to in these license terms as the "**Store**"), including any updates or supplements for the application, unless the application comes with separate terms, in which case those terms apply.

**BY DOWNLOADING OR USING THE APPLICATION, OR ATTEMPTING TO DO ANY OF THESE, YOU ACCEPT THESE TERMS. IF YOU DO NOT ACCEPT THEM, YOU HAVE NO RIGHT TO AND MUST NOT DOWNLOAD OR USE THE APPLICATION.**

**The application publisher means the entity licensing the application to you, as identified in the Store.**

**If you comply with these license terms, you have the rights below.**

1. **INSTALLATION AND USE RIGHTS; EXPIRATION.** You may install and use the application on Windows devices or Xbox consoles as described in Microsoft's Usage Rules. Microsoft reserves the right to modify Microsoft's Usage Rules at any time.

2. **INTERNET-BASED SERVICES.**

   a. **Consent for Internet-based or wireless services.** If the application connects to computer systems over the Internet, which may include via a wireless network, using the application operates as your consent to the transmission of standard device information (including but not limited to technical information about your device, system, and application software, and peripherals) for Internet-based or wireless services. If other terms are presented in connection with your use of services accessed using the application, those terms also apply.

   b. **Misuse of Internet-based services.** You may not use any Internet-based service in any way that could harm it or impair anyone else's use of it or the wireless network. You may not use the service to try to gain unauthorized access to any service, data, account, or network by any means.

3. **SCOPE OF LICENSE.** The application is licensed, not sold. This agreement only gives you some rights to use the application. If Microsoft disables the ability to use the applications on your devices pursuant to your agreement with Microsoft, any associated license rights will terminate. The application publisher reserves all other rights. Unless applicable law gives you more rights despite this limitation, you may use the application only as expressly permitted in this agreement. In doing so, you must comply with any technical limitations in the application that only allow you to use it in certain ways. You may not:

   a. Work around any technical limitations in the application.
   b. Reverse engineer, decompile, or disassemble the application, except and only to the extent that applicable law expressly permits, despite this limitation.
   c. Make more copies of the application than specified in this agreement or allowed by applicable law, despite this limitation.

d. Publish or otherwise make the application available for others to copy.
e. Rent, lease, or lend the application.
f. Transfer the application or this agreement to any third party.

4. **DOCUMENTATION.** If documentation is provided with the application, you may copy and use the documentation for personal reference purposes.

5. **TECHNOLOGY AND EXPORT RESTRICTIONS.** The application may be subject to United States or international technology control or export laws and regulations. You must comply with all domestic and international export laws and regulations that apply to the technology used or supported by the application. These laws include restrictions on destinations, end users, and end use. For information on Microsoft branded products, go to the Microsoft exporting website.

6. **SUPPORT SERVICES.** Contact the application publisher to determine if any support services are available. Microsoft, your hardware manufacturer and your wireless carrier (unless one of them is the application publisher) aren't responsible for providing support services for the application.

7. **ENTIRE AGREEMENT.** This agreement, any applicable privacy policy, any additional terms that accompany the application, and the terms for supplements and updates are the entire license agreement between you and application publisher for the application.

8. **APPLICABLE LAW.**

a. **United States and Canada. If you acquired the application in the United States or Canada, the laws of the state or province where you live (or, if a business, where your principal place of business is located) govern the interpretation of these terms, claims for breach of them, and all other claims (including consumer protection, unfair competition, and tort claims), regardless of conflict of law principles.**

b. **Outside the United States and Canada. If you acquired the application in any other country, the laws of that country apply.**

9. **LEGAL EFFECT**. This agreement describes certain legal rights. You may have other rights under the laws of your state or country. This agreement doesn't change your rights under the laws of your state or country if the laws of your state or country don't permit it to do so.

