DocuSign Envelope ID: 240C2D09-0E03-42B9-8CF9-0F66F2C72CEE Case 2:20-cv-00640-RSM-SKV Document 38 Filed 11/24/20 Page 1 of 201

The Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| J. A., through his guardian, TARA ALLEN, et al., individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>MICROSOFT CORPORATION,<br><br>Defendant. | No. 20-cv-00640-RSM-MAT<br><br>DECLARATION OF JAMIE O'CONNELL IN SUPPORT OF MICROSOFT'S MOTION TO COMPEL ARBITRATION AND STAY CLAIMS |

I, Jamie O'Connell, declare as follows:

1. ***Qualifications of Declarant.*** I am a Principal Program Manager Lead, Packaging and Content, at Microsoft Corporation. I have been employed by Microsoft since 1999, and I have worked on Xbox since its launch. My current employment responsibilities include preparing and maintaining the packaging, product guides, and other written materials that accompany Microsoft's Xbox products. As a result of my work, I am familiar with the manner in which Microsoft presents product warranties and agreements for Xbox hardware, including standard and Elite controllers, as well as the product guides and packaging used for those products. I make this declaration based on my personal knowledge and experience, discussions with appropriate Microsoft personnel, and review of Microsoft's records, kept in the ordinary course of business. I am in all ways competent to give this declaration.

2. ***Plaintiffs' Claims.*** I have briefly reviewed the First Amended Class Action Complaint and understand Plaintiffs assert claims against Microsoft based on alleged "drift" in

DECLARATION OF J. O'CONNELL ISO MOT. TO COMPEL ARBITRATION & STAY – (20-cv-00640-RSM-MAT) - 1

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

Xbox standard and Elite wireless controllers. I understand Plaintiffs J.A., A.D., A.H, J.H., and Petti allege they purchased standard wireless controllers between January 2016 and November 2019, and Plaintiff C.C. alleges he purchased a standard controller on an unspecified date. I understand Plaintiff McFadden alleges he purchased an Elite Controller in an Xbox One/Elite Controller bundle in 2015, and a second Elite Controller in 2017 or 2018, while Plaintiff Petti alleges he purchased Elite controllers in December 2015 and December 2018, and Plaintiff Whisnant alleges he purchased an Elite controller in October 2018.

3. ***Notice of Warranty Agreements.*** As explained in the following paragraphs, Microsoft notified purchasers of Xbox standard and Elite controllers that Microsoft's warranty agreements, including the arbitration provisions set forth in those agreements, governed their use of those devices (1) in the product guides packaged with each controller, and (2) online. In addition, as more fully explained below, Microsoft included a notice on the outside of controller product boxes informing purchasers that Microsoft's warranty agreements governed their use of those devices and that they must agree to the warranty terms.

4. ***Notice of Warranty and Arbitration Agreements in Product Guides.***

a. ***Standalone Controller Product Guides.*** Microsoft packaged every standalone Xbox Elite or standard wireless controller with a hard copy product guide in the box. I am attaching to this declaration as **Exhibit A** through **Exhibit D** the four versions of the product guide packed with Xbox controllers between 2014 and November 2019, identified in Microsoft's records as x18-91804-04 (created in 2014), x18-91804-05 (created in 2015), x18-91804-06 (created in 2016), and x18-91804-08 (created in October 2019). Each product guide informed the user on the first page that by using the product, the user agreed to be bound by the terms of the Microsoft warranty agreement and terms of use available at xbox.com/xboxone/warranty. Further, each product guide, at page 4 or page 5 (depending on the version), summarized the warranty terms and advised consumers in bold font that the warranty agreement contained a binding arbitration clause, again providing a

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

URL where the consumer could read the full arbitration terms (xbox.com/xboxone/warranty/arbitration**)**.

b. ***Elite Controller Bundle Product Guide.*** Microsoft also packaged a product guide with each Elite controller bundled for sale along with an Xbox One console. I am attaching to this declaration as **Exhibit E** a true and correct copy of the product guide Microsoft packed with the Elite Controller bundle that Mr. McFadden purchased in 2015, identified in Microsoft's records as Xbox One Product Guide X19-91891-02. The first page of this product guide informed the consumer, under a bold and capitalized heading, that use of the product required consent to the Limited Warranty and provided the URL (xbox.com/xboxone/warranty) where the consumer could review the warranty terms. On the fourth page, the product guide summarized warranty terms and in bold font advised consumers that the Limited Warranty contained a binding arbitration clause, providing a URL where the consumer could read the full arbitration terms (xbox.com/xboxone/warranty/arbitration**)**.

5. ***Notice of Warranty and Arbitration Agreements on Packaging.***

a. ***Notice of Warranty on Elite Controller Boxes***. Each box in which Elite controllers were sold notified the consumer in text on the outside of the box that the consumer must accept the Software License Terms, Microsoft Services Agreement, and applicable warranty agreement. I am attaching to this declaration as **Exhibit F** an image showing a true and correct copy of a compressed view of the box in which the Xbox Elite Controller/Xbox One console bundle was packaged in 2015. (Plaintiff McFadden alleges he purchased this bundle.) I am attaching to this declaration as **Exhibit G** that same image, with an expanded view of a section of the box, labeled "**IMPORTANT!**", which notified a purchaser that he or she "must accept" the Software License Terms, Microsoft Services Agreement, and Limited Warranty.

I am attaching as **Exhibits H**, **I**, and **J** true and correct copies of the three versions of Elite Controller boxes used in 2015, 2017 and 2018, each of which is displayed as a

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

compressed image of the box, and each of which has the notice described in the previous sentence. I am also attaching as **Exhibits K**, **L**, and **M** copies of these same images, with an expanded view of a portion of the box notifying the consumer that he or she must accept the Software License Terms, Microsoft Services Agreement, and Warranty & Agreement. As these exhibits show, the notice of the Warranty & Agreement was readily viewable from the outside of the box. The boxes depicted in **Exhibits H** through **M** were the only Elite Controller boxes used in 2105, 2017 or 2018, when Plaintiffs McFadden, Petti, and Whisnant allege they purchased Elite Controllers. As a result, no matter which version of the Elite Controller these Plaintiffs bought, the exterior of the box in which it was packaged displayed notice of the Warranty & Agreement and of the URL where a purchaser could review the entire Warranty & Agreement (including the arbitration agreement contained within it) before deciding whether to complete his purchase and/or open the box and use the controller.

b. ***Notice of Warranty on Standard Controller Boxes***. Starting in March 2016, Microsoft packaged standard wireless controllers in boxes alerting the consumer to the warranty covering the product. I am attaching as **Exhibits N**, **O**, **P**, and **Q** true and correct copies of the four versions of standard Controller boxes used between 2016 and 2019, each of which is displayed as a compressed image of the box. Exhibits N through Q provide the consumer with notice that the product is subject to warranty, which the purchaser could review at the URL provided (xbox.com/xboxone/warranty) before deciding to purchase the product and/or open the box and use it. I am attaching as **Exhibit R, S, T**, and **U** copies of these same box images, with an expanded view of the portion of the box notifying the consumer of the warranty. For example, Microsoft released the version of the box depicted in Exhibits Q and U in May 2017. That box informs purchasers in bold text "**You must accept the Warranty & Agreement** at xbox.com/xboxone/warranty. Plaintiffs J.A., A.D., A.H., and J.H. all allegedly purchased their controllers between November 2017 and November 2019, when the Exhibit Q version of the box was available for sale.

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

c. ***Notice of Warranty on Standard Special Edition Controller Boxes***. I understand Plaintiff Petti alleges he purchased a standard special edition controller in January 2016. I am attaching as **Exhibit V** a true and correct example of a standard special edition controller box that was available at this time, displayed as a compressed image of the box. I am attaching **Exhibit W** a copy of this same image, with an expanded view of a portion of the box notifying the consumer that by using the product, he or she accepts the limited warranty, which the purchaser could review at the URL provided (xbox.com/xboxone/warranty). Although Mr. Petti does not specify which special edition controller he bought, to the best of my knowledge, boxes for other special edition controllers available at or about this time had the same or substantially similar language.

6. ***Warranty Agreements.*** When Plaintiffs purchased controllers between 2015 and 2019, the URL displayed on the boxes *and* in the product manual, xbox.com/xboxone/warranty, took a reader to the full warranty and arbitration agreement, giving the reader an opportunity to review the terms in full before deciding whether to complete the purchase or use the controller. I am attaching to this declaration as **Exhibit X** a true and correct copy of the version of the warranty available at that URL between 2015 and August 30, 2018. I am attaching to this declaration as **Exhibit Y** a true and correct copy of the version of the warranty available at that URL after August 30, 2018, and as **Exhibit Z** a true and correct copy of the version of the warranty available at that URL after March 2019.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on November 20, 2020.

DocuSigned by:
Jamie O'Connell
199E4D2AAC7544A...

Jamie O'Connell

** Due to COVID-19 pandemic, original signature unattainable.*

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

# Exhibit A




X18-91804-04

XBOX ONE

# XBOX ONE ACCESSORY PRODUCT MANUAL

**IMPORTANT PRODUCT SAFETY AND WARRANTY INFORMATION**

**⚠ This symbol identifies safety and health messages in this product guide**
Read this guide for important safety and health information for the product that you have purchased.

⚠ **WARNING:** Failure to properly set up, use, and care for this product can increase the risk of serious injury, death, property damage, or damage to the product or related accessories. Read this product guide for important safety and health information or go to xbox.com/xboxone/accessories/useinstructions.

**AGREEMENT TO XBOX ONE LIMITED WARRANTY AND SOFTWARE LICENSE TERMS**
You must accept the Xbox Terms of Use (including Xbox software terms and game license terms) at xbox.com/live/termsofuse, the software license terms at xbox.com/xboxone/slt, and the Limited Warranty at xbox.com/xboxone/warranty to use your Xbox One console, Xbox accessories and/or Kinect for Xbox sensor. By using the Xbox One console, Xbox accessories and/or Kinect for Xbox One sensor, you agree to be bound by these terms. Please read them. If you do not accept them, do not set up or use your Xbox One console, Xbox accessories and/or Kinect for Xbox One sensor. Return the Xbox Product to Microsoft or your retailer for a refund.

## ELECTRICAL SAFETY

⚠ **WARNING:** As with many other electrical devices, failure to take the following precautions can result in serious injury or death from electric shock, fire, or damage to Xbox One accessories and console:

- Use only an approved charging cable.
- Do not allow a wireless device or charging cable to become wet.
- Unplug the charging cable during lightning storms or when unused for long periods.
- To prevent damage, avoid sitting or stepping on a wireless device, its cable, or the cable plug or connector.

⚠ **CAUTION: Cables and Cords**
To reduce potential trip hazards or entanglement hazards, arrange any cables and cords so that people and pets are not likely to trip over or accidentally pull on them as they move around or walk through the area and do not allow children to play with cables and cords.

Go to xbox.com/xboxone/electricalsafety for more information.

## BATTERY POWERED DEVICES

⚠ **WARNING: Battery Safety**
The following precautions apply to all products that use disposable or rechargeable batteries including lithium polymer. Improper battery use may result in serious injury, death, property damage, or damage to the product or related accessories as a result of battery fluid leakage, fire, overheating, or explosion. Released battery fluid is corrosive and may be toxic. It can cause skin and eye burns, and is harmful if swallowed. To reduce the risk of injury:

Keep batteries out of reach of children.

Remove the batteries if they are worn out or before storing your device for an extended period. Always remove old, weak, or worn-out batteries immediately and recycle or dispose of them in accordance with local and national/regional disposal regulations.

If a battery leaks, remove all batteries by reversing the installation steps provided for this product, being careful to keep the leaked fluid from touching your skin or clothes. If fluid from the battery contacts skin or clothes, flush skin with water immediately. Before inserting new batteries, thoroughly clean the battery compartment with a dry cloth, or follow the battery manufacturer's recommendations for cleanup.

- Do not crush, open, puncture, mutilate, heat above 35°C (95°F), apply direct heat to, or dispose of batteries in fire.
- Do not mix new and old batteries or batteries of different types (for example, carbon-zinc and alkaline batteries).
- Do not allow metal objects to touch the battery terminals on the device; they can become hot and cause burns.
- Do not carry or place batteries together with necklaces, hairpins or other metal objects.
- Do not leave a battery-powered device in direct sunlight for an extended period, such as on the dash of car during the summer.
- Do not immerse batteries in water or allow them to become wet.
- Do not connect batteries directly to wall outlets or car cigarette-lighter sockets.
- Do not attempt to connect to the battery terminals unless using a Microsoft approved host device.
- Do not strike, throw, step on, or subject batteries to severe physical shock.
- Do not pierce battery casings in any manner.
- Do not attempt to disassemble or modify batteries in any way.
- Do not recharge batteries near a fire or in extremely hot conditions.

**⚠ WARNING: Use the Correct Battery Charger**
Charge rechargeable batteries only with the recharger provided with the product. Using an improper charging method may result in fire or explosion.

## USE AND CARE OF YOUR XBOX ONE ACCESSORY

**⚠ WARNING: Do Not Attempt Repairs**
Do not attempt to take apart, open, service, or modify Xbox One accessories. Doing so could present the risk of electric shock, damage, fire, or other hazard. Any evidence of any attempt to open and/or modify this device, including any peeling, puncturing, or removal of any of the labels, will void the Limited Warranty and render the Xbox One accessory ineligible for authorized repair. Modifying any Xbox One accessory can result in a permanent ban from Xbox Live, which is required for game play and some other console uses.

### Usage and Cleaning

**⚠ WARNING: Do Not Allow Xbox One Accessories to Become Wet**
To reduce the risk of fire or shock, do not expose the device(s) to rain or other types of moisture.

Use in accordance with these instructions:

- Do not use accessories near any heat sources.
- Only use attachments and accessories specified by Microsoft.
- Do not attempt to clean connectors.
- Clean only with a dry cloth.

For more information, go to xbox.com/xboxone/accessories/productcare.

## PLAY HEALTHY

**⚠ WARNING: Important Health Warnings about Playing Video Games**

**Photosensitive Seizures**
A very small percentage of people may experience a seizure when exposed to certain visual images, including flashing lights or patterns that may appear in video games. Even people who have no history of seizures or epilepsy may have an undiagnosed condition that can cause these "photosensitive epileptic seizures" while watching video games.

These seizures may have a variety of symptoms, including lightheadedness, altered vision, eye, or face twitching, jerking or shaking of arms or legs, disorientation, confusion, or momentary loss of awareness. Seizures may also cause loss of consciousness or convulsions that can lead to injury from falling down or striking nearby objects.

Immediately stop playing and consult a doctor if you experience any of these symptoms. Parents should watch for or ask their children about the above symptoms—children and teenagers are more likely than adults to experience these seizures. The risk of photosensitive epileptic seizures may be reduced by taking the following precautions:

- Sit or stand farther from the TV screen.
- Use a smaller TV screen.
- Play in a well-lit room.
- Do not play when you are drowsy or fatigued.
- If you or any of your relatives have a history of seizures or epilepsy, consult a doctor before playing.

**Musculoskeletal Disorders**

Use of game controllers, keyboards, mice, or other electronic input devices may be linked to serious injuries or disorders.

When playing video games, as with many activities, you may experience occasional discomfort in your hands, arms, shoulders, neck, or other parts of your body. However, if you experience symptoms such as persistent or recurring discomfort, pain, throbbing, aching, tingling, numbness, burning sensation, or stiffness, DO NOT IGNORE THESE WARNING SIGNS. PROMPTLY SEE A QUALIFIED HEALTH PROFESSIONAL, even if symptoms occur when you are not playing a video game. Symptoms such as these can be associated with painful and sometimes permanently disabling injuries or disorders of the nerves, muscles, tendons, blood vessels, and other parts of the body. These musculoskeletal disorders (MSDs) include carpal tunnel syndrome, tendinitis, tenosynovitis, vibration syndromes, and other conditions.

While researchers are not yet able to answer many questions about MSDs, there is general agreement that many factors may be linked to their occurrence, including medical and physical conditions, stress and how one copes with it, overall health, and how a person positions and uses their body during work and other activities (including playing a video game). Some studies suggest the amount of time a person performs an activity may be a factor.

Some guidelines that may help you work and play more comfortably and possibly reduce your risk of experiencing an MSD can be found in the Healthy Gaming Guide at xbox.com/xboxone/playhealthy. These guidelines address topics such as:

- Positioning yourself to use comfortable, not awkward, postures.
- Keeping your hands, fingers, and other body parts relaxed.
- Taking breaks.
- Developing a healthy lifestyle.

If you have questions about how your own lifestyle, activities, or medical or physical condition may be related to MSDs, see a qualified health professional.

**WARNING: Choking Hazard**

This device may contain small parts that may be a choking hazard to children under 3. Keep small parts away from children.

**Make sure children play safely**

Make sure children using any Xbox One accessory together with the Xbox One console and Kinect sensor play safely and within their limits, and make sure that they understand proper use of the system.

Do not use unlicensed accessories, unauthorized props, or other objects with the Kinect sensor.

Use of these accessories or objects may result in injury to yourself or others and/or in damage to the sensor or other property. Using unauthorized accessories violates the Software License and may void your Limited Warranty.

**WARNING: Hearing Safety**

Extended exposure to high sound volumes when using a headset may result in temporary or permanent hearing loss. To reduce the risk of hearing loss, set the volume loud enough to hear clearly in quiet surroundings, and no louder.

- Do not increase the volume after you start listening. Your ears can adapt over time so that high volume sounds normal, but the high volume may still damage your hearing.
- Do not increase the volume to block out outside noise. The combination of outside noise and sound from your headphones can damage your hearing. Sealed or noise-canceling headphones can reduce outside noise so that you don’t have to turn up the volume.

- If you can't understand someone nearby speaking normally, turn down the volume. Sound that drowns out normal speech can damage your hearing. Even with sealed or noise canceling headphones, you should be able to hear nearby people speak.

**Minimize your time listening to loud sound**

- The more time that you spend exposed to high sound volumes, the more likely you are to damage your hearing. The louder the sound, the less time that is required to damage hearing.
- At maximum volume, listening to music on the device with headphones can permanently damage your hearing in 15 minutes. Even lower volumes can damage hearing if you are exposed to it for many hours.
- All of the sound that you are exposed to during a day adds up. If you are exposed to other loud sound, it takes less time listening at high volumes to cause hearing damage.
- To safely use the device without a time limit, keep the volume low enough that you can carry on a conversation with people nearby.

**⚠ CAUTION: Personal Medical Devices**

Radio-frequency emissions from electronic equipment can negatively affect the operation of other electronic equipment, causing them to malfunction. Although the device is designed, tested, and manufactured to comply with regulations governing radio frequency emission in countries such as the United States, Canada, the European Union, and Japan, the wireless transmitters and electrical circuits in the device may cause interference in other electronic equipment. Always take the following precautions:

**Persons with pacemakers**

- The Health Industry Manufacturers Association recommends that a minimum separation of 15 cm (6 inches) be maintained between a wireless device and a pacemaker to avoid potential interference with the pacemaker.
- Wireless devices should not be carried in a breast pocket.
- If you have any reason to suspect that interference is occurring, turn the device off immediately.

**Other medical devices**

If you use any other personal medical device, contact the medical device manufacturer or your physician to determine whether it is appropriate for you to use other electronic devices near your medical device.

## MANUFACTURER'S WARRANTY

Microsoft warrants that your Xbox One console and Kinect for Xbox One sensor will not malfunction under normal use conditions for 1 year from the date you purchased it from an authorized retailer, and 90 days from the date you purchased an Xbox One accessory from an authorized retailer. The warranty excludes normal wear and tear, and damage caused by accident or abuse. **Other exclusions and limitations apply, including merchantability.** To obtain service, call Microsoft at (800) 4MY-XBOX (469-9269) or go to xbox.com/support. Please read the entire Limited Warranty, including more information about obtaining service, at xbox.com/xboxone/warranty. You may read and email a copy to yourself during product registration.

**If you live in the United States, Section 9 of the Limited Warranty contains a binding arbitration clause and class action waiver, available at xbox.com/xboxone/warranty/arbitration. The arbitration clause affects your rights about how to resolve a dispute with Microsoft. Please read it. Parts of the arbitration clause are described below.**

Any dispute not resolved by informal negotiation or in small claims court will be resolved only by individual binding arbitration under the Federal Arbitration Act before a neutral arbitrator whose decision will be final—not before a judge or jury, and not in a class action lawsuit or a class, representative, or private attorney general proceeding of any kind. The American Arbitration Association will conduct the arbitration under its Commercial Arbitration Rules. The Limited Warranty's arbitration clause contains the rest of the terms, instructions, and forms for notifying Microsoft of a dispute or commencing arbitration.

## REGULATORY INFORMATION

- Not intended for use in machinery, medical, or industrial applications.
- Any changes or modifications not expressly approved by Microsoft could void the user's authority to operate this device.
- This product is for use with NRTL Listed (UL, CSA, ETL, etc.), and/or IEC/EN 60950-1 compliant (CE marked) Information Technology equipment.
- No serviceable parts included.
- This device is rated as a commercial product for operation at +5°C (+41°F) to +35°C (+95°F).

This Class B digital apparatus complies with, as applicable, Part 15 of the FCC Rules. Operation is subject to the following two

conditions: (1) this device may not cause interference, and (2) this device must accept any interference received, including interference that may cause undesired operation.

To comply with RF exposure requirements, the following operating configurations must be satisfied: the antenna has been installed by the manufacturer and no changes can be made. The wireless devices must not be co-located or operating in conjunction with any other antenna or transmitter. Except for headset and handheld devices, wireless devices must be at least 20 cm between the antenna of the wireless device and all persons.

**For 802.11a and 802.11n 5GHz devices only**
This product is restricted to indoor use only to reduce any potential for harmful interference with licensed operation in the 5.15 to 5.25 GHz frequency range.

Microsoft Corporation; One Microsoft Way; Redmond, WA 98052-6399; U.S.A. United States: (800) 426-9400; Canada: (800) 933-4750.

**Radio and TV interference regulations**
The Microsoft hardware device(s) can radiate radio frequency (RF) energy. If not installed and used in strict accordance with the instructions given in the printed documentation and/or onscreen Help files, the device may cause harmful interference with other radio-communications devices (for example AM/FM radios, televisions, baby monitors, cordless phones, etc.). However, there is no guarantee that RF interference will not occur in a particular installation.

To determine whether your hardware device is causing interference to other radio-communications devices, disconnect the device from your computer or remove the device's batteries (for a battery-operated device). If the interference stops, it was probably caused by the device. If the interference continues after you disconnect the hardware device or remove the batteries, turn the computer off and then on again. If the interference stopped when the computer was off, check whether one of the input/output (I/O) devices or one of the computer's internal accessory boards is causing the problem. Disconnect the I/O devices one at a time and see whether the interference stops.

If this hardware device does cause interference, try the following measures to correct it:

- Relocate the antenna of the other radio-communications device (for example AM/FM radios, televisions, baby monitors, cordless phones, etc.) until the interference stops.
- Move the hardware device farther away from the radio or TV, or move it to one side or the other of the radio or TV.
- Plug the computer into a different power outlet so that the hardware device and radio or TV are on different circuits controlled by different circuit breakers or fuses.

If necessary, ask your computer dealer or an experienced radio-TV technician for more suggestions. For more information about interference issues, go to the FCC website at: fcc.gov/cgb/consumerfacts/interference.html. You can also call the FCC at 1-888-CALL FCC to request Interference and Telephone Interference fact sheets.

**WARNING: Wireless Devices Aboard Aircraft**
Before boarding any aircraft or packing a wireless device in luggage that will be checked, remove the batteries from the wireless device or turn the wireless device off (if it has an on/off switch). Wireless devices can transmit radio frequency (RF) energy, much like a cellular telephone, when batteries are installed and the wireless device is turned on (if it has an on/off switch).

**Disposal of waste batteries and electrical and electronic equipment**

This symbol on the product or its batteries or its packaging means that this product and any batteries it contains must not be disposed of with your household waste. Instead, it is your responsibility to hand this over to an applicable collection point for the recycling of batteries and electrical and electronic equipment. This separate collection and recycling will help to conserve natural resources and prevent potential negative consequences for human health and the environment due to the possible presence of hazardous substances in batteries and electrical and electronic equipment, which could be caused by inappropriate disposal. For more information about where you should drop off your batteries and electrical and electronic waste, please contact your local city/municipality office, your household waste disposal service, or the shop where you purchased this product. Contact erecycle@microsoft.com for more information about waste from electrical and electronic equipment and waste batteries.

This product may use Lithium, NiMH, or alkaline batteries. This product is for use with NRTL-listed (UL, CSA, ETL, etc.) and/or IEC/EN 60950 compliant (CE marked) Information Technology equipment.

Visit xbox.com/xboxone/regulatory for more information.

## COPYRIGHT

Information and views expressed in this document, including URL and other Internet website references, may change without notice. This document does not provide you with any legal rights to any intellectual property in any Microsoft product. You may copy and use this document for your internal, reference purposes.

© 2014 Microsoft Corporation. All rights reserved. Microsoft, Windows, Xbox, Xbox One, Xbox 360, Xbox Live, Kinect, the Xbox logos, and the Xbox Live logo are trademarks of the Microsoft group of companies.

## CUSTOMER SUPPORT

For answers to common questions, troubleshooting steps, and Xbox Customer Support contact information, visit xbox.com/xboxone/support.

# MANUAL DO PRODUTO DE ACESSÓRIOS DO XBOX ONE

## INFORMAÇÕES IMPORTANTES SOBRE GARANTIA E SEGURANÇA DO PRODUTO

**Este símbolo identifica mensagens de segurança e saúde neste guia do produto**
Leia este guia para obter informações importantes para a sua segurança e a sua saúde, referentes ao produto que você adquiriu.

**ATENÇÃO:** A falha em configurar, usar e cuidar corretamente deste produto pode aumentar o risco de ferimentos sérios, morte, danos à propriedade ou danos ao produto ou aos acessórios relacionados. Leia este guia do produto para obter informações importantes para a sua segurança e a sua saúde ou vá para xbox.com/xboxone/accessories/useinstructions.

## CONTRATO PARA GARANTIA LIMITADA E TERMOS DE LICENÇA DE SOFTWARE DO XBOX ONE

Você deve aceitar os Termos de Uso do Xbox (incluindo os termos de software do Xbox e os termos de licença de jogo) em xbox.com/live/termsofuse, os termos de licença de software em xbox.com/xboxone/slt e a Garantia Limitada em xbox.com/xboxone/warranty para usar seu console Xbox One, os acessórios do Xbox e/ou o sensor Kinect for Xbox. Ao usar o console Xbox One, os acessórios do Xbox e/ou o sensor Kinect for Xbox One, você concorda em ficar vinculado por estes termos. Leia-os. Se você não os aceitar, não configure nem use o console Xbox One, os acessórios do Xbox e/ou o sensor Kinect for Xbox One. Devolva o Produto Xbox à Microsoft ou a seu fornecedor para obter reembolso.

# SEGURANÇA ELÉTRICA

**ATENÇÃO:** Assim como ocorre com muitos outros dispositivos elétricos, ignorar as precauções a seguir pode resultar em sério ferimento, morte por choque elétrico, fogo ou danos ao console e aos acessórios do Xbox One.

- Use apenas com um cabo de jogar e carregar aprovado.
- Não permita que um dispositivo sem fio ou cabo de jogar e carregar entre em contato com líquidos.
- Desconecte o cabo de jogar e carregar durante tempestades de raios ou se não for usá-lo por um período longo.
- Para evitar danos, evite sentar ou pisar em um dispositivo sem fio, em seu cabo ou no conector ou plugue do cabo.

**CUIDADO: Cabos e fios**
Para reduzir os riscos potenciais de tropeçar nos cabos ou emaranhá-los, organize todos os cabos e fios de modo que pessoas e animais não tropecem neles nem os puxem acidentalmente ao se movimentarem ou andarem pelo local e não permita que as crianças brinquem com cabos e fios.

Vá para xbox.com/xboxone/electricalsafety para obter mais informações.

# DISPOSITIVOS ALIMENTADOS POR PILHAS

**ATENÇÃO: Segurança de pilhas**
As precauções a seguir se aplicam a todos os produtos que usam pilhas recarregáveis ou descartáveis, inclusive polímero de lítio. O uso indevido das pilhas pode resultar em ferimentos graves, morte, danos à propriedade ou danos ao produto ou aos acessórios relacionados, como resultado de vazamento do fluido, incêndio, superaquecimento ou explosão das pilhas. O fluido liberado das pilhas é corrosivo e pode ser tóxico. Provoca queimaduras nos olhos e na pele, e é nocivo se ingerido. Para reduzir o risco de lesão:

Mantenha as pilhas fora do alcance de crianças.

Remova as pilhas se estiverem gastas ou antes de guardar o dispositivo por algum tempo. Sempre remova pilhas antigas, fracas ou gastas imediatamente e recicle-as ou descarte-as de acordo com as regras de tratamento de lixo locais e nacionais/regionais.

Se uma pilha vazar, remova todas as pilhas invertendo as etapas de instalação fornecidas para este produto, tendo cuidado para manter o líquido vazado longe da pele e da roupa. Se o fluido das pilhas entrar em contato com a pele ou roupas, lave a pele com água corrente imediatamente. Antes de inserir as pilhas novas, limpe completamente o compartimento com um pano seco ou siga as recomendações de limpeza do fabricante da pilha.

- Não aqueça, abra, perfure, corte, aqueça acima de 35 °C (95 °F), aplique calor direto nem descarte pilhas no fogo.

- Não misture pilhas novas e usadas ou pilhas de tipos diferentes (por exemplo, pilhas de carbono-zinco e pilhas alcalinas).
- Não deixe que objetos metálicos toquem os terminais da pilha no dispositivo; eles podem esquentar e causar queimaduras.
- Não transporte nem coloque as pilhas junto a colares, grampos de cabelo ou outros objetos de metal.
- Não deixe um dispositivo alimentado por pilha exposto à luz solar direta por um período prolongado, como no painel do carro durante o verão.
- Não mergulhe as pilhas na água nem deixe que elas entrem em contato com líquidos.
- Não conecte as pilhas diretamente em tomadas da parede nem em tomadas de isqueiro no carro.
- Não tente conectar os terminais da pilha, a menos que esteja usando um dispositivo host aprovado pela Microsoft.
- Não dê pancadas nas pilhas, não as arremesse, não pise nelas nem as exponha a choques físicos fortes.
- Não perfure os invólucros das pilhas de maneira alguma.
- Não tente desmontar ou modificar as pilhas de forma alguma.
- Não recarregue as pilhas perto do fogo ou em condições extremamente quentes.

⚠ **ATENÇÃO: Use o carregador de pilha correto**
Carregue as pilhas recarregáveis apenas com o recarregador fornecido com o produto. O uso de um método de carregamento indevido pode resultar em incêndio ou explosão.

## USO E CUIDADO DE SEU ACESSÓRIO DO XBOX ONE

⚠ **ATENÇÃO: Não tente consertar** Não tente desmontar, abrir, consertar ou modificar os acessórios do Xbox One. Isso pode apresentar risco de choque elétrico, danos, fogo ou outros riscos. Evidências de tentativas de abrir e/ou modificar este dispositivo, incluindo áreas descascadas ou perfuradas, assim como a remoção de qualquer rótulo, cancelarão a Garantia Limitada e desqualificarão o acessório do Xbox One para reparo autorizado. A modificação de qualquer acessório do Xbox One pode resultar em banimento permanente do Xbox Live, o qual é necessário para jogar e para alguns outros usos do console.

**Uso e limpeza**

⚠ **ATENÇÃO: Não permita que os acessórios do Xbox One entrem em contato com líquidos**
Para reduzir o risco de incêndio ou choque, não exponha o(s) dispositivo(s) à chuva ou a outros tipos de umidade.

Use de acordo com as seguintes instruções:

- Não use acessórios perto de nenhuma fonte de calor.
- Use apenas conexões e acessórios especificados pela Microsoft.
- Não tente limpar os conectores.
- Limpe somente com um pano seco.

Para obter mais informações, visite xbox.com/xboxone/accessories/productcare.

## JOGUE DE FORMA SAUDÁVEL

⚠ **ATENÇÃO: Avisos importantes para a saúde sobre a execução de videogames**

**Crises convulsivas fotossensíveis**
Uma porcentagem muito pequena de pessoas pode sofrer de ataque apoplético quando expostas a determinadas imagens visuais, inclusive luzes piscando ou padrões que podem ser exibidos em videogames. Mesmo as pessoas que não possuem histórico de ataques apopléticos ou epilepsia podem ter uma condição não diagnosticada que pode causar esses "ataques apopléticos fotossensíveis" enquanto olham para imagens de videogame.

Esses ataques podem apresentar uma variedade de sintomas, inclusive delírio, visão alterada, contração dos olhos ou da face, espasmos ou tremor dos braços e pernas, desorientação, confusão ou perda momentânea de consciência. Os ataques também podem causar perda de consciência ou convulsões que podem levar a ferimentos causados por quedas ou impactos nos objetos que estiverem por perto.

Pare de jogar imediatamente e consulte um médico se sentir qualquer um desses sintomas. Os pais devem observar a possível presença desses sintomas em seus filhos ou perguntar a eles se os sentem — crianças e adolescentes são mais propensos a sofrer essas crises do que adultos. O risco de ataques apopléticos fotossensíveis pode ser reduzido ao se tomar as seguintes precauções:

- Fique um pouco mais afastado da tela da TV.
- Usar uma tela de TV menor.
- Jogar em um ambiente bem iluminado.
- Não jogar quando estiver com sono ou cansado.
- Caso você ou algum parente tenham histórico de convulsões ou epilepsia, consulte um médico antes de jogar.

**Distúrbios musculoesqueléticos**
O uso de controles de jogo, teclados, mouse ou outros dispositivos de entrada eletrônicos pode estar associado a lesões e distúrbios graves.

Quando jogar videogame, assim como acontece com várias atividades, você pode sentir um desconforto ocasional em suas mãos, braços, ombros, pescoço ou outras partes do corpo. Entretanto, se sentir sensações persistentes ou recorrentes de desconforto, dor, palpitação, formigamento, amortecimento, ardor intenso ou rigidez, NÃO IGNORE ESSES SINAIS DE ALERTA. CONSULTE IMEDIATAMENTE UM PROFISSIONAL DE SAÚDE QUALIFICADO, mesmo que os sintomas ocorram quando você não está jogando um videogame. Esse tipo de sintoma pode estar associado a lesões dolorosas e às vezes permanentemente incapacitantes ou a afecções nos nervos, músculos, tendões, vasos sanguíneos e outras partes do corpo. Os problemas musculoesqueléticos (MSD) incluem síndrome do túnel do carpo, tendinite, tenossinovite, síndromes da vibração e outras condições.

Embora os pesquisadores ainda não sejam capazes de responder as várias dúvidas sobre os problemas musculoesqueléticos, todos concordam que vários fatores podem estar ligados ao problema, inclusive condições médicas e físicas, estresse e o modo de tratar o problema, estado de saúde geral e como a pessoa se posiciona e usa seu corpo durante o trabalho e outras atividades (incluindo jogar videogame). Alguns estudos sugerem que a quantidade de tempo que uma pessoa dedica a uma atividade também pode ser um fator.

Você pode encontrar algumas orientações que poderão ajudá-lo a trabalhar e jogar com mais conforto e possivelmente reduzir o risco de sofrer de um problema musculoesquelético no Healthy Gaming Guide em xbox.com/xboxone/playhealthy. Essas orientações incluem tópicos como:

- Adotar posturas corporais cômodas e não prejudiciais.
- Manter relaxadas as mãos, os dedos e outras partes do corpo.
- Fazer intervalos.
- Desenvolver um estilo de vida saudável.

Caso tenha dúvidas sobre como o seu estilo de vida, as suas atividades ou os seus problemas médicos ou físicos podem estar relacionados aos DMEs, consulte um profissional de saúde qualificado.

**ATENÇÃO: Risco de engasgo**
Este dispositivo pode conter peças pequenas que constituam risco de engasgo para crianças com menos de três anos de idade. Mantenha peças pequenas fora do alcance das crianças.

**Certifique-se de que as crianças joguem com segurança**
Certifique-se de que as crianças que utilizam qualquer acessório do Xbox One juntamente com o console Xbox One e o sensor Kinect joguem com segurança e dentro de seus limites, e verifique se elas entendem o uso correto do sistema.

Não use acessórios não licenciado, objetos não autorizados ou outros objetos com o sensor Kinect.

O uso desses acessórios ou objetos pode provocar ferimentos em você ou em outras pessoas e/ou danos ao sensor ou outra propriedade. O uso de acessórios não autorizados viola a Licença de Software e pode anular a Garantia Limitada.

**ATENÇÃO: Segurança da audição**
A exposição excessiva a volumes altos de som usando um headset pode resultar em perda temporária ou permanente da audição. Para reduzir o risco de perda auditiva, defina o volume em um nível alto o suficiente para ouvir claramente em um local tranquilo, e não mais alto do que isso.

- Não aumente o volume depois que você começar a ouvir. Seus ouvidos podem se adaptar ao longo do tempo para que o volume alto pareça normal, mas um volume elevado ainda pode prejudicar sua audição.
- Não aumente o volume para bloquear o ruído exterior. A combinação de ruídos externos e som de seus fones de ouvido pode causar danos à sua audição. Fones vedados ou de cancelamento de ruído podem reduzir o ruído externo, para que você não tenha que aumentar o volume.
- Se você não conseguir entender alguém que está falando normalmente nas proximidades, abaixe o volume.

O som que abafa a fala normal pode prejudicar sua audição. Mesmo com fones de ouvido vedados ou com cancelamento de ruído, você deve ser capaz de ouvir as pessoas próximas falando.

**Minimize o tempo de escuta de sons elevados**

- Quanto mais tempo você ficar exposto a altos volumes de som, mais provável será que sua audição seja prejudicada. Quanto mais alto for o som, menor será o tempo necessário para prejudicar a audição.
- No volume máximo, ouvir música no aparelho com fones de ouvido pode causar danos permanentes à sua audição em 15 minutos. Até mesmo volumes inferiores poderão prejudicar a audição, se você for exposto a eles por muitas horas.
- Todo o som ao qual você é exposto durante o dia tem um efeito cumulativo. Se você for exposto a outros sons altos, levará menos tempo para que os volumes elevados causem danos auditivos.
- Para usar o dispositivo com segurança sem um limite de tempo, mantenha o volume baixo o suficiente para que você possa manter uma conversa com pessoas próximas.

**⚠ CUIDADO: Dispositivos médicos pessoais**

As emissões de radiofrequência de equipamentos eletrônicos podem prejudicar o funcionamento de outros equipamentos eletrônicos, causando defeitos. Embora o dispositivo tenha sido projetado, testado e fabricado de acordo com as normas que regem a emissão de radiofrequência em países como Estados Unidos, Canadá, União Europeia e Japão, os transmissores sem fio e circuitos elétricos no dispositivo podem causar interferência em outros equipamentos eletrônicos. Sempre tome as seguintes precauções:

**Pessoas com marca-passo**

- A Health Industry Manufacturers Association recomenda que seja mantida a distância mínima de 15 cm (6 polegadas) entre um telefone celular e um marca-passo, para evitar potenciais interferências no marca-passo.
- Dispositivos sem fio não devem ser transportados no bolso do peito.
- Se você tiver qualquer razão para suspeitar de que está ocorrendo interferência, desligue o aparelho imediatamente.

**Outros dispositivos médicos**

Se você usar qualquer outro dispositivo médico pessoal, consulte o fabricante do dispositivo médico ou seu médico para determinar se é adequado o uso de outros dispositivos eletrônicos perto de seu dispositivo médico.

## GARANTIA DO FABRICANTE

A garantia limitada está disponível online em http://xbox.com/xboxone/warranty, e a licença de software está disponível em http://xbox.com/xboxone/slt.

Você deve aceitar os termos e condições da Garantia Limitada e este manual para usar o acessório do Xbox One. Se você não aceitar estes termos e condições, não configure ou use o acessório do Xbox One e devolva-o à Microsoft ou ao seu fornecedor para receber o reembolso.

## LICENÇA DE SOFTWARE

Os termos da licença de software do seu Xbox One ou Acessório estão disponíveis no endereço xbox.com/xboxone/slt. Ao usar o seu Xbox One ou Acessório, você concorda com estes termos de licença de software. Antes de configurá-lo, por favor, leia atentamente os termos da licença de software. Se você não aceitar os termos da licença de software, não use o seu Xbox One ou Acessório. Devolva-o sem uso para a loja onde comprou o seu Xbox One ou Acessório ou à Microsoft para obter um reembolso.

## INFORMAÇÕES REGULAMENTARES

- Não se destina a uso em aplicativos de maquinaria, médicos ou industriais.
- Quaisquer mudanças ou modificações não aprovadas expressamente pela Microsoft poderão anular a autorização do usuário para operar o equipamento.
- Este produto se destina ao uso com equipamento de sistemas da informação listado pelo NRTL (UL, CSA, ETL etc.) e/ou compatível com IEC/EN 60950-1 (certificado pela marca CE).
- Não há peças incluídas que necessitem de manutenção.
- Este dispositivo é classificado como um produto comercial para operação a +5 ºC (+41 ºF) a +35 ºC (+95 ºF).

Este dispositivo digital de Classe B está em conformidade com a Parte 15 das Regulamentações FCC, conforme aplicável. A operação está sujeita às duas condições a seguir: (1) este dispositivo não pode causar interferências prejudiciais e (2) este dispositivo deve aceitar toda interferência recebida, incluindo interferências que possam prejudicar o funcionamento.

Para obedecer aos requisitos de exposição a RF da FCC, as seguintes configurações operacionais devem ser satisfeitas: a antena deve ser instalada pelo fabricante e não podem ser feitas alterações. Os dispositivos sem fio não devem ser posicionados ao lado de outra antena ou transmissor ou funcionar em conjunto com estes. Com exceção do headset e dos dispositivos de mão, os dispositivos sem fio devem ficar a pelo menos 20 cm de distância da antena do dispositivo sem fio e de qualquer pessoa.

**Somente para dispositivos 802.11a e 802.11n 5GHz**
Este produto está restrito somente a uso interno para reduzir qualquer potencial de interferência prejudicial com operação licenciada na faixa de frequência de 5,15 a 5.25 GHz.

Microsoft Corporation; One Microsoft Way; Redmond, WA 98052-6399; E.U.A. Estados Unidos: (800) 426-9400; Canadá: (800) 933-4750.

**Normas de interferência para rádio e TV**
Os(s) dispositivo(s) de hardware da Microsoft pode(m) irradiar energia de radiofrequência. Se não for instalado e usado estritamente de acordo com as instruções fornecidas na documentação impressa e/ou nos arquivos de ajuda na tela, o dispositivo poderá causar interferência prejudicial a outros dispositivos de radiocomunicação (por exemplo, rádios AM/FM, televisões, babás eletrônicas, telefones sem fio etc.). Entretanto, não há garantia de que tal interferência de RF não ocorra em uma instalação particular.

Para determinar se o seu dispositivo de hardware está causando interferência em outros dispositivos de radiocomunicação, desconecte o dispositivo do computador ou remova as pilhas do dispositivo (no caso de um dispositivo operado por pilhas). Se a interferência parar, provavelmente foi causada pelo dispositivo. Se a interferência continuar depois que você desconectar o dispositivo de hardware ou retirar as pilhas, desligue o computador e ligue-o novamente. Se a interferência parar quando o computador estiver desligado, verifique se um dos dispositivos de entrada/saída (E/S) ou uma das placas de acessórios internos do computador está causando o problema. Desconecte os dispositivos de E/S, um de cada vez, e verifique se a interferência cessará.

Se este dispositivo de hardware causar interferência, tente executar as seguintes medidas para corrigi-la:

- Mude o local da antena do outro dispositivo de radiocomunicação (por exemplo, rádio AM/FM, televisões, babás eletrônicas, telefones sem fio etc.) até que a interferência pare.
- Afaste mais o dispositivo de hardware do rádio ou TV ou mova-o para um dos lados do rádio ou TV.
- Conecte o computador a outra tomada, de modo que o dispositivo de hardware e o rádio ou a TV estejam em circuitos diferentes, controlados por disjuntores ou fusíveis diferentes.

Caso necessário, consulte o revendedor do computador ou um técnico de rádio/TV experiente para obter mais sugestões. Para obter mais informações sobre problemas de interferência, visite o site da FCC em: fcc.gov/cgb/consumerfacts/interference.html. Você também pode ligar para a FCC em 1-888-CALL FCC para solicitar fichas técnicas sobre interferência e interferência telefônica.

**ATENÇÃO: Dispositivos sem fio a bordo de aeronaves**
Antes de embarcar em uma aeronave ou colocar um dispositivo sem fio na bagagem que será inspecionada, remova as pilhas do dispositivo sem fio ou desligue-o (se ele tiver uma chave liga/desliga). Quando estão ligados (se tiverem uma chave liga/desliga) e com as pilhas instaladas, os dispositivos sem fio podem transmitir energia de radiofrequência (RF) de modo bastante semelhante ao de um telefone celular.

**Descarte de pilhas e de material elétrico e eletrônico**
Este símbolo no produto ou em suas pilhas ou embalagem significa que o produto e suas pilhas não devem ser colocados no lixo comum de casa. Pelo contrário, é responsabilidade do proprietário levá-lo a um ponto de coleta para reciclagem de pilhas e equipamento eletroeletrônico. A coleta seletiva e a reciclagem contribuem para a preservação dos recursos naturais e evitam consequências negativas potenciais, para a saúde humana e para o ambiente, devido à possível presença de substâncias nocivas em pilhas e equipamentos eletroeletrônicos, que poderiam ser causadas pelo descarte inadequado desses materiais. Para obter mais informações sobre os postos de coleta de pilhas e equipamentos eletroeletrônicos, entre em contato com a prefeitura, serviço de coleta coletiva de lixo ou a loja onde adquiriu este produto. Contate erecycle@microsoft.com para obter mais informações sobre coleta de pilhas e equipamentos eletroeletrônicos usados.

Este produto pode usar pilhas de lítio, NiMH ou alcalinas. Este produto se destina ao uso com equipamento de informática listado pelo NRTL (UL, CSA, ETL etc.) e/ou compatível com IEC/EN 60950 (certificado pela marca CE).

Vá para xbox.com/xboxone/regulatory para obter mais informações.

## DIREITOS AUTORAIS

As informações e opiniões neste documento, incluindo URLs e outras referências a sites da Internet, estão sujeitas a alterações sem aviso. Este documento não oferece a você quaisquer direitos legais sobre qualquer propriedade intelectual de qualquer produto da Microsoft. Você pode copiar e usar este documento para fins de referência interna.

© 2014 Microsoft Corporation. Todos os direitos reservados. Microsoft, Windows, Xbox, Xbox One, Xbox 360, Xbox Live, Kinect, os logotipos Xbox e o logotipo Xbox Live são marcas do grupo Microsoft de empresas.

## ATENDIMENTO AO CLIENTE

Para obter respostas a perguntas comuns, etapas para solução de problemas e informações para contatar o Atendimento ao Cliente Xbox, visite o site xbox.com/xboxone/support.

# GUIDE DES ACCESSOIRES XBOX ONE

**RENSEIGNEMENTS IMPORTANTS SUR LA GARANTIE ET LA SÉCURITÉ DU PRODUIT**

⚠ **Ce symbole désigne des messages relatifs à la sécurité et à la santé dans le présent guide de produit.**
Veuillez lire ce guide pour obtenir des renseignements importants en matière de santé et de sécurité relatifs au produit que vous avez acheté.

⚠ **AVERTISSEMENT :** Le fait de ne pas suivre les directives de configuration, d'utilisation et d'entretien de ce produit peut augmenter les risques de blessure grave ou causer la mort, ou des dommages à la propriété ou au produit et à ses accessoires. Veuillez lire le présent guide de produit pour obtenir des renseignements importants sur la santé et la sécurité, ou consulter la page xbox.com/xboxone/accessories/useinstructions.

**ENTENTE SUR LA GARANTIE LIMITÉE DE XBOX ONE ET MODALITÉS DE LICENCE LOGICIELLE**
Vous devez accepter les conditions d'utilisation Xbox (y compris les modalités de licence de jeux et de licence logicielle Xbox) sur xbox.com/live/termsofuse, les modalités de licence logicielle sur xbox.com/xboxone/slt et la garantie limitée sur xbox.com/xboxone/warranty afin d'utiliser votre console Xbox One, les accessoires Xbox ou le capteur Kinect for Xbox. En utilisant la console Xbox One, les accessoires Xbox ou le capteur Kinect for Xbox One, vous acceptez d'être lié par les présentes modalités. Veuillez les lire. Si vous ne les acceptez pas, vous ne devez pas installer ou utiliser votre console Xbox One, vos accessoires Xbox ou le capteur Kinect for Xbox One. Vous devez retourner le produit Xbox à Microsoft ou à votre détaillant pour un remboursement.

## SÉCURITÉ ÉLECTRIQUE

⚠ **AVERTISSEMENT :** Comme dans le cas de nombreux autres appareils électriques, omettre de suivre les précautions suivantes peut causer des blessures graves, voire la mort, à la suite d'une décharge électrique, d'un incendie ou causer des dommages à la console Xbox One et à ses accessoires :

- Utilisez uniquement un câble de chargement approuvé.
- Ne laissez pas un dispositif sans fil ou un câble de chargement entrer en contact avec l'eau.
- Débranchez le câble de chargement durant un orage ou lorsqu'il est inutilisé pendant des périodes prolongées.
- Afin de prévenir les dommages, évitez de vous asseoir ou de marcher sur un dispositif sans fil, son câble ou la prise ou le connecteur du câble.

⚠ **ATTENTION : Câbles et cordons**
Afin de réduire les dangers de chute potentiels, placez tous les câbles et les cordons de façon à ce que les personnes et les animaux ne soient pas susceptibles de trébucher sur ceux-ci ou de les accrocher accidentellement et ne laissez pas les enfants jouer avec eux.

Allez sur xbox.com/xboxone/electricalsafety pour obtenir plus de renseignements.

## APPAREILS À PILE

⚠ **AVERTISSEMENT : Sécurité concernant la pile**
Les précautions suivantes doivent être suivies avec tous les produits utilisant des piles rechargeables ou jetables, dont celles au lithium polymère. Une utilisation inappropriée de la pile peut causer des blessures graves, la mort, des dommages à la propriété ou au produit et à ses accessoires en raison d'une fuite de liquide, d'un incendie, d'une surchauffe ou d'une explosion. Le liquide contenu dans les piles est corrosif, voire toxique. Il peut provoquer des brûlures aux yeux ou à la peau et est nocif s'il est avalé. Pour réduire le risque de blessures :

Gardez les piles hors de la portée des enfants.

Retirez les piles si elles sont usées ou si vous comptez ranger votre appareil durant une période prolongée. Si vos piles sont vieilles, faibles ou usées, enlevez-les sans tarder et recyclez-les ou jetez-les conformément aux règles locales et régionales/nationales.

Si une pile fuit, retirez toutes les piles en suivant les instructions d'installation à rebours pour ce produit, en faisant attention de ne pas laisser le liquide entrer en contact avec votre peau ou vos vêtements. Si le liquide des piles entre en contact avec la peau ou les vêtements, rincez immédiatement la peau à grande eau. Avant d'insérer de nouvelles piles, nettoyez à fond le compartiment à piles avec un linge sec, ou suivez les instructions de nettoyage du fabricant de la pile.

- Vous ne devez jamais écraser, ouvrir, perforer, mutiler, chauffer au-dessus de 35 °C (95 °F), appliquer une chaleur directe ou disposer des piles en les jetant dans un feu.
- Ne mélangez pas des anciennes et des nouvelles piles ou des piles de types différents (par exemple, au carbone-zinc et alcalines).
- Les objets de métal ne doivent pas toucher les bornes des piles; ils peuvent devenir chauds et causer des brûlures.
- Ne transportez pas ou ne placez pas de piles avec des colliers, des épingles à cheveux ou tout autre objet métallique.
- Ne laissez pas un dispositif à pile à la lumière directe du soleil pour une période prolongée, comme sur un tableau de bord d'une voiture en été.
- N'immergez pas de piles dans l'eau ou ne les laissez pas entrer en contact avec l'eau.
- Ne branchez pas directement de piles sur des prises électriques ou dans l'allume-cigare d'une voiture.
- N'essayez pas de les brancher sur les bornes de pile à moins d'utiliser un appareil hôte approuvé par Microsoft.
- Évitez de frapper, lancer, marcher sur une pile ou de lui faire subir un choc important.
- Ne perforez jamais le logement de la pile d'une quelconque façon.
- N'essayez pas de désassembler ou de modifier les piles d'une quelconque façon.
- Ne rechargez pas de piles près d'un feu ou dans des conditions de chaleur extrême.

**⚠ AVERTISSEMENT : Utilisez le chargeur de pile approprié.**
Chargez les piles rechargeables uniquement avec le chargeur fourni avec le produit. Suivre une mauvaise méthode de chargement peut causer un incendie ou une explosion.

## UTILISATION ET ENTRETIEN DE VOTRE ACCESSOIRE XBOX ONE

**⚠ AVERTISSEMENT : N'essayez pas de le réparer** Ne tentez pas de démonter, d'ouvrir, de réparer ou de modifier les accessoires Xbox One. Vous pourriez courir un risque de décharge électrique, de dommage, d'incendie ou autre. Tout signe de tentative d'ouverture ou de modification de cet appareil, y compris tout décollement, toute perforation ou tout retrait des étiquettes, annulera la garantie limitée et rendra la console Xbox One inadmissible à la réparation autorisée. La modification de tout accessoire Xbox One peut faire en sorte de vous bannir de façon permanente de Xbox Live, lequel est requis pour jouer à des jeux et pour d'autres utilisations de la console.

**Utilisation et nettoyage**

**⚠ AVERTISSEMENT : Ne laissez pas les accessoires Xbox One entrer en contact avec l'eau**
Pour réduire les risques d'incendie ou de décharge électrique, n'exposez pas l'appareil à la pluie ou à d'autres types d'humidité.

Suivez ces instructions lors de votre utilisation :

- N'utilisez pas les accessoires près d'une source de chaleur.
- N'utilisez que des accessoires approuvés par Microsoft.
- Ne tentez pas de nettoyer les connecteurs.
- Nettoyez le produit à l'aide d'un chiffon sec.

Pour obtenir plus de renseignements, allez sur xbox.com/xboxone/accessories/productcare.

## DE SAINES PRÉCAUTIONS

**⚠ AVERTISSEMENT : Informations importantes relatives à la sécurité lorsque vous jouez à des jeux vidéo.**

**Crises d'épilepsie liées à la photosensibilité**
Pour un très faible pourcentage de personnes, l'exposition à certaines images, notamment aux lueurs et aux motifs clignotants pouvant apparaître dans les jeux vidéo, risque de provoquer une crise d'épilepsie liée à la photosensibilité. Même des personnes sans antécédent épileptique peuvent en être victimes.

Les symptômes de ces crises peuvent varier : étourdissements, altération de la vision, mouvements convulsifs des yeux ou du visage, crispation ou tremblement des bras ou des jambes, désorientation, confusion, perte de connaissance momentanée. Vous pouvez également vous blesser après être tombé ou avoir heurté des objets près de vous suite à une perte de conscience ou à des convulsions.

Arrêtez immédiatement de jouer et consultez un médecin si vous souffrez d'au moins un de ces symptômes. Il est conseillé aux parents de surveiller leurs enfants et de leur poser des questions concernant les symptômes ci-dessus; les enfants et les adolescents sont effectivement plus sujets à ce genre de crise que les adultes. Les précautions suivantes peuvent réduire le risque d'une crise d'épilepsie photosensible :

- Éloignez-vous du téléviseur.
- Utilisez un écran de télévision de petite taille.
- Jouez dans une pièce bien éclairée.
- Évitez de jouer en cas d'envie de dormir ou de fatigue.
- Si vous ou un membre de votre famille avez des antécédents de crises d'épilepsie, consultez un médecin avant de jouer.

**Troubles musculo-squelettiques**
Il est possible que l'utilisation de manettes de jeu, de claviers, de souris ou d'autres périphériques d'entrée électroniques entraîne de graves blessures ou troubles.

Comme c'est le cas pour de nombreuses activités, il est possible que vous ressentiez occasionnellement de l'inconfort dans vos mains, vos bras, vos épaules, votre cou ou d'autres parties de votre corps lorsque vous jouez à des jeux vidéo. Cependant, si vous ressentez de façon persistante ou récurrente un inconfort, une douleur, un élancement, des picotements, un engourdissement, une sensation de brûlure ou une raideur, N'IGNOREZ PAS CES SIGNES AVANT-COUREURS. CONSULTEZ RAPIDEMENT UN PROFESSIONNEL DE LA SANTÉ QUALIFIÉ, même si les symptômes surviennent lorsque vous ne jouez pas à un jeu vidéo. De tels symptômes peuvent être associés à de douloureux, et parfois permanents, troubles et maladies affectant les nerfs, les muscles, les tendons, les vaisseaux sanguins et d'autres parties du corps. Ces troubles musculosquelettiques (TMS) incluent le syndrome du canal carpien, la tendinite, la ténosynovite, des syndromes de vibration, ainsi que d'autres symptômes.

Même si de nombreuses questions sur les TMS demeurent encore sans réponse, les chercheurs s'entendent généralement pour dire que de nombreux facteurs peuvent contribuer à leur apparition, y compris les maladies, la condition physique, le stress et la façon de le gérer, l'état de santé général, la position du corps lors du travail et des autres activités (comme les jeux vidéo). Selon certaines études, la durée d'une activité serait possiblement un facteur.

Certaines directives peuvent vous aider à travailler et à jouer confortablement, et peuvent réduire le risque de souffrir d'un TMS. Elles sont répertoriées à la page Guide sur la façon saine de jouer à la page xbox.com/xboxone/playhealthy. Parmi ces directives, notons les suivantes :

- Adoptez des positions confortables.
- Assurez-vous de détendre vos mains, vos doigts et les autres parties de votre corps.
- Prenez des pauses.
- Adoptez un mode de vie sain.

Si vous avez des questions concernant un possible lien entre votre mode de vie, vos activités, votre état de santé ou votre condition physique et les TMS, consultez un professionnel de la santé qualifié.

**AVERTISSEMENT : Risque de suffocation**
Cet appareil est susceptible de contenir de petites pièces pouvant présenter un risque de suffocation pour les enfants de moins de 3 ans. Gardez ces petites pièces hors de la portée des enfants.

**Vous devez vous assurer que les enfants s'amusent en sécurité.**
Vous devez vous assurer que les enfants qui utilisent les accessoires Xbox One avec la console Xbox One et le capteur Kinect le font de manière sécuritaire, respectent leurs limites et vous devez vous assurer qu'ils comprennent bien comment utiliser le système.

N'utilisez pas d'accessoires sans licence ou d'objets non autorisés avec le capteur Kinect.

Le non-respect de cette consigne pourrait causer des blessures ou des dommages au capteur ou à d'autres biens. L'utilisation d'accessoires non autorisés va à l'encontre de la licence de logiciel et pourrait annuler la garantie limitée.

**AVERTISSEMENT : Sécurité auditive**
Une exposition prolongée à des niveaux sonores élevés lorsque vous portez un casque risque de provoquer une perte auditive temporaire ou permanente. Pour réduire le risque de perte auditive, réglez le volume assez fort pour bien entendre dans les environnements silencieux, et non plus fort que le bruit ambiant.

- Ne montez pas le volume après avoir commencé l'écoute. Avec le temps, vos oreilles s'habituent de façon à ce qu'un volume élevé semble normal, mais ce volume peut quand même endommager votre ouïe.

- Ne montez pas le volume dans le but d'étouffer le bruit extérieur. Le bruit extérieur combiné au son de vos écouteurs risque d'endommager votre ouïe. Les écouteurs fermés ou suppresseurs de bruit réduisent l'intensité du bruit extérieur afin que vous n'ayez pas à augmenter le volume.
- Si vous ne pouvez pas entendre quelqu'un près de vous qui parle normalement, baissez le volume. Les sons qui noient les paroles d'intensité normale peuvent endommager votre ouïe. Même en portant des écouteurs fermés ou suppresseurs de bruit, vous devriez entendre la voix des personnes qui vous entourent.

**Réduisez au minimum le temps que vous passez à écouter des sons d'une intensité élevée**

- Plus vous passez de temps à écouter des sons d'une intensité élevée, plus vous risquez d'endommager votre ouïe. Plus le son est fort, moins le temps nécessaire pour endommager l'ouïe est long.
- Écouter de la musique au volume maximum et en portant des écouteurs peut endommager votre ouïe de façon permanente en 15 minutes. Même les volumes plus faibles peuvent entraîner une perte auditive si vous y êtes exposé pendant de nombreuses heures.
- Tous les sons que vous entendez pendant une journée s'additionnent. Si vous êtes exposé à d'autres sons d'une intensité élevée, votre ouïe sera endommagée plus rapidement en écoutant à volume élevé.
- Pour utiliser l'appareil en toute sécurité sans limite de temps, maintenez le volume suffisamment bas pour pouvoir converser avec les personnes près de vous.

⚠ **ATTENTION : Dispositifs médicaux personnels**

Les émissions de radiofréquence de l'équipement électronique peuvent affecter le fonctionnement d'autres équipements électroniques, et provoquer un mauvais fonctionnement. Bien que le dispositif soit conçu, testé et fabriqué conformément aux réglementations gouvernant l'émission de fréquence radio dans des différents pays, comme les États-Unis, le Canada, ceux de l'Union européenne et le Japon, les émetteurs sans fil et les circuits électriques qui les composent peuvent causer de l'interférence sur d'autres équipements électroniques. Toujours suivre les précautions suivantes :

**Personnes avec un stimulateur cardiaque**

- La Health Industry Manufacturers Association recommande de conserver un dégagement minimal d'au moins 15 cm (6 po) entre un appareil sans fil et un stimulateur cardiaque afin d'éviter une interférence potentielle avec le stimulateur.
- Les appareils sans fil ne doivent pas être transportés dans une poche à hauteur du torse.
- Si vous avez des raisons de suspecter une interférence, éteignez l'appareil immédiatement.

**Autres appareils médicaux**

Si vous utilisez un autre appareil médical personnel, communiquez avec le fabricant de l'appareil médical ou votre médecin afin de déterminer si vous pouvez l'utiliser avec d'autres appareils électroniques à proximité.

## GARANTIE DU FABRICANT

Microsoft garantit que votre console Xbox One et votre capteur Kinect pour Xbox One ne présenteront aucune défectuosité en conditions normales d'utilisation pendant un an à partir de la date d'achat. La garantie ne couvre pas l'usure normale et les dommages causés par un accident ou survenant à la suite d'une mauvaise utilisation. **D'autres exclusions et restrictions s'appliquent, notamment concernant la qualité marchande.** Pour obtenir une réparation, communiquez avec Microsoft au numéro 800 4MY-XBOX (469-9269) ou visitez le site xbox.com/support. Veuillez lire l'ensemble de la garantie limitée à l'adresse xbox.com/xboxone/warranty; vous y trouverez notamment des renseignements supplémentaires sur les réparations. Vous pouvez lire le document et vous l'envoyer par courriel au moment de l'enregistrement du produit.

## RENSEIGNEMENTS RÉGLEMENTAIRES

- Ce produit n'a pas été conçu pour être utilisé avec de la machinerie ni pour des applications médicales ou industrielles.
- Tout changement ou toute modification n'ayant pas l'approbation de Microsoft pourrait retirer à l'utilisateur le droit de se servir de ce produit.
- Ce produit est conçu pour être utilisé avec du matériel de technologie de l'information conforme aux normes NRTL (UL, CSA, ETL, etc.) ou IEC/EN 60950 (mention CE).
- Ne contient aucune pièce à entretenir à l'intérieur.
- Cet appareil est un produit commercial dont la température de fonctionnement nominale se situe entre

5 °C (41 °F) et 35 °C (95 °F).

Cet appareil numérique de classe B est conforme, le cas échéant, à la Partie 15 des règlements de la FCC. L'utilisation de ce dispositif est autorisée seulement aux deux conditions suivantes : (1) cet appareil ne doit pas causer d'interférences et (2) cet appareil doit pouvoir accepter les interférences, y compris celles qui pourraient nuire à son fonctionnement.

Cet appareil numérique de la classe B est conforme aux normes NMB-003, CNR-Gen, CNR-210 et CNR-310 du Canada. Son fonctionnement est assujetti aux deux conditions suivantes : (1) Cet appareil ne peut pas provoquer d'interférences nuisibles et (2) cet appareil doit accepter toute interférence reçue, y compris les interférences pouvant entraîner un fonctionnement non désiré.

Pour se conformer aux normes en matière d'exposition aux radiofréquences, les exigences suivantes doivent être respectées : l'antenne a été installée par le fabricant et aucun changement ne peut y être apporté; les dispositifs sans fil ne doivent pas être co-implanté ni utilisé conjointement avec une autre antenne ou un autre émetteur. À l'exception des micros-casques et des appareils portables, les appareils sans fil doivent être utilisés à une distance supérieure à 20 cm de leur antenne et de toute personne.

**Uniquement pour les appareils de 5 GHz 802.11a et 802.11n**
Ce produit doit être utilisé uniquement à l'intérieur pour réduire les risques d'interférences nuisibles potentielles lors d'une utilisation sous licence dans une plage de fréquence allant de 5,15 à 5,25 GHz.

Microsoft Corporation; One Microsoft Way; Redmond, WA 98052-6399; U.S.A. États-Unis : 800 426-9400; Canada : (800) 933-4750.

**Réglementations relatives aux interférences TV et radio**
Les appareils de Microsoft peuvent émettre de l'énergie radiofréquence (RF). S'ils ne sont pas installés ou utilisés conformément aux instructions de la documentation imprimée ou des fichiers d'aide à l'écran, ces dispositifs peuvent provoquer des interférences nuisibles aux dispositifs de communications radio (par exemple, radios AM/FM, téléviseurs, interphones de surveillance, téléphones sans fil). Il n'est toutefois pas exclu que des interférences RF puissent survenir dans une installation particulière.

Pour savoir si votre appareil cause des interférences, débranchez-le de votre ordinateur ou, le cas échéant, retirez-en les piles. Si les interférences cessent, elles provenaient probablement de votre appareil. Si elles continuent, après le débranchement du matériel ou le retrait des piles, éteignez l'ordinateur, puis rallumez-le. Si les interférences ont cessé lorsque l'appareil était éteint, vérifiez si le problème provient de l'un des périphériques d'entrée-sortie connectés sur l'appareil ou d'une des cartes d'accessoires internes de l'ordinateur. Déconnectez alors ces périphériques d'E/S un à un jusqu'à ce que les interférences cessent.

Si ce dispositif matériel engendre des interférences, essayez l'une des mesures suivantes pour résoudre ce problème :

- Déplacez l'antenne de l'autre dispositif de radiocommunications (par exemple, radios AM/FM, téléviseurs, interphones de surveillance, téléphones sans fil) jusqu'à ce que les interférences cessent.
- Éloignez le dispositif matériel de la radio ou du téléviseur ou déplacez-le d'un côté ou de l'autre de votre radio ou de votre téléviseur.
- Branchez l'ordinateur dans une autre prise de courant afin que le matériel et la radio ou le téléviseur se trouvent sur des circuits contrôlés par des disjoncteurs ou des fusibles distincts.

Au besoin, consultez le revendeur d'ordinateurs ou un technicien spécialiste en radio/télévision pour d'autres suggestions. Pour obtenir de plus amples renseignements sur les problèmes d'interférence, visitez le site Web de la FCC à l'adresse : fcc.gov/cgb/consumerfacts/interference.html. Vous pouvez également appeler la FCC au 1 888 CALL FCC pour demander les fiches d'information sur l'interférence et l'interférence téléphonique.

**⚠ AVERTISSEMENT : Appareils sans fil à bord d'un aéronef**
Avant d'embarquer dans un aéronef ou d'emballer un appareil sans fil dans un bagage qui sera enregistré, vous devez retirer les piles de l'appareil ou l'éteindre (si doté d'un interrupteur). Les appareils sans fil peuvent émettre de l'énergie RF, comme un téléphone cellulaire, lorsque les piles sont en place et que l'appareil est allumé (si doté d'un interrupteur).

**Élimination des piles et des déchets d'équipements électriques et électroniques**

Ce symbole, apposé sur le produit, sur les piles ou sur l'emballage, indique que le produit et les piles qu'il contient ne doivent pas être jetés avec vos ordures ménagères. En effet, il vous incombe de le remettre à un point de collecte approprié pour le recyclage des piles et du matériel électrique et électronique. Cette collecte et ce recyclage distincts permettront de conserver les ressources naturelles et de prévenir d'éventuelles conséquences néfastes sur la santé humaine et l'environnement découlant de la présence possible de substances dangereuses dans les piles et le matériel électrique et électronique. Pour savoir où apporter vos piles et vos appareils électriques et électroniques, communiquez avec votre municipalité, avec le service responsable de la collecte de vos ordures ménagères ou avec le revendeur où vous vous êtes procuré ce produit. Communiquez avec erecycle@microsoft.com pour obtenir plus de renseignements sur les déchets provenant de l'équipement électrique et électronique et des piles usées.

Ce produit peut utiliser des piles au lithium, NiMH ou alcalines. Cet appareil ne doit être utilisé qu'avec des appareils conformes à la norme IEC/EN 60950 (marqués du sceau CE) ou reconnus par la NRTL (Nationally recognized testing laboratory) (marqués du sceau UL, CS, ETL, par exemple).

Visitez xbox.com/xboxone/regulatory pour obtenir plus de renseignements.

## DROITS D'AUTEUR

Les renseignements et les opinions exprimées dans le présent document, y compris les URL et les autres références de sites Web Internet, peuvent être modifiés sans préavis. Ce document ne vous accorde aucun droit juridique de propriété intellectuelle sur les produits Microsoft. Vous pouvez copier et utiliser ce document uniquement à des fins de référence interne.

© 2014 Microsoft Corporation. Tous droits réservés. Microsoft, Windows, Xbox, Xbox One, Xbox 360, Xbox Live, Kinect, les logos Xbox et le logo Xbox Live sont des marques de commerce du groupe de sociétés Microsoft.

## SERVICE À LA CLIENTÈLE

Pour connaître les réponses aux questions courantes, des solutions de dépannage et les coordonnées du service à la clientèle de Xbox, consultez la page www.xbox.com/xboxone/support.

# MANUAL DE PRODUCTOS DE ACCESORIOS DE XBOX ONE

### INFORMACIÓN IMPORTANTE SOBRE SEGURIDAD Y GARANTÍA DE PRODUCTOS

⚠ **Este símbolo identifica los mensajes de seguridad y salud de esta guía del producto.**
Lee esta guía para obtener información de seguridad y salud importante sobre el producto que compraste.

⚠ **ADVERTENCIA:** Si este producto no se configura, no se utiliza y no se cuida adecuadamente, aumenta el riesgo de lesiones graves, muerte, daño a la propiedad o daño al producto o a los accesorios relacionados. Lee esta guía del producto para obtener información importante de seguridad y salud, o visita xbox.com/xboxone/accessories/useinstructions.

### ACUERDO DE GARANTÍA LIMITADA DE XBOX ONE Y TÉRMINOS DE LICENCIA DE SOFTWARE

Debes aceptar los Términos de uso de Xbox (incluidos los términos del software de Xbox y los términos de licencia de juegos) en xbox.com/live/termsofuse, los términos de licencia de software en xbox.com/xboxone/slt y la Garantía limitada en xbox.com/xboxone/warranty para usar tu consola Xbox One, los accesorios Xbox y/o el sensor Kinect para Xbox. Al usar la consola Xbox One, los accesorios Xbox y/o el sensor Kinect para Xbox One, aceptas estar sujeto a estos términos. Léelos. Si no los aceptas, no configures ni uses tu consola Xbox One, los accesorios Xbox y/o el sensor Kinect para Xbox One. Devuelve el producto Xbox a Microsoft o a tu vendedor minorista para recibir un reembolso.

## SEGURIDAD ELÉCTRICA

⚠ **ADVERTENCIA:** Al igual que con muchos otros dispositivos eléctricos, si no se toman las siguientes precauciones se pueden producir lesiones graves o la muerte por causa de una descarga eléctrica o incendio, o bien daños a la consola Xbox One y sus accesorios.

- Usa solamente un cable de carga aprobado.
- No permitas que el dispositivo inalámbrico o el cable de carga se mojen.
- Desconecta el cable de carga durante las tormentas eléctricas o cuando no se utilice durante largos períodos.
- Para prevenir daños, evita sentarte o pisar el dispositivo inalámbrico, su cable o el enchufe o conector del cable.

⚠ **PRECAUCIÓN: Cables**
Para reducir los posibles riesgos de tropiezos o enredos, ordena los cables de modo que las personas y mascotas no puedan tropezarse o tirar de ellos accidentalmente al moverse o caminar por el área, y no permitas que los niños jueguen con los cables.

Visita xbox.com/xboxone/electricalsafety para obtener más información.

## DISPOSITIVOS QUE FUNCIONAN CON BATERÍAS

⚠ **ADVERTENCIA: Seguridad de las baterías**
Las siguientes precauciones se aplican a todos los productos que usan baterías recargables o desechables que incluyen polímero de litio. El uso inadecuado de las baterías puede producir lesiones graves, la muerte, daños a la propiedad o daños al producto o sus accesorios relacionados a causa de filtración de líquido de las baterías, incendio, sobrecalentamiento o explosión. El líquido derramado es corrosivo y podría ser tóxico. Puede provocar quemaduras en la piel y en los ojos, y resulta nocivo si se ingiere. Para reducir el riesgo de lesiones:

Mantén las baterías fuera del alcance de los niños.

Extrae las baterías si están gastadas o antes de guardar el dispositivo durante mucho tiempo. Siempre extrae las baterías viejas, débiles o gastadas inmediatamente y recíclalas o deséchalas según las normativas de desecho locales y nacionales/regionales.

Si una batería tiene una filtración, extrae todas las baterías siguiendo el proceso inverso a los pasos de instalación proporcionados para este producto, teniendo cuidado de evitar que el líquido filtrado toque tu piel o la ropa. Si el líquido de la batería entra en contacto con la piel o con la ropa, límpialo con agua inmediatamente. Antes de insertar baterías nuevas, limpia exhaustivamente el compartimento de la batería con un paño seco o bien sigue las recomendaciones de limpieza del fabricante de la batería.

- No tritures, abras, perfores, mutiles, calientes sobre 35 °C (95 °F) o apliques calor directo, ni arrojes las baterías al fuego.
- No mezcles baterías nuevas con viejas o baterías de distintos tipos (p. ej., de carbono-cinc y alcalinas).
- No permita que objetos metálicos toquen los terminales de las baterías en el dispositivo; pueden calentarse y provocar quemaduras.
- No transportes ni coloques las baterías junto con collares, horquillas u otros objetos metálicos.
- No dejes un dispositivo a baterías bajo la luz directa del sol durante un período prolongado, por ejemplo, sobre el tablero del automóvil durante el verano.
- No sumerjas las baterías en agua ni permitas que se mojen.
- No conectes las baterías directamente a enchufes de pared o a conectores para encendedores de automóviles.
- No intentes conectar a los terminales de las baterías a menos que uses un dispositivo host aprobado por Microsoft.
- No golpees, arrojes, pises ni sometas las baterías a golpes físicos intensos.
- No perfores la carcasa de las baterías de ninguna forma.
- No intentes desarmar o modificar las baterías de ninguna forma.
- No recargues las baterías cerca del fuego o en condiciones extremadamente calurosas.

**⚠ ADVERTENCIA: Usa el cargador de batería adecuado**
Carga las baterías recargables solo con el cargador proporcionado junto con el producto. El uso de un método de carga inadecuado puede causar un incendio o explosión.

## USA Y CUIDA DE TUS ACCESORIOS XBOX ONE

**⚠ ADVERTENCIA: No intentes realizar reparaciones** No intentes desarmar, abrir, reparar ni modificar los accesorios Xbox One. Si lo haces, existe el riesgo de descarga eléctrica, daño, incendio o de otros peligros. Cualquier evidencia de que el dispositivo se haya intentado abrir y/o modificar, incluidas peladuras, perforaciones o retiro de cualquiera de las etiquetas, invalidará la Garantía limitada y hará que el accesorio Xbox One no pueda optar a ser reparado por un servicio autorizado. Modificar un accesorio Xbox One puede tener como resultado la expulsión permanente de Xbox Live, que es obligatoria para jugar y otros usos de la consola.

### Uso y limpieza

**⚠ ADVERTENCIA: No permitas que los accesorios Xbox One se mojen**
Para reducir el riesgo de incendio o descarga eléctrica, no expongas el dispositivo a la lluvia u otros tipos de humedad.

Úsalo de acuerdo con estas instrucciones:

- No utilices los accesorios cerca de ninguna fuente de calor.
- Usa solo los accesorios especificados por Microsoft.
- No intentes limpiar los conectores.
- Límpialo solo con un paño seco.

Para obtener más información, visita xbox.com/xboxone/accessories/productcare.

## JUEGA SANAMENTE

**⚠ ADVERTENCIA: Advertencias de salud importantes sobre el uso de videojuegos**

**Crisis de fotosensibilidad**
Un porcentaje muy pequeño de personas puede experimentar un ataque al exponerse a ciertas imágenes visuales, incluidas luces o patrones parpadeantes que pueden aparecer en juegos de video. Incluso personas sin historial de ataques o epilepsia pueden tener un problema no diagnosticado que puede provocar estos “ataques epilépticos fotosensibles” mientras observa juegos de video.

Estos ataques pueden tener una variedad de síntomas, incluidos vértigo, visión alterada, espasmos en los ojos o la cara, sacudidas o temblores de brazos o piernas, desorientación, confusión o pérdida momentánea de la conciencia. Los ataques también pueden provocar pérdida de la conciencia o convulsiones que pueden derivar en lesiones por caída o por chocar con objetos cercanos.

Deja de jugar inmediatamente y consulta a un médico si experimentas alguno de estos síntomas. Los padres deben estar atentos o preguntar a sus hijos acerca de los síntomas mencionados; los niños y adolescentes son más propensos

a experimentar estos ataques que los adultos. El riesgo de ataques epilépticos fotosensibles se puede reducir si se toman las siguientes precauciones:

- Aléjate más de la pantalla de TV.
- Utiliza una pantalla de televisión más pequeña.
- Juega en una habitación con buena iluminación.
- No juegues cuando tengas sueño o cansancio.
- Si alguno de tus familiares o tú mismo han sufrido crisis o epilepsia con anterioridad, consulta a tu médico antes de jugar.

**Trastornos musculoesqueléticos**
El uso de controles de juego, teclados, mouse u otros dispositivos de entrada electrónicos puede estar relacionado con lesiones y afecciones graves.

Al jugar juegos de video, como sucede en muchas otras actividades, es posible que experimentes molestias ocasionales en las manos, los brazos, los hombros, el cuello u otras partes del cuerpo. Sin embargo, si experimentas síntomas como malestar persistente o repetido, dolor, punzadas, hormigueos, entumecimiento, sensación de quemazón o rigidez, NO PASES POR ALTO ESTAS SEÑALES DE ADVERTENCIA. ACUDE DE INMEDIATO A UN PROFESIONAL DE LA SALUD CALIFICADO, aunque los síntomas aparezcan cuando no estés jugando. Este tipo de síntomas puede estar asociado con lesiones o afecciones dolorosas de los nervios, músculos, tendones, vasos sanguíneos y otras partes del cuerpo, que en ocasiones pueden ocasionar incapacidad permanente. Estos trastornos musculoesqueléticos (MSD) incluyen síndrome de túnel carpiano, tendinitis, tenosinovitis, síndromes de vibración y otras afecciones.

Aunque los investigadores aún no pueden responder muchas preguntas acerca de los MSD, existe un consenso general de que puede haber muchos factores ligados a su aparición, incluidas afecciones médicas o físicas, tensión y cómo se lidia con ella, salud en general y cómo una persona ubica y usa el cuerpo durante el trabajo y otras actividades (incluidos los juegos de video). Algunos estudios sugieren que la cantidad de tiempo que una persona realiza una actividad puede ser un factor.

Podrás encontrar algunas pautas que te ayudarán a trabajar y jugar de forma más cómoda y posiblemente reduzcan el riesgo de experimentar un MSD en la Guía de juegos saludables en xbox.com/xboxone/playhealthy. Estas pautas abordan temas como:

- Colocación de tu cuerpo para utilizar posturas cómodas y normales.
- Relajación de manos, dedos y otras partes del cuerpo.
- Pausas entre juegos.
- Desarrollo de un estilo de vida saludable.

Si tienes alguna pregunta sobre la relación que pudieran tener tu estilo de vida, actividades y condiciones médicas o físicas con las MSD, acude a un profesional de la salud calificado.

**ADVERTENCIA: Riesgo de asfixia**
Este dispositivo puede contener piezas pequeñas que supongan un riesgo de asfixia para niños menores de 3 años. Mantén las piezas pequeñas fuera del alcance de los niños.

**Asegúrate de que los niños jueguen con seguridad**
Asegúrate de que los niños que usan algún accesorio Xbox One junto con la consola Xbox One y el sensor Kinect jueguen con seguridad y dentro de sus límites, y asegúrate de que comprendan el uso adecuado del sistema.

No uses accesorios sin licencia, objetos de utilería no autorizados u otros objetos con el sensor Kinect.

El uso de estos accesorios u objetos puede generar como resultado lesiones a ti u otras personas y/o daños al sensor o a otra propiedad. El uso de accesorios no autorizados infringe la Licencia de software y puede anular la Garantía limitada.

**ADVERTENCIA: Seguridad de la audición**
La exposición prolongada a volúmenes de sonido altos al usar audífonos puede provocar la pérdida temporal o permanente de la audición. Para reducir el riesgo de pérdida auditiva, ajusta el volumen suficientemente alto para poder oír claramente en un ambiente tranquilo, y no más fuerte que eso.

- No aumentes el volumen después de comenzar a escuchar. Tus oídos pueden adaptarse con el tiempo, de modo que el volumen alto sonará normal, pero seguirá provocándote problemas de audición.
- No aumentes el volumen para bloquear el ruido exterior. La combinación de ruido exterior y sonido de los audífonos pueden provocar problemas de audición. Los audífonos sellados o que anulan el ruido pueden reducir el ruido externo, de modo que no tengas que subir el volumen.

- Si no puedes entender a alguien que está cerca hablando con normalidad, baja el volumen. El sonido que ahoga el habla normal puede provocar problemas de audición. Incluso con audífonos sellados o que anulan el ruido, deberás ser capaz de escuchar hablar a las personas que estén cerca.

**Reducir al mínimo el tiempo de escucha a un volumen alto**

- Mientras más tiempo pases expuesto a un volumen de sonido alto, más probabilidades tienes de sufrir problemas de audición. Mientras más fuerte sea el sonido, menos tiempo tomará desarrollar problemas de audición.
- Escuchar música en el dispositivo con audífonos al volumen máximo puede provocar problemas de audición permanentes en 15 minutos. Incluso los volúmenes más bajos pueden provocar problemas de audición si te expones a ellos por muchas horas.
- Todo el sonido al que estás expuesto durante el día se acumula. Si estás expuesto a otro sonido fuerte, como escuchar sonidos a un volumen alto, sufrirás problemas de audición en menos tiempo.
- Para utilizar el dispositivo con toda seguridad durante un tiempo ilimitado, mantén el volumen lo bastante bajo como para poder conversar con las personas cercanas.

⚠ **ATENCIÓN: Dispositivos médicos personales**

Las emisiones de radiofrecuencia de los equipos electrónicos pueden afectar de forma negativa la operación de otros equipos electrónicos, lo que causa desperfectos. Aunque el dispositivo fue diseñado, probado y fabricado para cumplir las normativas que rigen la emisión de radiofrecuencias en países como Estados Unidos, Canadá, la Unión Europea y Japón, los transmisores inalámbricos y circuitos eléctricos del dispositivo pueden causar interferencia en otros equipos electrónicos. Siempre toma las siguientes precauciones:

**Personas con marcapasos**

- La Asociación de fabricantes de la industria de la salud recomienda que se mantenga una separación mínima de 15 cm (6 pulgadas) entre un dispositivo inalámbrico y un marcapasos para evitar posibles interferencias con este último.
- No se deben llevar dispositivos inalámbricos en el bolsillo del pecho.
- Si tienes algún motivo para sospechar que está ocurriendo una interferencia, apaga el dispositivo inmediatamente.

**Otros dispositivos médicos**

Si utilizas cualquier otro dispositivo médico, ponte en contacto con el fabricante de dicho dispositivo o con tu médico para determinar si es apropiado el uso de otros dispositivos electrónicos cerca de tu dispositivo médico.

## GARANTÍA LIMITADA

**AL USAR SU CONSOLA XBOX ONE O ACCESORIO, ACEPTA ESTA GARANTÍA. ANTES DE CONFIGURARLOS, LEA CUIDADOSAMENTE ESTA GARANTÍA. SI NO ACEPTA ESTA GARANTÍA, NO USE SU CONSOLA XBOX ONE o Accesorio. DEVUÉLVALOS SIN USARLOS A SU ESTABLECIMIENTO MINORISTA O A MICROSOFT PARA REEMBOLSO.** Póngase en contacto con Microsoft en service.xbox.com o llame al 001 (866) 745-8312. Esta garantía le otorga derechos legales específicos. También podría tener otros derechos, que varían de un país, estado o provincia a otros. Esta garantía es aplicable en la medida en que lo permita la ley.

**1. Definiciones**

(a) "Xbox One" significa una consola Xbox One y Sensor Kinect nuevos adquiridos en un establecimiento minorista autorizado.

(b) "Accesorio" significa un accesorio de hardware Xbox One de Microsoft adquirido en un establecimiento minorista autorizado accesorio de hardware Xbox One de Microsoft adquiridos en un establecimiento minorista autorizado.

(c) "Período de garantía" significa, para la consola Xbox One, 1 año a partir de la fecha en que la compró, y para accesorios, significa 90 días a partir de la fecha en que los compró.

(d) "Usted" (implícito o explícito) significa el usuario final original.

(e) "Condiciones normales de uso" significa el uso ordinario por el consumidor bajo condiciones normales en su hogar, de acuerdo con el manual de instrucciones de la consola Xbox One o el accesorio.

(f) "Importador Autorizado" significa cualquier importador que figure en la información adjunta al material de consola Xbox One o accesorio, tales como manuales o etiquetas, tales como Ingram Micro México, S.A. de C.V., con domicilio en Laguna de Términos 249, Colonia Anáhuac, C.P., 11320, México, D.F.

**2. Garantía**

(a) Durante el Período de garantía, Microsoft garantiza, únicamente a Usted, que la consola Xbox One o el accesorio no funcionarán mal bajo Condiciones normales de uso.

(b) Esta es la única garantía que le otorga Microsoft respecto a su consola Xbox One o accesorio, y Microsoft no le otorga ninguna otra garantía o condición. Nadie más puede otorgarle ninguna garantía o condición a nombre de Microsoft.

(c) Si la ley de su estado o provincia le otorga cualquier garantía implícita, incluida una garantía implícita de comerciabilidad o idoneidad para un propósito en particular, su duración está limitada al Período de garantía. Algunos países, estados o provincias no admiten limitaciones a la duración de una garantía implícita, de modo que esta limitación podría no aplicarse a Usted.

**3. Cómo obtener servicio en garantía**

(a) Antes de iniciar el proceso de garantía, sírvase usar los consejos de solución de problemas en la sección Soporte de service.xbox.com.

(b) Si los consejos de solución de problemas no resuelven su problema, siga el proceso de reparación en línea de la sección Soporte de service.xbox.com. Si no tiene acceso a Internet, puede llamar al 001 (866) 745-8312 en donde le darán asesoría y obtendrá instrucciones del procedimiento a seguir para el ejercicio de su garantía. El numero telefónico, procedimiento, reparación o reemplazo, mano de obra y gastos de transportación para el ejercicio de ésta garantía serán gratuitos.

(c) Antes de enviar su consola Xbox One o accesorio a un centro de servicio autorizado de Microsoft para servicio, asegúrese de conservar una copia de cualquier dato que quiera guardar y de eliminar todo lo que considere confidencial. Microsoft no es responsable de sus datos y podría borrarlos.

**4. Responsabilidad de Microsoft**

(a) Después de que devuelva su consola Xbox One o accesorio a Microsoft, Microsoft lo inspeccionará.

(b) Si Microsoft determina que la consola Xbox One o accesorio funcionaron mal durante el Período de garantía bajo Condiciones normales de uso, Microsoft podría repararlos o reemplazarlos, o reembolsarle el precio de compra. En la reparación se podrían utilizar partes nuevas o reacondicionadas. La reposición podría consistir en una unidad nueva o reacondicionada (en buen estado y con funcionalidad y rendimiento comparables al producto Xbox One o accesorio originales).

(c) Después de la reparación o reemplazo, su consola Xbox One o accesorio estarán cubiertos por esta garantía durante el resto de su Período de garantía original o 95 días después que Microsoft se lo envíe, lo que sea mayor.

(d) La RESPONSABILIDAD de Microsoft de reparar o reemplazar su consola Xbox One o Accesorio, o reembolsarle el precio de compra, es su recurso exclusivo.

(e) Si su consola Xbox One o accesorio funcionan mal después de que venza el Período de garantía, no existe garantía alguna de ningún tipo. Después de que venza el Período de garantía, Microsoft podría cobrarle honorarios por sus esfuerzos de diagnóstico y servicio de cualquier problema que tenga con su consola Xbox One o accesorio.

**5. Exclusiones de la garantía**

Esta Garantía limitada no se aplica y Microsoft no es responsable en absoluto bajo estos términos de garantía si su consola Xbox One o accesorio:

(a) Sufren daños por usarlos con productos no vendidos por o con licencia de Microsoft (lo que incluye, por ejemplo, juegos y accesorios no fabricados por o con licencia de Microsoft, juegos "pirata", etc.);

(b) Son usados para propósitos comerciales (lo que incluye, por ejemplo, alquiler, pago por juego, etc.);

(c) Son abiertos, modificados o alterados (lo que incluye, por ejemplo, cualquier intento de modificación de toda limitación técnica, seguridad o mecanismo antipiratería, etc. de la consola Xbox One o el accesorio), o la alteración o retiro de su número de serie;

(d) Sufren daños debidos a cualquier causa externa (lo que incluye, por ejemplo, dejarlos caer, usarlos con ventilación inadecuada, etc., o por no seguir las instrucciones del manual de instrucciones de la consola Xbox One o accesorio).

(e) Son reparados por cualquier persona o entidad que no sea Microsoft.

**6. EXCLUSIÓN DE CIERTOS DAÑOS**

MICROSOFT NO ES RESPONSABLE DE NINGÚN DAÑO INDIRECTO, INCIDENTAL, ESPECIAL O CONSECUENTE; DE NINGUNA PÉRDIDA DE DATOS, PRIVACIDAD, CONFIDENCIALIDAD O UTILIDADES, NI DE NINGUNA INCAPACIDAD PARA USAR SU CONSOLA XBOX ONE o Accesorio. ESTAS EXCLUSIONES SE APLICAN INCLUSIVE SI SE HA INFORMADO A MICROSOFT SOBRE LA POSIBILIDAD DE ESTOS DAÑOS, E INCLUSO SI CUALQUIER RECURSO NO CUMPLE CON SU PROPÓSITO ESENCIAL. Algunos países, estados o provincias no permiten la exclusión o limitación de daños incidentales o consecuentes, de modo que esta limitación o exclusión podrían no aplicarse a Usted.

**7. Términos adicionales**

Si intenta anular o evitar cualquier limitación técnica, seguridad o sistema antipiratería de la consola Xbox One o accesorio, Usted podría causar que su consola Xbox One o accesorio dejen de funcionar permanentemente. También anulará su Garantía y hará que su consola Xbox One o accesorio no reúnan los requisitos para su reparación autorizada, inclusive con el cobro de honorarios.

Usted puede adquirir partes, componentes, consumibles y accesorios en el establecimiento donde adquirió su producto, o con cualquier importador autorizado.

**8. Derecho aplicable**

(a) Si adquirió su consola Xbox One o accesorio en México, las leyes de México rigen la interpretación de esta garantía y cualquier reclamación de que Microsoft la ha incumplido, sin importar los principios de conflicto de leyes.

(b) Si adquirió su consola Xbox One o accesorio en México, esta garantía es válida únicamente en México.

## LICENCIA DE SOFTWARE

La Licencia de software para su consola Xbox One o accesorio está disponible en xbox.com/xboxone/slt. Al usar su consola Xbox One o accesorio, acepta esta Licencia de software. Antes de configurarlos, lea cuidadosamente la Licencia de software. Si no acepta la Licencia de software, no use su consola Xbox One o accesorio. Devuélvalos sin usar al establecimiento minorista donde compró su consola Xbox One o accesorio o a Microsoft para un reembolso.

## GARANTÍA LIMITADA

**AL UTILIZAR SU XBOX ONE O ACCESORIO, USTED ESTÁ DE ACUERDO CON ESTA GARANTÍA. ANTES DE INSTALARLO, POR FAVOR LEA CUIDADOSAMENTE ESTA GARANTÍA. SI NO ACEPTA ESTA GARANTÍA, NO UTILICE SU XBOX ONE o Accesorio. DEVUÉLVALO SIN USAR A SU VENDEDOR O A MICROSOFT PARA OBTENER UN REEMBOLSO.** Comuníquese con Microsoft en www.xbox.com/support o llame al teléfono del servicio de Atención al cliente de Xbox de su país que figura en el listado disponible en www.xbox.com/support o abajo:

Argentina: 0800 266 0509

Chile: 800-202-011

Colombia: 01-800-912-1830

Esta garantía le confiere derechos legales específicos. Usted también puede gozar de otros derechos que varían según el país, estado o provincia. Esta garantía tiene aplicación en la medida en que así lo permita la ley.

**1. Definiciones**

(a) "Xbox One" significa una consola nueva Xbox One compradas de un vendedor autorizado.

(b) "Accesorio" significa un accesorio de Xbox One de marca Microsoft nuevo comprado de un vendedor autorizado.

(c) "Período de Garantía" para Xbox One significa un (1) año desde la fecha en la que usted lo compró; y para Accesorios, significa tres (3) meses desde la fecha en que usted lo compró.

(d) "Usted" significa el usuario final original.

(e) "Condiciones Normales de Uso" significa el uso normal por parte del usuario en condiciones domésticas normales, de acuerdo con el manual de instrucciones para Xbox One o Accesorio.

**2. Garantía**

(a) Durante el Período de Garantía Microsoft garantiza, solo a usted, que Xbox One o Accesorio funcionará correctamente bajo condiciones normales de uso.

(b) Esta es la única garantía que le otorga Microsoft por su Xbox One o Accesorio, y Microsoft no formula ningún otro tipo de seguridad, garantía o condición. Ninguna otra persona puede otorgar ningún tipo de seguridad, garantía o condición en nombre de Microsoft.

(c) Si la ley de su estado o provincia le concede a usted alguna garantía implícita, incluida una garantía implícita de comerciabilidad o adecuación para un fin particular, su duración se limitará al período de garantía. Ciertos países, estados o provincias no permiten limitaciones en lo que se refiere a la duración de una garantía implícita, por lo que es posible que esta limitación no se

aplique a su caso.

**3. Cómo se obtiene el Servicio de la garantía**

(a) Antes de comenzar el proceso de la garantía, recurra a los consejos para la detección y solución de problemas disponibles en la sección de Soporte técnico en xbox.com/xboxone/support.

(b) Si los consejos para la detección y solución de problemas no resuelven su problema, siga el proceso de reparación en línea en la sección de Soporte técnico en xbox.com/xboxone/support o llame al teléfono del servicio de Atención al cliente de Xbox de su país que figura en el listado disponible en xbox.com/xboxone/support.

(c) Antes de enviar su Xbox One o Accesorio a un centro de servicio autorizado por Microsoft para servicio técnico, asegúrese de guardar una copia de todos los datos que usted quiera guardar, y elimine todo lo que considere confidencial. Microsoft no es responsable de sus datos y puede borrarlos.

**4. Responsabilidad de Microsoft**

(a) Cuando Usted devuelva su Xbox One o Accesorio a Microsoft, Microsoft la examinará.

(b) Si Microsoft determina que la Xbox One o Accesorio funcionó mal durante el Período de Garantía, bajo condiciones normales de uso, Microsoft podrá repararla o reemplazarla o le rembolsará el precio de compra. La reparación puede utilizar piezas nuevas o reacondicionadas. El reemplazo podrá ser con una unidad nueva o reacondicionada (en buenas condiciones, y con una funcionalidad y rendimiento comparable al producto original Xbox One, Kinect Sensor o Accesorio).

(c) Tras la reparación o el reemplazo, su Xbox One o Accesorio estarán cubiertas por esta garantía por el período que sea más largo, es decir, o lo que le queda de su Período de Garantía original, o 95 días después de que Microsoft se lo envíe.

(d) La RESPONSABILIDAD de Microsoft de reparar o reemplazar su Xbox One o ACCESORIO, o de reembolsarle el precio de compra es su recurso exclusivo.

(e) Si su Xbox One o Accesorio funciona mal una vez expirado el Período de Garantía, no existe ningún tipo de garantía. Una vez expirado el Período de Garantía, Microsoft podrá cobrarle un cargo por los esfuerzos realizados para diagnosticar y llevar adelante un servicio técnico ante cualquier problema que usted tenga con Xbox One o Accesorio.

**5. Exclusiones de la garantía**

Esta Garantía Limitada no se aplica y Microsoft no es responsable en absoluto bajo estos términos de la garantía si su Xbox One o Accesorio están:

(a) dañados por su uso con productos no vendidos por o con licencia de Microsoft (incluyendo, por ejemplo, juegos y accesorios no fabricados por o con licencia de Microsoft, y juegos "pirateados", etc.);

(b) usados para fines comerciales (incluyendo, por ejemplo, alquiler, pagar por jugar, etc.);

(c) abiertos, modificados o manipulados (incluyendo, por ejemplo, cualquier intento por frustrar alguna limitación técnica, la seguridad o mecanismo anti-piratería, entre otros factores, de la Xbox One o Accesorio), o si altera o elimina su número de serie;

(d) si están dañados por alguna causa externa (incluyendo, por ejemplo, por caída, uso con una ventilación insuficiente, etc., o por el hecho de no seguir las instrucciones del manual de instrucciones para Xbox One o Accesorio); o

(e) si es reparada por un tercero que no sea Microsoft.

**6. EXCLUSIÓN DE CIERTOS DAÑOS Y PERJUICIOS**

MICROSOFT NO ASUME NINGUNA responsabilidad EN LO QUE SE REFIERE A TODOS AQUELLOS DAÑOS Y PERJUICIOS INDIRECTOS, INCIDENTALES, ESPECIALES O CONSECUENTES; ASÍ COMO POR TODA AQUELLA PÉRDIDA DE DATOS, PRIVACIDAD, CONFIDENCIALIDAD O LUCRO O POR CUALQUIER IMPOSIBILIDAD DE USAR SU XBOX ONE o ACCESORIO. ESTAS EXCLUSIONES SE APLICAN AÚN CUANDO MICROSOFT HAYA SIDO INFORMADA DE LA POSIBILIDAD DE ESTOS DAÑOS Y PERJUICIOS Y AÚN CUANDO ALGÚN RECURSO NO LOGRE SU FIN ESENCIAL. Algunos países, estados o provincias no permiten la exclusión o limitación de los daños y perjuicios incidentales o consecuentes, por lo que es posible que esta limitación o exclusión no se aplique en su caso.

**7. Términos adicionales**

Si usted trata de frustrar o evitar alguna limitación técnica, de seguridad, o sistema anti-piratería de Xbox One o Accesorio, puede hacer que su Xbox One o Accesorio deje de funcionar de manera permanente. Usted también anulará su Garantía y hará que su Xbox One o Accesorio no pueda optar a una reparación autorizada, ni siquiera abonando su costo.

**8. Elección de la ley**

(a) La legislación de su país de residencia rige la interpretación de esta garantía y cualquier reclamación que Microsoft haya infringido, sin tener en cuenta los principios de conflicto de legislación.

(b) Esta garantía es válida solo en Argentina, Chile y Colombia.

## LICENCIA DEL SOFTWARE

La Licencia de Software para su Xbox One o Accesorio está disponible en xbox.com/xboxone/slt. Al utilizar su Xbox One, Kinect Sensor o Accesorio, usted está de acuerdo con esta Licencia de Software. Antes de instalarlo, por favor lea cuidadosamente esta Licencia de Software. No use su Xbox One o Accesorio si no acepta esta Licencia de Software. Devuélvalo sin usar al vendedor donde compró su Xbox One o Accesorio o a Microsoft para obtener un rembolso.

## INFORMACIÓN REGLAMENTARIA

- No está diseñado para uso en aplicaciones de máquinas, médicas o industriales.
- Cualquier cambio o modificación no aprobada expresamente por Microsoft podría anular la autoridad del usuario para operar el dispositivo.
- Este producto es para el uso con equipo de tecnología de la información que aparece en NRTL (UL, CSA, ETL, etc.) y/o que cumple con IEC/EN 60950-1 (con marca CE).
- No se incluyen piezas que puedan ser reparadas por el usuario.
- Este dispositivo está calificado como producto comercial para su uso a temperaturas entre + 5 °C (+41 °F) y +35 °C (+95 °F).

Este aparato digital clase B cumple, según lo aplicable, con la parte 15 de la Normativa FCC. La operación está sujeta a las dos condiciones siguientes: (1) este dispositivo no puede causar interferencia y (2) este dispositivo debe aceptar cualquier interferencia recibida, incluida la interferencia que puede provocar su funcionamiento indeseado.

Para cumplir con los requisitos de exposición a RF de la FCC, se deben satisfacer las siguientes configuraciones operativas: La antena la instaló el fabricante y no se pueden realizar cambios. Los dispositivos inalámbricos no deben co-ubicarse ni funcionar en conjunto con ninguna otra antena o transmisor. Salvo en el caso de auriculares y dispositivos portátiles, los dispositivos inalámbricos deben tener una distancia mínima de 20 cm entre la antena del dispositivo inalámbrico y todas las personas.

**Solo para los dispositivos 802.11a y 802.11n a 5 GHz**
Este producto está restringido a uso solo en interiores para reducir cualquier daño potencial a causa de interferencia perjudicial que opera con licencia en el rango de frecuencia de 5.15 a 5.25 GHz.

Microsoft Corporation; One Microsoft Way; Redmond, WA 98052-6399; EE. UU. Estados Unidos: (800) 426-9400; Canadá: (800) 933-4750.

**Regulación para México**
La operación de este equipo está sujeta a las siguientes dos condiciones: (1) es posible que este equipo o dispositivo no cause interferencia perjudicial y (2) este equipo o dispositivo debe aceptar cualquier interferencia, incluyendo la que pueda causar su operación no deseada.

**Normativas de interferencia de radio y TV**
El dispositivo de hardware Microsoft puede emitir energía de radiofrecuencia (RF). Si no se instala y se utiliza de acuerdo con las instrucciones dadas en la documentación impresa y/o en archivos de ayuda en pantalla, el dispositivo puede producir interferencia perjudicial en las comunicaciones radiales (radios AM/FM, televisores, monitores de bebés, teléfonos inalámbricos, etc.). En cualquier caso, no se puede garantizar que no provocará interferencias de RF en situaciones concretas.

Para determinar si el dispositivo de hardware está causando interferencia con otros dispositivos de radiocomunicación, desconéctalo del equipo o extráele las baterías (en el caso de un dispositivo que funcione con baterías). Si la interferencia se detiene, probablemente era a causa del dispositivo. Si la interferencia persiste después de desconectar el dispositivo de hardware o extraer las baterías, apaga el equipo y enciéndelo nuevamente. Si la interferencia se detuvo cuando el equipo estaba apagado, revisa si uno de los dispositivos de entrada/salida (I/O) o las tarjetas de accesorios internas del equipo están causando el problema. Desconecta los dispositivos de I/O uno por uno y ve si la interferencia se detiene.

Si este dispositivo de hardware sí causa interferencia, prueba con las siguientes medidas para corregirlo:

- Reubica la antena del otro dispositivo de radiocomunicación (por ejemplo, radios AM/FM, televisores, monitores de bebé, teléfonos inalámbricos, etc.) hasta que la interferencia se detenga.
- Aleja el dispositivo de hardware de la radio o el televisor, o bien colócalo a un lado o al otro de ellos.
- Enchufa el equipo en otro tomacorriente de manera que el dispositivo de hardware y la radio o el televisor estén en distintos circuitos controlados por distintos interruptores diferenciales o fusibles.

Si es necesario, consulta con el distribuidor del equipo o con un técnico de radio/televisión experimentado para obtener más sugerencias. Para obtener más información sobre problemas de interferencia, visita el sitio web de FCC en: fcc.gov/cgb/consumerfacts/interference.html. También puedes llamar a la FCC al 1-888-CALL FCC para solicitar hojas de datos de Interferencias y de Interferencias telefónicas.

**⚠ ADVERTENCIA: Dispositivos inalámbricos al interior de aviones**
Antes de abordar un avión o empacar un dispositivo inalámbrico en equipaje que se vaya a revisar, sácale las baterías o apágalo (si tiene un interruptor de encendido/apagado). Los dispositivos inalámbricos pueden transmitir energía de radiofrecuencia (RF), como un teléfono celular, cuando las baterías están instaladas y está encendido (si tiene un interruptor de encendido y apagado).

**Reciclaje de baterías y equipos eléctricos y electrónicos de desecho**

Este símbolo en el producto o sus baterías o embalaje significa que este producto y cualquier batería que contenga no deben desecharse con la basura común. En este caso, es tu responsabilidad llevarlo a un punto de recolección adecuado para el reciclaje de baterías y equipos eléctricos y electrónicos. La recolección selectiva y el reciclaje ayudarán a conservar los recursos naturales y a evitar posibles consecuencias negativas para la salud del hombre y el medio ambiente debidas a la posible presencia de sustancias peligrosas en baterías y equipos eléctricos y electrónicos desechados de forma inadecuada. Para obtener más información acerca de dónde debes dejar tus baterías y desechos eléctricos y electrónicos, ponte en contacto con tu oficina local de la ciudad/municipalidad, el servicio de recolección de basura doméstica o la tienda donde compraste este producto. Ponte en contacto con erecycle@microsoft.com para obtener más información sobre equipos eléctricos y electrónicos y baterías de desecho.

Este producto puede usar baterías de litio, NiMH o alcalinas. Este producto es para el uso con equipo de tecnología de la información que aparece en NRTL (UL, CSA, ETL, etc.) y/o que cumple con IEC/EN 60950 (comercializado en CE).

Visita xbox.com/xboxone/regulatory para obtener más información.

## DERECHOS DE AUTOR

La información y puntos de vista expresados en este documento, incluidas las URL y otras referencias a sitios web de Internet, pueden cambiar sin previo aviso. Este documento no te otorga derechos legales a ninguna propiedad intelectual de ningún producto Microsoft. Puedes copiar y usar este documento para propósitos internos de referencia.

© 2014 Microsoft Corporation. Reservados todos los derechos. Microsoft, Windows, Xbox, Xbox One, Xbox 360, Xbox Live, Kinect, los logotipos de Xbox y el logotipo de Xbox Live son marcas registradas del grupo de empresas de Microsoft.

## SERVICIO DE SOPORTE AL CLIENTE

Para obtener respuestas a las preguntas más frecuentes, instrucciones para la solución de problemas e información de contacto del Servicio de soporte al cliente de Xbox, visita xbox.com/xboxone/support.

ase 2:20-cv-00640-RSM-SKV Document 38 Filed 11/24/20 Page 34 of 20

Microsoft® XBOX ONE

DECLARATION OF J. O'CONNELL ISO MOT. TO COMPEL ARBITRATION & STAY - (20-cv-00640-RSM-MAT) - 34

# Exhibit B



X18-91804-05

XBOX ONE

# XBOX ONE ACCESSORY PRODUCT MANUAL

**IMPORTANT PRODUCT SAFETY AND WARRANTY INFORMATION**

⚠ **This symbol identifies safety and health messages in this product guide**
Read this guide for important safety and health information for the product that you have purchased.

⚠ **WARNING:** Failure to properly set up, use, and care for this product can increase the risk of serious injury, death, property damage, or damage to the product or related accessories. Read this product guide for important safety and health information or go to xbox.com/xboxone/accessories/useinstructions.

**AGREEMENT TO XBOX ONE LIMITED WARRANTY AND SOFTWARE LICENSE TERMS**
You must accept the Xbox Terms of Use (including Xbox software terms and game license terms) at xbox.com/live/termsofuse, the software license terms at xbox.com/xboxone/slt, and the Limited Warranty at xbox.com/xboxone/warranty to use your Xbox One console, Xbox accessories and/or Kinect for Xbox sensor. By using the Xbox One console, Xbox accessories and/or Kinect for Xbox One sensor, you agree to be bound by these terms. Please read them. If you do not accept them, do not set up or use your Xbox One console, Xbox accessories and/or Kinect for Xbox One sensor. Return the Xbox Product to Microsoft or your retailer for a refund.

## ELECTRICAL SAFETY

⚠ **WARNING:** As with many other electrical devices, failure to take the following precautions can result in serious injury or death from electric shock, fire, or damage to Xbox One accessories and console:

- Use only an approved charging cable.
- Do not allow a wireless device or charging cable to become wet.
- Unplug the charging cable during lightning storms or when unused for long periods.
- To prevent damage, avoid sitting or stepping on a wireless device, its cable, or the cable plug or connector.

⚠ **CAUTION: Cables and Cords**
To reduce potential trip hazards or entanglement hazards, arrange any cables and cords so that people and pets are not likely to trip over or accidentally pull on them as they move around or walk through the area and do not allow children to play with cables and cords.

Go to xbox.com/xboxone/electricalsafety for more information.

## BATTERY POWERED DEVICES

⚠ **WARNING: Battery Safety**
The following precautions apply to all products that use disposable or rechargeable batteries including lithium polymer. Improper battery use may result in serious injury, death, property damage, or damage to the product or related accessories as a result of battery fluid leakage, fire, overheating, or explosion. Released battery fluid is corrosive and may be toxic. It can cause skin and eye burns, and is harmful if swallowed. To reduce the risk of injury:

Keep batteries out of reach of children.

Remove the batteries if they are worn out or before storing your device for an extended period. Always remove old, weak, or worn-out batteries immediately and recycle or dispose of them in accordance with local and national/regional disposal regulations.

If a battery leaks, remove all batteries by reversing the installation steps provided for this product, being careful to keep the leaked fluid from touching your skin or clothes. If fluid from the battery contacts skin or clothes, flush skin with water immediately. Before inserting new batteries, thoroughly clean the battery compartment with a dry cloth, or follow the battery manufacturer's recommendations for cleanup.

- Do not crush, open, puncture, mutilate, heat above 35°C (95°F), apply direct heat to, or dispose of batteries in fire.
- Do not mix new and old batteries or batteries of different types (for example, carbon-zinc and alkaline batteries).
- Do not allow metal objects to touch the battery terminals on the device; they can become hot and cause burns.
- Do not carry or place batteries together with necklaces, hairpins or other metal objects.
- Do not leave a battery-powered device in direct sunlight for an extended period, such as on the dash of car during the summer.
- Do not immerse batteries in water or allow them to become wet.
- Do not connect batteries directly to wall outlets or car cigarette-lighter sockets.
- Do not attempt to connect to the battery terminals unless using a Microsoft approved host device.
- Do not strike, throw, step on, or subject batteries to severe physical shock.
- Do not pierce battery casings in any manner.
- Do not attempt to disassemble or modify batteries in any way.
- Do not recharge batteries near a fire or in extremely hot conditions.

**⚠ WARNING: Use the Correct Battery Charger**
Charge rechargeable batteries only with the recharger provided with the product. Using an improper charging method may result in fire or explosion.

## USE AND CARE OF YOUR XBOX ONE ACCESSORY

**⚠ WARNING: Do Not Attempt Repairs**
Do not attempt to take apart, open, service, or modify Xbox One accessories. Doing so could present the risk of electric shock, damage, fire, or other hazard. Any evidence of any attempt to open and/or modify this device, including any peeling, puncturing, or removal of any of the labels, will void the Limited Warranty and render the Xbox One accessory ineligible for authorized repair. Modifying any Xbox One accessory can result in a permanent ban from Xbox Live, which is required for game play and some other console uses.

### Usage and Cleaning

**⚠ WARNING: Do Not Allow Xbox One Accessories to Become Wet**
To reduce the risk of fire or shock, do not expose the device(s) to rain or other types of moisture.

Use in accordance with these instructions:

- Do not use accessories near any heat sources.
- Only use attachments and accessories specified by Microsoft.
- Do not attempt to clean connectors.
- Clean only with a dry cloth.

For more information, go to xbox.com/xboxone/accessories/productcare.

## PLAY HEALTHY

**⚠ WARNING: Important Health Warnings about Playing Video Games**

**Photosensitive Seizures**
A very small percentage of people may experience a seizure when exposed to certain visual images, including flashing lights or patterns that may appear in video games. Even people who have no history of seizures or epilepsy may have an undiagnosed condition that can cause these "photosensitive epileptic seizures" while watching video games.

These seizures may have a variety of symptoms, including lightheadedness, altered vision, eye, or face twitching, jerking or shaking of arms or legs, disorientation, confusion, or momentary loss of awareness. Seizures may also cause loss of consciousness or convulsions that can lead to injury from falling down or striking nearby objects.

Immediately stop playing and consult a doctor if you experience any of these symptoms. Parents should watch for or ask their children about the above symptoms—children and teenagers are more likely than adults to experience these seizures. The risk of photosensitive epileptic seizures may be reduced by taking the following precautions:

- Sit or stand farther from the TV screen.
- Use a smaller TV screen.
- Play in a well-lit room.
- Do not play when you are drowsy or fatigued.
- If you or any of your relatives have a history of seizures or epilepsy, consult a doctor before playing.

**Musculoskeletal Disorders**
Use of game controllers, keyboards, mice, or other electronic input devices may be linked to serious injuries or disorders.

When playing video games, as with many activities, you may experience occasional discomfort in your hands, arms, shoulders, neck, or other parts of your body. However, if you experience symptoms such as persistent or recurring discomfort, pain, throbbing, aching, tingling, numbness, burning sensation, or stiffness, DO NOT IGNORE THESE WARNING SIGNS. PROMPTLY SEE A QUALIFIED HEALTH PROFESSIONAL, even if symptoms occur when you are not playing a video game. Symptoms such as these can be associated with painful and sometimes permanently disabling injuries or disorders of the nerves, muscles, tendons, blood vessels, and other parts of the body. These musculoskeletal disorders (MSDs) include carpal tunnel syndrome, tendinitis, tenosynovitis, vibration syndromes, and other conditions.

While researchers are not yet able to answer many questions about MSDs, there is general agreement that many factors may be linked to their occurrence, including medical and physical conditions, stress and how one copes with it, overall health, and how a person positions and uses their body during work and other activities (including playing a video game). Some studies suggest the amount of time a person performs an activity may be a factor.

Some guidelines that may help you work and play more comfortably and possibly reduce your risk of experiencing an MSD can be found in the Healthy Gaming Guide at xbox.com/xboxone/playhealthy. These guidelines address topics such as:

- Positioning yourself to use comfortable, not awkward, postures.
- Keeping your hands, fingers, and other body parts relaxed.
- Taking breaks.
- Developing a healthy lifestyle.

If you have questions about how your own lifestyle, activities, or medical or physical condition may be related to MSDs, see a qualified health professional.

**WARNING: Choking Hazard**
This device may contain small parts that may be a choking hazard to children under 3. Keep small parts away from children.

**Make sure children play safely**
Make sure children using any Xbox One accessory together with the Xbox One console and Kinect sensor play safely and within their limits, and make sure that they understand proper use of the system.

Do not use unlicensed accessories, unauthorized props, or other objects with the Kinect sensor.

Use of these accessories or objects may result in injury to yourself or others and/or in damage to the sensor or other property. Using unauthorized accessories violates the Software License and may void your Limited Warranty.

**WARNING: Hearing Safety**
Extended exposure to high sound volumes when using a headset may result in temporary or permanent hearing loss. To reduce the risk of hearing loss, set the volume loud enough to hear clearly in quiet surroundings, and no louder.

- Do not increase the volume after you start listening. Your ears can adapt over time so that high volume sounds normal, but the high volume may still damage your hearing.
- Do not increase the volume to block out outside noise. The combination of outside noise and sound from your headphones can damage your hearing. Sealed or noise-canceling headphones can reduce outside noise so that you don't have to turn up the volume.

- If you can't understand someone nearby speaking normally, turn down the volume. Sound that drowns out normal speech can damage your hearing. Even with sealed or noise canceling headphones, you should be able to hear nearby people speak.

**Minimize your time listening to loud sound**

- The more time that you spend exposed to high sound volumes, the more likely you are to damage your hearing. The louder the sound, the less time that is required to damage hearing.
- At maximum volume, listening to music on the device with headphones can permanently damage your hearing in 15 minutes. Even lower volumes can damage hearing if you are exposed to it for many hours.
- All of the sound that you are exposed to during a day adds up. If you are exposed to other loud sound, it takes less time listening at high volumes to cause hearing damage.
- To safely use the device without a time limit, keep the volume low enough that you can carry on a conversation with people nearby.

**⚠ CAUTION: Personal Medical Devices**

Radio-frequency emissions from electronic equipment can negatively affect the operation of other electronic equipment, causing them to malfunction. Although the device is designed, tested, and manufactured to comply with regulations governing radio frequency emission in countries such as the United States, Canada, the European Union, and Japan, the wireless transmitters and electrical circuits in the device may cause interference in other electronic equipment. Always take the following precautions:

**Persons with pacemakers**

- The Health Industry Manufacturers Association recommends that a minimum separation of 15 cm (6 inches) be maintained between a wireless device and a pacemaker to avoid potential interference with the pacemaker.
- Wireless devices should not be carried in a breast pocket.
- If you have any reason to suspect that interference is occurring, turn the device off immediately.

**Other medical devices**

If you use any other personal medical device, contact the medical device manufacturer or your physician to determine whether it is appropriate for you to use other electronic devices near your medical device.

## MANUFACTURER'S WARRANTY

Microsoft warrants that your Xbox One console and Kinect for Xbox One sensor will not malfunction under normal use conditions for 1 year from the date you purchased it from an authorized retailer, and 90 days from the date you purchased an Xbox One accessory from an authorized retailer. The warranty excludes normal wear and tear, and damage caused by accident or abuse. **Other exclusions and limitations apply, including merchantability.** To obtain service, call Microsoft at (800) 4MY-XBOX (469-9269) or go to xbox.com/support. Please read the entire Limited Warranty, including more information about obtaining service, at xbox.com/xboxone/warranty. You may read and email a copy to yourself during product registration.

**If you live in the United States, Section 9 of the Limited Warranty contains a binding arbitration clause and class action waiver, available at xbox.com/xboxone/warranty/arbitration. The arbitration clause affects your rights about how to resolve a dispute with Microsoft. Please read it. Parts of the arbitration clause are described below.**

Any dispute not resolved by informal negotiation or in small claims court will be resolved only by individual binding arbitration under the Federal Arbitration Act before a neutral arbitrator whose decision will be final—not before a judge or jury, and not in a class action lawsuit or a class, representative, or private attorney general proceeding of any kind. The American Arbitration Association will conduct the arbitration under its Commercial Arbitration Rules. The Limited Warranty's arbitration clause contains the rest of the terms, instructions, and forms for notifying Microsoft of a dispute or commencing arbitration.

## REGULATORY INFORMATION

- Not intended for use in machinery, medical, or industrial applications.
- Any changes or modifications not expressly approved by Microsoft could void the user's authority to operate this device.
- This product is for use with NRTL Listed (UL, CSA, ETL, etc.), and/or IEC/EN 60950-1 compliant (CE marked) Information Technology equipment.
- No serviceable parts included.
- This device is rated as a commercial product for operation at +5°C (+41°F) to +35°C (+95°F).

This Class B digital apparatus complies with, as applicable, Part 15 of the FCC Rules. Operation is subject to the following two

conditions: (1) this device may not cause interference, and (2) this device must accept any interference received, including interference that may cause undesired operation.

To comply with RF exposure requirements, the following operating configurations must be satisfied: the antenna has been installed by the manufacturer and no changes can be made. The wireless devices must not be co-located or operating in conjunction with any other antenna or transmitter. Except for headset and handheld devices, wireless devices must be at least 20 cm between the antenna of the wireless device and all persons.

**For 802.11a and 802.11n 5GHz devices only**
This product is restricted to indoor use only to reduce any potential for harmful interference with licensed operation in the 5.15 to 5.25 GHz frequency range.

Microsoft Corporation; One Microsoft Way; Redmond, WA 98052-6399; U.S.A. United States: (800) 426-9400; Canada: (800) 933-4750.

**Radio and TV interference regulations**
The Microsoft hardware device(s) can radiate radio frequency (RF) energy. If not installed and used in strict accordance with the instructions given in the printed documentation and/or onscreen Help files, the device may cause harmful interference with other radio-communications devices (for example AM/FM radios, televisions, baby monitors, cordless phones, etc.). However, there is no guarantee that RF interference will not occur in a particular installation.

To determine whether your hardware device is causing interference to other radio-communications devices, disconnect the device from your computer or remove the device's batteries (for a battery-operated device). If the interference stops, it was probably caused by the device. If the interference continues after you disconnect the hardware device or remove the batteries, turn the computer off and then on again. If the interference stopped when the computer was off, check whether one of the input/output (I/O) devices or one of the computer's internal accessory boards is causing the problem. Disconnect the I/O devices one at a time and see whether the interference stops.

If this hardware device does cause interference, try the following measures to correct it:

- Relocate the antenna of the other radio-communications device (for example AM/FM radios, televisions, baby monitors, cordless phones, etc.) until the interference stops.
- Move the hardware device farther away from the radio or TV, or move it to one side or the other of the radio or TV.
- Plug the computer into a different power outlet so that the hardware device and radio or TV are on different circuits controlled by different circuit breakers or fuses.

If necessary, ask your computer dealer or an experienced radio-TV technician for more suggestions. For more information about interference issues, go to the FCC website at: fcc.gov/cgb/consumerfacts/interference.html. You can also call the FCC at 1-888-CALL FCC to request Interference and Telephone Interference fact sheets.

**⚠ WARNING: Wireless Devices Aboard Aircraft**
Before boarding any aircraft or packing a wireless device in luggage that will be checked, remove the batteries from the wireless device or turn the wireless device off (if it has an on/off switch). Wireless devices can transmit radio frequency (RF) energy, much like a cellular telephone, when batteries are installed and the wireless device is turned on (if it has an on/off switch).

**Disposal of waste batteries and electrical and electronic equipment**

This symbol on the product or its batteries or its packaging means that this product and any batteries it contains must not be disposed of with your household waste. Instead, it is your responsibility to hand this over to an applicable collection point for the recycling of batteries and electrical and electronic equipment. This separate collection and recycling will help to conserve natural resources and prevent potential negative consequences for human health and the environment due to the possible presence of hazardous substances in batteries and electrical and electronic equipment, which could be caused by inappropriate disposal. For more information about where you should drop off your batteries and electrical and electronic waste, please contact your local city/municipality office, your household waste disposal service, or the shop where you purchased this product. Contact erecycle@microsoft.com for more information about waste from electrical and electronic equipment and waste batteries.

This product may use Lithium, NiMH, or alkaline batteries. This product is for use with NRTL-listed (UL, CSA, ETL, etc.) and/or IEC/EN 60950 compliant (CE marked) Information Technology equipment.

Visit xbox.com/xboxone/regulatory for more information.

## COPYRIGHT

Information and views expressed in this document, including URL and other Internet website references, may change without notice. This document does not provide you with any legal rights to any intellectual property in any Microsoft product. You may copy and use this document for your internal, reference purposes.

© 2014 Microsoft Corporation. All rights reserved. Microsoft, Windows, Xbox, Xbox One, Xbox 360, Xbox Live, Kinect, the Xbox logos, and the Xbox Live logo are trademarks of the Microsoft group of companies.

## CUSTOMER SUPPORT

For answers to common questions, troubleshooting steps, and Xbox Customer Support contact information, visit xbox.com/xboxone/support.

# MANUAL DO PRODUTO DE ACESSÓRIOS DO XBOX ONE

**INFORMAÇÕES IMPORTANTES SOBRE GARANTIA E SEGURANÇA DO PRODUTO**

**Este símbolo identifica mensagens de segurança e saúde neste guia do produto**
Leia este guia para obter informações importantes para a sua segurança e a sua saúde, referentes ao produto que você adquiriu.

**ATENÇÃO:** A falha em configurar, usar e cuidar corretamente deste produto pode aumentar o risco de ferimentos sérios, morte, danos à propriedade ou danos ao produto ou aos acessórios relacionados. Leia este guia do produto para obter informações importantes para a sua segurança e a sua saúde ou vá para xbox.com/xboxone/accessories/useinstructions.

**CONTRATO PARA GARANTIA LIMITADA E TERMOS DE LICENÇA DE SOFTWARE DO XBOX ONE**
Você deve aceitar os Termos de Uso do Xbox (incluindo os termos de software do Xbox e os termos de licença de jogo) em xbox.com/live/termsofuse, os termos de licença de software em xbox.com/xboxone/slt e a Garantia Limitada em xbox.com/xboxone/warranty para usar seu console Xbox One, os acessórios do Xbox e/ou o sensor Kinect for Xbox. Ao usar o console Xbox One, os acessórios do Xbox e/ou o sensor Kinect for Xbox One, você concorda em ficar vinculado por estes termos. Leia-os. Se você não os aceitar, não configure nem use o console Xbox One, os acessórios do Xbox e/ou o sensor Kinect for Xbox One. Devolva o Produto Xbox à Microsoft ou a seu fornecedor para obter reembolso.

## SEGURANÇA ELÉTRICA

**ATENÇÃO:** Assim como ocorre com muitos outros dispositivos elétricos, ignorar as precauções a seguir pode resultar em sério ferimento, morte por choque elétrico, fogo ou danos ao console e aos acessórios do Xbox One.

- Use apenas com um cabo de jogar e carregar aprovado.
- Não permita que um dispositivo sem fio ou cabo de jogar e carregar entre em contato com líquidos.
- Desconecte o cabo de jogar e carregar durante tempestades de raios ou se não for usá-lo por um período longo.
- Para evitar danos, evite sentar ou pisar em um dispositivo sem fio, em seu cabo ou no conector ou plugue do cabo.

**CUIDADO: Cabos e fios**
Para reduzir os riscos potenciais de tropeçar nos cabos ou emaranhá-los, organize todos os cabos e fios de modo que pessoas e animais não tropecem neles nem os puxem acidentalmente ao se movimentarem ou andarem pelo local e não permita que as crianças brinquem com cabos e fios.

Vá para xbox.com/xboxone/electricalsafety para obter mais informações.

## DISPOSITIVOS ALIMENTADOS POR PILHAS

**ATENÇÃO: Segurança de pilhas**
As precauções a seguir se aplicam a todos os produtos que usam pilhas recarregáveis ou descartáveis, inclusive polímero de lítio. O uso indevido das pilhas pode resultar em ferimentos graves, morte, danos à propriedade ou danos ao produto ou aos acessórios relacionados, como resultado de vazamento do fluido, incêndio, superaquecimento ou explosão das pilhas. O fluido liberado das pilhas é corrosivo e pode ser tóxico. Provoca queimaduras nos olhos e na pele, e é nocivo se ingerido. Para reduzir o risco de lesão:

Mantenha as pilhas fora do alcance de crianças.

Remova as pilhas se estiverem gastas ou antes de guardar o dispositivo por algum tempo. Sempre remova pilhas antigas, fracas ou gastas imediatamente e recicle-as ou descarte-as de acordo com as regras de tratamento de lixo locais e nacionais/regionais.

Se uma pilha vazar, remova todas as pilhas invertendo as etapas de instalação fornecidas para este produto, tendo cuidado para manter o líquido vazado longe da pele e da roupa. Se o fluido das pilhas entrar em contato com a pele ou roupas, lave a pele com água corrente imediatamente. Antes de inserir as pilhas novas, limpe completamente o compartimento com um pano seco ou siga as recomendações de limpeza do fabricante da pilha.

- Não aqueça, abra, perfure, corte, aqueça acima de 35 °C (95 °F), aplique calor direto nem descarte pilhas no fogo.

- Não misture pilhas novas e usadas ou pilhas de tipos diferentes (por exemplo, pilhas de carbono-zinco e pilhas alcalinas).
- Não deixe que objetos metálicos toquem os terminais da pilha no dispositivo; eles podem esquentar e causar queimaduras.
- Não transporte nem coloque as pilhas junto a colares, grampos de cabelo ou outros objetos de metal.
- Não deixe um dispositivo alimentado por pilha exposto à luz solar direta por um período prolongado, como no painel do carro durante o verão.
- Não mergulhe as pilhas na água nem deixe que elas entrem em contato com líquidos.
- Não conecte as pilhas diretamente em tomadas da parede nem em tomadas de isqueiro no carro.
- Não tente conectar os terminais da pilha, a menos que esteja usando um dispositivo host aprovado pela Microsoft.
- Não dê pancadas nas pilhas, não as arremesse, não pise nelas nem as exponha a choques físicos fortes.
- Não perfure os invólucros das pilhas de maneira alguma.
- Não tente desmontar ou modificar as pilhas de forma alguma.
- Não recarregue as pilhas perto do fogo ou em condições extremamente quentes.

**⚠ ATENÇÃO: Use o carregador de pilha correto**
Carregue as pilhas recarregáveis apenas com o recarregador fornecido com o produto. O uso de um método de carregamento indevido pode resultar em incêndio ou explosão.

## USO E CUIDADO DE SEU ACESSÓRIO DO XBOX ONE

**⚠ ATENÇÃO: Não tente consertar** Não tente desmontar, abrir, consertar ou modificar os acessórios do Xbox One. Isso pode apresentar risco de choque elétrico, danos, fogo ou outros riscos. Evidências de tentativas de abrir e/ou modificar este dispositivo, incluindo áreas descascadas ou perfuradas, assim como a remoção de qualquer rótulo, cancelarão a Garantia Limitada e desqualificarão o acessório do Xbox One para reparo autorizado. A modificação de qualquer acessório do Xbox One pode resultar em banimento permanente do Xbox Live, o qual é necessário para jogar e para alguns outros usos do console.

**Uso e limpeza**

**⚠ ATENÇÃO: Não permita que os acessórios do Xbox One entrem em contato com líquidos**
Para reduzir o risco de incêndio ou choque, não exponha o(s) dispositivo(s) à chuva ou a outros tipos de umidade.

Use de acordo com as seguintes instruções:

- Não use acessórios perto de nenhuma fonte de calor.
- Use apenas conexões e acessórios especificados pela Microsoft.
- Não tente limpar os conectores.
- Limpe somente com um pano seco.

Para obter mais informações, visite xbox.com/xboxone/accessories/productcare.

## JOGUE DE FORMA SAUDÁVEL

**⚠ ATENÇÃO: Avisos importantes para a saúde sobre a execução de videogames**

**Crises convulsivas fotossensíveis**
Uma porcentagem muito pequena de pessoas pode sofrer de ataque apoplético quando expostas a determinadas imagens visuais, inclusive luzes piscando ou padrões que podem ser exibidos em videogames. Mesmo as pessoas que não possuem histórico de ataques apopléticos ou epilepsia podem ter uma condição não diagnosticada que pode causar esses “ataques apopléticos fotossensíveis” enquanto olham para imagens de videogame.

Esses ataques podem apresentar uma variedade de sintomas, inclusive delírio, visão alterada, contração dos olhos ou da face, espasmos ou tremor dos braços e pernas, desorientação, confusão ou perda momentânea de consciência. Os ataques também podem causar perda de consciência ou convulsões que podem levar a ferimentos causados por quedas ou impactos nos objetos que estiverem por perto.

Pare de jogar imediatamente e consulte um médico se sentir qualquer um desses sintomas. Os pais devem observar a possível presença desses sintomas em seus filhos ou perguntar a eles se os sentem — crianças e adolescentes são mais propensos a sofrer essas crises do que adultos. O risco de ataques apopléticos fotossensíveis pode ser reduzido ao se tomar as seguintes precauções:

- Fique um pouco mais afastado da tela da TV.
- Usar uma tela de TV menor.
- Jogar em um ambiente bem iluminado.
- Não jogar quando estiver com sono ou cansado.
- Caso você ou algum parente tenham histórico de convulsões ou epilepsia, consulte um médico antes de jogar.

**Distúrbios musculoesqueléticos**
O uso de controles de jogo, teclados, mouse ou outros dispositivos de entrada eletrônicos pode estar associado a lesões e distúrbios graves.

Quando jogar videogame, assim como acontece com várias atividades, você pode sentir um desconforto ocasional em suas mãos, braços, ombros, pescoço ou outras partes do corpo. Entretanto, se sentir sensações persistentes ou recorrentes de desconforto, dor, palpitação, formigamento, amortecimento, ardor intenso ou rigidez, NÃO IGNORE ESSES SINAIS DE ALERTA. CONSULTE IMEDIATAMENTE UM PROFISSIONAL DE SAÚDE QUALIFICADO, mesmo que os sintomas ocorram quando você não está jogando um videogame. Esse tipo de sintoma pode estar associado a lesões dolorosas e às vezes permanentemente incapacitantes ou a afecções nos nervos, músculos, tendões, vasos sanguíneos e outras partes do corpo. Os problemas musculoesqueléticos (MSD) incluem síndrome do túnel do carpo, tendinite, tenossinovite, síndromes da vibração e outras condições.

Embora os pesquisadores ainda não sejam capazes de responder as várias dúvidas sobre os problemas musculoesqueléticos, todos concordam que vários fatores podem estar ligados ao problema, inclusive condições médicas e físicas, estresse e o modo de tratar o problema, estado de saúde geral e como a pessoa se posiciona e usa seu corpo durante o trabalho e outras atividades (incluindo jogar videogame). Alguns estudos sugerem que a quantidade de tempo que uma pessoa dedica a uma atividade também pode ser um fator.

Você pode encontrar algumas orientações que poderão ajudá-lo a trabalhar e jogar com mais conforto e possivelmente reduzir o risco de sofrer de um problema musculoesquelético no Healthy Gaming Guide em xbox.com/xboxone/playhealthy. Essas orientações incluem tópicos como:

- Adotar posturas corporais cômodas e não prejudiciais.
- Manter relaxadas as mãos, os dedos e outras partes do corpo.
- Fazer intervalos.
- Desenvolver um estilo de vida saudável.

Caso tenha dúvidas sobre como o seu estilo de vida, as suas atividades ou os seus problemas médicos ou físicos podem estar relacionados aos DMEs, consulte um profissional de saúde qualificado.

**ATENÇÃO: Risco de engasgo**
Este dispositivo pode conter peças pequenas que constituam risco de engasgo para crianças com menos de três anos de idade. Mantenha peças pequenas fora do alcance das crianças.

**Certifique-se de que as crianças joguem com segurança**
Certifique-se de que as crianças que utilizam qualquer acessório do Xbox One juntamente com o console Xbox One e o sensor Kinect joguem com segurança e dentro de seus limites, e verifique se elas entendem o uso correto do sistema.

Não use acessórios não licenciado, objetos não autorizados ou outros objetos com o sensor Kinect.

O uso desses acessórios ou objetos pode provocar ferimentos em você ou em outras pessoas e/ou danos ao sensor ou outra propriedade. O uso de acessórios não autorizados viola a Licença de Software e pode anular a Garantia Limitada.

**ATENÇÃO: Segurança da audição**
A exposição excessiva a volumes altos de som usando um headset pode resultar em perda temporária ou permanente da audição. Para reduzir o risco de perda auditiva, defina o volume em um nível alto o suficiente para ouvir claramente em um local tranquilo, e não mais alto do que isso.

- Não aumente o volume depois que você começar a ouvir. Seus ouvidos podem se adaptar ao longo do tempo para que o volume alto pareça normal, mas um volume elevado ainda pode prejudicar sua audição.
- Não aumente o volume para bloquear o ruído exterior. A combinação de ruídos externos e som de seus fones de ouvido pode causar danos à sua audição. Fones vedados ou de cancelamento de ruído podem reduzir o ruído externo, para que você não tenha que aumentar o volume.
- Se você não conseguir entender alguém que está falando normalmente nas proximidades, abaixe o volume.

O som que abafa a fala normal pode prejudicar sua audição. Mesmo com fones de ouvido vedados ou com cancelamento de ruído, você deve ser capaz de ouvir as pessoas próximas falando.

**Minimize o tempo de escuta de sons elevados**

- Quanto mais tempo você ficar exposto a altos volumes de som, mais provável será que sua audição seja prejudicada. Quanto mais alto for o som, menor será o tempo necessário para prejudicar a audição.
- No volume máximo, ouvir música no aparelho com fones de ouvido pode causar danos permanentes à sua audição em 15 minutos. Até mesmo volumes inferiores poderão prejudicar a audição, se você for exposto a eles por muitas horas.
- Todo o som ao qual você é exposto durante o dia tem um efeito cumulativo. Se você for exposto a outros sons altos, levará menos tempo para que os volumes elevados causem danos auditivos.
- Para usar o dispositivo com segurança sem um limite de tempo, mantenha o volume baixo o suficiente para que você possa manter uma conversa com pessoas próximas.

**⚠ CUIDADO: Dispositivos médicos pessoais**

As emissões de radiofrequência de equipamentos eletrônicos podem prejudicar o funcionamento de outros equipamentos eletrônicos, causando defeitos. Embora o dispositivo tenha sido projetado, testado e fabricado de acordo com as normas que regem a emissão de radiofrequência em países como Estados Unidos, Canadá, União Europeia e Japão, os transmissores sem fio e circuitos elétricos no dispositivo podem causar interferência em outros equipamentos eletrônicos. Sempre tome as seguintes precauções:

**Pessoas com marca-passo**

- A Health Industry Manufacturers Association recomenda que seja mantida a distância mínima de 15 cm (6 polegadas) entre um telefone celular e um marca-passo, para evitar potenciais interferências no marca-passo.
- Dispositivos sem fio não devem ser transportados no bolso do peito.
- Se você tiver qualquer razão para suspeitar de que está ocorrendo interferência, desligue o aparelho imediatamente.

**Outros dispositivos médicos**

Se você usar qualquer outro dispositivo médico pessoal, consulte o fabricante do dispositivo médico ou seu médico para determinar se é adequado o uso de outros dispositivos eletrônicos perto de seu dispositivo médico.

## GARANTIA DO FABRICANTE

A garantia limitada está disponível online em http://xbox.com/xboxone/warranty, e a licença de software está disponível em http://xbox.com/xboxone/slt.

Você deve aceitar os termos e condições da Garantia Limitada e este manual para usar o acessório do Xbox One. Se você não aceitar estes termos e condições, não configure ou use o acessório do Xbox One e devolva-o à Microsoft ou ao seu fornecedor para receber o reembolso.

## LICENÇA DE SOFTWARE

Os termos da licença de software do seu Xbox One ou Acessório estão disponíveis no endereço xbox.com/xboxone/slt. Ao usar o seu Xbox One ou Acessório, você concorda com estes termos de licença de software. Antes de configurá-lo, por favor, leia atentamente os termos da licença de software. Se você não aceitar os termos da licença de software, não use o seu Xbox One ou Acessório. Devolva-o sem uso para a loja onde comprou o seu Xbox One ou Acessório ou à Microsoft para obter um reembolso.

## INFORMAÇÕES REGULAMENTARES

- Não se destina a uso em aplicativos de maquinaria, médicos ou industriais.
- Quaisquer mudanças ou modificações não aprovadas expressamente pela Microsoft poderão anular a autorização do usuário para operar o equipamento.
- Este produto se destina ao uso com equipamento de sistemas da informação listado pelo NRTL (UL, CSA, ETL etc.) e/ou compatível com IEC/EN 60950-1 (certificado pela marca CE).
- Não há peças incluídas que necessitem de manutenção.
- Este dispositivo é classificado como um produto comercial para operação a +5 °C (+41 °F) a +35 °C (+95 °F).

Este dispositivo digital de Classe B está em conformidade com a Parte 15 das Regulamentações FCC, conforme aplicável. A operação está sujeita às duas condições a seguir: (1) este dispositivo não pode causar interferências prejudiciais e (2) este dispositivo deve aceitar toda interferência recebida, incluindo interferências que possam prejudicar o funcionamento.

Para obedecer aos requisitos de exposição a RF da FCC, as seguintes configurações operacionais devem ser satisfeitas: a antena deve ser instalada pelo fabricante e não podem ser feitas alterações. Os dispositivos sem fio não devem ser posicionados ao lado de outra antena ou transmissor ou funcionar em conjunto com estes. Com exceção do headset e dos dispositivos de mão, os dispositivos sem fio devem ficar a pelo menos 20 cm de distância da antena do dispositivo sem fio e de qualquer pessoa.

**Somente para dispositivos 802.11a e 802.11n 5GHz**
Este produto está restrito somente a uso interno para reduzir qualquer potencial de interferência prejudicial com operação licenciada na faixa de frequência de 5,15 a 5.25 GHz.

Microsoft Corporation; One Microsoft Way; Redmond, WA 98052-6399; E.U.A. Estados Unidos: (800) 426-9400; Canadá: (800) 933-4750.

**Normas de interferência para rádio e TV**
Os(s) dispositivo(s) de hardware da Microsoft pode(m) irradiar energia de radiofrequência. Se não for instalado e usado estritamente de acordo com as instruções fornecidas na documentação impressa e/ou nos arquivos de ajuda na tela, o dispositivo poderá causar interferência prejudicial a outros dispositivos de radiocomunicação (por exemplo, rádios AM/FM, televisões, babás eletrônicas, telefones sem fio etc.). Entretanto, não há garantia de que tal interferência de RF não ocorra em uma instalação particular.

Para determinar se o seu dispositivo de hardware está causando interferência em outros dispositivos de radiocomunicação, desconecte o dispositivo do computador ou remova as pilhas do dispositivo (no caso de um dispositivo operado por pilhas). Se a interferência parar, provavelmente foi causada pelo dispositivo. Se a interferência continuar depois que você desconectar o dispositivo de hardware ou retirar as pilhas, desligue o computador e ligue-o novamente. Se a interferência parar quando o computador estiver desligado, verifique se um dos dispositivos de entrada/saída (E/S) ou uma das placas de acessórios internos do computador está causando o problema. Desconecte os dispositivos de E/S, um de cada vez, e verifique se a interferência cessará.

Se este dispositivo de hardware causar interferência, tente executar as seguintes medidas para corrigi-la:

- Mude o local da antena do outro dispositivo de radiocomunicação (por exemplo, rádio AM/FM, televisões, babás eletrônicas, telefones sem fio etc.) até que a interferência pare.
- Afaste mais o dispositivo de hardware do rádio ou TV ou mova-o para um dos lados do rádio ou TV.
- Conecte o computador a outra tomada, de modo que o dispositivo de hardware e o rádio ou a TV estejam em circuitos diferentes, controlados por disjuntores ou fusíveis diferentes.

Caso necessário, consulte o revendedor do computador ou um técnico de rádio/TV experiente para obter mais sugestões. Para obter mais informações sobre problemas de interferência, visite o site da FCC em: fcc.gov/cgb/consumerfacts/interference.html. Você também pode ligar para a FCC em 1-888-CALL FCC para solicitar fichas técnicas sobre interferência e interferência telefônica.

**ATENÇÃO: Dispositivos sem fio a bordo de aeronaves**
Antes de embarcar em uma aeronave ou colocar um dispositivo sem fio na bagagem que será inspecionada, remova as pilhas do dispositivo sem fio ou desligue-o (se ele tiver uma chave liga/desliga). Quando estão ligados (se tiverem uma chave liga/desliga) e com as pilhas instaladas, os dispositivos sem fio podem transmitir energia de radiofrequência (RF) de modo bastante semelhante ao de um telefone celular.

**Descarte de pilhas e de material elétrico e eletrônico**

Este símbolo no produto ou em suas pilhas ou embalagem significa que o produto e suas pilhas não devem ser colocados no lixo comum de casa. Pelo contrário, é responsabilidade do proprietário levá-lo a um ponto de coleta para reciclagem de pilhas e equipamento eletroeletrônico. A coleta seletiva e a reciclagem contribuem para a preservação dos recursos naturais e evitam consequências negativas potenciais, para a saúde humana e para o ambiente, devido à possível presença de substâncias nocivas em pilhas e equipamentos eletroeletrônicos, que poderiam ser causadas pelo descarte inadequado desses materiais. Para obter mais informações sobre os postos de coleta de pilhas e equipamentos eletroeletrônicos, entre em contato com a prefeitura, serviço de coleta coletiva de lixo ou a loja onde adquiriu este produto. Contate erecycle@microsoft.com para obter mais informações sobre coleta de pilhas e equipamentos eletroeletrônicos usados.

Este produto pode usar pilhas de lítio, NiMH ou alcalinas. Este produto se destina ao uso com equipamento de informática listado pelo NRTL (UL, CSA, ETL etc.) e/ou compatível com IEC/EN 60950 (certificado pela marca CE).

Vá para xbox.com/xboxone/regulatory para obter mais informações.

## DIREITOS AUTORAIS

As informações e opiniões neste documento, incluindo URLs e outras referências a sites da Internet, estão sujeitas a alterações sem aviso. Este documento não oferece a você quaisquer direitos legais sobre qualquer propriedade intelectual de qualquer produto da Microsoft. Você pode copiar e usar este documento para fins de referência interna.

© 2014 Microsoft Corporation. Todos os direitos reservados. Microsoft, Windows, Xbox, Xbox One, Xbox 360, Xbox Live, Kinect, os logotipos Xbox e o logotipo Xbox Live são marcas do grupo Microsoft de empresas.

## ATENDIMENTO AO CLIENTE

Para obter respostas a perguntas comuns, etapas para solução de problemas e informações para contatar o Atendimento ao Cliente Xbox, visite o site xbox.com/xboxone/support.

# GUIDE DES ACCESSOIRES XBOX ONE

**RENSEIGNEMENTS IMPORTANTS SUR LA GARANTIE ET LA SÉCURITÉ DU PRODUIT**

⚠ **Ce symbole désigne des messages relatifs à la sécurité et à la santé dans le présent guide de produit.**
Veuillez lire ce guide pour obtenir des renseignements importants en matière de santé et de sécurité relatifs au produit que vous avez acheté.

⚠ **AVERTISSEMENT :** Le fait de ne pas suivre les directives de configuration, d'utilisation et d'entretien de ce produit peut augmenter les risques de blessure grave ou causer la mort, ou des dommages à la propriété ou au produit et à ses accessoires. Veuillez lire le présent guide de produit pour obtenir des renseignements importants sur la santé et la sécurité, ou consulter la page xbox.com/xboxone/accessories/useinstructions.

**ENTENTE SUR LA GARANTIE LIMITÉE DE XBOX ONE ET MODALITÉS DE LICENCE LOGICIELLE**
Vous devez accepter les conditions d'utilisation Xbox (y compris les modalités de licence de jeux et de licence logicielle Xbox) sur xbox.com/live/termsofuse, les modalités de licence logicielle sur xbox.com/xboxone/slt et la garantie limitée sur xbox.com/xboxone/warranty afin d'utiliser votre console Xbox One, les accessoires Xbox ou le capteur Kinect for Xbox. En utilisant la console Xbox One, les accessoires Xbox ou le capteur Kinect for Xbox One, vous acceptez d'être lié par les présentes modalités. Veuillez les lire. Si vous ne les acceptez pas, vous ne devez pas installer ou utiliser votre console Xbox One, vos accessoires Xbox ou le capteur Kinect for Xbox One. Vous devez retourner le produit Xbox à Microsoft ou à votre détaillant pour un remboursement.

## SÉCURITÉ ÉLECTRIQUE

⚠ **AVERTISSEMENT :** Comme dans le cas de nombreux autres appareils électriques, omettre de suivre les précautions suivantes peut causer des blessures graves, voire la mort, à la suite d'une décharge électrique, d'un incendie ou causer des dommages à la console Xbox One et à ses accessoires :

- Utilisez uniquement un câble de chargement approuvé.
- Ne laissez pas un dispositif sans fil ou un câble de chargement entrer en contact avec l'eau.
- Débranchez le câble de chargement durant un orage ou lorsqu'il est inutilisé pendant des périodes prolongées.
- Afin de prévenir les dommages, évitez de vous asseoir ou de marcher sur un dispositif sans fil, son câble ou la prise ou le connecteur du câble.

⚠ **ATTENTION : Câbles et cordons**
Afin de réduire les dangers de chute potentiels, placez tous les câbles et les cordons de façon à ce que les personnes et les animaux ne soient pas susceptibles de trébucher sur ceux-ci ou de les accrocher accidentellement et ne laissez pas les enfants jouer avec eux.

Allez sur xbox.com/xboxone/electricalsafety pour obtenir plus de renseignements.

## APPAREILS À PILE

⚠ **AVERTISSEMENT : Sécurité concernant la pile**
Les précautions suivantes doivent être suivies avec tous les produits utilisant des piles rechargeables ou jetables, dont celles au lithium polymère. Une utilisation inappropriée de la pile peut causer des blessures graves, la mort, des dommages à la propriété ou au produit et à ses accessoires en raison d'une fuite de liquide, d'un incendie, d'une surchauffe ou d'une explosion. Le liquide contenu dans les piles est corrosif, voire toxique. Il peut provoquer des brûlures aux yeux ou à la peau et est nocif s'il est avalé. Pour réduire le risque de blessures :

Gardez les piles hors de la portée des enfants.

Retirez les piles si elles sont usées ou si vous comptez ranger votre appareil durant une période prolongée. Si vos piles sont vieilles, faibles ou usées, enlevez-les sans tarder et recyclez-les ou jetez-les conformément aux règles locales et régionales/nationales.

Si une pile fuit, retirez toutes les piles en suivant les instructions d'installation à rebours pour ce produit, en faisant attention de ne pas laisser le liquide entrer en contact avec votre peau ou vos vêtements. Si le liquide des piles entre en contact avec la peau ou les vêtements, rincez immédiatement la peau à grande eau. Avant d'insérer de nouvelles piles, nettoyez à fond le compartiment à piles avec un linge sec, ou suivez les instructions de nettoyage du fabricant de la pile.

- Vous ne devez jamais écraser, ouvrir, perforer, mutiler, chauffer au-dessus de 35 °C (95 °F), appliquer une chaleur directe ou disposer des piles en les jetant dans un feu.
- Ne mélangez pas des anciennes et des nouvelles piles ou des piles de types différents (par exemple, au carbone-zinc et alcalines).
- Les objets de métal ne doivent pas toucher les bornes des piles; ils peuvent devenir chauds et causer des brûlures.
- Ne transportez pas ou ne placez pas de piles avec des colliers, des épingles à cheveux ou tout autre objet métallique.
- Ne laissez pas un dispositif à pile à la lumière directe du soleil pour une période prolongée, comme sur un tableau de bord d'une voiture en été.
- N'immergez pas de piles dans l'eau ou ne les laissez pas entrer en contact avec l'eau.
- Ne branchez pas directement de piles sur des prises électriques ou dans l'allume-cigare d'une voiture.
- N'essayez pas de les brancher sur les bornes de pile à moins d'utiliser un appareil hôte approuvé par Microsoft.
- Évitez de frapper, lancer, marcher sur une pile ou de lui faire subir un choc important.
- Ne perforez jamais le logement de la pile d'une quelconque façon.
- N'essayez pas de désassembler ou de modifier les piles d'une quelconque façon.
- Ne rechargez pas de piles près d'un feu ou dans des conditions de chaleur extrême.

⚠ **AVERTISSEMENT : Utilisez le chargeur de pile approprié.**
Chargez les piles rechargeables uniquement avec le chargeur fourni avec le produit. Suivre une mauvaise méthode de chargement peut causer un incendie ou une explosion.

## UTILISATION ET ENTRETIEN DE VOTRE ACCESSOIRE XBOX ONE

⚠ **AVERTISSEMENT : N'essayez pas de le réparer** Ne tentez pas de démonter, d'ouvrir, de réparer ou de modifier les accessoires Xbox One. Vous pourriez courir un risque de décharge électrique, de dommage, d'incendie ou autre. Tout signe de tentative d'ouverture ou de modification de cet appareil, y compris tout décollement, toute perforation ou tout retrait des étiquettes, annulera la garantie limitée et rendra la console Xbox One inadmissible à la réparation autorisée. La modification de tout accessoire Xbox One peut faire en sorte de vous bannir de façon permanente de Xbox Live, lequel est requis pour jouer à des jeux et pour d'autres utilisations de la console.

### Utilisation et nettoyage

⚠ **AVERTISSEMENT : Ne laissez pas les accessoires Xbox One entrer en contact avec l'eau**
Pour réduire les risques d'incendie ou de décharge électrique, n'exposez pas l'appareil à la pluie ou à d'autres types d'humidité.

Suivez ces instructions lors de votre utilisation :

- N'utilisez pas les accessoires près d'une source de chaleur.
- N'utilisez que des accessoires approuvés par Microsoft.
- Ne tentez pas de nettoyer les connecteurs.
- Nettoyez le produit à l'aide d'un chiffon sec.

Pour obtenir plus de renseignements, allez sur xbox.com/xboxone/accessories/productcare.

## DE SAINES PRÉCAUTIONS

⚠ **AVERTISSEMENT : Informations importantes relatives à la sécurité lorsque vous jouez à des jeux vidéo.**

**Crises d'épilepsie liées à la photosensibilité**
Pour un très faible pourcentage de personnes, l'exposition à certaines images, notamment aux lueurs et aux motifs clignotants pouvant apparaître dans les jeux vidéo, risque de provoquer une crise d'épilepsie liée à la photosensibilité. Même des personnes sans antécédent épileptique peuvent en être victimes.

Les symptômes de ces crises peuvent varier : étourdissements, altération de la vision, mouvements convulsifs des yeux ou du visage, crispation ou tremblement des bras ou des jambes, désorientation, confusion, perte de connaissance momentanée. Vous pouvez également vous blesser après être tombé ou avoir heurté des objets près de vous suite à une perte de conscience ou à des convulsions.

Arrêtez immédiatement de jouer et consultez un médecin si vous souffrez d'au moins un de ces symptômes. Il est conseillé aux parents de surveiller leurs enfants et de leur poser des questions concernant les symptômes ci-dessus; les enfants et les adolescents sont effectivement plus sujets à ce genre de crise que les adultes. Les précautions suivantes peuvent réduire le risque d'une crise d'épilepsie photosensible :

- Éloignez-vous du téléviseur.
- Utilisez un écran de télévision de petite taille.
- Jouez dans une pièce bien éclairée.
- Évitez de jouer en cas d'envie de dormir ou de fatigue.
- Si vous ou un membre de votre famille avez des antécédents de crises d'épilepsie, consultez un médecin avant de jouer.

**Troubles musculo-squelettiques**
Il est possible que l'utilisation de manettes de jeu, de claviers, de souris ou d'autres périphériques d'entrée électroniques entraîne de graves blessures ou troubles.

Comme c'est le cas pour de nombreuses activités, il est possible que vous ressentiez occasionnellement de l'inconfort dans vos mains, vos bras, vos épaules, votre cou ou d'autres parties de votre corps lorsque vous jouez à des jeux vidéo. Cependant, si vous ressentez de façon persistante ou récurrente un inconfort, une douleur, un élancement, des picotements, un engourdissement, une sensation de brûlure ou une raideur, N'IGNOREZ PAS CES SIGNES AVANT-COUREURS. CONSULTEZ RAPIDEMENT UN PROFESSIONNEL DE LA SANTÉ QUALIFIÉ, même si les symptômes surviennent lorsque vous ne jouez pas à un jeu vidéo. De tels symptômes peuvent être associés à de douloureux, et parfois permanents, troubles et maladies affectant les nerfs, les muscles, les tendons, les vaisseaux sanguins et d'autres parties du corps. Ces troubles musculosquelettiques (TMS) incluent le syndrome du canal carpien, la tendinite, la ténosynovite, des syndromes de vibration, ainsi que d'autres symptômes.

Même si de nombreuses questions sur les TMS demeurent encore sans réponse, les chercheurs s'entendent généralement pour dire que de nombreux facteurs peuvent contribuer à leur apparition, y compris les maladies, la condition physique, le stress et la façon de le gérer, l'état de santé général, la position du corps lors du travail et des autres activités (comme les jeux vidéo). Selon certaines études, la durée d'une activité serait possiblement un facteur.

Certaines directives peuvent vous aider à travailler et à jouer confortablement, et peuvent réduire le risque de souffrir d'un TMS. Elles sont répertoriées à la page Guide sur la façon saine de jouer à la page xbox.com/xboxone/playhealthy. Parmi ces directives, notons les suivantes :

- Adoptez des positions confortables.
- Assurez-vous de détendre vos mains, vos doigts et les autres parties de votre corps.
- Prenez des pauses.
- Adoptez un mode de vie sain.

Si vous avez des questions concernant un possible lien entre votre mode de vie, vos activités, votre état de santé ou votre condition physique et les TMS, consultez un professionnel de la santé qualifié.

**AVERTISSEMENT : Risque de suffocation**
Cet appareil est susceptible de contenir de petites pièces pouvant présenter un risque de suffocation pour les enfants de moins de 3 ans. Gardez ces petites pièces hors de la portée des enfants.

**Vous devez vous assurer que les enfants s'amusent en sécurité.**
Vous devez vous assurer que les enfants qui utilisent les accessoires Xbox One avec la console Xbox One et le capteur Kinect le font de manière sécuritaire, respectent leurs limites et vous devez vous assurer qu'ils comprennent bien comment utiliser le système.

N'utilisez pas d'accessoires sans licence ou d'objets non autorisés avec le capteur Kinect.

Le non-respect de cette consigne pourrait causer des blessures ou des dommages au capteur ou à d'autres biens. L'utilisation d'accessoires non autorisés va à l'encontre de la licence de logiciel et pourrait annuler la garantie limitée.

**AVERTISSEMENT : Sécurité auditive**
Une exposition prolongée à des niveaux sonores élevés lorsque vous portez un casque risque de provoquer une perte auditive temporaire ou permanente. Pour réduire le risque de perte auditive, réglez le volume assez fort pour bien entendre dans les environnements silencieux, et non plus fort que le bruit ambiant.

- Ne montez pas le volume après avoir commencé l'écoute. Avec le temps, vos oreilles s'habituent de façon à ce qu'un volume élevé semble normal, mais ce volume peut quand même endommager votre ouïe.

- Ne montez pas le volume dans le but d'étouffer le bruit extérieur. Le bruit extérieur combiné au son de vos écouteurs risque d'endommager votre ouïe. Les écouteurs fermés ou suppresseurs de bruit réduisent l'intensité du bruit extérieur afin que vous n'ayez pas à augmenter le volume.
- Si vous ne pouvez pas entendre quelqu'un près de vous qui parle normalement, baissez le volume. Les sons qui noient les paroles d'intensité normale peuvent endommager votre ouïe. Même en portant des écouteurs fermés ou suppresseurs de bruit, vous devriez entendre la voix des personnes qui vous entourent.

**Réduisez au minimum le temps que vous passez à écouter des sons d'une intensité élevée**

- Plus vous passez de temps à écouter des sons d'une intensité élevée, plus vous risquez d'endommager votre ouïe. Plus le son est fort, moins le temps nécessaire pour endommager l'ouïe est long.
- Écouter de la musique au volume maximum et en portant des écouteurs peut endommager votre ouïe de façon permanente en 15 minutes. Même les volumes plus faibles peuvent entraîner une perte auditive si vous y êtes exposé pendant de nombreuses heures.
- Tous les sons que vous entendez pendant une journée s'additionnent. Si vous êtes exposé à d'autres sons d'une intensité élevée, votre ouïe sera endommagée plus rapidement en écoutant à volume élevé.
- Pour utiliser l'appareil en toute sécurité sans limite de temps, maintenez le volume suffisamment bas pour pouvoir converser avec les personnes près de vous.

**⚠ ATTENTION : Dispositifs médicaux personnels**

Les émissions de radiofréquence de l'équipement électronique peuvent affecter le fonctionnement d'autres équipements électroniques, et provoquer un mauvais fonctionnement. Bien que le dispositif soit conçu, testé et fabriqué conformément aux réglementations gouvernant l'émission de fréquence radio dans des différents pays, comme les États-Unis, le Canada, ceux de l'Union européenne et le Japon, les émetteurs sans fil et les circuits électriques qui les composent peuvent causer de l'interférence sur d'autres équipements électroniques. Toujours suivre les précautions suivantes :

**Personnes avec un stimulateur cardiaque**

- La Health Industry Manufacturers Association recommande de conserver un dégagement minimal d'au moins 15 cm (6 po) entre un appareil sans fil et un stimulateur cardiaque afin d'éviter une interférence potentielle avec le stimulateur.
- Les appareils sans fil ne doivent pas être transportés dans une poche à hauteur du torse.
- Si vous avez des raisons de suspecter une interférence, éteignez l'appareil immédiatement.

**Autres appareils médicaux**

Si vous utilisez un autre appareil médical personnel, communiquez avec le fabricant de l'appareil médical ou votre médecin afin de déterminer si vous pouvez l'utiliser avec d'autres appareils électroniques à proximité.

## GARANTIE DU FABRICANT

Microsoft garantit que votre console Xbox One et votre capteur Kinect pour Xbox One ne présenteront aucune défectuosité en conditions normales d'utilisation pendant un an à partir de la date d'achat. La garantie ne couvre pas l'usure normale et les dommages causés par un accident ou survenant à la suite d'une mauvaise utilisation. **D'autres exclusions et restrictions s'appliquent, notamment concernant la qualité marchande.** Pour obtenir une réparation, communiquez avec Microsoft au numéro 800 4MY-XBOX (469-9269) ou visitez le site xbox.com/support. Veuillez lire l'ensemble de la garantie limitée à l'adresse xbox.com/xboxone/warranty; vous y trouverez notamment des renseignements supplémentaires sur les réparations. Vous pouvez lire le document et vous l'envoyer par courriel au moment de l'enregistrement du produit.

## RENSEIGNEMENTS RÉGLEMENTAIRES

- Ce produit n'a pas été conçu pour être utilisé avec de la machinerie ni pour des applications médicales ou industrielles.
- Tout changement ou toute modification n'ayant pas l'approbation de Microsoft pourrait retirer à l'utilisateur le droit de se servir de ce produit.
- Ce produit est conçu pour être utilisé avec du matériel de technologie de l'information conforme aux normes NRTL (UL, CSA, ETL, etc.) ou IEC/EN 60950 (mention CE).
- Ne contient aucune pièce à entretenir à l'intérieur.
- Cet appareil est un produit commercial dont la température de fonctionnement nominale se situe entre

5 °C (41 °F) et 35 °C (95 °F).

Cet appareil numérique de classe B est conforme, le cas échéant, à la Partie 15 des règlements de la FCC. L'utilisation de ce dispositif est autorisée seulement aux deux conditions suivantes : (1) cet appareil ne doit pas causer d'interférences et (2) cet appareil doit pouvoir accepter les interférences, y compris celles qui pourraient nuire à son fonctionnement.

Cet appareil numérique de la classe B est conforme aux normes NMB-003, CNR-Gen, CNR-210 et CNR-310 du Canada. Son fonctionnement est assujetti aux deux conditions suivantes : (1) Cet appareil ne peut pas provoquer d'interférences nuisibles et (2) cet appareil doit accepter toute interférence reçue, y compris les interférences pouvant entraîner un fonctionnement non désiré.

Pour se conformer aux normes en matière d'exposition aux radiofréquences, les exigences suivantes doivent être respectées : l'antenne a été installée par le fabricant et aucun changement ne peut y être apporté; les dispositifs sans fil ne doivent pas être co-implanté ni utilisé conjointement avec une autre antenne ou un autre émetteur. À l'exception des micros-casques et des appareils portables, les appareils sans fil doivent être utilisés à une distance supérieure à 20 cm de leur antenne et de toute personne.

**Uniquement pour les appareils de 5 GHz 802.11a et 802.11n**

Ce produit doit être utilisé uniquement à l'intérieur pour réduire les risques d'interférences nuisibles potentielles lors d'une utilisation sous licence dans une plage de fréquence allant de 5,15 à 5,25 GHz.

Microsoft Corporation; One Microsoft Way; Redmond, WA 98052-6399; U.S.A. États-Unis : 800 426-9400; Canada : (800) 933-4750.

**Réglementations relatives aux interférences TV et radio**

Les appareils de Microsoft peuvent émettre de l'énergie radiofréquence (RF). S'ils ne sont pas installés ou utilisés conformément aux instructions de la documentation imprimée ou des fichiers d'aide à l'écran, ces dispositifs peuvent provoquer des interférences nuisibles aux dispositifs de communications radio (par exemple, radios AM/FM, téléviseurs, interphones de surveillance, téléphones sans fil). Il n'est toutefois pas exclu que des interférences RF puissent survenir dans une installation particulière.

Pour savoir si votre appareil cause des interférences, débranchez-le de votre ordinateur ou, le cas échéant, retirez-en les piles. Si les interférences cessent, elles provenaient probablement de votre appareil. Si elles continuent, après le débranchement du matériel ou le retrait des piles, éteignez l'ordinateur, puis rallumez-le. Si les interférences ont cessé lorsque l'appareil était éteint, vérifiez si le problème provient de l'un des périphériques d'entrée-sortie connectés sur l'appareil ou d'une des cartes d'accessoires internes de l'ordinateur. Déconnectez alors ces périphériques d'E/S un à un jusqu'à ce que les interférences cessent.

Si ce dispositif matériel engendre des interférences, essayez l'une des mesures suivantes pour résoudre ce problème :

- Déplacez l'antenne de l'autre dispositif de radiocommunications (par exemple, radios AM/FM, téléviseurs, interphones de surveillance, téléphones sans fil) jusqu'à ce que les interférences cessent.
- Éloignez le dispositif matériel de la radio ou du téléviseur ou déplacez-le d'un côté ou de l'autre de votre radio ou de votre téléviseur.
- Branchez l'ordinateur dans une autre prise de courant afin que le matériel et la radio ou le téléviseur se trouvent sur des circuits contrôlés par des disjoncteurs ou des fusibles distincts.

Au besoin, consultez le revendeur d'ordinateurs ou un technicien spécialiste en radio/télévision pour d'autres suggestions. Pour obtenir de plus amples renseignements sur les problèmes d'interférence, visitez le site Web de la FCC à l'adresse : fcc.gov/cgb/consumerfacts/interference.html. Vous pouvez également appeler la FCC au 1 888 CALL FCC pour demander les fiches d'information sur l'interférence et l'interférence téléphonique.

**⚠ AVERTISSEMENT : Appareils sans fil à bord d'un aéronef**

Avant d'embarquer dans un aéronef ou d'emballer un appareil sans fil dans un bagage qui sera enregistré, vous devez retirer les piles de l'appareil ou l'éteindre (si doté d'un interrupteur). Les appareils sans fil peuvent émettre de l'énergie RF, comme un téléphone cellulaire, lorsque les piles sont en place et que l'appareil est allumé (si doté d'un interrupteur).

### Élimination des piles et des déchets d'équipements électriques et électroniques

Ce symbole, apposé sur le produit, sur les piles ou sur l'emballage, indique que le produit et les piles qu'il contient ne doivent pas être jetés avec vos ordures ménagères. En effet, il vous incombe de le remettre à un point de collecte approprié pour le recyclage des piles et du matériel électrique et électronique. Cette collecte et ce recyclage distincts permettront de conserver les ressources naturelles et de prévenir d'éventuelles conséquences néfastes sur la santé humaine et l'environnement découlant de la présence possible de substances dangereuses dans les piles et le matériel électrique et électronique. Pour savoir où apporter vos piles et vos appareils électriques et électroniques, communiquez avec votre municipalité, avec le service responsable de la collecte de vos ordures ménagères ou avec le revendeur où vous vous êtes procuré ce produit. Communiquez avec erecycle@microsoft.com pour obtenir plus de renseignements sur les déchets provenant de l'équipement électrique et électronique et des piles usées.

Ce produit peut utiliser des piles au lithium, NiMH ou alcalines. Cet appareil ne doit être utilisé qu'avec des appareils conformes à la norme IEC/EN 60950 (marqués du sceau CE) ou reconnus par la NRTL (Nationally recognized testing laboratory) (marqués du sceau UL, CS, ETL, par exemple).

Visitez xbox.com/xboxone/regulatory pour obtenir plus de renseignements.

## DROITS D'AUTEUR

Les renseignements et les opinions exprimées dans le présent document, y compris les URL et les autres références de sites Web Internet, peuvent être modifiés sans préavis. Ce document ne vous accorde aucun droit juridique de propriété intellectuelle sur les produits Microsoft. Vous pouvez copier et utiliser ce document uniquement à des fins de référence interne.

© 2014 Microsoft Corporation. Tous droits réservés. Microsoft, Windows, Xbox, Xbox One, Xbox 360, Xbox Live, Kinect, les logos Xbox et le logo Xbox Live sont des marques de commerce du groupe de sociétés Microsoft.

## SERVICE À LA CLIENTÈLE

Pour connaître les réponses aux questions courantes, des solutions de dépannage et les coordonnées du service à la clientèle de Xbox, consultez la page www.xbox.com/xboxone/support.

# MANUAL DE PRODUCTOS DE ACCESORIOS DE XBOX ONE

**INFORMACIÓN IMPORTANTE SOBRE SEGURIDAD Y GARANTÍA DE PRODUCTOS**

⚠ **Este símbolo identifica los mensajes de seguridad y salud de esta guía del producto.**
Lee esta guía para obtener información de seguridad y salud importante sobre el producto que compraste.

⚠ **ADVERTENCIA:** Si este producto no se configura, no se utiliza y no se cuida adecuadamente, aumenta el riesgo de lesiones graves, muerte, daño a la propiedad o daño al producto o a los accesorios relacionados. Lee esta guía del producto para obtener información importante de seguridad y salud, o visita xbox.com/xboxone/accessories/useinstructions.

**ACUERDO DE GARANTÍA LIMITADA DE XBOX ONE Y TÉRMINOS DE LICENCIA DE SOFTWARE**
Debes aceptar los Términos de uso de Xbox (incluidos los términos del software de Xbox y los términos de licencia de juegos) en xbox.com/live/termsofuse, los términos de licencia de software en xbox.com/xboxone/slt y la Garantía limitada en xbox.com/xboxone/warranty para usar tu consola Xbox One, los accesorios Xbox y/o el sensor Kinect para Xbox. Al usar la consola Xbox One, los accesorios Xbox y/o el sensor Kinect para Xbox One, aceptas estar sujeto a estos términos. Léelos. Si no los aceptas, no configures ni uses tu consola Xbox One, los accesorios Xbox y/o el sensor Kinect para Xbox One. Devuelve el producto Xbox a Microsoft o a tu vendedor minorista para recibir un reembolso.

## SEGURIDAD ELÉCTRICA

⚠ **ADVERTENCIA:** Al igual que con muchos otros dispositivos eléctricos, si no se toman las siguientes precauciones se pueden producir lesiones graves o la muerte por causa de una descarga eléctrica o incendio, o bien daños a la consola Xbox One y sus accesorios.

- Usa solamente un cable de carga aprobado.
- No permitas que el dispositivo inalámbrico o el cable de carga se mojen.
- Desconecta el cable de carga durante las tormentas eléctricas o cuando no se utilice durante largos períodos.
- Para prevenir daños, evita sentarte o pisar el dispositivo inalámbrico, su cable o el enchufe o conector del cable.

⚠ **PRECAUCIÓN: Cables**
Para reducir los posibles riesgos de tropiezos o enredos, ordena los cables de modo que las personas y mascotas no puedan tropezarse o tirar de ellos accidentalmente al moverse o caminar por el área, y no permitas que los niños jueguen con los cables.

Visita xbox.com/xboxone/electricalsafety para obtener más información.

## DISPOSITIVOS QUE FUNCIONAN CON BATERÍAS

⚠ **ADVERTENCIA: Seguridad de las baterías**
Las siguientes precauciones se aplican a todos los productos que usan baterías recargables o desechables que incluyen polímero de litio. El uso inadecuado de las baterías puede producir lesiones graves, la muerte, daños a la propiedad o daños al producto o sus accesorios relacionados a causa de filtración de líquido de las baterías, incendio, sobrecalentamiento o explosión. El líquido derramado es corrosivo y podría ser tóxico. Puede provocar quemaduras en la piel y en los ojos, y resulta nocivo si se ingiere. Para reducir el riesgo de lesiones:

Mantén las baterías fuera del alcance de los niños.

Extrae las baterías si están gastadas o antes de guardar el dispositivo durante mucho tiempo. Siempre extrae las baterías viejas, débiles o gastadas inmediatamente y recíclalas o deséchalas según las normativas de desecho locales y nacionales/regionales.

Si una batería tiene una filtración, extrae todas las baterías siguiendo el proceso inverso a los pasos de instalación proporcionados para este producto, teniendo cuidado de evitar que el líquido filtrado toque tu piel o la ropa. Si el líquido de la batería entra en contacto con la piel o con la ropa, límpialo con agua inmediatamente. Antes de insertar baterías nuevas, limpia exhaustivamente el compartimento de la batería con un paño seco o bien sigue las recomendaciones de limpieza del fabricante de la batería.

- No tritures, abras, perfores, mutiles, calientes sobre 35 °C (95 °F) o apliques calor directo, ni arrojes las baterías al fuego.
- No mezcles baterías nuevas con viejas o baterías de distintos tipos (p. ej., de carbono-cinc y alcalinas).
- No permita que objetos metálicos toquen los terminales de las baterías en el dispositivo; pueden calentarse y provocar quemaduras.
- No transportes ni coloques las baterías junto con collares, horquillas u otros objetos metálicos.
- No dejes un dispositivo a baterías bajo la luz directa del sol durante un período prolongado, por ejemplo, sobre el tablero del automóvil durante el verano.
- No sumerjas las baterías en agua ni permitas que se mojen.
- No conectes las baterías directamente a enchufes de pared o a conectores para encendedores de automóviles.
- No intentes conectar a los terminales de las baterías a menos que uses un dispositivo host aprobado por Microsoft.
- No golpees, arrojes, pises ni sometas las baterías a golpes físicos intensos.
- No perfores la carcasa de las baterías de ninguna forma.
- No intentes desarmar o modificar las baterías de ninguna forma.
- No recargues las baterías cerca del fuego o en condiciones extremadamente calurosas.

⚠ **ADVERTENCIA: Usa el cargador de batería adecuado**
Carga las baterías recargables solo con el cargador proporcionado junto con el producto. El uso de un método de carga inadecuado puede causar un incendio o explosión.

## USA Y CUIDA DE TUS ACCESORIOS XBOX ONE

⚠ **ADVERTENCIA: No intentes realizar reparaciones** No intentes desarmar, abrir, reparar ni modificar los accesorios Xbox One. Si lo haces, existe el riesgo de descarga eléctrica, daño, incendio o de otros peligros. Cualquier evidencia de que el dispositivo se haya intentado abrir y/o modificar, incluidas peladuras, perforaciones o retiro de cualquiera de las etiquetas, invalidará la Garantía limitada y hará que el accesorio Xbox One no pueda optar a ser reparado por un servicio autorizado. Modificar un accesorio Xbox One puede tener como resultado la expulsión permanente de Xbox Live, que es obligatoria para jugar y otros usos de la consola.

**Uso y limpieza**

⚠ **ADVERTENCIA: No permitas que los accesorios Xbox One se mojen**
Para reducir el riesgo de incendio o descarga eléctrica, no expongas el dispositivo a la lluvia u otros tipos de humedad.

Úsalo de acuerdo con estas instrucciones:

- No utilices los accesorios cerca de ninguna fuente de calor.
- Usa solo los accesorios especificados por Microsoft.
- No intentes limpiar los conectores.
- Límpialo solo con un paño seco.

Para obtener más información, visita xbox.com/xboxone/accessories/productcare.

## JUEGA SANAMENTE

⚠ **ADVERTENCIA: Advertencias de salud importantes sobre el uso de videojuegos**

**Crisis de fotosensibilidad**
Un porcentaje muy pequeño de personas puede experimentar un ataque al exponerse a ciertas imágenes visuales, incluidas luces o patrones parpadeantes que pueden aparecer en juegos de video. Incluso personas sin historial de ataques o epilepsia pueden tener un problema no diagnosticado que puede provocar estos “ataques epilépticos fotosensibles” mientras observa juegos de video.

Estos ataques pueden tener una variedad de síntomas, incluidos vértigo, visión alterada, espasmos en los ojos o la cara, sacudidas o temblores de brazos o piernas, desorientación, confusión o pérdida momentánea de la conciencia. Los ataques también pueden provocar pérdida de la conciencia o convulsiones que pueden derivar en lesiones por caída o por chocar con objetos cercanos.

Deja de jugar inmediatamente y consulta a un médico si experimentas alguno de estos síntomas. Los padres deben estar atentos o preguntar a sus hijos acerca de los síntomas

mencionados; los niños y adolescentes son más propensos a experimentar estos ataques que los adultos. El riesgo de ataques epilépticos fotosensibles se puede reducir si se toman las siguientes precauciones:

- Aléjate más de la pantalla de TV.
- Utiliza una pantalla de televisión más pequeña.
- Juega en una habitación con buena iluminación.
- No juegues cuando tengas sueño o cansancio.
- Si alguno de tus familiares o tú mismo han sufrido crisis o epilepsia con anterioridad, consulta a tu médico antes de jugar.

**Trastornos musculoesqueléticos**
El uso de controles de juego, teclados, mouse u otros dispositivos de entrada electrónicos puede estar relacionado con lesiones y afecciones graves.

Al jugar juegos de video, como sucede en muchas otras actividades, es posible que experimentes molestias ocasionales en las manos, los brazos, los hombros, el cuello u otras partes del cuerpo. Sin embargo, si experimentas síntomas como malestar persistente o repetido, dolor, punzadas, hormigueos, entumecimiento, sensación de quemazón o rigidez, NO PASES POR ALTO ESTAS SEÑALES DE ADVERTENCIA. ACUDE DE INMEDIATO A UN PROFESIONAL DE LA SALUD CALIFICADO, aunque los síntomas aparezcan cuando no estés jugando. Este tipo de síntomas puede estar asociado con lesiones o afecciones dolorosas de los nervios, músculos, tendones, vasos sanguíneos y otras partes del cuerpo, que en ocasiones pueden ocasionar incapacidad permanente. Estos trastornos musculoesqueléticos (MSD) incluyen síndrome de túnel carpiano, tendinitis, tenosinovitis, síndromes de vibración y otras afecciones.

Aunque los investigadores aún no pueden responder muchas preguntas acerca de los MSD, existe un consenso general de que puede haber muchos factores ligados a su aparición, incluidas afecciones médicas o físicas, tensión y cómo se lidia con ella, salud en general y cómo una persona ubica y usa el cuerpo durante el trabajo y otras actividades (incluidos los juegos de video). Algunos estudios sugieren que la cantidad de tiempo que una persona realiza una actividad puede ser un factor.

Podrás encontrar algunas pautas que te ayudarán a trabajar y jugar de forma más cómoda y posiblemente reduzcan el riesgo de experimentar un MSD en la Guía de juegos saludables en xbox.com/xboxone/playhealthy. Estas pautas abordan temas como:

- Colocación de tu cuerpo para utilizar posturas cómodas y normales.
- Relajación de manos, dedos y otras partes del cuerpo.
- Pausas entre juegos.
- Desarrollo de un estilo de vida saludable.

Si tienes alguna pregunta sobre la relación que pudieran tener tu estilo de vida, actividades y condiciones médicas o físicas con las MSD, acude a un profesional de la salud calificado.

**ADVERTENCIA: Riesgo de asfixia**
Este dispositivo puede contener piezas pequeñas que supongan un riesgo de asfixia para niños menores de 3 años. Mantén las piezas pequeñas fuera del alcance de los niños.

**Asegúrate de que los niños jueguen con seguridad**
Asegúrate de que los niños que usan algún accesorio Xbox One junto con la consola Xbox One y el sensor Kinect jueguen con seguridad y dentro de sus límites, y asegúrate de que comprendan el uso adecuado del sistema.

No uses accesorios sin licencia, objetos de utilería no autorizados u otros objetos con el sensor Kinect.

El uso de estos accesorios u objetos puede generar como resultado lesiones a ti u otras personas y/o daños al sensor o a otra propiedad. El uso de accesorios no autorizados infringe la Licencia de software y puede anular la Garantía limitada.

**ADVERTENCIA: Seguridad de la audición**
La exposición prolongada a volúmenes de sonido altos al usar audífonos puede provocar la pérdida temporal o permanente de la audición. Para reducir el riesgo de pérdida auditiva, ajusta el volumen suficientemente alto para poder oír claramente en un ambiente tranquilo, y no más fuerte que eso.

- No aumentes el volumen después de comenzar a escuchar. Tus oídos pueden adaptarse con el tiempo, de modo que el volumen alto sonará normal, pero seguirá provocándote problemas de audición.
- No aumentes el volumen para bloquear el ruido exterior. La combinación de ruido exterior y sonido de los audífonos pueden provocar problemas de audición. Los audífonos sellados o que anulan el ruido pueden reducir el ruido externo, de modo que no tengas que subir el volumen.

- Si no puedes entender a alguien que está cerca hablando con normalidad, baja el volumen. El sonido que ahoga el habla normal puede provocar problemas de audición. Incluso con audífonos sellados o que anulan el ruido, deberás ser capaz de escuchar hablar a las personas que estén cerca.

**Reducir al mínimo el tiempo de escucha a un volumen alto**

- Mientras más tiempo pases expuesto a un volumen de sonido alto, más probabilidades tienes de sufrir problemas de audición. Mientras más fuerte sea el sonido, menos tiempo tomará desarrollar problemas de audición.
- Escuchar música en el dispositivo con audífonos al volumen máximo puede provocar problemas de audición permanentes en 15 minutos. Incluso los volúmenes más bajos pueden provocar problemas de audición si te expones a ellos por muchas horas.
- Todo el sonido al que estás expuesto durante el día se acumula. Si estás expuesto a otro sonido fuerte, como escuchar sonidos a un volumen alto, sufrirás problemas de audición en menos tiempo.
- Para utilizar el dispositivo con toda seguridad durante un tiempo ilimitado, mantén el volumen lo bastante bajo como para poder conversar con las personas cercanas.

**⚠ ATENCIÓN: Dispositivos médicos personales**

Las emisiones de radiofrecuencia de los equipos electrónicos pueden afectar de forma negativa la operación de otros equipos electrónicos, lo que causa desperfectos. Aunque el dispositivo fue diseñado, probado y fabricado para cumplir las normativas que rigen la emisión de radiofrecuencias en países como Estados Unidos, Canadá, la Unión Europea y Japón, los transmisores inalámbricos y circuitos eléctricos del dispositivo pueden causar interferencia en otros equipos electrónicos. Siempre toma las siguientes precauciones:

**Personas con marcapasos**

- La Asociación de fabricantes de la industria de la salud recomienda que se mantenga una separación mínima de 15 cm (6 pulgadas) entre un dispositivo inalámbrico y un marcapasos para evitar posibles interferencias con este último.
- No se deben llevar dispositivos inalámbricos en el bolsillo del pecho.
- Si tienes algún motivo para sospechar que está ocurriendo una interferencia, apaga el dispositivo inmediatamente.

**Otros dispositivos médicos**

Si utilizas cualquier otro dispositivo médico, ponte en contacto con el fabricante de dicho dispositivo o con tu médico para determinar si es apropiado el uso de otros dispositivos electrónicos cerca de tu dispositivo médico.

## GARANTÍA LIMITADA

**AL USAR SU CONSOLA XBOX ONE O ACCESORIO, ACEPTA ESTA GARANTÍA. ANTES DE CONFIGURARLOS, LEA CUIDADOSAMENTE ESTA GARANTÍA. SI NO ACEPTA ESTA GARANTÍA, NO USE SU CONSOLA XBOX ONE o Accesorio. DEVUÉLVALOS SIN USARLOS A SU ESTABLECIMIENTO MINORISTA O A MICROSOFT PARA REEMBOLSO.** Póngase en contacto con Microsoft en service.xbox.com o llame al 001 (866) 745-8312. Esta garantía le otorga derechos legales específicos. También podría tener otros derechos, que varían de un país, estado o provincia a otros. Esta garantía es aplicable en la medida en que lo permita la ley.

**1. Definiciones**

(a) "Xbox One" significa una consola Xbox One y Sensor Kinect nuevos adquiridos en un establecimiento minorista autorizado.

(b) "Accesorio" significa un accesorio de hardware Xbox One de Microsoft adquirido en un establecimiento minorista autorizado accesorio de hardware Xbox One de Microsoft adquiridos en un establecimiento minorista autorizado.

(c) "Período de garantía" significa, para la consola Xbox One, 1 año a partir de la fecha en que la compró, y para accesorios, significa 90 días a partir de la fecha en que los compró.

(d) "Usted" (implícito o explícito) significa el usuario final original.

(e) "Condiciones normales de uso" significa el uso ordinario por el consumidor bajo condiciones normales en su hogar, de acuerdo con el manual de instrucciones de la consola Xbox One o el accesorio.

(f) "Importador Autorizado" significa cualquier importador que figure en la información adjunta al material de consola Xbox One o accesorio, tales como manuales o etiquetas, tales como Ingram Micro México, S.A. de C.V., con domicilio en Laguna de Términos 249, Colonia Anáhuac, C.P., 11320, México, D.F.

**2. Garantía**

(a) Durante el Período de garantía, Microsoft garantiza, únicamente a Usted, que la consola Xbox One o el accesorio no funcionarán mal bajo Condiciones normales de uso.

(b) Esta es la única garantía que le otorga Microsoft respecto a su consola Xbox One o accesorio, y Microsoft no le otorga ninguna otra garantía o condición. Nadie más puede otorgarle ninguna garantía o condición a nombre de Microsoft.

(c) Si la ley de su estado o provincia le otorga cualquier garantía implícita, incluida una garantía implícita de comerciabilidad o idoneidad para un propósito en particular, su duración está limitada al Período de garantía. Algunos países, estados o provincias no admiten limitaciones a la duración de una garantía implícita, de modo que esta limitación podría no aplicarse a Usted.

**3. Cómo obtener servicio en garantía**

(a) Antes de iniciar el proceso de garantía, sírvase usar los consejos de solución de problemas en la sección Soporte de service.xbox.com.

(b) Si los consejos de solución de problemas no resuelven su problema, siga el proceso de reparación en línea de la sección Soporte de service.xbox.com. Si no tiene acceso a Internet, puede llamar al 001 (866) 745-8312 en donde le darán asesoría y obtendrá instrucciones del procedimiento a seguir para el ejercicio de su garantía. El numero telefónico, procedimiento, reparación o reemplazo, mano de obra y gastos de transportación para el ejercicio de ésta garantía serán gratuitos.

(c) Antes de enviar su consola Xbox One o accesorio a un centro de servicio autorizado de Microsoft para servicio, asegúrese de conservar una copia de cualquier dato que quiera guardar y de eliminar todo lo que considere confidencial. Microsoft no es responsable de sus datos y podría borrarlos.

**4. Responsabilidad de Microsoft**

(a) Después de que devuelva su consola Xbox One o accesorio a Microsoft, Microsoft lo inspeccionará.

(b) Si Microsoft determina que la consola Xbox One o accesorio funcionaron mal durante el Período de garantía bajo Condiciones normales de uso, Microsoft podría repararlos o reemplazarlos, o reembolsarle el precio de compra. En la reparación se podrían utilizar partes nuevas o reacondicionadas. La reposición podría consistir en una unidad nueva o reacondicionada (en buen estado y con funcionalidad y rendimiento comparables al producto Xbox One o accesorio originales).

(c) Después de la reparación o reemplazo, su consola Xbox One o accesorio estarán cubiertos por esta garantía durante el resto de su Período de garantía original o 95 días después que Microsoft se lo envíe, lo que sea mayor.

(d) La RESPONSABILIDAD de Microsoft de reparar o reemplazar su consola Xbox One o Accesorio, o reembolsarle el precio de compra, es su recurso exclusivo.

(e) Si su consola Xbox One o accesorio funcionan mal después de que venza el Período de garantía, no existe garantía alguna de ningún tipo. Después de que venza el Período de garantía, Microsoft podría cobrarle honorarios por sus esfuerzos de diagnóstico y servicio de cualquier problema que tenga con su consola Xbox One o accesorio.

**5. Exclusiones de la garantía**

Esta Garantía limitada no se aplica y Microsoft no es responsable en absoluto bajo estos términos de garantía si su consola Xbox One o accesorio:

(a) Sufren daños por usarlos con productos no vendidos por o con licencia de Microsoft (lo que incluye, por ejemplo, juegos y accesorios no fabricados por o con licencia de Microsoft, juegos “pirata”, etc.) sin embargo, en el caso de Accesorios Bluetooth, Microsoft no es responsable y esta Garantía no se aplica, ni siquiera por un precio, si su Xbox One o Accesorio se daña por el uso con productos que no cumplen los requisitos del sistema que se encuentra en el paquete de Accesorios Bluetooth;

(b) Son usados para propósitos comerciales (lo que incluye, por ejemplo, alquiler, pago por juego, etc.);

(c) Son abiertos, modificados o alterados (lo que incluye, por ejemplo, cualquier intento de modificación de toda limitación técnica, seguridad o mecanismo antipiratería, etc. de la consola Xbox One o el accesorio), o la alteración o retiro de su número de serie;

(d) Sufren daños debidos a cualquier causa externa (lo que incluye, por ejemplo, dejarlos caer, usarlos con ventilación inadecuada, etc., o por no seguir las instrucciones del manual de instrucciones de la consola

Xbox One o accesorio).

(e) Son reparados por cualquier persona o entidad que no sea Microsoft.

**6. EXCLUSIÓN DE CIERTOS DAÑOS**

MICROSOFT NO ES RESPONSABLE DE NINGÚN DAÑO INDIRECTO, INCIDENTAL, ESPECIAL O CONSECUENTE; DE NINGUNA PÉRDIDA DE DATOS, PRIVACIDAD, CONFIDENCIALIDAD O UTILIDADES, NI DE NINGUNA INCAPACIDAD PARA USAR SU CONSOLA XBOX ONE o Accesorio. ESTAS EXCLUSIONES SE APLICAN INCLUSIVE SI SE HA INFORMADO A MICROSOFT SOBRE LA POSIBILIDAD DE ESTOS DAÑOS, E INCLUSO SI CUALQUIER RECURSO NO CUMPLE CON SU PROPÓSITO ESENCIAL. Algunos países, estados o provincias no permiten la exclusión o limitación de daños incidentales o consecuentes, de modo que esta limitación o exclusión podrían no aplicarse a Usted.

**7. Términos adicionales**

Si intenta anular o evitar cualquier limitación técnica, seguridad o sistema antipiratería de la consola Xbox One o accesorio, Usted podría causar que su consola Xbox One o accesorio dejen de funcionar permanentemente. También anulará su Garantía y hará que su consola Xbox One o accesorio no reúnan los requisitos para su reparación autorizada, inclusive con el cobro de honorarios.

Usted puede adquirir partes, componentes, consumibles y accesorios en el establecimiento donde adquirió su producto, o con cualquier importador autorizado.

**8. Derecho aplicable**

(a) Si adquirió su consola Xbox One o accesorio en México, las leyes de México rigen la interpretación de esta garantía y cualquier reclamación de que Microsoft la ha incumplido, sin importar los principios de conflicto de leyes.

(b) Si adquirió su consola Xbox One o accesorio en México, esta garantía es válida únicamente en México.

## LICENCIA DE SOFTWARE

La Licencia de software para su consola Xbox One o accesorio está disponible en xbox.com/xboxone/slt. Al usar su consola Xbox One o accesorio, acepta esta Licencia de software. Antes de configurarlos, lea cuidadosamente la Licencia de software. Si no acepta la Licencia de software, no use su consola Xbox One o accesorio. Devuélvalos sin usar al establecimiento minorista donde compró su consola Xbox One o accesorio o a Microsoft para un reembolso.

## GARANTÍA LIMITADA

**AL UTILIZAR SU XBOX ONE O ACCESORIO, USTED ESTÁ DE ACUERDO CON ESTA GARANTÍA. ANTES DE INSTALARLO, POR FAVOR LEA CUIDADOSAMENTE ESTA GARANTÍA. SI NO ACEPTA ESTA GARANTÍA, NO UTILICE SU XBOX ONE o Accesorio. DEVUÉLVALO SIN USAR A SU VENDEDOR O A MICROSOFT PARA OBTENER UN REEMBOLSO.** Comuníquese con Microsoft en www.xbox.com/support o llame al teléfono del servicio de Atención al cliente de Xbox de su país que figura en el listado disponible en www.xbox.com/support o abajo:

Argentina: 0800 266 0509

Chile: 800-202-011

Colombia: 01-800-912-1830

Esta garantía le confiere derechos legales específicos. Usted también puede gozar de otros derechos que varían según el país, estado o provincia. Esta garantía tiene aplicación en la medida en que así lo permita la ley.

**1. Definiciones**

(a) "Xbox One" significa una consola nueva Xbox One compradas de un vendedor autorizado.

(b) "Accesorio" significa un accesorio de Xbox One de marca Microsoft nuevo comprado de un vendedor autorizado.

(c) "Período de Garantía" para Xbox One significa un (1) año desde la fecha en la que usted lo compró; y para Accesorios, significa tres (3) meses desde la fecha en que usted lo compró.

(d) "Usted" significa el usuario final original.

(e) "Condiciones Normales de Uso" significa el uso normal por parte del usuario en condiciones domésticas normales, de acuerdo con el manual de instrucciones para Xbox One o Accesorio.

**2. Garantía**

(a) Durante el Período de Garantía Microsoft garantiza, solo a usted, que Xbox One o Accesorio funcionará correctamente bajo condiciones normales de uso.

(b) Esta es la única garantía que le otorga Microsoft por su Xbox One o Accesorio, y Microsoft no formula ningún otro tipo de seguridad, garantía o condición. Ninguna otra persona puede otorgar ningún tipo de seguridad, garantía o condición en nombre de Microsoft.

(c) Si la ley de su estado o provincia le concede a usted alguna garantía implícita, incluida una garantía implícita de comerciabilidad o adecuación para un fin particular, su duración se limitará al período de garantía. Ciertos

países, estados o provincias no permiten limitaciones en lo que se refiere a la duración de una garantía implícita, por lo que es posible que esta limitación no se aplique a su caso.

**3. Cómo se obtiene el Servicio de la garantía**

(a) Antes de comenzar el proceso de la garantía, recurra a los consejos para la detección y solución de problemas disponibles en la sección de Soporte técnico en xbox.com/xboxone/support.

(b) Si los consejos para la detección y solución de problemas no resuelven su problema, siga el proceso de reparación en línea en la sección de Soporte técnico en xbox.com/xboxone/support o llame al teléfono del servicio de Atención al cliente de Xbox de su país que figura en el listado disponible en xbox.com/xboxone/support.

(c) Antes de enviar su Xbox One o Accesorio a un centro de servicio autorizado por Microsoft para servicio técnico, asegúrese de guardar una copia de todos los datos que usted quiera guardar, y elimine todo lo que considere confidencial. Microsoft no es responsable de sus datos y puede borrarlos.

**4. Responsabilidad de Microsoft**

(a) Cuando Usted devuelva su Xbox One o Accesorio a Microsoft, Microsoft la examinará.

(b) Si Microsoft determina que la Xbox One o Accesorio funcionó mal durante el Período de Garantía, bajo condiciones normales de uso, Microsoft podrá repararla o reemplazarla o le rembolsará el precio de compra. La reparación puede utilizar piezas nuevas o reacondicionadas. El reemplazo podrá ser con una unidad nueva o reacondicionada (en buenas condiciones, y con una funcionalidad y rendimiento comparable al producto original Xbox One, Kinect Sensor o Accesorio).

(c) Tras la reparación o el reemplazo, su Xbox One o Accesorio estarán cubiertas por esta garantía por el período que sea más largo, es decir, o lo que le queda de su Período de Garantía original, o 95 días después de que Microsoft se lo envíe.

(d) La RESPONSABILIDAD de Microsoft de reparar o reemplazar su Xbox One o ACCESORIO, o de reembolsarle el precio de compra es su recurso exclusivo.

(e) Si su Xbox One o Accesorio funciona mal una vez expirado el Período de Garantía, no existe ningún tipo de garantía. Una vez expirado el Período de Garantía, Microsoft podrá cobrarle un cargo por los esfuerzos realizados para diagnosticar y llevar adelante un servicio técnico ante cualquier problema que usted tenga con Xbox One o Accesorio.

**5. Exclusiones de la garantía**

Esta Garantía Limitada no se aplica y Microsoft no es responsable en absoluto bajo estos términos de la garantía si su Xbox One o Accesorio están:

(a) Sufren daños por usarlos con productos no vendidos por o con licencia de Microsoft (lo que incluye, por ejemplo, juegos y accesorios no fabricados por o con licencia de Microsoft, juegos "pirata", etc.) sin embargo, en el caso de Accesorios Bluetooth, Microsoft no es responsable y esta Garantía no se aplica, ni siquiera por un precio, si su Xbox One o Accesorio se daña por el uso con productos que no cumplen los requisitos del sistema que se encuentra en el paquete de Accesorios Bluetooth;

(b) usados para fines comerciales (incluyendo, por ejemplo, alquiler, pagar por jugar, etc.);

(c) abiertos, modificados o manipulados (incluyendo, por ejemplo, cualquier intento por frustrar alguna limitación técnica, la seguridad o mecanismo anti-piratería, entre otros factores, de la Xbox One o Accesorio), o si altera o elimina su número de serie;

(d) si están dañados por alguna causa externa (incluyendo, por ejemplo, por caída, uso con una ventilación insuficiente, etc., o por el hecho de no seguir las instrucciones del manual de instrucciones para Xbox One o Accesorio); o

(e) si es reparada por un tercero que no sea Microsoft.

**6. EXCLUSIÓN DE CIERTOS DAÑOS Y PERJUICIOS**

MICROSOFT NO ASUME NINGUNA responsabilidad EN LO QUE SE REFIERE A TODOS AQUELLOS DAÑOS Y PERJUICIOS INDIRECTOS, INCIDENTALES, ESPECIALES O CONSECUENTES; ASÍ COMO POR TODA AQUELLA PÉRDIDA DE DATOS, PRIVACIDAD, CONFIDENCIALIDAD O LUCRO O POR CUALQUIER IMPOSIBILIDAD DE USAR SU XBOX ONE o ACCESORIO. ESTAS EXCLUSIONES SE APLICAN AÚN CUANDO MICROSOFT HAYA SIDO INFORMADA DE LA POSIBILIDAD DE ESTOS DAÑOS Y PERJUICIOS Y AÚN CUANDO ALGÚN RECURSO NO LOGRE SU FIN ESENCIAL. Algunos países, estados o provincias no permiten la exclusión o limitación de los daños y perjuicios incidentales o consecuentes, por lo que es posible que esta limitación o exclusión no se aplique en su caso.

**7. Términos adicionales**

Si usted trata de frustrar o evitar alguna limitación técnica, de seguridad, o sistema anti-piratería de Xbox One o Accesorio, puede hacer que su Xbox One o Accesorio deje de funcionar de manera permanente. Usted también anulará su Garantía y hará que su Xbox One o Accesorio no pueda optar a una reparación autorizada, ni siquiera abonando su costo.

**8. Elección de la ley**

(a) La legislación de su país de residencia rige la interpretación de esta garantía y cualquier reclamación que Microsoft haya infringido, sin tener en cuenta los principios de conflicto de legislación.

(b) Esta garantía es válida solo en Argentina, Chile y Colombia.

## LICENCIA DEL SOFTWARE

La Licencia de Software para su Xbox One o Accesorio está disponible en xbox.com/xboxone/slt. Al utilizar su Xbox One, Kinect Sensor o Accesorio, usted está de acuerdo con esta Licencia de Software. Antes de instalarlo, por favor lea cuidadosamente esta Licencia de Software. No use su Xbox One o Accesorio si no acepta esta Licencia de Software. Devuélvalo sin usar al vendedor donde compró su Xbox One o Accesorio o a Microsoft para obtener un rembolso.

## INFORMACIÓN REGLAMENTARIA

- No está diseñado para uso en aplicaciones de máquinas, médicas o industriales.
- Cualquier cambio o modificación no aprobada expresamente por Microsoft podría anular la autoridad del usuario para operar el dispositivo.
- Este producto es para el uso con equipo de tecnología de la información que aparece en NRTL (UL, CSA, ETL, etc.) y/o que cumple con IEC/EN 60950-1 (con marca CE).
- No se incluyen piezas que puedan ser reparadas por el usuario.
- Este dispositivo está calificado como producto comercial para su uso a temperaturas entre + 5 °C (+41 °F) y +35 °C (+95 °F).

Este aparato digital clase B cumple, según lo aplicable, con la parte 15 de la Normativa FCC. La operación está sujeta a las dos condiciones siguientes: (1) este dispositivo no puede causar interferencia y (2) este dispositivo debe aceptar cualquier interferencia recibida, incluida la interferencia que puede provocar su funcionamiento indeseado.

Para cumplir con los requisitos de exposición a RF de la FCC, se deben satisfacer las siguientes configuraciones operativas: La antena la instaló el fabricante y no se pueden realizar cambios. Los dispositivos inalámbricos no deben co-ubicarse ni funcionar en conjunto con ninguna otra antena o transmisor. Salvo en el caso de auriculares y dispositivos portátiles, los dispositivos inalámbricos deben tener una distancia mínima de 20 cm entre la antena del dispositivo inalámbrico y todas las personas.

**Solo para los dispositivos 802.11a y 802.11n a 5 GHz**

Este producto está restringido a uso solo en interiores para reducir cualquier daño potencial a causa de interferencia perjudicial que opera con licencia en el rango de frecuencia de 5.15 a 5.25 GHz.

Microsoft Corporation; One Microsoft Way; Redmond, WA 98052-6399; EE. UU. Estados Unidos: (800) 426-9400; Canadá: (800) 933-4750.

**Regulación para México**

La operación de este equipo está sujeta a las siguientes dos condiciones: (1) es posible que este equipo o dispositivo no cause interferencia perjudicial y (2) este equipo o dispositivo debe aceptar cualquier interferencia, incluyendo la que pueda causar su operación no deseada.

**Normativas de interferencia de radio y TV**

El dispositivo de hardware Microsoft puede emitir energía de radiofrecuencia (RF). Si no se instala y se utiliza de acuerdo con las instrucciones dadas en la documentación impresa y/o en archivos de ayuda en pantalla, el dispositivo puede producir interferencia perjudicial en las comunicaciones radiales (radios AM/FM, televisores, monitores de bebés, teléfonos inalámbricos, etc.). En cualquier caso, no se puede garantizar que no provocará interferencias de RF en situaciones concretas.

Para determinar si el dispositivo de hardware está causando interferencia con otros dispositivos de radiocomunicación, desconéctalo del equipo o extráele las baterías (en el caso de un dispositivo que funcione con baterías). Si la interferencia se detiene, probablemente era a causa del dispositivo. Si la interferencia persiste después de desconectar el dispositivo de hardware o extraer las baterías, apaga el equipo y enciéndelo nuevamente. Si la interferencia se detuvo cuando el equipo estaba apagado, revisa si uno de los dispositivos de entrada/salida (I/O) o las tarjetas de accesorios internas del equipo están causando el problema. Desconecta los dispositivos de I/O uno por uno y ve si la interferencia se detiene.

Si este dispositivo de hardware sí causa interferencia, prueba con las siguientes medidas para corregirlo:

- Reubica la antena del otro dispositivo de radiocomunicación (por ejemplo, radios AM/FM, televisores, monitores de bebé, teléfonos inalámbricos, etc.) hasta que la interferencia se detenga.
- Aleja el dispositivo de hardware de la radio o el televisor, o bien colócalo a un lado o al otro de ellos.
- Enchufa el equipo en otro tomacorriente de manera que el dispositivo de hardware y la radio o el televisor estén en distintos circuitos controlados por distintos interruptores diferenciales o fusibles.

Si es necesario, consulta con el distribuidor del equipo o con un técnico de radio/televisión experimentado para obtener más sugerencias. Para obtener más información sobre problemas de interferencia, visita el sitio web de FCC en: fcc.gov/cgb/consumerfacts/interference.html. También puedes llamar a la FCC al 1-888-CALL FCC para solicitar hojas de datos de Interferencias y de Interferencias telefónicas.

**ADVERTENCIA: Dispositivos inalámbricos al interior de aviones**
Antes de abordar un avión o empacar un dispositivo inalámbrico en equipaje que se vaya a revisar, sácale las baterías o apágalo (si tiene un interruptor de encendido/apagado). Los dispositivos inalámbricos pueden transmitir energía de radiofrecuencia (RF), como un teléfono celular, cuando las baterías están instaladas y está encendido (si tiene un interruptor de encendido y apagado).

**Reciclaje de baterías y equipos eléctricos y electrónicos de desecho**

Este símbolo en el producto o sus baterías o embalaje significa que este producto y cualquier batería que contenga no deben desecharse con la basura común. En este caso, es tu responsabilidad llevarlo a un punto de recolección adecuado para el reciclaje de baterías y equipos eléctricos y electrónicos. La recolección selectiva y el reciclaje ayudarán a conservar los recursos naturales y a evitar posibles consecuencias negativas para la salud del hombre y el medio ambiente debidas a la posible presencia de sustancias peligrosas en baterías y equipos eléctricos y electrónicos desechados de forma inadecuada. Para obtener más información acerca de dónde debes dejar tus baterías y desechos eléctricos y electrónicos, ponte en contacto con tu oficina local de la ciudad/municipalidad, el servicio de recolección de basura doméstica o la tienda donde compraste este producto. Ponte en contacto con erecycle@microsoft.com para obtener más información sobre equipos eléctricos y electrónicos y baterías de desecho.

Este producto puede usar baterías de litio, NiMH o alcalinas. Este producto es para el uso con equipo de tecnología de la información que aparece en NRTL (UL, CSA, ETL, etc.) y/o que cumple con IEC/EN 60950 (comercializado en CE).

Visita xbox.com/xboxone/regulatory para obtener más información.

## DERECHOS DE AUTOR

La información y puntos de vista expresados en este documento, incluidas las URL y otras referencias a sitios web de Internet, pueden cambiar sin previo aviso. Este documento no te otorga derechos legales a ninguna propiedad intelectual de ningún producto Microsoft. Puedes copiar y usar este documento para propósitos internos de referencia.

© 2014 Microsoft Corporation. Reservados todos los derechos. Microsoft, Windows, Xbox, Xbox One, Xbox 360, Xbox Live, Kinect, los logotipos de Xbox y el logotipo de Xbox Live son marcas registradas del grupo de empresas de Microsoft.

## SERVICIO DE SOPORTE AL CLIENTE

Para obtener respuestas a las preguntas más frecuentes, instrucciones para la solución de problemas e información de contacto del Servicio de soporte al cliente de Xbox, visita xbox.com/xboxone/support.

Microsoft® XBOX ONE

# Exhibit C

XBOX

Regulatory and Warranty Guide

Manual de garantia e de regulamentos

Guide de réglementations et de la garantie

Guía de reglamentos y garantía

XBOX

# XBOX ONE ACCESSORY PRODUCT MANUAL

**IMPORTANT PRODUCT SAFETY AND WARRANTY INFORMATION**

**This symbol identifies safety and health messages in this product guide**
Read this guide for important safety and health information for the product that you have purchased.

**WARNING:** Failure to properly set up, use, and care for this product can increase the risk of serious injury, death, property damage, or damage to the product or related accessories. Read this product guide for important safety and health information or go to xbox.com/xboxone/accessories/useinstructions.

**AGREEMENT TO XBOX ONE LIMITED WARRANTY AND SOFTWARE LICENSE TERMS**
You must accept the Xbox Terms of Use (including Xbox software terms and game license terms) at xbox.com/live/termsofuse, the software license terms at xbox.com/xboxone/slt, and the Limited Warranty at xbox.com/xboxone/warranty to use your Xbox One console, Xbox accessories and/or Kinect for Xbox sensor. By using the Xbox One console, Xbox accessories and/or Kinect for Xbox One sensor, you agree to be bound by these terms. Please read them. If you do not accept them, do not set up or use your Xbox One console, Xbox accessories and/or Kinect for Xbox One sensor. Return the Xbox Product to Microsoft or your retailer for a refund.

## ELECTRICAL SAFETY

**WARNING:** As with many other electrical devices, failure to take the following precautions can result in serious injury or death from electric shock, fire, or damage to Xbox One accessories and console:

- Use only an approved charging cable.
- Do not allow a wireless device or charging cable to become wet.
- Unplug the charging cable during lightning storms or when unused for long periods.
- To prevent damage, avoid sitting or stepping on a wireless device, its cable, or the cable plug or connector.

**CAUTION: Cables and Cords**
To reduce potential trip hazards or entanglement hazards, arrange any cables and cords so that people and pets are not likely to trip over or accidentally pull on them as they move around or walk through the area and do not allow children to play with cables and cords.

Go to support.xbox.com/xbox-one/accessories/about-power-supply for more information.

## BATTERY POWERED DEVICES

**WARNING: Battery Safety**
The following precautions apply to all products that use disposable or rechargeable batteries including lithium polymer. Improper battery use may result in serious injury, death, property damage, or damage to the product or related accessories as a result of battery fluid leakage, fire, overheating, or explosion. Released battery fluid is corrosive and may be toxic. It can cause skin and eye burns, and is harmful if swallowed. To reduce the risk of injury:

Keep batteries out of reach of children.

Remove the batteries if they are worn out or before storing your device for an extended period. Always remove old, weak, or worn-out batteries immediately and recycle or dispose of them in accordance with local and national/regional disposal regulations.

If a battery leaks, remove all batteries by reversing the installation steps provided for this product, being careful to keep the leaked fluid from touching your skin or clothes. If fluid from the battery contacts skin or clothes, flush skin with water immediately. Before inserting new batteries, thoroughly clean the battery compartment with a dry cloth, or follow the battery manufacturer's recommendations for cleanup.

- Do not crush, open, puncture, mutilate, heat above 35°C (95°F), apply direct heat to, or dispose of batteries in fire.
- Do not mix new and old batteries or batteries of different types (for example, carbon-zinc and alkaline batteries).
- Do not allow metal objects to touch the battery terminals on the device; they can become hot and cause burns.
- Do not carry or place batteries together with necklaces, hairpins or other metal objects.
- Do not leave a battery-powered device in direct sunlight for an extended period, such as on the dash of car during the summer.
- Do not immerse batteries in water or allow them to become wet.
- Do not connect batteries directly to wall outlets or car cigarette-lighter sockets.
- Do not attempt to connect to the battery terminals unless using a Microsoft approved host device.
- Do not strike, throw, step on, or subject batteries to severe physical shock.
- Do not pierce battery casings in any manner.
- Do not attempt to disassemble or modify batteries in any way.
- Do not recharge batteries near a fire or in extremely hot conditions.

**WARNING: Use the Correct Battery Charger**
Charge rechargeable batteries only with the recharger provided with the product. Using an improper charging method may result in fire or explosion.

## USE AND CARE OF YOUR XBOX ONE ACCESSORY

**WARNING: Do Not Attempt Repairs**
Do not attempt to take apart, open, service, or modify Xbox One accessories. Doing so could present the risk of electric shock, damage, fire, or other hazard. Any evidence of any attempt to open and/or modify this device, including any peeling, puncturing, or removal of any of the labels, will void the Limited Warranty and render the Xbox One accessory ineligible for authorized repair. Modifying any Xbox One accessory can result in a permanent ban from Xbox Live, which is required for game play and some other console uses.

### Usage and Cleaning

**WARNING: Do Not Allow Xbox One Accessories to Become Wet**
To reduce the risk of fire or shock, do not expose the device(s) to rain or other types of moisture.

Use in accordance with these instructions:

- Do not use accessories near any heat sources.
- Only use attachments and accessories specified by Microsoft.
- Do not attempt to clean connectors.
- Clean only with a dry cloth.

For more information, go to support.xbox.com/browse/xbox-one/accessories.

## PLAY HEALTHY

**WARNING: Important Health Warnings about Playing Video Games**

**Photosensitive Seizures**
A very small percentage of people may experience a seizure when exposed to certain visual images, including flashing lights or patterns that may appear in video games. Even people who have no history of seizures or epilepsy may have an undiagnosed condition that can cause these "photosensitive epileptic seizures" while watching video games.

These seizures may have a variety of symptoms, including lightheadedness, altered vision, eye, or face twitching, jerking or shaking of arms or legs, disorientation, confusion, or momentary loss of awareness. Seizures may also cause loss of consciousness or convulsions that can lead to injury from falling down or striking nearby objects.

Immediately stop playing and consult a doctor if you experience any of these symptoms. Parents should watch for or ask their children about the above symptoms—children and teenagers are more likely than adults to experience these seizures. The risk of photosensitive epileptic seizures may be reduced by taking the following precautions:

- Sit or stand farther from the TV screen.
- Use a smaller TV screen.
- Play in a well-lit room.
- Do not play when you are drowsy or fatigued.
- If you or any of your relatives have a history of seizures or epilepsy, consult a doctor before playing.

**Musculoskeletal Disorders**
Use of game controllers, keyboards, mice, or other electronic input devices may be linked to serious injuries or disorders.

When playing video games, as with many activities, you may experience occasional discomfort in your hands, arms, shoulders, neck, or other parts of your body. However, if you experience symptoms such as persistent or recurring discomfort, pain, throbbing, aching, tingling, numbness, burning sensation, or stiffness, DO NOT IGNORE THESE WARNING SIGNS. PROMPTLY SEE A QUALIFIED HEALTH PROFESSIONAL, even if symptoms occur when you are not playing a video game. Symptoms such as these can be associated with painful and sometimes permanently disabling injuries or disorders of the nerves, muscles, tendons, blood vessels, and other parts of the body. These musculoskeletal disorders (MSDs) include carpal tunnel syndrome, tendinitis, tenosynovitis, vibration syndromes, and other conditions.

While researchers are not yet able to answer many questions about MSDs, there is general agreement that many factors may be linked to their occurrence, including medical and physical conditions, stress and how one copes with it, overall health, and how a person positions and uses their body during work and other activities (including playing a video game). Some studies suggest the amount of time a person performs an activity may be a factor.

Some guidelines that may help you work and play more comfortably and possibly reduce your risk of experiencing an MSD can be found in the Healthy Gaming Guide at xbox.com/xboxone/playhealthy. These guidelines address topics such as:

- Positioning yourself to use comfortable, not awkward, postures.
- Keeping your hands, fingers, and other body parts relaxed.
- Taking breaks.
- Developing a healthy lifestyle.

If you have questions about how your own lifestyle, activities, or medical or physical condition may be related to MSDs, see a qualified health professional.

 **WARNING: Choking Hazard**
This device may contain small parts that may be a choking hazard to children under 3. Keep small parts away from children.

**Make sure children play safely**
Make sure children using any Xbox One accessory together with the Xbox One console and Kinect sensor play safely and within their limits, and make sure that they understand proper use of the system.

Do not use unlicensed accessories, unauthorized props, or other objects with the Kinect sensor.

Use of these accessories or objects may result in injury to yourself or others and/or in damage to the sensor or other property. Using unauthorized accessories violates the Software License and may void your Limited Warranty.

 **WARNING: Hearing Safety**
Extended exposure to high sound volumes when using a headset may result in temporary or permanent hearing loss. To reduce the risk of hearing loss, set the volume loud enough to hear clearly in quiet surroundings, and no louder.

- Do not increase the volume after you start listening. Your ears can adapt over time so that high volume sounds normal, but the high volume may still damage your hearing.
- Do not increase the volume to block out outside noise. The combination of outside noise and sound from your headphones can damage your hearing. Sealed or noise-canceling headphones can reduce outside noise so that you don’t have to turn up the volume.

- If you can't understand someone nearby speaking normally, turn down the volume. Sound that drowns out normal speech can damage your hearing. Even with sealed or noise canceling headphones, you should be able to hear nearby people speak.

**Minimize your time listening to loud sound**

- The more time that you spend exposed to high sound volumes, the more likely you are to damage your hearing. The louder the sound, the less time that is required to damage hearing.
- At maximum volume, listening to music on the device with headphones can permanently damage your hearing in 15 minutes. Even lower volumes can damage hearing if you are exposed to it for many hours.
- All of the sound that you are exposed to during a day adds up. If you are exposed to other loud sound, it takes less time listening at high volumes to cause hearing damage.
- To safely use the device without a time limit, keep the volume low enough that you can carry on a conversation with people nearby.

**CAUTION: Personal Medical Devices**

Radio-frequency emissions from electronic equipment can negatively affect the operation of other electronic equipment, causing them to malfunction. Although the device is designed, tested, and manufactured to comply with regulations governing radio frequency emission in countries such as the United States, Canada, the European Union, and Japan, the wireless transmitters and electrical circuits in the device may cause interference in other electronic equipment. Always take the following precautions:

**Persons with pacemakers**

- The Health Industry Manufacturers Association recommends that a minimum separation of 15 cm (6 inches) be maintained between a wireless device and a pacemaker to avoid potential interference with the pacemaker.
- Wireless devices should not be carried in a breast pocket.
- If you have any reason to suspect that interference is occurring, turn the device off immediately.

**Other medical devices**

If you use any other personal medical device, contact the medical device manufacturer or your physician to determine whether it is appropriate for you to use other electronic devices near your medical device.

## MANUFACTURER'S WARRANTY

Microsoft warrants that your Xbox One console and Kinect for Xbox One sensor will not malfunction under normal use conditions for 1 year from the date you purchased it from an authorized retailer, and 90 days from the date you purchased an Xbox One accessory from an authorized retailer. The warranty excludes normal wear and tear, and damage caused by accident or abuse. **Other exclusions and limitations apply, including merchantability.** To obtain service, call Microsoft at (800) 4MY-XBOX (469-9269) or go to xbox.com/support. Please read the entire Limited Warranty, including more information about obtaining service, at xbox.com/xboxone/warranty. You may read and email a copy to yourself during product registration.

**If you live in the United States, Section 9 of the Limited Warranty contains a binding arbitration clause and class action waiver, available at xbox.com/xboxone/warranty/arbitration. The arbitration clause affects your rights about how to resolve a dispute with Microsoft. Please read it. Parts of the arbitration clause are described below.**

Any dispute not resolved by informal negotiation or in small claims court will be resolved only by individual binding arbitration under the Federal Arbitration Act before a neutral arbitrator whose decision will be final—not before a judge or jury, and not in a class action lawsuit or a class, representative, or private attorney general proceeding of any kind. The American Arbitration Association will conduct the arbitration under its Commercial Arbitration Rules. The Limited Warranty's arbitration clause contains the rest of the terms, instructions, and forms for notifying Microsoft of a dispute or commencing arbitration.

## REGULATORY INFORMATION

- Not intended for use in machinery, medical, or industrial applications.
- This product is for use with NRTL Listed (UL, CSA, ETL, etc.), and/or IEC/EN 60950-1 compliant (CE marked) Information Technology equipment.
- No serviceable parts included.
- Operating temperature: +5°C (+41°F) to +35°C (+95°F).

**FCC and IC compliance statements:**

This device complies with part 15 of the FCC Rules and Industry Canada license-exempt RSS standard(s). Operation is subject to the following two conditions: (1) this device may not cause harmful interference, and (2) this device must accept any interference received, including interference that may cause undesired operation.

**Note:** Changes or modifications made to this equipment not expressly approved by Microsoft may void the user's authority to operate this equipment.

This equipment has been tested and found to comply with the limits for a Class B digital device, pursuant to part 15 of the FCC Rules and Canadian ICES-003. These limits are designed to provide reasonable protection against harmful interference in a residential installation. This equipment generates, uses and can radiate radio frequency energy and, if not installed and used in accordance with the instructions, may cause harmful interference to radio communications. However, there is no guarantee that interference will not occur in a particular installation. If this equipment does cause harmful interference to radio or television reception, which can be determined by turning the equipment off and on, the user is encouraged to try to correct the interference by one or more of the following measures:

- Reorient or relocate the receiving antenna.
- Increase the separation between the equipment and receiver.
- Connect the equipment into an outlet on a circuit different from that to which the receiver is connected.
- Consult the dealer or an experienced radio/TV technician for help.

For more information about interference issues, go to the FCC website at: fcc.gov/cgb/consumerfacts/interference.html. You can also call the FCC at 1-888-CALL FCC to request Interference and Telephone Interference fact sheets.

CAN ICES-3 (B)/NMB-3(B)

**Radiofrequency radiation exposure statement:**
This equipment complies with FCC/IC radiation exposure limits set forth for an uncontrolled environment. This equipment should be installed and operated with minimum distance of 20 cm between the radiator and your body, except for headset and handheld devices. This transmitter must not be co-located or operating in conjunction with any other antenna or transmitter.

Additional information about radiofrequency safety can be found on the FCC website at www.fcc.gov/general/radio-frequency-safety-0 and the Industry Canada website at www.ic.gc.ca/eic/site/smt-gst.nsf/eng/sf01904.html.

**For 802.11a and 802.11n 5GHz devices only**
This product is restricted to indoor use only to reduce any potential for harmful interference with licensed operation in the 5.15 to 5.25 GHz frequency range.

Users are advised that high-power radars are allocated as primary users (priority users) of the bands 5250–5350 MHz and 5650–5850 MHz and these radars could cause interference and/or damage to LE-LAN devices.

Microsoft Corporation; One Microsoft Way; Redmond, WA 98052-6399; U.S.A. United States: (800) 426-9400; Canada: (800) 933-4750.

**WARNING: Wireless Devices Aboard Aircraft**
Before boarding any aircraft or packing a wireless device in luggage that will be checked, remove the batteries from the wireless device or turn the wireless device off (if it has an on/off switch). Wireless devices can transmit radio frequency (RF) energy, much like a cellular telephone, when batteries are installed and the wireless device is turned on (if it has an on/off switch).

**Disposal of waste batteries and electrical and electronic equipment**

This symbol on the product or its batteries or its packaging means that this product and any batteries it contains must not be disposed of with your household waste. Instead, it is your responsibility to hand this over to an applicable collection point for the recycling of batteries and electrical and electronic equipment. This separate collection and recycling will help to conserve natural resources and prevent potential negative consequences for human health and the environment due to the possible presence of hazardous substances in batteries and electrical and electronic equipment, which could be caused by inappropriate disposal. For more information about where you should drop off your batteries and electrical and electronic waste, please contact your local city/municipality office, your household waste disposal service, or the shop where you purchased this product. Contact erecycle@microsoft.com for more information about waste from electrical and electronic equipment and waste batteries.

This product may use Lithium, NiMH, or alkaline batteries. The following statement is required by the State of California, USA: Perchlorate Material – special handling may apply. See: www.dtsc.ca.gov/hazardouswaste/perchlorate.

## COPYRIGHT

Information and views expressed in this document, including URL and other Internet website references, may change without notice. This document does not provide you with any legal rights to any intellectual property in any Microsoft product. You may copy and use this document for your internal, reference purposes.

© 2016 Microsoft Corporation. All rights reserved. Microsoft, Windows, Xbox, Xbox One, Xbox 360, Xbox Live, Kinect, the Xbox logos, and the Xbox Live logo are trademarks of the Microsoft group of companies.

## CUSTOMER SUPPORT

For answers to common questions, troubleshooting steps, and Xbox Customer Support contact information, visit xbox.com/xboxone/support.

# MANUAL DO PRODUTO DE ACESSÓRIOS DO XBOX ONE

**INFORMAÇÕES IMPORTANTES SOBRE GARANTIA E SEGURANÇA DO PRODUTO**

**Este símbolo identifica mensagens de segurança e saúde neste guia do produto**
Leia este guia para obter informações importantes para a sua segurança e a sua saúde, referentes ao produto que você adquiriu.

**ATENÇÃO:** A falha em configurar, usar e cuidar corretamente deste produto pode aumentar o risco de ferimentos sérios, morte, danos à propriedade ou danos ao produto ou aos acessórios relacionados. Leia este guia do produto para obter informações importantes para a sua segurança e a sua saúde ou vá para xbox.com/xboxone/accessories/useinstructions.

**CONTRATO PARA GARANTIA LIMITADA E TERMOS DE LICENÇA DE SOFTWARE DO XBOX ONE**
Você deve aceitar os Termos de Uso do Xbox (incluindo os termos de software do Xbox e os termos de licença de jogo) em xbox.com/live/termsofuse, os termos de licença de software em xbox.com/xboxone/slt e a Garantia Limitada em xbox.com/xboxone/warranty para usar seu console Xbox One, os acessórios do Xbox e/ou o sensor Kinect for Xbox. Ao usar o console Xbox One, os acessórios do Xbox e/ou o sensor Kinect for Xbox One, você concorda em ficar vinculado por estes termos. Leia-os. Se você não os aceitar, não configure nem use o console Xbox One, os acessórios do Xbox e/ou o sensor Kinect for Xbox One. Devolva o Produto Xbox à Microsoft ou a seu fornecedor para obter reembolso.

## SEGURANÇA ELÉTRICA

**ATENÇÃO:** Assim como ocorre com muitos outros dispositivos elétricos, ignorar as precauções a seguir pode resultar em sério ferimento, morte por choque elétrico, fogo ou danos ao console e aos acessórios do Xbox One.

- Use apenas com um cabo de carregar aprovado.
- Não permita que um dispositivo sem fio ou cabo de carregar entre em contato com líquidos.
- Desconecte o cabo de carregar durante tempestades de raios ou se não for usá-lo por um período longo.
- Para evitar danos, evite sentar ou pisar em um dispositivo sem fio, no cabo ou no conector do cabo.

**CUIDADO: Cabos e fios**
Para reduzir os riscos potenciais de tropeçar nos cabos ou emaranhá-los, organize todos os cabos e fios de modo que pessoas e animais não tropecem neles nem os puxem acidentalmente ao se movimentarem ou andarem pelo local e não permita que as crianças brinquem com cabos e fios.

Vá para support.xbox.com/xbox-one/accessories/about-power-supply para obter mais informações.

## DISPOSITIVOS ALIMENTADOS POR PILHAS

**ATENÇÃO: Segurança de pilhas**
As precauções a seguir se aplicam a todos os produtos que usam pilhas recarregáveis ou descartáveis, inclusive polímero de lítio. O uso indevido das pilhas pode resultar em ferimentos graves, morte, danos à propriedade ou danos ao produto ou aos acessórios relacionados, como resultado de vazamento do fluido, incêndio, superaquecimento ou explosão das pilhas. O fluido liberado das pilhas é corrosivo e pode ser tóxico. Provoca queimaduras nos olhos e na pele, e é nocivo se ingerido. Para reduzir o risco de lesão:

Mantenha as pilhas fora do alcance de crianças.

Remova as pilhas se estiverem gastas ou antes de guardar o dispositivo por algum tempo. Sempre remova pilhas antigas, fracas ou gastas imediatamente e recicle-as ou descarte-as de acordo com as regras de tratamento de lixo locais e nacionais/regionais.

Se uma pilha vazar, remova todas as pilhas invertendo as etapas de instalação fornecidas para este produto, tendo cuidado para manter o líquido vazado longe da pele e da roupa. Se o fluido das pilhas entrar em contato com a pele ou roupas, lave a pele com água corrente imediatamente. Antes de inserir as pilhas novas, limpe completamente o compartimento com um pano seco ou siga as recomendações de limpeza do fabricante da pilha.

- Não pise, abra, perfure, corte, aqueça acima de 35 °C (95 °F), aplique calor direto nem descarte as pilhas no fogo.

- Não misture pilhas novas e usadas ou pilhas de tipos diferentes (por exemplo, pilhas de carbono-zinco e pilhas alcalinas).
- Não deixe que objetos metálicos toquem os terminais da pilha no dispositivo; eles podem esquentar e causar queimaduras.
- Não transporte nem coloque as pilhas junto a colares, grampos de cabelo ou outros objetos de metal.
- Não deixe um dispositivo alimentado por pilha exposto à luz solar direta por um período prolongado, como no painel do carro durante o verão.
- Não mergulhe as pilhas na água nem deixe que elas entrem em contato com líquidos.
- Não conecte as pilhas diretamente em tomadas da parede nem em tomadas de isqueiro no carro.
- Não tente conectar os terminais da pilha, a menos que esteja usando um dispositivo host aprovado pela Microsoft.
- Não dê pancadas nas pilhas, não as arremesse, não pise nelas nem as exponha a choques físicos fortes.
- Não perfure os invólucros das pilhas de maneira alguma.
- Não tente desmontar ou modificar as pilhas de forma alguma.
- Não recarregue as pilhas perto do fogo ou em condições extremamente quentes.

⚠ **ATENÇÃO: Use o carregador de pilha adequado**
Carregue as pilhas recarregáveis apenas com o recarregador fornecido com o produto. O uso de um método de carregamento indevido pode resultar em incêndio ou explosão.

## USO E CUIDADO DE SEU ACESSÓRIO DO XBOX ONE

⚠ **ATENÇÃO: Não tente consertar** Não tente desmontar, abrir, consertar ou modificar os acessórios do Xbox One. Isso pode apresentar risco de choque elétrico, danos, fogo ou outros riscos. Evidências de tentativas de abrir e/ou modificar este dispositivo, incluindo áreas descascadas ou perfuradas, assim como a remoção de qualquer rótulo, cancelarão a Garantia Limitada e desqualificarão o acessório do Xbox One para reparo autorizado. A modificação de qualquer acessório do Xbox One pode resultar em banimento permanente da Xbox Live, a qual é necessário para jogar e para alguns outros usos do console.

**Uso e limpeza**

⚠ **ATENÇÃO: Não permita que os acessórios do Xbox One entrem em contato com líquidos**
Para reduzir o risco de incêndio ou choque, não exponha o(s) dispositivo(s) à chuva ou a outros tipos de umidade.

Use de acordo com as seguintes instruções:

- Não use os acessórios perto de nenhuma fonte de calor.
- Use apenas conexões e acessórios especificados pela Microsoft.
- Não tente limpar os conectores.
- Limpe somente com um pano seco.

Para obter mais informações, visite support.xbox.com/browse/xbox-one/accessories.

## JOGUE DE FORMA SAUDÁVEL

⚠ **ATENÇÃO: Avisos importantes para a saúde sobre a execução de videogames**

**Crises convulsivas fotossensíveis**
Uma porcentagem muito pequena de pessoas pode sofrer de ataque apoplético quando expostas a determinadas imagens visuais, inclusive luzes piscando ou padrões que podem ser exibidos em videogames. Mesmo as pessoas que não possuem histórico de ataques apopléticos ou epilepsia podem ter uma condição não diagnosticada que pode causar esses "ataques apopléticos fotossensíveis" enquanto olham para imagens de videogame.

Esses ataques podem apresentar uma variedade de sintomas, inclusive delírio, visão alterada, contração dos olhos ou da face, espasmos ou tremor dos braços e pernas, desorientação, confusão ou perda momentânea de consciência. Os ataques também podem causar perda de consciência ou convulsões que podem levar a ferimentos causados por quedas ou impactos nos objetos que estiverem por perto.

Pare de jogar imediatamente e consulte um médico se sentir qualquer um desses sintomas. Os pais devem observar a possível presença desses sintomas em seus filhos ou perguntar a eles se os sentem — crianças e adolescentes são mais propensos a sofrer essas crises do que adultos. O risco de ataques apopléticos fotossensíveis pode ser reduzido ao se tomar as seguintes precauções:

- Fique um pouco mais afastado da tela da TV.
- Use uma tela de TV menor.
- Jogue em um ambiente bem iluminado.
- Não jogue quando estiver com sono ou cansado.
- Caso você ou algum parente tenham histórico de convulsões ou epilepsia, consulte um médico antes de jogar.

**Distúrbios musculoesqueléticos**
O uso de controles de jogo, teclados, mouse ou outros dispositivos de entrada eletrônicos pode estar associado a lesões e distúrbios graves.

Ao jogar videogame, assim como acontece com várias atividades, você pode sentir um desconforto ocasional em suas mãos, braços, ombros, pescoço ou outras partes do corpo. Entretanto, se sentir sensações persistentes ou recorrentes de desconforto, dor, palpitação, formigamento, amortecimento, ardor intenso ou rigidez, NÃO IGNORE ESSES SINAIS DE ALERTA. CONSULTE IMEDIATAMENTE UM PROFISSIONAL DE SAÚDE QUALIFICADO, mesmo que os sintomas ocorram quando você não está jogando um videogame. Esse tipo de sintoma pode estar associado a lesões dolorosas e às vezes permanentemente incapacitantes ou a afecções nos nervos, músculos, tendões, vasos sanguíneos e outras partes do corpo. Os problemas musculoesqueléticos (MSD) incluem síndrome do túnel do carpo, tendinite, tenossinovite, síndromes da vibração e outras condições.

Embora os pesquisadores ainda não sejam capazes de responder as várias dúvidas sobre os problemas musculoesqueléticos, todos concordam que vários fatores podem estar ligados ao problema, inclusive condições médicas e físicas, estresse e o modo de tratar o problema, estado de saúde geral e como a pessoa se posiciona e usa seu corpo durante o trabalho e outras atividades (incluindo jogar videogame). Alguns estudos sugerem que a quantidade de tempo que uma pessoa dedica a uma atividade também pode ser um fator.

Você pode encontrar algumas orientações que poderão ajudá-lo a trabalhar e jogar com mais conforto e possivelmente reduzir o risco de sofrer de um problema musculoesquelético no Healthy Gaming Guide em xbox.com/xboxone/playhealthy. Essas orientações incluem tópicos como:

- Adotar posturas corporais cômodas e não prejudiciais.
- Manter relaxadas as mãos, os dedos e outras partes do corpo.
- Fazer intervalos.
- Desenvolver um estilo de vida saudável.

Caso tenha dúvidas sobre como o seu estilo de vida, as suas atividades ou os seus problemas médicos ou físicos podem estar relacionados aos DMEs, consulte um profissional de saúde qualificado.

⚠ **ATENÇÃO: Risco de engasgo**
Este dispositivo pode conter peças pequenas que constituam risco de engasgo em crianças com menos de três anos de idade. Mantenha as peças pequenas fora do alcance das crianças.

**Certifique-se de que as crianças joguem com segurança**
Certifique-se de que as crianças que utilizam qualquer acessório do Xbox One juntamente com o console Xbox One e o sensor Kinect joguem com segurança e dentro de seus limites, e verifique se elas entendem o uso correto do sistema.

Não use acessórios não licenciado, objetos não autorizados ou outros objetos com o sensor Kinect.

O uso desses acessórios ou objetos pode provocar ferimentos em você ou em outras pessoas e/ou danos ao sensor ou outra propriedade. O uso de acessórios não autorizados viola a Licença de Software e pode anular a Garantia Limitada.

⚠ **ATENÇÃO: Segurança da audição**
A exposição excessiva a volumes altos de som usando um headset pode resultar em perda temporária ou permanente da audição. Para reduzir o risco de perda auditiva, defina o volume em um nível alto o suficiente para ouvir claramente em um local tranquilo, e não mais alto do que isso.

- Não aumente o volume depois que você começar a ouvir. Seus ouvidos podem se adaptar ao longo do tempo para que o volume alto pareça normal, mas um volume elevado pode prejudicar sua audição.
- Não aumente o volume para bloquear o ruído exterior. A combinação de ruídos externos e o som de seus fones de ouvido pode causar danos à sua audição. Fones vedados ou de cancelamento de ruído podem reduzir o ruído externo, para que você não tenha que aumentar o volume.
- Se você não conseguir entender alguém que está falando normalmente nas proximidades, abaixe o volume.

O som que abafa a fala normal pode prejudicar sua audição. Mesmo com fones de ouvido vedados ou com cancelamento de ruído, você deve ser capaz de ouvir as pessoas próximas falando.

**Minimize o tempo de escuta de sons elevados**

- Quanto mais tempo você ficar exposto a altos volumes de som, mais provável será que sua audição seja prejudicada. Quanto mais alto for o som, menor será o tempo necessário para prejudicar a audição.
- No volume máximo, ouvir música no aparelho com fones de ouvido pode causar danos permanentes à sua audição em 15 minutos. Até mesmo volumes inferiores poderão prejudicar a audição, se você for exposto a eles por muitas horas.
- Todo o som ao qual você é exposto durante o dia tem um efeito cumulativo. Se você for exposto a outros sons altos, levará menos tempo para que os volumes elevados causem danos auditivos.
- Para usar o dispositivo com segurança sem um limite de tempo, mantenha o volume baixo o suficiente para que você possa manter uma conversa com pessoas próximas.

**⚠ CUIDADO: Dispositivos médicos pessoais**

As emissões de radiofrequência de equipamentos eletrônicos podem prejudicar o funcionamento de outros equipamentos eletrônicos, causando defeitos. Embora o dispositivo tenha sido projetado, testado e fabricado de acordo com as normas que regem a emissão de radiofrequência em países como Estados Unidos, Canadá, União Europeia e Japão, os transmissores sem fio e circuitos elétricos no dispositivo podem causar interferência em outros equipamentos eletrônicos. Sempre tome as seguintes precauções:

**Pessoas com marca-passo**

- A Health Industry Manufacturers Association recomenda que seja mantida a distância mínima de 15 cm (6 polegadas) entre um telefone celular e um marca-passo, para evitar potenciais interferências no marca-passo.
- Dispositivos sem fio não devem ser transportados no bolso do peito.
- Se você tiver qualquer razão para suspeitar de que está ocorrendo interferência, desligue o aparelho imediatamente.

**Outros dispositivos médicos**

Se você usar qualquer outro dispositivo médico pessoal, consulte o fabricante do dispositivo médico ou seu médico para determinar se é adequado o uso de outros dispositivos eletrônicos perto de seu dispositivo médico.

## GARANTIA DO FABRICANTE

A garantia limitada está disponível online em http://xbox.com/xboxone/warranty, e a licença de software está disponível em http://xbox.com/xboxone/slt.

Você deve aceitar os termos e condições da Garantia Limitada e este manual para usar o acessório do Xbox One. Se você não aceitar estes termos e condições, não configure ou use o acessório do Xbox One e devolva-o à Microsoft ou ao seu fornecedor para receber o reembolso.

## LICENÇA DE SOFTWARE

Os termos da licença de software do seu Xbox One ou Acessório estão disponíveis no endereço xbox.com/xboxone/slt. Ao usar o seu Xbox One ou Acessório, você concorda com estes termos de licença de software. Antes de configurá-lo, por favor, leia atentamente os termos da licença de software. Se você não aceitar os termos da licença de software, não use o seu Xbox One ou Acessório. Devolva-o sem uso para a loja onde comprou o seu Xbox One ou Acessório ou à Microsoft para obter um reembolso.

## INFORMAÇÕES REGULAMENTARES

- Não se destina a uso em aplicativos de maquinaria, médicos ou industriais.
- Este produto se destina ao uso com equipamento de sistemas da informação listado pelo NRTL (UL, CSA, ETL etc.) e/ou compatível com IEC/EN 60950-1 (certificado pela marca CE).
- Não há peças incluídas que necessitem de manutenção.
- Temperatura de funcionamento +5 ºC (+41 ºF) a +35 ºC (+95 ºF).

**Declarações de conformidade com a FCC e IC:**
Este dispositivo está em conformidade com a Parte 15 das Regulamentações FCC e com as Regulamentações da RSS de isenção de licença da Industry Canada. A operação está sujeita às duas condições a seguir: (1) este dispositivo não pode causar interferências prejudiciais e (2) este dispositivo deve aceitar toda interferência recebida, incluindo interferências que possam prejudicar o funcionamento.

**Nota:** alterações ou modificações feitas a este equipamento não expressamente aprovadas pela Microsoft podem anular a autoridade do usuário em operar o equipamento.

Este equipamento foi testado e está em conformidade com os limites para um dispositivo digital Classe B, nos termos da parte 15 das Regulamentações FCC e da ICES-003 canadense. Esses limites foram criados para fornecer proteção suficiente contra interferência nociva em uma instalação residencial. Este equipamento gera, usa e pode radiar energia de frequência de rádio e, se não for instalado e usado em conformidade com as instruções, pode causar interferência nociva nas comunicações de rádio. No entanto, não há garantia de que não ocorrerá interferência em uma determinada instalação. Se este equipamento causar interferência nociva na recepção de rádio ou televisão, que pode ser determinada ligando ou desligando o equipamento, o usuário deverá tentar corrigir a interferência usando uma ou mais das seguintes medidas:

- Reoriente ou reposicione a antena receptora.
- Aumente a distância entre o equipamento e o receptor.
- Conecte o equipamento em uma tomada em um circuito diferente daquele onde está conectado o receptor.
- Consulte o fornecedor ou um técnico experiente em rádio/TV para obter ajuda.

Para obter mais informações sobre problemas de interferência, acesse o site da FCC em: fcc.gov/cgb/consumerfacts/interference.html. Você também pode ligar para a FCC em 1-888-CALL FCC para solicitar fichas técnicas sobre interferência e interferência telefônica.

CAN ICES-3 (B)/NMB-3(B)

**Declaração de exposição à radiação de radiofrequência:**
Este equipamento está em conformidade com os limites de exposição à radiação da FCC/IC estabelecidos para um ambiente não controlado. Este equipamento deve ser instalado e utilizado com uma distância mínima de 20 cm entre a fonte de radiação e seu corpo, exceto para fone de ouvido e dispositivos de mão. Este transmissor não deve ser instalado ou colocado em funcionamento junto com qualquer outra antena ou transmissor.

Informações adicionais sobre segurança relativa à RF podem ser encontradas no site da FCC em www.fcc.gov/general/radio-frequency-safety-0 e no site da Industry Canada em www.ic.gc.ca/eic/site/smt-gst.nsf/eng/sf01904.html.

**Somente para dispositivos 802.11a e 802.11n 5 GHz**
Este produto está restrito somente a uso interno para reduzir qualquer potencial de interferência prejudicial com operação licenciada na faixa de frequência de 5,15 a 5.25 GHz.

Os usuários são avisados de que radares de alta potência são alocados como usuários principais (usuários prioritários) das bandas 5250–5350 MHz e 5650–5850 MHz e esses radares poderiam causar interferência e/ou danos aos dispositivos LE-LAN.

Microsoft Corporation; One Microsoft Way; Redmond, WA 98052-6399; EUA Estados Unidos: (800) 426-9400; Canadá: (800) 933-4750.

**ATENÇÃO: Dispositivos sem fio a bordo de aeronaves**
Antes de embarcar em uma aeronave ou colocar um dispositivo sem fio na bagagem que será inspecionada, remova as pilhas do dispositivo sem fio ou desligue-o (se ele tiver uma chave liga/desliga). Os dispositivos sem fios podem transmitir energia de radiofrequência (RF) de modo bastante semelhante ao de um telefone celular, quando as pilhas estiverem instaladas e o dispositivo sem fio estiver ligado (se houver uma chave liga/desliga).

**Descarte de baterias usadas e equipamentos elétricos e eletrônicos**
Este símbolo no produto ou em suas pilhas ou embalagem significa que o produto e suas pilhas não devem ser colocados no lixo comum de casa. Pelo contrário, é responsabilidade do proprietário levá-lo a um ponto de coleta para reciclagem de pilhas e equipamento eletroeletrônico. A coleta seletiva e a reciclagem contribuem para a preservação dos recursos naturais e evitam consequências negativas potenciais, para a saúde humana e para o ambiente, devido à possível presença de substâncias nocivas em pilhas e equipamentos eletroeletrônicos, que poderiam ser causadas pelo descarte inadequado desses materiais. Para obter mais informações sobre os postos de coleta de pilhas e equipamentos eletroeletrônicos, entre em contato com a prefeitura, serviço de coleta coletiva de lixo ou a loja onde adquiriu este produto. Contate erecycle@microsoft.com para obter mais informações sobre descarte de equipamento elétrico e eletrônico e resíduos de baterias.

Este produto pode usar pilhas de lítio, NiMH ou alcalinas. A seguinte declaração é obrigatória pelo Estado da Califórnia, EUA: Material de perclorato – pode exigir manuseio especial. Consulte: www.dtsc.ca.gov/hazardouswaste/perchlorate.

## DIREITOS AUTORAIS

As informações e opiniões neste documento, incluindo URLs e outras referências a sites da Internet, estão sujeitas a alterações sem aviso. Este documento não oferece a você quaisquer direitos legais sobre qualquer propriedade intelectual de qualquer produto da Microsoft. Você pode copiar e usar este documento para fins de referência interna.

© 2016 Microsoft Corporation. Todos os direitos reservados. Microsoft, Windows, Xbox, Xbox One, Xbox 360, Xbox Live, Kinect, os logotipos Xbox e o logotipo Xbox Live são marcas do grupo Microsoft de empresas.

## ATENDIMENTO AO CLIENTE

Para obter respostas a perguntas comuns, etapas para solução de problemas e informações para contatar o Atendimento ao Cliente Xbox, visite o site xbox.com/xboxone/support.

# GUIDE DES ACCESSOIRES XBOX ONE

**RENSEIGNEMENTS IMPORTANTS SUR LA GARANTIE ET LA SÉCURITÉ DU PRODUIT**

**⚠ Ce symbole désigne des messages relatifs à la sécurité et à la santé dans le présent guide de produit.**
Veuillez lire ce guide pour obtenir des renseignements importants en matière de santé et de sécurité relatifs au produit que vous avez acheté.

⚠ **AVERTISSEMENT :** Le fait de ne pas suivre les directives de configuration, d'utilisation et d'entretien de ce produit peut augmenter les risques de blessure grave ou causer la mort, ou des dommages à la propriété ou au produit et à ses accessoires. Veuillez lire le présent guide de produit pour obtenir des renseignements importants sur la santé et la sécurité, ou consulter la page xbox.com/xboxone/accessories/useinstructions.

**ENTENTE SUR LA GARANTIE LIMITÉE DE XBOX ONE ET MODALITÉS DE LICENCE LOGICIELLE**
Vous devez accepter les conditions d'utilisation Xbox (y compris les modalités de licence de jeux et de licence logicielle Xbox) sur xbox.com/live/termsofuse, les modalités de licence logicielle sur xbox.com/xboxone/slt et la garantie limitée sur xbox.com/xboxone/warranty afin d'utiliser votre console Xbox One, les accessoires Xbox ou le capteur Kinect for Xbox. En utilisant la console Xbox One, les accessoires Xbox ou le capteur Kinect for Xbox One, vous acceptez d'être lié par les présentes modalités. Veuillez les lire. Si vous ne les acceptez pas, vous ne devez pas installer ou utiliser votre console Xbox One, vos accessoires Xbox ou le capteur Kinect for Xbox One. Vous devez retourner le produit Xbox à Microsoft ou à votre détaillant pour un remboursement.

## SÉCURITÉ ÉLECTRIQUE

⚠ **AVERTISSEMENT :** Comme dans le cas de nombreux autres appareils électriques, omettre de suivre les précautions suivantes peut causer des blessures graves, voire la mort, à la suite d'une décharge électrique, d'un incendie ou causer des dommages à la console Xbox One et à ses accessoires :

- Utilisez uniquement un câble de chargement approuvé.
- Ne laissez pas un dispositif sans fil ou un câble de chargement entrer en contact avec l'eau.
- Débranchez le câble de chargement durant un orage ou lorsqu'il est inutilisé pendant des périodes prolongées.
- Afin de prévenir les dommages, évitez de vous asseoir ou de marcher sur un dispositif sans fil, son câble ou la prise ou le connecteur du câble.

⚠ **ATTENTION : Câbles et cordons**
Afin de réduire les dangers de chute potentiels, placez tous les câbles et les cordons de façon à ce que les personnes et les animaux ne soient pas susceptibles de trébucher sur ceux-ci ou de les accrocher accidentellement et ne laissez pas les enfants jouer avec eux.

Allez sur support.xbox.com/xbox-one/accessories/about-power-supply pour obtenir plus de renseignements.

## APPAREILS À PILE

⚠ **AVERTISSEMENT : Sécurité concernant la pile**
Les précautions suivantes doivent être suivies avec tous les produits utilisant des piles rechargeables ou jetables, dont celles au lithium polymère. Une utilisation inappropriée de la pile peut causer des blessures graves, la mort, des dommages à la propriété ou au produit et à ses accessoires en raison d'une fuite de liquide, d'un incendie, d'une surchauffe ou d'une explosion. Le liquide contenu dans les piles est corrosif, voire toxique. Il peut provoquer des brûlures aux yeux ou à la peau et est nocif s'il est avalé. Pour réduire le risque de blessures :

Gardez les piles hors de la portée des enfants.

Retirez les piles si elles sont usées ou si vous comptez ranger votre appareil durant une période prolongée. Si vos piles sont vieilles, faibles ou usées, enlevez-les sans tarder et recyclez-les ou jetez-les conformément aux règles locales et régionales/nationales.

Si une pile fuit, retirez toutes les piles en suivant les instructions d'installation à rebours pour ce produit, en faisant attention de ne pas laisser le liquide entrer en contact avec votre peau ou vos vêtements. Si le liquide des piles entre en contact avec la peau ou les vêtements, rincez immédiatement la peau à grande eau. Avant d'insérer de nouvelles piles, nettoyez à fond le compartiment à piles avec un linge sec, ou suivez les instructions de nettoyage du fabricant de la pile.

- Vous ne devez jamais écraser, ouvrir, perforer, endommager, chauffer au-dessus de 35 °C (95 °F), appliquer une chaleur directe ou disposer des piles en les jetant dans un feu.
- Ne mélangez pas des anciennes et des nouvelles piles ou des piles de types différents (par exemple, au carbone-zinc et alcalines).
- Les objets de métal ne doivent pas toucher les bornes des piles; ils peuvent devenir chauds et causer des brûlures.
- Ne transportez pas ou ne placez pas de piles avec des colliers, des épingles à cheveux ou tout autre objet métallique.
- Ne laissez pas un dispositif à pile à la lumière directe du soleil pour une période prolongée, comme sur un tableau de bord d'une voiture en été.
- N'immergez pas de piles dans l'eau ou ne les laissez pas entrer en contact avec l'eau.
- Ne branchez pas directement de piles sur des prises électriques ou dans l'allume-cigare d'une voiture.
- N'essayez pas de les brancher sur les bornes de pile à moins d'utiliser un appareil hôte approuvé par Microsoft.
- Évitez de frapper, lancer, marcher sur une pile ou de lui faire subir un choc important.
- Ne perforez jamais le logement de la pile d'une quelconque façon.
- N'essayez pas de désassembler ou de modifier les piles d'une quelconque façon.
- Ne rechargez pas de piles près d'un feu ou dans des conditions de chaleur extrême.

⚠ **AVERTISSEMENT : Utilisez le chargeur de pile approprié.**
Chargez les piles rechargeables uniquement avec le chargeur fourni avec le produit. Suivre une mauvaise méthode de chargement peut causer un incendie ou une explosion.

## UTILISATION ET ENTRETIEN DE VOTRE ACCESSOIRE XBOX ONE

⚠ **AVERTISSEMENT : N'essayez pas de le réparer**
Ne tentez pas de démonter, d'ouvrir, de réparer ou de modifier les accessoires Xbox One. Vous pourriez courir un risque de décharge électrique, de dommage, d'incendie ou autre. Tout signe de tentative d'ouverture ou de modification de cet appareil, y compris tout décollement, toute perforation ou tout retrait des étiquettes, annulera la garantie limitée et rendra la console Xbox One inadmissible à la réparation autorisée. La modification de tout accessoire Xbox One peut entraîner votre exclusion de façon permanente de Xbox Live, lequel est requis pour jouer à des jeux et pour d'autres utilisations de la console.

### Utilisation et nettoyage

⚠ **AVERTISSEMENT : Ne laissez pas les accessoires Xbox One entrer en contact avec l'eau**
Pour réduire les risques d'incendie ou de décharge électrique, n'exposez pas l'appareil à la pluie ou à une autre forme d'humidité.

Suivez ces instructions lors de votre utilisation :

- N'utilisez pas les accessoires près d'une source de chaleur.
- N'utilisez que des accessoires approuvés par Microsoft.
- Ne tentez pas de nettoyer les connecteurs.
- Nettoyez le produit à l'aide d'un chiffon sec.

Pour obtenir plus de renseignements, allez sur support.xbox.com/browse/xbox-one/accessories.

## DE SAINES PRÉCAUTIONS

⚠ **AVERTISSEMENT : Informations importantes relatives à la sécurité lorsque vous jouez à des jeux vidéo.**

**Crises d'épilepsie liées à la photosensibilité**
Pour un très faible pourcentage de personnes, l'exposition à certaines images, notamment aux lueurs et aux motifs clignotants pouvant apparaître dans les jeux vidéo, risque de provoquer une crise d'épilepsie liée à la photosensibilité. Même des personnes sans antécédent épileptique peuvent en être victimes.

Les symptômes de ces crises peuvent varier : étourdissements, altération de la vision, mouvements convulsifs des yeux ou du visage, crispation ou tremblement des bras ou des jambes, désorientation, confusion, perte de connaissance momentanée. Vous pouvez également vous blesser après être tombé ou avoir heurté des objets près de vous suite à une perte de conscience ou à des convulsions.

Arrêtez immédiatement de jouer et consultez un médecin si vous souffrez d'au moins un de ces symptômes. Il est conseillé aux parents de surveiller leurs enfants et de leur poser des questions concernant les symptômes ci-dessus; les enfants et les adolescents sont effectivement plus sujets à ce genre de crise que les adultes. Les précautions suivantes peuvent réduire le risque d'une crise d'épilepsie photosensible :

- Éloignez-vous du téléviseur.
- Utilisez un écran de télévision de petite taille.
- Jouez dans une pièce bien éclairée.
- Évitez de jouer en cas d'envie de dormir ou de fatigue.
- Si vous ou un membre de votre famille avez des antécédents de crises d'épilepsie, consultez un médecin avant de jouer.

**Troubles musculo-squelettiques**
Il est possible que l'utilisation de manettes de jeu, de claviers, de souris ou d'autres périphériques d'entrée électroniques entraîne de graves blessures ou troubles.

Comme c'est le cas pour de nombreuses activités, il est possible que vous ressentiez occasionnellement de l'inconfort dans vos mains, vos bras, vos épaules, votre cou ou d'autres parties de votre corps lorsque vous jouez à des jeux vidéo. Cependant, si vous ressentez de façon persistante ou récurrente un inconfort, une douleur, un élancement, des picotements, un engourdissement, une sensation de brûlure ou une raideur, N'IGNOREZ PAS CES SIGNES AVANT-COUREURS. CONSULTEZ RAPIDEMENT UN PROFESSIONNEL DE LA SANTÉ QUALIFIÉ, même si les symptômes surviennent lorsque vous ne jouez pas à un jeu vidéo. De tels symptômes peuvent être associés à de douloureux, et parfois permanents, troubles et maladies affectant les nerfs, les muscles, les tendons, les vaisseaux sanguins et d'autres parties du corps. Ces troubles musculosquelettiques (TMS) incluent le syndrome du canal carpien, la tendinite, la ténosynovite, des syndromes de vibration, ainsi que d'autres symptômes.

Même si de nombreuses questions sur les TMS demeurent encore sans réponse, les chercheurs s'entendent généralement pour dire que de nombreux facteurs peuvent contribuer à leur apparition, y compris les maladies, la condition physique, le stress et la façon de le gérer, l'état de santé général, la position du corps lors du travail et des autres activités (comme les jeux vidéo). Selon certaines études, la durée d'une activité serait possiblement un facteur.

Certaines directives peuvent vous aider à travailler et à jouer confortablement, et peuvent réduire le risque de souffrir d'un TMS. Elles sont répertoriées à la page Guide sur la façon saine de jouer à la page xbox.com/xboxone/playhealthy. Parmi ces directives, notons les suivantes :

- Adoptez des positions confortables.
- Assurez-vous de détendre vos mains, vos doigts et les autres parties de votre corps.
- Prenez des pauses.
- Adoptez un mode de vie sain.

Si vous avez des questions concernant un possible lien entre votre mode de vie, vos activités, votre état de santé ou votre condition physique et les TMS, consultez un professionnel de la santé qualifié.

**⚠ AVERTISSEMENT : Risque de suffocation**
Cet appareil est susceptible de contenir de petites pièces pouvant présenter un risque de suffocation pour les enfants de moins de 3 ans. Gardez ces petites pièces hors de la portée des enfants.

**Vous devez vous assurer que les enfants s'amusent en sécurité.**
Vous devez vous assurer que les enfants qui utilisent les accessoires Xbox One avec la console Xbox One et le capteur Kinect le font de manière sécuritaire, respectent leurs limites et vous devez vous assurer qu'ils comprennent bien comment utiliser le système.

N'utilisez pas d'accessoires sans licence ou d'objets non autorisés avec le capteur Kinect.

Le non-respect de cette consigne pourrait causer des blessures ou des dommages au capteur ou à d'autres biens. L'utilisation d'accessoires non autorisés va à l'encontre de la licence de logiciel et pourrait annuler la garantie limitée.

**⚠ AVERTISSEMENT : Sécurité auditive**
Une exposition prolongée à des niveaux sonores élevés lorsque vous portez un casque risque de provoquer une perte auditive temporaire ou permanente. Pour réduire le risque de perte auditive, réglez le volume assez fort pour bien entendre dans les environnements silencieux, et non plus fort que le bruit ambiant.

- Ne montez pas le volume après avoir commencé l'écoute. Avec le temps, vos oreilles s'habituent de façon à ce qu'un volume élevé semble normal, mais ce volume peut quand même endommager votre ouïe.

- Ne montez pas le volume dans le but d'étouffer le bruit extérieur. Le bruit extérieur combiné au son de vos écouteurs risque d'endommager votre ouïe. Les écouteurs fermés ou suppresseurs de bruit réduisent l'intensité du bruit extérieur afin que vous n'ayez pas à augmenter le volume.
- Si vous ne pouvez pas entendre quelqu'un près de vous qui parle normalement, baissez le volume. Les sons qui noient les paroles d'intensité normale peuvent endommager votre ouïe. Même en portant des écouteurs fermés ou suppresseurs de bruit, vous devriez entendre la voix des personnes qui vous entourent.

**Réduisez au minimum le temps que vous passez à écouter des sons d'une intensité élevée**

- Plus vous passez de temps à écouter des sons d'une intensité élevée, plus vous risquez d'endommager votre ouïe. Plus le son est fort, moins le temps nécessaire pour endommager l'ouïe est long.
- Écouter de la musique au volume maximum et en portant des écouteurs peut endommager votre ouïe de façon permanente en 15 minutes. Même les volumes plus faibles peuvent entraîner une perte auditive si vous y êtes exposé pendant de nombreuses heures.
- Tous les sons que vous entendez pendant une journée s'additionnent. Si vous êtes exposé à d'autres sons d'une intensité élevée, votre ouïe sera endommagée plus rapidement en écoutant à volume élevé.
- Pour utiliser l'appareil en toute sécurité sans limite de temps, maintenez le volume suffisamment bas pour pouvoir converser avec les personnes près de vous.

**⚠ ATTENTION : Dispositifs médicaux personnels**

Les émissions de radiofréquence de l'équipement électronique peuvent affecter le fonctionnement d'autres équipements électroniques, et provoquer un mauvais fonctionnement. Bien que le dispositif soit conçu, testé et fabriqué conformément aux réglementations gouvernant l'émission de fréquence radio dans des différents pays, comme les États-Unis, le Canada, ceux de l'Union européenne et le Japon, les émetteurs sans fil et les circuits électriques qui les composent peuvent causer de l'interférence sur d'autres équipements électroniques. Toujours suivre les précautions suivantes :

**Personnes avec un stimulateur cardiaque**

- La Health Industry Manufacturers Association recommande de conserver un dégagement minimal d'au moins 15 cm (6 po) entre un appareil sans fil et un stimulateur cardiaque afin d'éviter une interférence potentielle avec le stimulateur.
- Les appareils sans fil ne doivent pas être transportés dans une poche à hauteur du torse.
- Si vous avez des raisons de suspecter une interférence, éteignez l'appareil immédiatement.

**Autres appareils médicaux**

Si vous utilisez un autre appareil médical personnel, communiquez avec le fabricant de l'appareil médical ou votre médecin afin de déterminer si vous pouvez l'utiliser avec d'autres appareils électroniques à proximité.

## GARANTIE DU FABRICANT

Microsoft garantit que votre console Xbox One et votre capteur Kinect pour Xbox One ne présenteront aucune défectuosité en conditions normales d'utilisation pendant un an à partir de la date d'achat. La garantie ne couvre pas l'usure normale et les dommages causés par un accident ou survenant à la suite d'une mauvaise utilisation. **D'autres exclusions et restrictions s'appliquent, notamment concernant la qualité marchande.** Pour obtenir une réparation, communiquez avec Microsoft au numéro 800 4MY-XBOX (469-9269) ou visitez le site xbox.com/support. Veuillez lire l'ensemble de la garantie limitée à l'adresse xbox.com/xboxone/warranty; vous y trouverez notamment des renseignements supplémentaires sur les réparations. Vous pouvez lire le document et vous l'envoyer par courriel au moment de l'enregistrement du produit.

## RENSEIGNEMENTS RÉGLEMENTAIRES

- Ce produit n'a pas été conçu pour être utilisé avec de la machinerie ni pour des applications médicales ou industrielles.
- Ce produit est conçu pour être utilisé avec du matériel de technologie de l'information conforme aux normes NRTL (UL, CSA, ETL, etc.) ou IEC/EN 60950 (mention CE).
- Ne contient aucune pièce à entretenir à l'intérieur.
- Température de fonctionnement : +5 °C (+41 °F) à +35 °C (+95 °F)

**Énoncés de conformité de la FCC et d'IC :**
Le présent appareil est conforme aux CNR d'Industrie Canada applicables aux appareils radio exempts de licence. L'exploitation est autorisée aux deux conditions suivantes: (1) l'appareil ne doit pas produire de brouillage, et (2) l'utilisateur de l'appareil doit accepter tout brouillage radioélectrique subi, même si le brouillage est susceptible d'en compromettre le fonctionnement.

**Remarque :** Tout changement ou modification non expressément approuvés par Microsoft pourrait annuler l'autorisation donnée à l'utilisateur d'utiliser cet appareil.

Cet équipement a été testé et approuvé conformément aux limites fixées par l'article 15 de la réglementation FCC et la norme canadienne NMB-3 pour les dispositifs numériques de Classe B. Ces limites ont été conçues pour apporter une protection raisonnable contre les interférences nuisibles dans un environnement résidentiel. Cet équipement génère, utilise et peut être à l'origine d'émissions de radiofréquences. S'il n'est pas installé et utilisé conformément aux instructions, cet équipement peut causer des interférences avec les communications radio. Il n'existe aucune garantie d'absence totale d'interférences dans une installation spécifique. Si cet équipement devait causer des interférences nuisibles pour la réception de programmes de radio ou de télévision (pour le déterminer, éteindre puis rallumer l'équipement), il est recommandé d'essayer de corriger le problème en effectuant l'une des opérations suivantes :

- Réorientez ou déplacez l'antenne de réception.
- Éloignez le plus possible l'équipement du récepteur.
- Branchez l'équipement sur un circuit différent de celui sur lequel est connecté le récepteur.
- Consultez le vendeur ou un technicien radio/télévision expérimenté.

Pour plus de renseignements sur les problèmes d'interférences, visitez le site Web de la FCC à l'adresse : fcc.gov/cgb/consumerfacts/interference.html. Vous pouvez également communiquer avec la FCC en composant le 1 888 CALL FCC pour demander des fiches sur les interférences et le téléphone.

CAN ICES-3 (B)/NMB-3(B)

**Énoncé d'exposition au rayonnement de radiofréquence :**
Cet équipement est conforme aux limites d'exposition aux radiations de la FCC et d'IC définies pour un environnement non contrôlé. Cet équipement doit être installé et utilisé en gardant une distance minimale de 20 cm entre le radiateur et votre corps, à l'exception des casques d'écoute et des appareils portatifs. Cet émetteur ne doit pas situé au même endroit ou fonctionner conjointement avec une autre antenne ou un autre émetteur.

Des renseignements supplémentaires sur la sécurité en matière de radiofréquence sont disponibles sur le site Web de la FCC à l'adresse www.fcc.gov/general/radio-frequency-safety-0 et le site Web d'Industrie Canada à l'adresse www.ic.gc.ca/eic/site/smt-gst.nsf/fra/sf01904.html.

**Uniquement pour les appareils de 5 GHz 802.11a et 802.11n**
Ce produit doit être utilisé uniquement à l'intérieur pour réduire les risques d'interférences nuisibles potentielles lors d'une utilisation sous licence dans une plage de fréquence allant de 5,15 à 5,25 GHz.

Les utilisateurs sont avisés que les radars à haute puissance sont les utilisateurs primaires (utilisateurs prioritaires) des bandes 5250-5350 MHz et 5650-5850 MHz et ces radars peuvent provoquer des interférences et/ou des dommages aux appareils LE-LAN.

Microsoft Corporation; One Microsoft Way; Redmond, WA 98052-6399; U.S.A. États-Unis : 800 426-9400; Canada : (800) 933-4750.

**AVERTISSEMENT : Appareils sans fil à bord d'un aéronef**
Avant d'embarquer dans un aéronef ou d'emballer un appareil sans fil dans un bagage qui sera enregistré, vous devez retirer les piles de l'appareil ou l'éteindre (si doté d'un interrupteur). Les appareils sans fil peuvent émettre de l'énergie RF, comme un téléphone cellulaire, lorsque les piles sont en place et que l'appareil est allumé (si doté d'un interrupteur).

**Élimination des appareils électriques et électroniques et des piles usagées**

Ce symbole, apposé sur le produit, sur les piles ou sur l'emballage, indique que le produit et les piles qu'il contient ne doivent pas être jetés avec vos ordures ménagères. En effet, il vous incombe de le remettre à un point de collecte approprié pour le recyclage des piles et du matériel électrique et électronique. Cette collecte et ce recyclage distincts permettront de conserver les ressources naturelles et de prévenir d'éventuelles conséquences néfastes sur la santé humaine et l'environnement découlant de la présence possible de substances dangereuses dans les piles et le matériel électrique et électronique. Pour savoir où apporter vos piles et vos appareils électriques et électroniques, communiquez avec votre municipalité, avec le service responsable de la collecte de vos ordures ménagères ou avec le revendeur auprès duquel vous vous êtes procuré ce produit. Communiquez avec erecycle@microsoft.com pour obtenir plus de renseignements sur les déchets provenant de l'équipement électrique et électronique et des piles usées.

Ce produit peut utiliser des piles au lithium, NiMH ou alcalines. L'énoncé suivant est requis par l'état de la Californie aux États-Unis : Matériau perchloraté – des précautions de manipulation peuvent être nécessaires. Voir : www.dtsc.ca.gov/hazardouswaste/perchlorate.

## DROITS D'AUTEUR

Les renseignements et les opinions exprimées dans le présent document, y compris les URL et les autres références de sites Web Internet, peuvent être modifiés sans préavis. Ce document ne vous accorde aucun droit juridique de propriété intellectuelle sur les produits Microsoft. Vous pouvez copier et utiliser ce document uniquement à des fins de référence interne.

© 2016 Microsoft Corporation. Tous droits réservés. Microsoft, Windows, Xbox, Xbox One, Xbox 360, Xbox Live, Kinect, les logos Xbox et le logo Xbox Live sont des marques de commerce du groupe de sociétés Microsoft.

## SERVICE À LA CLIENTÈLE

Pour connaître les réponses aux questions courantes, des solutions de dépannage et les coordonnées du service à la clientèle de Xbox, consultez la page www.xbox.com/xboxone/support.

# MANUAL DE PRODUCTOS DE ACCESORIOS DE XBOX ONE

**INFORMACIÓN IMPORTANTE SOBRE SEGURIDAD Y GARANTÍA DE PRODUCTOS**

**Este símbolo identifica los mensajes de seguridad y salud de esta guía del producto.**
Lee esta guía para obtener información de seguridad y salud importante sobre el producto que compraste.

**ADVERTENCIA:** Si este producto no se configura, no se utiliza y no se cuida adecuadamente, aumenta el riesgo de lesiones graves, muerte, daño a la propiedad o daño al producto o a los accesorios relacionados. Lee esta guía del producto para obtener información importante de seguridad y salud, o visita xbox.com/xboxone/accessories/useinstructions.

**ACUERDO DE GARANTÍA LIMITADA DE XBOX ONE Y TÉRMINOS DE LICENCIA DE SOFTWARE**
Debes aceptar los Términos de uso de Xbox (incluidos los términos del software de Xbox y los términos de licencia de juegos) en xbox.com/live/termsofuse, los términos de licencia de software en xbox.com/xboxone/slt y la Garantía limitada en xbox.com/xboxone/warranty para usar tu consola Xbox One, los accesorios Xbox y/o el sensor Kinect para Xbox. Al usar la consola Xbox One, los accesorios Xbox y/o el sensor Kinect para Xbox One, aceptas estar sujeto a estos términos. Léelos. Si no los aceptas, no configures ni uses tu consola Xbox One, los accesorios Xbox y/o el sensor Kinect para Xbox One. Devuelve el producto Xbox a Microsoft o a tu vendedor minorista para recibir un reembolso.

## SEGURIDAD ELÉCTRICA

**ADVERTENCIA:** Al igual que con muchos otros dispositivos eléctricos, si no se toman las siguientes precauciones se pueden producir lesiones graves o la muerte por causa de una descarga eléctrica o incendio, o bien daños a la consola Xbox One y sus accesorios.

- Usa solamente un cable de carga aprobado.
- No permitas que el dispositivo inalámbrico o el cable de carga se mojen.
- Desconecta el cable de carga durante las tormentas eléctricas o cuando no se utilice durante largos períodos.
- Para prevenir daños, evita sentarte o pisar el dispositivo inalámbrico, su cable o el enchufe o conector del cable.

**PRECAUCIÓN: Cables**
Para reducir los posibles riesgos de tropiezos o enredos, ordena los cables de modo que las personas y mascotas no puedan tropezarse o tirar de ellos accidentalmente al moverse o caminar por el área, y no permitas que los niños jueguen con los cables.

Visita support.xbox.com/xbox-one/accessories/about-power-supply para obtener más información.

## DISPOSITIVOS QUE FUNCIONAN CON BATERÍAS

**ADVERTENCIA: Seguridad de las baterías**
Las siguientes precauciones se aplican a todos los productos que usan baterías recargables o desechables que incluyen polímero de litio. El uso inadecuado de las baterías puede producir lesiones graves, la muerte, daños a la propiedad o daños al producto o sus accesorios relacionados a causa de filtración de líquido de las baterías, incendio, sobrecalentamiento o explosión. El líquido derramado es corrosivo y podría ser tóxico. Puede provocar quemaduras en la piel y en los ojos, y resulta nocivo si se ingiere. Para reducir el riesgo de lesiones:

Mantén las baterías fuera del alcance de los niños.

Extrae las baterías si están gastadas o antes de guardar el dispositivo durante mucho tiempo. Siempre extrae las baterías viejas, débiles o gastadas inmediatamente y recíclalas o deséchalas según las normativas de desecho locales y nacionales/regionales.

Si una batería tiene una filtración, extrae todas las baterías siguiendo el proceso inverso a los pasos de instalación proporcionados para este producto, teniendo cuidado de evitar que el líquido filtrado toque tu piel o la ropa. Si el líquido de la batería entra en contacto con la piel o con la ropa, límpialo con agua inmediatamente. Antes de insertar baterías nuevas, limpia exhaustivamente el compartimento de la batería con un paño seco o bien sigue las recomendaciones de limpieza del fabricante de la batería.

- No tritures, abras, perfores, mutiles, calientes sobre 35 °C (95 °F) o apliques calor directo, ni arrojes las baterías al fuego.
- No mezcles baterías nuevas con viejas o baterías de distintos tipos (p. ej., de carbono-cinc y alcalinas).
- No permita que objetos metálicos toquen los terminales de las baterías en el dispositivo; pueden calentarse y provocar quemaduras.
- No transportes ni coloques las baterías junto con collares, horquillas u otros objetos metálicos.
- No dejes un dispositivo a baterías bajo la luz directa del sol durante un período prolongado, por ejemplo, sobre el tablero del automóvil durante el verano.
- No sumerjas las baterías en agua ni permitas que se mojen.
- No conectes las baterías directamente a enchufes de pared o a conectores para encendedores de automóviles.
- No intentes conectar a los terminales de las baterías a menos que uses un dispositivo host aprobado por Microsoft.
- No golpees, arrojes, pises ni sometas las baterías a golpes físicos intensos.
- No perfores la carcasa de las baterías de ninguna forma.
- No intentes desarmar o modificar las baterías de ninguna forma.
- No recargues las baterías cerca del fuego o en condiciones extremadamente calurosas.

⚠ **ADVERTENCIA: Usa el cargador de batería adecuado**
Carga las baterías recargables solo con el cargador proporcionado junto con el producto. El uso de un método de carga inadecuado puede causar un incendio o explosión.

## USA Y CUIDA DE TUS ACCESORIOS XBOX ONE

⚠ **ADVERTENCIA: No intentes realizar reparaciones** No intentes desarmar, abrir, reparar ni modificar los accesorios Xbox One. Si lo haces, existe el riesgo de descarga eléctrica, daño, incendio o de otros peligros. Cualquier evidencia de que el dispositivo se haya intentado abrir y/o modificar, incluidas peladuras, perforaciones o retiro de cualquiera de las etiquetas, invalidará la Garantía limitada y hará que el accesorio Xbox One no pueda optar a ser reparado por un servicio autorizado. Modificar un accesorio Xbox One puede tener como resultado la expulsión permanente de Xbox Live, que es obligatoria para jugar y otros usos de la consola.

**Uso y limpieza**

⚠ **ADVERTENCIA: No permitas que los accesorios Xbox One se mojen**
Para reducir el riesgo de incendio o descarga eléctrica, no expongas el dispositivo a la lluvia u otros tipos de humedad.

Úsalo de acuerdo con estas instrucciones:

- No utilices los accesorios cerca de ninguna fuente de calor.
- Usa solo los accesorios especificados por Microsoft.
- No intentes limpiar los conectores.
- Límpialo solo con un paño seco.

Para obtener más información, visita support.xbox.com/browse/xbox-one/accessories.

## JUEGA SANAMENTE

⚠ **ADVERTENCIA: Advertencias de salud importantes sobre el uso de videojuegos**

**Crisis de fotosensibilidad**
Un porcentaje muy pequeño de personas puede experimentar un ataque al exponerse a ciertas imágenes visuales, incluidas luces o patrones parpadeantes que pueden aparecer en juegos de video. Incluso personas sin historial de ataques o epilepsia pueden tener un problema no diagnosticado que puede provocar estos "ataques epilépticos fotosensibles" mientras observa juegos de video.

Estos ataques pueden tener una variedad de síntomas, incluidos vértigo, visión alterada, espasmos en los ojos o la cara, sacudidas o temblores de brazos o piernas, desorientación, confusión o pérdida momentánea de la conciencia. Los ataques también pueden provocar pérdida de la conciencia o convulsiones que pueden derivar en lesiones por caída o por chocar con objetos cercanos.

Deja de jugar inmediatamente y consulta a un médico si experimentas alguno de estos síntomas. Los padres deben estar atentos o preguntar a sus hijos acerca de los síntomas

mencionados; los niños y adolescentes son más propensos a experimentar estos ataques que los adultos. El riesgo de ataques epilépticos fotosensibles se puede reducir si se toman las siguientes precauciones:

- Aléjate más de la pantalla de TV.
- Utiliza una pantalla de televisión más pequeña.
- Juega en una habitación con buena iluminación.
- No juegues cuando tengas sueño o cansancio.
- Si alguno de tus familiares o tú mismo han sufrido crisis o epilepsia con anterioridad, consulta a tu médico antes de jugar.

**Trastornos musculoesqueléticos**
El uso de controles de juego, teclados, mouse u otros dispositivos de entrada electrónicos puede estar relacionado con lesiones y afecciones graves.

Al jugar juegos de video, como sucede en muchas otras actividades, es posible que experimentes molestias ocasionales en las manos, los brazos, los hombros, el cuello u otras partes del cuerpo. Sin embargo, si experimentas síntomas como malestar persistente o repetido, dolor, punzadas, hormigueos, entumecimiento, sensación de quemazón o rigidez, NO PASES POR ALTO ESTAS SEÑALES DE ADVERTENCIA. ACUDE DE INMEDIATO A UN PROFESIONAL DE LA SALUD CALIFICADO, aunque los síntomas aparezcan cuando no estés jugando. Este tipo de síntomas puede estar asociado con lesiones o afecciones dolorosas de los nervios, músculos, tendones, vasos sanguíneos y otras partes del cuerpo, que en ocasiones pueden ocasionar incapacidad permanente. Estos trastornos musculoesqueléticos (MSD) incluyen síndrome de túnel carpiano, tendinitis, tenosinovitis, síndromes de vibración y otras afecciones.

Aunque los investigadores aún no pueden responder muchas preguntas acerca de los MSD, existe un consenso general de que puede haber muchos factores ligados a su aparición, incluidas afecciones médicas o físicas, tensión y cómo se lidia con ella, salud en general y cómo una persona ubica y usa el cuerpo durante el trabajo y otras actividades (incluidos los juegos de video). Algunos estudios sugieren que la cantidad de tiempo que una persona realiza una actividad puede ser un factor.

Podrás encontrar algunas pautas que te ayudarán a trabajar y jugar de forma más cómoda y posiblemente reduzcan el riesgo de experimentar un MSD en la Guía de juegos saludables en xbox.com/xboxone/playhealthy. Estas pautas abordan temas como:

- Colocación de tu cuerpo para utilizar posturas cómodas y normales.
- Relajación de manos, dedos y otras partes del cuerpo.
- Pausas entre juegos.
- Desarrollo de un estilo de vida saludable.

Si tienes alguna pregunta sobre la relación que pudieran tener tu estilo de vida, actividades y condiciones médicas o físicas con las MSD, acude a un profesional de la salud calificado.

**⚠ ADVERTENCIA: Riesgo de asfixia**
Este dispositivo puede contener piezas pequeñas que supongan un riesgo de asfixia para niños menores de 3 años. Mantén las piezas pequeñas fuera del alcance de los niños.

**Asegúrate de que los niños jueguen con seguridad**
Asegúrate de que los niños que usan algún accesorio Xbox One junto con la consola Xbox One y el sensor Kinect jueguen con seguridad y dentro de sus límites, y asegúrate de que comprendan el uso adecuado del sistema.

No uses accesorios sin licencia, objetos de utilería no autorizados u otros objetos con el sensor Kinect.

El uso de estos accesorios u objetos puede generar como resultado lesiones a ti u otras personas y/o daños al sensor o a otra propiedad. El uso de accesorios no autorizados infringe la Licencia de software y puede anular la Garantía limitada.

**⚠ ADVERTENCIA: Seguridad de la audición**
La exposición prolongada a volúmenes de sonido altos al usar audífonos puede provocar la pérdida temporal o permanente de la audición. Para reducir el riesgo de pérdida auditiva, ajusta el volumen suficientemente alto para poder oír claramente en un ambiente tranquilo, y no más fuerte que eso.

- No aumentes el volumen después de comenzar a escuchar. Tus oídos pueden adaptarse con el tiempo, de modo que el volumen alto sonará normal, pero seguirá provocándote problemas de audición.
- No aumentes el volumen para bloquear el ruido exterior. La combinación de ruido exterior y sonido de los audífonos pueden provocar problemas de audición. Los audífonos sellados o que anulan el ruido pueden reducir el ruido externo, de modo que no tengas que subir el volumen.

- Si no puedes entender a alguien que está cerca hablando con normalidad, baja el volumen. El sonido que ahoga el habla normal puede provocar problemas de audición. Incluso con audífonos sellados o que anulan el ruido, deberás ser capaz de escuchar hablar a las personas que estén cerca.

**Reducir al mínimo el tiempo de escucha a un volumen alto**

- Mientras más tiempo pases expuesto a un volumen de sonido alto, más probabilidades tienes de sufrir problemas de audición. Mientras más fuerte sea el sonido, menos tiempo tomará desarrollar problemas de audición.
- Escuchar música en el dispositivo con audífonos al volumen máximo puede provocar problemas de audición permanentes en 15 minutos. Incluso los volúmenes más bajos pueden provocar problemas de audición si te expones a ellos por muchas horas.
- Todo el sonido al que estás expuesto durante el día se acumula. Si estás expuesto a otro sonido fuerte, como escuchar sonidos a un volumen alto, sufrirás problemas de audición en menos tiempo.
- Para utilizar el dispositivo con toda seguridad durante un tiempo ilimitado, mantén el volumen lo bastante bajo como para poder conversar con las personas cercanas.

**ATENCIÓN: Dispositivos médicos personales**

Las emisiones de radiofrecuencia de los equipos electrónicos pueden afectar de forma negativa la operación de otros equipos electrónicos, lo que causa desperfectos. Aunque el dispositivo fue diseñado, probado y fabricado para cumplir las normativas que rigen la emisión de radiofrecuencias en países como Estados Unidos, Canadá, la Unión Europea y Japón, los transmisores inalámbricos y circuitos eléctricos del dispositivo pueden causar interferencia en otros equipos electrónicos. Siempre toma las siguientes precauciones:

**Personas con marcapasos**

- La Asociación de fabricantes de la industria de la salud recomienda que se mantenga una separación mínima de 15 cm (6 pulgadas) entre un dispositivo inalámbrico y un marcapasos para evitar posibles interferencias con este último.
- No se deben llevar dispositivos inalámbricos en el bolsillo del pecho.
- Si tienes algún motivo para sospechar que está ocurriendo una interferencia, apaga el dispositivo inmediatamente.

**Otros dispositivos médicos**

Si utilizas cualquier otro dispositivo médico, ponte en contacto con el fabricante de dicho dispositivo o con tu médico para determinar si es apropiado el uso de otros dispositivos electrónicos cerca de tu dispositivo médico.

## GARANTÍA LIMITADA

**AL USAR SU CONSOLA XBOX ONE O ACCESORIO, ACEPTA ESTA GARANTÍA. ANTES DE CONFIGURARLOS, LEA CUIDADOSAMENTE ESTA GARANTÍA. SI NO ACEPTA ESTA GARANTÍA, NO USE SU CONSOLA XBOX ONE o Accesorio. DEVUÉLVALOS SIN USARLOS A SU ESTABLECIMIENTO MINORISTA O A MICROSOFT PARA REEMBOLSO.** Póngase en contacto con Microsoft en service.xbox.com o llame al 001 (866) 745-8312. Esta garantía le otorga derechos legales específicos. También podría tener otros derechos, que varían de un país, estado o provincia a otros. Esta garantía es aplicable en la medida en que lo permita la ley.

**1. Definiciones**

(a) "Xbox One" significa una consola Xbox One y Sensor Kinect nuevos adquiridos en un establecimiento minorista autorizado.

(b) "Accesorio" significa un accesorio de hardware Xbox One de Microsoft adquirido en un establecimiento minorista autorizado accesorio de hardware Xbox One de Microsoft adquiridos en un establecimiento minorista autorizado.

(c) "Período de garantía" significa, para la consola Xbox One, 1 año a partir de la fecha en que la compró, y para accesorios, significa 90 días a partir de la fecha en que los compró.

(d) "Usted" (implícito o explícito) significa el usuario final original.

(e) "Condiciones normales de uso" significa el uso ordinario por el consumidor bajo condiciones normales en su hogar, de acuerdo con el manual de instrucciones de la consola Xbox One o el accesorio.

(f) "Importador Autorizado" significa cualquier importador que figure en la información adjunta al material de consola Xbox One o accesorio, tales como manuales o etiquetas.

**2. Garantía**

(a) Durante el Período de garantía, Microsoft garantiza, únicamente a Usted, que la consola Xbox One o el accesorio no funcionarán mal bajo Condiciones normales de uso.

(b) Esta es la única garantía que le otorga Microsoft respecto a su consola Xbox One o accesorio, y Microsoft no le otorga ninguna otra garantía o condición. Nadie más puede otorgarle ninguna garantía o condición a nombre de Microsoft.

(c) Si la ley de su estado o provincia le otorga cualquier garantía implícita, incluida una garantía implícita de comerciabilidad o idoneidad para un propósito en particular, su duración está limitada al Período de garantía. Algunos países, estados o provincias no admiten limitaciones a la duración de una garantía implícita, de modo que esta limitación podría no aplicarse a Usted.

**3. Cómo obtener servicio en garantía**

(a) Antes de iniciar el proceso de garantía, sírvase usar los consejos de solución de problemas en la sección Soporte de service.xbox.com.

(b) Si los consejos de solución de problemas no resuelven su problema, siga el proceso de reparación en línea de la sección Soporte de service.xbox.com. Si no tiene acceso a Internet, puede llamar al 001 (866) 745-8312 en donde le darán asesoría y obtendrá instrucciones del procedimiento a seguir para el ejercicio de su garantía. El numero telefónico, procedimiento, reparación o reemplazo, mano de obra y gastos de transportación para el ejercicio de ésta garantía serán gratuitos.

(c) Antes de enviar su consola Xbox One o accesorio a un centro de servicio autorizado de Microsoft para servicio, asegúrese de conservar una copia de cualquier dato que quiera guardar y de eliminar todo lo que considere confidencial. Microsoft no es responsable de sus datos y podría borrarlos.

**4. Responsabilidad de Microsoft**

(a) Después de que devuelva su consola Xbox One o accesorio a Microsoft, Microsoft lo inspeccionará.

(b) Si Microsoft determina que la consola Xbox One o accesorio funcionaron mal durante el Período de garantía bajo Condiciones normales de uso, Microsoft podría repararlos o reemplazarlos, o reembolsarle el precio de compra. En la reparación se podrían utilizar partes nuevas o reacondicionadas. La reposición podría consistir en una unidad nueva o reacondicionada (en buen estado y con funcionalidad y rendimiento comparables al producto Xbox One o accesorio originales).

(c) Después de la reparación o reemplazo, su consola Xbox One o accesorio estarán cubiertos por esta garantía durante el resto de su Período de garantía original o 95 días después que Microsoft se lo envíe, lo que sea mayor.

(d) La RESPONSABILIDAD de Microsoft de reparar o reemplazar su consola Xbox One o Accesorio, o reembolsarle el precio de compra, es su recurso exclusivo.

(e) Si su consola Xbox One o accesorio funcionan mal después de que venza el Período de garantía, no existe garantía alguna de ningún tipo. Después de que venza el Período de garantía, Microsoft podría cobrarle honorarios por sus esfuerzos de diagnóstico y servicio de cualquier problema que tenga con su consola Xbox One o accesorio.

**5. Exclusiones de la garantía**

Esta Garantía limitada no se aplica y Microsoft no es responsable en absoluto bajo estos términos de garantía si su consola Xbox One o accesorio:

(a) Sufren daños por usarlos con productos no vendidos por o con licencia de Microsoft (lo que incluye, por ejemplo, juegos y accesorios no fabricados por o con licencia de Microsoft, juegos “pirata”, etc.) sin embargo, en el caso de Accesorios Bluetooth, Microsoft no es responsable y esta Garantía no se aplica, ni siquiera por un precio, si su Xbox One o Accesorio se daña por el uso con productos que no cumplen los requisitos del sistema que se encuentra en el paquete de Accesorios Bluetooth;

(b) Son usados para propósitos comerciales (lo que incluye, por ejemplo, alquiler, pago por juego, etc.);

(c) Son abiertos, modificados o alterados (lo que incluye, por ejemplo, cualquier intento de modificación de toda limitación técnica, seguridad o mecanismo antipiratería, etc. de la consola Xbox One o el accesorio), o la alteración o retiro de su número de serie;

(d) Sufren daños debidos a cualquier causa externa (lo que incluye, por ejemplo, dejarlos caer, usarlos con ventilación inadecuada, etc., o por no seguir las instrucciones del manual de instrucciones de la consola

Xbox One o accesorio).

(e) Son reparados por cualquier persona o entidad que no sea Microsoft.

**6. EXCLUSIÓN DE CIERTOS DAÑOS**

MICROSOFT NO ES RESPONSABLE DE NINGÚN DAÑO INDIRECTO, INCIDENTAL, ESPECIAL O CONSECUENTE; DE NINGUNA PÉRDIDA DE DATOS, PRIVACIDAD, CONFIDENCIALIDAD O UTILIDADES, NI DE NINGUNA INCAPACIDAD PARA USAR SU CONSOLA XBOX ONE o Accesorio. ESTAS EXCLUSIONES SE APLICAN INCLUSIVE SI SE HA INFORMADO A MICROSOFT SOBRE LA POSIBILIDAD DE ESTOS DAÑOS, E INCLUSO SI CUALQUIER RECURSO NO CUMPLE CON SU PROPÓSITO ESENCIAL. Algunos países, estados o provincias no permiten la exclusión o limitación de daños incidentales o consecuentes, de modo que esta limitación o exclusión podrían no aplicarse a Usted.

**7. Términos adicionales**

Si intenta anular o evitar cualquier limitación técnica, seguridad o sistema antipiratería de la consola Xbox One o accesorio, Usted podría causar que su consola Xbox One o accesorio dejen de funcionar permanentemente. También anulará su Garantía y hará que su consola Xbox One o accesorio no reúnan los requisitos para su reparación autorizada, inclusive con el cobro de honorarios.

Usted puede adquirir partes, componentes, consumibles y accesorios en el establecimiento donde adquirió su producto, o con cualquier importador autorizado.

**8. Derecho aplicable**

(a) Si adquirió su consola Xbox One o accesorio en México, las leyes de México rigen la interpretación de esta garantía y cualquier reclamación de que Microsoft la ha incumplido, sin importar los principios de conflicto de leyes.

(b) Si adquirió su consola Xbox One o accesorio en México, esta garantía es válida únicamente en México.

## LICENCIA DE SOFTWARE

La Licencia de software para su consola Xbox One o accesorio está disponible en xbox.com/xboxone/slt. Al usar su consola Xbox One o accesorio, acepta esta Licencia de software. Antes de configurarlos, lea cuidadosamente la Licencia de software. Si no acepta la Licencia de software, no use su consola Xbox One o accesorio. Devuélvalos sin usar al establecimiento minorista donde compró su consola Xbox One o accesorio o a Microsoft para un reembolso.

## GARANTÍA LIMITADA

**AL UTILIZAR SU XBOX ONE O ACCESORIO, USTED ESTÁ DE ACUERDO CON ESTA GARANTÍA. ANTES DE INSTALARLO, POR FAVOR LEA CUIDADOSAMENTE ESTA GARANTÍA. SI NO ACEPTA ESTA GARANTÍA, NO UTILICE SU XBOX ONE o Accesorio. DEVUÉLVALO SIN USAR A SU VENDEDOR O A MICROSOFT PARA OBTENER UN REEMBOLSO.** Comuníquese con Microsoft en www.xbox.com/support o llame al teléfono del servicio de Atención al cliente de Xbox de su país que figura en el listado disponible en www.xbox.com/support o abajo:

Argentina: 0800 266 0509 Chile: 800-202-011

Colombia: 01-800-912-1830 Mexico: 001-866-745-8312

Esta garantía le confiere derechos legales específicos. Usted también puede gozar de otros derechos que varían según el país, estado o provincia. Esta garantía tiene aplicación en la medida en que así lo permita la ley.

**1. Definiciones**

(a) "Xbox One" significa una consola nueva Xbox One compradas de un vendedor autorizado.

(b) "Accesorio" significa un accesorio de Xbox One de marca Microsoft nuevo comprado de un vendedor autorizado.

(c) "Período de Garantía" para Xbox One significa un (1) año desde la fecha en la que usted lo compró; y para Accesorios, significa tres (3) meses desde la fecha en que usted lo compró.

(d) "Usted" significa el usuario final original.

(e) "Condiciones Normales de Uso" significa el uso normal por parte del usuario en condiciones domésticas normales, de acuerdo con el manual de instrucciones para Xbox One o Accesorio.

**2. Garantía**

(a) Durante el Período de Garantía Microsoft garantiza, solo a usted, que Xbox One o Accesorio funcionará correctamente bajo condiciones normales de uso.

(b) Esta es la única garantía que le otorga Microsoft por su Xbox One o Accesorio, y Microsoft no formula ningún otro tipo de seguridad, garantía o condición. Ninguna otra persona puede otorgar ningún tipo de seguridad, garantía o condición en nombre de Microsoft.

(c) Si la ley de su estado o provincia le concede a usted alguna garantía implícita, incluida una garantía implícita de comerciabilidad o adecuación para un fin particular, su duración se limitará al período de garantía. Ciertos países, estados o provincias no permiten limitaciones

en lo que se refiere a la duración de una garantía implícita, por lo que es posible que esta limitación no se aplique a su caso.

**3. Cómo se obtiene el Servicio de la garantía**

(a) Antes de comenzar el proceso de la garantía, recurra a los consejos para la detección y solución de problemas disponibles en la sección de Soporte técnico en xbox.com/xboxone/support.

(b) Si los consejos para la detección y solución de problemas no resuelven su problema, siga el proceso de reparación en línea en la sección de Soporte técnico en xbox.com/xboxone/support o llame al teléfono del servicio de Atención al cliente de Xbox de su país que figura en el listado disponible en xbox.com/xboxone/support.

(c) Antes de enviar su Xbox One o Accesorio a un centro de servicio autorizado por Microsoft para servicio técnico, asegúrese de guardar una copia de todos los datos que usted quiera guardar, y elimine todo lo que considere confidencial. Microsoft no es responsable de sus datos y puede borrarlos.

**4. Responsabilidad de Microsoft**

(a) Cuando Usted devuelva su Xbox One o Accesorio a Microsoft, Microsoft la examinará.

(b) Si Microsoft determina que la Xbox One o Accesorio funcionó mal durante el Período de Garantía, bajo condiciones normales de uso, Microsoft podrá repararla o reemplazarla o le rembolsará el precio de compra. La reparación puede utilizar piezas nuevas o reacondicionadas. El reemplazo podrá ser con una unidad nueva o reacondicionada (en buenas condiciones, y con una funcionalidad y rendimiento comparable al producto original Xbox One, Kinect Sensor o Accesorio).

(c) Tras la reparación o el reemplazo, su Xbox One o Accesorio estarán cubiertas por esta garantía por el período que sea más largo, es decir, o lo que le queda de su Período de Garantía original, o 95 días después de que Microsoft se lo envíe.

(d) La RESPONSABILIDAD de Microsoft de reparar o reemplazar su Xbox One o ACCESORIO, o de reembolsarle el precio de compra es su recurso exclusivo.

(e) Si su Xbox One o Accesorio funciona mal una vez expirado el Período de Garantía, no existe ningún tipo de garantía. Una vez expirado el Período de Garantía, Microsoft podrá cobrarle un cargo por los esfuerzos realizados para diagnosticar y llevar adelante un servicio técnico ante cualquier problema que usted tenga con Xbox One o Accesorio.

**5. Exclusiones de la garantía**

Esta Garantía Limitada no se aplica y Microsoft no es responsable en absoluto bajo estos términos de la garantía si su Xbox One o Accesorio están:

(a) Sufren daños por usarlos con productos no vendidos por o con licencia de Microsoft (lo que incluye, por ejemplo, juegos y accesorios no fabricados por o con licencia de Microsoft, juegos "pirata", etc.) sin embargo, en el caso de Accesorios Bluetooth, Microsoft no es responsable y esta Garantía no se aplica, ni siquiera por un precio, si su Xbox One o Accesorio se daña por el uso con productos que no cumplen los requisitos del sistema que se encuentra en el paquete de Accesorios Bluetooth;

(b) usados para fines comerciales (incluyendo, por ejemplo, alquiler, pagar por jugar, etc.);

(c) abiertos, modificados o manipulados (incluyendo, por ejemplo, cualquier intento por frustrar alguna limitación técnica, la seguridad o mecanismo anti-piratería, entre otros factores, de la Xbox One o Accesorio), o si altera o elimina su número de serie;

(d) si están dañados por alguna causa externa (incluyendo, por ejemplo, por caída, uso con una ventilación insuficiente, etc., o por el hecho de no seguir las instrucciones del manual de instrucciones para Xbox One o Accesorio); o

(e) si es reparada por un tercero que no sea Microsoft.

**6. EXCLUSIÓN DE CIERTOS DAÑOS Y PERJUICIOS**

MICROSOFT NO ASUME NINGUNA responsabilidad EN LO QUE SE REFIERE A TODOS AQUELLOS DAÑOS Y PERJUICIOS INDIRECTOS, INCIDENTALES, ESPECIALES O CONSECUENTES; ASÍ COMO POR TODA AQUELLA PÉRDIDA DE DATOS, PRIVACIDAD, CONFIDENCIALIDAD O LUCRO O POR CUALQUIER IMPOSIBILIDAD DE USAR SU XBOX ONE o ACCESORIO. ESTAS EXCLUSIONES SE APLICAN AÚN CUANDO MICROSOFT HAYA SIDO INFORMADA DE LA POSIBILIDAD DE ESTOS DAÑOS Y PERJUICIOS Y AÚN CUANDO ALGÚN RECURSO NO LOGRE SU FIN ESENCIAL. Algunos países, estados o provincias no permiten la exclusión o limitación de los daños y perjuicios incidentales o consecuentes, por lo que es posible que esta limitación o exclusión no se aplique en su caso.

**7. Términos adicionales**

Si usted trata de frustrar o evitar alguna limitación técnica, de seguridad, o sistema anti-piratería de Xbox One o Accesorio, puede hacer que su Xbox One o Accesorio deje de funcionar de manera permanente. Usted también anulará su Garantía y hará que su Xbox One o Accesorio no pueda optar a una reparación autorizada, ni siquiera abonando su costo.

**8. Elección de la ley**

(a) La legislación de su país de residencia rige la interpretación de esta garantía y cualquier reclamación que Microsoft haya infringido, sin tener en cuenta los principios de conflicto de legislación.

(b) Esta garantía es válida solo en Argentina, Chile, Colombia y Mexico.

## LICENCIA DEL SOFTWARE

La Licencia de Software para su Xbox One o Accesorio está disponible en xbox.com/xboxone/slt. Al utilizar su Xbox One, Kinect Sensor o Accesorio, usted está de acuerdo con esta Licencia de Software. Antes de instalarlo, por favor lea cuidadosamente esta Licencia de Software. No use su Xbox One o Accesorio si no acepta esta Licencia de Software. Devuélvalo sin usar al vendedor donde compró su Xbox One o Accesorio o a Microsoft para obtener un rembolso.

## INFORMACIÓN REGLAMENTARIA

- No está diseñado para uso en aplicaciones de máquinas, médicas o industriales.
- Este producto es para el uso con equipo de tecnología de la información que aparece en NRTL (UL, CSA, ETL, etc.) y/o que cumple con IEC/EN 60950-1 (con marca CE).
- No se incluyen piezas que puedan ser reparadas por el usuario.
- Temperatura de funcionamiento: de + 5 °C (+41 °F) a +35 °C (+95 °F)

**Declaraciones de conformidad de la FCC e IC:**

Este dispositivo cumple con la parte 15 de las normas de la FCC y los estándares RSS de exención de licencia de Industry Canada. La operación está sujeta a las dos condiciones siguientes: (1) este dispositivo no debe causar interferencias perjudiciales y (2) este dispositivo debe aceptar cualquier interferencia recibida, incluida la interferencia que puede provocar su funcionamiento indeseado.

**Nota:** Los cambios o modificaciones que se realicen en este equipo y que no estén expresamente aprobados por Microsoft podrían anular el derecho del usuario a operar este equipo.

Este equipo se ha probado y se encuentra conforme con los límites de un dispositivo digital de clase B, según la parte 15 de las normas de la FCC y los estándares ICES-003 de Canadá. Estos límites están diseñados para proporcionar una protección razonable contra las interferencias perjudiciales en una instalación residencial. Este equipo genera, usa y puede emitir energía de radiofrecuencia y, si no se instala y usa según las instrucciones, puede provocar interferencias perjudiciales a las radiocomunicaciones. Sin embargo, no existe garantía de que la interferencia no ocurra en una instalación específica. Si este equipo provoca interferencias perjudiciales a la recepción de radio o televisión, lo que se puede determinar apagando y encendiendo el equipo, se recomienda al usuario que corrija la interferencia tomando una o más de las siguientes medidas:

- Vuelve a orientar o posicionar la antena de recepción.
- Aumenta la distancia entre el equipo y el receptor.
- Conecta el equipo a una toma de corriente en un circuito diferente de aquél al que está conectado el receptor.
- Consulta con el distribuidor o un técnico de radiotelevisión experimentado para obtener ayuda.

Para obtener más información sobre problemas de interferencia, visita el sitio web de FCC en: fcc.gov/cgb/consumerfacts/interference.html. También puedes llamar a la FCC al 1-888-CALL FCC para solicitar hojas de datos de Interferencias y de Interferencias telefónicas.

CAN ICES-3 (B)/NMB-3(B)

**Declaración de exposición a la radiación de radiofrecuencia:**

Este equipo cumple con los límites de exposición a la radiación de la FCC/IC establecidos para un entorno no controlado. Este equipo debe instalarse y operarse a una distancia mínima de 20 cm entre el radiador y tu cuerpo, excepto en el caso de los auriculares y dispositivos de mano. Este transmisor no se debe colocar u operar en conjunto con ninguna otra antena o transmisor.

Puedes obtener más información sobre la seguridad de radiofrecuencia en el sitio web de la FCC en www.fcc.gov/general/radio-frequency-safety-0 y el sitio web de Industry Canada en www.ic.gc.ca/eic/site/smt-gst.nsf/eng/sf01904.html.

**Solo para dispositivos 802.11a y 802.11n 5GHz**
Este producto está restringido a uso solo en interiores para reducir cualquier daño potencial a causa de interferencia perjudicial que opera con licencia en el rango de frecuencia de 5.15 a 5.25 GHz.

Se avisa a los usuarios que los radares de alta potencia se asignan como usuarios principales (usuarios de prioridad) de las bandas 5250 a 5350 MHz y 5650 a 5850 MHz, y que estos radares pueden provocar interferencias o daños a los dispositivos LE-LAN.

Microsoft Corporation; One Microsoft Way; Redmond, WA 98052-6399; EE. UU. Estados Unidos: (800) 426-9400; Canadá: (800) 933-4750.

**ADVERTENCIA: Dispositivos inalámbricos al interior de aviones**
Antes de abordar un avión o empacar un dispositivo inalámbrico en equipaje que se vaya a revisar, sácale las baterías o apágalo (si tiene un interruptor de encendido/apagado). Los dispositivos inalámbricos pueden transmitir energía de radiofrecuencia (RF), como un teléfono celular, cuando las baterías están instaladas y está encendido (si tiene un interruptor de encendido y apagado).

**Desecho de baterías residuales y equipos eléctricos y electrónicos**

Este símbolo en el producto o sus baterías o embalaje significa que este producto y cualquier batería que contenga no deben desecharse con la basura común. En este caso, es tu responsabilidad llevarlo a un punto de recolección adecuado para el reciclaje de baterías y equipos eléctricos y electrónicos. La recolección selectiva y el reciclaje ayudarán a conservar los recursos naturales y a evitar posibles consecuencias negativas para la salud del hombre y el medio ambiente debidas a la posible presencia de sustancias peligrosas en baterías y equipos eléctricos y electrónicos desechados de forma inadecuada. Para obtener más información acerca de dónde debes dejar tus baterías y desechos eléctricos y electrónicos, ponte en contacto con tu oficina local de la ciudad/municipalidad, el servicio de recolección de basura doméstica o la tienda donde compraste este producto. Ponte en contacto con erecycle@microsoft.com para obtener información adicional sobre los desechos de equipos eléctricos y electrónicos, así como el desecho de baterías.

Este producto puede usar baterías de litio, NiMH o pilas alcalinas. El Estado de California, EE. UU. exige la siguiente declaración: Material de perclorato: es posible que se aplique una manipulación especial. Consulta: www.dtsc.ca.gov/hazardouswaste/perchlorate.

## DERECHOS DE AUTOR

La información y puntos de vista expresados en este documento, incluidas las URL y otras referencias a sitios web de Internet, pueden cambiar sin previo aviso. Este documento no te otorga derechos legales a ninguna propiedad intelectual de ningún producto Microsoft. Puedes copiar y usar este documento para propósitos internos de referencia.

© 2016 Microsoft Corporation. Reservados todos los derechos. Microsoft, Windows, Xbox, Xbox One, Xbox 360, Xbox Live, Kinect, los logotipos de Xbox y el logotipo de Xbox Live son marcas registradas del grupo de empresas de Microsoft.

## SERVICIO DE SOPORTE AL CLIENTE

Para obtener respuestas a las preguntas más frecuentes, instrucciones para la solución de problemas e información de contacto del Servicio de soporte al cliente de Xbox, visita xbox.com/xboxone/support.

29

30

31



ase 2:20-cv-00640-RSM-SKV Document 38 Filed 11/24/20 Page 96 of 20

Microsoft®

X18-91804-06

DECLARATION OF J. O'CONNELL ISO MOT. TO COMPEL ARBITRATION & STAY - (20-cv-00640-RSM-MAT) - 96

# Exhibit D

XBOX

# Product and Regulatory Guide, Limited Warranty & Agreement
# Guia Regulamentar e de Produto, Garantia Limitada e Contrato
# Guide produit et de réglementation, Contrat de garantie limitée
# Guía del producto y sobre reglamentos, garantía limitada y contrato

X18-91804-08_MNL.indd 1 16.10.19 02:59



# XBOX ONE ACCESSORY PRODUCT MANUAL

## LIMITED HARDWARE WARRANTY & AGREEMENT (WITH BINDING ARBITRATION AND CLASS ACTION WAIVER IN THE U.S.)

By purchasing or using your Microsoft Product, you agree to the Manufacturer's Limited Hardware Warranty & Agreement at support.microsoft.com/warranty. Please read the summary on page 5.

**If you live in (or are a business with your principal place of business in) the United States, please read the binding arbitration clause and class action waiver at aka.ms/hw-warr-arbitration and the summary on page 5. It binds you and Microsoft and affects how disputes concerning your Microsoft Product, its price, advertising, marketing, communications, your purchase transaction, billing, or the Manufacturer's Limited Hardware Warranty & Agreement are resolved.**

### IMPORTANT PRODUCT SAFETY AND WARRANTY INFORMATION

**This symbol identifies safety and health messages in this product guide**
Read this guide for important safety and health information for the product that you have purchased.

**WARNING:** Failure to properly set up, use, and care for this product can increase the risk of serious injury, death, property damage, or damage to the product or related accessories. Read this product guide for important safety and health information or go to xbox.com/xboxone/accessories/useinstructions.

### AGREEMENT TO XBOX ONE LIMITED HARDWARE WARRANTY & AGREEMENT AND SOFTWARE LICENSE TERMS

You must accept the Xbox Terms of Use (including Xbox software terms and game license terms) at xbox.com/live/termsofuse, the software license terms at xbox.com/xboxone/slt, and the Limited Hardware Warranty & Agreement at support.microsoft.com/warranty to use your Xbox One console, Xbox accessories and/or Kinect for Xbox sensor. By purchasing or using the Xbox One console, Xbox accessories and/or Kinect for Xbox One sensor, you agree to be bound by these terms. Please read them. If you do not accept them, do not set up or use your Xbox One console, Xbox accessories and/or Kinect for Xbox One sensor. Return the Xbox Product to Microsoft or your retailer for a refund.

## ELECTRICAL SAFETY

**WARNING:** As with many other electrical devices, failure to take the following precautions can result in serious injury or death from electric shock, fire, or damage to Xbox One accessories and console:

- Use only an approved charging cable.
- Do not allow a wireless device or charging cable to become wet.
- Unplug the charging cable during lightning storms or when unused for long periods.
- To prevent damage, avoid sitting or stepping on a wireless device, its cable, or the cable plug or connector.

**CAUTION: Cables and Cords**
To reduce potential trip hazards or entanglement hazards, arrange any cables and cords so that people and pets are not likely to trip over or accidentally pull on them as they move around or walk through the area and do not allow children to play with cables and cords.

Go to support.xbox.com/xbox-one/accessories/about-power-supply for more information.

## BATTERY POWERED DEVICES

 **WARNING: Battery Safety**

The following precautions apply to all products that use disposable or rechargeable batteries including lithium polymer. Improper battery use may result in serious injury, death, property damage, or damage to the product or related accessories as a result of battery fluid leakage, fire, overheating, or explosion. Released battery fluid is corrosive and may be toxic. It can cause skin and eye burns, and is harmful if swallowed. To reduce the risk of injury:

Keep batteries out of reach of children.

Remove the batteries if they are worn out or before storing your device for an extended period. Always remove old, weak, or worn-out batteries immediately and recycle or dispose of them in accordance with local and national/regional disposal regulations.

If a battery leaks, remove all batteries by reversing the installation steps provided for this product, being careful to keep the leaked fluid from touching your skin or clothes. If fluid from the battery contacts skin or clothes, flush skin with water immediately. Before inserting new batteries, thoroughly clean the battery compartment with a dry cloth, or follow the battery manufacturer's recommendations for cleanup.

- Do not crush, open, puncture, mutilate, heat above 35°C (95°F), apply direct heat to, or dispose of batteries in fire.
- Do not mix new and old batteries or batteries of different types (for example, carbon-zinc and alkaline batteries).
- Do not allow metal objects to touch the battery terminals on the device; they can become hot and cause burns.
- Do not carry or place batteries together with necklaces, hairpins or other metal objects.
- Do not leave a battery-powered device in direct sunlight for an extended period, such as on the dash of car during the summer.
- Do not immerse batteries in water or allow them to become wet.
- Do not connect batteries directly to wall outlets or car cigarette-lighter sockets.
- Do not attempt to connect to the battery terminals unless using a Microsoft approved host device.
- Do not strike, throw, step on, or subject batteries to severe physical shock.
- Do not pierce battery casings in any manner.
- Do not attempt to disassemble or modify batteries in any way.
- Do not recharge batteries near a fire or in extremely hot conditions.

**WARNING: Use the Correct Battery Charger**

Charge rechargeable batteries only with the recharger provided with the product. Using an improper charging method may result in fire or explosion.

## USE AND CARE OF YOUR XBOX ONE ACCESSORY

 **WARNING: Risk in Repairs**

Opening and/or repairing your device can present electric shock, device damage, fire, and personal injury risks, and other hazards. Microsoft recommends that you seek professional assistance for device repairs, and that you use caution if undertaking do-it-yourself repairs.

### Usage and Cleaning

 **WARNING: Do Not Allow Xbox One Accessories to Become Wet**

To reduce the risk of fire or shock, do not expose the device(s) to rain or other types of moisture.

Use in accordance with these instructions:

- Do not use accessories near any heat sources.
- Only use attachments and accessories specified by Microsoft or equivalents.
- Do not attempt to clean connectors.
- Clean only with a dry cloth.

For more information, go to support.xbox.com/browse/xbox-one/accessories.

## PLAY HEALTHY

**WARNING: Important Health Warnings about Playing Video Games**



**Photosensitive Seizures**
A very small percentage of people may experience a seizure when exposed to certain visual images, including flashing lights or patterns that may appear in video games. Even people who have no history of seizures or epilepsy may have an undiagnosed condition that can cause these "photosensitive epileptic seizures" while watching video games.

These seizures may have a variety of symptoms, including lightheadedness, altered vision, eye, or face twitching, jerking or shaking of arms or legs, disorientation, confusion, or momentary loss of awareness. Seizures may also cause loss of consciousness or convulsions that can lead to injury from falling down or striking nearby objects.

Immediately stop playing and consult a doctor if you experience any of these symptoms. Parents should watch for or ask their children about the above symptoms—children and teenagers are more likely than adults to experience these seizures. The risk of photosensitive epileptic seizures may be reduced by taking the following precautions:

- Sit or stand farther from the TV screen.
- Use a smaller TV screen.
- Play in a well-lit room.
- Do not play when you are drowsy or fatigued.
- If you or any of your relatives have a history of seizures or epilepsy, consult a doctor before playing.

**Musculoskeletal Disorders**
Use of game controllers, keyboards, mice, or other electronic input devices may be linked to serious injuries or disorders.

When playing video games, as with many activities, you may experience occasional discomfort in your hands, arms, shoulders, neck, or other parts of your body. However, if you experience symptoms such as persistent or recurring discomfort, pain, throbbing, aching, tingling, numbness, burning sensation, or stiffness, DO NOT IGNORE THESE WARNING SIGNS. PROMPTLY SEE A QUALIFIED HEALTH PROFESSIONAL, even if symptoms occur when you are not playing a video game. Symptoms such as these can be associated with painful and sometimes permanently disabling injuries or disorders of the nerves, muscles, tendons, blood vessels, and other parts of the body. These musculoskeletal disorders (MSDs) include carpal tunnel syndrome, tendinitis, tenosynovitis, vibration syndromes, and other conditions.

While researchers are not yet able to answer many questions about MSDs, there is general agreement that many factors may be linked to their occurrence, including medical and physical conditions, stress and how one copes with it, overall health, and how a person positions and uses their body during work and other activities (including playing a video game). Some studies suggest the amount of time a person performs an activity may be a factor.
Some guidelines that may help you work and play more comfortably and possibly reduce your risk of experiencing an MSD can be found in the Healthy Gaming Guide at xbox.com/xboxone/playhealthy. These guidelines address topics such as:

- Positioning yourself to use comfortable, not awkward, postures.
- Keeping your hands, fingers, and other body parts relaxed.
- Taking breaks.
- Developing a healthy lifestyle.

If you have questions about how your own lifestyle, activities, or medical or physical condition may be related to MSDs, see a qualified health professional.

**WARNING: Choking Hazard**
This device may contain small parts that may be a choking hazard to children under 3. Keep small parts away from children.

**Make sure children play safely**
Make sure children using any Xbox One accessory together with the Xbox One console and Kinect sensor play safely and within their limits, and make sure that they understand proper use of the system.

**WARNING: Hearing Safety**
Extended exposure to high sound volumes when using a headset may result in temporary or permanent hearing loss. To reduce the risk of hearing loss, set the volume loud enough to hear clearly in quiet surroundings, and no louder.

- Do not increase the volume after you start listening. Your ears can adapt over time so that high volume sounds normal, but the high volume may still damage your hearing.
- Do not increase the volume to block out outside noise. The combination of outside noise and sound from your headphones can damage your hearing. Sealed or noise-canceling headphones can reduce outside noise so that



you don't have to turn up the volume.

- If you can't understand someone nearby speaking normally, turn down the volume. Sound that drowns out normal speech can damage your hearing. Even with sealed or noise canceling headphones, you should be able to hear nearby people speak.

**Minimize your time listening to loud sound**

- The more time that you spend exposed to high sound volumes, the more likely you are to damage your hearing. The louder the sound, the less time that is required to damage hearing.
- At maximum volume, listening to music on the device with headphones can permanently damage your hearing in 15 minutes. Even lower volumes can damage hearing if you are exposed to it for many hours.
- All of the sound that you are exposed to during a day adds up. If you are exposed to other loud sound, it takes less time listening at high volumes to cause hearing damage.
- To safely use the device without a time limit, keep the volume low enough that you can carry on a conversation with people nearby.

**⚠ CAUTION: Personal Medical Devices**

Radio-frequency emissions from electronic equipment can negatively affect the operation of other electronic equipment, causing them to malfunction. Although the device is designed, tested, and manufactured to comply with regulations governing radio frequency emission in countries such as the United States, Canada, the European Union, and Japan, the wireless transmitters and electrical circuits in the device may cause interference in other electronic equipment. Always take the following precautions:

**Persons with pacemakers**

- The Health Industry Manufacturers Association recommends that a minimum separation of 15 cm (6 inches) be maintained between a wireless device and a pacemaker to avoid potential interference with the pacemaker.
- Wireless devices should not be carried in a breast pocket.
- If you have any reason to suspect that interference is occurring, turn the device off immediately.

**Other medical devices**

If you use any other personal medical device, contact the medical device manufacturer or your physician to determine whether it is appropriate for you to use other electronic devices near your medical device.

## SUMMARY OF MANUFACTURER'S LIMITED HARDWARE WARRANTY & AGREEMENT (WITH BINDING ARBITRATION AND CLASS ACTION WAIVER IN THE U.S.)

Microsoft warrants that the Microsoft Product will not malfunction under normal use conditions for **one year (90 days for accessories)** from the date of original purchase from an authorized retailer. The warranty excludes normal wear and tear, cosmetic damage, damage caused by external causes including being dropped, exposed to liquid, inadequate ventilation, use not in accordance with Microsoft's instructions, hacking, viruses or other malware, and damage caused by repairs or modifications by someone other than Microsoft or a Microsoft-authorized service provider. **If your local law gives you any implied warranty, including of merchantability, its duration is the same as this warranty. Some states or provinces do not allow limitations on how long an implied warranty lasts, so the above limitation may not apply to you.** To obtain warranty service, first use the troubleshooting tips at support.microsoft.com. If they do not solve your problem, follow the online process at support.microsoft.com. 1-800-MICROSO (642-7676) also gives information on how to get service.

Other exclusions and limitations apply. Please read the entire Limited Warranty & Agreement at support.microsoft.com/warranty. By purchasing or using the Microsoft Product, you agree to its terms.

**If you live in or, if a business, your principal place of business is in the United States, please read the binding arbitration clause and class action waiver in Section 11 of the Limited Warranty & Agreement at aka.ms/hw-warr-arbitration.** It affects how disputes concerning your Microsoft Product, its price, advertising, marketing, communications, your purchase transaction, billing, or the Limited Warranty & Agreement are resolved. It binds you and Microsoft. Parts of the arbitration clause are described below.

**Any dispute not resolved by informal negotiation or in small claims court will be resolved only by individual binding arbitration under the Federal Arbitration Act before a neutral arbitrator whose decision will be final–not before a judge or jury, and not in a class action lawsuit, class-wide arbitration, private attorney-general action, or any other proceeding where someone acts in a representative capacity. Individual proceedings may not be combined without the consent of all parties.** The American Arbitration Association will conduct the arbitration under its Consumer or Commercial Arbitration Rules. Section 11 of the Limited Warranty & Agreement contains the rest of the terms, instructions, and forms for notifying Microsoft of a

dispute or commencing arbitration.

## REGULATORY INFORMATION

- Not intended for use in machinery, medical, or industrial applications.
- This product is for use with NRTL Listed (UL, CSA, ETL, etc.), and/or IEC/EN 60950-1 compliant (CE marked) Information Technology equipment.
- No serviceable parts included.
- Operating temperature: +5°C (+41°F) to +35°C (+95°F).

**FCC and IC compliance statements:**
This device complies with part 15 of the FCC Rules and Industry Canada license-exempt RSS standard(s). Operation is subject to the following two conditions: (1) this device may not cause harmful interference, and (2) this device must accept any interference received, including interference that may cause undesired operation.

**Note:** Changes or modifications made to this equipment not expressly approved by Microsoft may void the user's authority to operate this equipment.

This equipment has been tested and found to comply with the limits for a Class B digital device, pursuant to part 15 of the FCC Rules and Canadian ICES-003. These limits are designed to provide reasonable protection against harmful interference in a residential installation. This equipment generates, uses and can radiate radio frequency energy and, if not installed and used in accordance with the instructions, may cause harmful interference to radio communications. However, there is no guarantee that interference will not occur in a particular installation. If this equipment does cause harmful interference to radio or television reception, which can be determined by turning the equipment off and on, the user is encouraged to try to correct the interference by one or more of the following measures:

- Reorient or relocate the receiving antenna.
- Increase the separation between the equipment and receiver.
- Connect the equipment into an outlet on a circuit different from that to which the receiver is connected.
- Consult the dealer or an experienced radio/TV technician for help.

For more information about interference issues, go to the FCC website at: fcc.gov/cgb/consumerfacts/interference.html. You can also call the FCC at 1-888-CALL FCC to request Interference and Telephone Interference fact sheets.

CAN ICES-3 (B)/NMB-3(B)

**Radiofrequency radiation exposure statement:**
This equipment complies with FCC/IC radiation exposure limits set forth for an uncontrolled environment. This equipment should be installed and operated with minimum distance of 20 cm between the radiator and your body, except for headset and handheld devices. This transmitter must not be co-located or operating in conjunction with any other antenna or transmitter.

Additional information about radiofrequency safety can be found on the FCC website at www.fcc.gov/general/radio-frequency-safety-0 and the Industry Canada website at www.ic.gc.ca/eic/site/smt-gst.nsf/eng/sf01904.html.

**For 802.11a and 802.11n 5GHz devices only**
This product is restricted to indoor use only to reduce any potential for harmful interference with licensed operation in the 5.15 to 5.25 GHz frequency range.

Users are advised that high-power radars are allocated as primary users (priority users) of the bands 5250–5350 MHz and 5650–5850 MHz and these radars could cause interference and/or damage to LE-LAN devices.

Microsoft Corporation; One Microsoft Way; Redmond, WA 98052-6399; U.S.A. United States: (800) 426-9400; Canada: (800) 933-4750.

**WARNING: Wireless Devices Aboard Aircraft**
Before boarding any aircraft or packing a wireless device in luggage that will be checked, remove the batteries from the wireless device or turn the wireless device off (if it has an on/off switch). Wireless devices can transmit radio frequency (RF) energy, much like a cellular telephone, when batteries are installed and the wireless device is turned on (if it has an on/off switch).

**Disposal of waste batteries and electrical and electronic equipment**

This symbol on the product or its batteries or its packaging means that this product and any batteries it contains must not be disposed of with your household waste. Instead, it is your responsibility to hand this over to an applicable collection point for the recycling of batteries and electrical and electronic equipment. This separate collection and recycling will help to conserve natural resources and prevent potential negative consequences for human health and the environment due to the possible presence of hazardous substances in batteries and electrical and electronic equipment,

which could be caused by inappropriate disposal. For more information about where you should drop off your batteries and electrical and electronic waste, please contact your local city/municipality office, your household waste disposal service, or the shop where you purchased this product. Contact erecycle@microsoft.com for more information about waste from electrical and electronic equipment and waste batteries.

This product may use Lithium, NiMH, or alkaline batteries.

## COPYRIGHT

Information and views expressed in this document, including URL and other Internet website references, may change without notice. This document does not provide you with any legal rights to any intellectual property in any Microsoft product. You may copy and use this document for your internal, reference purposes.

© 2020 Microsoft Corporation. All rights reserved. Microsoft, Windows, Xbox, Xbox One, Xbox 360, Xbox Live, Kinect, the Xbox logos, and the Xbox Live logo are trademarks of the Microsoft group of companies.

## CUSTOMER SUPPORT

For answers to common questions, troubleshooting steps, and Xbox Customer Support contact information, visit xbox.com/xboxone/support.

# MANUAL DO PRODUTO DE ACESSÓRIOS DO XBOX ONE

**INFORMAÇÕES IMPORTANTES SOBRE GARANTIA E SEGURANÇA DO PRODUTO**

**Este símbolo identifica mensagens de segurança e saúde neste guia do produto**
Leia este guia para obter informações importantes para a sua segurança e a sua saúde, referentes ao produto que você adquiriu.

**ATENÇÃO:** A falha em configurar, usar e cuidar corretamente deste produto pode aumentar o risco de ferimentos sérios, morte, danos à propriedade ou danos ao produto ou aos acessórios relacionados. Leia este guia do produto para obter informações importantes para a sua segurança e a sua saúde ou vá para xbox.com/xboxone/accessories/useinstructions.

**CONTRATO PARA GARANTIA LIMITADA E TERMOS DE LICENÇA DE SOFTWARE DO XBOX ONE**
Você deve aceitar os Termos de Uso do Xbox (incluindo os termos de software do Xbox e os termos de licença de jogo) em xbox.com/live/termsofuse, os termos de licença de software em xbox.com/xboxone/slt e a Garantia Limitada em xbox.com/xboxone/warranty para usar seu console Xbox One, os acessórios do Xbox e/ou o sensor Kinect for Xbox. Ao usar o console Xbox One, os acessórios do Xbox e/ou o sensor Kinect for Xbox One, você concorda em ficar vinculado por estes termos. Leia-os. Se você não os aceitar, não configure nem use o console Xbox One, os acessórios do Xbox e/ou o sensor Kinect for Xbox One. Devolva o Produto Xbox à Microsoft ou a seu fornecedor para obter reembolso.

## SEGURANÇA ELÉTRICA

**ATENÇÃO:** Assim como ocorre com muitos outros dispositivos elétricos, ignorar as precauções a seguir pode resultar em sério ferimento, morte por choque elétrico, fogo ou danos ao console e aos acessórios do Xbox One.

- Use apenas com um cabo de carregar aprovado.
- Não permita que um dispositivo sem fio ou cabo de carregar entre em contato com líquidos.
- Desconecte o cabo de carregar durante tempestades de raios ou se não for usá-lo por um período longo.
- Para evitar danos, evite sentar ou pisar em um dispositivo sem fio, no cabo ou no conector do cabo.

**CUIDADO: Cabos e fios**
Para reduzir os riscos potenciais de tropeçar nos cabos ou emaranhá-los, organize todos os cabos e fios de modo que pessoas e animais não tropecem neles nem os puxem acidentalmente ao se movimentarem ou andarem pelo local e não permita que as crianças brinquem com cabos e fios.

Vá para support.xbox.com/xbox-one/accessories/about-power-supply para obter mais informações.

## DISPOSITIVOS ALIMENTADOS POR PILHAS

**ATENÇÃO: Segurança de pilhas**
As precauções a seguir se aplicam a todos os produtos que usam pilhas recarregáveis ou descartáveis, inclusive polímero de lítio. O uso indevido das pilhas pode resultar em ferimentos graves, morte, danos à propriedade ou danos ao produto ou aos acessórios relacionados, como resultado de vazamento do fluido, incêndio, superaquecimento ou explosão das pilhas. O fluido liberado das pilhas é corrosivo e pode ser tóxico. Provoca queimaduras nos olhos e na pele, e é nocivo se ingerido. Para reduzir o risco de lesão:

Mantenha as pilhas fora do alcance de crianças.

Remova as pilhas se estiverem gastas ou antes de guardar o dispositivo por algum tempo. Sempre remova pilhas antigas, fracas ou gastas imediatamente e recicle-as ou descarte-as de acordo com as regras de tratamento de lixo locais e nacionais/regionais.

Se uma pilha vazar, remova todas as pilhas invertendo as etapas de instalação fornecidas para este produto, tendo cuidado para manter o líquido vazado longe da pele e da roupa. Se o fluido das pilhas entrar em contato com a pele ou roupas, lave a pele com água corrente imediatamente. Antes de inserir as pilhas novas, limpe completamente o compartimento com um pano seco ou siga as recomendações de limpeza do fabricante da pilha.

- Não pise, abra, perfure, corte, aqueça acima de 35 °C (95 °F), aplique calor direto nem descarte as pilhas no fogo.

- Não misture pilhas novas e usadas ou pilhas de tipos diferentes (por exemplo, pilhas de carbono-zinco e pilhas alcalinas).
- Não deixe que objetos metálicos toquem os terminais da pilha no dispositivo; eles podem esquentar e causar queimaduras.
- Não transporte nem coloque as pilhas junto a colares, grampos de cabelo ou outros objetos de metal.
- Não deixe um dispositivo alimentado por pilha exposto à luz solar direta por um período prolongado, como no painel do carro durante o verão.
- Não mergulhe as pilhas na água nem deixe que elas entrem em contato com líquidos.
- Não conecte as pilhas diretamente em tomadas da parede nem em tomadas de isqueiro no carro.
- Não tente conectar os terminais da pilha, a menos que esteja usando um dispositivo host aprovado pela Microsoft.
- Não dê pancadas nas pilhas, não as arremesse, não pise nelas nem as exponha a choques físicos fortes.
- Não perfure os invólucros das pilhas de maneira alguma.
- Não tente desmontar ou modificar as pilhas de forma alguma.
- Não recarregue as pilhas perto do fogo ou em condições extremamente quentes.

**⚠ ATENÇÃO: Use o carregador de pilha adequado**
Carregue as pilhas recarregáveis apenas com o recarregador fornecido com o produto. O uso de um método de carregamento indevido pode resultar em incêndio ou explosão.

## USO E CUIDADO DE SEU ACESSÓRIO DO XBOX ONE

**⚠ ATENÇÃO: Risco em reparos**
Abrir e/ou reparar seu dispositivo pode causar choque, danos ao dispositivo, incêndio, lesão corporal e outros riscos. A Microsoft recomenda buscar assistência profissional para reparos de dispositivo e que precauções sejam tomadas se você pretende realizar reparos por conta própria.

**Uso e limpeza**

**⚠ ATENÇÃO: Não permita que os acessórios do Xbox One entrem em contato com líquidos**
Para reduzir o risco de incêndio ou choque, não exponha o(s) dispositivo(s) à chuva ou a outros tipos de umidade.

Use de acordo com as seguintes instruções:

- Não use os acessórios perto de nenhuma fonte de calor.
- Use apenas conexões e acessórios especificados pela Microsoft ou equivalentes.
- Não tente limpar os conectores.
- Limpe somente com um pano seco.

Para obter mais informações, visite support.xbox.com/browse/xbox-one/accessories.

## JOGUE DE FORMA SAUDÁVEL

**⚠ ATENÇÃO: Avisos importantes para a saúde sobre a execução de videogames**

**Crises convulsivas fotossensíveis**
Uma porcentagem muito pequena de pessoas pode sofrer de ataque apoplético quando expostas a determinadas imagens visuais, inclusive luzes piscando ou padrões que podem ser exibidos em videogames. Mesmo as pessoas que não possuem histórico de ataques apopléticos ou epilepsia podem ter uma condição não diagnosticada que pode causar esses “ataques apopléticos fotossensíveis” enquanto olham para imagens de videogame.

Esses ataques podem apresentar uma variedade de sintomas, inclusive delírio, visão alterada, contração dos olhos ou da face, espasmos ou tremor dos braços e pernas, desorientação, confusão ou perda momentânea de consciência. Os ataques também podem causar perda de consciência ou convulsões que podem levar a ferimentos causados por quedas ou impactos nos objetos que estiverem por perto.

Pare de jogar imediatamente e consulte um médico se sentir qualquer um desses sintomas. Os pais devem observar a possível presença desses sintomas em seus filhos ou perguntar a eles se os sentem — crianças e adolescentes são mais propensos a sofrer essas crises do que adultos. O risco de ataques apopléticos fotossensíveis pode ser reduzido ao se tomar as seguintes precauções:

- Fique um pouco mais afastado da tela da TV.
- Use uma tela de TV menor.
- Jogue em um ambiente bem iluminado.
- Não jogue quando estiver com sono ou cansado.
- Caso você ou algum parente tenham histórico de convulsões ou epilepsia, consulte um médico antes de jogar.

**Distúrbios musculoesqueléticos**
O uso de controles de jogo, teclados, mouse ou outros dispositivos de entrada eletrônicos pode estar associado a lesões e distúrbios graves.

Ao jogar videogame, assim como acontece com várias atividades, você pode sentir um desconforto ocasional em suas mãos, braços, ombros, pescoço ou outras partes do corpo. Entretanto, se sentir sensações persistentes ou recorrentes de desconforto, dor, palpitação, formigamento, amortecimento, ardor intenso ou rigidez, NÃO IGNORE ESSES SINAIS DE ALERTA. CONSULTE IMEDIATAMENTE UM PROFISSIONAL DE SAÚDE QUALIFICADO, mesmo que os sintomas ocorram quando você não está jogando um videogame. Esse tipo de sintoma pode estar associado a lesões dolorosas e às vezes permanentemente incapacitantes ou a afecções nos nervos, músculos, tendões, vasos sanguíneos e outras partes do corpo. Os problemas musculoesqueléticos (MSD) incluem síndrome do túnel do carpo, tendinite, tenossinovite, síndromes da vibração e outras condições.

Embora os pesquisadores ainda não sejam capazes de responder as várias dúvidas sobre os problemas musculoesqueléticos, todos concordam que vários fatores podem estar ligados ao problema, inclusive condições médicas e físicas, estresse e o modo de tratar o problema, estado de saúde geral e como a pessoa se posiciona e usa seu corpo durante o trabalho e outras atividades (incluindo jogar videogame). Alguns estudos sugerem que a quantidade de tempo que uma pessoa dedica a uma atividade também pode ser um fator.

Você pode encontrar algumas orientações que poderão ajudá-lo a trabalhar e jogar com mais conforto e possivelmente reduzir o risco de sofrer de um problema musculoesquelético no Healthy Gaming Guide em xbox.com/xboxone/playhealthy. Essas orientações incluem tópicos como:

- Adotar posturas corporais cômodas e não prejudiciais.
- Manter relaxadas as mãos, os dedos e outras partes do corpo.
- Fazer intervalos.
- Desenvolver um estilo de vida saudável.

Caso tenha dúvidas sobre como o seu estilo de vida, as suas atividades ou os seus problemas médicos ou físicos podem estar relacionados aos DMEs, consulte um profissional de saúde qualificado.

**⚠ ATENÇÃO: Risco de engasgo**
Este dispositivo pode conter peças pequenas que constituam risco de engasgo em crianças com menos de três anos de idade. Mantenha as peças pequenas fora do alcance das crianças.

**Certifique-se de que as crianças joguem com segurança**
Certifique-se de que as crianças que utilizam qualquer acessório do Xbox One juntamente com o console Xbox One e o sensor Kinect joguem com segurança e dentro de seus limites, e verifique se elas entendem o uso correto do sistema.

**⚠ ATENÇÃO: Segurança da audição**
A exposição excessiva a volumes altos de som usando um headset pode resultar em perda temporária ou permanente da audição. Para reduzir o risco de perda auditiva, defina o volume em um nível alto o suficiente para ouvir claramente em um local tranquilo, e não mais alto do que isso.

- Não aumente o volume depois que você começar a ouvir. Seus ouvidos podem se adaptar ao longo do tempo para que o volume alto pareça normal, mas um volume elevado pode prejudicar sua audição.
- Não aumente o volume para bloquear o ruído exterior. A combinação de ruídos externos e o som de seus fones de ouvido pode causar danos à sua audição. Fones vedados ou de cancelamento de ruído podem reduzir o ruído externo, para que você não tenha que aumentar o volume.
- Se você não conseguir entender alguém que está falando normalmente nas proximidades, abaixe o volume. O som que abafa a fala normal pode prejudicar sua audição. Mesmo com fones de ouvido vedados ou com cancelamento de ruído, você deve ser capaz de ouvir as pessoas próximas falando.

**Minimize o tempo de escuta de sons elevados**
- Quanto mais tempo você ficar exposto a altos volumes de som, mais provável será que sua audição seja

prejudicada. Quanto mais alto for o som, menor será o tempo necessário para prejudicar a audição.

- No volume máximo, ouvir música no aparelho com fones de ouvido pode causar danos permanentes à sua audição em 15 minutos. Até mesmo volumes inferiores poderão prejudicar a audição, se você for exposto a eles por muitas horas.
- Todo o som ao qual você é exposto durante o dia tem um efeito cumulativo. Se você for exposto a outros sons altos, levará menos tempo para que os volumes elevados causem danos auditivos.
- Para usar o dispositivo com segurança sem um limite de tempo, mantenha o volume baixo o suficiente para que você possa manter uma conversa com pessoas próximas.

**⚠ CUIDADO: Dispositivos médicos pessoais**
As emissões de radiofrequência de equipamentos eletrônicos podem prejudicar o funcionamento de outros equipamentos eletrônicos, causando defeitos. Embora o dispositivo tenha sido projetado, testado e fabricado de acordo com as normas que regem a emissão de radiofrequência em países como Estados Unidos, Canadá, União Europeia e Japão, os transmissores sem fio e circuitos elétricos no dispositivo podem causar interferência em outros equipamentos eletrônicos. Sempre tome as seguintes precauções:

**Pessoas com marca-passo**

- A Health Industry Manufacturers Association recomenda que seja mantida a distância mínima de 15 cm (6 polegadas) entre um telefone celular e um marca-passo, para evitar potenciais interferências no marca-passo.
- Dispositivos sem fio não devem ser transportados no bolso do peito.
- Se você tiver qualquer razão para suspeitar de que está ocorrendo interferência, desligue o aparelho imediatamente.

**Outros dispositivos médicos**
Se você usar qualquer outro dispositivo médico pessoal, consulte o fabricante do dispositivo médico ou seu médico para determinar se é adequado o uso de outros dispositivos eletrônicos perto de seu dispositivo médico.

## GARANTIA DO FABRICANTE

A garantia limitada está disponível online em http://xbox.com/xboxone/warranty, e a licença de software está disponível em http://xbox.com/xboxone/slt.

Você deve aceitar os termos e condições da Garantia Limitada e este manual para usar o acessório do Xbox One. Se você não aceitar estes termos e condições, não configure ou use o acessório do Xbox One e devolva-o à Microsoft ou ao seu fornecedor para receber o reembolso.

## LICENÇA DE SOFTWARE

Os termos da licença de software do seu Xbox One ou Acessório estão disponíveis no endereço xbox.com/xboxone/slt. Ao usar o seu Xbox One ou Acessório, você concorda com estes termos de licença de software. Antes de configurá-lo, por favor, leia atentamente os termos da licença de software. Se você não aceitar os termos da licença de software, não use o seu Xbox One ou Acessório. Devolva-o sem uso para a loja onde comprou o seu Xbox One ou Acessório ou à Microsoft para obter um reembolso.

## INFORMAÇÕES REGULAMENTARES

- Não se destina a uso em aplicativos de maquinaria, médicos ou industriais.
- Este produto se destina ao uso com equipamento de sistemas da informação listado pelo NRTL (UL, CSA, ETL etc.) e/ou compatível com IEC/EN 60950-1 (certificado pela marca CE).
- Não há peças incluídas que necessitem de manutenção.
- Temperatura de funcionamento +5 ºC (+41 ºF) a +35 ºC (+95 ºF).

**Declarações de conformidade com a FCC e IC:**
Este dispositivo está em conformidade com a Parte 15 das Regulamentações FCC e com as Regulamentações da RSS de isenção de licença da Industry Canada. A operação está sujeita às duas condições a seguir: (1) este dispositivo não pode causar interferências prejudiciais e (2) este dispositivo deve aceitar toda interferência recebida, incluindo interferências que possam prejudicar o funcionamento.

**Nota:** alterações ou modificações feitas a este equipamento não expressamente aprovadas pela Microsoft podem anular a autoridade do usuário em operar o equipamento.

Este equipamento foi testado e está em conformidade com os limites para um dispositivo digital Classe B, nos termos da parte 15 das Regulamentações FCC e da ICES-003 canadense. Esses limites foram criados para fornecer proteção suficiente contra interferência nociva em uma instalação residencial. Este equipamento gera, usa e pode radiar energia de frequência de rádio e, se não for instalado e usado em conformidade com as instruções, pode causar interferência nociva nas comunicações de rádio. No entanto, não há garantia de que não ocorrerá interferência em uma determinada instalação. Se este equipamento causar interferência nociva na recepção de rádio ou televisão, que pode ser determinada ligando ou desligando o equipamento, o usuário deverá tentar corrigir a interferência usando uma ou mais das seguintes medidas:

- Reoriente ou reposicione a antena receptora.
- Aumente a distância entre o equipamento e o receptor.
- Conecte o equipamento em uma tomada em um circuito diferente daquele onde está conectado o receptor.
- Consulte o fornecedor ou um técnico experiente em rádio/TV para obter ajuda.

Para obter mais informações sobre problemas de interferência, acesse o site da FCC em: fcc.gov/cgb/consumerfacts/interference.html. Você também pode ligar para a FCC em 1-888-CALL FCC para solicitar fichas técnicas sobre interferência e interferência telefônica.

CAN ICES-3 (B)/NMB-3(B)

**Declaração de exposição à radiação de radiofrequência:**
Este equipamento está em conformidade com os limites de exposição à radiação da FCC/IC estabelecidos para um ambiente não controlado. Este equipamento deve ser instalado e utilizado com uma distância mínima de 20 cm entre a fonte de radiação e seu corpo, exceto para fone de ouvido e dispositivos de mão. Este transmissor não deve ser instalado ou colocado em funcionamento junto com qualquer outra antena ou transmissor.

Informações adicionais sobre segurança relativa à RF podem ser encontradas no site da FCC em www.fcc.gov/general/radio-frequency-safety-0 e no site da Industry Canada em www.ic.gc.ca/eic/site/smt-gst.nsf/eng/sf01904.html.

**Somente para dispositivos 802.11a e 802.11n 5 GHz**
Este produto está restrito somente a uso interno para reduzir qualquer potencial de interferência prejudicial com operação licenciada na faixa de frequência de 5,15 a 5.25 GHz.

Os usuários são avisados de que radares de alta potência são alocados como usuários principais (usuários prioritários) das bandas 5250–5350 MHz e 5650–5850 MHz e esses radares poderiam causar interferência e/ou danos aos dispositivos LE-LAN.

Microsoft Corporation; One Microsoft Way; Redmond, WA 98052-6399; EUA Estados Unidos: (800) 426-9400; Canadá: (800) 933-4750.

**ATENÇÃO: Dispositivos sem fio a bordo de aeronaves**
Antes de embarcar em uma aeronave ou colocar um dispositivo sem fio na bagagem que será inspecionada, remova as pilhas do dispositivo sem fio ou desligue-o (se ele tiver uma chave liga/desliga). Os dispositivos sem fios podem transmitir energia de radiofrequência (RF) de modo bastante semelhante ao de um telefone celular, quando as pilhas estiverem instaladas e o dispositivo sem fio estiver ligado (se houver uma chave liga/desliga).

**Descarte de baterias usadas e equipamentos elétricos e eletrônicos**
Este símbolo no produto ou em suas pilhas ou embalagem significa que o produto e suas pilhas não devem ser colocados no lixo comum de casa. Pelo contrário, é responsabilidade do proprietário levá-lo a um ponto de coleta para reciclagem de pilhas e equipamento eletroeletrônico. A coleta seletiva e a reciclagem contribuem para a preservação dos recursos naturais e evitam consequências negativas potenciais, para a saúde humana e para o ambiente, devido à possível presença de substâncias nocivas em pilhas e equipamentos eletroeletrônicos, que poderiam ser causadas pelo descarte inadequado desses materiais. Para obter mais informações sobre os postos de coleta de pilhas e equipamentos eletroeletrônicos, entre em contato com a prefeitura, serviço de coleta coletiva de lixo ou a loja onde adquiriu este produto. Contate erecycle@microsoft.com para obter mais informações sobre descarte de equipamento elétrico e eletrônico e resíduos de baterias.




Este produto pode usar pilhas de lítio, NiMH ou alcalinas.

## DIREITOS AUTORAIS

As informações e opiniões neste documento, incluindo URLs e outras referências a sites da Internet, estão sujeitas a alterações sem aviso. Este documento não oferece a você quaisquer direitos legais sobre qualquer propriedade intelectual de qualquer produto da Microsoft. Você pode copiar e usar este documento para fins de referência interna.

© 2020 Microsoft Corporation. Todos os direitos reservados. Microsoft, Windows, Xbox, Xbox One, Xbox 360, Xbox Live, Kinect, os logotipos Xbox e o logotipo Xbox Live são marcas do grupo Microsoft de empresas.

## ATENDIMENTO AO CLIENTE

Para obter respostas a perguntas comuns, etapas para solução de problemas e informações para contatar o Atendimento ao Cliente Xbox, visite o site xbox.com/xboxone/support.

# GUIDE DES ACCESSOIRES XBOX ONE

**RENSEIGNEMENTS IMPORTANTS SUR LA GARANTIE ET LA SÉCURITÉ DU PRODUIT**

**Ce symbole désigne des messages relatifs à la sécurité et à la santé dans le présent guide de produit.**
Veuillez lire ce guide pour obtenir des renseignements importants en matière de santé et de sécurité relatifs au produit que vous avez acheté.

**AVERTISSEMENT :** Le fait de ne pas suivre les directives de configuration, d'utilisation et d'entretien de ce produit peut augmenter les risques de blessure grave ou causer la mort, ou des dommages à la propriété ou au produit et à ses accessoires. Veuillez lire le présent guide de produit pour obtenir des renseignements importants sur la santé et la sécurité, ou consulter la page xbox.com/xboxone/accessories/useinstructions.

**ENTENTE SUR LA GARANTIE LIMITÉE DE XBOX ONE ET MODALITÉS DE LICENCE LOGICIELLE**
Vous devez accepter les conditions d'utilisation Xbox (y compris les modalités de licence de jeux et de licence logicielle Xbox) sur xbox.com/live/termsofuse, les modalités de licence logicielle sur xbox.com/xboxone/slt et la garantie limitée sur xbox.com/xboxone/warranty afin d'utiliser votre console Xbox One, les accessoires Xbox ou le capteur Kinect for Xbox. En utilisant la console Xbox One, les accessoires Xbox ou le capteur Kinect for Xbox One, vous acceptez d'être lié par les présentes modalités. Veuillez les lire. Si vous ne les acceptez pas, vous ne devez pas installer ou utiliser votre console Xbox One, vos accessoires Xbox ou le capteur Kinect for Xbox One. Vous devez retourner le produit Xbox à Microsoft ou à votre détaillant pour un remboursement.

## SÉCURITÉ ÉLECTRIQUE

**AVERTISSEMENT :** Comme dans le cas de nombreux autres appareils électriques, omettre de suivre les précautions suivantes peut causer des blessures graves, voire la mort, à la suite d'une décharge électrique, d'un incendie ou causer des dommages à la console Xbox One et à ses accessoires :

- Utilisez uniquement un câble de chargement approuvé.
- Ne laissez pas un dispositif sans fil ou un câble de chargement entrer en contact avec l'eau.
- Débranchez le câble de chargement durant un orage ou lorsqu'il est inutilisé pendant des périodes prolongées.
- Afin de prévenir les dommages, évitez de vous asseoir ou de marcher sur un dispositif sans fil, son câble ou la prise ou le connecteur du câble.

**ATTENTION : Câbles et cordons**
Afin de réduire les dangers de chute potentiels, placez tous les câbles et les cordons de façon à ce que les personnes et les animaux ne soient pas susceptibles de trébucher sur ceux-ci ou de les accrocher accidentellement et ne laissez pas les enfants jouer avec eux.

Allez sur support.xbox.com/xbox-one/accessories/about-power-supply pour obtenir plus de renseignements.

## APPAREILS À PILE

**AVERTISSEMENT : Sécurité concernant la pile**
Les précautions suivantes doivent être suivies avec tous les produits utilisant des piles rechargeables ou jetables, dont celles au lithium polymère. Une utilisation inappropriée de la pile peut causer des blessures graves, la mort, des dommages à la propriété ou au produit et à ses accessoires en raison d'une fuite de liquide, d'un incendie, d'une surchauffe ou d'une explosion. Le liquide contenu dans les piles est corrosif, voire toxique. Il peut provoquer des brûlures aux yeux ou à la peau et est nocif s'il est avalé. Pour réduire le risque de blessures :

Gardez les piles hors de la portée des enfants.

Retirez les piles si elles sont usées ou si vous comptez ranger votre appareil durant une période prolongée. Si vos piles sont vieilles, faibles ou usées, enlevez-les sans tarder et recyclez-les ou jetez-les conformément aux règles locales et régionales/nationales.

Si une pile fuit, retirez toutes les piles en suivant les instructions d'installation à rebours pour ce produit, en faisant attention de ne pas laisser le liquide entrer en contact avec votre peau ou vos vêtements. Si le liquide des piles entre en contact avec la peau ou les vêtements, rincez immédiatement la peau à grande eau. Avant d'insérer de nouvelles piles, nettoyez à fond le compartiment à piles avec un linge sec, ou suivez les instructions de nettoyage du fabricant de la pile.



- Vous ne devez jamais écraser, ouvrir, perforer, endommager, chauffer au-dessus de 35 °C (95 °F), appliquer une chaleur directe ou disposer des piles en les jetant dans un feu.
- Ne mélangez pas des anciennes et des nouvelles piles ou des piles de types différents (par exemple, au carbone-zinc et alcalines).
- Les objets de métal ne doivent pas toucher les bornes des piles; ils peuvent devenir chauds et causer des brûlures.
- Ne transportez pas ou ne placez pas de piles avec des colliers, des épingles à cheveux ou tout autre objet métallique.
- Ne laissez pas un dispositif à pile à la lumière directe du soleil pour une période prolongée, comme sur un tableau de bord d'une voiture en été.
- N'immergez pas de piles dans l'eau ou ne les laissez pas entrer en contact avec l'eau.
- Ne branchez pas directement de piles sur des prises électriques ou dans l'allume-cigare d'une voiture.
- N'essayez pas de les brancher sur les bornes de pile à moins d'utiliser un appareil hôte approuvé par Microsoft.
- Évitez de frapper, lancer, marcher sur une pile ou de lui faire subir un choc important.
- Ne perforez jamais le logement de la pile d'une quelconque façon.
- N'essayez pas de désassembler ou de modifier les piles d'une quelconque façon.
- Ne rechargez pas de piles près d'un feu ou dans des conditions de chaleur extrême.

**⚠ AVERTISSEMENT : Utilisez le chargeur de pile approprié.**
Chargez les piles rechargeables uniquement avec le chargeur fourni avec le produit. Suivre une mauvaise méthode de chargement peut causer un incendie ou une explosion.

## UTILISATION ET ENTRETIEN DE VOTRE ACCESSOIRE XBOX ONE

**⚠ AVERTISSEMENT : Risques liés aux réparations**
L'ouverture et/ou la réparation de votre appareil peut présenter des risques de chocs électriques, de dommages de l'appareil, d'incendie, de blessures et d'autres dangers. Microsoft vous recommande de demander l'assistance de professionnels pour réparer l'appareil et d'être prudent si vous entreprenez d'effectuer vous-même des réparations.

### Utilisation et nettoyage

**⚠ AVERTISSEMENT : Ne laissez pas les accessoires Xbox One entrer en contact avec l'eau**
Pour réduire les risques d'incendie ou de décharge électrique, n'exposez pas l'appareil à la pluie ou à une autre forme d'humidité.

Suivez ces instructions lors de votre utilisation :

- N'utilisez pas les accessoires près d'une source de chaleur.
- N'utilisez que des accessoires approuvés par Microsoft ou équivalents.
- Ne tentez pas de nettoyer les connecteurs.
- Nettoyez le produit à l'aide d'un chiffon sec.

Pour obtenir plus de renseignements, allez sur support.xbox.com/browse/xbox-one/accessories.

## DE SAINES PRÉCAUTIONS

**⚠ AVERTISSEMENT : Informations importantes relatives à la sécurité lorsque vous jouez à des jeux vidéo.**

**Crises d'épilepsie liées à la photosensibilité**
Pour un très faible pourcentage de personnes, l'exposition à certaines images, notamment aux lueurs et aux motifs clignotants pouvant apparaître dans les jeux vidéo, risque de provoquer une crise d'épilepsie liée à la photosensibilité. Même des personnes sans antécédent épileptique peuvent en être victimes.

Les symptômes de ces crises peuvent varier : étourdissements, altération de la vision, mouvements convulsifs des yeux ou du visage, crispation ou tremblement des bras ou des jambes, désorientation, confusion, perte de connaissance momentanée. Vous pouvez également vous blesser après être tombé ou avoir heurté des objets près de vous suite à une perte de conscience ou à des convulsions.



Arrêtez immédiatement de jouer et consultez un médecin si vous souffrez d'au moins un de ces symptômes. Il est conseillé aux parents de surveiller leurs enfants et de leur poser des questions concernant les symptômes ci-dessus; les enfants et les adolescents sont effectivement plus sujets à ce genre de crise que les adultes. Les précautions suivantes peuvent réduire le risque d'une crise d'épilepsie photosensible :

- Éloignez-vous du téléviseur.
- Utilisez un écran de télévision de petite taille.
- Jouez dans une pièce bien éclairée.
- Évitez de jouer en cas d'envie de dormir ou de fatigue.
- Si vous ou un membre de votre famille avez des antécédents de crises d'épilepsie, consultez un médecin avant de jouer.

**Troubles musculo-squelettiques**
Il est possible que l'utilisation de manettes de jeu, de claviers, de souris ou d'autres périphériques d'entrée électroniques entraîne de graves blessures ou troubles.

Comme c'est le cas pour de nombreuses activités, il est possible que vous ressentiez occasionnellement de l'inconfort dans vos mains, vos bras, vos épaules, votre cou ou d'autres parties de votre corps lorsque vous jouez à des jeux vidéo. Cependant, si vous ressentez de façon persistante ou récurrente un inconfort, une douleur, un élancement, des picotements, un engourdissement, une sensation de brûlure ou une raideur, N'IGNOREZ PAS CES SIGNES AVANT-COUREURS. CONSULTEZ RAPIDEMENT UN PROFESSIONNEL DE LA SANTÉ QUALIFIÉ, même si les symptômes surviennent lorsque vous ne jouez pas à un jeu vidéo. De tels symptômes peuvent être associés à de douloureux, et parfois permanents, troubles et maladies affectant les nerfs, les muscles, les tendons, les vaisseaux sanguins et d'autres parties du corps. Ces troubles musculosquelettiques (TMS) incluent le syndrome du canal carpien, la tendinite, la ténosynovite, des syndromes de vibration, ainsi que d'autres symptômes.

Même si de nombreuses questions sur les TMS demeurent encore sans réponse, les chercheurs s'entendent généralement pour dire que de nombreux facteurs peuvent contribuer à leur apparition, y compris les maladies, la condition physique, le stress et la façon de le gérer, l'état de santé général, la position du corps lors du travail et des autres activités (comme les jeux vidéo). Selon certaines études, la durée d'une activité serait possiblement un facteur.

Certaines directives peuvent vous aider à travailler et à jouer confortablement, et peuvent réduire le risque de souffrir d'un TMS. Elles sont répertoriées à la page Guide sur la façon saine de jouer à la page xbox.com/xboxone/playhealthy. Parmi ces directives, notons les suivantes :

- Adoptez des positions confortables.
- Assurez-vous de détendre vos mains, vos doigts et les autres parties de votre corps.
- Prenez des pauses.
- Adoptez un mode de vie sain.

Si vous avez des questions concernant un possible lien entre votre mode de vie, vos activités, votre état de santé ou votre condition physique et les TMS, consultez un professionnel de la santé qualifié.

**AVERTISSEMENT : Risque de suffocation**
Cet appareil est susceptible de contenir de petites pièces pouvant présenter un risque de suffocation pour les enfants de moins de 3 ans. Gardez ces petites pièces hors de la portée des enfants.

**Vous devez vous assurer que les enfants s'amusent en sécurité.**
Vous devez vous assurer que les enfants qui utilisent les accessoires Xbox One avec la console Xbox One et le capteur Kinect le font de manière sécuritaire, respectent leurs limites et vous devez vous assurer qu'ils comprennent bien comment utiliser le système.

**AVERTISSEMENT : Sécurité auditive**
Une exposition prolongée à des niveaux sonores élevés lorsque vous portez un casque risque de provoquer une perte auditive temporaire ou permanente. Pour réduire le risque de perte auditive, réglez le volume assez fort pour bien entendre dans les environnements silencieux, et non plus fort que le bruit ambiant.

- Ne montez pas le volume après avoir commencé l'écoute. Avec le temps, vos oreilles s'habituent de façon à ce qu'un volume élevé semble normal, mais ce volume peut quand même endommager votre ouïe.
- Ne montez pas le volume dans le but d'étouffer le bruit extérieur. Le bruit extérieur combiné au son de vos écouteurs risque d'endommager votre ouïe. Les écouteurs fermés ou suppresseurs de bruit réduisent l'intensité du bruit extérieur afin que vous n'ayez pas à augmenter le volume.



- Si vous ne pouvez pas entendre quelqu'un près de vous qui parle normalement, baissez le volume. Les sons qui noient les paroles d'intensité normale peuvent endommager votre ouïe. Même en portant des écouteurs fermés ou suppresseurs de bruit, vous devriez entendre la voix des personnes qui vous entourent.

**Réduisez au minimum le temps que vous passez à écouter des sons d'une intensité élevée**

- Plus vous passez de temps à écouter des sons d'une intensité élevée, plus vous risquez d'endommager votre ouïe. Plus le son est fort, moins le temps nécessaire pour endommager l'ouïe est long.
- Écouter de la musique au volume maximum et en portant des écouteurs peut endommager votre ouïe de façon permanente en 15 minutes. Même les volumes plus faibles peuvent entraîner une perte auditive si vous y êtes exposé pendant de nombreuses heures.
- Tous les sons que vous entendez pendant une journée s'additionnent. Si vous êtes exposé à d'autres sons d'une intensité élevée, votre ouïe sera endommagée plus rapidement en écoutant à volume élevé.
- Pour utiliser l'appareil en toute sécurité sans limite de temps, maintenez le volume suffisamment bas pour pouvoir converser avec les personnes près de vous.

**⚠ ATTENTION : Dispositifs médicaux personnels**

Les émissions de radiofréquence de l'équipement électronique peuvent affecter le fonctionnement d'autres équipements électroniques, et provoquer un mauvais fonctionnement. Bien que le dispositif soit conçu, testé et fabriqué conformément aux réglementations gouvernant l'émission de fréquence radio dans des différents pays, comme les États-Unis, le Canada, ceux de l'Union européenne et le Japon, les émetteurs sans fil et les circuits électriques qui les composent peuvent causer de l'interférence sur d'autres équipements électroniques. Toujours suivre les précautions suivantes :

**Personnes avec un stimulateur cardiaque**

- La Health Industry Manufacturers Association recommande de conserver un dégagement minimal d'au moins 15 cm (6 po) entre un appareil sans fil et un stimulateur cardiaque afin d'éviter une interférence potentielle avec le stimulateur.
- Les appareils sans fil ne doivent pas être transportés dans une poche à hauteur du torse.
- Si vous avez des raisons de suspecter une interférence, éteignez l'appareil immédiatement.

**Autres appareils médicaux**

Si vous utilisez un autre appareil médical personnel, communiquez avec le fabricant de l'appareil médical ou votre médecin afin de déterminer si vous pouvez l'utiliser avec d'autres appareils électroniques à proximité.

## GARANTIE DU FABRICANT

Microsoft garantit que votre console Xbox One et votre capteur Kinect pour Xbox One ne présenteront aucune défectuosité en conditions normales d'utilisation pendant un an à partir de la date d'achat. La garantie ne couvre pas l'usure normale et les dommages causés par un accident ou survenant à la suite d'une mauvaise utilisation. **D'autres exclusions et restrictions s'appliquent, notamment concernant la qualité marchande.** Pour obtenir une réparation, communiquez avec Microsoft au numéro 800 4MY-XBOX (469-9269) ou visitez le site xbox.com/support. Veuillez lire l'ensemble de la garantie limitée à l'adresse xbox.com/xboxone/warranty; vous y trouverez notamment des renseignements supplémentaires sur les réparations. Vous pouvez lire le document et vous l'envoyer par courriel au moment de l'enregistrement du produit.

## RENSEIGNEMENTS RÉGLEMENTAIRES

- Ce produit n'a pas été conçu pour être utilisé avec de la machinerie ni pour des applications médicales ou industrielles.
- Ce produit est conçu pour être utilisé avec du matériel de technologie de l'information conforme aux normes NRTL (UL, CSA, ETL, etc.) ou IEC/EN 60950 (mention CE).
- Ne contient aucune pièce à entretenir à l'intérieur.
- Température de fonctionnement : +5 °C (+41 °F) à +35 °C (+95 °F)

**Énoncés de conformité de la FCC et d'IC :**
Le présent appareil est conforme aux CNR d'Industrie Canada applicables aux appareils radio exempts de licence. L'exploitation est autorisée aux deux conditions suivantes: (1) l'appareil ne doit pas produire de brouillage, et (2) l'utilisateur de l'appareil doit accepter tout brouillage radioélectrique subi, même si le brouillage est susceptible d'en compromettre le fonctionnement.

**Remarque :** Tout changement ou modification non expressément approuvés par Microsoft pourrait annuler l'autorisation donnée à l'utilisateur d'utiliser cet appareil.

Cet équipement a été testé et approuvé conformément aux limites fixées par l'article 15 de la réglementation FCC et la norme canadienne NMB-3 pour les dispositifs numériques de Classe B. Ces limites ont été conçues pour apporter une protection raisonnable contre les interférences nuisibles dans un environnement résidentiel. Cet équipement génère, utilise et peut être à l'origine d'émissions de radiofréquences. S'il n'est pas installé et utilisé conformément aux instructions, cet équipement peut causer des interférences avec les communications radio. Il n'existe aucune garantie d'absence totale d'interférences dans une installation spécifique. Si cet équipement devait causer des interférences nuisibles pour la réception de programmes de radio ou de télévision (pour le déterminer, éteindre puis rallumer l'équipement), il est recommandé d'essayer de corriger le problème en effectuant l'une des opérations suivantes :

- Réorientez ou déplacez l'antenne de réception.
- Éloignez le plus possible l'équipement du récepteur.
- Branchez l'équipement sur un circuit différent de celui sur lequel est connecté le récepteur.
- Consultez le vendeur ou un technicien radio/télévision expérimenté.

Pour plus de renseignements sur les problèmes d'interférences, visitez le site Web de la FCC à l'adresse : fcc.gov/cgb/consumerfacts/interference.html. Vous pouvez également communiquer avec la FCC en composant le 1 888 CALL FCC pour demander des fiches sur les interférences et le téléphone.

CAN ICES-3 (B)/NMB-3(B)

**Énoncé d'exposition au rayonnement de radiofréquence :**
Cet équipement est conforme aux limites d'exposition aux radiations de la FCC et d'IC définies pour un environnement non contrôlé. Cet équipement doit être installé et utilisé en gardant une distance minimale de 20 cm entre le radiateur et votre corps, à l'exception des casques d'écoute et des appareils portatifs. Cet émetteur ne doit pas situé au même endroit ou fonctionner conjointement avec une autre antenne ou un autre émetteur.

Des renseignements supplémentaires sur la sécurité en matière de radiofréquence sont disponibles sur le site Web de la FCC à l'adresse www.fcc.gov/general/radio-frequency-safety-0 et le site Web d'Industrie Canada à l'adresse www.ic.gc.ca/eic/site/smt-gst.nsf/fra/sf01904.html.

**Uniquement pour les appareils de 5 GHz 802.11a et 802.11n**
Ce produit doit être utilisé uniquement à l'intérieur pour réduire les risques d'interférences nuisibles potentielles lors d'une utilisation sous licence dans une plage de fréquence allant de 5,15 à 5,25 GHz.

Les utilisateurs sont avisés que les radars à haute puissance sont les utilisateurs primaires (utilisateurs prioritaires) des bandes 5250-5350 MHz et 5650-5850 MHz et ces radars peuvent provoquer des interférences et/ou des dommages aux appareils LE-LAN.

Microsoft Corporation; One Microsoft Way; Redmond, WA 98052-6399; U.S.A. États-Unis : 800 426-9400; Canada : (800) 933-4750.

**AVERTISSEMENT : Appareils sans fil à bord d'un aéronef**
Avant d'embarquer dans un aéronef ou d'emballer un appareil sans fil dans un bagage qui sera enregistré, vous devez retirer les piles de l'appareil ou l'éteindre (si doté d'un interrupteur). Les appareils sans fil peuvent émettre de l'énergie RF, comme un téléphone cellulaire, lorsque les piles sont en place et que l'appareil est allumé (si doté d'un interrupteur).

**Élimination des appareils électriques et électroniques et des piles usagées**



Ce symbole, apposé sur le produit, sur les piles ou sur l'emballage, indique que le produit et les piles qu'il contient ne doivent pas être jetés avec vos ordures ménagères. En effet, il vous incombe de le remettre à un point de collecte approprié pour le recyclage des piles et du matériel électrique et électronique. Cette collecte et ce recyclage distincts permettront de conserver les ressources naturelles et de prévenir d'éventuelles conséquences néfastes sur la santé humaine et l'environnement découlant de la présence possible de substances dangereuses dans les piles et le matériel électrique et électronique. Pour savoir où apporter vos piles et vos appareils électriques et électroniques, communiquez avec votre municipalité, avec le service responsable de la collecte de vos ordures ménagères ou avec le revendeur auprès duquel vous vous êtes procuré ce produit. Communiquez avec erecycle@microsoft.com pour obtenir plus de renseignements sur les déchets provenant de l'équipement électrique et électronique et des piles usées.

Ce produit peut utiliser des piles au lithium, NiMH ou alcalines.

## DROITS D'AUTEUR



Les renseignements et les opinions exprimées dans le présent document, y compris les URL et les autres références de sites Web Internet, peuvent être modifiés sans préavis. Ce document ne vous accorde aucun droit juridique de propriété intellectuelle sur les produits Microsoft. Vous pouvez copier et utiliser ce document uniquement à des fins de référence interne.

© 2020 Microsoft Corporation. Tous droits réservés. Microsoft, Windows, Xbox, Xbox One, Xbox 360, Xbox Live, Kinect, les logos Xbox et le logo Xbox Live sont des marques de commerce du groupe de sociétés Microsoft.

## SERVICE À LA CLIENTÈLE

Pour connaître les réponses aux questions courantes, des solutions de dépannage et les coordonnées du service à la clientèle de Xbox, consultez la page www.xbox.com/xboxone/support.




# MANUAL DE PRODUCTOS DE ACCESORIOS DE XBOX ONE

**INFORMACIÓN IMPORTANTE SOBRE SEGURIDAD Y GARANTÍA DE PRODUCTOS**

**⚠ Este símbolo identifica los mensajes de seguridad y salud de esta guía del producto.**
Lee esta guía para obtener información de seguridad y salud importante sobre el producto que compraste.

⚠ **ADVERTENCIA:** Si este producto no se configura, no se utiliza y no se cuida adecuadamente, aumenta el riesgo de lesiones graves, muerte, daño a la propiedad o daño al producto o a los accesorios relacionados. Lee esta guía del producto para obtener información importante de seguridad y salud, o visita xbox.com/xboxone/accessories/useinstructions.

**ACUERDO DE GARANTÍA LIMITADA DE XBOX ONE Y TÉRMINOS DE LICENCIA DE SOFTWARE**
Debes aceptar los Términos de uso de Xbox (incluidos los términos del software de Xbox y los términos de licencia de juegos) en xbox.com/live/termsofuse, los términos de licencia de software en xbox.com/xboxone/slt y la Garantía limitada en xbox.com/xboxone/warranty para usar tu consola Xbox One, los accesorios Xbox y/o el sensor Kinect para Xbox. Al usar la consola Xbox One, los accesorios Xbox y/o el sensor Kinect para Xbox One, aceptas estar sujeto a estos términos. Léelos. Si no los aceptas, no configures ni uses tu consola Xbox One, los accesorios Xbox y/o el sensor Kinect para Xbox One. Devuelve el producto Xbox a Microsoft o a tu vendedor minorista para recibir un reembolso.

## SEGURIDAD ELÉCTRICA

⚠ **ADVERTENCIA:** Al igual que con muchos otros dispositivos eléctricos, si no se toman las siguientes precauciones se pueden producir lesiones graves o la muerte por causa de una descarga eléctrica o incendio, o bien daños a la consola Xbox One y sus accesorios.

- Usa solamente un cable de carga aprobado.
- No permitas que el dispositivo inalámbrico o el cable de carga se mojen.
- Desconecta el cable de carga durante las tormentas eléctricas o cuando no se utilice durante largos períodos.
- Para prevenir daños, evita sentarte o pisar el dispositivo inalámbrico, su cable o el enchufe o conector del cable.

⚠ **PRECAUCIÓN: Cables**
Para reducir los posibles riesgos de tropiezos o enredos, ordena los cables de modo que las personas y mascotas no puedan tropezarse o tirar de ellos accidentalmente al moverse o caminar por el área, y no permitas que los niños jueguen con los cables.

Visita support.xbox.com/xbox-one/accessories/about-power-supply para obtener más información.

## DISPOSITIVOS QUE FUNCIONAN CON BATERÍAS

⚠ **ADVERTENCIA: Seguridad de las baterías**
Las siguientes precauciones se aplican a todos los productos que usan baterías recargables o desechables que incluyen polímero de litio. El uso inadecuado de las baterías puede producir lesiones graves, la muerte, daños a la propiedad o daños al producto o sus accesorios relacionados a causa de filtración de líquido de las baterías, incendio, sobrecalentamiento o explosión. El líquido derramado es corrosivo y podría ser tóxico. Puede provocar quemaduras en la piel y en los ojos, y resulta nocivo si se ingiere. Para reducir el riesgo de lesiones:

Mantén las baterías fuera del alcance de los niños.

Extrae las baterías si están gastadas o antes de guardar el dispositivo durante mucho tiempo. Siempre extrae las baterías viejas, débiles o gastadas inmediatamente y recíclalas o deséchalas según las normativas de desecho locales y nacionales/regionales.

Si una batería tiene una filtración, extrae todas las baterías siguiendo el proceso inverso a los pasos de instalación proporcionados para este producto, teniendo cuidado de evitar que el líquido filtrado toque tu piel o la ropa. Si el líquido de la batería entra en contacto con la piel o con la ropa, límpialo con agua inmediatamente. Antes de insertar baterías nuevas, limpia exhaustivamente el compartimento de la batería con un paño seco o bien sigue las recomendaciones de limpieza del fabricante de la batería.

- No tritures, abras, perfores, mutiles, calientes sobre 35 °C (95 °F) o apliques calor directo, ni arrojes las baterías al fuego.
- No mezcles baterías nuevas con viejas o baterías de distintos tipos (p. ej., de carbono-cinc y alcalinas).
- No permita que objetos metálicos toquen los terminales de las baterías en el dispositivo; pueden calentarse y provocar quemaduras.
- No transportes ni coloques las baterías junto con collares, horquillas u otros objetos metálicos.
- No dejes un dispositivo a baterías bajo la luz directa del sol durante un período prolongado, por ejemplo, sobre el tablero del automóvil durante el verano.
- No sumerjas las baterías en agua ni permitas que se mojen.
- No conectes las baterías directamente a enchufes de pared o a conectores para encendedores de automóviles.
- No intentes conectar a los terminales de las baterías a menos que uses un dispositivo host aprobado por Microsoft.
- No golpees, arrojes, pises ni sometas las baterías a golpes físicos intensos.
- No perfores la carcasa de las baterías de ninguna forma.
- No intentes desarmar o modificar las baterías de ninguna forma.
- No recargues las baterías cerca del fuego o en condiciones extremadamente calurosas.

**⚠ ADVERTENCIA: Usa el cargador de batería adecuado**
Carga las baterías recargables solo con el cargador proporcionado junto con el producto. El uso de un método de carga inadecuado puede causar un incendio o explosión.

## USA Y CUIDA DE TUS ACCESORIOS XBOX ONE

**⚠ ADVERTENCIA: Riesgo en las reparaciones**
La apertura o reparación del dispositivo puede originar descargas eléctricas, daños en el dispositivo, incendios, riesgos de lesiones personales y otros peligros. Microsoft recomienda solicitar asistencia profesional para las reparaciones de dispositivos y que el usuario tenga cuidado si los repara él mismo.

**Uso y limpieza**

**⚠ ADVERTENCIA: No permitas que los accesorios Xbox One se mojen**
Para reducir el riesgo de incendio o descarga eléctrica, no expongas el dispositivo a la lluvia u otros tipos de humedad.

Úsalo de acuerdo con estas instrucciones:

- No utilices los accesorios cerca de ninguna fuente de calor.
- Usa solo los accesorios especificados por Microsoft o equivalentes.
- No intentes limpiar los conectores.
- Límpialo solo con un paño seco.

Para obtener más información, visita support.xbox.com/browse/xbox-one/accessories.

## JUEGA SANAMENTE

**⚠ ADVERTENCIA: Advertencias de salud importantes sobre el uso de videojuegos**

**Crisis de fotosensibilidad**
Un porcentaje muy pequeño de personas puede experimentar un ataque al exponerse a ciertas imágenes visuales, incluidas luces o patrones parpadeantes que pueden aparecer en juegos de video. Incluso personas sin historial de ataques o epilepsia pueden tener un problema no diagnosticado que puede provocar estos "ataques epilépticos fotosensibles" mientras observa juegos de video.

Estos ataques pueden tener una variedad de síntomas, incluidos vértigo, visión alterada, espasmos en los ojos o la cara, sacudidas o temblores de brazos o piernas, desorientación, confusión o pérdida momentánea de la conciencia. Los ataques también pueden provocar pérdida de la conciencia o convulsiones que pueden derivar en lesiones por caída o por chocar con objetos cercanos.

Deja de jugar inmediatamente y consulta a un médico si experimentas alguno de estos síntomas. Los padres deben estar atentos o preguntar a sus hijos acerca de los síntomas mencionados; los niños y adolescentes son más propensos a experimentar estos ataques que los adultos. El riesgo de ataques epilépticos fotosensibles se puede reducir si se toman las siguientes precauciones:

- Aléjate más de la pantalla de TV.
- Utiliza una pantalla de televisión más pequeña.
- Juega en una habitación con buena iluminación.
- No juegues cuando tengas sueño o cansancio.
- Si alguno de tus familiares o tú mismo han sufrido crisis o epilepsia con anterioridad, consulta a tu médico antes de jugar.

**Trastornos musculoesqueléticos**
El uso de controles de juego, teclados, mouse u otros dispositivos de entrada electrónicos puede estar relacionado con lesiones y afecciones graves.

Al jugar juegos de video, como sucede en muchas otras actividades, es posible que experimentes molestias ocasionales en las manos, los brazos, los hombros, el cuello u otras partes del cuerpo. Sin embargo, si experimentas síntomas como malestar persistente o repetido, dolor, punzadas, hormigueos, entumecimiento, sensación de quemazón o rigidez, NO PASES POR ALTO ESTAS SEÑALES DE ADVERTENCIA. ACUDE DE INMEDIATO A UN PROFESIONAL DE LA SALUD CALIFICADO, aunque los síntomas aparezcan cuando no estés jugando. Este tipo de síntomas puede estar asociado con lesiones o afecciones dolorosas de los nervios, músculos, tendones, vasos sanguíneos y otras partes del cuerpo, que en ocasiones pueden ocasionar incapacidad permanente. Estos trastornos musculoesqueléticos (MSD) incluyen síndrome de túnel carpiano, tendinitis, tenosinovitis, síndromes de vibración y otras afecciones.

Aunque los investigadores aún no pueden responder muchas preguntas acerca de los MSD, existe un consenso general de que puede haber muchos factores ligados a su aparición, incluidas afecciones médicas o físicas, tensión y cómo se lidia con ella, salud en general y cómo una persona ubica y usa el cuerpo durante el trabajo y otras actividades (incluidos los juegos de video). Algunos estudios sugieren que la cantidad de tiempo que una persona realiza una actividad puede ser un factor.

Podrás encontrar algunas pautas que te ayudarán a trabajar y jugar de forma más cómoda y posiblemente reduzcan el riesgo de experimentar un MSD en la Guía de juegos saludables en xbox.com/xboxone/playhealthy. Estas pautas abordan temas como:

- Colocación de tu cuerpo para utilizar posturas cómodas y normales.
- Relajación de manos, dedos y otras partes del cuerpo.
- Pausas entre juegos.
- Desarrollo de un estilo de vida saludable.

Si tienes alguna pregunta sobre la relación que pudieran tener tu estilo de vida, actividades y condiciones médicas o físicas con las MSD, acude a un profesional de la salud calificado.

**ADVERTENCIA: Riesgo de asfixia**
Este dispositivo puede contener piezas pequeñas que supongan un riesgo de asfixia para niños menores de 3 años. Mantén las piezas pequeñas fuera del alcance de los niños.

**Asegúrate de que los niños jueguen con seguridad**
Asegúrate de que los niños que usan algún accesorio Xbox One junto con la consola Xbox One y el sensor Kinect jueguen con seguridad y dentro de sus límites, y asegúrate de que comprendan el uso adecuado del sistema.

**ADVERTENCIA: Seguridad de la audición**
La exposición prolongada a volúmenes de sonido altos al usar audífonos puede provocar la pérdida temporal o permanente de la audición. Para reducir el riesgo de pérdida auditiva, ajusta el volumen suficientemente alto para poder oír claramente en un ambiente tranquilo, y no más fuerte que eso.

- No aumentes el volumen después de comenzar a escuchar. Tus oídos pueden adaptarse con el tiempo, de modo que el volumen alto sonará normal, pero seguirá provocándote problemas de audición.
- No aumentes el volumen para bloquear el ruido exterior. La combinación de ruido exterior y sonido de los audífonos pueden provocar problemas de audición. Los audífonos sellados o que anulan el ruido pueden reducir el ruido externo, de modo que no tengas que subir el volumen.
- Si no puedes entender a alguien que está cerca hablando con normalidad, baja el volumen. El sonido que ahoga el habla normal puede provocar problemas de audición. Incluso con audífonos sellados o que anulan el ruido, deberás ser capaz de escuchar hablar a las personas que estén cerca.

**Reducir al mínimo el tiempo de escucha a un volumen alto**

- Mientras más tiempo pases expuesto a un volumen de sonido alto, más probabilidades tienes de sufrir problemas de audición. Mientras más fuerte sea el sonido, menos tiempo tomará desarrollar problemas de audición.
- Escuchar música en el dispositivo con audífonos al volumen máximo puede provocar problemas de audición permanentes en 15 minutos. Incluso los volúmenes más bajos pueden provocar problemas de audición si te expones a ellos por muchas horas.
- Todo el sonido al que estás expuesto durante el día se acumula. Si estás expuesto a otro sonido fuerte, como escuchar sonidos a un volumen alto, sufrirás problemas de audición en menos tiempo.
- Para utilizar el dispositivo con toda seguridad durante un tiempo ilimitado, mantén el volumen lo bastante bajo como para poder conversar con las personas cercanas.

**⚠ ATENCIÓN: Dispositivos médicos personales**

Las emisiones de radiofrecuencia de los equipos electrónicos pueden afectar de forma negativa la operación de otros equipos electrónicos, lo que causa desperfectos. Aunque el dispositivo fue diseñado, probado y fabricado para cumplir las normativas que rigen la emisión de radiofrecuencias en países como Estados Unidos, Canadá, la Unión Europea y Japón, los transmisores inalámbricos y circuitos eléctricos del dispositivo pueden causar interferencia en otros equipos electrónicos. Siempre toma las siguientes precauciones:

**Personas con marcapasos**

- La Asociación de fabricantes de la industria de la salud recomienda que se mantenga una separación mínima de 15 cm (6 pulgadas) entre un dispositivo inalámbrico y un marcapasos para evitar posibles interferencias con este último.
- No se deben llevar dispositivos inalámbricos en el bolsillo del pecho.
- Si tienes algún motivo para sospechar que está ocurriendo una interferencia, apaga el dispositivo inmediatamente.

**Otros dispositivos médicos**

Si utilizas cualquier otro dispositivo médico, ponte en contacto con el fabricante de dicho dispositivo o con tu médico para determinar si es apropiado el uso de otros dispositivos electrónicos cerca de tu dispositivo médico.

## GARANTÍA LIMITADA

**AL UTILIZAR SU XBOX ONE O ACCESORIO, USTED ESTÁ DE ACUERDO CON ESTA GARANTÍA. ANTES DE INSTALARLO, POR FAVOR LEA CUIDADOSAMENTE ESTA GARANTÍA. SI NO ACEPTA ESTA GARANTÍA, NO UTILICE SU XBOX ONE o Accesorio. DEVUÉLVALO SIN USAR A SU VENDEDOR O A MICROSOFT PARA OBTENER UN REEMBOLSO.** Comuníquese con Microsoft en www.xbox.com/support o llame al teléfono del servicio de Atención al cliente de Xbox de su país que figura en el listado disponible en www.xbox.com/support o abajo:

Argentina: 0800 333 6020 Chile: 800-362-626

Colombia: 01 8000 948 707 Mexico: 01800-2660068

Esta garantía le confiere derechos legales específicos. Usted también puede gozar de otros derechos que varían según el país, estado o provincia. Esta garantía tiene aplicación en la medida en que así lo permita la ley.

**1. Definiciones**

(a) "Xbox One" significa una consola nueva Xbox One compradas de un vendedor autorizado.

(b) "Accesorio" significa un accesorio de Xbox One de marca Microsoft nuevo comprado de un vendedor autorizado.

(c) "Período de Garantía" para Xbox One significa un (1) año desde la fecha en la que usted lo compró; y para Accesorios, significa tres (3) meses desde la fecha en que usted lo compró.

(d) "Usted" significa el usuario final original.

(e) "Condiciones Normales de Uso" significa el uso normal por parte del usuario en condiciones domésticas normales, de acuerdo con el manual de instrucciones para Xbox One o Accesorio.

**2. Garantía**

(a) Durante el Período de Garantía Microsoft garantiza, solo a usted, que Xbox One o Accesorio funcionará correctamente bajo condiciones normales de uso.

(b) Esta es la única garantía que le otorga Microsoft por su Xbox One o Accesorio, y Microsoft no formula ningún otro tipo de seguridad, garantía o condición. Ninguna otra persona puede otorgar ningún tipo de seguridad, garantía o condición en nombre de Microsoft.

(c) Si la ley de su estado o provincia le concede a usted alguna garantía implícita, incluida una garantía implícita de comerciabilidad o adecuación para un fin particular, su duración se limitará al período de garantía. Ciertos países, estados o provincias no permiten limitaciones

en lo que se refiere a la duración de una garantía implícita, por lo que es posible que esta limitación no se aplique a su caso.

**3. Cómo se obtiene el Servicio de la garantía**

(a) Antes de comenzar el proceso de la garantía, recurra a los consejos para la detección y solución de problemas disponibles en la sección de Soporte técnico en xbox.com/xboxone/support.

(b) Si los consejos para la detección y solución de problemas no resuelven su problema, siga el proceso de reparación en línea en la sección de Soporte técnico en xbox.com/xboxone/support o llame al teléfono del servicio de Atención al cliente de Xbox de su país que figura en el listado disponible en xbox.com/xboxone/support.

(c) Antes de enviar su Xbox One o Accesorio a un centro de servicio autorizado por Microsoft para servicio técnico, asegúrese de guardar una copia de todos los datos que usted quiera guardar, y elimine todo lo que considere confidencial. Microsoft no es responsable de sus datos y puede borrarlos.

**4. Responsabilidad de Microsoft**

(a) Cuando Usted devuelva su Xbox One o Accesorio a Microsoft, Microsoft la examinará.

(b) Si Microsoft determina que la Xbox One o Accesorio funcionó mal durante el Período de Garantía, bajo condiciones normales de uso, Microsoft podrá repararla o reemplazarla o le rembolsará el precio de compra. La reparación puede utilizar piezas nuevas o reacondicionadas. El reemplazo podrá ser con una unidad nueva o reacondicionada (en buenas condiciones, y con una funcionalidad y rendimiento comparable al producto original Xbox One, Kinect Sensor o Accesorio).

(c) Tras la reparación o el reemplazo, su Xbox One o Accesorio estarán cubiertas por esta garantía por el período que sea más largo, es decir, o lo que le queda de su Período de Garantía original, o 95 días después de que Microsoft se lo envíe.

(d) La RESPONSABILIDAD de Microsoft de reparar o reemplazar su Xbox One o ACCESORIO, o de reembolsarle el precio de compra es su recurso exclusivo.

(e) Si su Xbox One o Accesorio funciona mal una vez expirado el Período de Garantía, no existe ningún tipo de garantía. Una vez expirado el Período de Garantía, Microsoft podrá cobrarle un cargo por los esfuerzos realizados para diagnosticar y llevar adelante un servicio técnico ante cualquier problema que usted tenga con Xbox One o Accesorio.

**5. Exclusiones de la garantía**

Esta Garantía Limitada no se aplica y Microsoft no es responsable en absoluto bajo estos términos de la garantía si su Xbox One o Accesorio están:

(a) Sufren daños por usarlos con productos no vendidos por o con licencia de Microsoft (lo que incluye, por ejemplo, juegos y accesorios no fabricados por o con licencia de Microsoft, juegos "pirata", etc.) sin embargo, en el caso de Accesorios Bluetooth, Microsoft no es responsable y esta Garantía no se aplica, ni siquiera por un precio, si su Xbox One o Accesorio se daña por el uso con productos que no cumplen los requisitos del sistema que se encuentra en el paquete de Accesorios Bluetooth;

(b) usados para fines comerciales (incluyendo, por ejemplo, alquiler, pagar por jugar, etc.);

(c) abiertos, modificados o manipulados (incluyendo, por ejemplo, cualquier intento por frustrar alguna limitación técnica, la seguridad o mecanismo anti-piratería, entre otros factores, de la Xbox One o Accesorio), o si altera o elimina su número de serie;

(d) si están dañados por alguna causa externa (incluyendo, por ejemplo, por caída, uso con una ventilación insuficiente, etc., o por el hecho de no seguir las instrucciones del manual de instrucciones para Xbox One o Accesorio); o

**6. EXCLUSIÓN DE CIERTOS DAÑOS Y PERJUICIOS**

MICROSOFT NO ASUME NINGUNA responsabilidad EN LO QUE SE REFIERE A TODOS AQUELLOS DAÑOS Y PERJUICIOS INDIRECTOS, INCIDENTALES, ESPECIALES O CONSECUENTES; ASÍ COMO POR TODA AQUELLA PÉRDIDA DE DATOS, PRIVACIDAD, CONFIDENCIALIDAD O LUCRO O POR CUALQUIER IMPOSIBILIDAD DE USAR SU XBOX ONE o ACCESORIO. ESTAS EXCLUSIONES SE APLICAN AÚN CUANDO MICROSOFT HAYA SIDO INFORMADA DE LA POSIBILIDAD DE ESTOS DAÑOS Y PERJUICIOS Y AÚN CUANDO ALGÚN RECURSO NO LOGRE SU FIN ESENCIAL. Algunos países, estados o provincias no permiten la exclusión o limitación de los daños y perjuicios incidentales o consecuentes, por lo que es posible que esta limitación o exclusión no se aplique en su caso.

**7. Términos adicionales**
Si usted trata de frustrar o evitar alguna limitación técnica, de seguridad, o sistema anti-piratería de Xbox One o Accesorio, puede hacer que su Xbox One o Accesorio deje de funcionar de manera permanente. Usted también anulará su Garantía y hará que su Xbox One o Accesorio no pueda optar a una reparación autorizada, ni siquiera abonando su costo.

**8. Elección de la ley**
(a) La legislación de su país de residencia rige la interpretación de esta garantía y cualquier reclamación que Microsoft haya infringido, sin tener en cuenta los principios de conflicto de legislación.

(b) Esta garantía es válida solo en Argentina, Chile, Colombia y Mexico.

## LICENCIA DEL SOFTWARE

La Licencia de Software para su Xbox One o Accesorio está disponible en xbox.com/xboxone/slt. Al utilizar su Xbox One, Kinect Sensor o Accesorio, usted está de acuerdo con esta Licencia de Software. Antes de instalarlo, por favor lea cuidadosamente esta Licencia de Software. No use su Xbox One o Accesorio si no acepta esta Licencia de Software. Devuélvalo sin usar al vendedor donde compró su Xbox One o Accesorio o a Microsoft para obtener un rembolso.

## INFORMACIÓN REGLAMENTARIA

- No está diseñado para uso en aplicaciones de máquinas, médicas o industriales.
- Este producto es para el uso con equipo de tecnología de la información que aparece en NRTL (UL, CSA, ETL, etc.) y/o que cumple con IEC/EN 60950-1 (con marca CE).
- No se incluyen piezas que puedan ser reparadas por el usuario.
- Temperatura de funcionamiento: de + 5 ºC (+41 ºF) a +35 ºC (+95 ºF)

**Declaraciones de conformidad de la FCC e IC:**
Este dispositivo cumple con la parte 15 de las normas de la FCC y los estándares RSS de exención de licencia de Industry Canada. La operación está sujeta a las dos condiciones siguientes: (1) este dispositivo no debe causar interferencias perjudiciales y (2) este dispositivo debe aceptar cualquier interferencia recibida, incluida la interferencia que puede provocar su funcionamiento indeseado.

**Nota:** Los cambios o modificaciones que se realicen en este equipo y que no estén expresamente aprobados por Microsoft podrían anular el derecho del usuario a operar este equipo.

Este equipo se ha probado y se encuentra conforme con los límites de un dispositivo digital de clase B, según la parte 15 de las normas de la FCC y los estándares ICES-003 de Canadá. Estos límites están diseñados para proporcionar una protección razonable contra las interferencias perjudiciales en una instalación residencial. Este equipo genera, usa y puede emitir energía de radiofrecuencia y, si no se instala y usa según las instrucciones, puede provocar interferencias perjudiciales a las radiocomunicaciones. Sin embargo, no existe garantía de que la interferencia no ocurra en una instalación específica. Si este equipo provoca interferencias perjudiciales a la recepción de radio o televisión, lo que se puede determinar apagando y encendiendo el equipo, se recomienda al usuario que corrija la interferencia tomando una o más de las siguientes medidas:

- Vuelve a orientar o posicionar la antena de recepción.
- Aumenta la distancia entre el equipo y el receptor.
- Conecta el equipo a una toma de corriente en un circuito diferente de aquél al que está conectado el receptor.
- Consulta con el distribuidor o un técnico de radiotelevisión experimentado para obtener ayuda.

Para obtener más información sobre problemas de interferencia, visita el sitio web de FCC en: fcc.gov/cgb/consumerfacts/interference.html. También puedes llamar a la FCC al 1-888-CALL FCC para solicitar hojas de datos de Interferencias y de Interferencias telefónicas.

CAN ICES-3 (B)/NMB-3(B)

**Declaración de exposición a la radiación de radiofrecuencia:**
Este equipo cumple con los límites de exposición a la radiación de la FCC/IC establecidos para un entorno no controlado. Este equipo debe instalarse y operarse a una distancia mínima de 20 cm entre el radiador y tu cuerpo, excepto en el caso de los auriculares y dispositivos de mano. Este transmisor no se debe colocar u operar en conjunto con ninguna otra antena o transmisor.

Puedes obtener más información sobre la seguridad de radiofrecuencia en el sitio web de la FCC en www.fcc.gov/general/radio-frequency-safety-0 y el sitio web de Industry Canada en www.ic.gc.ca/eic/site/smt-gst.nsf/eng/sf01904.html.

**Solo para dispositivos 802.11a y 802.11n 5GHz**
Este producto está restringido a uso solo en interiores para reducir cualquier daño potencial a causa de interferencia perjudicial que opera con licencia en el rango de frecuencia de 5.15 a 5.25 GHz.

Se avisa a los usuarios que los radares de alta potencia se asignan como usuarios principales (usuarios de prioridad) de las bandas 5250 a 5350 MHz y 5650 a 5850 MHz, y que estos radares pueden provocar interferencias o daños a los dispositivos LE-LAN.

Microsoft Corporation; One Microsoft Way; Redmond, WA 98052-6399; EE. UU. Estados Unidos: (800) 426-9400; Canadá: (800) 933-4750.

**ADVERTENCIA: Dispositivos inalámbricos al interior de aviones**
Antes de abordar un avión o empacar un dispositivo inalámbrico en equipaje que se vaya a revisar, sácale las baterías o apágalo (si tiene un interruptor de encendido/apagado). Los dispositivos inalámbricos pueden transmitir energía de radiofrecuencia (RF), como un teléfono celular, cuando las baterías están instaladas y está encendido (si tiene un interruptor de encendido y apagado).

**Desecho de baterías residuales y equipos eléctricos y electrónicos**

Este símbolo en el producto o sus baterías o embalaje significa que este producto y cualquier batería que contenga no deben desecharse con la basura común. En este caso, es tu responsabilidad llevarlo a un punto de recolección adecuado para el reciclaje de baterías y equipos eléctricos y electrónicos. La recolección selectiva y el reciclaje ayudarán a conservar los recursos naturales y a evitar posibles consecuencias negativas para la salud del hombre y el medio ambiente debidas a la posible presencia de sustancias peligrosas en baterías y equipos eléctricos y electrónicos desechados de forma inadecuada. Para obtener más información acerca de dónde debes dejar tus baterías y desechos eléctricos y electrónicos, ponte en contacto con tu oficina local de la ciudad/municipalidad, el servicio de recolección de basura doméstica o la tienda donde compraste este producto. Ponte en contacto con erecycle@microsoft.com para obtener información adicional sobre los desechos de equipos eléctricos y electrónicos, así como el desecho de baterías.

Este producto puede usar baterías de litio, NiMH o pilas alcalinas.

## DERECHOS DE AUTOR

La información y puntos de vista expresados en este documento, incluidas las URL y otras referencias a sitios web de Internet, pueden cambiar sin previo aviso. Este documento no te otorga derechos legales a ninguna propiedad intelectual de ningún producto Microsoft. Puedes copiar y usar este documento para propósitos internos de referencia.

© 2020 Microsoft Corporation. Reservados todos los derechos. Microsoft, Windows, Xbox, Xbox One, Xbox 360, Xbox Live, Kinect, los logotipos de Xbox y el logotipo de Xbox Live son marcas registradas del grupo de empresas de Microsoft.

## SERVICIO DE SOPORTE AL CLIENTE

Para obtener respuestas a las preguntas más frecuentes, instrucciones para la solución de problemas e información de contacto del Servicio de soporte al cliente de Xbox, visita xbox.com/xboxone/support.



Microsoft®

X18-91804-08

DECLARATION OF J. O'CONNELL ISO MOT. TO COMPEL
ARBITRATION & STAY - (20-cv-00640-RSM-MAT) - 125

X18-91804-08_MNL.indd 28 16.10.19 02:59

# Exhibit E



X19-91891-02

XBOX ONE

## XBOX ONE PRODUCT GUIDE

For Xbox One console, Kinect for Xbox One sensor, and accessory product manuals, go to xbox.com/xboxone/support/manual. **Kinect for Xbox One sensor may be sold separately.**

### IMPORTANT PRODUCT SAFETY AND WARRANTY INFORMATION

⚠ **This symbol identifies safety and health information in this product guide**

Read this guide for important safety and health information for the product that you have purchased.

⚠ **WARNING:** Failure to properly set up, use, and care for the Xbox One console and Kinect for Xbox One sensor can increase the risk of serious injury, death, property damage, or damage to the product or related accessories. Read this product guide for important safety and health information or go to xbox.com/xboxone/manual.

### AGREEMENT TO XBOX ONE LIMITED WARRANTY AND SOFTWARE LICENSE TERMS

You must accept the Xbox Terms of Use (including Xbox software terms and game license terms) at xbox.com/live/termsofuse, the software license terms at xbox.com/xboxone/slt, and the Limited Warranty at xbox.com/xboxone/warranty to use your Xbox One console, Xbox accessories and/or Kinect for Xbox sensor. By using the Xbox One console, Xbox accessories and/or Kinect for Xbox One sensor, you agree to be bound by these terms. Please read them. If you do not accept them, do not set up or use your Xbox One console, Xbox accessories and/or Kinect for Xbox One sensor. Return the Xbox product to Microsoft or your retailer for a refund.

### INITIAL CONSOLE SETUP AND UPDATES

You must connect to the Internet for initial console setup and updates before you can play offline (broadband Internet recommended [1.5 mbps down/768 kbps up]. Microsoft account and account on Xbox Live in an Xbox One-supported Xbox Live country/region required for initial setup and updates and for some features; ISP fees apply). For answers to questions about console setup, troubleshooting steps, and Xbox Customer Support contact information, visit xbox.com/support.

### USE WITH INFRARED DEVICES

The Kinect sensor may interfere with or degrade operation of infrared devices, including remote controls and 3D glasses. If you notice interference or reduced range, please try repositioning the Kinect sensor or infrared device.

### ELECTRICAL SAFETY

⚠ **WARNING**

As with many other electrical devices, failure to take the following precautions can result in serious injury or death from electric shock, fire, or damage to the Xbox One console or Kinect sensor.

*AC-Powered Devices*

Select an appropriate power source for your Xbox One console:

- Use only the power supply unit and AC power cord that came with your console or that you received from an authorized repair center. If you are not sure if you have the correct power supply unit, compare the model number on the power supply unit with the model number specified on your console. If you need a replacement power supply unit or AC power cord, you can find Xbox Customer Support contact information at xbox.com/support.
- Confirm that your electrical outlet provides the type of power indicated on the power supply unit (in terms of voltage [V] and frequency [Hz]). If you are not sure of the type of power supplied to your home, consult a qualified electrician.
- Do not use non-standard power sources, such as generators or inverters, even if the voltage and frequency appear acceptable. Use only AC power provided by a standard wall outlet.
- Do not overload your wall outlet, extension cord, power strip, or other electrical receptacle. Confirm that they are rated to handle the total current (in amps [A]) drawn by the Xbox One console (indicated on the power supply unit) and any other devices that are on the same circuit.

⚠ **CAUTION: Cables and Cords**

To reduce potential trip hazards or entanglement hazards, arrange any cables and cords so that people and pets are not likely to trip over or accidentally pull on them as they move around or walk through the area and do not allow children to play with cables and cords.

To avoid damaging the power cords and power supply:

- Protect power cords from being walked on or crushed.
- Protect cords from being pinched or sharply bent, particularly where they connect to the power outlet, the power supply unit, and the console.
- Do not jerk, knot, sharply bend, or otherwise abuse power cords.
- Do not expose power cords to sources of heat.
- Keep children and pets away from power cords. Do not allow them to bite or chew on them.
- When disconnecting power cords, pull on the plug, do not pull on the cord.

If a power cord or power supply unit becomes damaged in any way, stop using it immediately. Visit xbox.com/support for Xbox Customer Support contact information.

Unplug your Xbox One console during lightning storms or when unused for long periods.

### BATTERY POWERED DEVICES

⚠ **WARNING: Battery Safety**

The following precautions apply to all products that use disposable or rechargeable batteries including lithium polymer. Improper battery use may result in serious injury, death, property damage, or damage to the product or related accessories as a result of battery fluid leakage, fire, overheating, or explosion. Released battery fluid is corrosive and may be toxic. It can cause skin and eye burns, and is harmful if swallowed. To reduce the risk of injury:

Keep batteries out of reach of children.

Remove the batteries if they are worn out or before storing your device for an extended period. Always remove old, weak, or worn-out batteries immediately and recycle or dispose of them in accordance with local and national/regional disposal regulations.

If a battery leaks, remove all batteries by reversing the installation steps provided for this product, being careful to keep the leaked fluid from touching your skin or clothes. If fluid from the battery contacts skin or clothes, flush skin with water immediately. Before inserting new batteries, thoroughly clean the battery compartment with a dry cloth, or follow the battery manufacturer's recommendations for cleanup.

- Do not crush, open, puncture, mutilate, heat above 35°C (95°F) apply direct heat to, or dispose of batteries in fire.
- Do not mix new and old batteries or batteries of different types (for example, carbon-zinc and alkaline batteries).
- Do not allow metal objects to touch the battery terminals on the device; they can become hot and cause burns.
- Do not carry or place batteries together with necklaces, hairpins or other metal objects.
- Do not leave a battery-powered device in direct sunlight for an extended period, such as on the dash of a car during the summer.
- Do not immerse batteries in water or allow them to become wet.
- Do not connect batteries directly to wall outlets or car cigarette-lighter sockets.
- Do not attempt to connect to the battery terminals unless using a Microsoft approved host device.
- Do not strike, throw, step on, or subject batteries to severe physical shock.
- Do not pierce battery casings in any manner.
- Do not attempt to disassemble or modify batteries in any way.
- Do not recharge batteries near a fire or in extremely hot conditions.

## USE AND CARE OF YOUR XBOX ONE CONSOLE

**⚠ WARNING: Do Not Attempt Repairs**
Do not attempt to take apart, open, service, or modify the Xbox One console, power supply, Kinect sensor or accessories. Doing so could present the risk of electric shock, fire or other hazard, or damage to your Xbox One console, Kinect sensor, power supply or accessories. Evidence of any attempt to open and/or modify the Xbox console, Kinect sensor, power supply or accessories, including any peeling, puncturing, or removal of any of the labels, will void the Limited Warranty and render the Xbox One, Kinect sensor, power supply or accessories ineligible for authorized repair. Modifying your console can result in a permanent ban from Xbox Live, which is required for game play and some other console uses.

**⚠ WARNING: Do not allow the console, battery pack, or sensor to become wet**
To reduce the risk of fire or shock, do not expose the console or sensor to rain or other types of moisture.

**Use in accordance with these instructions:**

- Do not use near any heat sources.
- Do not position the console vertically.
- Only use attachments/accessories specified by Microsoft.
- Disconnect the console power supply from electrical power to prevent the console from being turned on and off or the disc from being ejected during cleaning.
- Clean the outside of the Xbox One only. Make sure that no objects are inserted into ventilation openings.
- Use a dry cloth—do not use abrasive pads, detergents, scouring powders, solvents (for example, alcohol, gasoline, paint thinner, or benzene), or other liquid or aerosol cleaners.
- Do not use compressed air.
- Do not use DVD head cleaner devices.
- Do not attempt to clean connectors.
- Clean the console feet and the surface on which the Xbox One rests with a dry cloth.
- Clean the surface on which the Kinect sensor rests with a dry cloth.

**Avoid smoke and dust**
Do not use the console in smoky or dusty locations. Smoke and dust can damage the console, particularly the optical disc drive.

**Disc use**

To avoid jamming the disc drive and damaging discs or the console:

- Remove discs before moving the console.
- Never use cracked discs. They can shatter inside the console and jam or break internal parts.
- Always return discs to their storage containers when they are not in the disc drive. Do not store discs in direct sunlight, near a heat source, or on your Xbox One. Always handle discs by their edges. To clean game and other discs:
  - Hold discs by the edges; do not touch the disc surface with your fingers.
  - Clean discs using a soft cloth, lightly wiping from the center outward.
  - Do not use solvents; they can damage the disc. Do not use disc-cleaning devices.

**Metallic objects and stickers**
Do not place metallic items or stickers near or on the Xbox One, as they can interfere with controller, networking, and eject and power buttons.

**⚠ CAUTION:** Stationary images in video games can "burn" into some TV screens, creating a permanent shadow. Consult your TV owner's manual of manufacturer before playing games.

## PLAY SPACE

**⚠ WARNING: Gameplay with your Kinect sensor may require varying amounts of movement. To reduce the risk of injury or property damage, take the following precautions before playing**:

- Make sure you have enough space to move freely.
- Look in all directions (right, left, forward, backward, down, and up). Make sure there is nothing you might trip on—toys, furniture, or loose rugs, for example.
- Make sure your play space is far enough away from windows, walls, stairs, etc.
- Be aware of children and pets in the area. If necessary, move objects or people out of the play space.

**While playing:**

- Stay far enough away from your TV to avoid contact.
- Keep enough distance from other players, bystanders, and pets. This distance may vary between games, so take account of how you are playing when determining how far away you need to be.
- Stay alert for objects or people you might hit or trip over. People and objects can move into the area during play, so always be alert to your surroundings.
- Make sure you always have good footing while playing:
- Play on a level floor with enough traction for game activities.
- Make sure to use proper footwear for gaming or are barefoot, if appropriate. Do not wear high-heels, flip-flops, etc.

**Don't overexert yourself**
Gameplay with the Kinect sensor may require varying amounts of physical activity.
Consult a doctor before using the sensor if you have any medical condition or issue that affects your ability to safely perform

physical activities, or if you:

- are or may be pregnant,
- have heart, respiratory, back, joint, or other orthopedic conditions,
- have high blood pressure,
- have difficulty with physical exercise, or
- have been instructed to restrict physical activity.

Consult your doctor before beginning any exercise routine or fitness regimen that includes using the Kinect sensor.

Do not play under the influence of drugs or alcohol, and make sure your balance and physical abilities are sufficient for any movements while gaming.

**Take breaks periodically**

Stop and rest if your muscles, joints, or eyes become tired or sore.

If you experience excessive fatigue, nausea, shortness of breath, chest tightness, dizziness, discomfort, or pain, STOP USING IMMEDIATELY and consult a doctor.

## PLAY HEALTHY

**⚠ WARNING: Important Health Warnings about Playing Video Games**

**Photosensitive Seizures**

A very small percentage of people may experience a seizure when exposed to certain visual images, including flashing lights or patterns that may appear in video games. Even people who have no history of seizures or epilepsy may have an undiagnosed condition that can cause these "photosensitive epileptic seizures" while watching video games.

These seizures may have a variety of symptoms, including lightheadedness, altered vision, eye, or face twitching, jerking or shaking of arms or legs, disorientation, confusion, or momentary loss of awareness. Seizures may also cause loss of consciousness or convulsions that can lead to injury from falling down or striking nearby objects.

Immediately stop playing and consult a doctor if you experience any of these symptoms. Parents should watch for or ask their children about the above symptoms—children and teenagers are more likely than adults to experience these seizures. The risk of photosensitive epileptic seizures may be reduced by taking the following precautions:

- Sit or stand farther from the TV screen.
- Use a smaller TV screen.
- Play in a well-lit room.
- Do not play when you are drowsy or fatigued.
- If you or any of your relatives have a history of seizures or epilepsy, consult a doctor before playing.

**Musculoskeletal Disorders**

Use of game controllers, keyboards, mice, or other electronic input devices may be linked to serious injuries or disorders.

When playing video games, as with many activities, you may experience occasional discomfort in your hands, arms, shoulders, neck, or other parts of your body. However, if you experience symptoms such as persistent or recurring discomfort, pain, throbbing, aching, tingling, numbness, burning sensation, or stiffness, DO NOT IGNORE THESE WARNING SIGNS. PROMPTLY SEE A QUALIFIED HEALTH PROFESSIONAL, even if symptoms occur when you are not playing a video game. Symptoms such as these can be associated with painful and sometimes permanently disabling injuries or disorders of the nerves, muscles, tendons, blood vessels, and other parts of the body. These musculoskeletal disorders (MSDs) include carpal tunnel syndrome, tendinitis, tenosynovitis, vibration syndromes, and other conditions.

While researchers are not yet able to answer many questions about MSDs, there is general agreement that many factors may be linked to their occurrence, including medical and physical conditions, stress and how one copes with it, overall health, and how a person positions and uses their body during work and other activities (including playing a video game). Some studies suggest the amount of time a person performs an activity may be a factor.

Some guidelines that may help you work and play more comfortably and possibly reduce your risk of experiencing an MSD can be found in the Healthy Gaming Guide at xbox.com/xboxone/playhealthy. These guidelines address topics such as:

- Positioning yourself to use comfortable, not awkward, postures.
- Keeping your hands, fingers, and other body parts relaxed.
- Taking breaks.
- Developing a healthy lifestyle.

If you have questions about how your own lifestyle, activities, or medical or physical condition may be related to MSDs, see a qualified health professional.

**⚠ WARNING: Choking Hazard**

This device may contain small parts that may be a choking hazard to children under 3. Keep small parts away from children.

**Make sure children play safely**

Make sure children using any Xbox One accessory together with the Xbox One console and Kinect sensor play safely and within their limits, and make sure that they understand proper use of the system. Refer to the Xbox One console guide at xbox.com/xboxone/support/manual for more information.

**Avoid glare**

To minimize eyestrain from glare, try the following:

- Position yourself at a comfortable distance from your television or monitor and the Kinect sensor.
- Place your television or monitor and Kinect sensor away from light sources that produce glare, or use window blinds to control light levels.
- Choose soothing natural light that minimizes glare and eyestrain and increases contrast and clarity.
- Adjust your television or monitor brightness and contrast.

**Prevent the console from falling**

If the Xbox One falls and hits someone, especially a small child, it could cause serious injury. To reduce the risk of such injuries and damage to the Xbox One console, set up the Xbox One according to these instructions. Place the console on a surface that:

- Is flat and level.
- Is stable and not likely to tip over.
- Allows all four feet of the console to be in contact with the surface.
- Is not likely to allow the console to slip or slide off.
- Is clean and free of dust and debris.

**Position your Xbox One**

Your console should only be used in the horizontal position to function properly. If you need to change the location of your console, remove discs, power down the system and remove all cables before moving the console.

**Prevent the console from overheating**

Do not block any ventilation openings on the console or power supply. Do not place the console or power supply on a bed, sofa, or other soft surface that may block openings. Do not place the console or power supply in a confined space, such as a bookcase, rack, or stereo cabinet, unless the space is well ventilated.

Do not place the console or power supply near any heat sources, such as radiators, heat registers, stoves, or amplifiers.
Using the Xbox One in an environment where the external temperature varies widely and quickly might damage the console. When moved to a location with a temperature difference of 20 degrees or more from the previous location, allow the console to come to room temperature before turning it on. The console's operating temperature is +5°C (+41°F) to +35°C (+95°F).

**WARNING: Hearing Safety**
Extended exposure to high sound volumes when using a headset may result in temporary or permanent hearing loss. To reduce the risk of hearing loss, set the volume loud enough to hear clearly in quiet surroundings, and no louder.

- Do not increase the volume after you start listening. Your ears can adapt over time so that high volume sounds normal, but the high volume may still damage your hearing.
- Do not increase the volume to block out outside noise. The combination of outside noise and sound from your headphones can damage your hearing. Sealed or noise-canceling headphones can reduce outside noise so that you don't have to turn up the volume.
- If you can't understand someone nearby speaking normally, turn down the volume. Sound that drowns out normal speech can damage your hearing. Even with sealed or noise canceling headphones, you should be able to hear nearby people speak.

**Minimize your time listening to loud sound.**

- The more time that you spend exposed to high sound volumes, the more likely you are to damage your hearing. The louder the sound, the less time that is required to damage hearing.
- At maximum volume, listening to music on the device with headphones can permanently damage your hearing in 15 minutes. Even lower volumes can damage hearing if you are exposed to it for many hours. All of the sound that you are exposed to during a day adds up. If you are exposed to other loud sound, it takes less time listening at high volumes to cause hearing damage.
- To safely use the device without a time limit, keep the volume low enough that you can carry on a conversation with people nearby.

**CAUTION: Personal Medical Devices**
Radio-frequency emissions from electronic equipment can negatively affect the operation of other electronic equipment, causing them to malfunction. Although the device is designed, tested, and manufactured to comply with regulations governing radio frequency emission in countries such as the United States, Canada, the European Union, and Japan, the wireless transmitters and electrical circuits in the device may cause interference in other electronic equipment. Always take the following precautions:

**Persons with pacemakers**

- The Health Industry Manufacturers Association recommends that a minimum separation of 6 inches (15 cm) be maintained between a wireless device and a pacemaker to avoid potential interference with the pacemaker.
- Wireless devices should not be carried in a breast pocket.
- If you have any reason to suspect that interference is occurring, turn the device off immediately.

**Other medical devices**
If you use any other personal medical device, contact the medical device manufacturer or your physician to determine whether it is appropriate for you to use other electronic devices near your medical device.

## ONE-YEAR LIMITED WARRANTY WITH ARBITRATION CLAUSE AND CLASS ACTION WAIVER

Microsoft warrants that your Xbox One console and Kinect for Xbox One sensor will not malfunction under normal use conditions for 1 year from the date you purchased it. The warranty excludes normal wear and tear, and damage caused by accident or abuse. **Other exclusions and limitations apply, including merchantability.** To obtain service, call Microsoft at (800) 4MY-XBOX (469-9269) or go to xbox.com/support. Please read the entire Limited Warranty, including more information about obtaining service, at xbox.com/xboxone/warranty. You may read and email a copy to yourself during product registration.

**If you live in the United States, Section 9 of the Limited Warranty contains a binding arbitration clause and class action waiver, available at xbox.com/xboxone/warranty/arbitration. The arbitration clause affects your rights about how to resolve a dispute with Microsoft. Please read it. Parts of the arbitration clause are described below.**

Any dispute not resolved by informal negotiation or in small claims court will be resolved only by individual binding arbitration under the Federal Arbitration Act before a neutral arbitrator whose decision will be final—not before a judge or jury, and not in a class action lawsuit or a class, representative, or private attorney general proceeding of any kind. The American Arbitration Association will conduct the arbitration under its Commercial Arbitration Rules. The Limited Warranty's arbitration clause contains the rest of the terms, instructions, and forms for notifying Microsoft of a dispute or commencing arbitration.

## REGULATORY INFORMATION

- Not intended for use in machinery, medical or industrial applications.
- Any changes or modifications not expressly approved by Microsoft could void the user's authority to operate this device.
- This product is for use with NRTL Listed (UL, CSA, ETL, etc.), and/or IEC/EN 60950-1 compliant (CE marked) Information Technology equipment.
- No serviceable parts included.
- This device is rated as a commercial product for operation at +5°C (41°F) to +35°C (+95°F).

To comply with RF exposure requirements, the following operating configurations must be satisfied: the antenna has been installed by the manufacturer and no changes can be made. The wireless devices must not be co-located or operating in conjunction with any other antenna or transmitter. Except for headset and handheld devices, wireless devices must be at least 20 cm (8 inches) between the antenna of the wireless device and all persons.

**For 802.11a and 802.11n 5GHz devices only**
This product is restricted to indoor use only to reduce any potential for harmful interference with licensed operation in the 5.15 to 5.25 GHz frequency range.

Models: 1540 (Xbox One console), 1525 or 1653 (Xbox One internal Wi-Fi module), 1520 (Kinect sensor), 1537 or 1697 or 1698 (Xbox One Wireless Controller).

Microsoft Corporation; One Microsoft Way; Redmond, WA 98052-6399; U.S.A. United States: (800) 426-9400; Canada: (800) 933-4750.

This Class B digital apparatus complies with Canadian ICES-003, RSS-Gen, RSS-210 and RSS-310 of Industry Canada (IC). Operation is subject to the following two conditions: (1) this device may not cause interference, and (2) this device must accept any interference received, including interference that may cause undesired operation.

This Class B digital apparatus complies with Canadian NMB 003, CNR Gen, CNR 210 and CNR 310 of Industry Canada (IC). Operation is subject to the following two conditions: (1) this device may not cause interference, and (2) this device must accept any interference received, including interference that may cause undesired operation.

To comply with IC RF exposure compliance requirements, the antenna used for this transmitter must be installed to provide a separation distance of at least 20 cm from all persons and must not be co-located or operating in conjunction with any other antenna or transmitter.

**Radio and TV interference regulations**

The Microsoft hardware device(s) can radiate radio frequency (RF) energy. If not installed and used in strict accordance with the instructions given in the printed documentation and/or onscreen Help files, the device may cause harmful interference with other radio-communications devices (for example AM/FM radios, televisions, baby monitors, cordless phones, etc.). However, there is no guarantee that RF interference will not occur in a particular installation.

To determine whether your hardware device is causing interference to other radio-communications devices, disconnect the device from your computer or remove the device's batteries (for a battery-operated device). If the interference stops, it was probably caused by the device. If the interference continues after you disconnect the hardware device or remove the batteries, turn the computer off and then on again. If the interference stopped when the computer was off, check whether one of the input/output (I/O) devices or one of the computer's internal accessory boards is causing the problem. Disconnect the I/O devices one at a time and see whether the interference stops.

If this hardware device does cause interference, try the following measures to correct it:

- Relocate the antenna of the other radio-communications device (for example AM/FM radios, televisions, baby monitors, cordless phones, etc.) until the interference stops.
- Move the hardware device farther away from the radio or TV, or move it to one side or the other of the radio or TV.
- Plug the computer into a different power outlet so that the hardware device and radio or TV are on different circuits controlled by different circuit breakers or fuses.

If necessary, ask your computer dealer or an experienced radio-TV technician for more suggestions. For more information about interference issues, go to the FCC website at: fcc.gov/cgb/consumerfacts/interference.html. You can also call the FCC at 1-888-CALL FCC to request Interference and Telephone Interference fact sheets.

**⚠ WARNING: Wireless Devices Aboard Aircraft**

Before boarding any aircraft or packing a wireless device in luggage that will be checked, remove the batteries from the wireless device or turn the wireless device off (if it has an on/off switch). Wireless devices can transmit radio frequency (RF) energy, much like a cellular telephone, when batteries are installed and the wireless device is turned on (if it has an on/off switch).

**Laser Specifications**

**⚠ CAUTION**

Use of controls or adjustments, or performance of procedures other than those specified herein may result in hazardous radiation exposure.

This device complies with International Standard IEC 60825-1:2007 for a Class 1 laser product. This device also complies with 21 CFR 1040.10 and 1040.11 except for deviations pursuant to Laser Notice No. 50, dated June 24, 2007.

The following Class 1 laser label is located on the bottom of the sensor:

CLASS 1 LASER PRODUCT
IEC 60825-1: 2007-3

**Disposal of waste batteries and electrical and electronic equipment**

This symbol on the product or its batteries or its packaging means that this product and any batteries it contains must not be disposed of with your household waste. Instead, it is your responsibility to hand this over to an applicable collection point for the recycling of batteries and electrical and electronic equipment. This separate collection and recycling will help to conserve natural resources and prevent potential negative consequences for human health and the environment due to the possible presence of hazardous substances in batteries and electrical and electronic equipment, which could be caused by inappropriate disposal. For more information about where you should drop off your batteries and electrical and electronic waste, please contact your local city/municipality office, your household waste disposal service, or the shop where you purchased this product. Contact weee@microsoft.com for more information about waste from electrical and electronic equipment and waste batteries.

This product may use Lithium, NiMH, or alkaline batteries. This product is for use with NRTL-listed (UL, CSA, ETL, etc.) and/or IEC/EN 60950 compliant (CE marked) Information Technology equipment.

**COPYRIGHT**

Information and views expressed in this document, including URL and other Internet website references, may change without notice. This document does not provide you with any legal rights to any intellectual property in any Microsoft product. You may copy and use this document for your internal, reference purposes.

© 2015 Microsoft Corporation. All rights reserved. Microsoft, Windows, Xbox, Xbox One, Xbox 360, Xbox Live, Kinect, the Xbox logos, and the Xbox Live logo are trademarks of the Microsoft group of companies.

This product incorporates copyright protection technology that is protected by method claims of certain U.S. patents and other intellectual property rights owned by Macrovision Corporation and other rights owners. Use of this copyright protection technology must be authorized by Macrovision Corporation, and is intended for home and other limited viewing uses only unless otherwise authorized by Macrovision Corporation. Reverse engineering or disassembly is prohibited.

HDMI, the HDMI logo, and High-Definition Multimedia Interface are trademarks or registered trademarks of HDMI Licensing, LLC.

HDMI
HIGH-DEFINITION MULTIMEDIA INTERFACE

For DTS patents, see http://patents.dts.com.

Manufactured under license from DTS Licensing Limited. DTS, DTS-HD, the Symbol, & DTS and the Symbol together are registered trademarks, and DTS-HD Master Audio | 7.1 is a

trademark of DTS, Inc. © DTS, Inc. All Rights Reserved.

Dolby and the double-D symbol are trademarks of Dolby Laboratories

| Licensed Technology | Copyright Notice |
|---|---|
| Dolby Digital Live (Encoder) | © 1992-2001 Dolby Laboratories. All rights reserved. |
| Dolby Digital Plus (Decoder) | © 2003-2012 Dolby Laboratories. All rights reserved. |
| Dolby Digital Plus Consumer (Encoder) | © 2009-2012 Dolby Laboratories. All rights reserved. |
| Dolby Digital Compatible Output (Encoder) | © 1993-2005 Dolby Laboratories. All rights reserved. |
| Dolby TrueHD (Decoder) | © 1995-2005 Dolby Laboratories. All rights reserved. |

DOLBY

Blu-ray Disc™, Blu-ray™, and the logos are trademarks of the Blu-ray Disc Association.

The names of actual companies and products mentioned herein may be the trademarks of their respective owners.

United States and/or international patents pending.

## CUSTOMER SUPPORT

For answers to common questions, troubleshooting steps, and Xbox Customer Support contact information, visit xbox.com/support.

## GUIDE DE PRODUIT DE XBOX ONE

Pour obtenir les guides de produit de la console Xbox One, du capteur Kinect pour Xbox One et des accessoires, visitez le site xbox.com/xboxone/support/manual.
**Capteur Kinect pour Xbox One peut être vendu séparément.**

### RENSEIGNEMENTS IMPORTANTS RELATIFS À LA SÉCURITÉ ET À LA GARANTIE

⚠ **Ce symbole indique les messages relatifs à la sécurité et à la santé dans le présent guide**
Lisez ce guide pour connaître les renseignements importants relatifs à la santé et à la sécurité pour le produit que vous venez d'acheter.

⚠ **AVERTISSEMENT :** Une mauvaise installation, utilisation ou un mauvais entretien de la console Xbox One et du capteur Kinect pour Xbox One peut augmenter les risques de blessure grave ou de décès, de dommages à la propriété ou de dommages aux appareils ou aux accessoires. Lisez ce guide de produit pour connaître les renseignements importants relatifs à la sécurité et à la santé ou visitez le site xbox.com/xboxone/manual.

**ACCEPTATION DE LA GARANTIE LIMITÉE DE XBOX ONE ET DES CONDITIONS DU CONTRAT DE LICENCE LOGICIELLE**
Vous devez accepter les conditions d'utilisation de Xbox (y compris les conditions d'utilisation du logiciel Xbox et les conditions de licence des jeux) accessibles à l'adresse xbox.com/live/termsofuse, les conditions du contrat de licence logicielle accessibles à l'adresse xbox.com/xboxone/slt et la garantie limitée accessible à l'adresse xbox.com/xboxone/warranty pour utiliser votre console Xbox One, les accessoires Xbox et/ou le capteur Kinect pour Xbox One. En utilisant la console Xbox One, les accessoires Xbox et/ou le capteur Kinect pour Xbox One, vous acceptez d'être lié par ces conditions. Veuillez prendre le temps de les lire. Si vous ne les acceptez pas, ne configurez pas votre console Xbox One, les accessoires Xbox ni le capteur Kinect pour Xbox One et ne les utilisez pas. Retournez le produit Xbox à Microsoft ou à votre détaillant afin d'obtenir un remboursement.

**CONFIGURATION ET MISES À JOUR INITIALES DE LA CONSOLE**
Vous devez vous connecter à Internet pour effectuer la configuration et les mises à jour initiales de la console avant de pouvoir jouer hors ligne (une connexion à Internet haute vitesse [à 1,5 Mb/s en amont et 768 kb/s en aval] est recommandée; un compte Microsoft et un compte Xbox Live dans un pays ou une région prenant en charge Xbox One sont nécessaires; des frais du fournisseur Internet s'appliquent). Pour connaître les réponses aux questions courantes sur la configuration de la console, des solutions de dépannage et les coordonnées du service à la clientèle de Xbox, consultez la page xbox.com/support.

**UTILISATION AVEC DES APPAREILS À INFRAROUGE**
Le capteur Kinect peut causer des interférences avec des appareils à infrarouge, comme des télécommandes ou des lunettes 3D, ou nuire à leur fonctionnement. Si vous constatez la présence d'interférences ou une diminution de la portée, essayez de repositionner le capteur Kinect ou l'appareil à infrarouge.

### SÉCURITÉ EN MATIÈRE D'ÉLECTRICITÉ

⚠ **AVERTISSEMENT**
Comme dans le cas de nombreux autres appareils électriques, si vous ne prenez pas les précautions suivantes, vous pourriez subir des blessures graves et même décéder à la suite d'une décharge électrique, d'un incendie ou de dommages à la console Xbox One ou au capteur Kinect.

*Appareils alimentés par courant alternatif*
Sélectionnez une source d'alimentation appropriée pour votre console Xbox One :

- N'utilisez que le bloc et le cordon d'alimentation CA fournis avec votre console ou provenant d'un centre de réparation autorisé. Si vous avez des doutes quant à la compatibilité de votre bloc d'alimentation, comparez son numéro de modèle à celui indiqué sur votre console. S'il vous faut un bloc ou un cordon d'alimentation de remplacement, communiquez avec le service à la clientèle de Xbox (les coordonnées se trouvent à l'adresse xbox.com/support).
- Vérifiez que votre prise de courant fournit le type d'alimentation indiqué sur le bloc d'alimentation (en ce qui a trait à la tension [V] et la fréquence [Hz]). Si vous ne savez pas quel type de courant alimente votre domicile, consultez un électricien qualifié.
- N'utilisez pas de source d'alimentation non standard, comme les génératrices ou les onduleurs, même si la tension et la fréquence semblent acceptables. N'utilisez que le courant alternatif provenant d'une prise murale standard.
- Ne surchargez pas votre prise murale de courant, votre rallonge, votre barre d'alimentation ni toute autre prise de courant. Assurez-vous qu'elles disposent d'une tension nominale suffisante relativement au courant total (en ampères [A]) nécessaire pour alimenter la console Xbox One (indiqué sur le bloc d'alimentation) et tout autre périphérique branché sur le même circuit.

⚠ **ATTENTION : Câbles et cordons**
Afin de réduire le risque de trébuchement ou d'emmêlement, placez les câbles et les cordons de façon à éviter que les personnes et les animaux trébuchent sur ceux-ci ou les accrochent accidentellement en circulant. Ne laissez pas les enfants jouer avec les câbles et les cordons.

Pour éviter d'endommager les cordons d'alimentation et le bloc d'alimentation, prenez les mesures suivantes :

- Protégez les cordons d'alimentation afin d'éviter qu'ils ne soient piétinés ou écrasés.
- Protégez les cordons pour éviter qu'ils ne soient pincés ou pliés, particulièrement aux connexions (prise de courant, bloc d'alimentation et console).
- Évitez de tirer d'un coup sec sur les cordons d'alimentation, de les nouer, de les plier en deux et de les abîmer.
- N'exposez pas les cordons d'alimentation à des sources de chaleur.
- Gardez les cordons d'alimentation hors de la portée des enfants et des animaux. Ne laissez pas ceux-ci mordre ou mastiquer les cordons.
- Lorsque vous débranchez le cordon d'alimentation, tirez sur la fiche et non sur le cordon.

Si un cordon ou le bloc d'alimentation est endommagé de quelque façon que ce soit, cessez immédiatement l'utilisation. Visitez le site xbox.com/support pour connaître les coordonnées du service à la clientèle de Xbox.

Débranchez votre console Xbox One pendant les orages ou lorsque vous comptez ne pas l'utiliser pendant une longue période.

### APPAREILS ALIMENTÉS PAR PILE

⚠ **AVERTISSEMENT : Sécurité concernant les piles**
Les précautions ci-dessous concernent tous les produits alimentés à l'aide de piles jetables ou rechargeables, y compris les piles au polymère de lithium. Une mauvaise utilisation des piles peut occasionner des fuites du liquide contenu dans les piles, des

incendies, une surchauffe ou des explosions pouvant causer des blessures, la mort, des dommages à la propriété ou des dommages au produit ou à ses accessoires. Le liquide contenu dans les piles est corrosif, voire toxique. Il peut provoquer des brûlures aux yeux ou à la peau et est nocif en cas d'ingestion. Pour réduire le risque de blessures, prenez les mesures suivantes :

Gardez les piles hors de la portée des enfants.
Enlevez les piles si elles sont usées ou si vous comptez ne pas utiliser votre appareil pendant une longue période. Retirez toujours immédiatement les piles anciennes, faibles ou usées et recyclez-les ou jetez-les conformément à la réglementation municipale et nationale en matière de gestion des déchets.
Si une pile coule, retirez toutes les piles en suivant le processus inverse de celui indiqué pour l'installation des piles de ce produit. Veillez à ce que le liquide qui fuit n'entre pas en contact avec votre peau ni avec vos vêtements. Si le liquide des piles entre en contact avec la peau ou les vêtements, rincez immédiatement la peau à grande eau. Avant d'insérer de nouvelles piles, nettoyez à fond le compartiment à piles à l'aide d'un chiffon sec ou suivez les recommandations du fabricant des piles.

- Vous ne devez jamais ouvrir, perforer, mutiler ni chauffer les piles à une température supérieure à 35 °C (95 °F), ni les exposer directement à une source de chaleur ou les jeter dans un feu.
- Ne mélangez pas des anciennes et des nouvelles piles ou des piles de types différents (par exemple, au carbone-zinc et alcalines).
- Les objets de métal ne doivent pas toucher les bornes des piles; ils peuvent devenir chauds et causer des brûlures.
- Ne transportez ni n'entreposez jamais les piles avec des colliers, des épingles à cheveux ou d'autres objets de métal.
- N'exposez pas un appareil alimenté par pile directement aux rayons du soleil pendant une longue période, par exemple en le laissant sur le tableau de bord d'une voiture durant l'été.
- Ne plongez pas les piles dans l'eau et ne les mouillez pas.
- Ne connectez pas les piles directement à une prise murale ou à l'allume-cigarette d'une voiture.
- Ne tentez pas de connecter les bornes de la pile à un appareil hôte non approuvé par Microsoft.
- Ne frappez pas les piles, ne les lancez pas, ne marchez pas sur celles-ci et ne leur faites pas subir de choc physique important.
- Ne perforez pas la paroi extérieure de la pile de quelque façon que ce soit.
- Ne tentez pas de démonter ni de modifier les piles de quelque façon que ce soit.
- Ne rechargez pas les piles à proximité d'un feu ou dans un environnement extrêmement chaud.

## UTILISATION ET ENTRETIEN DE VOTRE CONSOLE XBOX ONE

**⚠ AVERTISSEMENT : Ne tentez pas d'effectuer des réparations**
N'essayez pas de démonter, de modifier ni de réparer la console Xbox One, son bloc d'alimentation, le capteur Kinect ni les accessoires. Vous risqueriez de subir une décharge électrique, de provoquer un incendie ou un autre danger ou d'endommager votre système Xbox One ou votre capteur Kinect. Tout signe de tentative d'ouverture et/ou de modification de la console Xbox du capteur Kinect, du bloc d'alimentation ou des accessoires, y compris tout décollement, toute perforation ou tout retrait des étiquettes, annulera la garantie limitée et rendra la console Xbox One, le capteur Kinect, le bloc d'alimentation ou les accessoires inadmissibles à la réparation autorisée. La modification de votre console pourrait entraîner l'interdiction permanente de vous connecter à Xbox Live, un service essentiel pour le jeu et pour profiter d'autres usages de la console.

**⚠ AVERTISSEMENT : Évitez que la console et le capteur soient en contact avec de l'eau**
Évitez d'exposer la console et le capteur à la pluie ou à toute autre source d'humidité pour réduire les risques d'incendie et de décharge électrique.

**Suivez ces instructions lors de votre utilisation :**
- N'utilisez pas le produit près d'une source de chaleur.
- Ne placez pas la console à la verticale.
- N'utilisez que des accessoires approuvés par Microsoft.
- Débranchez le bloc d'alimentation de la console pour empêcher qu'elle s'allume ou s'éteigne ou que le compartiment à disque s'ouvre pendant le nettoyage.
- Ne nettoyez que l'extérieur de la console Xbox One. Assurez-vous qu'aucun objet n'obstrue les ouvertures d'aération.
- Utilisez un chiffon sec – évitez les tampons abrasifs, les détergents, les poudres à récurer, les solvants (alcool, essence, diluant pour peintures, benzène, etc.) ou tout autre nettoyant liquide ou en aérosol.
- N'utilisez pas d'air comprimé.
- N'utilisez pas de dispositif de nettoyage de tête de lecteur DVD.
- Ne tentez pas de nettoyer les connecteurs.
- Nettoyez les pieds de la console Xbox One et la surface sur laquelle elle repose à l'aide d'un chiffon sec.
- Nettoyez avec un chiffon sec la surface sur laquelle repose le capteur Kinect.

**Évitez la fumée et la poussière.**
N'utilisez pas la console dans un endroit enfumé ou poussiéreux. La fumée et la poussière peuvent endommager la console, particulièrement son lecteur de disque.

**Utilisation de disques**
Pour éviter de coincer le lecteur de disque et d'endommager les disques ou la console, prenez les mesures suivantes :
- Éjectez le disque avant de déplacer la console.
- N'utilisez jamais de disques fêlés. Ils peuvent se briser à l'intérieur de la console et bloquer ou casser des pièces internes.
- Remettez toujours les disques dans leur boîtier lorsqu'ils ne sont pas dans le lecteur. Évitez un contact direct prolongé de la lumière du soleil avec les disques et n'entreposez pas ceux-ci près d'une source de chaleur ou sur votre console Xbox One. Tenez toujours les disques par les côtés. Pour nettoyer les jeux et les autres disques :
  - Tenez le disque par les côtés. Ne touchez pas la surface du disque avec vos doigts.
  - Nettoyez le disque avec un chiffon doux, en l'essuyant délicatement à partir du centre vers l'extérieur.
  - N'utilisez pas de solvants, car ils peuvent endommager les disques. N'utilisez pas non plus d'appareils de nettoyage de disques.

**Objets métalliques et autocollants**
Évitez d'apposer des autocollants sur votre console Xbox One et de déposer des objets métalliques sur la console ou à proximité, car cela pourrait nuire au fonctionnement des manettes, du réseau et des boutons d'éjection et d'alimentation.

**⚠ ATTENTION :** Les images fixes des jeux vidéo peuvent rester imprimées dans certains écrans de télévision, créant ainsi une ombre permanente. Consultez le guide d'utilisation de votre téléviseur ou le fabricant de votre téléviseur avant de jouer à des jeux.

## ESPACE DE JEU

**⚠ AVERTISSEMENT : L'utilisation du capteur Kinect peut exiger des mouvements de différentes amplitudes. Afin de réduire le risque de blessure ou de dommage à la propriété, prenez les précautions suivantes avant de jouer** :

- Assurez-vous d'avoir suffisamment d'espace pour bouger librement.
- Regardez dans toutes les directions (à droite, à gauche, en avant, en arrière, en haut et en bas). Assurez-vous qu'il n'y a aucun objet sur lequel vous pourriez trébucher – des jouets, des meubles ou des tapis, par exemple.
- Faites en sorte que votre aire de jeu soit assez loin des fenêtres, murs, escaliers, etc.
- Gardez l'œil ouvert pour des enfants et des animaux dans les parages. Déplacez des objets ou demandez aux gens de vous laisser de l'espace si vous le jugez nécessaire.

**Pendant que vous jouez :**

- Éloignez-vous suffisamment du téléviseur pour ne pas entrer en contact avec l'appareil.
- Gardez suffisamment d'espace entre vous et les autres joueurs, observateurs et animaux. L'espace requis peut varier d'un jeu à l'autre, alors considérez votre façon de jouer quand vous déterminez la distance nécessaire.
- Gardez l'œil sur les objets ou les gens que vous pourriez frapper ou sur lesquels vous pourriez trébucher. Il se peut que les gens bougent ou que des objets soient déplacés dans la zone de jeu pendant que vous jouez, alors faites toujours preuve de vigilance.
- Assurez-vous d'avoir une bonne stabilité en tout temps :
- Jouez sur un plancher stable offrant suffisamment d'adhérence pour des activités de jeu.
- Assurez-vous de porter des chaussures convenables ou d'être pieds nus, selon le cas. Ne portez pas de souliers à talons hauts, de tongs, etc.

**Ne vous surmenez pas.**

L'utilisation du capteur Kinect peut exiger différentes intensités d'activité physique.

Consultez un médecin avant d'utiliser le capteur si vous présentez des symptômes ou vivez une situation qui affecte votre capacité à exercer des activités physiques, ou encore si l'une des situations suivantes s'applique à votre cas :

- vous êtes ou pourriez être enceinte,
- vous présentez des troubles cardiaques, respiratoires ou des problèmes de dos, d'articulations ou de toute autre nature orthopédique,
- vous souffrez d'hypertension artérielle,
- vous n'êtes pas en bonne condition physique,
- on vous a prescrit de limiter votre activité physique.

Consultez votre médecin avant de commencer un programme d'exercice ou un programme de conditionnement physique pour lequel vous utilisez le capteur Kinect.

Ne jouez pas lorsque vous êtes sous l'effet de drogues ou d'alcool et assurez-vous que vos capacités physiques et votre équilibre suffiront pour les mouvements à exécuter durant le jeu.

**Faites des pauses régulièrement.**

Arrêtez-vous pour vous reposer si vous éprouvez de la fatigue ou une raideur dans vos muscles, vos articulations ou vos yeux.

Si vous éprouvez une fatigue excessive, des nausées, un essoufflement, une pression à la poitrine, des étourdissements, un inconfort ou une douleur, cessez toute activité immédiatement et consultez un médecin.

## JOUEZ SAINEMENT

**⚠ AVERTISSEMENT : Informations importantes relatives à la santé lorsque vous jouez à des jeux vidéo**

**Crises d'épilepsie liées à la photosensibilité**

Pour un très faible pourcentage de personnes, l'exposition à certaines images, notamment aux lueurs et aux motifs clignotants pouvant apparaître dans les jeux vidéo, risque de provoquer une crise d'épilepsie liée à la photosensibilité. Même des personnes sans antécédent épileptique peuvent en être victimes.

Les symptômes de ces crises peuvent varier : étourdissements, altération de la vision, mouvements convulsifs des yeux ou du visage, crispation ou tremblement des bras ou des jambes, désorientation, confusion, perte de connaissance momentanée. Vous pouvez également vous blesser après être tombé ou avoir heurté des objets près de vous à la suite d'une perte de conscience ou de convulsions.

Arrêtez immédiatement de jouer et consultez un médecin si vous souffrez d'au moins un de ces symptômes. Il est conseillé aux parents de surveiller leurs enfants et de leur poser des questions concernant les symptômes ci-dessus; les enfants et les adolescents sont effectivement plus sujets à ce genre de crise que les adultes.

Les précautions suivantes peuvent réduire le risque d'une crise d'épilepsie photosensible :

- Éloignez-vous du téléviseur.
- Utilisez un écran de télévision de petite taille.
- Jouez dans une pièce bien éclairée.
- Évitez de jouer en cas d'envie de dormir ou de fatigue.
- Si vous ou un membre de votre famille avez des antécédents de crises d'épilepsie, consultez un médecin avant de jouer.

**Troubles musculo-squelettiques**

Il est possible que l'utilisation de manettes de jeu, de claviers, de souris ou d'autres périphériques d'entrée électroniques entraîne de graves blessures ou troubles.

Comme c'est le cas pour de nombreuses activités, il est possible que vous ressentiez occasionnellement de l'inconfort dans vos mains, vos bras, vos épaules, votre cou ou d'autres parties de votre corps lorsque vous jouez à des jeux vidéo. Cependant, si vous ressentez de façon persistante ou récurrente un inconfort, une douleur, un élancement, des picotements, un engourdissement, une sensation de brûlure ou une raideur, N'IGNOREZ PAS CES SIGNES AVANT-COUREURS. CONSULTEZ RAPIDEMENT UN PROFESSIONNEL DE LA SANTÉ QUALIFIÉ, même si les symptômes surviennent lorsque vous ne jouez pas à un jeu vidéo. De tels symptômes peuvent être associés à de douloureux, et parfois permanents, troubles et maladies affectant les nerfs, les muscles, les tendons, les vaisseaux sanguins et d'autres parties du corps. Ces troubles musculosquelettiques (TMS) comprennent le syndrome du canal carpien, la tendinite, la ténosynovite, des syndromes de vibration, ainsi que d'autres symptômes.

Même si de nombreuses questions sur les TMS demeurent encore sans réponse, les chercheurs s'entendent généralement pour dire que de nombreux facteurs peuvent contribuer à leur apparition, y compris les maladies, la condition physique, le stress et la façon de le gérer, l'état de santé général, la position du corps lors du travail et des autres activités (comme les jeux vidéo). Selon certaines études, la durée d'une activité pourrait également être un facteur.

Certaines directives peuvent vous aider à travailler et à jouer confortablement, et peuvent réduire le risque de souffrir d'un TMS. Elles sont répertoriées à la page Healthy Gaming Guide du site xbox.com/xboxone/playhealthy. Parmi ces directives, notons les suivantes :

- Adoptez des positions confortables.
- Assurez-vous de détendre vos mains, vos doigts et les autres parties de votre corps.
- Prenez des pauses.
- Adoptez un mode de vie sain.

Si vous avez des questions concernant un possible lien entre votre mode de vie, vos activités, votre état de santé ou votre condition physique et les TMS, consultez un professionnel de la santé qualifié.

**AVERTISSEMENT : Risque de suffocation**

Cet appareil est susceptible de contenir des petites pièces pouvant présenter un risque de suffocation pour les enfants de moins de 3 ans. Gardez les petites pièces hors de portée des enfants.

**Assurez-vous que les enfants jouent de manière sécuritaire**

Assurez-vous que les enfants qui utilisent un accessoire Xbox One avec la console Xbox One et le capteur Kinect jouent de façon sécuritaire en respectant leurs limites et qu'ils comprennent comment utiliser convenablement le système. Consultez le guide de la console Xbox One sur le site xbox.com/xboxone/support/manual pour obtenir des renseignements supplémentaires.

**Éviter l'éblouissement**

Voici quelques façons de réduire la fatigue visuelle due à l'éblouissement :

- Tenez-vous à une distance confortable du téléviseur ou de l'écran, ainsi que du capteur Kinect.
- Placez votre téléviseur ou votre écran et votre capteur Kinect loin des sources de lumière pouvant créer un éblouissement, et modérez le niveau de lumière à l'aide de stores.
- Optez pour un éclairage naturel qui réduit l'éblouissement et la fatigue visuelle tout en augmentant le contraste et la clarté.
- Ajustez la luminosité et le contraste de votre téléviseur ou de votre écran.

**Empêcher la console de tomber**

Si la console Xbox One tombe et heurte quelqu'un, surtout un jeune enfant, elle risquerait de causer de graves blessures. Pour réduire les risques de telles blessures et de dommages à la console Xbox One, installez-la en suivant les instructions ci-dessous. Placez la console sur une surface :

- plane et horizontale;
- stable, qui ne risque pas de se renverser;
- qui permet un contact avec les quatre pattes de la console;
- sur laquelle la console ne risque pas de glisser;
- propre et exempte de poussière et de débris.

**Positionnement de votre console Xbox One**

Votre console ne doit être utilisée qu'en position horizontale afin d'assurer son bon fonctionnement. Si vous devez changer l'emplacement de votre console, éjectez le disque, mettez le système hors tension et retirez tous les câbles avant de déplacer la console.

**Empêchez la console de surchauffer**

N'obstruez aucune ouverture d'aération sur la console ou le bloc d'alimentation. Ne déposez pas la console ni le bloc d'alimentation sur un lit, un canapé ou une autre surface molle qui risquerait d'obstruer les ouvertures de ventilation. Ne placez pas la console ni le bloc d'alimentation dans un espace confiné, par exemple, une bibliothèque, une étagère, un meuble stéréo, sauf si l'espace est bien aéré.

Ne placez pas la console ni le bloc d'alimentation à proximité de sources de chaleur comme les radiateurs, les registres de chaleur, les cuisinières ou les amplificateurs.

Les écarts importants et les changements rapides de la température peuvent endommager la console Xbox One. Si vous la déplacez dans un endroit où la température diffère de 20 degrés ou plus, laissez votre console Xbox One s'adapter à la température ambiante avant de l'utiliser. La console est conçue pour fonctionner à des températures entre 5 °C (41 °F) et 35 °C (95 °F).

**AVERTISSEMENT : Protection de l'ouïe**

Une exposition prolongée à des volumes sonores élevés lors du port d'un casque risque de provoquer une perte auditive temporaire ou permanente. Pour réduire le risque de perte auditive, réglez le volume à un niveau suffisant pour entendre clairement dans un environnement silencieux et ne l'élevez pas davantage.

- Ne montez pas le volume après avoir commencé à écouter. Avec le temps, vos oreilles s'habituent de façon à ce qu'un volume élevé semble normal, mais ce volume peut quand même endommager votre ouïe.
- Ne montez pas le volume dans le but d'étouffer le bruit extérieur. Le bruit extérieur combiné au son de vos écouteurs risque d'endommager votre ouïe. Les écouteurs fermés ou suppresseurs de bruit réduisent l'intensité du bruit extérieur afin que vous n'ayez pas à augmenter le volume.
- Si vous ne pouvez pas entendre quelqu'un près de vous qui parle normalement, baissez le volume. Les sons qui noient les paroles d'intensité normale peuvent endommager votre ouïe. Même en portant des écouteurs fermés ou suppresseurs de bruit, vous devriez entendre la voix des personnes qui vous entourent.

**Réduisez au minimum le temps que vous passez à écouter des sons d'une intensité élevée.**

- Plus vous passez de temps à écouter des sons d'une intensité élevée, plus vous risquez d'endommager votre ouïe. Plus le son est fort, moins le temps nécessaire pour endommager l'ouïe est long.
- Écouter de la musique en réglant l'appareil au volume maximum et en portant des écouteurs peut endommager votre ouïe de façon permanente en 15 minutes. Même les volumes plus faibles peuvent entraîner une perte auditive si vous y êtes exposé(e) pendant de nombreuses heures. Tous les sons que vous entendez pendant une journée s'additionnent. Si vous réglez le son de votre appareil à un volume élevé et que vous êtes exposé à d'autres sons d'une intensité élevée, votre ouïe sera endommagée plus rapidement.
- Pour utiliser l'appareil en toute sécurité sans limite de temps, maintenez le volume suffisamment bas pour pouvoir converser avec les personnes près de vous.

**ATTENTION : Appareils médicaux personnels**

Les émissions de radiofréquences par les appareils électroniques peuvent avoir un impact négatif sur le fonctionnement d'autres appareils, ce qui peut causer leur mauvais fonctionnement. Même si l'appareil est conçu, testé et fabriqué conformément à la réglementation concernant l'émission de radiofréquences dans des pays comme les États-Unis, le Canada, l'Union européenne et le Japon, les émetteurs sans fil et les circuits électriques de l'appareil peuvent causer des interférences avec d'autres appareils électroniques. Prenez toujours les précautions suivantes :

**Personnes utilisant un stimulateur cardiaque**

- La Health Industry Manufacturers Association recommande de maintenir une distance de 6 pouces (15 centimètres) entre un appareil sans fil et un stimulateur cardiaque afin d'éviter les interférences entre les deux appareils.

- Les appareils sans fil ne doivent pas être transportés dans la poche de poitrine d'un vêtement.
- Si vous soupçonnez la présence d'interférences pour quelque raison que ce soit, mettez immédiatement l'appareil hors tension.

**Autres appareils médicaux**
Si vous utilisez un autre appareil médical personnel, communiquez avec le fabricant de l'appareil médical ou avec votre médecin afin de savoir si vous pouvez utiliser d'autres appareils électroniques à proximité de votre appareil médical.

## GARANTIE LIMITÉE DE UN AN AVEC CLAUSE D'ARBITRAGE ET RENONCIATION AU RECOURS COLLECTIF

Microsoft garantit que votre console Xbox One et votre capteur Kinect pour Xbox One ne présenteront aucune défectuosité en conditions normales d'utilisation pendant un an à partir de la date d'achat. La garantie ne couvre pas l'usure normale et les dommages causés par un accident ou survenant à la suite d'une mauvaise utilisation. **D'autres exclusions et restrictions s'appliquent, notamment concernant la qualité marchande.** Pour obtenir une réparation, communiquez avec Microsoft au numéro 800 4MY-XBOX (469-9269) ou visitez le site xbox.com/support. Veuillez lire l'ensemble de la garantie limitée à l'adresse xbox.com/xboxone/warranty; vous y trouverez notamment des renseignements supplémentaires sur les réparations. Vous pouvez lire le document et vous l'envoyer par courriel au moment de l'enregistrement du produit.

**Si vous êtes un résident des États-Unis, l'article 9 de la garantie limitée comprend une clause d'arbitrage et une renonciation au recours collectif obligatoires, accessibles à l'adresse xbox.com/xboxone/warranty/arbitration. La clause d'arbitrage concerne vos droits quant au règlement d'un litige avec Microsoft. Veuillez prendre le temps de la lire. Certaines parties de la clause d'arbitrage sont décrites ci-dessous.**

Tout litige n'étant pas résolu lors d'une négociation informelle ou devant la cour des petites créances sera résolu au moyen d'un arbitrage sans appel conforme au Federal Arbitration Act devant un arbitre neutre dont la décision sera sans appel, et non devant un juge ou un jury, ni dans le cadre d'un recours collectif, d'une poursuite ou de quelque instance judiciaire que ce soit ayant lieu devant un tribunal, un représentant ou un procureur général privé. L'American Arbitration Association dirigera l'arbitrage conformément aux Commercial Arbitration Rules. La clause d'arbitrage de la garantie limitée explique les autres conditions, instructions et méthodes selon lesquelles aviser Microsoft de l'existence d'un litige ou d'un arbitrage.

## INFORMATION RÉGLEMENTAIRE

- Ce produit n'a pas été conçu pour être utilisé avec de la machinerie ni pour des applications médicales ou industrielles.
- Tout changement ou toute modification n'ayant pas l'approbation de Microsoft pourrait retirer à l'utilisateur le droit de se servir de ce produit.
- Ce produit est conçu pour être utilisé avec du matériel de technologie de l'information conforme aux normes NRTL (UL, CSA, ETL, etc.) ou IEC/EN 60950-1 (mention CE).
- Il n'y a pas de pièces remplaçables à l'intérieur.
- Cet appareil est considéré comme un appareil commercial pouvant fonctionner à des températures entre 5 °C (41 °F) et 35 °C (95 °F).

Pour se conformer aux normes en matière d'exposition aux rayonnements RF, il convient de respecter les configurations d'utilisation suivantes : l'antenne a été installée par le fabricant et aucun changement ne peut y être apporté; les dispositifs sans fil ne doivent pas être installés au même endroit ni utilisés conjointement avec une autre antenne ou un autre émetteur. À l'exception des micro-casques et des appareils portables, les appareils sans fil doivent être utilisés à une distance supérieure à 20 cm (8 pouces) de leur antenne et de toute personne.

**Pour les appareils à connectivité 802.11a et 802.11n à 5 GHz seulement**
Ce produit peut uniquement être utilisé à l'intérieur pour réduire les risques d'interférences nuisibles potentielles lors d'une utilisation sous licence dans une plage de fréquence allant de 5,15 GHz à 5,25 GHz.

Modèles: 1540 (Console Xbox One), 1525 or 1653 (Xbox One réseau sans fil), 1520 (sensor Kinect), 1537 or 1697 or 1698 (Manette sans fil Xbox One).

Microsoft Corporation; One Microsoft Way; Redmond, WA 98052-6399; États-Unis : 800 426-9400 Canada : (800) 933-4750.

Cet appareil numérique de classe B est conforme aux normes canadiennes ICES-003, RSS-Gen, RSS-210 et RSS-310 d'Industrie Canada (IC). L'utilisation de ce dispositif est autorisée seulement aux deux conditions suivantes : (1) cet appareil ne doit pas causer d'interférences et (2) cet appareil doit pouvoir accepter les interférences, y compris celles qui pourraient nuire à son fonctionnement.

Cet appareil numérique de la classe B est conforme aux normes NMB-003, CNR-Gen, CNR-210 et CNR-310 du Canada. Son fonctionnement est assujetti aux deux conditions suivantes : (1) Cet appareil ne peut pas provoquer d'interférences nuisibles et (2) cet appareil doit accepter toute interférence reçue, y compris les interférences pouvant entraîner un fonctionnement non désiré.

Afin de respecter les normes d'IC concernant l'exposition à la radiofréquence, l'antenne de ce transmetteur doit être installée à au moins 20 cm de toute personne et ne doit pas être installé au même endroit qu'une autre antenne ou un autre transmetteur, ni fonctionner conjointement avec ceux-ci.

**⚠ AVERTISSEMENT : Appareils sans fil à bord d'un avion**
Avant de monter à bord d'un avion ou de placer un appareil sans fil dans un bagage qui doit être enregistré, retirez les piles de l'appareil sans fil ou mettez ce dernier hors tension (s'il est doté d'un interrupteur de marche/arrêt). Les appareils sans fil peuvent transmettre de l'énergie de radiofréquence (RF), un peu comme un téléphone cellulaire, lorsque des piles y sont installées et que l'appareil est sous tension (s'il est doté d'un interrupteur de marche/arrêt).

**Spécifications du laser**

**⚠ ATTENTION**
L'utilisation de contrôles, les ajustements ou l'exécution de procédures autres que celles précisées aux présentes pourraient causer une exposition dangereuse à de la radiation.

Cet appareil est conforme à la norme internationale IEC 60825-1:2007 pour un produit laser de classe 1. Cet appareil est également conforme aux réglementations 21 CFR 1040.10 et 1040.11 (de la U.S. Food and Drug Administration) sauf pour les déviations relatives au document Laser Notice No. 50 daté du 24 juin 2007.
L'étiquette de laser de classe 1 suivante se trouve sur le dessous du capteur:

CLASS 1 LASER PRODUCT
IEC 60825-1: 2007-3

**Mise au rebut des piles usées et des appareils électriques et électroniques**

Ce symbole, apposé sur le produit, sur les piles ou sur l'emballage, indique que le produit et les piles qu'il contient ne doivent pas être jetés avec vos ordures ménagères. En effet, il vous incombe de le remettre à un point de collecte approprié pour le recyclage des piles et du matériel électrique et électronique. Cette collecte et ce recyclage distincts permettront de conserver les ressources naturelles et de prévenir d'éventuelles conséquences néfastes sur la santé humaine et l'environnement découlant de la présence possible de substances dangereuses dans les piles et le matériel électrique et électronique. Pour savoir où apporter vos piles et vos appareils électriques et électroniques, communiquez avec votre municipalité, avec le service responsable de la collecte de vos ordures ménagères ou avec le revendeur auprès duquel vous vous êtes procuré ce produit. Écrivez à l'adresse weee@microsoft.com pour obtenir des renseignements supplémentaires sur l'élimination des piles et des appareils électriques et électroniques.

Ce produit peut fonctionner à l'aide de piles au lithium, au nickel-métal-hydrure ou de piles alcalines. Cet appareil ne doit être utilisé qu'avec des appareils conformes à la norme IEC/EN 60950 (marqués du sceau CE) ou reconnus par la NRTL (Nationally recognized testing laboratory) (marqués du sceau UL, CS, ETL, par exemple).

## DROIT D'AUTEUR

L'information et les opinions présentées dans ce document, y compris les adresses URL et les autres références à des sites Web, peuvent être modifiées sans préavis. Ce document ne vous accorde aucun droit précis en vertu de la loi à toute propriété intellectuelle relative à tout produit Microsoft. Vous pouvez copier et utiliser ce document à des fins de référence personnelle.

© 2015 Microsoft Corporation. Tous droits réservés. Microsoft, Windows, Xbox, Xbox One, Xbox 360, Xbox Live, Kinect, les logos Xbox et le logo Xbox Live sont des marques de commerce du groupe de sociétés Microsoft.

Ce produit intègre une technologie de protection du droit d'auteur qui est protégée par certains brevets américains et par d'autres droits de propriété intellectuelle détenus par Macrovision Corporation et d'autres entités. L'utilisation de cette technologie de protection des droits d'auteur doit être autorisée par Macrovision Corporation et est réservée uniquement aux utilisations résidentielles et autres utilisations limitées, sauf autorisation de Macrovision Corporation. L'ingénierie inverse et le démontage sont interdits.

HDMI, le logo HDMI et High-Definition Multimedia Interface sont des marques de commerce ou des marques déposées de HDMI Licensing LLC.

HDMI™
HIGH-DEFINITION MULTIMEDIA INTERFACE

Pour les brevets DTS, visitez le site http://patents.dts.com.

Fabrication sous licence de DTS Licensing Limited. DTS, DTS-HD, le symbole, & DTS et le symbole ensemble sont des marques commerciales déposées, et DTS-HD Master Audio | 7.1 est une marque comemrciale déposée de DTS, Inc. © DTS, Inc. Tous droits réservés.

Dolby et le symbole double-D sont des marques commerciales déposées de Dolby Laboratories.

| Licensed Technology | Copyright Notice |
|---|---|
| Dolby Digital Live (Encoder) | © 1992-2001 Dolby Laboratories. Tous droits réservés. |
| Dolby Digital Plus (Decoder) | © 2003-2012 Dolby Laboratories. Tous droits réservés. |
| Dolby Digital Plus Consumer (Encoder) | © 2009-2012 Dolby Laboratories. Tous droits réservés. |
| Dolby Digital Compatible Output (Encoder) | © 1993-2005 Dolby Laboratories. Tous droits réservés. |
| Dolby TrueHD (Decoder) | © 1995-2005 Dolby Laboratories. Tous droits réservés. |

DOLBY.

Blu-ray Disc™, Blu-ray™ et leurs logos sont des marques commerciales de la Blu-ray Disc Association.

Les noms des entreprises et produits réels mentionnés aux présentes peuvent être des marques de commerce de leurs propriétaires respectifs.

Brevets américains et/ou internationaux en instance.

## SERVICE À LA CLIENTÈLE

Pour connaître les réponses aux questions courantes, des solutions de dépannage et les coordonnées du service à la clientèle de Xbox, consultez la page xbox.com/support.

## GUÍA DEL PRODUCTO XBOX ONE

Para obtener los manuales de la consola Xbox One, el sensor Kinect para Xbox One y los productos accesorios, consulte xbox.com/xboxone/support/manual.
**Sensor Kinect para Xbox One puede venderse por separado.**

### INFORMACIÓN IMPORTANTE DE SEGURIDAD Y GARANTÍA DEL PRODUCTO

**Este símbolo identifica los mensajes de seguridad y salud en esta guía del producto**
Lea esta guía para obtener información importante de seguridad y salud correspondiente al producto que compró.

**ADVERTENCIA:** Si este producto no se configura, utiliza y cuida adecuadamente, la consola Xbox One y el sensor Kinect para Xbox One puede aumentar el riesgo de lesión grave, muerte, daño a la propiedad, o bien de daño al producto o sus accesorios relacionados. Lea esta guía del producto para obtener información importante de seguridad y salud o consulte xbox.com/xboxone/support/manual.

### CONTRATO DE GARANTÍA LIMITADA DE XBOX ONE Y TÉRMINOS DE LICENCIA DE SOFTWARE

Debe aceptar las Condiciones de uso de Xbox (incluidos los términos del software de Xbox y los términos de licencia del software) en xbox.com/live/termsofuse, términos de licencia del software en xbox.com/xboxone/slt, y la Garantía limitada en xbox.com/xboxone/warranty para usar su consola Xbox One, los accesorios de Xbox y/o el sensor Kinect para Xbox. Al usar la consola Xbox One, los accesorios de Xbox y/o el sensor Kinect para Xbox One, usted acepta estar sujeto a estos términos. Léalos. Si no acepta estos términos y condiciones, no instale ni utilice la consola Xbox One, los accesorios de Xbox y/o el sensor Kinect para Xbox One. Devuelva el producto Xbox a Microsoft o a su vendedor para que se lo reembolsen.

### CONFIGURACIÓN INICIAL DE LA CONSOLA Y ACTUALIZACIONES

Deberá estar conectado a Internet para realizar la configuración inicial de la consola y las actualizaciones antes de poder jugar sin conexión. (Se requiere Internet de banda ancha [1.5 mbps de descarga/768 kbps de subida] una cuenta de Microsoft y una cuenta en Xbox Live, en un país/región de Xbox Live compatible con Xbox One para realizar la configuración inicial para algunas características; aplican los costos de su Proveedor de Servicio de Internet). Puede que se requiera actualización importante en línea durante la configuración inicial. Para obtener respuestas a las preguntas sobre configuración de la consola, instrucciones para la solución de problemas e información de contacto del Servicio de soporte al cliente de Xbox, visite www.xbox.com/support.

### USO CON DISPOSITIVOS DE INFRARROJO

El sensor Kinect puede interferir con o disminuir el funcionamiento de dispositivos de infrarrojo, incluidos controles remotos y anteojos en 3D. Si observa interferencias o un rango reducido, intente reubicar el sensor Kinect o el dispositivo de infrarrojo.

### SEGURIDAD ELÉCTRICA

**ADVERTENCIA**
Al igual que con muchos otros dispositivos eléctricos, si no se toman las siguientes precauciones se pueden producir lesiones graves o la muerte por causa de una descarga eléctrica o incendio, o bien daños a la consola Xbox One o el sensor Kinect.

*Equipos con energía de CA*
Selecciona una fuente de alimentación adecuada para la consola Xbox One:

- Use únicamente la unidad de fuente de alimentación y el cable de CA que vienen con su consola o que recibió de un centro de reparación autorizado. Si no está seguro de tener la unidad de alimentación correcta, compara el número de modelo de la unidad con el número de modelo especificado en la consola. Si necesita una unidad de fuente de alimentación o un cable de CA de reemplazo, puede encontrar información de contacto del Servicio de soporte al cliente de Xbox en xbox.com/support.
- Confirme que su tomacorriente eléctrico proporciona el tipo de alimentación indicado en la unidad de fuente de alimentación (en términos de voltaje [V] y frecuencia [Hz]). Si no está seguro del tipo de alimentación suministrado en su hogar, consulte con un eléctrico calificado.
- No use fuentes de alimentación no estándar, como generadores o inversores, incluso aunque el voltaje y la frecuencia parezcan aceptables. Use sólo alimentación de CA desde un tomacorriente de pared estándar.
- No sobrecargue el tomacorriente de pared, el cable del alargador, el enchufe múltiple u otros receptáculos eléctricos. Confirme que cuentan con calificación para manejar la corriente total (en amperes [A]) derivada de la consola Xbox One (indicada en la unidad de fuente de alimentación) y cualquier otro dispositivo que esté en el mismo circuito.

**PRECAUCIÓN: Cables**
Para reducir los peligros potenciales de tropezar o enredarse, ordene los cables de manera que las personas y las mascotas no se tropiecen o los tiren accidentalmente al moverse o caminar por el área. Tampoco permita que los niños jueguen con los cables.

Para evitar causar daños en los cables y la fuente de alimentación:

- Proteja los cables de alimentación de ser pisados o aplastados.
- Proteja los cables de ser apretados o curvados de manera excesiva, sobre todo por la parte que se conecta al enchufe eléctrico, la unidad de la fuente de alimentación y la consola.
- No sacuda, anude ni doble excesivamente los cables de alimentación ni los utilice de ninguna otra forma inadecuada.
- No exponga los cables de alimentación a fuentes de calor.
- Mantenga a los niños y las mascotas alejados de los cables de alimentación. No permita que los muerdan o mastiquen.
- Al desconectar los cables de alimentación, tire del enchufe, no del cable.

Si un cable de alimentación o unidad de fuente de alimentación se daña de alguna manera, detenga su uso de inmediato. Visite xbox.com/support para obtener la información de contacto del Servicio de soporte al cliente de Xbox.

Desconecte la consola Xbox One durante las tormentas eléctricas o cuando no vaya a ser utilizada durante largos períodos.

### DISPOSITIVOS CON ALIMENTACIÓN POR BATERÍAS

**ADVERTENCIA: Seguridad de las baterías**
Se aplican las siguientes precauciones a todos los productos que utilicen baterías desechables o recargables, incluidas las de polímero de litio. El uso inadecuado de baterías podría tener como consecuencia lesiones, la muerte, daño a la propiedad, o bien daño al equipo o sus accesorios como resultado de fugas de líquido, incendio, sobrecalentamiento o explosiones. El líquido derramado es corrosivo y podría ser tóxico. Puede provocar quemaduras en la piel y en los ojos, y resulta nocivo si se ingiere. Para reducir el riesgo de lesiones:



Mantenga las baterías fuera del alcance de los niños.
Extraiga las baterías si están gastadas o antes de guardar el dispositivo durante largos períodos. Siempre extraiga las baterías antiguas, medio descargadas o gastadas inmediatamente y recíclelas o deséchelas de acuerdo con las disposiciones legales locales, regionales y nacionales.
Si sale líquido de una batería, extráigalas todas siguiendo de forma inversa los pasos de instalación de este producto y procure que el líquido derramado no entre en contacto con la piel ni con la ropa. Si el líquido de la batería entra en contacto con la piel o con la ropa, limpie la piel con agua inmediatamente. Antes de insertar baterías nuevas, limpie exhaustivamente el compartimento de la batería con un paño seco, o bien siga las recomendaciones de limpieza del fabricante de la batería.

- No aplaste, abra, perfore, deforme, caliente por sobre 35 °C (95 °F), aplique calor directo ni arroje las baterías al fuego.
- No mezcle baterías nuevas con viejas o baterías de distintos tipos (por ejemplo, de carbono-cinc y alcalinas).
- No permita que objetos metálicos toquen los terminales de las baterías en el dispositivo; pueden calentarse y provocar quemaduras.
- No transporte o coloque baterías junto con collares, horquillas para el cabello u otros objetos metálicos.
- No deje el dispositivo con alimentación por batería bajo la luz directa del sol durante un periodo prolongado, como por ejemplo sobre el tablero de un automóvil durante el verano.
- No sumerja las baterías en agua ni permita que se mojen.
- No conecte las baterías directamente a tomacorrientes de pared o tomas de encendedores de automóvil.
- No intente conectar a los terminales de las baterías, a menos que utilice un dispositivo de alojamiento aprobado por Microsoft.
- No golpee, arroje, pise o someta las baterías a una descarga eléctrica física intensa.
- No atraviese los recubrimientos de las baterías de ninguna forma.
- No intente desarmar ni alterar las baterías de ninguna forma.
- No recargue las baterías cerca de un incendio o en condiciones extremadamente calurosas.

## USO Y CUIDADOS DE SU CONSOLA XBOX ONE

**ADVERTENCIA: No intente realizar reparaciones**
No intente desmontar, abrir, reparar ni alterar la consola Xbox One, la fuente de alimentación, el sensor Kinect o los accesorios. Al hacerlo existe el riesgo de descarga eléctrica, incendio u otros peligros, o daño para su consola Xbox One, el sensor Kinect, la fuente de alimentación o los accesorios. La evidencia de cualquier intento por abrir y/o modificar la consola Xbox, el sensor Kinect, la fuente de alimentación o los accesorios, incluidas peladuras, perforaciones o retirada de cualquiera de las etiquetas, anulará la Garantía limitada y hará que la Xbox One no pueda optar a ser reparada por un servicio autorizado. Modificar la consola puede provocar su prohibición de acceso permanente a Xbox LIVE, necesario para jugar y disfrutar de otros usos de la consola.

**ADVERTENCIA: No permita que la consola, las baterías o el sensor se mojen.** Para reducir el riesgo de incendio o descarga eléctrica, no exponga la consola o el sensor a la lluvia o a otros tipos de humedad.

**Úselos de acuerdo con estas instrucciones:**

- No lo utilice cerca de ninguna fuente de calor.
- No coloque la consola en posición vertical.
- Usa sólo los accesorios especificados por Microsoft.
- Desconecte la fuente de alimentación de la consola para evitar que se encienda y apague o que el disco se abra durante la limpieza.
- Limpie únicamente el exterior de la Xbox One. Asegúrese de que no haya objetos insertados en las aberturas de ventilación.
- Utilice un paño seco; no utilice estropajos ásperos, detergentes, polvos para estropajos, disolventes (por ejemplo, alcohol, gasolina, diluyente de pintura o benceno), ni otros limpiadores líquidos o en aerosol.
- No utilice aire comprimido.
- No utilice dispositivos limpiadores de lectores de DVD.
- No intente limpiar los conectores.
- Limpie las patas de la consola y la superficie en la que descansa esta con un paño seco.
- Limpie la superficie sobre la cual descansa el sensor Kinect con un paño seco.

**Evite el humo y el polvo**
No utilice la consola en lugares con humo o polvo. El humo y el polvo pueden dañar la consola, en particular la unidad de disco.

**Uso del disco**
Para evitar que la unidad de disco se atasque y se dañen los discos o la consola:

- Extraiga los discos antes de mover la consola.
- Nunca use discos agrietados. Pueden romperse en el interior de la consola y atascarse o romper piezas internas.
- Devuelva siempre los discos a sus contenedores de almacenamiento cuando no se encuentren en la unidad de disco. No deje los discos bajo la luz directa del sol, cerca de una fuente de calor o sobre la Xbox One. Sujete siempre los discos por los bordes. Para limpiar los juegos y otros discos:
  - Sujete los discos por los bordes; no toque la superficie del disco con los dedos.
  - Limpie los discos con un trapo suave, pasándolo con suavidad desde el centro hacia afuera.
  - No utilice solventes, pueden dañar el disco. No utilice dispositivos para limpiar discos.

**Objetos metálicos y adhesivos**
No coloque elementos metálicos ni adhesivos cerca o encima de la Xbox One, ya que pueden interferir con el control, la red y los botones de encendido/apagado.

**PRECAUCIÓN:** Las imágenes fijas en los juegos de video se pueden "quemar" en algunas pantallas de televisor, con lo cual se genera una sombra permanente. Consulte el manual del fabricante del televisor antes de jugar.

## ÁREA DE JUEGO

**ADVERTENCIA: El juego con el sensor Kinect puede requerir diversas cantidades de movimiento. Para reducir el riesgo de lesiones o daño a la propiedad, tome las siguientes precauciones antes de jugar**:

- Asegúrese de tener espacio suficiente para moverse con libertad.
- Mire en todas direcciones (a la derecha, izquierda, adelante, atrás, abajo y arriba). Asegúrese de que no hay nada con lo que pueda tropezar; como, por ejemplo, juguetes, muebles o alfombras sueltas.
- Asegúrese de que el área de juego esté lejos de ventanas, paredes, escaleras, etc.
- Preste atención a los niños y a las mascotas que se encuentren en el área. Si es necesario, aleje los objetos o las personas del área de juego.

**Mientras juega:**

- Mantenga una distancia adecuada del televisor para evitar el contacto.
- Conserve una distancia suficiente de los demás jugadores,

observadores y mascotas. Esta distancia puede variar entre juegos, por lo tanto, tenga en cuenta la forma en la que juega cuando determine lo lejos que debe estar.
- Esté alerta frente a objetos o personas a las cuales podría golpear o con las que podría tropezarse. Durante el juego, es posible que se acerquen personas y objetos al área, por lo tanto, esté alerta a su alrededor.
- Asegúrese de usar un calzado adecuado mientras juega.
- Juegue a nivel del suelo con tracción suficiente para las actividades de juegos.
- Asegúrese de usar un calzado adecuado, o bien de estar descalzo mientras juega, si es adecuado. No use tacones, sandalias, etc.

**No realice esfuerzos excesivos**

El juego con el sensor Kinect puede requerir diversas cantidades de actividad física.

Consulte a un médico antes de usar el sensor si tiene alguna condición médica o problema que afecte su capacidad de realizar actividad física de manera segura, o bien si:
- está embarazada o puede estarlo,
- tiene un problema cardiaco, respiratorio, de la espalda, articulaciones o de carácter ortopédico,
- sufre de presión alta,
- tiene dificultad con el ejercicio físico, o
- si se le ha indicado que restrinja su actividad física.

Consulte a su médico antes de comenzar cualquier rutina de ejercicios o régimen de ejercicios que incluya el uso del sensor Kinect.

No juegue bajo la influencia de alcohol o drogas y asegúrese de que su equilibrio y capacidades físicas sean suficientes para los movimientos que realiza mientras juega.

**Descanse periódicamente**

Deje de jugar si sus músculos, articulaciones u ojos se cansan o comienzan a doler.

Si experimenta una fatiga excesiva, náuseas, falta de aliento, opresión en el pecho, mareos, incomodidad o dolor, DETENGA EL USO DE INMEDIATO y consulte a un médico.

## JUEGOS SALUDABLES

**ADVERTENCIA: Advertencias de salud importantes sobre el uso de videojuegos**

**Crisis de fotosensibilidad**

Un porcentaje muy pequeño de personas puede experimentar un ataque al exponerse a ciertas imágenes visuales, incluidas luces o patrones parpadeantes que pueden aparecer en juegos de video. Incluso personas sin historial de ataques o epilepsia pueden tener un problema no diagnosticado que puede provocar estos "ataques epilépticos fotosensibles" mientras observa juegos de video.

Estos ataques pueden tener una variedad de síntomas, incluidos vértigo, visión alterada, espasmos en los ojos o la cara, sacudidas o temblores de brazos o piernas, desorientación, confusión o pérdida momentánea de la conciencia. Los ataques también pueden provocar pérdida de la conciencia o convulsiones que pueden derivar en lesiones por caída o por chocar con objetos cercanos.

Deje de jugar inmediatamente y consulte a un médico si experimenta alguno de estos síntomas. Los padres deben estar atentos o preguntar a sus hijos acerca de los síntomas mencionados, los niños y adolescentes son más propensos a experimentar estos ataques que los adultos. El riesgo de ataques epilépticos fotosensibles se puede reducir si se toman las siguientes precauciones:

- Siéntese o aléjese más de la pantalla del televisor.
- Utilice una pantalla de televisión más pequeña.
- Juegue en una habitación con buena iluminación.
- No juegue cuando tenga sueño o esté cansando.
- Si alguno de sus familiares o usted mismo ha sufrido crisis o epilepsia con anterioridad, consulte a su médico antes de jugar.

**Trastornos musculoesqueléticos**

El uso de controles de juego, teclados, ratones u otros dispositivos de entrada electrónicos puede estar relacionado con lesiones y afecciones graves.

Al jugar juegos de video, como con muchas actividades, es posible que experimente incomodidad en las manos, los brazos, los hombros, el cuello u otras partes del cuerpo. Sin embargo, si experimenta síntomas como malestar persistente o repetido, dolor, punzadas, hormigueos, entumecimiento, sensación de quemazón o rigidez NO PASE POR ALTO ESTAS SEÑALES DE ADVERTENCIA. ACUDA DE INMEDIATO A UN PROFESIONAL DE LA SALUD CALIFICADO, aunque los síntomas aparezcan cuando no esté jugando. Este tipo de síntomas puede estar asociado con lesiones o afecciones dolorosas de los nervios, músculos, tendones, vasos sanguíneos y otras partes del cuerpo, que en ocasiones pueden ocasionar incapacidad permanente. Estos trastornos musculoesqueléticos (MSD) incluyen síndrome de túnel carpiano, tendinitis, tenosinovitis, síndromes de vibración y otras afecciones.

Aunque los investigadores aún no pueden responder muchas preguntas acerca de los MSD, existe un consenso general de que puede haber muchos factores ligados a su aparición, incluidas afecciones médicas o físicas, tensión y cómo se lidia con ella, salud en general y cómo una persona ubica y usa el cuerpo durante el trabajo y otras actividades (incluidos los juegos de video). Algunos estudios sugieren que la cantidad de tiempo que una persona realiza una actividad puede ser un factor.

En la Guía de juegos saludables en xbox.com/xboxone/playhealthy **puede encontrar algunas pautas que le pueden ayudar a trabajar y jugar de manera más cómoda y que posiblemente reduzcan el riesgo de experimentar un MSD.** Estas pautas abordan temas como:

- Colocación del cuerpo para utilizar posturas cómodas y normales.
- Relajación de manos, dedos y otras partes del cuerpo.
- Pausas entre juegos.
- Desarrollo de un estilo de vida saludable.

Si tiene alguna pregunta sobre la relación que pudieran tener su estilo de vida, actividades y condiciones médicas o físicas con los MSD, acuda a un profesional de la salud calificado.

**ADVERTENCIA: Riesgo de asfixia**

Este dispositivo puede contener piezas pequeñas que supongan un riesgo de asfixia para niños menores de 3 años. Mantenga las piezas pequeñas fuera del alcance de los niños.

**Asegúrese de que los niños jueguen de forma segura**

Asegúrese de que los niños que utilicen el accesorio de Xbox One junto con la consola Xbox One y el sensor Kinect jueguen de manera segura y dentro de sus límites y que comprendan el uso correcto del sistema.

No use accesorios sin licencia u objetos de utilería no autorizados u otros objetos con el sensor Kinect.

El uso de estos accesorios u objetos puede generar como resultado lesiones a usted u otras personas y/o daños al sensor o a otra propiedad. El uso de accesorios no autorizados infringe la Licencia de software y puede anular la Garantía limitada.

**Evite el reflejo**

Para minimizar las molestias que pueden generar los reflejos, pruebe con lo siguiente:
- Colóquese a una distancia cómoda del televisor o monitor y del sensor Kinect.
- Coloque el televisor o monitor y el sensor Kinect lejos de

fuentes de luz que produzcan resplandor o bien, utilice persianas para controlar los niveles de luz.
- Elija una iluminación natural relajada que minimice el resplandor y la vista cansada y aumente el contraste y la claridad.
- Ajuste el brillo y contraste del televisor o monitor.

**Evite que la consola se caiga**
Si la Xbox One se cae y golpea a alguien, sobre todo a un niño pequeño, podría provocarle lesiones graves. Para reducir el riesgo de tales lesiones y de dañar la consola Xbox One, instálela de acuerdo con estas instrucciones. Coloque la consola en una superficie que:
- Sea plana y nivelada.
- Sea estable y no pueda volcarse.
- Permita que todas las patas de la consola estén en contacto con la superficie.
- No permita que la consola se deslice o resbale de su sitio.
- Esté limpia y no tenga polvo ni suciedad.

**Ubique su Xbox One**
Para su correcto funcionamiento, la consola sólo debe utilizarse en posición horizontal. Si debe cambiar la ubicación de la consola, extraiga los discos, apague el sistema y retire todos los cables antes de mover la consola.

**Evite que la consola se sobrecaliente**
No bloquee las aberturas de ventilación en la consola o la fuente de alimentación. No coloque la consola ni la fuente de alimentación en una cama, sofá u otra superficie suave que pueda bloquear las aberturas. No coloque la consola o fuente de alimentación en un espacio confinado, como un librero, estante, mueble para estéreo, a menos que el espacio esté bien ventilado.

No coloque la consola ni la fuente de alimentación cerca de alguna fuente de calor, como radiadores, acumuladores de calor, estufas o amplificadores.
Usar la Xbox One en un entorno en que la temperatura externa varía mucho y rápidamente podría dañar la consola. Al moverla a una ubicación con una diferencia de temperatura de 20 grados o más respecto de la ubicación anterior, permita que la consola tome temperatura ambiente antes de encenderla. La temperatura de funcionamiento de la consola es +5 °C (41 °F) a +35 °C (+95 °F).

**⚠ ADVERTENCIA: Seguridad de la audición**
La amplia exposición a volúmenes elevados al usar un auricular puede provocar la pérdida temporal o permanente de la audición. Para reducir el riesgo de pérdida de la audición, ajuste el volumen lo bastante fuerte como para poder escuchar con claridad en un entorno tranquilo, y no más.

- No aumente el volumen después de comenzar a escuchar. Sus oídos pueden adaptarse con el tiempo, de modo que el volumen fuerte suene normal, pero el volumen alto podrá seguir provocándole problemas de audición.
- No aumente el volumen para bloquear el ruido exterior. La combinación de ruido exterior y sonido de los audífonos pueden provocar problemas de audición. Los audífonos sellados o que anulan el ruido pueden reducir el ruido externo, de modo que no tenga que subir el volumen.
- Si no puede entender a alguien que está cerca hablando con normalidad, baje el volumen. El sonido que ahoga el habla normal puede provocar problemas de audición. Incluso con audífonos sellados o que anulan el ruido, deberá ser capaz de escuchar hablar a las personas que estén cerca.

**Reduzca al mínimo el tiempo de escucha a un volumen alto**
- Mientras más tiempo pase expuesto a un volumen alto, más probabilidades tiene de sufrir problemas de audición. Mientras más fuerte sea el sonido, menos tiempo necesitará para sufrir problemas de audición.
- Al volumen máximo, escuchar la música en el dispositivo con audífonos puede provocar problemas de audición permanentes en 15 minutos. Incluso los volúmenes menores pueden provocar problemas de audición si se expone a ellos por muchas horas.
- Todo el sonido al que está expuesto durante el día se acumula. Si está expuesto a otro sonido fuerte, necesitará menos tiempo escuchando a un volumen alto para sufrir problemas de audición.
- Para utilizar con toda seguridad durante un tiempo ilimitado, mantenga el volumen lo bastante bajo como para poder conversar con las personas cercanas.

**⚠ PRECAUCIÓN: Dispositivos médicos personales**
Las emisiones de radiofrecuencia de los equipos electrónicos pueden afectar negativamente el funcionamiento de otros equipos electrónicos, haciendo que no funcionen correctamente. Aunque el dispositivo se ha diseñado, probado y fabricado para cumplir con las disposiciones que rigen la emisión de radiofrecuencia en países como Estados Unidos, Canadá, la Unión Europea y Japón, los transmisores inalámbricos y circuitos eléctricos en el dispositivo puede causar interferencias en otros equipos electrónicos. Siempre tome las siguientes precauciones:

**Personas con marcapasos**
- La Asociación de Fabricantes de la Industria de la Salud (Health Industry Manufacturers Association) recomienda una separación mínima de 15 cm (6 pulgadas) entre un dispositivo inalámbrico y un marcapasos para evitar la posible interferencia con el marcapasos.
- Los dispositivos inalámbricos no deben llevarse en un bolsillo junto al pecho.
- Si tiene alguna razón para sospechar que se está produciendo interferencia, apague el dispositivo inmediatamente.

**Otros dispositivos médicos**
Si utiliza cualquier otro dispositivo médico, póngase en contacto con el fabricante del dispositivo médico o con su médico para determinar si es adecuado para su uso en otros dispositivos electrónicos cerca de su dispositivo médico.

## GARANTÍA LIMITADA DE UN AÑO CON CLÁUSULA DE ARBITRAJE Y RENUNCIA A DEMANDAS COLECTIVAS

Microsoft garantiza que su consola Xbox One y el sensor Kinect para Xbox One no fallarán en condiciones de uso normales durante 1 año a partir de la fecha en que lo compró en un distribuidor autorizado. En el caso de un accesorios de Xbox One, este plazo será de 90 días a partir de la fecha en que lo compró en un distribuidor autorizado. La garantía no incluye el desgaste normal y los daños causados por accidentes o uso inadecuado. **Se aplican otras exclusiones y limitaciones, que incluyen la comercialización.** Para obtener servicio técnico, llame a Microsoft al (800) 4MY-XBOX (469-9269) o visite xbox.com/support.
Lea la Garantía limitada completa, incluida más información sobre el servicio técnico, en xbox.com/xboxone/warranty. Le recomendamos que les y envíe una copia a su correo electrónico durante el registro del producto.

**Si usted vive en Estados Unidos, la Sección 9 de la Garantía limitada contiene una cláusula de arbitraje vinculante y renuncia a demanda colectiva, disponible en xbox.com/xboxone/warranty/arbitration. La cláusula de arbitraje afecta sus derechos sobre cómo solucionar un conflicto con Microsoft. Léalo. A continuación se describen las partes de la cláusula de arbitraje.**

Cualquier conflicto no solucionado mediante negociación informal o en un tribunal para casos menores se resolverá sólo mediante arbitraje vinculante en virtud de la Ley federal de arbitraje ante un árbitro neutro, cuya decisión será final, y no ante

un juez o jurado, así como tampoco en una demanda colectiva o procedimiento generalcolectivo, representativo o privado de ningún tipo. La Asociación Americana de Arbitraje (American Arbitration Association) realizará el arbitraje en virtud de sus Normas de arbitraje comercial. Esta cláusula de arbitraje de la garantía limitada contiene el resto de los términos, instrucciones y formularios para notificar a Microsoft de un conflicto o arbitraje.

## INFORMACIÓN REGLAMENTARIA

- No está diseñado para uso en aplicaciones de máquinas, médicas o industriales.
- Cualquier cambio o modificación no aprobada expresamente por Microsoft podría anular la autoridad del usuario para operar el dispositivo.
- Este producto es para el uso con equipo de tecnología de la información que aparece en NRTL (UL, CSA, ETL, etc.) y/o que cumple con IEC/EN 60950-1 (con marca CE).
- No se incluyen piezas que puedan ser reparadas por el usuario.
- Este dispositivo está calificado como producto comercial para operación entre +5 °C (41 °F) y +35 °C (+95 °F).

Este aparato digital de Clase B cumple con el Apartado 15 de las Normas de FCC, según corresponda. Su funcionamiento está sujeto a las siguientes dos condiciones: (1) este dispositivo no puede provocar interferencia, y (2) este dispositivo debe aceptar cualquier interferencia recibida, incluso la que puede provocar un funcionamiento no deseado.

Para cumplir con los requisitos de exposición a RF de la FCC, se deben satisfacer las siguientes configuraciones operativas: La antena la instaló el fabricante y no se pueden realizar cambios. Los dispositivos inalámbricos no deben co-ubicarse ni funcionar en conjunto con cualquier otra antena o transmisor. Salvo en el caso de auriculares y dispositivos portátiles, los dispositivos inalámbricos deben tener al menos 20 cm (8 pulgadas) entre la antena del dispositivo inalámbrico y todas las personas.

**Sólo para dispositivos de 802.11a y 802.11n 5GHz**
Este producto está restringido a uso sólo en interiores para reducir cualquier daño potencial a causa de interferencia perjudicial que opera con licencia en el rango de frecuencia de 5.15 a 5.25 GHz.

Modelos: 1540 (Consola Xbox One), 1525 or 1653 (módulo Wi-Fi interno Xbox One), 1520 (sensor Kinect), 1537 or 1697 or 1698 (Control inalámbrico Xbox One).

Microsoft Corporation; One Microsoft Way; Redmond, WA 98052-6399; EE.UU. Estados Unidos: (800) 426-9400.

**Regulaciones de interferencia de radio y TV**
Los dispositivos de hardware de Microsoft pueden irradiar energía de radiofrecuencia (RF). Si no se instala y se utiliza de acuerdo con las instrucciones dadas en la documentación impresa y/o en archivos de ayuda en pantalla, puede producir interferencia perjudicial en las comunicaciones radiales (por ejemplo, radios AM/FM, televisores, monitores de bebés, teléfonos inalámbricos, etc.). Sin embargo, no hay garantía de que no ocurrirá interferencia RF en una instalación particular.
Para determinar si el dispositivo de hardware está causando interferencia con otros dispositivos de radiocomunicación, desconéctelo del equipo o extráigale las baterías (en el caso de un dispositivo que funcione con baterías). Si la interferencia se detiene, probablemente era a causa del dispositivo. Si la interferencia persiste después de desconectar el dispositivo de hardware o extraer las baterías, apague el equipo y enciéndalo nuevamente. Si la interferencia se detuvo cuando el dispositivo estaba apagado, compruebe si uno de los dispositivos de entrada/salida (I/O) o uno de los paneles de accesorios internos del equipo provoca el problema. Desconecte los dispositivos de I/O uno por uno y vea si la interferencia se detiene.

Si este dispositivo de hardware sí causa interferencia, pruebe con las siguientes medidas para corregirlo:

- Reubique la antena del otro dispositivo de radiocomunicación (por ejemplo, radio AM/FM, televisión, monitor de bebés, teléfono inalámbrico, etc.) hasta que la interferencia se detenga.
- Aleje el dispositivo de hardware de la radio o el televisor, o bien colóquelo a un lado o al otro de ellos.
- Enchufe el equipo en otro tomacorriente de manera que el dispositivo de hardware y la radio o el televisor estén en distintos circuitos controlados por distintos interruptores diferenciales o fusibles.

Si es necesario, consulte con la compañía o con un técnico de radio/televisión experimentado para obtener más sugerencias. Para obtener más información sobre los problemas de interferencias, consulte el sitio Web de la FCC en: fcc.gov/cgb/consumerfacts/interference.html. También puede llamar a la FCC al 1-888-CALL FCC para solicitar hojas de datos de Interferencia e interferencia telefónica.

**ADVERTENCIA: Dispositivos inalámbricos cuando se viaje en avión**
Antes de abordar un avión o empacar el dispositivo inalámbrico en el equipaje que se revisará, extraiga cualquier batería del dispositivo inalámbrico o apáguelo (si tiene un interruptor de encendido/apagado). Los dispositivos inalámbricos pueden transmitir energía de radiofrecuencia (RF), muy similar a un teléfono celular, cuando se instalan las baterías y se enciende el dispositivo (si tiene un interruptor de encendido/apagado).

**Especificaciones del láser**

**PRECAUCIÓN**
El uso de controles, ajustes o ejecución de procedimientos distintos de aquellos especificados en el presente puede producir exposición de radiación peligrosa.

Este dispositivo cumple con el estándar internacional IEC 60825-1:2007 de productos láser Clase 1. Este dispositivo también cumple con 21 CFR 1040.10 y 1040.11 salvo las desviaciones conforme a Laser Notice No. 50, con fecha 24 de junio de 2007.

La siguiente etiqueta de láser Clase 1 se encuentra ubicada en la base del sensor:

CLASS 1 LASER PRODUCT
IEC 60825-1: 2007-3

**Reciclaje de baterías y equipos eléctricos y electrónicos de desecho**

Este símbolo en el producto o sus baterías o embalaje significa que este producto y cualquier batería que contenga no deben desecharse con su basura común. En este caso, es su responsabilidad llevarlo a un punto de recolección adecuado para el reciclaje de baterías y equipos eléctricos y electrónicos. La recolección selectiva y el reciclaje ayudarán a conservar los recursos naturales y a evitar posibles consecuencias negativas para la salud del hombre y el medio ambiente debidas a la posible presencia de sustancias peligrosas en baterías y equipos eléctricos y electrónicos desechados de forma inadecuada. Para obtener más información acerca de dónde dejar sus baterías y desecho eléctrico y

electrónico, póngase en contacto con su oficina local de la ciudad/municipalidad, el servicio de recolección de basura doméstica o la tienda donde compró este producto. Póngase en contacto con weee@microsoft.com para obtener más información sobre la basura proveniente de equipos electrónicos y baterías de desecho.

Este producto puede utilizar litio, NiMH o baterías alcalinas. Este producto es para el uso con equipo de tecnología de la información que aparece en NRTL (UL, CSA, ETL, etc.) y/o que cumple con IEC/EN 60950 (comercializado en CE).

## DERECHOS DE AUTOR

La información y puntos de vista contenidos en este documento, incluida la dirección URL y otras referencias a sitios Web, está sujeta a cambios sin previo aviso. Este documento no proporciona ningún derecho legal sobre la propiedad intelectual de ningún producto Microsoft. Usted puede copiar y utilizar este documento para fines internos y de referencia.

© 2015 Microsoft Corporation. Reservados todos los derechos.

Microsoft, Windows, Xbox, Xbox One, Xbox 360, Xbox Live, Kinect, los logotipos de Xbox y el logotipo de Xbox Live son marcas comerciales del grupo de empresas Microsoft.

Este producto incorpora tecnología de protección de derechos de autor protegida por reivindicaciones de métodos de ciertas patentes y otros derechos de propiedad intelectual estadounidenses de propiedad de Macrovision Corporation y otros propietarios de derechos. El uso de esta tecnología de protección del copyright debe ser autorizado por Macrovision Corporation, y está destinado únicamente al uso doméstico y otros usos de visión limitada a no ser que se autorice de otro modo por parte de Macrovision Corporation. La ingeniería inversa o el desmontaje están prohibidos.

HDMI, el logotipo de HDMI y High-Definition Multimedia Interface son marcas comerciales o registradas de HDMI Licensing, LLC.




Para patentes DTS, vea http://patents.dts.com.

Fabricado bajo licencia de DTS Licensing Limited. DTS, DTS-HD, el Símbolo, & DTS y el símbolo junto son marcas registradas, y DTS-HD Master Audio | 7.1 es una marca registrada de DTS, Inc. © DTS, Inc. Todos los derechos reservados.




Dolby y el símbolo doble D son marcas registradas de Dolby Laboratories.

| Licensed Technology | Copyright Notice |
|---|---|
| Dolby Digital Live (Encoder) | © 1992-2001 Dolby Laboratories. Todos los derechos reservados. |
| Dolby Digital Plus (Decoder) | © 2003-2012 Dolby Laboratories. Todos los derechos reservados. |
| Dolby Digital Plus Consumer (Encoder) | © 2009-2012 Dolby Laboratories. Todos los derechos reservados. |
| Dolby Digital Compatible Output (Encoder) | © 1993-2005 Dolby Laboratories. Todos los derechos reservados. |
| Dolby TrueHD (Decoder) | © 1995-2005 Dolby Laboratories. Todos los derechos reservados. |

DOLBY.

Disco Blu-ray™, Blu-ray™, y sus logos son marcas registradas de la Asociación de Disco Blu Ray.




Los nombres de las compañías y productos reales mencionados en el presente documento pueden ser marcas comerciales de sus respectivos propietarios.

Patentes en Estados Unidos y/o patentes internacionales pendientes.

## SERVICIO DE SOPORTE AL CLIENTE

Para obtener respuestas a las preguntas más frecuentes, instrucciones para la solución de problemas e información de contacto del Servicio de soporte al cliente de Xbox, visite xbox.com/support.



ase 2:20-cv-00640-RSM-SKV Document 38 Filed 11/24/20 Page 146 of 20

XBOX ONE

DECLARATION OF J. O'CONNELL ISO MOT. TO COMPEL
ARBITRATION & STAY - (20-cv-00640-RSM-MAT) - 146

# Exhibit F



1. MICROSOFT DIELINE: S013755.DXF
2. DESCRIPTION: RETAIL BOX, LITHOLAM, XBOX ONE, BLACK
3. MATERIAL AND GRADE: ECT 26 E FLUTE
9-30-2013 REV F
CORRUGATE DIRECTION
XBOX ONE
ELITE
XBOX ONE
XBOX ONE
XBOX ONE
OUTSIDE VIEW
CORRUGATE DIRECTION
INSIDE VIEW

# Exhibit G



1. MICROSOFT DIELINE: S013755.DXF
2. DESCRIPTION: RETAIL BOX, LITHOLAM, XBOX ONE, BLACK
3. MATERIAL AND GRADE: ECT 26 E FLUTE
9-30-2013 REV F
CORRUGATE DIRECTION
XBOX ONE
ELITE
XBOX ONE
OUTSIDE VIEW

**IMPORTANT!** You must accept Xbox Software License Terms at xbox.com/xboxone/slt, Microsoft Services Agreement at microsoft.com/msa, and Limited Warranty at xbox.com/xboxone/warranty.

CORRUGATE DIRECTION
INSIDE VIEW

DECLARATION OF J. O'CONNELL ISO MOT. TO COMPEL ARBITRATION & STAY - (20-cv-00640-RSM-MAT) - 150

# Exhibit H

MICROSOFT DIELINE: S015385
DESCRIPTION: BOX, RIGID, TROY
MATERIAL AND GRADE: PART 1/2/4/7: 157GSM C2S
REV: C DATE: 7/14/2015
CONTENT FREE AREA
AREA FOR BTS LABEL
TOP PANEL GRAPHICS READ THIS DIRECTION
LEFT SIDE PANEL GRAPHICS READ THIS DIRECTION
FRONT PANEL GRAPHICS READ THIS DIRECTION
RIGHT SIDE PANEL GRAPHICS READ THIS DIRECTION
BOTTOM PANEL GRAPHICS READ THIS DIRECTION
CONTENT FREE AREA FOR PID LABEL(80MM X 34MM)
AREA FOR BTS LABEL
CONTENT FREE AREA FOR BARCODE
INSIDE LID GRAPHICS READ THIS DIRECTION
GRAIN DIRECTION
PART 1 - LID BOX OUTER WRAP
OUTSIDE VIEW - PRINT SIDE
GRAIN DIRECTION
PART 2 - LID BOX LINER
OUTSIDE VIEW - PRINT SIDE
TOP PANEL GRAPHICS READ THIS DIRECTION
LEFT SIDE PANEL GRAPHICS READ THIS DIRECTION
CONTENT FREE AREA FOR BARCODE
RIGHT SIDE PANEL GRAPHICS READ THIS DIRECTION
BOTTOM PANEL GRAPHICS READ THIS DIRECTION
AREA FOR BTS LABEL
BASE BOARD BOTTOM PANEL GRAPHICS READ THIS DIRECTION
AREA FOR BTS LABEL
GRAIN DIRECTION
PART 4-BASE BOX OUTER WRAP
OUTSIDE VIEW - PRINT SIDE
GRAIN DIRECTION
PART 7 - BASE BOARD WRAP
OUTSIDE VIEW - PRINT SIDE

# Exhibit I

MICROSOFT DIELINE: S015385
DESCRIPTION: BOX, RIGID, TROY
MATERIAL AND GRADE: PART 1/2/4/7: 157GSM C2S
REV: C DATE: 7/14/2015
CONTENT FREE AREA
AREA FOR BTS LABEL
TOP PANEL GRAPHICS READ THIS DIRECTION
LEFT SIDE PANEL GRAPHICS READ THIS DIRECTION
FRONT PANEL GRAPHICS READ THIS DIRECTION
RIGHT SIDE PANEL GRAPHICS READ THIS DIRECTION
BOTTOM PANEL GRAPHICS READ THIS DIRECTION
CONTENT FREE AREA FOR PID LABEL(80MM X 34MM)
AREA FOR BTS LABEL
CONTENT FREE AREA FOR BARCODE
INSIDE LID GRAPHICS READ THIS DIRECTION
GRAIN DIRECTION
PART 1 - LID BOX OUTER WRAP
OUTSIDE VIEW - PRINT SIDE
GRAIN DIRECTION
PART 2 - LID BOX LINER
OUTSIDE VIEW - PRINT SIDE
TOP PANEL GRAPHICS READ THIS DIRECTION
LEFT SIDE PANEL GRAPHICS READ THIS DIRECTION
CONTENT FREE AREA FOR BARCODE
RIGHT SIDE PANEL GRAPHICS READ THIS DIRECTION
GRAPHICS READ THIS DIRECTION
BOTTOM PANEL GRAPHICS READ THIS DIRECTION
AREA FOR BTS LABEL
BASE BOARD BOTTOM PANEL GRAPHICS READ THIS DIRECTION
AREA FOR BTS LABEL
GRAIN DIRECTION
PART 4-BASE BOX OUTER WRAP
OUTSIDE VIEW - PRINT SIDE
GRAIN DIRECTION
PART 7 - BASE BOARD WRAP
OUTSIDE VIEW - PRINT SIDE

# Exhibit J



MICROSOFT DIELINE: S015385
DESCRIPTION: BOX, RIGID, TROY
MATERIAL AND GRADE: PART 1/2/4/7: 157GSM C2S
REV: C DATE: 7/14/2015
CONTENT FREE AREA
AREA FOR BTS LABEL
TOP PANEL GRAPHICS READ THIS DIRECTION
LEFT SIDE PANEL GRAPHICS READ THIS DIRECTION
FRONT PANEL GRAPHICS READ THIS DIRECTION
RIGHT SIDE PANEL GRAPHICS READ THIS DIRECTION
BOTTOM PANEL GRAPHICS READ THIS DIRECTION
CONTENT FREE AREA FOR PID LABEL(80MM X 34MM)
AREA FOR BTS LABEL
CONTENT FREE AREA FOR BARCODE
ELITE
GRAIN DIRECTION
PART 1 - LID BOX OUTER WRAP
OUTSIDE VIEW - PRINT SIDE
INSIDE LID GRAPHICS READ THIS DIRECTION
GRAIN DIRECTION
PART 2 - LID BOX LINER
OUTSIDE VIEW - PRINT SIDE
TOP PANEL GRAPHICS READ THIS DIRECTION
LEFT SIDE PANEL GRAPHICS READ THIS DIRECTION
CONTENT FREE AREA FOR BARCODE
RIGHT SIDE PANEL GRAPHICS READ THIS DIRECTION
GRAPHICS READ THIS DIRECTION
BOTTOM PANEL GRAPHICS READ THIS DIRECTION
GRAIN DIRECTION
PART 4-BASE BOX OUTER WRAP
OUTSIDE VIEW - PRINT SIDE
AREA FOR BTS LABEL
BASE BOARD BOTTOM PANEL GRAPHICS READ THIS DIRECTION
AREA FOR BTS LABEL
GRAIN DIRECTION
PART 7 - BASE BOARD WRAP
OUTSIDE VIEW - PRINT SIDE

# Exhibit K

MICROSOFT DIELINE: S015385
DESCRIPTION: BOX, RIGID, TROY
MATERIAL AND GRADE: PART 1/2/4/7: 157GSM C2S
REV: C DATE: 7/14/2015
CONTENT FREE AREA
AREA FOR BTS LABEL
TOP PANEL GRAPHICS READ THIS DIRECTION
LEFT SIDE PANEL GRAPHICS READ THIS DIRECTION
FRONT PANEL GRAPHICS READ THIS DIRECTION
RIGHT SIDE PANEL GRAPHICS READ THIS DIRECTION
BOTTOM PANEL GRAPHICS READ THIS DIRECTION
CONTENT FREE AREA FOR BARCODE
INSIDE LID GRAPHICS READ THIS DIRECTION
**IMPORTANT!** Wired PC use requires Windows 7, 8.1, or 10, USB 2.0 or 3.0, included cable, and drivers, available at xbox.com/xboxone/PC-controller; ISP fees apply. Wireless PC use requires Windows 10 and Xbox Wireless Adapter (sold separately). **You must accept the Warranty & Agreement** at xbox.com/xboxone/warranty and **software License Agreement** at xbox.com/xboxone/slt.
BASE BOARD BOTTOM PANEL GRAPHICS READ THIS DIRECTION
GRAIN DIRECTION
PART 4-BASE BOX OUTER WRAP
OUTSIDE VIEW - PRINT SIDE
PART 7 - BASE BOARD WRAP
OUTSIDE VIEW - PRINT SIDE

# Exhibit L

MICROSOFT DIELINE: S015385
DESCRIPTION: BOX, RIGID, TROY
MATERIAL AND GRADE: PART 1/2/4/7: 157GSM C2S
REV: C DATE: 7/14/2015
CONTENT FREE AREA
AREA FOR BTS LABEL
TOP PANEL GRAPHICS READ THIS DIRECTION
LEFT SIDE PANEL GRAPHICS READ THIS DIRECTION
FRONT PANEL GRAPHICS READ THIS DIRECTION
RIGHT SIDE PANEL GRAPHICS READ THIS DIRECTION
BOTTOM PANEL GRAPHICS READ THIS DIRECTION
CONTENT FREE AREA FOR PID LABEL(80MM X 34MM)
AREA FOR BTS LABEL
CONTENT FREE AREA FOR BARCODE
INSIDE LID GRAPHICS READ THIS DIRECTION
GRAIN DIRECTION
IMPORTANT! Wired PC use requires USB 2.0 or 3.0, included cable, and drivers, available at xbox.com/xboxone/PC-controller; ISP fees apply. Wireless PC use requires Xbox Wireless Adapter for Windows (sold separately). By using this accessory, you accept the limited warranty at xbox.com/xboxone/warranty and the software license at xbox.com/xboxone/slt. Before using this product, read all accompanying safety, health and other information.
TOP PANEL GRAPHICS READ THIS DIRECTION
LEFT SIDE PANEL GRAPHICS READ THIS DIRECTION
CONTENT FREE AREA FOR BARCODE
RIGHT SIDE PANEL GRAPHICS READ THIS DIRECTION
BOTTOM PANEL GRAPHICS READ THIS DIRECTION
AREA FOR BTS LABEL
BASE BOARD BOTTOM PANEL GRAPHICS READ THIS DIRECTION
AREA FOR BTS LABEL
GRAIN DIRECTION
GRAIN DIRECTION
PART 4-BASE BOX OUTER WRAP OUTSIDE VIEW - PRINT SIDE
PART 7 - BASE BOARD WRAP OUTSIDE VIEW - PRINT SIDE

# Exhibit M

MICROSOFT DIELINE: S015385
DESCRIPTION: BOX, RIGID, TROY
MATERIAL AND GRADE: PART 1/2/4/7: 157GSM C2S
REV: C DATE: 7/14/2015
CONTENT FREE AREA
AREA FOR BTS LABEL
TOP PANEL GRAPHICS READ THIS DIRECTION
LEFT SIDE PANEL GRAPHICS READ THIS DIRECTION
FRONT PANEL GRAPHICS READ THIS DIRECTION
RIGHT SIDE PANEL GRAPHICS READ THIS DIRECTION
BOTTOM PANEL GRAPHICS READ THIS DIRECTION
CONTENT FREE AREA FOR PID LABEL(80MM X 34MM)
AREA FOR BTS LABEL
CONTENT FREE AREA FOR BARCODE
INSIDE LID GRAPHICS READ THIS DIRECTION
ELITE
GRAIN DIRECTION
GRAIN DIRECTION
You must accept the Warranty & Agreement at xbox.com/xboxone/warranty and software License Agreement at xbox.com/xboxone/slt. Go to xbox.com/xboxone/controller-OS for information about support on each platform, including necessary operating system updates. Windows drivers available at xbox.com/xboxone/PC-controller; storage required. ISP fees apply. For use with controller compatible games.
CONTENT FREE AREA FOR BARCODE
RIGHT SIDE PANEL
GRAPHICS READ THIS DIRECTION
GRAPHICS READ THIS DIRECTION
BOTTOM PANEL
GRAPHICS READ THIS DIRECTION
BASE BOARD BOTTOM PANEL GRAPHICS READ THIS DIRECTION
AREA FOR BTS LABEL
GRAIN DIRECTION
GRAIN DIRECTION
PART 4-BASE BOX OUTER WRAP
OUTSIDE VIEW - PRINT SIDE
PART 7 - BASE BOARD WRAP
OUTSIDE VIEW - PRINT SIDE

# Exhibit N



REFERENCE ONLY - VERIFY WITH MICROSOFT SPECIFICATION
MICROSOFT DIELINE: S016334
DESCRIPTION: CARTON, SBS, 177MM X175MM X70MM OD, CRETE PLATFORM
MATERIAL AND GRADE: SBS, 300GSM, .40MM. C1S, WHITE
REV: B DATE: 10-FEB-16
TXT DIR
PRINT FREE AREA FOR 45 X 11 PART NUMBER AND BAR CODE ZONE
GRAIN DIRECTION
XBOX
XBOX
Wireless Controller
Manette sans fil
Controle sem Fio
Control inalámbrico
MC
TXT DIR
PRINT FREE AREA FOR 72 X 16 PID LABEL
OUTSIDE VIEW - PRINT SIDE

# Exhibit O

REFERENCE ONLY - VERIFY WITH MICROSOFT SPECIFICATION
MICROSOFT DIELINE: S016334
DESCRIPTION: CARTON, SBS, 177MM X175MM X70MM OD, CRETE PLATFORM
MATERIAL AND GRADE: SBS, 300GSM, .40MM. C1S, WHITE
REV: C DATE: 7-APR-16
TXT DIR
PRINT FREE AREA FOR 45 X 11 PART NUMBER AND BAR CODE
GRAIN DIRECTION
XBOX
XBOX
Wireless Controller
Manette sans fil
Controle sem fio
Control inalámbrico
MC
TXT DIR
PRINT FREE AREA FOR 72 X 16 PID LABEL
ALL PERF LINES 10MM X 10MM
OUTSIDE VIEW - PRINT SIDE

# Exhibit P



REFERENCE ONLY - VERIFY WITH MICROSOFT SPECIFICATION
MICROSOFT DIELINE: S016334
DESCRIPTION: CARTON, SBS, 177MM X175MM X70MM OD, CRETE PLATFORM
MATERIAL AND GRADE: SBS, 300GSM, .40MM. C1S, WHITE
REV: C DATE: 7-APR-16
TXT DIR
PRINT FREE AREA FOR 45 X 11 PART NUMBER AND BAR CODE
GRAIN DIRECTION
XBOX
XBOX
Wireless Controller
Manette sans fil
Controle sem fio
Control inalámbrico
MC
TXT DIR
PRINT FREE AREA FOR 72 X 16 PID LABEL
ALL PERF LINES 10MM X 10MM
OUTSIDE VIEW - PRINT SIDE

# Exhibit Q

REFERENCE ONLY - VERIFY WITH MICROSOFT SPECIFICATION
MICROSOFT DIELINE: S016334
DESCRIPTION: CARTON, SBS, 177MM X175MM X70MM OD, CRETE PLATFORM
MATERIAL AND GRADE: SBS, 300GSM, .40MM. C1S, WHITE
REV: C DATE: 7-APR-16
TXT DIR
PRINT FREE AREA FOR 45 X 11 PART NUMBER AND BAR CODE
GRAIN DIRECTION
XBOX
XBOX
Wireless Controller
Manette sans fil
Controle sem fio
Control inalámbrico
MC
TXT DIR
PRINT FREE AREA FOR 72 X 16 PID LABEL
ALL PERF LINES 10MM X 10MM
OUTSIDE VIEW - PRINT SIDE

# Exhibit R

REFERENCE ONLY - VERIFY WITH MICROSOFT SPECIFICATION
MICROSOFT DIELINE: S016334
DESCRIPTION: CARTON, SBS, 177MM X175MM X70MM OD, CRETE PLATFORM
MATERIAL AND GRADE: SBS, 300GSM, .40MM. C1S, WHITE
REV: B DATE: 10-FEB-16
TXT DIR
PRINT FREE AREA FOR 45 X 11 PART NUMBER AND BAR CODE ZONE
GRAIN DIRECTION
WARNING Read instruction manual and xbox.com/xboxone/healthandsafety for important safety and health information.
XBOX
XBOX
Wireless Controller
Manette sans fil
Controle sem Fio
Control inalámbrico
MC
TXT DIR
PRINT FREE AREA FOR 72 X 16 PID LABEL
OUTSIDE VIEW - PRINT SIDE

# Exhibit S

REFERENCE ONLY - VERIFY WITH MICROSOFT SPECIFICATION
MICROSOFT DIELINE: S016334
DESCRIPTION: CARTON, SBS, 177MM X175MM X70MM OD, CRETE PLATFORM
MATERIAL AND GRADE: SBS, 300GSM, .40MM. C1S, WHITE
REV: C DATE: 7-APR-16
TXT DIR
PRINT FREE AREA FOR 45 X 11 PART NUMBER AND BAR CODE
Go to xbox.com/xboxone/controller-OS for more information about using this controller and other accessories on each platform. Windows drivers available at xbox.com/xboxone/PC-controller; storage required. For use with controller compatible games. See game requirements for compatibility. ISP fees apply. Warranty at xbox.com/xboxone/warranty.
GRAIN DIRECTION
XBOX
XBOX
Wireless Controller
Manette sans fil
Controle sem fio
Control inalámbrico
MC
TXT DIR
PRINT FREE AREA FOR 72 X 16 PID LABEL
ALL PERF LINES 10MM X 10MM
OUTSIDE VIEW - PRINT SIDE

# Exhibit T



REFERENCE ONLY - VERIFY WITH MICROSOFT SPECIFICATION
MICROSOFT DIELINE: S016334
DESCRIPTION: CARTON, SBS, 177MM X175MM X70MM OD, CRETE PLATFORM
MATERIAL AND GRADE: SBS, 300GSM, .40MM. C1S, WHITE
REV: C DATE: 7-APR-16
TXT DIR
PRINT FREE AREA FOR 45 X 11 PART NUMBER AND BAR CODE
xbox.com/xboxone/PC-controller; storage required. ISP fees apply. For use with controller compatible games. See game requirements for compatibility. Warranty at xbox.com/xboxone/warranty; Software License at xbox.com/xboxone/slt.
GRAIN DIRECTION
XBOX
XBOX
Wireless Controller
Manette sans fil
Controle sem fio
Control inalámbrico
MC
TXT DIR
PRINT FREE AREA FOR 72 X 16 PID LABEL
ALL PERF LINES 10MM X 10MM
OUTSIDE VIEW - PRINT SIDE

# Exhibit U

REFERENCE ONLY - VERIFY WITH MICROSOFT SPECIFICATION
MICROSOFT DIELINE: S016334
DESCRIPTION: CARTON, SBS, 177MM X175MM X70MM OD, CRETE PLATFORM
MATERIAL AND GRADE: SBS, 300GSM, .40MM. C1S, WHITE
REV: C DATE: 7-APR-16
TXT DIR
PRINT FREE AREA FOR 45 X 11 PART NUMBER AND BAR CODE
You must accept the Warranty & Agreement at xbox.com/xboxone/warranty and software License Agreement at xbox.com/xboxone/slt. Go to xbox.com/xboxone/controller-OS for information about support on each platform, including necessary operating system updates. Windows drivers available at xbox.com/xboxone/PC-controller; storage required. ISP fees apply. For use with controller compatible games. See game requirements for compatibility.
GRAIN DIRECTION
XBOX
XBOX
Wireless Controller
Manette sans fil
Controle sem fio
Control inalámbrico
MC
TXT DIR
PRINT FREE AREA FOR 72 X 16 PID LABEL
ALL PERF LINES 10MM X 10MM
OUTSIDE VIEW - PRINT SIDE

# Exhibit V

REFERENCE ONLY - VERIFY WITH MICROSOFT SPECIFICATION
MICROSOFT DIELINE: S013462
DESCRIPTION: CARTON, SBS, SPECIAL GUSSETED CLAM SHELL, XA SIZE B1, 181mm x 175mm x 71mm
MATERIAL AND GRADE: 16pt or 300 GSM SBS
REV: L DATE: 7-9-14
PRINT FREE AREA FOR 45 X 11 PART NUMBER AND BAR CODE ZONE
GRAPHICS READ THIS DIRECTION
BOTTOM OF BOX
GRAPHICS READ THIS DIRECTION
GRAIN DIRECTION
ORIGIN
HALO 5
XBOX ONE
THE MASTER CHIEF
Wireless Controller Manette sans fil
Controle sem fio Control inalámbrico
Microsoft
TOP OF BOX
GRAPHICS READ THIS DIRECTION
PRINT FREE AREA FOR 63 X 20 +0/-1 GLUE ZONE, BACK SIDE, 6 PLACES
PRINT FREE AREA FOR 80 X 34 PID LABEL PLACEMENT ZONE
GRAPHICS READ THIS DIRECTION
OUTSIDE VIEW-PRINT SIDE

# Exhibit W

REFERENCE ONLY - VERIFY WITH MICROSOFT SPECIFICATION
MICROSOFT DIELINE: S013462
DESCRIPTION: CARTON, SBS, SPECIAL GUSSETED CLAM SHELL, XA SIZE B1, 181mm x 175mm x 71mm
MATERIAL AND GRADE: 16pt or 300 GSM SBS
REV: L DATE: 7-9-14
PRINT FREE AREA FOR 45 X 11 PART NUMBER AND BAR CODE ZONE
BOTTOM OF BOX
ORIGIN
IMPORTANT! For use with Xbox One systems and PCs running Windows 7 or later. PC use requires a USB cable (not included) and drivers, available at xbox.com/xboxone/PC-controller. ISP fees apply. By using this accessory, you accept the limited warranty, available at xbox.com/xboxone/warranty and the software license, available at xbox.com/xboxone/slt. Before using this product read all accompanying information and the Xbox One manual for safety, health, and other information.
TOP OF BOX
GRAPHICS READ THIS DIRECTION
PRINT FREE AREA FOR 63 X 20 +0/-1 GLUE ZONE, BACK SIDE, 6 PLACES
PRINT FREE AREA FOR 80 X 34 PID LABEL PLACEMENT ZONE
GRAPHICS READ THIS DIRECTION
HALO 5
THE MASTER CHIEF
Wireless Controller Manette sans fil
Microsoft
OUTSIDE VIEW-PRINT SIDE

# Exhibit X

**LIMITED WARRANTY**

**BY USING YOUR XBOX ONE OR ACCESSORY, YOU AGREE TO THIS WARRANTY. BEFORE SETTING UP YOUR XBOX ONE OR ACCESSORY, PLEASE READ THIS WARRANTY CAREFULLY. IF YOU DO NOT ACCEPT THIS WARRANTY, DO NOT USE YOUR XBOX ONE OR ACCESSORY. RETURN IT UNUSED TO YOUR RETAILER OR MICROSOFT FOR A REFUND.** Contact us for help with Xbox One or accessory hardware warranty issues. This warranty gives You specific legal rights. You may also have other rights which vary from State to State or Province to Province.

**If You live in the United States, Section 9 contains a binding arbitration clause and class action waiver. It affects Your rights about how to resolve a dispute with Microsoft. Please read it.**

On this page

Topics

1. Definitions

2. Warranty

3. How to Get Warranty Service

4. Microsoft's Responsibility

5. Warranty Exclusions

6. EXCLUSION OF CERTAIN DAMAGES

7. Additional Terms

8. Choice of Law

9. Binding Arbitration and Class Action Waiver for U.S. Residents

1. Definitions

a) "Accessory" means a new Microsoft branded Xbox 360 or **Xbox One** hardware accessory purchased from an authorized retailer.

b) "**Xbox One**" means a new **Xbox One** console and Kinect Sensor purchased from an authorized retailer.

c) "Normal Use Conditions" means ordinary consumer use under normal home conditions according to the instruction manual for the **Xbox One** or Accessory.

d) "Province" means any Canadian province or territory, and "Canada" includes all of them.

e) "State" means a State, the District of Columbia, and any other United States territory or possession. "The United States of America" includes all of them.

f) "You" means the original end-user.

g) "Warranty Period" for **Xbox One** means 1 year from the date You purchased it; and for Accessories, means 90 days from the date You purchased it.

2. Warranty

(a) During the Warranty Period, Microsoft warrants that the **Xbox One** or Accessory will not malfunction under Normal Use Conditions. Except where restricted by law, this warranty is non-transferrable and is limited to You, the original purchaser.

(b) This is the only warranty Microsoft gives for Your **Xbox One** or Accessory and Microsoft gives no other guarantee, warranty, or condition, express, statutory, implied or collateral. No one else may give any guarantee, warranty, or condition on Microsoft's behalf.

(c) If Your state's or province's law gives You any implied warranty, including an implied warranty of merchantability or fitness for a particular purpose, its duration is limited to the warranty period. Some States or Provinces do not allow limitations on how long an implied warranty lasts, so this limitation may not apply to You.

3. How to Get Warranty Service

(a) Before starting the warranty process, please use the trouble-shooting tips at Xbox Support.

(b) If the troubleshooting tips do not resolve your problem, then follow the online process at Warranty and service. If You do not have Internet access, you can contact Xbox Support.

(c) Before sending your **Xbox One** or Accessory to Microsoft for service, be sure to keep a copy of any data you want to save, and delete anything you consider confidential. Microsoft is not responsible for your data and may erase it.

4. Microsoft's Responsibility

(a) After You return Your **Xbox One** or Accessory to Microsoft (at your cost, unless Microsoft is required by law to pay such costs), Microsoft will inspect it.

(b) If Microsoft determines that the **Xbox One** or Accessory malfunctioned during the Warranty Period under Normal Use Conditions, Microsoft will (at its option) repair or replace it, or refund the purchase price to You. Unless restricted by law, repair may use new or refurbished parts and replacement may be with a new or refurbished unit.

(c) After repair or replacement, Your **Xbox One** or Accessory will be covered by this warranty for the longer of the remainder of Your original Warranty Period, or 90 days after Microsoft ships it to You. Where required by applicable law, the original Warranty Period will be deemed to extend for the period of time equal to the time which Your **Xbox One** or Accessory was in Microsoft's possession.

(d) The following is not intended to limit the application of Section 10 of the Quebec Consumer Protection Act, if such section is otherwise applicable. Microsoft's RESPONSIBILITY to repair or replace Your **Xbox One** or Accessory, or to refund the purchase price, is Your exclusive remedy.

(e) If Your **Xbox One** or Accessory malfunctions after the Warranty Period expires, there is no warranty of any kind. After the Warranty Period expires, Microsoft may charge You a fee for its efforts to diagnose and service any problems with Your **Xbox One** or Accessory.

5. Warranty Exclusions

Microsoft is not responsible and this warranty does not apply if Your **Xbox One** or Accessory is:

(a) damaged by use with products not sold or licensed by Microsoft (including, for example, games and accessories not manufactured or licensed by Microsoft, and "pirated" games, etc.);

(b) used for commercial purposes (including, for example, rental, pay-per-play, etc.);

(c) opened, modified, or tampered with (including, for example, any attempt to defeat any **Xbox One** or Accessory technical limitation, security, or anti-piracy mechanism, etc.), or its serial number is altered or removed;

(d) damaged by any external cause (including, for example, by being dropped, used with inadequate ventilation, etc., or failure to follow instructions in the instruction manual for the **Xbox One** or Accessory);

(e) scratched, dented, etc. or shows other cosmetic damage; or

(f) repaired by anyone other than Microsoft.

6. EXCLUSION OF CERTAIN DAMAGES

The following is not intended to limit the application of Section 10 of the Quebec Consumer Protection Act, if such section is otherwise applicable. MICROSOFT IS NOT responsible FOR ANY INDIRECT, INCIDENTAL, SPECIAL, OR CONSEQUENTIAL DAMAGES; ANY LOSS OF DATA, PRIVACY, CONFIDENTIALITY, OR PROFITS; OR ANY INABILITY TO USE YOUR **XBOX ONE** or Accessory. THESE EXCLUSIONS APPLY EVEN IF MICROSOFT HAS BEEN ADVISED OF THE POSSIBILITY OF THESE DAMAGES, AND EVEN IF ANY REMEDY FAILS OF ITS ESSENTIAL PURPOSE. Some States or Provinces do not allow the exclusion or limitation of incidental or consequential damages, so this limitation or exclusion may not apply to You.

7. Additional Terms

If You attempt to defeat or circumvent any **Xbox One** or Accessory technical limitation, security, or anti-piracy system, You may cause Your **Xbox One** or Accessory to stop working permanently. You will also void Your warranty, and make Your **Xbox One** or Accessory ineligible for authorized repair, even for a fee.

8. Choice of Law

The laws of the State or Province where You live govern the interpretation of this warranty, any claim that Microsoft has breached it, and all other claims (including consumer protection, unfair competition, implied warranty, and tort claims), regardless of conflict of law principles.

9. Binding Arbitration and Class Action Waiver for U.S. Residents

**(a) Application**. This section applies to any dispute **except it does not include A Dispute relating to the enforcement or VALIDITY of your, Microsoft's, or either of our licensors' intellectual property rights.** Dispute means any dispute, action, or other controversy between You and Microsoft concerning the **Xbox One** and/or the Accessory (including its price) or this warranty, whether in contract, warranty, tort, statute, regulation, ordinance, or any other legal or equitable basis. "Dispute" will be given the broadest possible meaning allowable under law.

**(b) Notice of Dispute**. In the event of a dispute, You or Microsoft must give the other a Notice of Dispute, which is a written statement that sets forth the name, address and contact information of the party giving it, the facts giving rise to the dispute, and the relief requested. You must send any Notice of Dispute by U.S. Mail to **Microsoft Corporation, ATTN: LCA ARBITRATION, One Microsoft Way, Redmond, WA 98052-6399**. **A form is available at** Legal Resources**.** Microsoft will send any Notice of Dispute to You by U.S. Mail to Your address if we have it, or otherwise to Your e-mail address. You and Microsoft will attempt to resolve any dispute through informal negotiation within 60 days from the date the Notice of Dispute is sent. After 60 days, You or Microsoft may commence arbitration.

**(c) Small Claims Court.** You may also litigate any dispute in small claims court in Your county of residence or King County, Washington, if the dispute meets all requirements to be heard in the small claims court. You may litigate in small claims court whether or not You negotiated informally first.

**(d) Binding Arbitration. If You and Microsoft do not resolve any dispute by informal negotiation or in small claims court, any other effort to resolve the dispute will be conducted exclusively by binding arbitration. You are giving up the right to litigate (or participate in as a party or class member) all disputes in court before a judge or jury.** Instead, all disputes will be resolved before a neutral arbitrator, whose decision will be final except for a limited right of appeal under the Federal Arbitration Act. Any court with jurisdiction over the parties may enforce the arbitrator's award.

**(e) Class Action Waiver. Any proceedings to resolve or litigate any dispute in any forum will be conducted solely on an individual basis. Neither You nor Microsoft will seek to have any dispute heard as a class action, private attorney general action, or in any other proceeding in which either party acts or proposes to act in a representative capacity. No arbitration or proceeding will be combined with another without the prior written consent of all parties to all affected arbitrations or proceedings.**

**(f) Arbitration Procedure.** Any arbitration will be conducted by the American Arbitration Association (the "AAA") under its Commercial Arbitration Rules. If You are an individual and use the Microsoft Hardware or Accessories for personal or household use, or if the value of the dispute is $75,000 or less whether or not You are an individual or how You use the Microsoft Hardware or Accessories, its Supplementary Procedures for Consumer-Related Disputes will also apply. For more information, see the American Arbitration Association (AAA) website or call 1-800-778-7879. To commence arbitration, submit the form available at Legal Resources to the AAA. You agree to commence arbitration only in Your county of residence or in King County, Washington. Microsoft agrees to commence arbitration only in Your county of residence. You may request a telephonic or in-person hearing by following the AAA rules. In a dispute involving $10,000 or less, any hearing will be telephonic unless the arbitrator finds good cause to hold an in-person hearing instead. The arbitrator may award the same damages to You individually as a court could. The arbitrator may award declaratory or injunctive relief only to You individually, and only to the extent required to satisfy Your individual claim.

**(g) Arbitration Fees and Incentives.**

1.   Disputes Involving $75,000 or Less. Microsoft will promptly reimburse Your filing fees and pay the AAA's and arbitrator's fees and expenses. If You reject Microsoft's last written settlement offer made before the arbitrator was appointed ("Microsoft's last written offer"), Your dispute goes all the way to an arbitrator's decision (called an "award"), and the arbitrator awards You more than Microsoft's last written offer, Microsoft will give You three incentives: (i) pay the greater of the award or $5,000; (ii) pay twice Your reasonable attorney's fees, if any; and (iii) reimburse any expenses (including expert witness fees and costs) that Your attorney reasonably accrues for investigating, preparing, and pursuing Your claim in arbitration. The arbitrator will determine the amount of fees, costs, and expenses unless You and Microsoft agree on them.

2.   Disputes Involving More Than $75,000. The AAA rules will govern payment of filing fees and the AAA's and arbitrator's fees and expenses.

3.   Disputes Involving Any Amount. In any arbitration You commence, Microsoft will seek its AAA or arbitrator's fees and expenses, or Your filing fees it reimbursed, only if the arbitrator finds the arbitration frivolous or brought for an improper purpose. In any arbitration Microsoft commences, Microsoft will pay all filing, AAA, and arbitrator's fees and expenses. Microsoft will not seek its attorney's fees or expenses from You in any arbitration. Fees and expenses are not counted in determining how much a dispute involves.

**(h)** Conflict with AAA Rules. This warranty governs to the extent it conflicts with AAA's Commercial Arbitration Rules and Supplementary Procedures for Consumer-Related Disputes.

**(i) Claims or Disputes Must Be Filed Within One Year.** To the extent permitted by law, any claim or dispute under this warranty must be filed within one year in small claims court (Section 8(c)), an arbitration proceeding (Section 8(d)), or in court, if Section 8 permits the dispute to be filed in court instead of arbitration. The one-year period begins when the claim or Notice of Dispute first could be filed. If a claim or dispute is not filed within one year, it is permanently barred.

**(j) Severability.** If the class action waiver in Section 8(e) is found to be illegal or unenforceable as to all or some parts of a dispute, then it will not apply to those parts. Instead, those parts will be severed and proceed in a court of law, with the remaining parts proceeding in arbitration. If any other provision of Section 8 is found to be illegal or unenforceable, that provision will be severed with the remainder of this Section 8 remaining in full force and effect.

All parts of this Limited Warranty apply to the maximum extent permitted by law or unless prohibited by law.

This warranty is valid only in the United States of America and Canada.

Microsoft's address in the United States: Microsoft Corporation, One Microsoft Way, Redmond, WA 98052

Microsoft's address in Canada: Microsoft Canada Inc., 1950 Meadowvale Blvd., Mississauga, Ontario, L5N 8L9

# Exhibit Y

**MANUFACTURER'S LIMITED HARDWARE WARRANTY & AGREEMENT**

This Manufacturer's Limited Hardware Warranty & Agreement ("Warranty") is an agreement between you and the applicable Microsoft contracting entity identified at the bottom of this Warranty ("Microsoft").

**BY PURCHASING OR USING YOUR MICROSOFT PRODUCT, YOU AGREE TO THIS WARRANTY. PLEASE READ AND SAVE A COPY FOR YOUR RECORDS. IF YOU DO NOT ACCEPT THIS WARRANTY, DO NOT USE YOUR MICROSOFT PRODUCT AND RETURN IT UNUSED TO YOUR RETAILER, RESELLER, OR MICROSOFT FOR A REFUND. IF YOU RETURN IT, THIS WARRANTY WILL GOVERN WHAT OCCURS BEFORE YOUR RETURN.**

**RELATION TO CONSUMER LAW.** THIS WARRANTY GIVES YOU SPECIFIC LEGAL RIGHTS AND IS IN ADDITION TO, NOT IN PLACE OF, ANY RIGHTS YOU MAY HAVE UNDER CONSUMER OR OTHER LAWS APPLICABLE TO YOU. YOU MAY ALSO HAVE OTHER RIGHTS WHICH VARY FROM STATE TO STATE OR BY PROVINCE OR COUNTRY. OTHER THAN AS PERMITTED BY LAW, MICROSOFT DOES NOT EXCLUDE, LIMIT, OR SUSPEND OTHER RIGHTS YOU MAY HAVE, INCLUDING THOSE THAT MAY ARISE FROM THE NONCOMFORMITY OF A SALES CONTRACT.

**CONSENT TO BINDING ARBITRATION AND CLASS ACTION WAIVER.** IF YOU LIVE IN (OR ARE A BUSINESS WITH YOUR PRINCIPAL PLACE OF BUSINESS IN) THE UNITED STATES, PLEASE READ THE BINDING ARBITRATION CLAUSE AND CLASS ACTION WAIVER IN SECTION 11. IT AFFECTS HOW DISPUTES CONCERNING YOUR MICROSOFT PRODUCT, ITS PRICE, ADVERTSING, MARKETING, OR COMMUNICATIONS, YOUR PURCHASE TRANSACTION, BILLING OR THIS WARRANTY & AGREEMENT ARE RESOLVED.

**1. Definitions**

(a) "Microsoft Product" means a genuine Microsoft hardware product purchased from Microsoft or an authorized retailer or reseller. Some Microsoft hardware products have their own limited warranties instead of this one.

(b) "Normal Use Conditions" means ordinary consumer use under normal conditions according to the instruction manual and any other support documentation provided by Microsoft for the Microsoft Product.

**2. Duration**

Without prejudice to any legal (statutory) rights to which you may be entitled under your local law, this Warranty lasts for **one year** from the date of original purchase from Microsoft or an authorized retailer or reseller, unless a different time appears below:

| **Duration** | **Product Name** |
|---|---|
| 90 Days | All Xbox Accessories, Refurbished Xbox One Consoles |
| 2 Years | Compact Optical Mouse 500, Compact Optical Mouse |
| 3 Years | All-in-One Media Keyboard, Arc Touch Mouse, Basic Optical Mouse, Bluetooth Mobile Mouse 3600, Comfort Mouse 4500, Designer Bluetooth Desktop, Designer Bluetooth Mouse, LifeCam Cinema, LifeCam HD-3000, LifeCam Studio, LifeChat LX-3000, Natural Ergo Keyboard 4000, Sculpt Comfort Desktop, Sculpt Comfort Mouse, Sculpt Ergonomic Desktop, Sculpt Ergonomic Keyboard, Sculpt Ergonomic Mouse, Sculpt Mobile Mouse, Wired Desktop 600, Wired Keyboard 600, Wireless Comfort Desktop 5050, Wireless |

| | Desktop 2000, Wireless Desktop 3050, Wireless Desktop 850, Wireless Desktop 900, Wireless Mobile Mouse 1850, Wireless Mobile Mouse 3500, Wireless Mobile Mouse 4000, Wireless Mobile Mouse 900 |
|---|---|

**3. Territory**

This Warranty is valid only in the United States and Canada.

**4. Warranty**

    (a)    Microsoft warrants that the Microsoft Product will not malfunction due to a defect in materials or workmanship under Normal Use Conditions.

    (b)    Subject to your legal (statutory) rights under your local law (which may include the Province of Quebec), this Warranty is the only guarantee, warranty, or condition Microsoft gives for your Microsoft Product. No one else may give any guarantee, warranty, or condition on Microsoft's behalf.

    (c)    IF YOUR LOCAL LAW GIVES YOU ANY IMPLIED WARRANTY, INCLUDING AN IMPLIED WARRANTY OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE, ITS DURATION IS THE SAME AS THIS WARRANTY. SOME STATES, PROVINCES (WHICH MAY INCLUDE THE PROVINCE OF QUEBEC), OR COUNTRIES DO NOT ALLOW LIMITATIONS ON HOW LONG AN IMPLIED WARRANTY LASTS, SO THE ABOVE LIMITATION MAY NOT APPLY TO YOU.

**5. How to Get Warranty Service**

Prior to providing warranty service, Microsoft or its agents may require you to provide proof of purchase for the Microsoft Product.

    (a)    Before starting the warranty process, please use the troubleshooting tips at support.microsoft.com.

    (b)    If the troubleshooting tips do not resolve your problem, then follow the online process at support.microsoft.com/devices.

    (c)    **Back up your Data or Programs and Delete Confidential Information.** Before sending your Microsoft Product to Microsoft for service, be sure to:
i. KEEP A COPY OF ANY DATA OR PROGRAMS YOU WANT TO SAVE. MICROSOFT IS NOT RESPONSIBLE FOR YOUR DATA OR PROGRAMS AND WILL ERASE THEM; AND
ii. DELETE ANYTHING YOU CONSIDER CONFIDENTIAL. MICROSOFT IS NOT RESPONSIBLE FOR THE CONFIDENTIALITY OF YOUR INFORMATION IF YOU LEAVE THAT CONFIDENTIAL INFORMATION ON YOUR DEVICE.

Warranty service may be available only in the country where you purchased the Microsoft Product. If warranty service is unavailable to you in the country where the device is located when warranty service is requested, Microsoft may offer you other support options for an additional charge.

**6. Microsoft's Responsibility**

    (a)    If Microsoft determines that the Microsoft Product malfunctioned under Normal Use Conditions during the warranty period due to a defect in materials or workmanship, Microsoft will (at its option) repair or replace it or the defective part, or refund the purchase price in exchange for the return of the Microsoft Product, unless a mandatory

provision of your local law provides otherwise. Unless a mandatory provision of your local law provides otherwise, repair may use new or refurbished parts and replacement may be with a new or refurbished unit. When replacing the unit, Microsoft may use either the same unit model or, if unavailable, the model nearest to the original model's form, functionality, and performance, in Microsoft's sole discretion. The Microsoft Product or all parts of your Microsoft Product that Microsoft has replaced become Microsoft's property.

(b) Unless a mandatory provision of your local law provides otherwise (which may include the Province of Quebec), after repair or replacement, your Microsoft Product will be covered by this Warranty for the longer of the remainder of your original warranty period or 90 days after Microsoft ships it to you.

(c) UNLESS A MANDATORY PROVISION OF YOUR LOCAL LAW PROVIDES OTHERWISE, MICROSOFT'S RESPONSIBILITY TO REPAIR OR REPLACE YOUR MICROSOFT PRODUCT, OR TO REFUND THE PURCHASE PRICE, IS YOUR EXCLUSIVE REMEDY.

(d) Subject to your local law (which may include the Province of Quebec), if your Microsoft Product malfunctions after one year (or other time in Section 2) from the date of original purchase or if your Microsoft Product is otherwise excluded from this Warranty, Microsoft may charge you a fee for its efforts (whether successful or not) to diagnose and service any problems with it.

**7. <u>Warranty Exclusions</u>**

To the extent permitted by your local law, Microsoft is not responsible, and this Warranty does not apply (and Microsoft may not offer service even for a fee) to:

(a) a Microsoft Product not purchased from Microsoft or an authorized retailer or reseller;

(b) damage caused by use with products, applications, or services not manufactured, licensed, or supplied by Microsoft (including, for example, games and accessories not manufactured or licensed by Microsoft, and "pirated" games);

(c) a Microsoft Product that has had its serial or IMEI number altered or removed;

(d) damage caused by any external cause (including, for example, by being dropped, exposed to liquid, or used with inadequate ventilation);

(e) damage caused by use not in accordance with the user manual or any other instruction Microsoft provided;

(f) damage caused by repairs or modifications done by someone other than Microsoft or a Microsoft authorized service provider;

(g) scratches, dents, other cosmetic damage, or damage reasonably expected as a result of normal wear and tear;

(h) damage caused by hacking, cracking, viruses or other malware, or by unauthorized access to services, accounts, computer systems, or networks; or

(i) a Microsoft Product that has had its software or hardware modified to alter its functionality or capabilities using malicious code, malware, bots, worms, trojans, backdoors, exploits, cheats, fraud, hacks, hidden diagnostics, or other mechanisms:

i. to disable security or content-protection mechanisms;
ii. to give the user an unfair advantage or degrade other users' experience in online gaming;
iii. to deceive or defraud Microsoft or others; or
iv. that may harm the product or our systems.

This Warranty applies only if your Microsoft Product is used with the Microsoft operating system preinstalled in your Microsoft Product, or any contemporaneous or later version of that operating system.

This Warranty does not apply to (a) consumable parts designed to diminish over time, such as reduced charging capacity of the battery resulting from its natural end-of-product life, unless the failure occurred due to a defect in materials or workmanship, or (b) a SIM card or any cellular or other networks or system on which the Microsoft Product operates.

This Warranty does not apply to any software distributed by Microsoft with the Microsoft Product.

Microsoft does not guarantee that your use of the Microsoft Product will be uninterrupted, timely, secure, or error-free, or that data loss will not occur.

**8.   EXCLUSION OF CERTAIN DAMAGES AND LIMITATION OF LIABILITY**

UNLESS OTHERWISE PROVIDED UNDER YOUR LOCAL LAW (WHICH MAY INCLUDE THE PROVINCE OF QUEBEC), MICROSOFT IS NOT RESPONSIBLE FOR ANY INDIRECT, INCIDENTAL, SPECIAL, OR CONSEQUENTIAL DAMAGES; ANY LOSS OF DATA, PRIVACY, CONFIDENTIALITY, OR PROFITS; OR ANY INABILITY TO USE YOUR MICROSOFT PRODUCT . THESE EXCLUSIONS APPLY EVEN IF MICROSOFT HAS BEEN ADVISED OF THE POSSIBILITY OF THESE DAMAGES, AND EVEN IF ANY REMEDY FAILS OF ITS ESSENTIAL PURPOSE. SOME STATES, PROVINCES, AND COUNTRIES DO NOT ALLOW THE EXCLUSION OR LIMITATION OF INCIDENTAL OR CONSEQUENTIAL DAMAGES, SO THE ABOVE LIMITATION OR EXCLUSION MAY NOT APPLY TO YOU.

TO THE EXTENT PERMITTED BY YOUR LOCAL LAW, IF YOU HAVE ANY BASIS FOR A REMEDY BEYOND REPAIR, REPLACEMENT, OR REFUND—SEE SECTION 6(c), MICROSOFT'S LIABILITY TO YOU CAN BE NO MORE THAN THE PURCHASE PRICE PAID FOR THE MICROSOFT PRODUCT  (AS APPLICABLE).

**9.   Additional Terms**

All parts of this Warranty apply to the maximum extent permitted by your local law or unless prohibited by your local law. If a court or arbitrator holds that Microsoft cannot enforce a part of this Warranty as written, those parts shall be deemed replaced with similar terms to the extent enforceable under the relevant law (or where a local court or arbitrator will not amend this Warranty, such part will be severed), but the rest of this Warranty won't change. Section 11(g) says what happens if parts of Section 11 (Arbitration and Class Action Waiver) are found to be illegal or unenforceable. Section 11(g) prevails over this section if inconsistent with it.

**10. Choice of Law**

If you live in (or, if a business, your principal place of business is in) the United States, the laws of the State where you live (or, if a business, where your principal place of business is located) govern the interpretation of this Warranty, claims for breach of it, and all other claims (including consumer

protection, unfair competition, implied warranty, and tort claims), regardless of conflict of laws principles, except that the Federal Arbitration Act governs all provisions relating to arbitration.

If you live in (or, if a business, your principal place of business is in) Canada, the laws of the Province where you live (or, if a business, where your principal place of business is located) govern the interpretation of this Warranty, claims for breach of it, and all other claims (including consumer protection, unfair competition, implied warranty, and tort claims), regardless of conflict of laws principles.

**11. BINDING ARBITRATION AND CLASS ACTION WAIVER IF YOU LIVE IN (OR, IF A BUSINESS, YOUR PRINCIPAL PLACE OF BUSINESS IS IN) THE UNITED STATES**

We hope we never have a dispute, but if we do, you and we agree to try for 60 days to resolve it informally. If we can't, you and we agree to **binding individual arbitration before the American Arbitration Association ("AAA") under the Federal Arbitration Act ("FAA"), and not to sue in court in front of a judge or jury.** Instead, a neutral arbitrator will decide, and the arbitrator's decision will be final except for a limited right of review under the FAA. **Class action lawsuits, class-wide arbitrations, private attorney-general actions, and any other proceeding where someone acts in a representative capacity aren't allowed. Nor is combining individual proceedings without the consent of all parties.**

(a) **Disputes Covered—Everything Except IP.** The term "dispute" is as broad as it can be. It includes any claim or controversy between you and Microsoft concerning the Microsoft Product , its price, advertising, marketing, communications, your purchase transaction, billing, or this Warranty, under any legal theory including contract, warranty, tort, statute, or regulation, **except disputes relating to the enforcement or validity of your, your licensors', our, or our licensors' intellectual property rights.**

(b) **Mail Notice of Dispute First.** If you have a dispute and our customer service representatives can't resolve it, send a Notice of Dispute by U.S. Mail to Microsoft Corporation, ATTN: CELA ARBITRATION, One Microsoft Way, Redmond, WA 98052-6399. Tell us your name, address, how to contact you, what the problem is, and what you want. A form is available at aka.ms/us-notice-of-dispute. We'll do the same if we have a dispute with you. After 60 days, you or we may start an arbitration if the dispute is unresolved.

(c) **Small Claims Court Option.** Instead of mailing a Notice of Dispute, you may sue us in small claims court in your county of residence (or, if a business, your principal place of business) or King County, Washington, if you meet the court's requirements.

(d) **Arbitration Procedure.** The AAA will conduct any arbitration under its Commercial Arbitration Rules (or its Consumer Arbitration Rules if you are an individual and use the Microsoft Product for personal or household use, or if the value of the dispute is $75,000 or less whether or not you are an individual or how you use the Microsoft Product ). For more information, see www.adr.org or call 1-800-778-7879. To start an arbitration, submit the form available at aka.ms/us-arbitration to the AAA; mail a copy to Microsoft. In a dispute involving $25,000 or less, any hearing will be telephonic unless the arbitrator finds good cause to hold an in-person hearing instead. Any in-person hearing will take place in your county of residence (or, if a business, your principal place of business) or King County, Washington. You choose. The arbitrator may award the same damages to you individually as a court could. The arbitrator may award declaratory or injunctive relief only to you individually to satisfy your individual claim. Under AAA Rules, the arbitrator rules on his or her own jurisdiction, including the arbitrability of any claim. But a court has exclusive

authority to enforce the prohibition on arbitration on a class-wide basis or in a representative capacity.

(e) **Arbitration Fees and Payments**

**i. Disputes Involving $75,000 or Less.** Microsoft will promptly reimburse your filing fees and pay the AAA's and arbitrator's fees and expenses. If you reject our last written settlement offer made before the arbitrator was appointed, your dispute goes all the way to an arbitrator's decision (called an "award"), and the arbitrator awards you more than this last written offer, we will: (i) pay the greater of the award or $1,000; (ii) pay your reasonable attorney's fees, if any; and (iii) reimburse any expenses (including expert witness fees and costs) that your attorney reasonably accrues for investigating, preparing, and pursuing your claim in arbitration.

**ii. Disputes Involving More than $75,000.** The AAA rules will govern payment of filing fees and the AAA's and arbitrator's fees and expenses.

(f) **Must File Within One Year.** You and we must file in small claims court or arbitration any claim or dispute (except intellectual property disputes—see Section 11(a)) within one year from when it first could be filed. Otherwise, it is permanently barred.

(g) **Severability.** If any part of Section 11 (Binding Arbitration and Class Action Waiver) is found to be illegal or unenforceable, the remainder will remain in effect (with an arbitration award issued before any court proceeding begins), except that if a finding of partial illegality or unenforceability would allow class-wide or representative arbitration, Section 11 will be unenforceable in its entirety.

(h) **Conflict with AAA Rules.** This Warranty governs if it conflicts with the AAA's Commercial Arbitration Rules or Consumer Arbitration Rules.

**Microsoft Contact Information**

| Region/Country of Purchase | Microsoft Contracting Entity | Address |
|---|---|---|
| United States | Microsoft Corporation | One Microsoft Way, Redmond WA 98052 |
| Canada | Microsoft Canada Inc. | 1950 Meadowvale Blvd., Mississauga, Ontario, L5N 8L9 |

# Exhibit Z

**MANUFACTURER'S LIMITED HARDWARE WARRANTY & AGREEMENT**

This Manufacturer's Limited Hardware Warranty & Agreement ("Warranty") is an agreement between you and the applicable Microsoft contracting entity identified at the bottom of this Warranty ("Microsoft").

**BY PURCHASING OR USING YOUR MICROSOFT PRODUCT, YOU AGREE TO THIS WARRANTY. PLEASE READ AND SAVE A COPY FOR YOUR RECORDS. IF YOU DO NOT ACCEPT THIS WARRANTY, DO NOT USE YOUR MICROSOFT PRODUCT AND RETURN IT UNUSED TO YOUR RETAILER, RESELLER, OR MICROSOFT FOR A REFUND. IF YOU RETURN IT, THIS WARRANTY WILL GOVERN WHAT OCCURS BEFORE YOUR RETURN.**

**RELATION TO CONSUMER LAW.** THIS WARRANTY GIVES YOU SPECIFIC LEGAL RIGHTS AND IS IN ADDITION TO, NOT IN PLACE OF, ANY RIGHTS YOU MAY HAVE UNDER CONSUMER OR OTHER LAWS APPLICABLE TO YOU. YOU MAY ALSO HAVE OTHER RIGHTS WHICH VARY FROM STATE TO STATE OR BY PROVINCE OR COUNTRY. OTHER THAN AS PERMITTED BY LAW, MICROSOFT DOES NOT EXCLUDE, LIMIT, OR SUSPEND OTHER RIGHTS YOU MAY HAVE, INCLUDING THOSE THAT MAY ARISE FROM THE NONCOMFORMITY OF A SALES CONTRACT.

**CONSENT TO BINDING ARBITRATION AND CLASS ACTION WAIVER.** IF YOU LIVE IN (OR ARE A BUSINESS WITH YOUR PRINCIPAL PLACE OF BUSINESS IN) THE UNITED STATES, PLEASE READ THE BINDING ARBITRATION CLAUSE AND CLASS ACTION WAIVER IN SECTION 11. IT AFFECTS HOW DISPUTES CONCERNING YOUR MICROSOFT PRODUCT, ITS PRICE, ADVERTSING, MARKETING, OR COMMUNICATIONS, YOUR PURCHASE TRANSACTION, BILLING OR THIS WARRANTY & AGREEMENT ARE RESOLVED.

**1. Definitions**

(a) "Microsoft Product" means a genuine Microsoft hardware product purchased from Microsoft or an authorized retailer or reseller. Some Microsoft hardware products have their own limited warranties instead of this one.

(b) "Normal Use Conditions" means ordinary consumer use under normal conditions according to the instruction manual and any other support documentation provided by Microsoft for the Microsoft Product.

**2. Duration**

Without prejudice to any legal (statutory) rights to which you may be entitled under your local law, this Warranty lasts for **one year** from the date of original purchase from Microsoft or an authorized retailer or reseller, unless a different time appears below:

| Duration | Product Name |
|---|---|
| 90 Days | All Xbox Accessories, Refurbished Xbox One Consoles |
| 2 Years | Compact Optical Mouse 500, Compact Optical Mouse |
| 3 Years | All-in-One Media Keyboard, Arc Touch Mouse, Basic Optical Mouse, Bluetooth Mobile Mouse 3600, Comfort Mouse 4500, Designer Bluetooth Desktop, Designer Bluetooth Mouse, LifeCam Cinema, LifeCam HD-3000, LifeCam Studio, LifeChat LX-3000, Natural Ergo Keyboard 4000, Sculpt Comfort Desktop, Sculpt Comfort Mouse, Sculpt Ergonomic Desktop, Sculpt Ergonomic Keyboard, Sculpt Ergonomic Mouse, Sculpt Mobile Mouse, Wired Desktop 600, Wired Keyboard 600, Wireless Comfort Desktop 5050, Wireless |

| | Desktop 2000, Wireless Desktop 3050, Wireless Desktop 850, Wireless Desktop 900, Wireless Mobile Mouse 1850, Wireless Mobile Mouse 3500, Wireless Mobile Mouse 4000, Wireless Mobile Mouse 900 |
|---|---|

**3. Territory**

This Warranty is valid only in the United States and Canada.

**4. Warranty**

    (a)    Microsoft warrants that the Microsoft Product will not malfunction due to a defect in materials or workmanship under Normal Use Conditions.

    (b)    Subject to your legal (statutory) rights under your local law (which may include the Province of Quebec), this Warranty is the only guarantee, warranty, or condition Microsoft gives for your Microsoft Product. No one else may give any guarantee, warranty, or condition on Microsoft's behalf.

    (c)    IF YOUR LOCAL LAW GIVES YOU ANY IMPLIED WARRANTY, INCLUDING AN IMPLIED WARRANTY OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE, ITS DURATION IS THE SAME AS THIS WARRANTY. SOME STATES, PROVINCES (WHICH MAY INCLUDE THE PROVINCE OF QUEBEC), OR COUNTRIES DO NOT ALLOW LIMITATIONS ON HOW LONG AN IMPLIED WARRANTY LASTS, SO THE ABOVE LIMITATION MAY NOT APPLY TO YOU.

**5. How to Get Warranty Service**

Prior to providing warranty service, Microsoft or its agents may require you to provide proof of purchase for the Microsoft Product.

    (a)    Before starting the warranty process, please use the troubleshooting tips at support.microsoft.com.

    (b)    If the troubleshooting tips do not resolve your problem, then follow the online process at support.microsoft.com/devices.

    (c)    **Back up your Data or Programs and Delete Confidential Information.** Before sending your Microsoft Product to Microsoft for service, be sure to:
i. KEEP A COPY OF ANY DATA OR PROGRAMS YOU WANT TO SAVE. MICROSOFT IS NOT RESPONSIBLE FOR YOUR DATA OR PROGRAMS AND WILL ERASE THEM; AND
ii. DELETE ANYTHING YOU CONSIDER CONFIDENTIAL. MICROSOFT IS NOT RESPONSIBLE FOR THE CONFIDENTIALITY OF YOUR INFORMATION IF YOU LEAVE THAT CONFIDENTIAL INFORMATION ON YOUR DEVICE.

Warranty service may be available only in the country where you purchased the Microsoft Product. If warranty service is unavailable to you in the country where the device is located when warranty service is requested, Microsoft may offer you other support options for an additional charge.

**6. Microsoft's Responsibility**

    (a)    If Microsoft determines that the Microsoft Product malfunctioned under Normal Use Conditions during the warranty period due to a defect in materials or workmanship, Microsoft will (at its option) repair or replace it or the defective part, or refund the purchase price in exchange for the return of the Microsoft Product, unless a mandatory

provision of your local law provides otherwise. Unless a mandatory provision of your local law provides otherwise, repair may use new or refurbished parts and replacement may be with a new or refurbished unit. When replacing the unit, Microsoft may use either the same unit model or, if unavailable, the model nearest to the original model's form, functionality, and performance, in Microsoft's sole discretion. The Microsoft Product or all parts of your Microsoft Product that Microsoft has replaced become Microsoft's property.

(b) Unless a mandatory provision of your local law provides otherwise (which may include the Province of Quebec), after repair or replacement, your Microsoft Product will be covered by this Warranty for the longer of the remainder of your original warranty period or 90 days after Microsoft ships it to you.

(c) UNLESS A MANDATORY PROVISION OF YOUR LOCAL LAW PROVIDES OTHERWISE, MICROSOFT'S RESPONSIBILITY TO REPAIR OR REPLACE YOUR MICROSOFT PRODUCT, OR TO REFUND THE PURCHASE PRICE, IS YOUR EXCLUSIVE REMEDY.

(d) Subject to your local law (which may include the Province of Quebec), if your Microsoft Product malfunctions after one year (or other time in Section 2) from the date of original purchase or if your Microsoft Product is otherwise excluded from this Warranty, Microsoft may charge you a fee for its efforts (whether successful or not) to diagnose and service any problems with it.

**7. <u>Warranty Exclusions</u>**

To the extent permitted by your local law, Microsoft is not responsible, and this Warranty does not apply (and Microsoft may not offer service even for a fee) to:

(a) a Microsoft Product not purchased from Microsoft or an authorized retailer or reseller;

(b) damage caused by use with products, applications, or services not manufactured, licensed, or supplied by Microsoft (including, for example, games and accessories not manufactured or licensed by Microsoft, and "pirated" games);

(c) a Microsoft Product that has had its serial or IMEI number altered or removed;

(d) damage caused by any external cause (including, for example, by being dropped, exposed to liquid, or used with inadequate ventilation);

(e) damage caused by use not in accordance with the user manual or any other instruction Microsoft provided;

(f) damage caused by repairs or modifications done by someone other than Microsoft or a Microsoft authorized service provider;

(g) scratches, dents, other cosmetic damage, or damage reasonably expected as a result of normal wear and tear;

(h) damage caused by hacking, cracking, viruses or other malware, or by unauthorized access to services, accounts, computer systems, or networks; or

(i) a Microsoft Product that has had its software or hardware modified to alter its functionality or capabilities using malicious code, malware, bots, worms, trojans, backdoors, exploits, cheats, fraud, hacks, hidden diagnostics, or other mechanisms:

i. to disable security or content-protection mechanisms;
ii. to give the user an unfair advantage or degrade other users' experience in online gaming;
iii. to deceive or defraud Microsoft or others; or
iv. that may harm the product or our systems.

This Warranty applies only if your Microsoft Product is used with the Microsoft operating system preinstalled in your Microsoft Product, or any contemporaneous or later version of that operating system.

This Warranty does not apply to (a) consumable parts designed to diminish over time, such as reduced charging capacity of the battery resulting from its natural end-of-product life, unless the failure occurred due to a defect in materials or workmanship, or (b) a SIM card or any cellular or other networks or system on which the Microsoft Product operates.

This Warranty does not apply to any software distributed by Microsoft with the Microsoft Product.

Microsoft does not guarantee that your use of the Microsoft Product will be uninterrupted, timely, secure, or error-free, or that data loss will not occur.

**8.  EXCLUSION OF CERTAIN DAMAGES AND LIMITATION OF LIABILITY**

UNLESS OTHERWISE PROVIDED UNDER YOUR LOCAL LAW (WHICH MAY INCLUDE THE PROVINCE OF QUEBEC), MICROSOFT IS NOT RESPONSIBLE FOR ANY INDIRECT, INCIDENTAL, SPECIAL, OR CONSEQUENTIAL DAMAGES; ANY LOSS OF DATA, PRIVACY, CONFIDENTIALITY, OR PROFITS; OR ANY INABILITY TO USE YOUR MICROSOFT PRODUCT . THESE EXCLUSIONS APPLY EVEN IF MICROSOFT HAS BEEN ADVISED OF THE POSSIBILITY OF THESE DAMAGES, AND EVEN IF ANY REMEDY FAILS OF ITS ESSENTIAL PURPOSE. SOME STATES, PROVINCES, AND COUNTRIES DO NOT ALLOW THE EXCLUSION OR LIMITATION OF INCIDENTAL OR CONSEQUENTIAL DAMAGES, SO THE ABOVE LIMITATION OR EXCLUSION MAY NOT APPLY TO YOU.

TO THE EXTENT PERMITTED BY YOUR LOCAL LAW, IF YOU HAVE ANY BASIS FOR A REMEDY BEYOND REPAIR, REPLACEMENT, OR REFUND—SEE SECTION 6(c), MICROSOFT'S LIABILITY TO YOU CAN BE NO MORE THAN THE PURCHASE PRICE PAID FOR THE MICROSOFT PRODUCT  (AS APPLICABLE).

**9.  Additional Terms**

All parts of this Warranty apply to the maximum extent permitted by your local law or unless prohibited by your local law. If a court or arbitrator holds that Microsoft cannot enforce a part of this Warranty as written, those parts shall be deemed replaced with similar terms to the extent enforceable under the relevant law (or where a local court or arbitrator will not amend this Warranty, such part will be severed), but the rest of this Warranty won't change. Section 11(g) says what happens if parts of Section 11 (Arbitration and Class Action Waiver) are found to be illegal or unenforceable. Section 11(g) prevails over this section if inconsistent with it.

**10.  Choice of Law**

If you live in (or, if a business, your principal place of business is in) the United States, the laws of the State where you live (or, if a business, where your principal place of business is located) govern the interpretation of this Warranty, claims for breach of it, and all other claims (including consumer

protection, unfair competition, implied warranty, and tort claims), regardless of conflict of laws principles, except that the Federal Arbitration Act governs all provisions relating to arbitration.

If you live in (or, if a business, your principal place of business is in) Canada, the laws of the Province where you live (or, if a business, where your principal place of business is located) govern the interpretation of this Warranty, claims for breach of it, and all other claims (including consumer protection, unfair competition, implied warranty, and tort claims), regardless of conflict of laws principles.

**11.   BINDING ARBITRATION AND CLASS ACTION WAIVER IF YOU LIVE IN (OR, IF A BUSINESS, YOUR PRINCIPAL PLACE OF BUSINESS IS IN) THE UNITED STATES**

We hope we never have a dispute, but if we do, you and we agree to try for 60 days to resolve it informally. If we can't, you and we agree to **binding individual arbitration before the American Arbitration Association ("AAA") under the Federal Arbitration Act ("FAA"), and not to sue in court in front of a judge or jury.** Instead, a neutral arbitrator will decide, and the arbitrator's decision will be final except for a limited right of review under the FAA. **Class action lawsuits, class-wide arbitrations, private attorney-general actions, and any other proceeding where someone acts in a representative capacity aren't allowed. Nor is combining individual proceedings without the consent of all parties.**

(a) **Disputes Covered—Everything Except IP.** The term "dispute" is as broad as it can be. It includes any claim or controversy between you and Microsoft concerning the Microsoft Product , its price, advertising, marketing, communications, your purchase transaction, billing, or this Warranty, under any legal theory including contract, warranty, tort, statute, or regulation, **except disputes relating to the enforcement or validity of your, your licensors', our, or our licensors' intellectual property rights.**

(b) **Mail Notice of Dispute First.** If you have a dispute and our customer service representatives can't resolve it, send a Notice of Dispute by U.S. Mail to Microsoft Corporation, ATTN: CELA ARBITRATION, One Microsoft Way, Redmond, WA 98052-6399. Tell us your name, address, how to contact you, what the problem is, and what you want. A form is available at aka.ms/us-notice-of-dispute. We'll do the same if we have a dispute with you. After 60 days, you or we may start an arbitration if the dispute is unresolved.

(c) **Small Claims Court Option.** Instead of mailing a Notice of Dispute, you may sue us in small claims court in your county of residence (or, if a business, your principal place of business) or King County, Washington, if you meet the court's requirements.

(d) **Arbitration Procedure.** The AAA will conduct any arbitration under its Commercial Arbitration Rules (or its Consumer Arbitration Rules if you are an individual and use the Microsoft Product for personal or household use, or if the value of the dispute is $75,000 or less whether or not you are an individual or how you use the Microsoft Product ). For more information, see www.adr.org or call 1-800-778-7879. To start an arbitration, submit the form available at aka.ms/us-arbitration to the AAA; mail a copy to Microsoft. In a dispute involving $25,000 or less, any hearing will be telephonic unless the arbitrator finds good cause to hold an in-person hearing instead. Any in-person hearing will take place in your county of residence (or, if a business, your principal place of business) or King County, Washington. You choose. The arbitrator may award the same damages to you individually as a court could. The arbitrator may award declaratory or injunctive relief only to you individually to satisfy your individual claim. Under AAA Rules, the arbitrator rules on his or her own jurisdiction, including the arbitrability of any claim. But a court has exclusive

authority to enforce the prohibition on arbitration on a class-wide basis or in a representative capacity.

(e) **Arbitration Fees and Payments**

**i. Disputes Involving $75,000 or Less.** Microsoft will promptly reimburse your filing fees and pay the AAA's and arbitrator's fees and expenses. If you reject our last written settlement offer made before the arbitrator was appointed, your dispute goes all the way to an arbitrator's decision (called an "award"), and the arbitrator awards you more than this last written offer, we will: (i) pay the greater of the award or $1,000; (ii) pay your reasonable attorney's fees, if any; and (iii) reimburse any expenses (including expert witness fees and costs) that your attorney reasonably accrues for investigating, preparing, and pursuing your claim in arbitration.

**ii. Disputes Involving More than $75,000.** The AAA rules will govern payment of filing fees and the AAA's and arbitrator's fees and expenses.

(f) **Must File Within One Year.** You and we must file in small claims court or arbitration any claim or dispute (except intellectual property disputes—see Section 11(a)) within one year from when it first could be filed. Otherwise, it is permanently barred.

(g) **Severability.** If any part of Section 11 (Binding Arbitration and Class Action Waiver) is found to be illegal or unenforceable, the remainder will remain in effect (with an arbitration award issued before any court proceeding begins), except that if a finding of partial illegality or unenforceability would allow class-wide or representative arbitration, Section 11 will be unenforceable in its entirety.

(h) **Conflict with AAA Rules.** This Warranty governs if it conflicts with the AAA's Commercial Arbitration Rules or Consumer Arbitration Rules.

**Microsoft Contact Information**

| Region/Country of Purchase | Microsoft Contracting Entity | Address |
|---|---|---|
| United States | Microsoft Corporation | One Microsoft Way, Redmond WA 98052 |
| Canada | Microsoft Canada Inc. | 1950 Meadowvale Blvd., Mississauga, Ontario, L5N 8L9 |