UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

J.A., through his guardian, TARA ALLEN, et al., individually and on behalf of all others similarly situated,

          Plaintiffs,

  v.

MICROSOFT CORPORATION,

          Defendant.

Case No. C20-0640-RSM

ORDER

The Court, having reviewed defendant's Motion to Compel Arbitration and Stay Claims (Dkt. 36), plaintiffs' opposition (Dkt. 39), and defendant's reply (Dkt. 40), the Report and Recommendation of Mary Alice Theiler, United States Magistrate Judge, and the remaining record, does hereby find and ORDER:

(1)    The Court adopts the Report and Recommendation;

(2)    Defendant's Motion to Compel Arbitration and Stay Claims is GRANTED. This matter is STAYED pending the outcome of the individual arbitration of plaintiffs' claims;

(3)    The parties are directed to file a joint status report upon completion of arbitration; and

ORDER - 1

(4) A copy of this Order has been issued to all counsel of record and to the Honorable Mary Alice Theiler.

Dated this 30th day of April, 2021.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

ORDER - 2