10. **DISCLAIMER OF WARRANTY. The application is licensed "as is," "with all faults," and "as available." You bear the entire risk as to its quality, safety, comfort, and performance. Should it prove defective, you assume the entire cost of all necessary servicing or repair. The application publisher, on behalf of itself, Microsoft, wireless carriers over whose network the application is provided, and each of our respective affiliates, vendors, agents, and suppliers ("Covered Parties"), gives no express warranties, guarantees, or conditions in relation to the application. You may have additional consumer rights under your local laws that this agreement can't change. To the extent permitted under your local laws, Covered Parties exclude any implied warranties or conditions, including those of merchantability, fitness for a particular purpose, safety, comfort, and non-infringement. If your local laws impose a warranty, guarantee or condition even though these terms do not, its duration is limited to 90 days from when you download the application.**

11. **LIMITATION ON AND EXCLUSION OF REMEDIES AND DAMAGES. To the extent not prohibited by law, if you have any basis for recovering damages, you can recover from the application publisher only direct damages up to the amount you paid for the application or $1.00, whichever is greater. You will not, and waive any right to, seek to recover any other damages, including lost profits and consequential, special, direct, indirect, or incidental damages, from the application publisher.**

**This limitation applies to:**

- **Anything related to the application or services made available through the application; and**
- **Claims for breach of contract, warranty, guarantee or condition; strict liability, negligence, or other tort; violation of a statute or regulation; unjust enrichment; or under any other theory; all to the extent permitted by applicable law.**

**It also applies even if:**

- **This remedy doesn't fully compensate you for any losses; or**
- **The application publisher knew or should have known about the possibility of the damages.**

↑Top of page

## Covered Services

The following products, apps and services are covered by the Microsoft Services Agreement, but may not be available in your market.

Account.microsoft.com
Advertising.microsoft.com
Ask Cortana
Bing App for Android
Bing Apps
Bing Bots
Bing Business Bot
Bing Desktop
Bing Dictionary
Bing for Business
Bing Image and News (iOS)
Bing in the Classroom
Bing Maps
Bing Music Bot
Bing Search APIs/SDKs
Bing Search app
Bing Sportscaster

Bing Toolbar
Bing Translator
Bing Webmaster
Bing Wikipedia Browser
Bing.com
Bing
Bingplaces.com
Citizen Next
Cortana skills by Microsoft
Cortana
Default Homepage and New Tab Page on Microsoft Edge
Dev Center App
Device Health App
Dictate
Docs.com
Education.minecraft.net
Experts for PowerPoint (Preview)
Face Swap
Feedback Intake Tool for Azure Maps (aka "Azure Maps Feedback")
Forms.microsoft.com
Forzamotorsport.net
Groove Music Pass
Groove
GroupMe
HealthVault
LineBack
Manufacturers.bing.com
Maps App
Microsoft Academic
Microsoft account
Microsoft Add-Ins for Skype
Microsoft Bots
Microsoft Educator Community
Microsoft Family
Microsoft Health
Microsoft Launcher
Microsoft Movies & TV
Microsoft Pay
Microsoft Research Interactive Science
Microsoft Research Open Data
Microsoft Soundscape
Microsoft Support and Recovery Assistant for Office 365
Microsoft Translator
Microsoft Wallpaper
Microsoft XiaoIce
Minecraft Realms Plus and Minecraft Realms
Mixer
MSN Dial Up
MSN Explorer
MSN Food & Drink
MSN Health & Fitness
MSN Money
MSN News
MSN Premium
MSN Sports
MSN Travel
MSN Weather
MSN.com
Next Lock Screen
Office 365 Consumer
Office 365 Home
Office 365 Personal
Office 365 Pro Plus optional connected experiences
Office 365 University
Office for the web (formerly Office Online)
Office Store
Office Sway
Office.com
OneDrive.com
OneDrive
OneNote.com
Outlook.com
Paint 3D
Picturesque Lock Screen
Presentation Translator
Remix 3D
Rinna

rise4fun
Ruuh
Seeing AI
Send
Skype in the Classroom
Skype Interviews
Skype Manager
Skype Qik
Skype.com
Skype
Smart Search
Snip Insights
Spreadsheet Keyboard
Sprinkles
Store
Sway.com
to-do.microsoft.com
Translator for Microsoft Edge
Translator Live
UrWeather
Video Breakdown
Visio Online
Web Translator
Who's In
Windows games, apps and websites published by Microsoft
Windows Movie Maker
Windows Photo Gallery
Windows Store
Windows Live Mail
Windows Live Writer
Word Flow
Xbox Game Pass
Xbox Game Studios games, apps and websites
Xbox Live Gold
Xbox Live
Xbox Music
Xbox Store
Zo

↑Top of page

What's new
Microsoft 365
Surface Pro X
Surface Laptop 3
Surface Pro 7
Windows 10 apps
Microsoft Store
Account profile
Download Center
Microsoft Store support
Returns
Order tracking
Store locations
Buy online, pick up in store
In-store events
Education
Microsoft in education
Office for students
Office 365 for schools
Deals for students & parents
Microsoft Azure in education
Enterprise
Azure
AppSource
Automotive
Government
Healthcare

Manufacturing
Financial services
Retail
Developer
Microsoft Visual Studio
Windows Dev Center
Developer Network
TechNet
Microsoft developer program
Channel 9
Office Dev Center
Microsoft Garage
Company
Careers
About Microsoft
Company news
Privacy at Microsoft
Investors
Diversity and inclusion
Accessibility
Security
English (United States)
Contact us
Privacy and cookies
Terms of use
Trademarks
About our ads
© Microsoft 2020

# Exhibit F

Published: **August 1, 2020**
Effective: **October 1, 2020**

Print

# Microsoft Services Agreement

IF YOU LIVE IN (OR YOUR PRINCIPAL PLACE OF BUSINESS IS IN) THE UNITED STATES, PLEASE READ THE BINDING ARBITRATION CLAUSE AND CLASS ACTION WAIVER IN SECTION 15. IT AFFECTS HOW DISPUTES ARE RESOLVED.

These terms ("**Terms**") cover the use of those Microsoft consumer products, websites, and services listed at the end of these Terms here (the "**Services**"). You accept these Terms by creating a Microsoft account, through your use of the Services, or by continuing to use the Services after being notified of a change to these Terms.

Your Privacy
Your Content
Code of Conduct
Using the Services & Support
Using Third-Party Apps and Services
Service Availability
Updates to the Services or Software, and Changes to These Terms
Software License
Payment Terms
Contracting Entity, Choice of Law, Jurisdiction
Warranties
Limitation of Liability
Service-Specific Terms
Xbox
Store
Microsoft Family Features
Group Messaging
Skype and GroupMe
Bing and MSN
Cortana
Outlook.com
Office-based Services
Microsoft Health Services
Digital Goods
OneDrive
Microsoft Rewards
Azure
Binding Arbitration and Class Action Waiver
Miscellaneous
NOTICES
STANDARD APPLICATION LICENSE TERMS
Covered Services

## Your Privacy

1. **Your Privacy.** Your privacy is important to us. Please read the Microsoft Privacy Statement (https://go.microsoft.com/fwlink/?LinkId=521839) (the "**Privacy Statement**") as it describes the types of data we collect from you and your devices ("**Data**"), how we use your Data, and the legal bases we have to process your Data. The Privacy Statement also describes how Microsoft uses your content, which is your communications with others; postings submitted by you to Microsoft via the Services; and the files, photos, documents, audio, digital works, livestreams and videos that you upload, store, broadcast or share through the Services ("**Your Content**"). Where processing is based on consent and to the extent permitted by law, by agreeing to these Terms, you consent to Microsoft's collection, use and disclosure of Your Content and Data as described in the Privacy Statement. In some cases, we will provide separate notice and request your consent as referenced in the Privacy Statement.

## Your Content

2. **Your Content.** Many of our Services allow you to store or share Your Content or receive material from others. We don't claim ownership of Your Content. Your Content remains Your Content and you are responsible for it.

a. When you share Your Content with other people, you understand that they may be able to, on a worldwide basis, use, save, record, reproduce, broadcast, transmit, share and display Your Content for the purpose that you made Your Content available on the Services without compensating you. If you do not want others to have that ability, do not use the Services to share Your Content. You represent and warrant that for the duration of these Terms, you have (and will have) all the rights necessary for Your Content that is uploaded, stored, or shared on or through the Services and that the collection, use, and retention of Your Content will not violate any law or rights of others. Microsoft cannot be held responsible for Your Content or the material others upload, store or share using the Services.

b. To the extent necessary to provide the Services to you and others, to protect you and the Services, and to improve Microsoft products and services, you grant to Microsoft a worldwide and royalty-free intellectual property license to use Your Content, for example, to make copies of, retain, transmit, reformat, display, and distribute via communication tools Your Content on the Services. If you publish Your Content in areas of the Service where it is available broadly online without restrictions, Your Content may appear in demonstrations or materials that promote the Service. Some of the Services are supported by advertising. Controls for how Microsoft personalizes advertising are available at http://choice.live.com (https://go.microsoft.com/fwlink/?LinkId=286759). We do not use what you say in email, chat, video calls or voice mail, or your documents, photos or other personal files, to target advertising to you. Our advertising policies are covered in detail in the Privacy Statement.

↑Top of page

## Code of Conduct

3. **Code of Conduct.**

a. By agreeing to these Terms, you're agreeing that, when using the Services, you will follow these rules:

i. Don't do anything illegal.
ii. Don't engage in any activity that exploits, harms, or threatens to harm children.
iii. Don't send spam or engage in phishing. Spam is unwanted or unsolicited bulk email, postings, contact requests, SMS (text messages), instant messages, or similar electronic communications. Phishing is sending emails or other electronic communications to fraudulently or unlawfully induce recipients to reveal personal or sensitive information, such as passwords, dates of birth, Social Security numbers, passport numbers, credit card information, financial information, or other sensitive information, or to gain access to accounts or records, exfiltration of documents or other sensitive information, payment and/or financial benefit.
iv. Don't publicly display or use the Services to share inappropriate content or material (involving, for example, nudity, bestiality, pornography, offensive language, graphic violence, or criminal activity).
v. Don't engage in activity that is fraudulent, false or misleading (e.g., asking for money under false pretenses, impersonating someone else, manipulating the Services to increase play count, or affect rankings, ratings, or comments).
vi. Don't circumvent any restrictions on access to or availability of the Services.
vii. Don't engage in activity that is harmful to you, the Services or others (e.g., transmitting viruses, stalking, posting terrorist or violent extremist content, communicating hate speech, or advocating violence against others).
viii. Don't infringe upon the rights of others (e.g., unauthorized sharing of copyrighted music or other copyrighted material, resale or other distribution of Bing maps, or photographs).
ix. Don't engage in activity that violates the privacy of others.
x. Don't help others break these rules.

b. **Enforcement.** If you violate these Terms, we may stop providing Services to you or we may close your Microsoft account. We may also block delivery of a communication (like email, file sharing or instant message) to or from the Services in an effort to enforce these Terms or we may remove or refuse to publish Your Content for any reason. When investigating alleged violations of these Terms, Microsoft reserves the right to review Your Content in order to resolve the issue. However, we cannot monitor the entire Services and make no attempt to do so.

c. **Application to Xbox Services.** Click here (https://www.xbox.com/en-US/Legal/CodeOfConduct) for more information about how this Code of Conduct applies to the Xbox online service, Xbox Game Pass, Games for Windows Live and Xbox Game Studios games, applications, services and content provided by Microsoft. Violation of the Code of Conduct through Xbox Services (defined in section 14.a.i) may result in suspensions or bans from participation in Xbox Services, including forfeiture of content licenses, Xbox Gold Membership time, and Microsoft account balances associated with the account.

↑Top of page

## Using the Services & Support

4. **Using the Services & Support.**

a. **Microsoft account.** You'll need a Microsoft account to access many of the Services. Your Microsoft account lets you sign in to products, websites and services provided by Microsoft and some Microsoft partners.

i. **Creating an Account.** You can create a Microsoft account by signing up online. You agree not to use any false, inaccurate or misleading information when signing up for your Microsoft account. In some cases, a third party, like your Internet service provider, may have assigned a Microsoft account to you. If you received your Microsoft account from a third party, the third party may have additional rights over your account, like the ability to access or delete your Microsoft account. Please review any additional terms the third party provided you, as Microsoft has no responsibility regarding these additional terms. If you create a Microsoft account on behalf of an entity, such as your business or employer, you represent that you have the legal authority to bind that entity to these Terms. You cannot transfer your Microsoft account credentials to another user or entity. To protect your account, keep your account details and password confidential. You are responsible for all activity that occurs under your Microsoft account.

ii. **Account Use.** You must use your Microsoft account to keep it active. This means you must sign in at least once in a two-year period to keep your Microsoft account, and associated Services, active, unless a longer period is provided in the Microsoft account activity policy at https://go.microsoft.com/fwlink/p/?linkid=2086738 or in an offer for a paid portion of the Services. If you don't sign in during this time, we will assume your Microsoft account is inactive and will close it for you. Please see section 4.a.iv.2 for the consequences of a closed Microsoft account. You must sign into your Outlook.com inbox and your OneDrive (separately) at least once in a one-year period, otherwise we will close your Outlook.com inbox and your OneDrive for you. You must sign into the Xbox Services at least once in a five-year period to keep the gamertag associated with your Microsoft account. If we reasonably suspect that your Microsoft account is at risk of being used by a third party fraudulently (for example, as a result of an account compromise), Microsoft may suspend your account until you can reclaim ownership. Based on the nature of the compromise, we may be required to disable access to some or all of Your Content. If you are having trouble accessing your Microsoft account, please visit this website: https://go.microsoft.com/fwlink/?LinkId=238656.

iii. **Kids and Accounts.** By creating a Microsoft account or using the Services, you accept and agree to be bound by these Terms and represent that you have either reached the age of "majority" where you live or your parent or legal guardian agrees to be bound by these Terms on your behalf. If you do not know whether you have reached the age of majority where you live, or do not understand this section, please ask your parent or legal guardian for help. If you are the parent or legal guardian of a minor, you and the minor accept and agree to be bound by these Terms and are responsible for all use of the Microsoft account or Services, including purchases, whether the minor's account is now open or created later.

iv. **Closing Your Account.**

1. You can cancel specific Services or close your Microsoft account at any time and for any reason. To close your Microsoft account, please visit https://account.live.com/closeaccount.aspx. When you ask us to close your Microsoft account, we will put it in a suspended state for 60 days just in case you change your mind. After that 60-day period, your Microsoft account will be closed. Please see section 4.a.iv.2 below for an explanation as to what happens when your Microsoft account is closed. Logging back in during that 60-day period will reactivate your Microsoft account.

2. If your Microsoft account is closed (whether by you or us), a few things happen. First, your right to use the Microsoft account to access the Services stops immediately. Second, we'll delete Data or Your Content associated with your Microsoft account or will otherwise disassociate it from you and your Microsoft account (unless we are required by law to keep it, return it, or transfer it to you or a third party identified by you). You should have a regular backup plan as Microsoft won't be able to retrieve Your Content or Data once your account is closed. Third, you may lose access to products you've acquired.

b. **Work or School Accounts.** You can sign into certain Microsoft services with a work or school email address. If you do, you agree that the owner of the domain associated with your email address may be notified of the existence of your Microsoft account and its associated subscriptions, control and administer your account, and access and process your Data, including the contents of your communications and files, and that Microsoft may notify the owner of the domain if the account or Data is compromised. You further agree that your use of the Microsoft services may be subject to the agreements Microsoft has with you or your organization and these Terms may not apply. If you already have a Microsoft account and you use a separate work or school email address to access Services covered under these Terms, you may be prompted to update the email address associated with your Microsoft account in order to continue accessing such Services.

c. **Additional Equipment/Data Plans.** To use many of the Services, you'll need an internet connection and/or data/cellular plan. You might also need additional equipment, like a headset, camera or microphone. You are responsible for providing all connections, plans, and equipment needed to use the Services and for paying the fees charged by the provider(s) of your connections, plans, and equipment. Those fees are in addition to any fees you pay us for the Services and we will not reimburse you for such fees. Check with your provider(s) to determine if there are any such fees that may apply to you.

d. **Service Notifications.** When there's something we need to tell you about a Service you use, we'll send you Service notifications. If you gave us your email address or phone number in connection with your Microsoft account, then we may send Service notifications to you via email or via SMS (text message), including to verify your identity before registering your mobile phone number and verifying your purchases. We may also send you Service notifications by other means (for example by in-product messages). **Data or messaging rates may apply when receiving notifications via SMS.**

e. **Support.** Customer support for some Services is available at https://support.microsoft.com. Certain Services may offer separate or additional customer support, subject to the terms available at www.microsoft.com/support-service-agreement, unless otherwise specified. Support may not be available for preview or beta versions of features or Services.

f. **Ending your Services.** If your Services are canceled (whether by you or us), first your right to access the Services stops immediately and your license to the software related to the Services ends. Second, we'll delete Data or Your Content associated with your Service or will otherwise disassociate it from you and your Microsoft account (unless we are required by law to keep it, return it, or transfer it to you or a third party identified by you). As a result you may no longer be able to access any of the Services (or Your Content that you've stored on those Services). You should have a regular backup plan. Third, you may lose access to products you've acquired. If you have canceled your Microsoft account and have no other account able to access the Services your Services

# Exhibit G


Microsoft
ptnumanee3318041111154412@live-int.com
We're updating our terms
As part of our effort to improve your experience across our consumer services, we're updating the Microsoft Services Agreement. We want to take this opportunity to notify you about this update.
Learn more
Next

# Exhibit H

**From:** Microsoft <msa@communication.microsoft.com>
**Sent:** Monday, August 03, 2020 1:43 PM
**To:**
**Subject:** Updates to our terms of use

Microsoft

# Your Services Agreement made clearer

Hello,

You're receiving this email because we are updating the Microsoft Services Agreement, which applies to one or more Microsoft products or services you use. We're making these updates to clarify our terms and ensure that they remain transparent for you, as well as to cover new Microsoft products, services and features.

The Microsoft Services Agreement is an agreement between you and Microsoft (or one of its affiliates) that governs your use of Microsoft consumer online products and services.

You can read the entire Microsoft Services Agreement **here**. You can also learn more about these updates on our FAQs page **here**, including a summary of the most notable changes. The updates to the Microsoft Services Agreement will take effect on 1 October 2020. If you continue to use our products and services on or after 1 October 2020, you are agreeing to the updated Microsoft Services Agreement.

If you do not agree, you can choose to discontinue using the products and services, and close your Microsoft account before these terms become effective. If you are a parent or guardian, you are responsible for your child's or teenager's use of Microsoft products and services, including purchases.

Thank you for using Microsoft products and services.

Microsoft Services Agreement > | Microsoft Privacy Statement > | Frequently Asked Questions >

This email was sent from an unmonitored mailbox.
Privacy Statement

Microsoft Corporation, One Microsoft Way, Redmond, WA 98052 USA

# Exhibit I

XBOX Home Profile Popular Achievements Friends Messages My games Clubs

## To continue, create an Xbox profile

Your login: flubug@outlook.com

Adding an online Xbox membership to your Microsoft account lets you participate in great Xbox gaming and entertainment.

Date of Birth
2/4/1972

Country/Region
US

☑ I'd like to receive information and offers about music, videos, and games from Xbox and related entertainment providers in email.

☐ Share my contact information with partners of Xbox and related entertainment products so they can send me information and offers.

Clicking 'I Accept' means you have read and agree to the Microsoft Services Agreement and Privacy Statement.

I Accept Cancel

# Exhibit J


10.91.154.105
XboxOne
MSFT.1
June 2017
12:33 PM
Do you agree?
I accept
Choose "I accept" to agree to the Microsoft Services Agreement and privacy & cookies statement
Send me promotional offers from Microsoft. You can unsubscribe at any time.
Enhance my online experiences by letting Microsoft Advertising use my account information.
Microsoft Services Agreement
Microsoft privacy & cookies statement

# Exhibit K


Microsoft
Verify email
Enter the code we sent to . If you didn't get the email, check your junk folder or try again.
Enter code
I would like information, tips, and offers about Microsoft products and services.
Choosing Next means that you agree to the Microsoft Services Agreement and privacy and cookies statement.
Next

# Exhibit L


Do you agree?
Next
Choosing Next means that you agree to the Privacy Statement and Microsoft Services Agreement.
Microsoft Services Agreement
Microsoft Privacy Statement